UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

    Plaintiff,

v.

ANNA GATTI, et al.,

    Defendants.

Case No. 15-cv-00798-HSG

**ORDER REGARDING *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**

Re: Dkt. No. 9

On March 3, 2015, Plaintiff Loop AI Labs, Inc. moved *ex parte* for entry of a temporary restraining order ("TRO") and order to show cause regarding preliminary injunctive relief against the named Defendants in this action. *See* Dkt. No. 9.

On the record presented, the Court cannot conclude that the requirements of Federal Rule of Civil Procedure 65 are met so as to permit issuance of a TRO without notice. *See* Fed. R. Civ. P. 65(b)(1)(A) (court may issue temporary restraining order without notice to the adverse party only if "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition.").

Plaintiff is directed to serve the documents submitted to the Court under Docket Numbers 9, 10, 11 (the *ex* parte motion and supporting documents) and 12 (this order) on all named Defendants by no later than 5 p.m. PST on Thursday, March 5, 2015. Service of these documents may be effected on Defendants Almaviva S.p.A. and Almaware S.r.l. through the Italian Certified Electronic Mail system known as the "Posta Elettronica Certificate" or "PEC." Plaintiff shall contact attorney Richard E. Levine – who represented on March 2, 2015 that he was authorized to accept service of the complaint on behalf of Defendant Gatti, *see* Dkt. No. 11-5 – to determine if he will accept service of the TRO papers and this order. Plaintiff is directed to immediately notify

1  the Court if Mr. Levine declines to accept service on behalf of Defendant Gatti.

2  　　　　Any Defendant opposing the relief sought by Plaintiff must file a response with this Court

3  by no later than Monday, March 9, 2015.  The Court will notify the parties whether a hearing will

4  be held.

5  　　**IT IS SO ORDERED.**

6  Dated: 3/4/2015

7  

8  HAYWOOD S. GILLIAM, JR.
   United States District Judge