FREITAS ANGELL & WEINBERG LLP

350 Marine Parkway, Suite 200
Redwood Shores, CA 94065

650-593-6300 P · 650-593-6301 F
www.fawlaw.com

DANIEL J. WEINBERG
(650) 730-5501
dweinberg@fawlaw.com

*Via ECF*

March 5, 2015

Hon. Haywood S. Gilliam Jr.
United States District Judge
Northern District of California
San Francisco Courthouse, Courtroom 15—18th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Re:   *Loop AI Labs Inc. v. Anna Gatti, et al.*
      Case No. 3:15-cv-00798 HSG

Dear Judge Gilliam,

I am counsel for Plaintiff Loop AI Labs, Inc. ("Loop AI") in the above-entitled action. Pursuant to the Court's Order dated March 4, 2015, I contacted attorney Richard Levine to determine if he would accept service of the papers filed in support of Loop AI's temporary restraining order motion and the Court's March 4 Order. Attached hereto as Exhibit A is a true and correct copy of emails I exchanged with Mr. Levine, dated March 4, 2015. Mr. Levine indicated that he would confer with attorney Thomas Wallerstein, who earlier on March 4 indicated that he is counsel for defendant Almawave USA, Inc., and would notify me and co-counsel, Valeria Calafiore Healy, whether he would accept service of the TRO papers.

Earlier today, Ms. Healy sent another email to Mr. Levine. Attached as Exhibit B is a true and correct copy of Ms. Healy's email to Mr. Levine, dated March 5, 2015. Mr. Levine did not respond to Ms. Healy's email. Having not heard again from Mr. Levine, I called him this afternoon at or around 4:20 pm. I left Mr. Levine a voicemail asking him to inform me whether he will or will not accept service of the TRO papers, and followed up my voice message with an email seeking the same. Attached hereto as Exhibit C is a true and correct of my email to Mr. Levine, dated March 5, 2015.

Mr. Levine responded to my email at 4:48 pm and indicated that he is not authorized to accept service of the papers. Attached hereto as Exhibit D is a true and correct copy of Mr. Levine's email to me, dated March 5, 2015.

Pursuant to the Court's Order, Loop AI hereby notifies the Court that Mr. Levine is unable to accept service on behalf of defendant Anna Gatti.

Loop AI did provide electronic service copies of the TRO papers and the Court's March 4 Order to Mr. Wallerstein, who has indicated he represents defendant Almawave USA, Inc. Attached hereto as Exhibit E is a true and correct copy of an email from Ms. Healy to Mr. Wallerstein, dated March 4, 2015. At the time of this filing, I am unaware whether Mr. Wallerstein represents any other defendant in the action, including Ms. Gatti.

Respectfully submitted,

/s/ Daniel J. Weinberg /s/

Daniel J. Weinberg

Attachments