THOMAS J. LOSAVIO,  SBN 51023
JAMES F. REGAN, SBN 252199
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:     (415) 981-6630
Facsimile:       (415) 982-1634
Email: tlosavio@lowball.com
Email: jregan@lowball.com

Attorneys for Defendants
ANNA GATTI and IQ SYSTEMS, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ANNA GATTI, et al.,<br><br>                    Defendants. | Case No. 3:15-CV-00798-HSG<br><br>**NOTICE OF MOTION OF DEFENDANTS' PARTIAL MOTION TO DISMISS (F.R.C.P. 12(b)(6)) AND, IN THE ALTERNATIVE, MOTION TO STRIKE (F.R.C.P. 12(f)(2))**<br><br>Date:        April 23, 2015<br>Time:       2:00 p.m.<br>Judge:      Hon. Haywood S. Gilliam Jr.<br>Location:  San Francisco Courthouse,<br>                  Courtroom 15—18th Floor<br>                  450 Golden Gate Avenue,<br>                  San Francisco, CA 94102 |

PLEASE TAKE NOTICE that, pursuant to Rule 12(b)(6) and 12(f)(2) of the Federal Rules of Civil Procedure and Civil Local Rules 7-1 and 7-2, on April 23, 2015 at 2:00 p.m. or as soon thereafter as this matter may be heard, Defendants ANNA GATTI and IQ SYSTEMS, LLC will and hereby do move this Court to dismiss 8 of the 14 causes of action in Plaintiff LOOP AI LABS, INC.'s complaint for failure to state a claim and, in the alternative, to strike portions thereof. This motion is based on this Notice, the Memorandum of Points and Authorities, the Declaration of Koray Bulut,  and the Exhibit A attached thereto, and the Proposed Order filed with this Notice.

\ \ \

1  Defendants seek an order dismissing 8 of Plaintiff's causes of action because they do not exist
2  under California law and would be preempted by the Uniform Trade Secrets Act if they did exist, and
3  one cause of action because Plaintiff did not allege facts sufficient to state a claim.

5  Dated: March 16, 2015

6                                      LOW, BALL & LYNCH

8  By    /s/ Thomas J. LoSavio
9  THOMAS J. LOSAVIO
   JAMES F. REGAN
   Attorneys for Defendants
10 ANNA GATTI and IQ SYSTEMS, LLC