1  Antonio Valla, Esq. (SBN 136256)
   Michael Purcell, Esq. (SBN 229506)
2  Stefano Abbasciano, Esq. (SBN 277680)
   Valla & Associates, Inc., P.C.
3  333 Bush Street, Suite 2020
   San Francisco, CA 94104
4  Telephone:  415.856.9001
5  Fax:  415.856.9002
   E-mail: antonio.valla@vallalaw.com
6  E-mail: stefano.abbasciano@vallalaw.com

7

8  Attorneys for Defendant IQSystem, Inc.

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  LOOP AI LABS INC., a Delaware            CASE NO. 3:15-cv-00798-HSG
    corporation
13
                                             Hon. Haywood S. Gilliam, Jr.
14           Plaintiff,
                                             Courtroom 15
15        vs.

16  ANNA GATTI, an individual, ALMAVIVA      **DECLARATION OF ANTONIO DI
    S.p.A., an Italian corporation,          NAPOLI IN SUPPORT OF
17                                           DEFENDANT IQSYSTEM, INC.'S
    ALMAWAVE S.r.l., an Italian corporation, OPPOSITION TO PLAINTIFF'S
18  ALMAWAVE USA, Inc., a California         MOTION TO STRIKE
                                             COUNTERCLAIM PURSUANT TO
19  corporation, IQSYSTEM LLC, a California  CIV. PROC. CODE § 425.16**
    limited liability company, IQSYSTEM, Inc.,
20  a Delaware corporation,

21           Defendants.

22

23

24  I, Antonio Di Napoli, declare as follows:

25        1.    I am the Director of Business Development for IQSystem, Inc., a defendant in

26  the above-captioned case. I have personal knowledge of the facts stated below and, if called to

27
                                          -1-
28  _____
    DECLARATION OF ANTONIO DI NAPOLI IN SUPPORT OF DEFENDANT IQSYSTEM, INC.'S
       OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE COUNTERLCAIM
                       CASE NO. 3:15-cv-00798 HSG

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

1    testify, can and will competently do so.

2        2.    Attached as Exhibit "A" is a true and correct copy of Almawave USA, Inc.'s

3    March 9, 2015, letter of termination of the Consulting Services Agreement, which I received by

4    email on March 9, 2015 from Almawave USA, Inc.'s counsel.

5        3.    The Consulting Services Agreement provided that IQSystem, Inc. would perform

6    consulting services to Almawave USA, Inc. on an ongoing basis in consideration of a monthly

7    consulting fee of $70,000 plus an additional commission of 15% based on sales of their

8
9    software product suite.

10       4.    Upon termination of the Consulting Services Agreement, I have attempted to

11   contact Almawave USA, Inc.'s management numerous times, but Almawave USA, Inc. has

12   refused to answer any of my calls.

13       5.    After the termination, Almawave USA, Inc. has contacted and engaged the

14   services of 2 former contractors of IQSystem, Inc., to continue to perform the same services that

15   were previously performed by IQSystem, Inc. on behalf of Almawave USA, Inc.

16

17       Executed under penalty of perjury according to the laws of California on this 27th day of

18   April 2015 in San Francisco, California.

19

20   By: _____

21        Antonio Di Napoli

22

23

24

25

26

27

28
                                          -2-

DECLARATION OF ANTONIO DI NAPOLI IN SUPPORT OF DEFENDANT IQSYSTEM, INC.'S
OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE COUNTERLCAIM
CASE NO. 3:15-cv-00798 HSG

# EXHIBIT A



March 9, 2015

**VIA EMAIL AND OVERNIGHT COURIER**

IQSystem, Inc.
225 26th Avenue
San Francisco, CA 94121
Attn: Tony Di Napoli
tony@iqsystem.us

**Re: Termination of Consulting Agreement dated June 3, 2014**

Dear Mr. Di Napoli:

Almawave USA, Inc. (the "**Company**") hereby informs you that the Consulting Agreement dated June 3, 2014 (the "Agreement") between the Company and IQSystem, Inc. ("**Consultant**") is terminated effective immediately.

The Agreement is null and void *ab initio*. Among other things, it has come to our attention that the Agreement was entered into on the basis of misrepresentations and material omissions, and that Consultant and/or its agents and/or affiliates may have committed a variety of continuing misrepresentations, omissions and other wrongful acts.

Obviously, you and any persons associated with Consultant or you are prohibited from accessing the office or further using any Company property or resources for any purpose. Please make sure this unequivocal directive is instantly communicated to your team.

Please review again the Confidential Information and Invention Assignment Agreement with the Company, dated June 3, 2014 (the "**CIIA**"), a copy of which is attached to this letter. You are required to abide by the provisions therein. Also, as required by Section 6 of the CIIA, on behalf of yourself and Consultant please immediately sign and return a copy of the attached Termination Certification, which is the form that was attached to the CIIA and intended to be signed upon termination of the consultancy. As a reminder, your failure to sign and return the Termination Certification will in no way diminish, waive, or otherwise modify Consultant's continuing obligations owing to the Company under the CIIA.

Please be advised that the Company reserves all rights and remedies should the Company or its affiliates further incur any losses or damages of any kind as the result of any actions taken or directed by Consultant, or any other violations of its agreements with the Company. Further, the Company expects Consultant's full cooperation in connection with its investigation and defense of the lawsuit recently instituted by Loop AI Labs Inc., and to assist with any transitional issues to the extent requested by the company

Please contact our attorney Thomas Wallerstein at (415) 653-3707 should you have any questions regarding the foregoing.

Sincerely,

Almawave USA, Inc.

By: _____
Name: Valeria Sandei
Title: Chairman and President

**Almawave USA Inc.**
1 Embarcadero Center - Suite 500 - 94111 San Francisco, CA - Office Telephone Number: +1 415 623 2022
**www.almawave.com**
