DANIEL J. WEINBERG (SBN 227159)
dweinberg@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

VALERIA C. HEALY (*pro hac vice*)
valeria.healy@healylex.com
HEALY LLP
154 Grand Street
New York, New York 10013
Telephone: (212) 810-0377
Facsimile: (212) 810-7036

Attorneys for Plaintiff
LOOP AI LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l. an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM Inc., a Delaware Corporation,<br><br>Defendants. | Case No. 3:15-cv-00798-HSG<br><br>[PROPOSED] ORDER<br><br>Date:<br>Time:<br>Courtroom: 15, 18th Floor<br>Action Filed: February 20, 2015<br>Trial date: None set<br><br>The Honorable Haywood S. Gilliam |

This matter came before the Court on Plaintiff Loop AI Labs Inc.'s Administrative Motion for Short Enlargement of Time.  Having considered the Motion, the Court hereby orders that the motion is GRANTED and the Plaintiff's time to respond to Almaviva S.p.A. and Almawave S.r.l.'s Motion to Dismiss for Lack of Personal Jurisdiction filed at ECF Nos. 59 and 62 is hereby enlarged until May 10, 2015.

IT IS SO ORDERED

Dated:   5/7/2015

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge