UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

          Plaintiff,

      v.

ANNA GATTI, et al.,

          Defendants.

Case No.  15-cv-00798-HSG

**SCHEDULING ORDER**

A Case Management Conference in this action was held on May 26, 2015 before the undersigned.  The following deadlines are set:

| Event | Deadline |
|---|---|
| Last Day to Amend Complaint | 20 days after order on the defendants' motions to dismiss |
| Fact Discovery Close | Jan. 29, 2016 |
| Designate Opening Experts | Feb. 12, 2016 |
| Designate Rebuttal Experts | Feb. 26, 2016 |
| Experts Reply Date | Mar. 4, 2016 |
| Expert Discovery Close | Mar. 18, 2016 |
| Dispositive Motion Filing Deadline | Mar. 31, 2016 |
| Dispositive Motion Hearing Date | May 5, 2016 at 2 p.m. |
| Pretrial Conference | Jun. 28, 2016 at 3 p.m. |
| Trial Date | Jul. 11, 2016 |

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: 6/5/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California