AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

LOOP AI LABS, INC.

Plaintiff (s),

v.

ANNA GATTI, ET AL.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-00798-HSG

Notice is hereby given that, subject to approval by the court, __IQSYSTEM, INC.__ substitutes
(Party (s) Name)

__JANET BRAYER__, State Bar No. __117397__ as counsel of record in
(Name of New Attorney)

place of __VALLA & ASSOCIATES, INC., ANTONIO VALLA, MICHAEL PURCELL, STEFANO ABBASCIANO__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICES OF JANET BRAYER

Address: 230 CALIFORNIA STREET, SUITE 600, SAN FRANCISCO, CA 94111

Telephone: (415) 445-9555    Facsimile: (415) 445-9564

E-Mail (Optional): janet@brayer.net

I consent to the above substitution.

Date: 6-3-2015

IQSYSTEM, INC. BY Antonio D. Napoli, Secretary
(Signature of Party (s))

I consent to being substituted.

Date: 6-6-2015

VALLA & ASSOCIATES, INC., P.C.
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6-3-2015

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 6/9/2015

Haywood S. Gilliam, Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]