United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

        Plaintiff,

    v.

ANNA GATTI, et al.,

        Defendants.

Case No. 15-cv-00798-HSG   (DMR)

**ORDER RE ATTENDANCE AT DISCOVERY MANAGEMENT CONFERENCE**

On July 17, 2015, a lawyer representing third party Russell Reynolds Associates ("RRA") called the undersigned's courtroom deputy to ask whether RRA is required to appear at the July 23, 2015 discovery management conference. The court notes that it will discuss how, when, and where the outstanding discovery disputes will be resolved at the conference; it will not address the merits of any of the parties' disputes. Therefore, representatives of third parties are welcome to attend but are not required to do so.

**IT IS SO ORDERED.**

Dated: July 17, 2015



Donna M. Ryu
United States Magistrate Judge