UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM, Inc., a Delaware corporation,<br><br>　　　　　　Defendants. | **Case No. 3:15-cv-00798-HSG-DMR**<br><br>**ORDER (AS MODIFIED) RE: ATTENDANCE BY COURTCALL OR SPECIAL APPEARANCE** |

　　The Court hereby GRANTS Janet Brayer, Counsel for Defendant & Counter-Claimant IQSYSTEM, INC. permission to attend the July 23, 2015 Discovery Hearing, at 2:30 p.m. in Oakland, CA, by Courtcall, or in the alternative, if she is not able to attend, that Thomas LoSavio, counsel for Anna Gatti, will make a special appearance.

　　Counsel for Defendant & Counter-Claimant IQSYSTEM, INC. must follow the protocol set forth in the attached Notice re Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.

　　IT IS SO ORDERED.

Dated: July 22, 2015

_____
Donna M. Ryu
United States Magisrate Judge