UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>        Plaintiff,<br><br>    v.<br><br>ANNA GATTI, et al.,<br><br>        Defendants. | Case No. 15-cv-00798-HSG (DMR)<br><br>**SECOND ORDER RE ATTENDANCE AT DISCOVERY MANAGEMENT CONFERENCE** |

The court has determined that it would be helpful to have a representative of non-party Orrick, Herrington & Sutcliffe LLP ("Orrick") attend the discovery management conference scheduled for July 23, 2015 at 2:30 p.m. The court realizes that it is providing short notice but requests an Orrick representative be present at the conference if possible to discuss the management of the dispute regarding the subpoena issued by Plaintiff Loop AI Labs Inc. to Orrick in this matter. The court grants Orrick's representative permission to attend the conference by CourtCall, following the protocol set forth in the attached Notice.

Plaintiff and Defendants Almawave USA, Inc., Almaviva S.p.A., and Almawave S.r.l. shall immediately serve this order on William F. Alderman at Orrick and/or on any other individuals at Orrick who are most knowledgeable about this dispute, and shall file a proof of service thereon by 9:00 a.m. on July 23, 2015.

**IT IS SO ORDERED.**

Dated: July 22, 2015



_____
Donna M. Ryu
United States Magistrate Judge