UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>        Plaintiff,<br><br>    v.<br><br>ANNA GATTI, et al.,<br><br>        Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER RE AUGUST 7, 2015 LETTER FROM PLAINTIFF**<br><br>Re: Dkt. No. 161 |

The court has reviewed Plaintiff's August 7, 2015 letter to the undersigned regarding its "Application for 3-Week Extension to Move for Disqualification of Venable LLP," in which Plaintiff appears to request permission to defer the filing of a potential disqualification motion until September 4, 2015. [Docket No. 161.] As Plaintiff's application is not a discovery motion, it should not have been addressed to the undersigned. Additionally, Plaintiff's request for an extension of time to file its motion should be presented to the court in the form of a motion for administrative relief pursuant to Local Rule 7-11.

**IT IS SO ORDERED.**

Dated: August 11, 2015



_____
Donna M. Ryu
United States Magistrate Judge