UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., <br><br> Plaintiff, <br><br> v. <br><br> ANNA GATTI, et al, <br><br> Defendants. | CASE NO.: 3:15-cv-00798-HSG <br><br> Hon. Donna M. Ryu <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF** |

This matter came before the Court on Plaintiff Loop AI Labs Inc.'s Motion for Administrative Relief. Having considered the Motion, the Court hereby orders that the motion is ~~GRANTED~~. DENIED. The court uses an eight-page joint letter process to force the parties to focus on those arguments that are the most important to discovery disputes. Therefore, Plaintiff's request to enlarge the page limits is denied. The court is concerned that if it enforces the original August 13, 2015 due date for the joint letter, the parties' joint letter will not reflect their best work product. Therefore, the parties are granted an extension to August 17, 2015 to file the joint letter.

IT IS SO ORDERED.

Dated: Aug. 12, 2015

Hon. Donna M. Ryu
United States Magistrate Judge

IT IS SO ORDERED
Judge Donna M. Ryu

[PROPOSED] ORDER
CASE NO.: 3:15-CV-00798-HSG-DMR