# EXHIBIT C

# Alderman, William F.

| | |
|---|---|
| **From:** | Alderman, William F. |
| **Sent:** | Thursday, July 30, 2015 5:24 PM |
| **To:** | 'Valeria Calafiore Healy' |
| **Subject:** | Loop AI v. Gatti |
| **Attachments:** | Prod001.zip |

Hi Valeria – Our response to your subpoena is being served on you and all other counsel this afternoon. In the meantime, attached are the documents we are producing in response to the subpoena, numbered OHS 1-128. As I noted earlier, the Almawave-related documents that we have (other than those being produced to you here) are being sent to Venable so they can determine whether any of them fall outside their claim of attorney-client privilege and can be produced to you. Best regards. Bill



**WILLIAM F. ALDERMAN**
*Partner*

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

tel +1-415-773-5944
fax +1-415-773-5759
walderman@orrick.com
bio • vcard

www.orrick.com

Visit our blog site: www.securitieslitigationblog.com