UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNA GATTI, et al.,<br><br>    Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER RE JOINT DISCOVERY LETTER**<br><br>Re: Dkt. No. 172 |

    The court has received the parties' August 17, 2015 joint letter regarding numerous discovery disputes. [Docket No. 172 (Joint Letter).] Plaintiff Loop AI, Inc. did not provide full argument on several of the disputes. Instead, as to one of the disputes, Plaintiff requested leave to fully brief its position on a protective order, and attached an exhibit containing its redline of changes to Defendants' proposed protective order, along with one page of annotations explaining certain edits, essentially granting itself additional pages of argument. (Joint Letter Ex. B.) The court previously ordered the parties to follow the structure and limits of its joint letter process because it requires the parties to focus on the most important issues, and to make appropriate compromises. [Docket No. 165.] The court is concerned that Plaintiff continues to disregard this guidance. Nevertheless, in the interest of moving the case forward, the court will accept Plaintiff's exhibit, and grants Defendants leave to respond to Plaintiff's arguments in a similar format. By no later than August 31, 2015, Defendants shall file a response to Plaintiff's annotated arguments regarding the proposed protective order. Defendants' response may not exceed one page.

    Plaintiff also requested leave to fully brief its disputes with third-party Russell Reynolds Associates ("RRA") regarding Plaintiff's subpoena duces tecum to RRA. In the alternative, Plaintiff asks the court to incorporate by reference its motion to compel filed in the Southern District of New York (SDNY) (Case 15-mc-00211). (Joint Letter 6 n.17.) The court has reviewed

1  Plaintiff's memorandum of law in support of its motion to compel filed in SDNY (Docket No. 2) and RRA's opposition thereto (Docket No. 12). The court finds that these filings may be helpful to resolving the present disputes about the RRA subpoena and will incorporate them into the joint letter, as Plaintiff requests. The court notes that Plaintiff's motion to compel is somewhat general. RRA's opposition contains detailed, specific arguments supporting its objections to each document request, as well as proposed compromises. The court believes that it may benefit from a reply submission by Plaintiff, but only if it is similarly detailed and specific. Therefore, by August 28, 2015, RRA shall file a statement indicating whether it has changed its positions on any of the objections briefed in its July 20, 2015 opposition to the motion to compel and explaining the basis for any such changes. Such statement shall not exceed two pages. RRA shall also lodge chambers copies of the documents filed at Docket No. 12 in SDNY (including all supporting evidence) by August 28, 2015.

By September 2, 2015, Plaintiff shall file a reply to RRA's arguments in the July 20, 2015 opposition and August 28, 2015 update. Plaintiff's reply shall not exceed three pages. Plaintiff shall also lodge chambers copies of the documents filed at Docket Nos. 1-3 in SDNY (including all supporting evidence) by September 2, 2015.

**IT IS SO ORDERED.**

Dated: August 25, 2015



Donna M. Ryu
United States Magistrate Judge