WILLIAM F. ALDERMAN (STATE BAR NO. 47381)
walderman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Non-Party
Orrick, Herrington & Sutcliffe LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANNA GATTI, et al., <br><br> Defendants. | Case No. 3:15-cv-00798-HSG-DMR <br><br> **SUPPLEMENTAL DECLARATION OF WILLIAM F. ALDERMAN IN SUPPORT OF ORRICK'S MOTION FOR PROTECTIVE ORDER OR TO QUASH SUBPOENA** <br><br> Date/Time: TBD by Court <br> Action Filed: February 20, 2015 <br> Trial Date: July 11, 2016 <br><br> Hon. Haywood S. Gilliam, Jr. <br> Hon. Donna M. Ryu |

I, William F. Alderman, declare as follows:

1. I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick") and submit this supplemental declaration in support of Orrick's motion for a protective order or to quash subpoena. I have personal knowledge of the facts stated in this declaration, and I could and would testify competently to those facts if called as a witness.

2. Among my other duties as an Orrick partner, I act as Claims Counsel for Orrick and in that capacity report to Orrick's Chief Legal Officer Larry Low. Mr. Low and I regularly collaborate with others at Orrick who have responsibility for responding to subpoenas directed to the firm, including Deputy Chief Legal Officer Katherine Ikeda and legal assistant Eric Holcomb.

OHSUSA:763203973.1

SUPPLEMENTAL DECLARATION OF WILLIAM F. ALDERMAN IN SUPPORT OF ORRICK'S MOTION FOR PROTECTIVE ORDER OR TO QUASH SUBPOENA
3:15-CV-00798-HSG-DMR

3. In my capacity as Orrick's Claims Counsel, I supervised the process of searching for documents in Orrick's possession, custody or control that were potentially responsive to the subpoena duces tecum (the "Subpoena") that was deemed by order of the Court to have been served by plaintiff Loop AI Labs Inc. ("Loop") on July 23, 2015. Each of the communications that was withheld from production in response to requests 23, 24, 26 and 29 of the Subpoena on the basis of Orrick's attorney-client privilege was dated on or after February 27, 2015; the earliest of these was sent by email on February 27, 2015, following receipt of an email from Loop's counsel Valeria Healy to Orrick partner John Bautista asking a series of questions.

4. I have reviewed Orrick's time records relating to work Orrick performed for its client Loop, formerly known as Soshoma, Inc. The latest date on which any work for Loop or Soshoma (client 27712) was recorded in Orrick's time records is February 25, 2015. In all of 2015, only eight time entries reflect any work for Loop or Soshoma (three by Senior Associate Michael Yang aggregating 2.2 hours and five by paralegal Bella Gelin aggregating 1.3 hours), with dates between February 3 and February 25, 2015. Orrick formally withdrew from any future representation of Loop on March 11, 2015.

5. I have also reviewed Orrick emails reflecting communication with or relating to Loop that have not been withheld based on Orrick's attorney-client privilege. The latest such communication (other than communications with Loop's counsel Valeria Healy) is dated February 27, 2015, prior to the time of the first internal communication Orrick has withheld as privileged.

6. In response to request no. 11 in the Subpoena, seeking all calendars, agenda or appointment records showing any meeting, telephone call or other appointment or scheduling note referring to Anna Gatti or a number of Almawave-related persons or entities, Orrick stated that it has no responsive electronic records and objected to producing handwritten documents on the grounds that searching for them would be unduly burdensome and expensive and that Almawave-related documents are privileged as to it (Alderman Ex. A). Notwithstanding the burden, Orrick will search for any such documents referring to Anna Gatti, but it will continue to

OHSUSA:763203973.1

- 2 -

SUPPLEMENTAL DECLARATION OF WILLIAM F. ALDERMAN IN SUPPORT OF ORRICK'S MOTION FOR PROTECTIVE ORDER OR TO QUASH SUBPOENA
3:15-cv-00798-HSG-DMR

1  protect any Almawave-related documents as to which Almawave claims privilege.

2      I declare under penalty of perjury that the foregoing is true and correct and that I executed

3  this declaration at San Francisco, California on September 3, 2015.

*William F. Alderman*
William F. Alderman

- 3 -

SUPPLEMENTAL DECLARATION OF WILLIAM F. ALDERMAN IN SUPPORT OF ORRICK'S MOTION FOR PROTECTIVE ORDER OR TO QUASH SUBPOENA
3:15-cv-00798-HSG-DMR

OHSUSA:763203973.1