Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Loop AI Labs Inc.<br><br>Plaintiff(s),<br><br>v.<br><br>Anna Gatti et al.<br><br>Defendant(s). | Case No: 3:15-cv-00798<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Bryan Jacob Wolin, an active member in good standing of the bar of New York, Southern Dist., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Loop AI Labs Inc. in the above-entitled action. My local co-counsel in this case is Daniel J. Weinberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 154 Grand St.<br>New York, NY 10013 | 350 Marine Parkway, Suite 200<br>Redwood Shores, California 94065 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 810-0377 | (650) 593-6300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bw@healylex.com | dweinberg@fawlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: BW8339.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/09/15

APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Bryan Jacob Wolin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/15/2015

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>   **BRYAN JACOB WOLIN**   </u>, Bar # <u>   **BW8339**   </u>

was duly admitted to practice in this Court on

<u>   **JULY 01st, 2014**   </u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>   on   <u>   **SEPTEMBER 09th, 2015**   </u>

<u>Ruby J. Krajick</u>   by   [signature]
Clerk                          Deputy Clerk