THOMAS J. LOSAVIO, SBN 51023
JAMES F. REGAN, SBN 252199
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:     (415) 981-6630
Facsimile:      (415) 982-1634
Email: tlosavio@lowball.com
Email: mbeuselinck@lowball.com

Attorneys for Defendants
ANNA GATTI and IQ SYSTEMS, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware Corporation, | Case No. 3:15-CV-00798-HSG |
| Plaintiff, | **DEFENDANT ANNA GATTI'S ANSWER TO FIRST AMENDED COMPLAINT; COUNTERCLAIM FOR:** |
| vs. | **(1) BREACH OF CONTRACT.** |
| ANNA GATTI, et al., | **JURY TRIAL DEMANDED** |
| Defendants. | |

Anna Gatti, files this answer to Plaintiff Loop AI Labs, Inc.'s ("Plaintiff") complaint. Anna Gatti denies each and every allegation contained in the complaint except those expressly admitted below. Each paragraph of the Answer below responds to the same numbered paragraph of the complaint.

## I.    SUMMARY AND NATURE OF THE ACTION

1.    With respect to the allegations contained in Paragraph 1, Anna Gatti denies all allegations therein.

2.    With respect to the allegations contained in Paragraph 2, Anna Gatti admits all allegations therein except Anna Gatti denies for lack of knowledge the allegations about speech analytics.

3.    With respect to the allegations contained in Paragraph 3, Anna Gatti denies all

allegations therein.

4. With respect to the allegations contained in Paragraph 4, Anna Gatti denies all allegations therein except that she was Chief Executive Officer of the Company.

5. With respect to the allegations contained in Paragraph 5, Anna Gatti denies all allegations therein but admits she was removed as a director of the Company.

6. With respect to the allegations contained in Paragraph 6, Anna Gatti denies all allegations therein.

7. With respect to the allegations contained in Paragraph 7, Anna Gatti denies all allegations therein.

8. With respect to the allegations contained in Paragraph 8, Anna Gatti denies all allegations therein.

9. With respect to the allegations contained in Paragraph 9, Anna Gatti denies all allegations therein.

10. With respect to the allegations contained in Paragraph 10, Anna Gatti denies all allegations therein.

11. With respect to the allegations contained in Paragraph 11, Anna Gatti denies all allegations therein.

12. With respect to the allegations contained in Paragraph 12, Anna Gatti denies all allegations therein.

13. With respect to the allegations contained in Paragraph 13, Anna Gatti denies all allegations therein.

14. With respect to the allegations contained in Paragraph 14, Anna Gatti denies all allegations therein.

15. With respect to the allegations contained in Paragraph 15, Anna Gatti denies all allegations therein.

16. With respect to the allegations contained in Paragraph 16, Anna Gatti denies all allegations therein.

17. With respect to the allegations contained in Paragraph 17, Anna Gatti denies all

DEFENDANT ANNA GATTI'S ANSWER TO FIRST AMENDED COMPLAINT; COUNTERCLAIM

allegations therein.

18.      With respect to the allegations contained in Paragraph 18, Anna Gatti denies all allegations therein.

19.      With respect to the allegations contained in Paragraph 19, Anna Gatti denies all allegations therein.

20.      With respect to the allegations contained in Paragraph 20, Anna Gatti denies all allegations therein.

21.      With respect to the allegations contained in Paragraph 21, Anna Gatti denies all allegations therein.

22.      With respect to the allegations contained in Paragraph 22, Anna Gatti denies all allegations therein.

23.      With respect to the allegations contained in Paragraph 23, Anna Gatti denies all allegations therein.

24.      With respect to the allegations contained in Paragraph 24, Anna Gatti denies all allegations therein.

25.      With respect to the allegations contained in Paragraph 25, Anna Gatti denies all allegations therein.

26.      With respect to the allegations contained in Paragraph 26, Anna Gatti denies all allegations therein.

27.      With respect to the allegations contained in Paragraph 27, Anna Gatti admits all allegations therein except denies the first sentence, which alleges that after a venture capital fund agreed to provide a substantial amount of funding, it included a bridge amount to be paid in October 2014.

28.      With respect to the allegations contained in Paragraph 28, Anna Gatti denies all allegations therein.

29.      With respect to the allegations contained in Paragraph 29, Anna Gatti denies all allegations therein.

30.      With respect to the allegations contained in Paragraph 30, Anna Gatti denies all

allegations therein.

31.     With respect to the allegations contained in Paragraph 31, Anna Gatti denies all allegations therein but admits an email was sent, which is mischaracterized by the allegations.

32.     With respect to the allegations contained in Paragraph 32, Anna Gatti denies all allegations therein.

33.     With respect to the allegations contained in Paragraph 33, Anna Gatti denies all allegations therein.

34.     With respect to the allegations contained in Paragraph 34, Anna Gatti denies all allegations therein.

## II.     THE PARTIES

35.     With respect to the allegations contained in Paragraph 35, Anna Gatti admits all allegations therein.

36.     With respect to the allegations contained in Paragraph 36, Anna Gatti admits all allegations therein.

37.     With respect to the allegations contained in Paragraph 37, Anna Gatti Admits IQ System LLC is a limited liability company established under the laws of the State of California on January 21, 2014, domiciled in San Francisco, and that Anna Gatti is the sole member of IQ System LLC.  As to all other allegations in Paragraph 37, Anna Gatti denies all allegations therein.

38.     With respect to the allegations contained in Paragraph 38, Anna Gatti denies all allegations therein.

39.     With respect to the allegations contained in Paragraph 39, Anna Gatti denies all allegations therein.

40.     These allegations are not directed at Anna Gatti and, therefore, no response is required. To the extent a response is required, Anna Gatti denies for lack of knowledge all allegations contained in Paragraph 40.

41.     These allegations are not directed at Anna Gatti and, therefore, no response is required. To the extent a response is required, Anna Gatti denies all allegations contained in Paragraph 41.

42.     With respect to the allegations contained in Paragraph 42, Anna Gatti denies all

allegations therein but admits the principal place of business was listed as 24 Clarendon Avenue, San Francisco, California.

### III.  **OTHER CO-CONSPIRATORS**

43.     With respect to the allegations contained in Paragraph 43, Anna Gatti admits that Antonio Di Napoli is an individual residing in San Francisco at 24 Clarendon Avenue with Gatti. Anna Gatti denies any and all remaining allegations therein.

44.     With respect to the allegations contained in Paragraph 44, Anna Gatti denies for lack of knowledge the allegations regarding Manuela Micoli's residence. Further, Anna Gatti denies any and all remaining allegations therein.

45.     With respect to the allegations contained in Paragraph 45, Anna Gatti denies all allegations therein.

46.     These allegations are not directed at Anna Gatti and, therefore, no response is required. To the extent a response is required, Anna Gatti denies all allegations contained in Paragraph 46 except that Dario Vignudelli is a former consultant of the Company.

47.     With respect to the allegations contained in Paragraph 47, Anna Gatti denies all allegations therein.

48.     With respect to the allegations contained in Paragraph 48, no response is required. To the extent a response is required, Anna Gatti denies all allegations contains therein.

### IV.  **JURISDICTION**

49.     With respect to the allegations contained in Paragraph 49, Anna Gatti denies for lack of knowledge all allegations therein.

50.     With respect to the allegations contained in Paragraph 50, Anna Gatti denies for lack of knowledge all allegations therein.

51.     With respect to the allegations contained in Paragraph 51, Anna Gatti denies for lack of knowledge all allegations therein.

52.     With respect to the allegations contained in Paragraph 52, Anna Gatti denies for lack of knowledge all allegations therein.

53.     With respect to the allegations contained in Paragraph 53, Anna Gatti denies for lack of

1  knowledge all allegations therein.

2    54.  With respect to the allegations contained in Paragraph 54, Anna Gatti denies for lack of

3  knowledge all allegations therein.

4    55.  With respect to the allegations contained in Paragraph 55, Anna Gatti denies for lack of

5  knowledge all allegations therein.

6    56.  With respect to the allegations contained in Paragraph 56, Anna Gatti denies all

7  allegations therein, but admits a presentation run by Valeria Sandei occurred.

8    57.  With respect to the allegations contained in Paragraph 57, Anna Gatti denies for lack of

9  knowledge all allegations therein.

10    58.  With respect to the allegations contained in Paragraph 58, Anna Gatti denies for lack of

11  knowledge all allegations therein.

12    59.  With respect to the allegations contained in Paragraph 59, Anna Gatti denies for lack of

13  knowledge all allegations therein.

14    60.  With respect to the allegations contained in Paragraph 60, Anna Gatti denies all

15  allegations therein.

16    61.  With respect to the allegations contained in Paragraph 61, Anna Gatti denies all

17  allegations therein.

18    62.  With respect to the allegations contained in Paragraph 62 and its subparts, Anna Gatti

19  denies all allegations therein but admits to the contents of paragraphs beginning at lines 6, 13 and 28 on

20  Page 19, and that Almawave applied for a patent and that emails were exchanged with Angela

21  Nicolella.

22    63.  With respect to the allegations contained in Paragraph 63, Anna Gatti denies for lack of

23  knowledge all allegations therein.

24    64.  With respect to the allegations contained in Paragraph 64, Anna Gatti denies for lack of

25  knowledge all allegations therein.

26    65.  With respect to the allegations contained in Paragraph 65, Anna Gatti denies for lack of

27  knowledge all allegations therein.

28    66.  With respect to the allegations contained in Paragraph 66, Anna Gatti denies for lack of

DEFENDANT ANNA GATTI'S ANSWER TO FIRST AMENDED COMPLAINT; COUNTERCLAIM

1  knowledge all allegations therein.

2          **V.**      **GENERAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

3        **A.**      **The Company Entered Into The Stock Purchase Agreement In Reliance Upon**

4  **Gatti's Materially False And Misleading Representations.**

5      67.      With respect to the allegations contained in Paragraph 67, Anna Gatti denies all

6  allegations therein.

7      68.      With respect to the allegations contained in Paragraph 68, Anna Gatti denies for lack of

8  knowledge all allegations therein.

9      69.      With respect to the allegations contained in Paragraph 69, Anna Gatti denies all

10  allegations therein.

11      70.      With respect to the allegations contained in Paragraph 70, Anna Gatti denies all

12  allegations therein.

13      71.      With respect to the allegations contained in Paragraph 71, Anna Gatti denies all

14  allegations therein.

15      72.      With respect to the allegations contained in Paragraph 72, Anna Gatti denies all

16  allegations therein except the first sentence, that Anna Gatti was an independent director of an Italian

17  public company.

18      73.      With respect to the allegations contained in Paragraph 73, Anna Gatti denies all

19  allegations therein.

20      74.      With respect to the allegations contained in Paragraph 74, Anna Gatti denies all

21  allegations therein.

22      75.      With respect to the allegations contained in Paragraph 75, Anna Gatti denies all

23  allegations therein.

24      76.      With respect to the allegations contained in Paragraph 76, Anna Gatti denies all

25  allegations therein.

26      77.      With respect to the allegations contained in Paragraph 77, Anna Gatti denies all

27  allegations therein.

28      78.      With respect to the allegations contained in Paragraph 78, Anna Gatti denies all

1   allegations therein.

2   **B.   Gatti's Contractual Obligations To The Company**

3   79.      With respect to the allegations contained in Paragraph 79, Anna Gatti admits all

4   allegations therein.

5   80.      With respect to the allegations contained in Paragraph 80, Anna Gatti admits all

6   allegations therein.

7   81.      With respect to the allegations contained in Paragraph 81, Anna Gatti admits all

8   allegations therein.

9   82.      With respect to the allegations contained in Paragraph 82, Anna Gatti admits all

10  allegations therein.

11  83.      With respect to the allegations contained in Paragraph 83, Anna Gatti admits all

12  allegations therein.

13  84.      With respect to the allegations contained in Paragraph 84, Anna Gatti admits all

14  allegations therein.

15  85.      With respect to the allegations contained in Paragraph 85, Anna Gatti admits all

16  allegations therein.

17  86.      With respect to the allegations contained in Paragraph 86, Anna Gatti admits all

18  allegations therein.

19  **C.   Unlawful Activities By Gatti And the Other Defendants Since October 2012.**

20  87.      With respect to the allegations contained in Paragraph 87, Anna Gatti admits all

21  allegations therein.

22  88.      With respect to the allegations contained in Paragraph 88, Anna Gatti denies all

23  allegations therein.

24  89.      With respect to the allegations contained in Paragraph 89, Anna Gatti denies all

25  allegations therein except that her title and assigned role included seeking out venture capital funding

26  for the Company and she was expected to network within the venture capital community and the

27  Northern California technology world, with a view to building awareness of the Company and of the

28  value of its proprietary technology, to gather market intelligence that would be useful to the Company,

DEFENDANT ANNA GATTI'S ANSWER TO FIRST AMENDED COMPLAINT; COUNTERCLAIM

1    and to find and attempt to close financing from investors.

2        90.        With respect to the allegations contained in Paragraph 90, Anna Gatti denies all

3    allegations therein.

4        91.        With respect to the allegations contained in Paragraph 91, Anna Gatti denies all

5    allegations therein.

6        92.        With respect to the allegations contained in Paragraph 92, Anna Gatti denies all

7    allegations therein.

8        93.        With respect to the allegations contained in Paragraph 93, Anna Gatti denies all

9    allegations therein.

10                            **1.   <u>The Needs</u>**

11       94.        With respect to the allegations contained in Paragraph 94, Anna Gatti denies all

12   allegations therein.

13       95.        With respect to the allegations contained in Paragraph 95, Anna Gatti denies for lack of

14   knowledge all allegations therein.

15       96.        With respect to the allegations contained in Paragraph 96, Anna Gatti denies all

16   allegations therein.

17       97.        With respect to the allegations contained in Paragraph 97, Anna Gatti denies all

18   allegations therein except the first sentence, that on October 21, 2013, at Gatti's invitation, Pansa came

19   to the Company's offices in San Francisco to meet with Gatti.

20       98.        With respect to the allegations contained in Paragraph 98, Anna Gatti admits all

21   allegations therein.

22       99.        With respect to the allegations contained in Paragraph 99, Anna Gatti denies all

23   allegations therein.

24       100.       With respect to the allegations contained in Paragraph 100, Anna Gatti denies all

25   allegations therein.

26       101.       With respect to the allegations contained in Paragraph 101, Anna Gatti denies all

27   allegations therein.

28                            **2.   <u>The Almaviva Defendants.</u>**

102.    With respect to the allegations contained in Paragraph 102, Anna Gatti denies all allegations therein.

103.    With respect to the allegations contained in Paragraph 103, Anna Gatti denies all allegations therein except that the Almaviva Defendants operate a technology company and sought to enter the San Francisco and Silicon Valley space.

104.    With respect to the allegations contained in Paragraph 104, Anna Gatti denies all allegations therein except that the Almaviva Defendants knew that Gatti was already the CEO of the Company.

105.    With respect to the allegations contained in Paragraph 105, Anna Gatti denies all allegations therein.

106.    With respect to the allegations contained in Paragraph 106, Anna Gatti denies all allegations therein except that the company was domiciled at Gatti's address.

107.    With respect to the allegations contained in Paragraph 107, Anna Gatti denies all allegations therein.

108.    With respect to the allegations contained in Paragraph 108, Anna Gatti denies all allegations therein.

109.    With respect to the allegations contained in Paragraph 109, Anna Gatti denies all allegations therein.

110.    With respect to the allegations contained in Paragraph 110, Anna Gatti denies all allegations therein.

111.    With respect to the allegations contained in Paragraph 111, Anna Gatti denies all allegations therein except that she admits that Almaviva was not interested in investing in the Company.

112.    With respect to the allegations contained in Paragraph 112, Anna Gatti denies all allegations therein.

113.    With respect to the allegations contained in Paragraph 113, Anna Gatti denies for lack of knowledge all allegations therein.

114.    With respect to the allegations contained in Paragraph 114, Anna Gatti denies all

1  allegations therein.

2  115.        With respect to the allegations contained in Paragraph 115, Anna Gatti denies all

3  allegations therein except admits that the Company was at the Beta Track in Dublin.

4  116.        With respect to the allegations contained in Paragraph 116, Anna Gatti denies all

5  allegations therein except that she would remain a point of contact with Investment Fund 4.

6  117.        With respect to the allegations contained in Paragraph 117, Anna Gatti denies all

7  allegations therein except for the first sentence, that negotiations advanced to its final stages and the

8  Company and Investment Fund 4 executed a term sheet setting forth some of the terms of a potential

9  agreement.

10  118.        With respect to the allegations contained in Paragraph 118, Anna Gatti denies all

11  allegations therein.

12  119.        With respect to the allegations contained in Paragraph 119, Anna Gatti denies all

13  allegations therein except that she was removed as a director in the Company.

14  120.        With respect to the allegations contained in Paragraph 120, Anna Gatti denies all

15  allegations therein.

16  121.        With respect to the allegations contained in Paragraph 121, Anna Gatti denies all

17  allegations therein.

18  122.        With respect to the allegations contained in Paragraph 122, Anna Gatti denies all

19  allegations therein except that Mr. DiNapoli was awaiting office space and the company consented to

20  the use of two desks.

21  123.        With respect to the allegations contained in Paragraph 123, Anna Gatti denies all

22  allegations therein.

23  124.        With respect to the allegations contained in Paragraph 124, Anna Gatti denies all

24  allegations therein except that the company was domiciled at Gatti's address.

25  125.        With respect to the allegations contained in Paragraph 125, Anna Gatti denies all

26  allegations therein.

27  126.        With respect to the allegations contained in Paragraph 126, Anna Gatti denies all

28  allegations therein.

127.	With respect to the allegations contained in Paragraph 127, Anna Gatti denies all allegations therein.

128.	With respect to the allegations contained in Paragraph 128, Anna Gatti denies all allegations therein.

129.	With respect to the allegations contained in Paragraph 129, Anna Gatti denies all allegations therein and denies for lack of knowledge the allegations about Valeria Sandei .

130.	With respect to the allegations contained in Paragraph 130, Anna Gatti denies all allegations therein.

131.	With respect to the allegations contained in Paragraph 131, Anna Gatti denies all allegations therein.

**D.	Gatti and the Amlaviva Defendants' Wrongdoing Is Ongoing**

132.	With respect to the allegations contained in Paragraph 132, Anna Gatti denies all allegations therein.

133.	With respect to the allegations contained in Paragraph 133, Anna Gatti denies all allegations therein.

134.	With respect to the allegations contained in Paragraph 134, Anna Gatti denies all allegations therein.

135.	With respect to the allegations contained in Paragraph 135, Anna Gatti denies all allegations therein but admits she sent an email on that date.

136.	With respect to the allegations contained in Paragraph 136, Anna Gatti denies all allegations therein.

**E.	The Confidential Information and Trade Secrets At Issue**

137.	With respect to the allegations contained in Paragraph 137, Anna Gatti denies all allegations therein.

138.	With respect to the allegations contained in Paragraph 138, Anna Gatti denies all allegations therein.

139.	With respect to the allegations contained in Paragraph 139, Anna Gatti denies all allegations therein.

140.     With respect to the allegations contained in Paragraph 140, Anna Gatti denies all allegations therein.

141.     With respect to the allegations contained in Paragraph 141, Anna Gatti denies all allegations therein.

142.     With respect to the allegations contained in Paragraph 142, Anna Gatti denies all allegations therein.

143.     With respect to the allegations contained in Paragraph 143, Anna Gatti denies all allegations therein.

144.     With respect to the allegations contained in Paragraph 144, Anna Gatti denies all allegations therein.

145.     With respect to the allegations contained in Paragraph 145, Anna Gatti denies all allegations therein.

146.     With respect to the allegations contained in Paragraph 146, Anna Gatti denies for lack of knowledge all allegations therein but admits she sent an email and admits the discussions were confidential.

147.     With respect to the allegations contained in Paragraph 147, Anna Gatti denies for lack of knowledge all allegations therein.

148.     With respect to the allegations contained in Paragraph 148, Anna Gatti denies all allegations therein.

149.     With respect to the allegations contained in Paragraph 149, Anna Gatti denies for lack of knowledge all allegations therein.

150.     With respect to the allegations contained in Paragraph 150, Anna Gatti denies for lack of knowledge all allegations therein.

151.     With respect to the allegations contained in Paragraph 151, Anna Gatti denies for lack of knowledge all allegations therein.

152.     With respect to the allegations contained in Paragraph 152, Anna Gatti denies for lack of knowledge all allegations therein.

153.     With respect to the allegations contained in Paragraph 153, Anna Gatti denies for lack of knowledge all allegations therein.

154.     With respect to the allegations contained in Paragraph 154, Anna Gatti denies for lack of knowledge all allegations therein.

155.     With respect to the allegations contained in Paragraph 155, Anna Gatti denies for lack of knowledge all allegations therein.

156.     With respect to the allegations contained in Paragraph 156, Anna Gatti denies for lack of knowledge all allegations therein.

157.     With respect to the allegations contained in Paragraph 157, Anna Gatti admits to the first sentence but denies all other allegations therein.

158.     With respect to the allegations contained in Paragraph 158, Anna Gatti denies for lack of knowledge all allegations therein.

159.     With respect to the allegations contained in Paragraph 159, Anna Gatti denies for lack of knowledge all allegations therein.

160.     With respect to the allegations contained in Paragraph 160, Anna Gatti denies for lack of knowledge all allegations therein.

161.     With respect to the allegations contained in Paragraph 161, Anna Gatti denies for lack of knowledge all allegations therein.

162.     With respect to the allegations contained in Paragraph 162, Anna Gatti denies for lack of knowledge all allegations therein.

163.     With respect to the allegations contained in Paragraph 163, Anna Gatti admits that the Company was preparing to undergo due diligence and she compiled documents but denies all other allegations therein.

164.     With respect to the allegations contained in Paragraph 164, Anna Gatti denies for lack of knowledge all allegations therein.

165.     With respect to the allegations contained in Paragraph 165, Anna Gatti denies for lack of knowledge all allegations therein.

DEFENDANT ANNA GATTI'S ANSWER TO FIRST AMENDED COMPLAINT; COUNTERCLAIM

166.     With respect to the allegations contained in Paragraph 166, Anna Gatti denies all allegations therein.

167.     With respect to the allegations contained in Paragraph 167, Anna Gatti denies all allegations therein.

168.     With respect to the allegations contained in Paragraph 168, Anna Gatti denies all allegations therein.

169.     With respect to the allegations contained in Paragraph 169, Anna Gatti denies all allegations therein.

170.     With respect to the allegations contained in Paragraph 170, Anna Gatti denies all allegations therein.

171.     With respect to the allegations contained in Paragraph 171, Anna Gatti denies all allegations therein.

172.     With respect to the allegations contained in Paragraph 171, Anna Gatti denies for lack of knowledge all allegations therein.

173.     With respect to the allegations contained in Paragraph 173, Anna Gatti denies all allegations therein except that Vignudelli was retained by IQ Systems.

174.     With respect to the allegations contained in Paragraph 174, Anna Gatti denies all allegations therein.

175.     With respect to the allegations contained in Paragraph 175, Anna Gatti denies all allegations therein.

176.     With respect to the allegations contained in Paragraph 176, Anna Gatti denies all allegations therein.

177.     With respect to the allegations contained in Paragraph 177, Anna Gatti denies all allegations therein.

178.     With respect to the allegations contained in Paragraph 178, Anna Gatti denies all allegations therein.

179.     With respect to the allegations contained in Paragraph 179, Anna Gatti denies all allegations therein.

1    180.    With respect to the allegations contained in Paragraph 180, Anna Gatti denies all
2    allegations therein.

3    181.    With respect to the allegations contained in Paragraph 181, Anna Gatti denies all
4    allegations therein.

5    182.    With respect to the allegations contained in Paragraph 182, Anna Gatti denies all
6    allegations therein.

7                          **ACTIONS BY THE DEFENDANTS**

8    183.    With respect to the allegations contained in Paragraph 183, Anna Gatti denies all
9    allegations therein except that she was an employee of Almawave USA.

10   184.    With respect to the allegations contained in Paragraph 184, Anna Gatti denies all
11   allegations therein.

12   185.    With respect to the allegations contained in Paragraph 185, Anna Gatti denies all
13   allegations therein.

14   186.    With respect to the allegations contained in Paragraph 186, Anna Gatti denies all
15   allegations therein.

16   187.    With respect to the allegations contained in Paragraph 187, Anna Gatti denies all
17   allegations therein.

18   188.    With respect to the allegations contained in Paragraph 188, Anna Gatti denies for lack of
19   knowledge all allegations therein.

20   189.    With respect to the allegations contained in Paragraph 189, Anna Gatti denies for lack of
21   knowledge all allegations therein.

22   190.    With respect to the allegations contained in Paragraph 190, Anna Gatti denies all
23   allegations therein.

24   191.    With respect to the allegations contained in Paragraph 191, Anna Gatti denies all
25   allegations therein.

26   192.    With respect to the allegations contained in Paragraph 192, Anna Gatti denies all
27   allegations therein.

28                          **FIRST CAUSE OF ACTION**

**(Racketeer Influenced and Corrupt Organizations, 18 U.S.C. §§ 1962 *et seq.*,**

**against All Defendants)**

193.     This paragraph incorporates paragraphs 1 through 192 of Plaintiff's complaint. Anna Gatti likewise incorporates its earlier responses to paragraphs 1 through 192 as if set forth in full.

194.     With respect to the allegations contained in Paragraph 194, Anna Gatti denies all allegations therein.

195.     With respect to the allegations contained in Paragraph 195, Anna Gatti denies for lack of knowledge all allegations therein.

196.     With respect to the allegations contained in Paragraph 196, Anna Gatti denies all allegations therein.

197.     With respect to the allegations contained in Paragraph 197, Anna Gatti denies for lack of knowledge all allegations therein except that Almaviva applied for a patent.

198.     With respect to the allegations contained in Paragraph 198, Anna Gatti denies all allegations therein.

199.     With respect to the allegations contained in Paragraph 199, Anna Gatti denies all allegations therein.

200.     With respect to the allegations contained in Paragraph 200, Anna Gatti denies all allegations therein.

201.     With respect to the allegations contained in Paragraph 201, Anna Gatti denies all allegations therein but admits to using Loop's email system and meeting in person with Almawave personnel.

202.     With respect to the allegations contained in Paragraph 202, Anna Gatti denies all allegations therein.

203.     With respect to the allegations contained in Paragraph 203, Anna Gatti denies all allegations therein.

204.     With respect to the allegations contained in Paragraph 204, Anna Gatti denies all allegations therein.

205.        With respect to the allegations contained in Paragraph 205, Anna Gatti denies all allegations therein.

206.        With respect to the allegations contained in Paragraph 206, Anna Gatti denies all allegations therein.

207.        With respect to the allegations contained in Paragraph 207, Anna Gatti denies all allegations therein.

208.        With respect to the allegations contained in Paragraph 208, Anna Gatti denies for lack of knowledge all allegations therein.

209.        With respect to the allegations contained in Paragraph 209, Anna Gatti denies all allegations therein.

210.        With respect to the allegations contained in Paragraph 210, Anna Gatti denies all allegations therein.

211.        With respect to the allegations contained in Paragraph 211, Anna Gatti denies all allegations therein.

212.        With respect to the allegations contained in Paragraph 212, Anna Gatti denies all allegations therein.

213.        With respect to the allegations contained in Paragraph 213, Anna Gatti denies all allegations therein but admits asking to keep contact with WI Harper.

214.        With respect to the allegations contained in Paragraph 214, Anna Gatti denies all allegations therein.

215.        With respect to the allegations contained in Paragraph 215, Anna Gatti denies all allegations therein.

216.        With respect to the allegations contained in Paragraph 216, Anna Gatti denies all allegations therein.

217.        With respect to the allegations contained in Paragraph 217, Anna Gatti denies all allegations therein.

218.        With respect to the allegations contained in Paragraph 218, Anna Gatti denies all allegations therein.

219.     With respect to the allegations contained in Paragraph 219, Anna Gatti denies all allegations therein.

## SECOND CAUSE OF ACTION

**(Computer Fraud and Abuse Act, 18 U.S.C. §§ 1030 *et seq.*, against All Defendants and Unauthorized Access to Computers, Cal. Penal Code §§ 502 *et seq*. against All Defendants)**

220.     This paragraph incorporates paragraphs 1 through 219 of Plaintiff's complaint. Anna Gatti likewise incorporates its earlier responses to paragraphs 1 through 219 as if set forth in full.

221.     With respect to the allegations contained in Paragraph 221, Anna Gatti denies all allegations therein.

222.     With respect to the allegations contained in Paragraph 222, Anna Gatti denies all allegations therein.

223.     With respect to the allegations contained in Paragraph 223, Anna Gatti denies all allegations therein.

224.     With respect to the allegations contained in Paragraph 224, Anna Gatti denies all allegations therein.

225.     With respect to the allegations contained in Paragraph 225, Anna Gatti denies all allegations therein.

226.     With respect to the allegations contained in Paragraph 226, Anna Gatti denies all allegations therein.

227.     With respect to the allegations contained in Paragraph 227, Anna Gatti denies all allegations therein.

228.     With respect to the allegations contained in Paragraph 228, Anna Gatti denies all allegations therein.

229.     With respect to the allegations contained in Paragraph 229, Anna Gatti denies all allegations therein.

230.     With respect to the allegations contained in Paragraph 230, Anna Gatti denies all allegations therein.

DEFENDANT ANNA GATTI'S ANSWER TO FIRST AMENDED COMPLAINT; COUNTERCLAIM

1    231.    With respect to the allegations contained in Paragraph 231, Anna Gatti denies all

2    allegations therein.

3    232.    With respect to the allegations contained in Paragraph 232, Anna Gatti denies all

4    allegations therein.

5

6                              **THIRD CAUSE OF ACTION**

7                    **(Fraud in the Inducement against Anna Gatti)**

8    233.    This paragraph incorporates paragraphs 1 through 232 of Plaintiff's complaint. Anna

9    Gatti likewise incorporates its earlier responses to paragraphs 1 through 232 as if set forth in full.

10   234.    With respect to the allegations contained in Paragraph 234, Anna Gatti denies all

11   allegations therein but admits to earning a salary at Skype.

12   235.    With respect to the allegations contained in Paragraph 235, Anna Gatti admits all

13   allegations therein.

14   236.    With respect to the allegations contained in Paragraph 236, Anna Gatti denies all

15   allegations therein.

16   237.    With respect to the allegations contained in Paragraph 237, Anna Gatti denies all

17   allegations therein.

18   238.    With respect to the allegations contained in Paragraph 238, Anna Gatti denies all

19   allegations therein.

20   239.    With respect to the allegations contained in Paragraph 239, Anna Gatti denies all

21   allegations therein.

22   240.    With respect to the allegations contained in Paragraph 240, Anna Gatti denies all

23   allegations therein.

24   241.    With respect to the allegations contained in Paragraph 241, Anna Gatti denies all

25   allegations therein.

26                             **FOURTH CAUSE OF ACTION**

27         **(Rescission and Restitution for Failure of Consideration against Anna Gatti)**

28

DEFENDANT ANNA GATTI'S ANSWER TO FIRST AMENDED COMPLAINT; COUNTERCLAIM

242.     This paragraph incorporates paragraphs 1 through 241 of Plaintiff's complaint. Anna Gatti likewise incorporates its earlier responses to paragraphs 1 through 241 as if set forth in full.

243.     With respect to the allegations contained in Paragraph 243, Anna Gatti denies all allegations therein.

244.     With respect to the allegations contained in Paragraph 244, Anna Gatti denies all allegations therein.

245.     With respect to the allegations contained in Paragraph 245, Anna Gatti denies all allegations therein.

246.     With respect to the allegations contained in Paragraph 246, Anna Gatti denies all allegations therein.

247.     With respect to the allegations contained in Paragraph 247, Anna Gatti denies all allegations therein.

248.     With respect to the allegations contained in Paragraph 248, Anna Gatti denies all allegations therein.

249.     With respect to the allegations contained in Paragraph 249, Anna Gatti denies all allegations therein.

**FIFTH CAUSE OF ACTION**

**(Fraud against All Defendants)**

250.     This paragraph incorporates paragraphs 1 through 249 of Plaintiff's complaint. Anna Gatti likewise incorporates its earlier responses to paragraphs 1 through 249 as if set forth in full.

251.     With respect to the allegations contained in Paragraph 251, Anna Gatti denies all allegations therein.

252.     With respect to the allegations contained in Paragraph 252, Anna Gatti denies all allegations therein.

253.     With respect to the allegations contained in Paragraph 253, Anna Gatti denies all allegations therein.

254.     With respect to the allegations contained in Paragraph 254, Anna Gatti denies all allegations therein.

255.     With respect to the allegations contained in Paragraph 255, Anna Gatti denies all allegations therein.

256.     With respect to the allegations contained in Paragraph 256, Anna Gatti denies all allegations therein.

257.     With respect to the allegations contained in Paragraph 257, Anna Gatti denies all allegations therein.

258.     With respect to the allegations contained in Paragraph 258, Anna Gatti denies all allegations therein.

259.     With respect to the allegations contained in Paragraph 259, Anna Gatti denies all allegations therein.

260.     With respect to the allegations contained in Paragraph 260, Anna Gatti denies all allegations therein.

## SIXTH CAUSE OF ACTION

### (Breach of Contract against Anna Gatti)

261.     This paragraph incorporates paragraphs 1 through 260 of Plaintiff's complaint. Anna Gatti likewise incorporates its earlier responses to paragraphs 1 through 260 as if set forth in full.

262.     With respect to the allegations contained in Paragraph 262, Anna Gatti admits the allegations therein, but defendant alleges that the requirement of written consent for concurrent employment was waived by agreement and custom and practice of Loop.

263.     With respect to the allegations contained in Paragraph 263, Anna Gatti admits all allegations therein.

264.     With respect to the allegations contained in Paragraph 264, Anna Gatti denies all allegations therein.

265.     With respect to the allegations contained in Paragraph 265, Anna Gatti denies all allegations therein.

266.     With respect to the allegations contained in Paragraph 266, Anna Gatti denies all allegations therein.

267.      With respect to the allegations contained in Paragraph 267, Anna Gatti denies all allegations therein.

268.      With respect to the allegations contained in Paragraph 268, Anna Gatti denies all allegations therein.

269.      With respect to the allegations contained in Paragraph 269, Anna Gatti denies all allegations therein.

270.      With respect to the allegations contained in Paragraph 270, Anna Gatti denies all allegations therein.

271.      With respect to the allegations contained in Paragraph 271, Anna Gatti denies all allegations therein.

272.      With respect to the allegations contained in Paragraph 272, Anna Gatti denies all allegations therein.

273.      With respect to the allegations contained in Paragraph 273, Anna Gatti denies all allegations therein.

274.      With respect to the allegations contained in Paragraph 274, Anna Gatti denies all allegations therein.

275.      With respect to the allegations contained in Paragraph 275, Anna Gatti denies all allegations therein.

276.      With respect to the allegations contained in Paragraph 276, Anna Gatti denies all allegations therein.

## SEVENTH CAUSE OF ACTION

### (Breach of Duty of Good Faith and Fair Dealing against Anna Gatti)

277.      This paragraph incorporates paragraphs 1 through 276 of Plaintiff's complaint. Anna Gatti likewise incorporates its earlier responses to paragraphs 1 through 276 as if set forth in full.

278.      With respect to the allegations contained in Paragraph 278, Anna Gatti denies for lack of information all allegations therein.

279.      With respect to the allegations contained in Paragraph 279, Anna Gatti admits all allegations therein.

1    280.    With respect to the allegations contained in Paragraph 280, Anna Gatti denies all

2    allegations therein.

3    281.    With respect to the allegations contained in Paragraph 281, Anna Gatti denies all

4    allegations therein.

5    282.    With respect to the allegations contained in Paragraph 282, Anna Gatti denies all

6    allegations therein.

7    283.    With respect to the allegations contained in Paragraph 283, Anna Gatti denies all

8    allegations therein.

9                         **EIGHT CAUSE OF ACTION**

10                   **(Theft of Corporate Opportunity, against Anna Gatti)**

11    284.    This paragraph incorporates paragraphs 1 through 283 of Plaintiff's complaint. Anna

12    Gatti likewise incorporates its earlier responses to paragraphs 1 through 283 as if set forth in full.

13    285.    With respect to the allegations contained in Paragraph 285, Anna Gatti denies all

14    allegations therein.

15    286.    With respect to the allegations contained in Paragraph 286, Anna Gatti denies all

16    allegations therein.

17    287.    With respect to the allegations contained in Paragraph 287, Anna Gatti denies all

18    allegations therein.

19    288.    With respect to the allegations contained in Paragraph 288, Anna Gatti denies all

20    allegations therein.

21    289.    With respect to the allegations contained in Paragraph 289, Anna Gatti denies all

22    allegations therein.

23                         **NINTH CAUSE OF ACTION**

24          **(Intentional Interference with Prospective Economic Advantage against All Defendants)**

25    290.    This paragraph incorporates paragraphs 1 through 289 of Plaintiff's complaint. Anna

26    Gatti likewise incorporates its earlier responses to paragraphs 1 through 289 as if set forth in full.

27    291.    With respect to the allegations contained in Paragraph 291, Anna Gatti denies for lack of

28    knowledge all allegations therein.

292.       With respect to the allegations contained in Paragraph 292, Anna Gatti denies all allegations therein.

293.       With respect to the allegations contained in Paragraph 293, Anna Gatti admits the economic relations with employees and contractors had the possibility of future economic benefit to the company provided the company could successfully develop and market its product but denies all other allegations therein.

294.       With respect to the allegations contained in Paragraph 294, Anna Gatti admits all allegations therein.

295.       With respect to the allegations contained in Paragraph 295, Anna Gatti denies all allegations therein.

296.       With respect to the allegations contained in Paragraph 296, Anna Gatti denies all allegations therein.

297.       With respect to the allegations contained in Paragraph 297, Anna Gatti denies all allegations therein.

298.       With respect to the allegations contained in Paragraph 298, Anna Gatti denies all allegations therein.

299.       With respect to the allegations contained in Paragraph 299, Anna Gatti denies all allegations therein.

300.       With respect to the allegations contained in Paragraph 300, Anna Gatti denies all allegations therein.

301.       With respect to the allegations contained in Paragraph 301, Anna Gatti denies all allegations therein.

302.       With respect to the allegations contained in Paragraph 302, Anna Gatti denies all allegations therein.

## TENTH CAUSE OF ACTION

### (Tortious Interference against all Defendants)

303.       This paragraph incorporates paragraphs 1 through 302 of Plaintiff's complaint. Anna Gatti likewise incorporates its earlier responses to paragraphs 1 through 302 as if set forth in full.

DEFENDANT ANNA GATTI'S ANSWER TO FIRST AMENDED COMPLAINT; COUNTERCLAIM

1   304.    With respect to the allegations contained in Paragraph 304, Anna Gatti denies for lack of

2   information all allegations therein.

3   305.    With respect to the allegations contained in Paragraph 305, Anna Gatti denies all

4   allegations therein.

5   306.    With respect to the allegations contained in Paragraph 306, Anna Gatti denies all

6   allegations therein.

7   307.    With respect to the allegations contained in Paragraph 307, Anna Gatti denies all

8   allegations therein.

9   308.    With respect to the allegations contained in Paragraph 308, Anna Gatti denies all

10   allegations therein.

11   309.    With respect to the allegations contained in Paragraph 309, Anna Gatti denies all

12   allegations therein.

13   310.    With respect to the allegations contained in Paragraph 310, Anna Gatti denies all

14   allegations therein.

15   311.    With respect to the allegations contained in Paragraph 311, Anna Gatti denies all

16   allegations therein.

17   312.    With respect to the allegations contained in Paragraph 312, Anna Gatti denies all

18   allegations therein.

19   313.    With respect to the allegations contained in Paragraph 313, Anna Gatti denies all

20   allegations therein.

21                           **ELEVENTH CAUSE OF ACTION**

22   **(Misappropriation of Trade Secrets, California Civil Code §§ 3426 *et seq.*, against All**

23                                   **Defendants)**

24   314.    This paragraph incorporates paragraphs 1 through 313 of Plaintiff's complaint. Anna

25   Gatti likewise incorporates its earlier responses to paragraphs 1 through 313 as if set forth in full.

26   315.    With respect to the allegations contained in Paragraph 315, Anna Gatti admits that some

27   of the Company's documents and information are generally not known to the public or to other persons

28   who can obtain economic value from their disclosure or use and that some of the Company's

DEFENDANT ANNA GATTI'S ANSWER TO FIRST AMENDED COMPLAINT; COUNTERCLAIM

1  documents and information are the subject of efforts by the Company to maintain their secrecy and that

2  they have the potential for economic value from not being generally known.  Gatti denies each and

3  every other allegation contained in paragraph 315.

4      316.      With respect to the allegations contained in Paragraph 316, Anna Gatti denies all

5  allegations therein.

6      317.      With respect to the allegations contained in Paragraph 317, Anna Gatti denies all

7  allegations therein.

8      318.      With respect to the allegations contained in Paragraph 318, Anna Gatti denies all

9  allegations therein.

10     319.      With respect to the allegations contained in Paragraph 319, Anna Gatti denies all

11  allegations therein.

12     320.      With respect to the allegations contained in Paragraph 320, Anna Gatti denies all

13  allegations therein.

14     321.      With respect to the allegations contained in Paragraph 321, Anna Gatti denies all

15  allegations therein.

16     322.      With respect to the allegations contained in Paragraph 322, Anna Gatti denies all

17  allegations therein.

18     323.      With respect to the allegations contained in Paragraph 323, Anna Gatti denies all

19  allegations therein.

20     324.      With respect to the allegations contained in Paragraph 324, Anna Gatti denies all

21  allegations therein.

22     325.      With respect to the allegations contained in Paragraph 325, Anna Gatti denies all

23  allegations therein.

24     326.      With respect to the allegations contained in Paragraph 326, Anna Gatti denies all

25  allegations therein.

26                    **TWELFTH CAUSE OF ACTION**

27          **(Conversion against Gatti and the IQSystem Defendants)**

28

DEFENDANT ANNA GATTI'S ANSWER TO FIRST AMENDED COMPLAINT; COUNTERCLAIM
K:\2500\sf0173\Pleadings\FAC Answer_Gatti.docx                                    Case No. 3:15-CV-00798-HSG

327.     This paragraph incorporates paragraphs 1 through 326 of Plaintiff's complaint. IQSystem, Inc. likewise incorporates its earlier responses to paragraphs 1 through 326 as if set forth in full.

328.     With respect to the allegations contained in Paragraph 328, Anna Gatti denies all allegations therein.

329.     With respect to the allegations contained in Paragraph 329, Anna Gatti denies all allegations therein.

330.     With respect to the allegations contained in Paragraph 330, Anna Gatti denies all allegations therein.

331.     With respect to the allegations contained in Paragraph 331, Anna Gatti denies all allegations therein.

332.     With respect to the allegations contained in Paragraph 332, Anna Gatti denies all allegations therein.

333.     With respect to the allegations contained in Paragraph 333, Anna Gatti denies all allegations therein.

## THIRTEENTH CAUSE OF ACTION

### (Unfair Competition, Bus. & Prof. Code §§ 17200 *et seq.*, against All Defendants)

334.     This paragraph incorporates paragraphs 1 through 333 of Plaintiff's complaint.  Anna Gatti likewise incorporates its earlier responses to paragraphs 1 through 333 as if set forth in full.

335.     With respect to the allegations contained in Paragraph 335, Anna Gatti denies all allegations therein.

336.     With respect to the allegations contained in Paragraph 336, Anna Gatti denies all allegations therein.

337.     With respect to the allegations contained in Paragraph 337, Anna Gatti denies all allegations therein.

338.     With respect to the allegations contained in Paragraph 338, Anna Gatti denies all allegations therein.

339.      With respect to the allegations contained in Paragraph 339, Anna Gatti denies all allegations therein.

340.      With respect to the allegations contained in Paragraph 340, Anna Gatti denies all allegations therein.

341.      With respect to the allegations contained in Paragraph 341, Anna Gatti denies all allegations therein.

342.      With respect to the allegations contained in Paragraph 342, Anna Gatti denies all allegations therein.

## FOURTEENTH CAUSE OF ACTION

### (Unjust Enrichment, against All Defendants)

343.      This paragraph incorporates paragraphs 1 through 343 of Plaintiff's complaint. Anna Gatti likewise incorporates its earlier responses to paragraphs 1 through 343 as if set forth in full.

344.      With respect to the allegations contained in Paragraph 344, Anna Gatti denies all allegations therein.

345.      With respect to the allegations contained in Paragraph 345, Anna Gatti denies all allegations therein.

346.      With respect to the allegations contained in Paragraph 346, Anna Gatti denies all allegations therein.

347.      With respect to the allegations contained in Paragraph 347, Anna Gatti denies all allegations therein.

348.      With respect to the allegations contained in Paragraph 348, Anna Gatti denies all allegations therein.

## PRAYER FOR RELIEF

Plaintiff's prayer for relief does not require a response, but insofar as an answer is deemed necessary, Anna Gatti denies that Plaintiff is entitled to the requested relief or to any relief whatsoever.

## FIRST AFFIRMATIVE DEFENSE

### (Statutory Limitations)

1    Each and every purported cause of action of the complaint is barred by all applicable statutes of

2    limitations.

3                                        **SECOND AFFIRMATIVE DEFENSE**

4                                        **(Failure to State a Cause of Action)**

5    Each and every purported cause of action fails to state facts sufficient to constitute a cause of

6    action against Anna Gatti

7                                        **THIRD AFFIRMATIVE DEFENSE**

8                                        **(Laches and Estoppel)**

9    By virtue of Plaintiff's actions, inactions, and conduct before filing the Complaint, Plaintiff is

10   barred from seeking or being awarded any relief by the doctrines of estoppel and laches.

11                                       **FOURTH AFFIRMATIVE DEFENSE**

12                                       **(Failure to Mitigate Damages)**

13   Plaintiff has failed to mitigate its damages, if any exist.

14                                       **FIFTH AFFIRMATIVE DEFENSE**

15                                       **(Unclean Hands)**

16   Any alleged loss or damage Plaintiff may have suffered was not caused by any act, omission,

17   representation, or negligence on the part of Anna Gatti , but is solely attributable to the conduct of the

18   Plaintiff or of people other than Anna Gatti

19                                       **SIXTH AFFIRMATIVE DEFENSE**

20                                       **(Waiver)**

21   Anna Gatti is informed and believes and thereupon alleges that Plaintiff has waived its right to

22   the relief sought in the complaint by virtue of its acts, conduct, representations, and omissions, which

23   constitutes a breach of contract by Plaintiff.

24                                       **EIGHTH AFFIRMATIVE DEFENSE**

25                                       **(Equity)**

26   Plaintiff's complaint and each cause of action therein, is barred in whole or in part from

27   recovering the relief sought therein as the equities preponderate in favor of Anna Gatti.

28                                       **NINTH AFFIRMATIVE DEFENSE**

**(Good Faith/Lack of Malice)**

Plaintiff's complaint and each cause of action therein, are barred in whole or in part because Anna Gatti acted at all times in good faith, without knowledge of any alleged wrongdoing and without any basis for such knowledge.

**TENTH AFFIRMATIVE DEFENSE**

**(Offset)**

Any claim for damages, which Anna Gatti denies, in Plaintiff's complaint is offset by the damages caused by Plaintiff.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Reservation of Rights to Assert Additional Defenses)**

Anna Gatti reserves its right to assert and rely upon such other applicable affirmative defenses as may become available or apparent during the proceedings in this matter.

**COUNTERCLAIM**

**The Parties**

1.     Anna Gatti ("Gatti") is an individual living in San Francisco, California.

2.     Upon information and belief, Loop AI Labs, Inc. ("Loop AI") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in San Francisco, California.

**Jurisdiction and Venue**

3.     Subject to Gatti's defenses and denials, Gatti alleges that this Court has jurisdiction over the subject matter of these Counterclaims under, without limitation, 28 U.S.C. § 1367, and venue for these Counterclaims is proper in this district.

4.     This Court has personal jurisdiction over Loop AI.

**Factual Background**

5.     Effective October 3, 2012, Soshoma, Inc (predecessor to Loop, AI) entered into an employment agreement with Anna Gatti, in California (the " Contract").

6.     Pursuant to the Contract, Soshoma, Inc. was to provide Gatti with a salary of $150,000 per year as Chief Executive Officer.

1    7.    Soshoma did not pay Gatti the contracted salary.

2    8.    Loop became the successor in interest to Soshoma, Inc. and, as such, assumed

3    responsibility for all of its legal obligations and assets, including the Contract.

4                              **FIRST COUNT**

5                  **(Breach of Contract against Loop AI Labs, Inc.*)***

6    9.    Gatti restates and incorporates by reference the allegations in paragraphs 1-8 of her

7    Counterclaim.

8    10.    At all times relevant to this counterclaim, a contractual relationship existed between

9    Anna Gatti and Loop, AI.

10    11.    At all times relevant to this counterclaim, Gatti performed all obligations required of her

11    pursuant to the Contract.

12    12.    All conditions required for Loop, AI's performance of the contract have occurred.

13    13.    Loop, AI has breached the Contract by failing to pay Gatti sums due to her pursuant to

14    the contract.

15    14.    Anna Gatti has suffered damage in an amount exceeding $150,000 as a consequence of

16    Loop AI's breach of the Contract.

17                              **PRAYER**

18    1.    That the Complaint be dismissed with prejudice and that Plaintiff take nothing thereby;

19    2.    That Anna Gatti have judgment against Plaintiff in an amount in excess of $150,000, to

20    be determined at trial;

21    3.    For attorneys fees and costs of suit.

22    4.    For such other relief as the Court deems proper.

23

24    Dated: September 16, 2015                    LOW, BALL & LYNCH

25

26                                    By: ___/s/ Thomas J. LoSavio_____
                                         THOMAS J. LOSAVIO
27                                       JAMES F. REGAN
                                         Attorneys for Defendants
28                                       ANNA GATTI and IQ SYSTEMS, LLC

-32-
DEFENDANT ANNA GATTI'S ANSWER TO FIRST AMENDED COMPLAINT; COUNTERCLAIM