1  VALERIA CALAFIORE HEALY (*pro hac vice*)
   valeria.healy@healylex.com
2  HEALY LLC
   154 Grand Street
3  New York, New York  10013
   Telephone:    (212) 810-0377
4  Facsimile:    (212) 810-7036

5  DANIEL J. WEINBERG (SBN 227159)
   dweinberg@fawlaw.com
6  FREITAS ANGELL & WEINBERG LLP
   350 Marine Parkway, Suite 200
7  Redwood Shores, California  94065
   Telephone:    (650) 593-6300
8  Facsimile:    (650) 593-6301

9  Attorneys for Plaintiff
   LOOP AI LABS INC.

10

11              **UNITED STATES DISTRICT COURT**

12         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

14  LOOP AI LABS INC.,                    CASE NO.: 3:15-cv-00798-HSG-DMR

15              Plaintiff,

16                                        **DECLARATION OF**
                                          **VALERIA CALAFIORE HEALY**
17          v.                            **IN SUPPORT OF LOOP AI LABS INC.'S**
                                          **MOTION TO DISQUALIFY VENABLE**
                                          **LLP**
18  ANNA GATTI, et al,

19              Defendants.
                                          Action Filed:  February 20, 2015
20                                        Trial Date:  July 11, 2016

21

22

23

24

25

26

27

28

I, Valeria Calafiore Healy hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information and belief:

1.      I am an attorney duly admitted to practice law in the State of New York and have been admitted *pro hac vice* by this Court as counsel for Plaintiff Loop AI Labs Inc. (the "Plaintiff" or "Loop AI") in this action.

2.      I am familiar with the investigation and proceedings in the above captioned action.

3.      I submit this Declaration in connection with Loop AI's Motion to Disqualify Venable LLP ("Motion").

### Attempts To Meet & Confer Regarding Conflicts Issue

4.      On August 3, 2015, Loop AI was advised by Orrick Herrington & Sutcliffe LLP ("Orrick") – in connection with the subpoena *duces tecum* issued to Orrick (the "Orrick Subpoena") – that Peter Sternberg, one of the attorneys they had just identified in response to the Orrick Subpoena was now a partner at Venable LLP ("Venable").

5.      Loop AI could not have discovered this fact sooner because, until Orrick was directed by the Court to respond to the Orrick Subpoena, Orrick refused to voluntarily identify any of the attorneys that worked on the Almaviva matter and Almaviva similarly objected to Orrick providing any response to Loop AI.

6.      Upon receipt of this information from Orrick, I promptly reached out to Venable's General Counsel on August 5, 2015, to address the conflict. *See e.g.* ECF 161. *See also* Ex. G at EX-G-1.

7.      On or about August 10, I again reached out to Venable as well as to Venable's counsel for Almawave USA Inc., AlmavivA S.p.A., and Almawave S.r.l. (together "Almaviva"),

and to address the conflict and to stipulate to a period of time to address the conflicts internally between the parties.  *See* Ex. G at EX-G-4.

8.      Almaviva demanded that I explain in writing the nature of the conflicts.  In an effort to seek to resolve this matter without court intervention, I complied with Almaviva's request by providing, on August 14, 2015, additional details regarding the conflicts that needed to be addressed.  *See* Ex. G at EX-G-2 - 7.

9.      On August 21, 2015, Almaviva responded to my letter indicating simply that there is no conflict.  *See* Ex. G at EX-G-8.

10.      Since that date, and as recently as September 3, 2015, I made various other attempts to meet and confer with Almaviva regarding this matter but both Almaviva and Venable declined to have any discussion.

### Exhibits

11.      Attached hereto as **Exhibit A** is a true and correct copy of Venable LLP's Objections and Responses to Loop AI Labs Inc.'s subpoena *duces tecum* issued to Venable LLP, dated August 21, 2015.

12.      Attached hereto as **Exhibit B** is a true and correct copy of the official record of current legal representatives and agents of Almawave S.r.l. before the United States Patent Office in connection with the Valeria Sandei's United States Patent Application No. 14450085 ("Sandei Application") which is at issue in this action.  This record is current through September 16, 2015.  As set forth in Exhibit B, to this date, Orrick continues to be the law firm of record for Almawave S.r.l.  In addition, as set forth in **Exhibit A**, Venable indicated that it also is acting as Almawave S.r.l. in connection with the same Sandei Application.  *See* Ex. A, Response to Request 6.  Based on these records, it appears that Orrick continues to act as co-counsel with Venable on the Sandei Application which is at issue in this action.

13.     Attached hereto as **Exhibit C** is a true and correct copy of the Orrick's Conflict of Interest Search Request Summary and Report dated March 27, 2014, Bates number OHS00103-117, relating to the conflicted Almaviva representation at issue in this case.

14.     Attached hereto as **Exhibit D** are true and correct copies of correspondence involving Anna Gatti, Almaviva and a third party involved in the matters at issue in this action, Russell Reynolds Associates Inc. ("RRA").  These documents include true and correct copies of the documents produced to Loop AI by RRA.  In addition, the documents include true and accurate translations prepared by me.  I am fluent in both Italian and English and competent to render the translations being submitted.  Also attached to Exhibit D is a separate authentication of accuracy by a third party translator.

15.     Attached hereto as **Exhibit E** is a true and correct copy of Orrick's Conflict of Interest Search Request Summary and Report dated April 24, 2012, Bates number OHS00129-143, relating to Orrick's opening of the Loop AI matter.

16.     Attached hereto as **Exhibit F** is a true and correct copy of an official record from the New York State Unified Court System online attorney directory relating to Attorney Peter Sternberg's official law firm affiliation as of September 16, 2015.

17.     Attached hereto as **Exhibit G** are true and correct copies of certain meet and confer correspondence between Loop AI, Venable and Orrick referenced above.

18.     Attached hereto as **Exhibit I** is a true and correct copy of Orrick's Responses and Objections to Loop AI Labs, Inc.'s subpoena *duces tecum* to Orrick, dated July 30, 2015.

19.     On March 5, 2015, I was contacted by Venable LLP's Attorney Wallerstein. During this telephone conference Mr. Wallerstein detailed knowledge of specific investor and other Loop AI matter that were highly-confidential and that Mr. Wallerstein could not have had without access to Orrick's files.  During this call I asked Mr. Wallerstein if Orrick also

1    represented Almaviva and Mr. Wallerstein confirmed that they did, but refused to disclose to me

2    any of the names of the Orrick lawyers involved.

3            20.    Orrick also refused to voluntarily provide me any of the names the Orrick

4    attorneys who had worked on the Almaviva matters, until the Court's directed Orrick to respond

5    to the Subpoena at the end of July 2015.  On August 3, 2015, I received a small production of

6    documents by Orrick in response to the Subpoena which included a list of the Orrick attorneys

7    that worked on the Almaviva matter.  I also reviewed the list of Orrick attorneys that worked on

8    the Loop AI matter.  Three of the Orrick attorneys used by Attorney Sternberg on the Almaviva

9    matter also worked on the Loop AI matter.  In addition, the majority of attorneys involved in

10   both matters were members of the same Orrick Corporate practice group.

11

12

13

14

15   Executed: September 16, 2015
           New York, New York

16   _____

17                          Valeria Calafiore Healy

18

19

20

21

22

23

24

25

26

27

28

3:15-CV-00798-HSG-DMR                                    DECLARATION OF VCH