# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>v.<br><br>ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l. and Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM Inc., a Delaware Corporation,<br><br>               Defendants. | Case No.  15-00798 HSG-DMR<br><br>**DECLARATION OF TRANSLATION ACCURACY** |

I, RAFFAELE SENA, hereby declare under penalty of perjury under the laws of the United States that the following is true based upon my personal knowledge, information and belief:

1.      I am a senior partner of LawLinguists, a legal translation company located in Milan, Italy.

2.      I have personal knowledge of the matters stated herein.

3.      LawLinguists was retained to review and authenticate for accuracy English translations of Documents bearing Bates (1) No. RRA000219-222 (original) and Translation attached , and (2) RRA000223 (original) and Translation.

4.      Attached hereto as Exhibit 1 is a true and correct copy of the Original and Translation of RRA000219-222.  I confirm that the attached Translation included in Exhibit 1 represents a true and accurate translation of all portions of the documents that are shown as

having been translated.

5.     Attached hereto as Exhibit 2 is a true and correct copy of the Original and Translation of RRA000223.  I confirm that the attached Translation included in Exhibit 1 represents a true and accurate translation of the portion of the document that was translated.

6.     I certify that I and LawLinguists' translators are competent in both English and Italian to review and certify such translation.

Dated:  September 15, 2015

_____
Raffaele Sena

# EXHIBIT 1

**EXHIBIT 1-ORIGINAL**

**Joyce Wah**

| | |
|---|---|
| **From:** | anna gatti <anna.gatti@gmail.com> |
| **Sent:** | April 18, 2014 6:01 PM |
| **To:** | Mario Pepe |
| **Subject:** | Fwd: Agreement IQ System |

Confidentially - things are moving forward.
Entro la fine della prossima settimana dovremmo far firmare il contratto al BD team.
La mia proposta di contratto non e' ancora arrivata, ma dovrei riceverla in una o due settimane.
Vorrei partire in modo aggressivo nel mercato americano, per poi fare cost optimization quando iniziamo ad
avere un po' di account pensanti in pancia.

Fronte Gtech - ho mandato tutta la documentazione richiesta entro il 10 aprile. Aspetto di sentire per next steps.

Grazie

Un abbraccio

A.

---------- Forwarded message ----------
From: **anna gatti** <anna.gatti@gmail.com>
Date: 2014-04-18 14:57 GMT-07:00
Subject: Re: Agreement IQ System
To: Sandei Valeria <V.Sandei@almawave.it>

Ciao Valeria,

Visto che domani saremo con bimbe in giro, preferisco anticiparti in dettaglio via mail i miei ragionamenti cosi'
riusciamo a chiudere il cerchio anche in playtime :)

Ho avuto modo di leggere con attenzione il contratto di Orrick e di fare anche un po' di intelligence per capire
meglio il contesto e il BD team.
L'impostazione generale mi sembra valida.

**Ci sono **due livelli di concerns** che vorrei discutere con te:

1) Avere la struttura giusta per set AW USA up for success.

Ho visto i tagli al BD budget. Con $40,000/month all inclusive secondo me non riusciamo a essere aggressivi
nel mercato americano. Non vorrei iniziare a entrare nel mercato senza avere un team agguerrito, motivato e
avere i mezzi giusti per portare a casa subito top accounts.
Controintuitivamente, secondo me e' più' semplice ridurre le spese dopo piuttosto che al principio. Una volta
che si ha un brand, una reputation, una storia da raccontare con top clients US, lo sforzo (anche inteso in viaggi,
cene, regali da fare, et cetera, et cetera) diventa minore. All'inizio, quando la società' non ha reputation e storia
nel mercato, se entriamo con un budget che non copre neanche le risorse umane del BD team, ho paura che
finiamo per combinare poco.

RRA000219

EXHIBIT 1-ORIGINAL

Ho riguardato il budget che mi avevi passato (versione originale mandata dal BD team). Seguendo le tue linee guida, se togliamo tutti i costi che rimarrebbero in pancia ad AW Inc, e lasciando a BD Costo del personale, Capaccio + Spese, Travel & Entertainment, arriviamo a $40K/month (Euro 50K/month).

Se - come vorrei nonostante il buying cycle lungo - vogliamo puntare ad ottenere contratti con enti governativi, avere anche la parte di BD team che lavora a Washington e' importante, ma con $40K/month di base si copre solo Jeff ($11.5K con spese), Manuela (che so che prende net base salari di circa $85K/anno, quindi sono all inclusive costo aziendale intorno a $125K/anno + 20% bonus = tot costo aziendale $150K/anno = $12,5K/mese) e rimangono solo $16K che secondo me non bastano a pagare Tony, le persone part time su Washington, lobbisti, viaggi, meals&entertainment. Francamente - come discusso per telefono precedentemente - reputo sia meglio tenere tutta una serie di voci e di consultants fuori dai book di Almawave US. Ritengo sia meglio per noi che IQS abbia un flat monthly retainer senza che noi dobbiamo neppure vedere (e quindi approvare) alcune specifiche voci di spesa che servono per vincere gare.

Capisco la tua preoccupazione di contenere i costi, che condivido. Come ti dicevo, secondo me riusciamo a tagliare i costi piu' facilmente in fase di growth che di ingresso nel mercato.

Mi piacerebbe potere partire dando al team BD quello che chiedono per essere successful e dando a noi una deadline ben precisa su quanto leash gli diamo: se non portano i risultati entro X, li mandiamo a casa e troviamo altri.

Non vorrei pero' trovarmi nella situazione in cui non mi e' chiaro se la performance non viene per mancanza di investimenti o di capacita'.

Aspetto di discutere questo punto in dettaglio con te al telefono domani/oggi tuo.

2) Avere una offerta accettabile per il BD team

Non credo che riusciamo a portare a casa la firma del BD team con l'offerta di Orrick cosi' come e' ora.

Uno dei founder di Palantir e' una persona che conosco bene professionalmente e che e' anche interessato a quello che sto facendo con la mia start up.

Sono andata a prendermi un caffe' e mi sono fatta un po' raccontare che tipo di contratto avevano con il team BD. Con Palantir loro avevano: $75K/month retainer + rimborso spese a pie' di lista (avevano carta di credito Palantir per le spese) + 20% revenue share su tutti i contratti + stock options "now worth several millions" (non sono riuscita a capire piu' in dettaglio quanti millions). Temo con il retainer di $40K all inclusive al mese non riusciamo ad ottenere la firma del contratto.

**My proposal to discuss with you over the phone:**
Alzare il monthly retainer all inclusive da $40K/month a $70K/month (Euro 50k/month). Lasciare tutto il resto della proposta di Orrick invariato.

Aspetto di discutere con te in dettaglio domani mattina mia/oggi tuo.

Grazie e a presto

A.


2014-04-17 9:03 GMT-07:00 Anna <anna.gatti@gmail.com>:

Ok, perfect! A dopo

Grazie

> On Apr 17, 2014, at 9:01 AM, Sandei Valeria <V.Sandei@almawave.it> wrote:
>

**EXHIBIT 1-ORIGINAL**

> Sono a +11 rispetto a te..
> Vedi i docs e ci sentiamo fra stasera e domani (tua mattina presto), magari mandami un sms se sono sveglia ci fasiamo già oggi.
>
> A presto, grazie  ciao
>
> Inviato da iPhone
>
>> Il giorno 17/apr/2014, alle ore 19:55, "Anna" <anna.gatti@gmail.com> ha scritto:
>>
>> Ciao Valeria,
>>
>> Ora entro in board meeting.
>> Esco verso Mezzogiorno PST.
>>
>> Appena esco studio I documenti e ti mando i commenti. E possiamo discuterne al telefono ovviamente.
>>
>> In Che fuso orario sei?
>>
>> A presto!
>>
>> A
>>
>>> On Apr 17, 2014, at 2:11 AM, Sandei Valeria <V.Sandei@almawave.it> wrote:
>>>
>>> Ciao Anna,
>>> Spero tu sia guarita!!
>>>
>>> Ti allego la bozza di contratto predisposta da Orrik per regolare il rapporto di BD con IQ.
>>> L'impostazione è "fee all inclusive" per l'attività di BD (a copertura quindi dall'effort attuale Tony+Jeff+ 1 risorsa FT e delle spese di sviluppo strettamente legate al BD) + 15% revenue share (licenze e servizi).
>>>
>>> Uffici, allestimenti, utenze e risorse tecniche saranno a carico AW USA, per evitare confusione nello scope di ciascuno e renderci autonomi su questi aspetti.
>>>
>>> Il contratto con IQ sarà sottoscritto chiaramente da AW USA, che andremo a costituire a valle del mio boad meeting del 23. Quindi presumo  già per metà maggio sarà attivo.
>>>
>>> Da oggi Orrik inizia a lavorare anche al tuo contratto, secondo le linee guida condivise con Pepe. Anch'esso potrà essere sottoscritto da AW USA appena costituita.
>>>
>>> Se questo doc ti sembra in linea, ti proporrei di sentirci in call stasera per fare un punto e poi puoi condividerlo con loro.
>>>
>>> Io conterei di venire a San Francisco il 19 maggio per fare lo start up sui vari fronti e lavorare al tema brevetti.
>>>
>>>
>>> A più tardi,
>>> Grazie e a prestissimo!
>>> Valeria

3

RRA000221

**EXHIBIT 1-ORIGINAL**

>>>
>>> <140417 Almawave IQSystem v5.DOC>
>>>
>>> <757496712(1)_Exhibit F -- Confidentiality Agreement (Consultant).DOC>
>>>
>>> <757581079(1)_Exhibit G -- Confidentiality Agreement (Team Member).DOC>

4

# EXHIBIT 1

(BEGIN TRANSLATION)


**Joyce Wah**

| | |
|---|---|
| **From:** | anna gatti <anna.gatti@gmail.com> |
| **Sent:** | April 18, 2014 6:01 PM |
| **To:** | Mario Pepe |
| **Subject:** | Fwd: Agreement IQ System |

Confidentially - things are moving forward.

By the end of next week we should sign the agreement with the BD team.
I have not yet received my own contract proposal, but I should receive it within one or two weeks.
I would like to start aggressively in the american market, and then do cost optimization when we have a few big accounts in the belly.
In reference to Gtech - I sent all the documents requested by April 10. I am awaiting to hear next steps.
Thank you.
A hug.

A.

---------- Forwarded message ----------
From: **anna gatti** <anna.gatti@gmail.com>
Date: 2014-04-18 14:57 GMT-07:00
Subject: Re: Agreement IQ System
To: Sandei Valeria <V.Sandei@almawave.it>

Hello Valeria,
since tomorrow we will be going around with the little girls, I prefer to anticipate in detail by email my reasoning so that we can close the circle even during playtime :)
I had a chance to read with attention the contract that Orrick proposed and to do also a bit of "intellingence" to better explain the context and the BD team.
The general structure seems valid to me.
** There are tow levels of concerns that I would like to discuss with you:
1) Having the right structure to set AW USA up for success.
I saw the BD budget cuts. With $40,000/month all inclusive I do not believe we will be able to be aggressive in the american market. I do not want to begin entering the market without a fierce and motivated team and without having the means to immediately bring home top accounts.
Counterintuitevely, I believe it is more simple to reduce expenses later rather than in the beginning. Once we have a brand, a reputation, and a story to tell top US clients, our effort (intended also as trips, dinners, gifts that will need to be made, et cetera, et cetera) will be less. In the beginning, when the company does not have a repurtion or story in the market, if we enter with a budget that does not even cover the human resources of the BD team, I am afraid with can achieve little.

RRA000219

I have re-reviewed the budget that you forwarded me (original version sent by the BD team).  Following your guiding lines, if we remove all the costs that would remain in the belly of AW Inc, and leaving to BD the personnel costs, Capaccio + Expenses, Travel & Entertainment, we will arrive at $70K/month (Euro 50K/month).

If - as I would like notwithstanding the long buying cycle - we want to aim at obtaining contracts with government entities, having the part of the BD team that work in Washington will be important, but with a $40K/month base we can cover only Jeff ($11.5 with expenses), Manuela (who I know earns a net base salary of around $85K/year, therefore all inclusive company cost of around $125K/year + 20% bonus = total company cost $150K/year = $12,5K/month) and leaves only $16K which in my view are not enough to pay Tony, the part time people in Washington, lobbyst, trips, meals&entertainment.  Frankly - as previously discussed by telephone - I believe it is better to keep a series of line items and consultants off the books of Almawave US.  I believe it is better for us that IQS is paid a flat monthly retainer so that we don't even have to see (and therefore approve) certain specific expenses that we need to incur to win business.

I understand your preoccupation about containing costs, which I share.  As I told you, I believe we can cut costs more easily in the growth phase rather than in the entry to the market phase.

I would like to start by giving the BD team what they request to be successful and giving us a precise deadline of how long a leash we can give them: if they don't bring results by X, we send them home and look for others.

I don't want to find myself in the situation in which it is not clear if we fail to perform because of the lack of investment or ability.

I await discussing this point in detail with you by telephone tomorrow/your today.

2) Having an acceptable offer for the BD team

I don't believe we can sign Orrick's offer for the BD team as it is now.

One of the founders of Palantir is a person that I know well professionally and he is also interested in what I am doing with my start up.

I went for coffee with him and I asked to tell me about the type of contract that they had with the BD team.  With Palantir they had: $75K/month retainer + expense reimbursement in the form of a list (they were given a Palantir credit card for the expenses) + 20% revenue share on every contract + stock options "now worth several millions"  (I was not able to get precise detail about how many millions).  I fear that with a retainer fo $40K all inclusive a month we won't be able to sign this contract.

**My proposal to discuss with you over the phone:

Raise the monthly retainer all inclusive from $40K/month to $70K/month (Euro 50K/month).  Leave everything else in Orrick's proposal unchanged.

I await discussing with you in detail tomorrow morning my time/today your time.

Thank you and speak to you soon.

A.

2014-04-17 9:03 GMT-07:00 Anna <anna.gatti@gmail.com>:

OK, perfect! Speak to you later
Thank you.

> On Apr 17, 2014, at 9:01 AM, Sandei Valeria <V.Sandei@almawave.it> wrote:
>

RRA000220

> I am at +11 compared to you..
> Look at the docs and we will speak between tonight and tomorrow (your early morning), perhaps send me an sms if I am awake we can speak already today.
>
>Speak to you soon, thank you and goodbye.
>
>>Sent from iPhone.

> 
>> Il giorno 17/apr/2014, alle ore 19:55, "Anna" <anna.gatti@gmail.com> ha scritto:
>>

>> Hello Valeria,
>>
>>Now I am entering the board meeting.
>>I finish around Noon PST.
>>
>>As soon as I come out I will study the documents and will send you comments.  And we can also discuss by phone obviously.
>>
>>In which time zone are you?
>>
>>Speak to you soon!

>> A
>>
>>> On Apr 17, 2014, at 2:11 AM, Sandei Valeria <V.Sandei@almawave.it> wrote:
>>>

>>> Hello Anna
>>>I hope you have recovered!
>>>
>>>I attach the draft contract prepared by Orrik to govern the BD relationship with IQ.
>>>The structure is "fee all inclusive" for the BD activity (covering therefore the current effort by Tony+Jeff+1 FT resource and the development expenses strictly related to BD) + 15% revenue share (license and services).
>>>
>>> Offices, furnishings, utilities and resources will also be charged to AW USA, to avoid confusion in the scope of each and be independent under those aspects.
>>>
>>>The contract with IQ will obviously be signed by AW USA, which we will form after my board meeting of the 23rd.  Therefore I presume it will be active by mid-May.
>>>
>>>As of today Orrik is also working on your contract, along the lines shared with Pepe.  That contract can also be executed by AW USA once it is formed.
>>>
>>>I count on coming to San Francisco May 19 to do the start up on the various fronts and work on the patent rubric.
>>>
>>>
>>>Speak to you later,
>>>Thank you and until soonest!

>>> Valeria

RRA000221

>>>
>>> <140417 Almawave IQSystem v5.DOC>
>>>
>>> <757496712(1)_Exhibit F -- Confidentiality Agreement (Consultant).DOC>
>>>
>>> <757581079(1)_Exhibit G -- Confidentiality Agreement (Team Member).DOC>

RRA000222

# EXHIBIT 2

EXHIBIT 2-ORIGINAL

**Joyce Wah**

| | |
|---|---|
| **From:** | anna gatti <anna.gatti@gmail.com> |
| **Sent:** | April 05, 2014 12:54 PM |
| **To:** | Mario Pepe |
| **Subject:** | Fwd: GTECH S.p.A. (isin code IT0003990402) - renewal of Board of Directors - shareholders' meeting 11 Maj 2014 |
| **Attachments:** | Dichiarazione di accettazione e sussistenza dei requisiti di legge - Amministratore definitivo modello società.doc; Dichiarazione di indipendenza - Amministratore definitivo.doc |

FYI

Ieri ho anche sentito Valeria e mi sembra che le cose procedano.
Lavora con lo studio legale con cui lavoro anche io per preparare le offerte.
Quando mi arriva ti faccio sapere.

Thanks

A.

---------- Forwarded message ----------
From: **Angelo Cardarelli** <Cardarelli@trevisanlaw.it>
Date: 2014-04-04 2:36 GMT-07:00
Subject: GTECH S.p.A. (isin code IT0003990402) - renewal of Board of Directors - shareholders' meeting 11 Maj 2014
To: "anna.gatti@gmail.com" <anna.gatti@gmail.com>
Cc: Giulio Tonelli <Tonelli@trevisanlaw.it>

Buongiorno,

Con la presente trasmetto, in allegato, i moduli che dovranno essere compilati con i suoi dati negli spazi indicati, al fine della candidatura in oggetto.

Una volta compilato, Le chiederei gentilmente di farceli pervenire (anticipandolo via e-mail) in originale – debitamente sottoscritti – quanto prima e comunque non oltre il 10 aprile 2014, unitamente: (i) al CV (in italiano ed in inglese - anch'essi in originale) il quale dovrà contenere un'esauriente informativa sulle sue caratteristiche personali e professionali (ii) all'elenco, come risultante eventualmente da Visura camerale, degli incarichi di amministrazione e controllo ricoperti presso altre società ai sensi di legge, anche attualmente (foglio separato) e (iii) copia del documento di identità.

Resto a disposizione per qualunque chiarimento.

Con i migliori Saluti,

Angelo Cardarelli

RRA000223

# EXHIBIT 2

(BEGIN TRANSLATION)

**Joyce Wah**

| | |
|---|---|
| **From:** | anna gatti <anna.gatti@gmail.com> |
| **Sent:** | April 05, 2014 12:54 PM |
| **To:** | Mario Pepe |
| **Subject:** | Fwd: GTECH S.p.A. (isin code IT0003990402) – renewal of Board of Directors – shareholders' meeting 11 Maj 2014 |
| **Attachments:** | Dichiarazione di accettazione e sussistenza dei requisiti di legge – Amministratore definitivo modello società.doc; Dichiarazione di indipendenza – Amministratore definitivo.doc |

FYI

Yesterday I heard from Valeria and I understand everything is proceeding.
She is working with the law firm that I use to prepare the offers.
When it arrives I will let you know.

Thanks

A.

---------- Forwarded message ----------
From: **Angelo Cardarelli** <Cardarelli@trevisanlaw.it>
Date: 2014-04-04 2:36 GMT-07:00
Subject: GTECH S.p.A. (isin code IT0003990402) – renewal of Board of Directors – shareholders' meeting 11 Maj 2014
To: "anna.gatti@gmail.com" <anna.gatti@gmail.com>
Cc: Giulio Tonelli <Tonelli@trevisanlaw.it>


Buongiorno,

Con la presente trasmetto, in allegato, i moduli che dovranno essere compilati con i suoi dati negli spazi indicati, al fine della candidatura in oggetto.

Una volta compilato, Le chiederei gentilmente di farceli pervenire (anticipandolo via e-mail) in originale – debitamente sottoscritti – quanto prima e comunque non oltre il 10 aprile 2014, unitamente: (i) al CV (in italiano ed in inglese - anch'essi in originale) il quale dovrà contenere un'esauriente informativa sulle sue caratteristiche personali e professionali (ii) all'elenco, come risultante eventualmente da Visura camerale, degli incarichi di amministrazione e controllo ricoperti presso altre società ai sensi di legge, anche attualmente (foglio separato) e (iii) copia del documento di identità.

Resto a disposizione per qualunque chiarimento.

Con i migliori Saluti,

Angelo Cardarelli

RRA000223