UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

    Plaintiff,

v.

ANNA GATTI, et al.,

    Defendants.

Case No. 15-cv-00798-HSG   (DMR)

**ORDER RE EX PARTE DISCOVERY LETTERS**

Re: Dkt. Nos. 192, 193, 205

The court has received the following *ex parte* discovery letter briefs: September 14, 2015 letter from Defendant Almawave, USA (Docket No. 192); Plaintiff Loop AI Labs Inc.'s September 15, 2015 response thereto (Docket No. 193); and Defendant Anna Gatti's September 23, 2015 letter (Docket No. 205).

The court construes Almawave, USA's letter brief as a motion to quash and/or motion for a protective order regarding Plaintiff's subpoena to Venable LLP, and deems it filed as of today, September 24, 2015.  Any opposition to the motion and reply to the opposition shall be filed in accordance with Civil Local Rule 7-3.

As to Defendant Gatti's letter regarding her motion for a protective order as to five subpoenas issued by Plaintiff, Plaintiff shall not file a response to the letter.  The motion for a protective order is denied without prejudice.  The parties shall comply with the court's procedure for resolution of discovery disputes.  The subpoenas at issue shall not be operative pending resolution of the dispute and the parties' compliance with the court's joint letter procedure. Defendant Gatti shall serve a copy of this order on the five non-parties to which the subpoenas were directed.

**IT IS SO ORDERED.**

Dated: September 24, 2015



_____
Donna M. Ryu
United States Magistrate Judge