UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>        Plaintiff,<br><br>    v.<br><br>ANNA GATTI, et al.,<br><br>        Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

On September 18, 2015, the court ruled on all outstanding issues related to a protective order governing the production of documents and information in this case and ordered the parties to revise the protective order in accordance with its rulings. [Docket No. 203.] On September 28, 2015, the court ordered the parties to submit a final, executed version of the protective order for the court's consideration by no later than September 29, 2015. [Docket No. 223.] The parties failed to do so. **The parties shall file a final, executed version of the protective order by 5:00 p.m. PST today or will be subject to sanctions.**

Further, on September 28, 2015, the court ruled that it would no longer consider any ex parte discovery letter filed without prior approval. [Docket No. 222.] Defendant Almawave USA, Inc. and Plaintiff Loop AI Labs Inc. have once again violated this order. Therefore, the court will not review or consider the submissions at Docket Nos. 225 and 226. Further violations of the court's prohibition on ex parte discovery letters may result in sanctions.

**IT IS SO ORDERED.**

Dated: October 1, 2015

_____
Donna M. Ryu
United States Magistrate Judge