UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

          Plaintiff,

    v.

ANNA GATTI, et al.,

          Defendants.

Case No.  15-cv-00798-HSG

**ORDER SETTING BRIEFING
SCHEDULE**

On September 2, 2015, the Court denied without prejudice the motion to dismiss the First Amended Complaint ("FAC") for lack of personal jurisdiction filed by Defendants Almaviva S.p.A. and Almawave S.r.l. (the "Italian Almaviva Defendants").  Dkt. No. 183.  In that order, the Court granted Plaintiff Loop AI Labs, Inc. the opportunity to take jurisdictional discovery and ordered the parties to meet and confer on the length and scope of the jurisdictional discovery period.  *Id*. at 6-7.  The parties did not reach an agreement and submitted a joint letter brief to Judge Donna Ryu on September 23, 2015.  Dkt. No. 211.  That letter brief remains pending.

This order sets the schedule for events following the jurisdictional discovery period to be established by Judge Ryu:

| Event | Deadline |
|---|---|
| Loop AI will file a Third Amended Complaint ("TAC") alleging all facts discovered during the jurisdictional discovery period that supports the Court's personal jurisdiction over the Italian Almaviva Defendants.  Loop AI may not add any new allegations to the TAC not relevant to personal jurisdiction. | 14 days after the expiration of the jurisdictional discovery period. |
| If the Italian Almaviva Defendants continue to believe that the Court lacks personal jurisdiction, they may file a regularly-noticed motion to dismiss under Federal Rule 12(b)(2).  Otherwise, the Italian Almaviva Defendants must file an Answer to the TAC by the same deadline. | 35 days after the expiration of the jurisdictional discovery period. |

1    The Italian Almaviva Defendants are not required to file an Answer to either Loop AI's

2   FAC or Second Amended Complaint ("SAC").  The Italian Almaviva Defendants' renewed

3   motion to dismiss the (no longer operative) FAC, Dkt. No. 196, is **TERMINATED**.

4    **IT IS SO ORDERED.**

5   Dated: October 1, 2015

6   _____
    HAYWOOD S. GILLIAM, JR.
7   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2