1  **VENABLE LLP**
   Thomas E. Wallerstein (SBN 232086)
2  Kimberly Culp (SBN 238839)
   Email: twallerstein@venable.com
3         kculp@venable.com
   505 Montgomery Street, Suite 1400
4  San Francisco, CA 94111
   Telephone:   415.653.3750
5  Facsimile:    415.653.3755

6  Attorneys for Defendant Almawave USA, Inc.

7

8                      UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 LOOP AI LABS, INC., a Delaware corporation, | CASE NO.: 3:15-cv-00798-HSG-DMR |
| 12 | Hon. Donna M. Ryu |
| 13       Plaintiffs, | |
| 14 | **DEFENDANT ALMAWAVE USA, INC.'s ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNILATERAL LETTER BRIEF RE: ALMAWAVE USA, INC.'S DISCOVERY REQUESTS TO PLAINTIFF LOOP AI LABS, INC.** |
| 15 v. | |
| 16 | |
| 17 ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l., an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM Inc., a Delaware corporation, | |
| 18 | |
| 19 | |
| 20 | Action Filed:   February 20, 2015<br>Trial Date:      July 11, 2015 |
| 21       Defendants. | |

(Sidebar: VENABLE LLP, 505 MONTGOMERY STREET, SUITE 1400, SAN FRANCISCO, CA 94111, 415-653-3750)

On September 28, 2015, this Court ordered [Dkt. No. 222] that, by October 5, the parties submit a joint letter brief regarding defendant Almawave USA's discovery requests propounded to plaintiff Loop. Loop refuses to even discuss the issue, much less participate in a joint letter. On September 30 and October 1, Almawave USA asked Loop to discuss the matter by phone, and also sent draft joint letters, urging Loop to add its position. Despite sending prolix letters on other issues, and initiating other case activity, Loop refuses to respond.

Almawave USA has been attempting to meet and confer with Loop regarding Almawave USA's discovery requests to Loop since August 31, but Loop has refused to participate in any meet and confer calls, at least twice canceling a scheduled call on the issue.

Loop failed to provide <u>any</u> substantive responses to Almawave USA's targeted Interrogatories. And Loop responded to five of the document requests with boilerplate objections, and not even promising to produce documents. Loop also has produced <u>no</u> documents, instead purporting to make certain documents available through an online application that would have required Almawave USA to review documents in Loop's own document review database. That purported "production" is inconsistent with the Federal Rules of Civil Procedure and the explicit electronic discovery instructions in Almawave USA's Requests.

In addition, on June 26, Almawave served a deposition notice for Loop's PMK. Despite repeated requests over a period of months, counsel for Loop refuses to provide any dates for this deposition.

We are mindful that this Court ordered that it "will only grant leave to file an ex parte discovery letter in exceptional circumstances." But this Court also ordered that a joint letter be submitted on the above issues by today's date, and Loop refuses to cooperate. Mindful of the Court's deadline but unable to comply with it, Almawave has been forced to file this motion.

Dated: October 5, 2015

**VENABLE LLP**

By: /s/ Thomas E. Wallerstein
Thomas E. Wallerstein (SBN 232086)
Kimberly Culp (SBN 238839)
505 Montgomery Street, Suite 1400
San Francisco, CA 94111

*Attorneys for Almawave USA, Inc.*