UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>    Plaintiff,<br><br>v.<br><br>ANNA GATTI, et al.,<br><br>    Defendants. | Case No.  15-cv-00798-HSG   (DMR)<br><br>**ORDER TO SUBMIT AUDIO RECORDINGS OF MEET AND CONFER SESSIONS** |

The court has received the following discovery-related submissions: Docket Nos. 224, 239, 240, and 241.

By no later than **2:00 p.m. on October 9, 2015**, the parties shall lodge a copy of the audio recordings of all telephonic or in-person meet and confer sessions regarding the discovery disputes set forth in Docket Nos. 239 (Almawave USA's motion to compel) and 241 (Gatti & IQSystem LLC's motion for protective order), along with a log of the meet and confer sessions that is consistent with the format ordered by the court at the July 23, 2015 discovery management conference so that the court may easily locate the relevant recordings.  [*See* Docket No. 156 (Minute Order).]  The parties shall also submit the logs (but not the audio recordings) of **all** telephonic or in-person meet and confer sessions regarding discovery conducted since September 1, 2015.

**IT IS SO ORDERED.**

Dated: October 7, 2015



_____
Donna M. Ryu
United States Magistrate Judge