**VENABLE LLP**
Thomas E. Wallerstein (SBN 232086)
Kimberly Culp (SBN 238839)
Email: twallerstein@venable.com
        kculp@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

Attorneys for Defendant
ALMAWAVE USA, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., a Delaware corporation, | CASE NO.: 3:15-cv-00798-HSG-DMR |
| Plaintiff, | |
| v. | Hon. Haywood S. Gilliam<br>Hon. Donna M. Ryu |
| ANNA GATTI, an individual,<br>ALMAVIVA S.p.A., an Italian corporation,<br>ALMAWAVE S.r.l., an Italian corporation,<br>ALMAWAVE USA, Inc., a California corporation,<br>IQSYSTEM LLC, a California limited liability<br>company, IQSYSTEM Inc., a Delaware corporation, | **DEFENDANT ALMAWAVE USA, INC.'S ANSWER TO PLAINTIFF LOOP AI LABS, INC.'S SECOND AMENDED COMPLAINT** |
| | Action Filed:  February 20, 2015<br>Trial Date:    None |
| Defendants. | |

V E N A B L E  L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA  94111
415-653-3750

Defendant Almawave USA ("Almawave USA"), by and through its attorneys responds to the allegations in the numbered paragraphs in the Second Amended Complaint ("SAC") filed by Plaintiff Loop AI Labs, Inc. ("Loop") as follows:

## I.     Summary and Nature of the Action.

1.     This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph as they relate to Almawave USA, Almawave S.r.l. and Almaviva S.p.A. (the "Almawave Defendants"). Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

2.     This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

3.     Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

4.     Almawave USA admits that Loop's SAC seeks legal and equitable relief against the named defendants. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore denies them.

5.     Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

6.     Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

7.     Almawave USA denies the allegations in this paragraph as they relate to the Almawave Defendants. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

8.     Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

9.     Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

10.     Almawave USA lacks sufficient knowledge or information to form a belief as to

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

**V E N A B L E  L L P**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

1  the truth of allegations in this paragraph and therefore denies them.

2      11.    Almawave USA lacks sufficient knowledge or information to form a belief as to

3  the truth of allegations in this paragraph and therefore denies them.

4      12.    Almawave USA lacks sufficient knowledge or information to form a belief as to

5  the truth of allegations in this paragraph and therefore denies them.

6      13.    Almawave USA lacks sufficient knowledge or information to form a belief as to

7  the truth of allegations in this paragraph and therefore denies them.

8      14.    Almawave USA lacks sufficient knowledge or information to form a belief as to

9  the truth of allegations in this paragraph and therefore denies them.

10      15.    Almawave USA lacks sufficient knowledge or information to form a belief as to

11  the truth of allegations in this paragraph and therefore denies them.

12      16.    Almawave USA lacks sufficient knowledge or information to form a belief as to

13  the truth of allegations in this paragraph and therefore denies them.

14      17.    Almawave USA admits that in March 2014, Gatti was in negotiations to become

15  the CEO of Almawave USA.  Almawave USA denies all remaining allegations in this paragraph.

16      18.    Almawave USA admits that Gatti was the CEO of Almawave USA from June

17  2014 through March 9, 2015.  Almawave USA lacks sufficient knowledge or information to

18  form a belief as to the truth of the remaining allegations in this paragraph and therefore denies

19  them.

20      19.    This paragraph contains legal conclusions and does not require an answer.  To the

21  extent an answer is required, Almawave USA denies that it was a competitor of Loop.

22  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the

23  remaining allegations in this paragraph and therefore denies them.

24      20.    Almawave USA admits that the Almaviva Group launched Almawave USA in

25  order to market and sell Almawave S.r.l.'s existing products' portfolio in the United States.

26  Almawave USA admits that Gatti began negotiating to become the CEO of Almawave USA

27  beginning February 2014, but did not become Almawave USA's CEO until June 2014.

28  Almawave USA admits that Gatti's responsibilities included managing the marketing of

2

V E N A B L E  L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

1    Almawave's products in the United States through Almawave USA.  Almawave USA admits

2    that because it was newly entering the U.S. market, it did not immediately secure a physical

3    office space and was incorporated at Gatti's residence, 24 Clarendon Avenue, San Francisco,

4    California 94114.  Almawave USA lacks sufficient knowledge or information to form a belief as

5    to the truth of allegation that Gatti lived with Tony DiNapoli or that he worked for Gatti and

6    therefore denies those allegations.  Almawave USA denies the remaining allegations in this

7    paragraph.

8         21.    Almawave USA admits that it was aware that Gatti was the co-founder of and had

9    some ongoing role in a startup.  Almawave USA denies the allegations in this paragraph.

10        22.    This paragraph contains legal conclusions and does not require an answer.  To the

11   extent an answer is required, Almawave USA denies that the Almawave Defendants were or are

12   competitors of Loop.  Almawave USA lacks sufficient knowledge or information to form a belief

13   as to the truth of the remaining allegations in this paragraph and therefore denies them.

14        23.    Almawave USA lacks sufficient knowledge or information to form a belief as to

15   the truth of allegations in this paragraph and therefore denies them.

16        24.    Almawave USA lacks sufficient knowledge or information to form a belief as to

17   the truth of allegations in this paragraph and therefore denies them.

18        25.    Almawave USA admits Gatti was paid an annual salary for her position as CEO

19   of Almawave USA.  Almawave USA lacks sufficient knowledge or information to form a belief

20   as to the truth of the remaining allegations in this paragraph and therefore denies them.

21        26.    Almawave USA admits Gatti was paid an annual salary for her position as CEO

22   of Almawave USA.  Almawave USA denies that Gatti "set up" Almawave USA.  Almawave

23   USA denies the allegations in this paragraph as they relate to the Almawave Defendants.

24   Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the

25   remaining allegations in this paragraph and therefore denies them.

26        27.    Almawave USA lacks sufficient knowledge or information to form a belief as to

27   the truth of the allegations in this paragraph and therefore denies them.

28        28.    Almawave USA denies that it hired Gatti as part of any scheme alleged by Loop.

DEFENDANT ALMAWAVE USA, INC.'S ANSWER TO PLAINTIFF LOOP AI LABS INC.'S
SECOND AMENDED COMPLAINT – CASE NO.: 3:15-cv-00798-HSG-DMR

Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

29. Almawave USA denies assisting and participating in any wrongdoing alleged in the SAC. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

30. Almawave USA denies the allegations in this paragraph as they relate to the Almawave Defendants. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

31. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

32. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

33. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

34. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

35. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph as they relate to the Almawave Defendants. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

36. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

37. Almawave USA denies assisting and participating in any wrongdoing alleged in the SAC. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

38. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph as they

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

relate to the Almawave Defendants. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

39.     Almawave USA admits that Loop's SAC seeks equitable relief. Almawave USA also admits that Loop seeks damages against all of the defendants, jointly and severally, and seeks treble damages under the Racketeer Influence and Corrupt Organizations Act, and seeks to recover all costs and expenses incurred in this action. Almawave USA denies the remaining allegations in this paragraph.

## II.     THE PARTIES

40.     Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

41.     Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

42.     Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

43.     Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

44.     Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

45.     Almawave USA admits that Almaviva S.p.A. is incorporated and has its principal place of business in Italy. Almawave USA admits that Almaviva S.p.A. is one of Italy's top information and communication technology providers. Almawave USA admits that Almaviva S.p.A. operates in Italy and elsewhere in the world. Almawave USA denies all remaining allegations in this paragraph.

46.     Almawave USA admits that Almawave S.r.l. is incorporated and has its principal place of business in Italy. Almawave USA admits that Almawave S.r.l. operates in Italy and elsewhere in the world. Almawave USA admits that Marco Tripi is the Chief Executive Officer of Almaviva S.p.A. and President of Almawave S.r.l., and Valeria Sandei is the Chief Executive

V E N A B L E   L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

Officer of Almawave S.r.l. and the Chief of Strategic Marketing of Almaviva S.p.A. Almawave USA denies all remaining allegations in this paragraph.

47. Almawave USA admits that it is a California corporation and that at all relevant times its principal place of business was in San Francisco, California. Almawave USA admits that when it was incorporated its address was 24 Clarendon Avenue, San Francisco, California. Almawave USA admits that it is an indirect affiliate of Almaviva S.p.A. and Almawave S.r.l. Almawave USA denies all remaining allegations in this paragraph.

### III.      OTHER CO-CONSPIRATORS

48. Almawave USA denies misappropriating Loop's tangible and intangible assets and properties. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

49. Almawave USA denies perpetrating any wrongdoing against Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

50. Almawave USA denies stealing anything from Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

51. Almawave USA denies participating in any wrongdoing against Loop and denies that Loop's confidential information or trade secrets were used for the Almawave Defendants. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

52. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

53. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

54. Almawave USA admits that Peter Sternberg is an attorney who resides in New York. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

V E N A B L E   L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

55.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

## IV.     JURISDICTION

56.     This paragraph contains legal conclusions and does not require an answer.

57.     This paragraph contains legal conclusions and does not require an answer.

58.     This paragraph contains legal conclusions and does not require an answer.

59.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies that this Court has personal jurisdiction over Almawave S.r.l. or Almaviva S.p.A. (the "Italian Almawave Defendants").  Almawave USA admits that its incorporation filings list 24 Clarendon Avenue, San Francisco, California 94114 as Almawave USA's address.  Almawave USA denies the remaining allegations in this paragraph.

60.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

61.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA admits that Almaviva S.p.A. has purchased insurance coverage.  Almawave USA denies the remaining allegations in this paragraph.

62.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies the remaining allegations in this paragraph.

63.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

64.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

65.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

66.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA admits that it participated in an event at the Italian

DEFENDANT ALMAWAVE USA, INC.'S ANSWER TO PLAINTIFF LOOP AI LABS INC.'S
SECOND AMENDED COMPLAINT – CASE NO.: 3:15-cv-00798-HSG-DMR

V E N A B L E   L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

1    Consulate in San Francisco in 2014 which was attended by various businesses.  Almawave USA

2    denies the remaining allegations in this paragraph.

3         67.    This paragraph contains legal conclusions and does not require an answer.  To the

4    extent an answer is required, Almawave USA denies the allegations in this paragraph.

5         68.    This paragraph contains legal conclusions and does not require an answer.  To the

6    extent an answer is required, Almawave USA denies the allegations in this paragraph.

7         69.    This paragraph contains legal conclusions and does not require an answer.  To the

8    extent an answer is required, Almawave USA denies the allegations in this paragraph.

9         70.    This paragraph contains legal conclusions and does not require an answer.  To the

10   extent an answer is required, Almawave USA denies the allegations in this paragraph.

11        71.    This paragraph contains legal conclusions and does not require an answer.  To the

12   extent an answer is required, Almawave USA admits that Valeria Sandei is the Chief Executive

13   Officer of Almawave S.r.l., the President of Almawave USA, and the Chief of Strategic

14   Marketing of Almaviva S.p.A.  Almawave USA denies the remaining allegations in this

15   paragraph.

16        72.    This paragraph contains legal conclusions and does not require an answer.  To the

17   extent an answer is required, Almawave USA admits that Valeria Sandei is the Chief Executive

18   Officer of Almawave S.r.l., the President of Almawave USA, and the Chief of Strategic

19   Marketing of Almaviva S.p.A.  Almawave USA admits that Gatti was hired as Almawave USA's

20   CEO and IQSystem Inc. was hired as a consultant for Almawave USA.  Almawave USA admits

21   that Orrick Herrington & Sutcliffe LLP ("Orrick") was retained by Almaviva S.p.A.  Almawave

22   USA admits that Almawave S.r.l. filed a patent application with the United States Patent and

23   Trademark Office, entitled "System and Method For Meaning Driven Process and Information

24   Management to Improve Efficiency, Quality of Work and Overall Customer Satisfaction" on

25   August 1, 2014, application number 15/450,085, publication no. US20140343927 (the "Patent

26   Application").  Almawave USA admits that Valeria Sandei is listed first in the "Inventors"

27   section of the Patent Application.  Almawave USA admits that it published a bio for Anna Gatti.

28   Almawave USA admits that the Almawave Defendants attended an event at the Italian Consulate

in San Francisco in 2014. Almawave USA denies all remaining allegations in this paragraph.

73. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

74. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA admits that Valeria Sandei is the Chief Executive Officer of Almawave S.r.l., the President of Almawave USA, and the Chief of Strategic Marketing of Almaviva S.p.A. Almawave USA denies all remaining allegations in this paragraph.

75. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

76. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

## V. GENERAL ALLEGATIONS COMMON TO ALL COUNTS

**A. The Company Entered Into The Stock Purchase Agreement In Reliance Upon Gatti's Materially False and Misleading Representations.**

77. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

78. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

79. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

80. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

81. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

82. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

83. Almawave USA lacks sufficient knowledge or information to form a belief as to

the truth of allegations in this paragraph and therefore denies them.

84. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

85. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

86. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

87. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

88. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

89. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

**B. Gatti's Contractual Obligations To The Company**

90. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

91. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

92. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

93. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

94. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

95. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

96. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

V E N A B L E   L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

DEFENDANT ALMAWAVE USA, INC.'S ANSWER TO PLAINTIFF LOOP AI LABS INC.'S
SECOND AMENDED COMPLAINT – CASE NO.: 3:15-cv-00798-HSG-DMR

97.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

**C. Unlawful Activities By Gatti And The Other Defendants And Their Co-Conspirators**

98.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

99.    Almawave USA denies participating in or furthering any scheme against Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of remaining allegations in this paragraph and therefore denies them.

100.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

101.    Almawave USA denies engaging in any wrongdoing against Loop.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

102.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

103.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

104.    This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

**1.    TheNeeds.**

105.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

106.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

107.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

108.    Almawave USA lacks sufficient knowledge or information to form a belief as to

the truth of allegations in this paragraph and therefore denies them.

109.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

110.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

111.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

112.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

    **2.  The Almaviva Defendants.**

113.    Almawave USA denies the allegations in this paragraph.

114.    Almawave USA admits that Almawave S.r.l. and Almaviva S.p.A. are Italian information and communication technology providers.  Almawave USA admits that Almawave S.r.l. and Almaviva S.p.A. operate in various parts of the world.  Almawave USA denies all remaining allegations in this paragraph.

115.    Almawave USA admits that it was aware that Gatti was the co-founder of and had some ongoing role in a startup.  Almawave USA denies all remaining allegations in this paragraph.

116.    This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA admits that Gatti was hired as Almawave USA's CEO.  Almawave USA denies the remaining allegations in this paragraph.

117.    This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA admits that it was originally domiciled at Gatti's residence.  Almawave USA denies the remaining allegations in this paragraph.

118.    Almawave USA denies the allegations in this paragraph.

119.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the allegation that Gatti sought to conceal money through the use of IQSystem LLC and IQSystem, Inc. and therefore denies it.  Almawave USA denies all remaining allegations in

V E N A B L E   L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA  94111
415-653-3750

this paragraph.

120. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph that relate to the Almawave Defendants. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the allegations relating to any other defendant in this action and therefore denies them.

121. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

122. Almawave USA denies that the Almawave Defendants were working with Gatti to steal from Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

123. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

124. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

125. Almawave USA denies the allegations in this paragraph that relate to Almawave S.r.l. and Almaviva S.p.A. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of remaining allegations in this paragraph and therefore denies them.

126. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

127. Almawave USA denies the allegations in this paragraph that relate to Almawave S.r.l. and Almaviva S.p.A. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

128. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

129. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

130. Almawave USA lacks sufficient knowledge or information to form a belief as to

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

13

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

1    the truth of allegations in this paragraph and therefore denies them.

2        131.    This paragraph contains legal conclusions and does not require an answer. To the

3    extent an answer is required, Almawave USA denies the allegations in this paragraph.

4        132.    Almawave USA denies the allegations in this paragraph.

5        133.    Almawave USA denies that it engaged in any acts of wrongdoing as alleged in the

6    SAC. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth

7    of the remaining allegations in this paragraph and therefore denies them.

8        134.    This paragraph contains legal conclusions and does not require an answer. To the

9    extent an answer is required, Almawave USA admits that it entered into a contract with

10    IQSystem, Inc. and its representative Tony DiNapoli to assist Almawave USA's business

11    development. Almawave USA denies that the Almawave Defendants misappropriated Loop's

12    property or engaged in any other wrongful conduct alleged in the SAC. Almawave USA lacks

13    sufficient knowledge or information to form a belief as to the truth of the remaining allegations

14    in this paragraph and therefore denies them.

15        135.    This paragraph contains legal conclusions and does not require an answer. To the

16    extent an answer is required, Almawave USA admits that Almawave USA was initially

17    domiciled at Gatti's home. Almawave USA denies stealing from Loop. Almawave USA denies

18    using Loop's premises in San Francisco. Almawave USA lacks sufficient knowledge or

19    information to form a belief as to the truth of the remaining allegations in this paragraph and

20    therefore denies them.

21        136.    Almawave USA admits that Gatti was the CEO of Almawave USA. Almawave

22    USA denies the remaining allegations in this paragraph.

23        137.    Almawave USA denies the allegations in this paragraph.

24        138.    Almawave USA denies that it claimed its focus would be on services with the

25    same core technology as Loop. Almawave USA lacks sufficient knowledge or information to

26    form a belief as to the truth of allegations in this paragraph and therefore denies them.

27        139.    This paragraph contains legal conclusions and does not require an answer. To the

28    extent an answer is required, Almawave USA denies the allegations in this paragraph.

14

DEFENDANT ALMAWAVE USA, INC.'S ANSWER TO PLAINTIFF LOOP AI LABS INC.'S
SECOND AMENDED COMPLAINT – CASE NO.: 3:15-cv-00798-HSG-DMR

V E N A B L E   L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

140.    This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA admits that it filed the Patent Application. Almawave USA denies the remaining allegations in this paragraph.

141.    Almawave USA admits that Almawave S.r.l. filed the Patent Application. Almawave USA admits that Valeria Sandei is listed first in the "Inventors" section of the Patent Application.  Almawave USA denies that remaining allegations in this paragraph.

142.    This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

**D.  Gatti's Means of Communication**

143.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

**E.  Gatti and the Almaviva Defendants' Wrongful and Fraudulent Activities are Ongoing.**

144.    This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

145.    Almawave USA denies that it engaged in any wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

146.    Almawave USA denies the allegations in this paragraph.

147.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

148.    Almawave USA denies that the Almawave Defendants were involved in any wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

149.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

150.    Almawave USA denies the allegations in this paragraph.

V E N A B L E  L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

**F. Gatti's Abuse of Access to the Company's Bank Account, Misuse of the Company's Funds and Secreting of Funds**

151. Almawave USA denies that it engaged in any wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

152. Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

153. Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

154. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

**G. The Confidential Information and Trade Secrets At Issue.**

155. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

156. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

157. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

158. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

159. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

160. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

DEFENDANT ALMAWAVE USA, INC.'S ANSWER TO PLAINTIFF LOOP AI LABS INC.'S
SECOND AMENDED COMPLAINT – CASE NO.: 3:15-cv-00798-HSG-DMR

161.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

162.    This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies the allegations relating to the Almawave Defendants.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

163.    This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

164.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

165.    Almawave USA denies that the Almawave Defendants work in the same field of technology as Loop.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

166.    Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

167.    This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

168.    This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

169.    This paragraph contains legal conclusions and does not require an answer.  To the

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA admits that the Almawave Defendants were represented by Orrick in May 2014. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

170. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

171. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA admits that Gatti was hired as the CEO of Almawave USA on June 1, 2014 and served as Almawave USA's CEO until March 9, 2015. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

172. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

173. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

174. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

V E N A B L E  L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

175. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA admits that Gatti was the CEO of Almawave USA from June 1, 2014 through March 9, 2015. Almawave USA admits that the Almawave Defendants have used the recruiting firm Russell Reynolds. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

176. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

177. Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

178. Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

179. Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

180. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

181. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were

1    involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks

2    sufficient knowledge or information to form a belief as to the truth of the remaining allegations

3    in this paragraph and therefore denies them.

4         182.    This paragraph contains legal conclusions and does not require an answer.  To the

5    extent an answer is required, Almawave USA denies that the Almawave Defendants were

6    involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA admits that

7    Luca Ferri is the Head of the Information Management Division for Almawave S.r.l.  Almawave

8    USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining

9    allegations in this paragraph and therefore denies them.

10         183.    Almawave USA denies that the Almawave Defendants were involved in any

11   unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge

12   or information to form a belief as to the truth of the remaining allegations in this paragraph and

13   therefore denies them.

14         184.    This paragraph contains legal conclusions and does not require an answer.  To the

15   extent an answer is required, Almawave USA denies the allegations in this paragraph.

16         185.    Almawave USA lacks sufficient knowledge or information to form a belief as to

17   the truth of allegations in this paragraph and therefore denies them.

18         186.    Almawave USA admits that Orrick was retained by the Almawave Defendants.

19   Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of

20   allegations in this paragraph and therefore denies them.

21         187.    Almawave USA denies the allegations in this paragraph.

22         188.    Almawave USA denies that the Almawave Defendants were involved in any

23   unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge

24   or information to form a belief as to the truth of the remaining allegations in this paragraph and

25   therefore denies them.

26         189.    Almawave USA denies that the Almawave Defendants were involved in any

27   unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge

28   or information to form a belief as to the truth of the remaining allegations in this paragraph and

20

DEFENDANT ALMAWAVE USA, INC.'S ANSWER TO PLAINTIFF LOOP AI LABS INC.'S
SECOND AMENDED COMPLAINT – CASE NO.: 3:15-cv-00798-HSG-DMR

therefore denies them.

190.    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

191.    Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

192.    Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

193.    Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

194.    Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

195.    Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

196.    Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

197.    Almawave USA lacks sufficient knowledge or information to form a belief as to

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA  94111
415-653-3750

the truth of allegations in this paragraph and therefore denies them.

198.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

199.     Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

200.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

## H.  Actions By The Defendants And Some Of Their Co-Conspirators

201.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA admits that Gatti was the CEO of Almawave USA from June 1, 2014 through March 9, 2015.  Almawave USA denies the remaining allegations in this paragraph.

202.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

203.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

204.     Almawave USA denies the allegations in this paragraph.

205.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

206.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

207.     This paragraph contains legal conclusions and does not require an answer.  To the

**V E N A B L E   L L P**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

V E N A B L E  L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

1    extent an answer is required, Almawave USA denies the allegations in this paragraph.

2        208.    Almawave USA denies that the Almawave Defendants were involved in any

3    unlawful activities or wrongdoing alleged by Loop, including providing commercial bribes to

4    Gatti.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth

5    of the remaining allegations in this paragraph and therefore denies them.

6        209.    This paragraph contains legal conclusions and does not require an answer.  To the

7    extent an answer is required, Almawave USA denies the allegations in this paragraph.

8        210.    This paragraph contains legal conclusions and does not require an answer.  To the

9    extent an answer is required, Almawave USA denies the allegations in this paragraph.

10   **I.    Jeffrey Capaccio's Role In The Conspiracy**

11       211.    Almawave USA denies that the Almawave Defendants were involved in any

12   unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge

13   or information to form a belief as to the truth of the remaining allegations in this paragraph and

14   therefore denies them.

15       212.    Almawave USA lacks sufficient knowledge or information to form a belief as to

16   the truth of allegations in this paragraph and therefore denies them.

17       213.    Almawave USA denies the allegations that relate to the Almawave Defendants.

18   Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of

19   allegations in this paragraph that relate to wrongdoing on the part of any of the other defendants

20   or persons and therefore denies them.

21                                    **FIRST CAUSE OF ACTION**

22   **(Racketeer Influenced and Corrupt Organizations, 18 U.S.C. §§ 1962, *et seq.*, against All**

23                                          **Defendants)**

24       214.    Almawave USA denies the allegations in this paragraph.

25       215.    This paragraph contains legal conclusions and does not require an answer.  To the

26   extent an answer is required, Almawave USA denies the allegations in this paragraph.

27       216.    This paragraph contains legal conclusions and does not require an answer.  To the

28   extent an answer is required, Almawave USA denies the allegations in this paragraph.

DEFENDANT ALMAWAVE USA, INC.'S ANSWER TO PLAINTIFF LOOP AI LABS INC.'S
SECOND AMENDED COMPLAINT – CASE NO.: 3:15-cv-00798-HSG-DMR

**The Enterprise**

2    217.    Almawave USA denies the allegations in this paragraph.

3    218.    Almawave USA admits that Almawave S.r.l. filed the Patent Application.

4 Almawave USA admits that Valeria Sandei is listed first in the "Inventors" section of the Patent

5 Application.  Almawave USA denies the allegations in this paragraph.

6    219.    Almawave USA denies the allegations in this paragraph.

7    220.    Almawave USA denies the allegations in this paragraph.

8    221.    Almawave USA denies the allegations in this paragraph.

9    222.    This paragraph contains legal conclusions and does not require an answer.  To the

10 extent an answer is required, Almawave USA denies that Gatti provided Loop's confidential and

11 proprietary information to the Almawave Defendants, that the Almawave Defendants used

12 Loop's offices and property under false pretenses, and all other allegations relation to any

13 wrongdoing on behalf of the Almawave Defendants.  Almawave USA lacks sufficient

14 knowledge or information to form a belief as to the truth of allegations in this paragraph that

15 relate to any of the other defendants and therefore denies them.

16    223.    This paragraph contains legal conclusions and does not require an answer.  To the

17 extent an answer is required, Almawave USA denies that the Almawave Defendants were

18 involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks

19 sufficient knowledge or information to form a belief as to the truth of allegations in this

20 paragraph that relate to any of the other defendants and therefore denies them.

21    224.    This paragraph contains legal conclusions and does not require an answer.  To the

22 extent an answer is required, Almawave USA denies that the Almawave Defendants were

23 involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks

24 sufficient knowledge or information to form a belief as to the truth of allegations in this

25 paragraph that relate to any of the other defendants and therefore denies them.

26    **The Pattern of Racketeering Activity**

27    225.    This paragraph contains legal conclusions and does not require an answer.  To the

28 extent an answer is required, Almawave USA denies the allegations in this paragraph.

**V E N A B L E   L L P**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA  94111
415-653-3750

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

226. Almawave USA denies the allegations in this paragraph.

227. Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph that relate to any of the other defendants and therefore denies them.

228. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

229. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

230. Almawave USA denies the allegations in this paragraph.

231. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

### Commercial Bribery, Mail and Wire Fraud

232. Almawave USA denies the allegations in this paragraph.

233. This paragraph contains legal conclusions and does not require an answer as. To the extent an answer is required, Almawave USA denies that the Almawave Defendants misappropriated Loop's confidential and proprietary information. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

234. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants misappropriated Loop's confidential and proprietary information or engage in any racketeering activities. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

235. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

236. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

DEFENDANT ALMAWAVE USA, INC.'S ANSWER TO PLAINTIFF LOOP AI LABS INC.'S
SECOND AMENDED COMPLAINT – CASE NO.: 3:15-cv-00798-HSG-DMR

V E N A B L E   L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

237. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

238. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

239. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

240. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

## SECOND CAUSE OF ACTION

**(Computer Fraud and Abuse Act, 18 U.S.C. §§ 1030 *et seq*., and**

**Unauthorized Access to Computers, Cal. Penal Code §§502 et seq. against Defendants**

**Gatti, IQSystem LLC, IQSystem, Inc., and the Italian Almaviva Defendants)**

241. Almawave USA denies the allegations in this paragraph.

242. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph that relate to any of the other defendants and therefore denies them.

243. Almawave USA admits that Gatti was CEO of Almawave USA on February 3, 2015. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

244. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

245. This paragraph contains legal conclusions and does not require an answer as it pertains to Gatti acting within the scope of her employment and agency with Almawave USA. To the extent an answer is required, Almawave USA denies the allegation. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

DEFENDANT ALMAWAVE USA, INC.'S ANSWER TO PLAINTIFF LOOP AI LABS INC.'S
SECOND AMENDED COMPLAINT – CASE NO.: 3:15-cv-00798-HSG-DMR

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

1    246.    This paragraph contains legal conclusions and does not require an answer.  To the

2    extent an answer is required, Almawave USA denies that the Almawave Defendants were

3    involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA admits that

4    Gatti was CEO of Almawave USA on February 3, 2015.  Almawave USA lacks sufficient

5    knowledge or information to form a belief as to the truth of allegations in this paragraph that

6    relate to any of the other defendants and therefore denies them.

7    247.    This paragraph contains legal conclusions and does not require an answer.  To the

8    extent an answer is required, Almawave USA denies that the Almawave Defendants were

9    involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA admits that

10   Gatti was CEO of Almawave USA on February 3, 2015, but denies that she was acting in the

11   scope of her employment with regard to the allegations in this paragraph.  Almawave USA lacks

12   sufficient knowledge or information to form a belief as to the truth of allegations in this

13   paragraph that relate to any of the other defendants and therefore denies them.

14   248.    Almawave USA denies the allegations in this paragraph.

15   249.    Almawave USA denies the allegations in this paragraph.

16   250.    Almawave USA denies the allegations in this paragraph.

17   251.    Almawave USA denies that the Almawave Defendants were involved in any

18   unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge

19   or information to form a belief as to the truth of allegations in this paragraph that relate to any of

20   the other defendants and therefore denies them.

21   252.    Almawave USA lacks sufficient knowledge or information to form a belief as to

22   the truth of allegations in this paragraph and therefore denies them.

23   253.    Almawave USA denies that the Almawave Defendants were involved in any

24   unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge

25   or information to form a belief as to the truth of allegations in this paragraph that relate to any of

26   the other defendants and therefore denies them.

27   254.    This paragraph contains legal conclusions and does not require an answer.  To the

28   extent an answer is required, Almawave USA denies the allegations in this paragraph.

DEFENDANT ALMAWAVE USA, INC.'S ANSWER TO PLAINTIFF LOOP AI LABS INC.'S
SECOND AMENDED COMPLAINT – CASE NO.: 3:15-cv-00798-HSG-DMR

255. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

256. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

### THIRD CAUSE OF ACTION

#### (Fraud in the Inducement against Anna Gatti)

257. Almawave USA denies the allegations in this paragraph.

258. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

259. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

260. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

261. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

262. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

263. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

264. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

265. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

### FOURTH CAUSE OF ACTION

V E N A B L E   L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

**(Rescission and restitution for Failure of Consideration, against Anna Gatti)**

266.     Almawave USA denies the allegations in this paragraph.

267.     Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

268.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

269.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

270.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

271.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

272.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

273.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

## FIFTH CAUSE OF ACTION

### (Fraud against all Defendants)

274.     Almawave USA denies the allegations in this paragraph.

275.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks

**V E N A B L E  L L P**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

276. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

277. Almawave USA denies the allegations in this paragraph.

278. Almawave USA denies the allegations in this paragraph.

279. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

280. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

281. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

282. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

283. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

284. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

### SIXTH CAUSE OF ACTION

#### (Breach of Contract against Anna Gatti)

285. Almawave USA denies the allegations in this paragraph.

30

V E N A B L E L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

286.   Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

287.   Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

288.   This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

289.   This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

290.   This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

291.   This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

292.   This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

293.   This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

294.   This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

295.   This paragraph contains legal conclusions and does not require an answer.  To the

31

V E N A B L E   L L P

505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

1   extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

2   a belief as to the truth of allegations in this paragraph and therefore denies them.

3       296.    This paragraph contains legal conclusions and does not require an answer.  To the

4   extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

5   a belief as to the truth of allegations in this paragraph and therefore denies them.

6       297.    This paragraph contains legal conclusions and does not require an answer.  To the

7   extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

8   a belief as to the truth of allegations in this paragraph and therefore denies them.

9       298.    This paragraph contains legal conclusions and does not require an answer.  To the

10  extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

11  a belief as to the truth of allegations in this paragraph and therefore denies them.

12      299.    This paragraph contains legal conclusions and does not require an answer.  To the

13  extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

14  a belief as to the truth of allegations in this paragraph and therefore denies them.

15      300.    This paragraph contains legal conclusions and does not require an answer.  To the

16  extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

17  a belief as to the truth of allegations in this paragraph and therefore denies them.

18                    **<u>SEVENTH CAUSE OF ACTION</u>**

19          **(Breach of Duty of Good Faith and Fair Dealing against Anna Gatti)**

20      301.    Almawave USA denies the allegations in this paragraph.

21      302.    This paragraph contains legal conclusions and does not require an answer.  To the

22  extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

23  a belief as to the truth of allegations in this paragraph and therefore denies them.

24      303.    This paragraph contains legal conclusions and does not require an answer.  To the

25  extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

26  a belief as to the truth of allegations in this paragraph and therefore denies them.

27      304.    This paragraph contains legal conclusions and does not require an answer.  To the

28  extent an answer is required, Almawave USA denies that the Almawave Defendants were

V E N A B L E  L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

1    involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks

2    sufficient knowledge or information to form a belief as to the truth of the remaining allegations

3    in this paragraph and therefore denies them.

4        305.    This paragraph contains legal conclusions and does not require an answer. To the

5    extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

6    a belief as to the truth of allegations in this paragraph and therefore denies them.

7        306.    This paragraph contains legal conclusions and does not require an answer. To the

8    extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

9    a belief as to the truth of allegations in this paragraph and therefore denies them.

10       307.    This paragraph contains legal conclusions and does not require an answer. To the

11   extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

12   a belief as to the truth of allegations in this paragraph and therefore denies them.

13                            **EIGHTH CAUSE OF ACTION**

14              **(Theft of Corporate Opportunity, against Anna Gatti)**

15       308.    Almawave USA denies the allegations in this paragraph.

16       309.    This paragraph contains legal conclusions and does not require an answer. To the

17   extent an answer is required, Almawave USA denies that the Almawave Defendants were

18   involved in any unlawful activities or wrongdoing alleged by Loop, including that the Almawave

19   Defendants misappropriated Loop's confidential and proprietary information. Almawave USA

20   lacks sufficient knowledge or information to form a belief as to the truth of the remaining

21   allegations in this paragraph and therefore denies them.

22       310.    This paragraph contains legal conclusions and does not require an answer. To the

23   extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

24   a belief as to the truth of allegations in this paragraph and therefore denies them.

25       311.    This paragraph contains legal conclusions and does not require an answer. To the

26   extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

27   a belief as to the truth of allegations in this paragraph and therefore denies them.

28       312.    This paragraph contains legal conclusions and does not require an answer. To the

**V E N A B L E  L L P**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA  94111
415-653-3750

1    extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

2    a belief as to the truth of allegations in this paragraph and therefore denies them.

3        313.    This paragraph contains legal conclusions and does not require an answer.  To the

4    extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

5    a belief as to the truth of allegations in this paragraph and therefore denies them.

6                            **NINTH CAUSE OF ACTION**

7    **(Intentional Interference with Prospective Economic Advantage against All Defendants)**

8        314.    Almawave USA denies the allegations in this paragraph.

9        315.    This paragraph contains legal conclusions and does not require an answer.  To the

10   extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

11   a belief as to the truth of allegations in this paragraph and therefore denies them.

12       316.    This paragraph contains legal conclusions and does not require an answer.  To the

13   extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

14   a belief as to the truth of allegations in this paragraph and therefore denies them.

15       317.    This paragraph contains legal conclusions and does not require an answer.  To the

16   extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

17   a belief as to the truth of allegations in this paragraph and therefore denies them.

18       318.    Almawave USA lacks sufficient knowledge or information to form a belief as to

19   the truth of allegations in this paragraph and therefore denies them.

20       319.    Almawave USA denies the allegations in this paragraph.

21       320.    This paragraph contains legal conclusions and does not require an answer.  To the

22   extent an answer is required, Almawave USA denies that the Almawave Defendants were

23   involved in any unlawful activities or wrongdoing alleged by Loop, including that the Almawave

24   Defendants interfered with any relationship between Loop and an investment fund or

25   misappropriated Loop's confidential and proprietary information.  Almawave USA lacks

26   sufficient knowledge or information to form a belief as to the truth of the remaining allegations

27   in this paragraph and therefore denies them.

28       321.    Almawave USA denies the allegations in this paragraph.

505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

**V E N A B L E   L L P**

322. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

323. Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop, including that the Almawave Defendants interfered with any relationship between Loop and an investment fund or misappropriated Loop's confidential and proprietary information. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

324. Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop, including that the Almawave Defendants interfered with any relationship between Loop and an investment fund or misappropriated Loop's confidential and proprietary information. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

325. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop, including that the Almawave Defendants interfered with any relationship between Loop and an investment fund or misappropriated Loop's confidential and proprietary information. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

326. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

## **TENTH CAUSE OF ACTION**

### **(Tortious Interference against all Defendants)**

327. Almawave USA denies the allegations in this paragraph.

328. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

**V E N A B L E  L L P**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

329. Almawave USA denies the allegations in this paragraph.

330. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

331. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

332. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

333. This paragraph calls contains a legal conclusion and does not require an answer as. To the extent an answer is required, Almawave USA denies the allegations.

334. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

335. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

336. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

## ELEVENTH CAUSE OF ACTION

**(Misappropriation of Trade Secrets, California Civil Code §§ 3426 *et seq*., against All Defendants)**

337. Almawave USA denies the allegations in this paragraph.

338. This paragraph calls contains a legal conclusion and does not require an answer. To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

339. This paragraph calls contains a legal conclusion and does not require an answer. To the extent an answer is required, Almawave USA denies the allegation in this paragraph.

36

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

340. This paragraph calls contains a legal conclusion and does not require an answer. To the extent an answer is required, Almawave USA denies the allegation in this paragraph.

341. Almawave USA denies the allegations in this paragraph.

342. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

343. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

344. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

345. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

346. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

347. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

348. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

349. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

## TWELVTH CAUSE OF ACTION

### (Conversion against Gatti and the IQSystem Defendants)

350. Almawave USA denies the allegations in this paragraph.

351. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

352. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

353. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

37

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

354. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

355. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

356. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

## THIRTEENTH CAUSE OF ACTION

### (Unfair Competition against All Defendants)

357. Almawave USA denies the allegations in this paragraph.

358. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

359. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

360. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

361. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

362. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

363. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

364. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

365. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

## FOURTEENTH CAUSE OF ACTION

### (Unjust Enrichment, against All Defendants)

366. Almawave USA denies the allegations in this paragraph.

38

V E N A B L E   L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

367. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

368. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

369. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

370. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

371. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

## FIFTEENTH CAUSE OF ACTION

### (Tortious Interference and Aiding and Abetting Breach of Fiduciary Duty against Defendants Gatti, IQS, and Almawave S.r.l. re: Orrick)

372. Almawave USA denies the allegations in this paragraph.

373. Almawave USA admits that Peter Sternberg was a member of Orrick's corporate practice group from 2004 through January 2015. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

374. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

375. Almawave USA denies that Almaviva S.p.A. "intentionally set out to interfere" with the relationship between Loop and Orrick or any other of Loop's service providers. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

376. Almawave USA denies the allegations in this paragraph.

377. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

378. This paragraph contains legal conclusions and does not require an answer. To the

V E N A B L E  L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA  94111
415-653-3750

1    extent an answer is required, Almawave USA denies the allegations in this paragraph.

2        379.    This paragraph contains legal conclusions and does not require an answer.  To the

3    extent an answer is required, Almawave USA lacks sufficient knowledge or information to form

4    a belief as to the truth of allegations in this paragraph and therefore denies them.

5        380.    This paragraph contains legal conclusions and does not require an answer.  To the

6    extent an answer is required, Almawave USA denies the allegations in this paragraph.

7        381.    This paragraph contains legal conclusions and does not require an answer.  To the

8    extent an answer is required, Almawave USA denies the allegations in this paragraph.

9        382.    Almawave USA denies the allegations in this paragraph.

10       383.    This paragraph contains legal conclusions and does not require an answer.  To the

11   extent an answer is required, Almawave USA denies the allegations in this paragraph.

12       384.    This paragraph contains legal conclusions and does not require an answer.  To the

13   extent an answer is required, Almawave USA denies that the Almawave Defendants had actual

14   or imputed knowledge of Orrick's contractual or fiduciary obligations to Loop.  Almawave USA

15   lacks sufficient knowledge or information to form a belief as to the truth of allegations in this

16   paragraph and therefore denies them.

17       385.    This paragraph contains legal conclusions and does not require an answer.  To the

18   extent an answer is required, Almawave USA denies the allegations in this paragraph.

19       386.    This paragraph contains legal conclusions and does not require an answer.  To the

20   extent an answer is required, Almawave USA denies the allegations in this paragraph.

21       387.    This paragraph contains legal conclusions and does not require an answer.  To the

22   extent an answer is required, Almawave USA denies the allegations in this paragraph.

23       388.    Almawave USA denies the allegations in this paragraph.

24       389.    This paragraph contains legal conclusions and does not require an answer.  To the

25   extent an answer is required, Almawave USA denies the allegations in this paragraph.

26       390.    This paragraph contains legal conclusions and does not require an answer.  To the

27   extent an answer is required, Almawave USA denies the allegations in this paragraph.

28       391.    This paragraph contains legal conclusions and does not require an answer.  To the

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

extent an answer is required, Almawave USA denies the allegations in this paragraph.

392. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA admits that the Almawave Defendants retained Orrick and paid Orrick for its legal services. Almawave USA denies the remaining allegations in this paragraph.

393. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

394. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

## SIXTEENTH CAUSE OF ACTION

### (Tortious Interference against all Defendants re: Vignudelli)

395. Almawave USA denies the allegations in this paragraph.

396. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

397. Almawave USA denies the allegations in this paragraph.

398. Almawave USA denies the allegations in this paragraph.

399. Almawave USA denies the allegations in this paragraph.

400. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

401. Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

402. Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

403. This paragraph contains legal conclusions and does not require an answer. To the

DEFENDANT ALMAWAVE USA, INC.'S ANSWER TO PLAINTIFF LOOP AI LABS INC.'S
SECOND AMENDED COMPLAINT – CASE NO.: 3:15-cv-00798-HSG-DMR

extent an answer is required, Almawave USA denies the allegations in this paragraph.

404. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

405. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

406. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

407. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

## EIGHTEENTH CAUSE OF ACTION

### (Aiding and Abetting Breach of Fiduciary Duty Against Almaviva Defendants)

408. Almawave USA denies the allegations in this paragraph.

409. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph and therefore denies them.

410. Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

411. Almawave USA admits that it was aware that Gatti was the co-founder of and had some ongoing role in a startup. Almawave USA denies the remaining allegations in this paragraph.

412. Almawave USA denies the allegations in this paragraph.

413. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

414. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies the allegations in this paragraph.

## PRAYER FOR RELIEF

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

1.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies that the Almawave Defendants were or are involved in any unlawful activities or wrongdoing alleged by Loop and therefore denies that Loop should be granted an injunction against the Almawave Defendants. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

2.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop, including that the Almawave Defendants misappropriated Loop's confidential and proprietary information, and therefor denies that the order sought by this paragraph should be granted.  Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

3.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

4.     This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop and therefor denies that Loop should be awarded damages against the Almawave Defendants. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

5.     This paragraph contains legal conclusions and does not require an answer.  To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop and therefor denies that Loop should be awarded equitable relief, disgorgement or restitution against the Almawave Defendants. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

6. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop and therefore denies that a constructive trust should be imposed over the Patent Application or any other of the Almawave Defendants' property. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

7. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop and therefor denies that Loop should be awarded aggravated, treble or punitive damages against the Almawave Defendants. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

8. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop and therefor denies that Loop should be awarded statutory damages against the Almawave Defendants. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

9. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop and therefor denies that Loop should be awarded interest against the Almawave Defendants. Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

10. This paragraph contains legal conclusions and does not require an answer. To the extent an answer is required, Almawave USA denies that the Almawave Defendants were involved in any unlawful activities or wrongdoing alleged by Loop and therefor denies that Loop should be awarded attorneys' fees, costs and expenses against the Almawave Defendants. Almawave USA

V E N A B L E   L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

1    lacks sufficient knowledge or information to form a belief as to the truth of the remaining

2    allegations in this paragraph and therefore denies them.

3        11.    This paragraph contains legal conclusions and does not require an answer.  To the

4    extent an answer is required, Almawave USA denies that the Almawave Defendants were involved

5    in any unlawful activities or wrongdoing alleged by Loop and therefor denies that Loop should be

6    awarded the costs for Loop's investigation of this suit against the Almawave Defendants.

7    Almawave USA lacks sufficient knowledge or information to form a belief as to the truth of the

8    remaining allegations in this paragraph and therefore denies them.

9        12.    This paragraph contains legal conclusions and does not require an answer.  To the

10   extent an answer is required, Almawave USA denies that the Almawave Defendants were involved

11   in any unlawful activities or wrongdoing alleged by Loop and therefor denies that Loop should be

12   awarded any other relief against the Almawave Defendants.  Almawave USA lacks sufficient

13   knowledge or information to form a belief as to the truth of the remaining allegations in this

14   paragraph and therefore denies them.

15                        **AFFIRMATIVE DEFENSES**

16       Further responding to the SAC and as additional defenses thereto, Almawave USA

17   asserts the following affirmative defenses, without admitting any allegations of the SAC not

18   previously admitted, and without admitting that Almawave USA bears the burden of proof or

19   burden of persuasion on any matter set forth herein.

20                     **FIRST AFFIRMATIVE DEFENSE**

21                          **(UNJUST ENRICHMENT)**

22       1.    Loop would be unjustly enriched if it recovered anything in this action.

23                   **SECOND AFFIRMATIVE DEFENSE**

24                           **(UNCLEAN HANDS)**

25       2.    Loop's SAC, and each cause of action contained therein, is barred by the doctrine

26   of unclean hands.

27                    **THIRD AFFIRMATIVE DEFENSE**

28                         **(EQUITABLE ESTOPPEL)**

V E N A B L E   L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA  94111
415-653-3750

3.      Loop's complaint, and each cause of action contained therein, is barred by reason of the acts, omissions, representations and courses of conduct by Loop which the defendants were led to rely on to their detriment, pursuant to the doctrine of equitable estoppel.

## FOURTH AFFIRMATIVE DEFENSE

### (UNENFORCEABLE CONTRACTS)

4.      The agreements on which Loop relies are unenforceable.

## FIFTH AFFIRMATIVE DEFENSE

### (INVALID CONTRACTS)

5.      The agreements on which Loop bases certain of its claims is invalid.

## SIXTH AFFIRMATIVE DEFENSE

### (GOOD FAITH/LACK OF MALICE)

6.      Loop's SAC and each cause of action therein are barred in part or in whole because Almawave USA acted at all times in good faith, without knowledge of any alleged wrongdoing and without any basis for such knowledge.

## SEVENTH AFFIRMATIVE DEFENSE

### (EQUITY)

7.      Loop's SAC and each cause of action therein are barred in part or in whole because the equities preponderate in favor of Almawave USA.

## EIGHTH AFFIRMATIVE DEFENSE

### (WAIVER/CONSENT)

8.      Loop has waived its right to the relief sought in the SAC or consented to the conduct complained of therein by virtue of its actions, omissions, conduct, and representations.

## NINTH AFFIRMATIVE DEFENSE

### (FAILURE TO MITIGATE DAMAGES)

9.      Loop has failed to mitigate any damages which it allegedly suffered.

## TENTH AFFIRMATIVE DEFENSE

### (STATUTES OF LIMITATIONS)

10.     Loop's SAC and each cause of action therein are barred in part or in whole by the

46

1 | applicable statutes of limitations.

2 | **ELEVENTH AFFIRMATIVE DEFENSE**

3 | **(LACHES)**

4 | 11.    Loop's actions, inactions, and conduct before filing the SAC barred it from

5 | seeking or being awarded any relief by the doctrine of laches.

6 | **TWELFTH AFFIRMATIVE DEFENSE**

7 | **(CONTRIBUTION/ INDEMNIFICATION)**

8 | 12.    If Loop establishes that Almawave USA is responsible for any part of the

9 | damages allegedly suffered by Loop, Almawave USA is entitled to a total or partial indemnity

10 | and/or contribution from Loop, the other defendants, and/or third parties.

11 | **THIRTEENTH AFFIRMATIVE DEFENSE**

12 | **(NEGLIGENCE)**

13 | 13.    Other persons or entities who are not parties to this lawsuit are guilty of

14 | negligence which was the cause of, or a contributing cause to, the damages alleged in the SAC.

15 | **FOURTEENTH AFFIRMATIVE DEFENSE**

16 | **(INTERVENING CAUSE)**

17 | 14.    If Loop has suffered injuries or losses as described in the SAC, such injuries or

18 | losses were caused in part or in whole through intervening cause or causes.

19 | **FIFTEENTH AFFIRMATIVE DEFENSE**

20 | **(FAILURE TO STATE A CLAIM)**

21 | 15.    Loop's SAC and each cause of action therein are barred in part or in whole

22 | because the SAC fails to state a claim on which relief can be granted.

23 | **RESERVATION OF DEFENSES**

24 | Defendants reserve the right to assert additional affirmative defenses in the event that

25 | clarification of plaintiff's allegations and/or discovery reveals any such defenses to be

26 | appropriate.

27 | **DEMAND FOR A JURY TRIAL**

28 | Almawave USA hereby requests a trial by jury on all claims so triable.

**V E N A B L E   L L P**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

# REQUEST FOR RELIEF

WHEREFORE, Almawave USA respectfully requests that the Court render a judgment against plaintiff as follows:

(a) That Loop take nothing by way of the SAC and that judgment be entered in favor of defendants;

(b) That the SAC be dismissed with prejudice;

(c) That Almawave USA be awarded their costs of suit, including costs, witness fees, attorneys' fees, and all other fees associated with this matter as may be allowed by law; and

(d) That the Court grant such other and further relief as it deems reasonable and just.


October 13, 2015

**VENABLE LLP**

By:  /s/ Thomas E. Wallerstein
     Thomas E. Wallerstein (SBN 232086)
     Kimberly Culp (SBN 238839)
     505 Montgomery Street, Suite 1400
     San Francisco, CA 94111
     twallerstein@venable.com
     kculp@venable.com
     Tel.:  (415) 653-3750
     Fax:  (415) 653-3755

     *Attorneys for Almawave USA, Inc.*

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

DEFENDANT ALMAWAVE USA, INC.'S ANSWER TO PLAINTIFF LOOP AI LABS INC.'S
SECOND AMENDED COMPLAINT – CASE NO.: 3:15-cv-00798-HSG-DMR