UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNA GATTI, et al.,<br><br>    Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER ON PLAINTIFF'S DISCOVERY LETTER**<br><br>Re: Dkt. No. 274 |

    On September 24, 2015, the court denied Defendant Gatti's motion for a protective order as to five subpoenas issued by Plaintiff. The court suspended operation of the subpoenas pending resolution of the parties' dispute and ordered the parties to comply with the court's procedure for resolution of discovery disputes. [Docket No. 212.] On October 16, 2015, the court denied the "joint letter" filed by Plaintiff and Defendant Gatti regarding the subpoenas (Docket No. 241) on the grounds that the parties had failed to comply with the court's Standing Order by meeting and conferring about their disputes.

    The court has now received Plaintiff's October 19, 2015 letter seeking clarification regarding the operability of five subpoenas to which Defendant Gatti objected. The court's September 24, 2015 order remains in place. The parties must meet and confer in good faith in accordance with the court's Standing Order and submit a joint letter regarding any remaining disputes. The five subpoenas remain suspended pending resolution of the parties' disputes. However, the order suspending compliance with the subpoenas applies only to those portions of the subpoenas to which Defendant Gatti objected. The recipients of the subpoenas shall promptly

respond to the non-objectionable portions of the subpoenas.

**IT IS SO ORDERED.**

Dated: October 21, 2015

Donna M. Ryu
United States Magistrate Judge