UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>  Plaintiff,<br><br>  v.<br><br>ANNA GATTI, et al.,<br><br>  Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER RESETTING HEARING DATE ON DISCOVERY MOTIONS** |

TO ALL PARTIES AND COUNSEL OF RECORD:

  Plaintiff Loop AI Labs Inc. moved to continue and consolidate two discovery hearings. [Docket No. 270.]  The court agreed to consolidate the hearings and offered two possible dates in December 2015 for a hearing on the joint discovery letter regarding jurisdictional discovery (Docket No. 211), the motions for protective orders filed by Almawave USA, Inc. and non-party Orrick, Herrington & Sutcliffe LLP ("Orrick") (Docket Nos. 168, 169), and Almawave USA, Inc.'s motion to quash and/or motion for a protective order (Docket No. 192).  [Docket No. 273.]

  The court has received Plaintiff's notice indicating the parties' availability in December 2015.  [Docket No. 280.]  While the court has tried to accommodate the parties' schedules, it appears that counsel for Almawave USA Inc. and Orrick are not available on the same day. However, the motions for protective orders filed by Almawave USA, Inc. and Orrick are related and should be heard on the same day.  Since the court is reluctant to move these hearings to January, the court will hear all four matters on **December 10, 2015 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click

"Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

**IT IS SO ORDERED**.

Dated: October 28, 2015



_____
DONNA M. RYU
United States Magistrate Judge