UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., <br><br> Plaintiff, <br><br> v. <br><br> ANNA GATTI, et al., <br><br> Defendants. | Case No. 3:15-CV-0798-HSG-DMR <br><br> [PROPOSED] ORDER |

This matter came before the Court on Plaintiff Loop AI Labs Inc.'s Motion for Leave to (1) submit for Consideration the Supplemental Memorandum of Points and Authorities attached as Exhibit A to address the issues raised by the Court at the November 5, 2015 hearing on Plaintiff's Motion to Disqualify; (2) request an Evidentiary Hearing on the Motion to Disqualify; and (3) submit the custodian of records declarations at Exhibits B-C authenticating evidence previously submitted to the Court (the "Motion").  Having considered the Motion, and all matters presented to the Court in connection with the Motion, the Court HEREBY ORDERS that the Motion is DENIED/GRANTED.

**IT IS SO ORDERED.**

*DENIED*
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

Dated: _____    _____
Hon. Haywood S. Gilliam Jr.
United States District Judge