UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>        Plaintiff,<br><br>    v.<br><br>ANNA GATTI, et al.,<br><br>        Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER RE DEFENDANT IQSYSTEMS, INC.'S APPEARANCE AT 12/10/15 DISCOVERY HEARING**<br><br>Re: Dkt. No. 309 |

On December 2, 2015, the court ordered lead counsel for the parties to appear at the discovery hearing scheduled for December 10, 2015, and to be prepared to meet and confer in the courthouse following the hearing.  [Docket No. 308.]  The court has received a letter from counsel for Defendant IQSystems, Inc. requesting permission to appear remotely on December 10, 2015.  [Docket No. 309.]  The court grants counsel for IQSystems, Inc. permission to send a representative to attend the hearing and the mandatory meet and confer session, as long as that individual has full authority to speak on behalf of IQSystems, Inc.  In the alternative, counsel is granted permission to appear at the hearing via CourtCall and to appear at the meet and confer via Skype, but must make all necessary arrangements to appear remotely in advance.

**IT IS SO ORDERED.**

Dated: December 4, 2015

_____
Donna M. Ryu
United States Magistrate Judge

