UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

    Plaintiff,

v.

ANNA GATTI, et al.,

    Defendants.

Case No. 15-cv-00798-HSG   (DMR)

**ORDER RE 12/10/2015 DISCOVERY HEARING**

Lead counsel attending the December 10, 2015 mandatory meet and confer session in the courthouse shall come prepared with scheduling information and availability for all attorneys, parties, and witnesses through the end of January 2016, so that the parties can agree upon a deposition schedule and schedule for document production during the meet and confer session. Attorneys, parties, and witnesses are forewarned that the court expects substantial discovery will be completed during the next 30-45 days, notwithstanding the approaching holidays. Therefore, attorneys, parties, and witnesses shall clear their calendars accordingly.

The parties shall bring equipment to make an audio recording of the meet and confer session, pursuant to the court's prior ruling.

**IT IS SO ORDERED.**

Dated: December 7, 2015



Donna M. Ryu
United States Magistrate Judge