VALERIA CALAFIORE HEALY (*pro hac vice*)
valeria.healy@healylex.com
HEALY LLC
154 Grand Street
New York, New York  10013
Telephone:     (212) 810-0377
Facsimile:     (212) 810-7036

DANIEL J. WEINBERG (SBN 227159)
dweinberg@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:     (650) 593-6300
Facsimile:     (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., <br><br> Plaintiff, <br><br> v. <br><br> ANNA GATTI, et al., <br><br> Defendants. | CASE NO.: 3:15-cv-00798-HSG <br><br> **NOTICE OF CHANGE IN COUNSEL** <br><br> Action Filed:  February 20, 2015 <br> Trial Date:  July 11, 2016 |

**TO THE COURT, THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Bryan Wolin of Healy LLC hereby withdraws as attorney of record for Plaintiff Loop AI Labs Inc. in this action.  Valeria Calafiore Healy, Daniel J. Weinberg and Diana Wong remain as attorneys of record and attorneys to be noticed for Plaintiff Loop AI Labs Inc.

December 14, 2015                By:   /s/ *Valeria Calafiore Healy*

                                            Valeria Calafiore Healy, Esq. (*phv*)
                                            Valeria.healy@healylex.com
                                            HEALY LLC

                                            Attorneys for Plaintiff
                                            LOOP AI LABS, INC.