UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

    Plaintiff,

v.

ANNA GATTI, et al.,

    Defendants.

Case No. 15-cv-00798-HSG   (DMR)

**ORDER RE IN CAMERA SUBMISSION**

On December 10, 2015, the court ordered Defendant Almawave USA to submit for in camera review certain documents withheld on the basis of attorney-client privilege by December 14, 2015.  Almawave USA timely lodged the documents, along with a cover letter that included additional argument supporting its contention that the documents are privileged.  The court did not seek further briefing on this issue and did not grant Almawave USA permission to submit further briefing.  Therefore, it will not consider the arguments made in Almawave USA's cover letter.  Plaintiffs' objections to the letter (Docket No. 328) are denied.

**IT IS SO ORDERED.**

Dated: December 17, 2015



Donna M. Ryu
United States Magistrate Judge