Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Loop AI Labs Inc.

          Plaintiff(s),

v.

Anna Gatti, et al.

          Defendant(s).

Case No: 15-798

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Eric A. Lerner, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Loop AI Labs Inc. in the above-entitled action. My local co-counsel in this case is Daniel J. Weinberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Healy LLC, 154 Grand St. New York, NY 10013 | 350 Marine Parkway, Suite 200 Redwood Shores, California  94065 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 810-0377 | (650) 593-6300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| elerner@healylex.com | dweinberg@fawlaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4000287.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/13/15

*/s/ Eric Lerner*
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Eric A. Lerner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/21/2015

*/s/ Haywood S. Gilliam, Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                     *October 2012*

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, Ruby J. Krajick, Clerk of this Court, certify that

_____ **ERIC A. LERNER** _____, Bar # __**EL1594**__

was duly admitted to practice in this Court on

__**FEBRUARY 24th, 2004**__, and is in good standing as a member of the Bar of this Court.

Dated at 500 Pearl Street
New York, New York     on     **SEPTEMBER 09th, 2015**

Ruby J. Krajick
Clerk

by _____
Deputy Clerk