United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

Plaintiff,

v.

ANNA GATTI, et al.,

Defendants.

Case No. 15-cv-00798-HSG (DMR)

**ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTIONS TO COMPEL**

Re: Dkt. No. 337

The court has received Defendant Almawave USA, Inc.'s ("Almawave") administrative motion for leave to file motions to compel discovery from Plaintiff Loop AI Labs, Inc., in which Defendant IQ System, Inc. joined. [Docket Nos. 337, 340.]

Almawave seeks leave to move to compel Plaintiff to 1) respond to Almawave's written discovery requests without objection; 2) produce documents according to an ESI protocol that allows Almawave to copy Loop's documents; and 3) provide dates for depositions of its witnesses. According to Almawave, it seeks leave to file motions to compel because Plaintiff has refused to meet and confer and/or provide its positions in writing for purposes of a joint letter. Plaintiff filed a response to Almawave's administrative motion that makes it clear that the parties have not met and conferred about these issues.[1] [Docket No. 339.]

The court has previously ordered the parties to conduct regularly-scheduled telephonic meet and confer sessions regarding discovery every Friday. The parties shall use this week's session (i.e., January 8, 2016) to meet and confer regarding the three areas of dispute raised in

[1] Plaintiff's response included a "Status Report Regarding Defendants' Discovery" in which Plaintiff describes purported issues with all document productions by Defendants to date. [Docket No. 339.] The court notes that it did not grant Plaintiff leave to file a status report. To the extent Plaintiff seeks relief regarding Defendants' document productions, Plaintiff must comply with the court's joint letter procedure for resolution of discovery disputes. Accordingly, the court disregards Plaintiff's status report.

United States District Court
Northern District of California

Almawave's administrative motion. Lead counsel for the parties must make themselves available as long as necessary to fully exhaust the meet and confer process on those three topics before any other topics are discussed. In accordance with the court's previous order, the meet and confer session must be audio recorded. Following the meet and confer session, the parties shall submit a joint letter regarding any outstanding disputes on the three topics by no later than **January 15, 2016**. Failure to meet and confer in good faith in compliance with this order may result in sanctions.

**IT IS SO ORDERED.**

Dated: January 6, 2016




Donna M. Ryu
United States Magistrate Judge