UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>        Plaintiff,<br><br>    v.<br><br>ANNA GATTI, et al.,<br><br>        Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER RE DEFENDANT GATTI'S EX PARTE DISCOVERY LETTER**<br><br>Re: Dkt. No. 360 |

The court has received Defendant Anna Gatti's January 7, 2016 ex parte discovery letter in which she seeks a protective order quashing six subpoenas or staying each third party's duty to comply with the subpoenas.  [Docket No. 360.]  The court has previously ordered that a party must obtain leave of court prior to filing an ex parte discovery letter, and warned that it would only grant leave "in exceptional circumstances."  [Docket No. 222.]  Defendant Gatti did not file an administrative motion for leave to file an ex parte discovery letter.  Additionally, she made no reference to, let alone demonstrate, exceptional circumstances justifying the filing of her ex parte discovery letter.  Accordingly, the court declines to consider the letter.

**IT IS SO ORDERED.**

Dated: January 8, 2016



Donna M. Ryu
United States Magistrate Judge