**LOW, BALL & LYNCH** ATTORNEYS AT LAW
505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 981-6630  FACSIMILE (415) 982-1634 WWW.LOWBALL.COM

January 8, 2016

Hon. Donna M. Ryu
Magistrate Judge
U.S. District Court, Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

  Re: <u>Loop AI Labs, Inc. v Gatti, et al.</u> ,Case No. 3:15-cv-00798-HSG-DMR

Dear Judge Ryu:

 This letter is in response to counsel for Loop's letter (Document 365) dated today.  In that letter, Counsel for Loop has indicated that Counsel for Gatti, despite this Court's order of today, has instructed the recipients of the subpoenas to not comply.  This is completely inaccurate.  In fact, within 45 minutes of this Court's order, counsel for Gatti forwarded this Court's order to each of recipients it has been in contact with.  Counsel for Gatti then forwarded each of the recipients its administrative motion for relief.  It did not give any instructions at all to the recipients after receiving this Court's order.

 Also of note, despite indicating it would meet and confer this morning regarding the subpoenas, Counsel for Loop indicated this morning that it did not have time to do so.  Counsel for Gatti awaits this Court's ruling on its request for relief.

        Very truly yours,

        LOW, BALL & LYNCH

        /s/ James F. Regan

        James F. Regan

JFR/wh

K:\2500\sf0173\Correspondence\Hon. Donna M. Ryu_1_8_16.docx