UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>    Plaintiff,<br><br>v.<br><br>ANNA GATTI, et al.,<br><br>    Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER RE PLAINTIFF'S IN CAMERA SUBMISSION** |

The court has received Plaintiff Loop AI Labs Inc.'s January 11, 2016 in camera submission regarding the availability of its CEO, Gianmauro Calafiore, for deposition on January 25, 2016 due to medical reasons.  Plaintiff's submission includes medical instructions dated December 16, 2015 in which Calafiore is advised to avoid certain physical activities, including "strenuous exercise, bending, straining, stooping or lifting heavy objects."  It is not clear from this document that Calafiore's medical condition prevents him from sitting for a deposition.  Therefore, by January 15, 2016, Plaintiff shall lodge in camera an unequivocal, detailed declaration signed by Calafiore's treating physician indicating whether a one-day deposition on January 25, 2016 would significantly jeopardize his medical condition, and if so, how, so that the court can evaluate the situation.  The treating physician should include a discussion of ways to accommodate Calafiore's condition, i.e. taking frequent breaks or conducting the deposition over more than one day.  If the treating physician opines that Calafiore is unable to sit at all for a deposition at this time, he or she shall provide an opinion about when Calafiore will be able to do so, and under what conditions.

**IT IS SO ORDERED.**

Dated: January 12, 2016



_____
Donna M. Ryu
United States Magistrate Judge