UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANNA GATTI, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER RE PLAINTIFF'S ADMINISTRATIVE MOTION TO COMPEL JURISDICTIONAL DISCOVERY**<br><br>Re: Dkt. No. 369 |

The court has received Plaintiff Loop AI Labs Inc.'s "administrative motion to compel jurisdictional discovery," which was filed on the eve of jurisdictional depositions scheduled for the week of January 18, 2016. [Docket No. 369.] Plaintiff's motion raises issues related to the responses of Defendants Almawave S.r.l., Almaviva S.p.A, and Almawave USA Inc.'s to jurisdictional discovery, including their responses to interrogatories, document redactions, and privilege log.

Having reviewed Plaintiff's submission, it appears there are issues with the jurisdictional discovery on both sides that require further discussion by the parties. First, it is not clear that all of Plaintiff's interrogatories are targeted to the jurisdictional issues. However, where Plaintiff has propounded a jurisdiction-related interrogatory, it is not clear that Defendants' responses are sufficient. For example, if interrogatory 3 to Almaviva S.p.A. is construed as seeking information related to jurisdictional issues, i.e. contact with the United States by the Italian Almaviva Defendants' officers, employees, or directors from which Plaintiff's claims arise, Almaviva S.p.A.'s response appears insufficient. It also appears that Defendants have made wholesale redactions of at least one document that may not be appropriate in the absence of an assertion of privilege, particularly given the fact that a protective order is in place in this case. Finally, Plaintiff contends that it has received a privilege log indicating that Defendants have withheld

1  approximately 2,500 documents on privilege grounds, but that Defendants' log does not provide
2  the basis for the privilege (i.e., Plaintiff contends that many of the documents do not involve
3  communications with attorneys).

4  Given the upcoming jurisdictional depositions, the court orders the following expedited
5  schedule: the parties shall immediately meet and confer regarding the issues in Plaintiff's
6  administrative motion to compel. Counsel shall meet and confer until they have fully exhausted
7  the meet and confer process on the issues raised in Plaintiff's administrative motion, and shall
8  submit a joint letter regarding the remaining disputes by no later than 12:00 p.m. on Thursday,
9  January 14, 2016. Plaintiff's administrative motion is denied without prejudice.

**IT IS SO ORDERED.**

Dated: January 12, 2016



Donna M. Ryu
United States Magistrate Judge

2