United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>             Plaintiff,<br><br>     v.<br><br>ANNA GATTI, et al.,<br><br>             Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER RE PLAINTIFF'S ADMINISTRATIVE MOTION TO COMPEL**<br><br>Re: Dkt. No. 374 |

On January 12, 2016, the court ordered Plaintiff and Defendants Almawave S.r.l., Almaviva S.p.A, and Almawave USA Inc. to comply with an expedited briefing schedule regarding Plaintiff's administrative motion to compel. [Docket No. 374.] Pursuant to that order, the parties must submit a joint letter by 12:00 p.m. on Thursday, January 14, 2016. The court's order inadvertently omitted the page limit for the letter. Any joint letter submitted pursuant to the court's January 12, 2016 order may not exceed **four pages**.

**IT IS SO ORDERED.**

Dated: January 13, 2016



_____
Donna M. Ryu
United States Magistrate Judge