UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>        Plaintiff,<br><br>    v.<br><br>ANNA GATTI, et al.,<br><br>        Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER RE JOINT DISCOVERY LETTER RE JURISDICTIONAL DISCOVERY**<br><br>Re: Dkt. No. 379 |

The court has reviewed the December 14, 2016 joint letter regarding jurisdictional discovery submitted by Plaintiff Loop AI Labs Inc. and the Almawave Defendants. [Docket No. 379.] Plaintiff is granted leave to file a regularly-noticed motion addressing only those issues raised in the joint letter. Any such motion may not exceed ten pages. Defendants' opposition and any reply by Plaintiff shall be filed in accordance with the deadlines set forth in Civil Local Rule 7-3. Defendants' opposition may not exceed ten pages and Plaintiff's reply may not exceed two pages. As the parties' use of footnotes in the joint letter was a clear attempt to skirt the page limits, the parties may not include footnotes in their motion papers and any footnotes will be disregarded. The jurisdictional depositions shall proceed as scheduled during the week of January 18, 2016.

**IT IS SO ORDERED.**

Dated: January 14, 2016



Donna M. Ryu
United States Magistrate Judge