UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>        Plaintiff,<br><br>    v.<br><br>ANNA GATTI, et al.,<br><br>        Defendants. | Case No.   15-cv-00798-HSG   (DMR)<br><br>**ORDER RE DEPOSITION OF PLAINTIFF'S CEO GIANMAURO CALAFIORE'S** |

Having reviewed the Hon. Haywood S. Gilliam's January 15, 2016 order denying Plaintiff's motions for relief (Docket No. 387), and after consulting with Judge Gilliam, the court orders the following: Gianmauro Calafiore must appear for deposition in his individual capacity as noticed on January 25, 2016.  Prior to the deposition, the parties shall meet and confer to try to reach agreement about treating any of Calafiore's testimony as 30(b)(6) testimony.  If the parties cannot reach any such agreement, the deposition should go forward, and the parties shall reserve their rights and objections regarding Calafiore's future appearance at a 30(b)(6) deposition (if he is so designated).

**IT IS SO ORDERED.**

Dated: January 15, 2016



Donna M. Ryu
United States Magistrate Judge