UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>        Plaintiff,<br><br>    v.<br><br>ANNA GATTI, et al.,<br><br>        Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE SEPARATE DISCOVERY LETTER**<br><br>Re: Dkt. Nos. 391, 392 |

On January 6, 2016, the court ordered Plaintiff Loop AI Labs Inc. ("Plaintiff") and Defendant Almawave USA, Inc. ("Almawave") to submit a joint discovery letter by January 15, 2016 regarding three discovery disputes. [Docket No. 355.] The parties did not file a joint letter by January 15, 2016. Instead, Loop filed an application for leave to separately file its portion of the joint discovery letter (Docket No. 391), and Almawave filed a notice about the parties' inability to submit a joint letter, to which it attached its portion of the joint letter and exhibits thereto (Docket No. 392).

Loop's application is granted. Loop shall file its portion of the discovery letter by close of business on January 21, 2016. Loop's portion shall not exceed four pages (12-point font or greater; margins no less than one inch) and may not include footnotes. Pursuant to the court's Standing Order, the parties may attach to discovery letters one exhibit that sets forth each disputed discovery request in full, followed immediately by the objections and/or responses thereto. No other exhibits shall be submitted without prior court approval. The court will only consider exhibits that conform with the court's Standing Order. Therefore, since Almawave submitted exhibits which contain the disputed discovery requests and responses thereto, Loop need not attach any exhibits to its portion of the discovery letter.

**IT IS SO ORDERED.**

Dated: January 20, 2016

                                            Donna M. Ryu
                                     United States Magistrate Judge