UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

        Plaintiff,

v.

ANNA GATTI, et al.,

        Defendants.

Case No. 15-cv-00798-HSG

**SCHEDULING ORDER**

A Case Management Conference in this action was held on February 2, 2016. The Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Filing of third amended complaint (if any) | February 18, 2016 |
| Italian Almaviva Defendants Answer or Federal Rule 12(b)(2) motion to dismiss | March 10, 2016 |
| Fact Discovery Close | March 29, 2016 |
| Designate Opening Experts | April 12, 2016 |
| Designate Rebuttal Experts | April 26, 2016 |
| Experts Reply Date | May 3, 2016 |
| Expert Discovery Close | May 17, 2016 |
| Dispositive Motion Filing Deadline | May 31, 2016 |
| Dispositive Motion Hearing Date | July 21, 2016 at 2 p.m. |
| Pretrial Conference | August 30, 2016 at 3 p.m. |
| Jury Trial | September 19, 2016 at 8:30 a.m. (10 days) |

1  The parties are directed to review and comply with this Court's Civil Pretrial and Trial
2 Standing Order.
3  **IT IS SO ORDERED.**
4 Dated: 2/3/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge