UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>           Plaintiff,<br><br>    v.<br><br>ANNA GATTI, et al.,<br><br>           Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER ON 2/22/16 DISCOVERY LETTER RE PLAINTIFF'S INTERROGATORY RESPONSE**<br><br>Re: Dkt. No. 428 |

On February 22, 2016, Defendant Almawave USA, Inc. ("Almawave") filed a discovery letter seeking to compel a response by Plaintiff Loop AI Labs Inc. ("Loop") to Interrogatory No. 8. [Docket No. 428.] The letter states that Loop refused to participate in a joint discovery letter. The court's process requires that parties file discovery letters no more than five business days after the mandatory meet and confer session, unless otherwise ordered by the court. [Docket No. 401.] According to Almawave, the parties met and conferred on February 12 and 19, 2016. Therefore, Loop was required to file its responsive letter by February 26, 2016. Loop has not responded. Almawave's motion is therefore granted as unopposed. Loop shall serve an amended response to Interrogatory No. 8 by March 9, 2016.

**IT IS SO ORDERED.**

Dated: March 2, 2016



_____
Donna M. Ryu
United States Magistrate Judge