1   VALERIA CALAFIORE HEALY (*pro hac vice*)
    valeria.healy@healylex.com
2   HEALY LLC
    154 Grand Street
3   New York, New York  10013
    Telephone:      (212) 810-0377
4   Facsimile:      (212) 810-7036

5   DANIEL J. WEINBERG (SBN 227159)
    dweinberg@fawlaw.com
6   FREITAS ANGELL & WEINBERG LLP
    350 Marine Parkway, Suite 200
7   Redwood Shores, California  94065
    Telephone:      (650) 593-6300
8   Facsimile:      (650) 593-6301

9   Attorneys for Plaintiff
    LOOP AI LABS INC.
10

11              **UNITED STATES DISTRICT COURT**

12        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

14

15   LOOP AI LABS INC.,                    CASE NO.: 3:15-cv-00798-HSG

16            Plaintiff,
                                           **NOTICE OF CHANGE IN COUNSEL**
17

18            v.                           Action Filed:  February 20, 2015
                                           Trial Date:  September 19, 2016
19   ANNA GATTI, et al.,

20            Defendants.

21

22

23

24

25

26

27

28

3:15-CV-00798-HSG-DMR                              NOTICE OF CHANGE IN COUNSEL

**TO THE COURT, THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Eric Lerner of Healy LLC hereby withdraws as attorney of record for Plaintiff Loop AI Labs Inc. in this action.  Valeria Calafiore Healy, Diana Wong and Daniel J. Weinberg remain as attorneys of record and attorneys to be noticed for Plaintiff Loop AI Labs Inc.

March 8, 2016                                          By:   /s/ *Valeria Calafiore Healy*
                                                                    Valeria Calafiore Healy, Esq. (*phv*)
                                                                    Valeria.healy@healylex.com
                                                                    HEALY LLC

                                                                    Attorneys for Plaintiff
                                                                    LOOP AI LABS, INC.

1