UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC, <br><br> Plaintiff, <br><br> v. <br><br> ANNA GATTI, et al., <br><br> Defendants. | Case No. 15-cv-00798-HSG   (DMR) <br><br> **ORDER ON ALMAWAVE'S DISCOVERY LETTER BRIEF RE PRIVILEGE LOG** <br><br> Re: Dkt. No. 451 |

The court has reviewed Defendant Almawave USA's unilateral discovery letter brief regarding Plaintiff Loop AI Labs Inc.'s failure to provide a privilege log.  [Docket No. 451.]  The court's January 27, 2016 Notice of Amended Discovery Procedures provides that "[i]f a party withholds responsive information by claiming that it is privileged or otherwise protected from discovery, that party shall produce a privilege log as quickly as possible, but **no later than fourteen days after its disclosures or discovery responses are due**, unless the parties stipulate to or the court sets another date."  [Docket No. 401 at 4.]  Plaintiff shall produce a privilege log in accordance with the court's Notice of Amended Discovery Procedures by no later than March 16, 2016.

**IT IS SO ORDERED.**

Dated: March 9, 2016



Donna M. Ryu
United States Magistrate Judge