UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>  Plaintiff,<br><br>  v.<br><br>ANNA GATTI, et al.,<br><br>  Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER REGARDING EX PARTE DISCOVERY SUBMISSIONS** |

The parties recently filed another flood of ex parte discovery submissions. The court previously admonished the parties for failing to file joint discovery letters, and ordered them to first obtain leave of court, cautioning that it would only grant leave for ex parte letters "in exceptional circumstances." [*See* Docket Nos. 222, 271.] Given that the parties failed to comply with this requirement, the following discovery matters are denied: Docket Nos. 446, 451, 452. Future submissions will be denied if the parties do not comply with the court's procedures.

**IT IS SO ORDERED.**

Dated: March 9, 2016



Donna M. Ryu
United States Magistrate Judge