1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l., an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM Inc., a Delaware corporation,<br><br>　　　　　Defendants. | CASE NO.: 3:15-cv-00798-HSG (DMR)<br><br>Hon. Haywood S. Gilliam, Jr.<br>Hon. Donna M. Ryu<br><br>**[PROPOSED] ORDER GRANTING ALMAWAVE USA, INC.'S LEAVE TO FILE UNILATERAL LETTER BRIEF REGARDING MOTION TO COMPEL PIERACCINI DEPOSITION**<br><br><br>Action Filed: February 20, 2015<br>Trial Date:　　September 19, 2015 |

1   <u>Defendant Almawave USA Inc. complied with this court's procedures for filing ex parte
2   discovery letters. [*See* Docket Nos. 222, 461.]  Having received and considered Plaintiff's
3   opposition to Defendant's administrative motion (Docket No. 471), and</u> GOOD CAUSE
4   HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that Almawave's Administrative
5   Motion for Leave to File a Unilateral Letter Brief Regarding a Motion to Compel Roberto
6   Pieraccini's Deposition is GRANTED.

7   <u>Almawave shall file its brief by March 14, 2016.</u>  Almawave's brief may be no more than
8   2 pages long.  Loop's opposition shall be due within 2 <u>court</u> days <u>after Almawave files its brief</u>
9   ~~thereafter~~, and shall be no more than 2 pages long.

11  **IT IS SO ORDERED.**

13  Date: March 11, 2016                                       _____
14                                                             Hon. Donna M. Ryu



[PROPOSED] ORDER