UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>        Plaintiff,<br><br>    v.<br><br>ANNA GATTI, et al.,<br><br>        Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER ON ADMINISTRATIVE MOTION RE PLAINTIFF'S COMPLIANCE WITH COURT ORDER**<br><br>Re: Dkt. No. 488 |

The court has received Defendant Almawave USA, Inc.'s ("Almawave") March 15, 2016 administrative motion for leave to file a unilateral letter brief regarding Plaintiff Loop AI Labs Inc.'s refusal to comply with the court's March 2, 2016 order. [Docket No. 488.] In the March 2, 2016 order, the court ordered Plaintiff to serve an amended response to Almawave's Interrogatory No. 8 by March 9, 2016. [Docket No. 438.] No opposition to the administrative motion was filed within the deadline specified in Civil Local Rule 7-11(b). The court does not require further briefing on this issue and orders the following: by 9:00 a.m. PST on March 23, 2016, Plaintiff shall email to Almawave Plaintiff's amended response to Interrogatory No. 8. By the same deadline Plaintiff shall also e-file its proof of service confirming that it served its amended interrogatory response on Almawave via U.S. Mail on March 9, 2016.

**IT IS SO ORDERED.**

Dated: March 22, 2016



_____
Donna M. Ryu
United States Magistrate Judge