UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>          Plaintiff,<br><br>   v.<br><br>ANNA GATTI, et al.,<br><br>          Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER GRANTING MOTION TO COMPEL DEPOSITION OF ROBERTO PIERACCINI**<br><br>Re: Dkt. Nos. 481, 489 |

      The court has reviewed the parties' letter briefs regarding Defendant Almawave USA, Inc.'s ("Almawave") motion to compel the deposition of Roberto Pieraccini.  [Docket Nos. 481, 489.]  It appears that Pieraccini has some limited knowledge relevant to this litigation.  Therefore, Plaintiff Loop AI Labs Inc. shall produce Pieraccini for up to three hours of deposition.  The deposition shall take place at a location convenient to the witness, such as the city of his residence or employment, and shall count against Almawave's presumptive deposition limit.

**IT IS SO ORDERED.**

Dated: March 22, 2016



Donna M. Ryu
United States Magistrate Judge