UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>   Plaintiff,<br><br>   v.<br><br>ANNA GATTI, et al.,<br><br>   Defendants. | Case No.  15-cv-00798-HSG   (DMR)<br><br>**ORDER GRANTING LEAVE TO FILE UNILATERAL LETTER BRIEF RE MOTION TO QUASH SUBPOENA TO PIKE ENERGY SOLUTIONS**<br><br>Re: Dkt. No. 494 |

The court has received Defendant IQSystem, Inc.'s ("IQS") administrative motion for leave to file a unilateral discovery letter brief regarding Plaintiff Loop AI Labs Inc.'s subpoena to third party Pike Energy Solutions, LLC ("Pike"). [Docket No. 494.]  Exceptional circumstances support IQS's request to file a unilateral discovery letter brief because IQS represented that Plaintiff has refused to meet and confer on the matter or otherwise participate in the court's joint letter process.  Plaintiff did not timely oppose IQS's administrative motion and did not refute IQS's representations.  Accordingly, the court grants IQS leave to file a unilateral letter brief that does not exceed two pages regarding the subpoena to Pike by March 24, 2016.  Any opposition may not exceed two pages and shall be filed two court days after IQS files its brief.

**IT IS SO ORDERED.**

Dated: March 22, 2016



Donna M. Ryu
United States Magistrate Judge