UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

    Plaintiff,

v.

ANNA GATTI, et al.,

    Defendants.

Case No. 15-cv-00798-HSG   (DMR)

**ORDER GRANTING LEAVE TO FILE UNILATERAL LETTER BRIEF RE PLAINTIFF'S OBJECTIONS TO ALMAWAVE'S REQUESTS FOR PRODUCTION**

Re: Dkt. No. 495

The court has received Defendant Almawave USA, Inc.'s ("Almawave") administrative motion for leave to file a unilateral discovery letter brief regarding Plaintiff Loop AI Labs Inc.'s objections to Almawave's first set of requests for production ("RFPs"). [Docket No. 495.] Exceptional circumstances support Almawave's request to file a unilateral discovery letter brief because Plaintiff has refused to participate in the court's joint letter process. Plaintiff did not timely oppose Almawave's administrative motion and did not refute Almawave's representations about Plaintiff's refusal to participate in the joint letter process. Accordingly, the court grants Almawave leave to file a unilateral letter brief that does not exceed two pages regarding the Plaintiff's objections to the RFPs by March 24, 2016. Any opposition may not exceed two pages and shall be filed two court days after Almawave files its brief.

**IT IS SO ORDERED.**

Dated: March 22, 2016



_____
Donna M. Ryu
United States Magistrate Judge