UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNA GATTI, et al.,<br><br>    Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER RE ADMINISTRATIVE MOTION RE DEPOSITION OF ROBERTO PIERACCINI**<br><br>Re: Dkt. No. 521 |

    The court has received Defendant Almawave USA, Inc.'s ("Almawave") administrative motion for leave to file a unilateral letter brief to compel Plaintiff Loop AI Labs Inc.'s compliance with the court's March 22, 2016 order regarding the deposition of Roberto Pieraccini (Docket No. 511). [Docket No. 521.]  In the March 22, 2016 order, the court ordered Plaintiff to produce Pieraccini for up to three hours of deposition at a location convenient to the witness.  The court will rule on Almawave's administration upon completion of the briefing.  *See* Civ. L.R. 7-11(b) (any opposition to a motion for administrative relief due four days after the motion is filed).

    The court notes that counsel has not sought or obtained a stay of the March 22, 2016 order or any other discovery orders by the undersigned.  Accordingly, counsel are on notice that all parties must comply with the undersigned's orders unless and until they are relieved from such obligations by court order.  *See, e.g., Verizon Cal. Inc. v. OnlineNIC, Inc.*, 647 F. Supp. 2d 1110, 1116 (N.D. Cal. 2009) ("a party may not disregard the clear terms of a court order, even if that party believes the order to be misguided, mistaken, or otherwise incorrect."); *see also Chapman v. Pac. Tel. & Tel. Co.*, 613 F.2d 193, 197 (9th Cir. 1979) ("An attorney who believes a court order is erroneous is not relieved of the duty to obey it.").  Any party that fails to comply with the

undersigned's orders is subject to sanctions.

**IT IS SO ORDERED.**

Dated: March 25, 2016



_____
Donna M. Ryu
United States Magistrate Judge