1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    LOOP AI LABS INC,                          Case No.  15-cv-00798-HSG

8                    Plaintiff,                 **ORDER DENYING MOTION FOR
                                                RELIEF FROM NONDISPOSITIVE**
9         v.                                    **PRETRIAL ORDER AT DKT. NO. 526**

10   ANNA GATTI, et al.,                        Re: Dkt. No. 529

11                   Defendants.

12          Having reviewed Plaintiff's motion for relief from Magistrate Ryu's Minute Order setting

13   a deposition schedule, Dkt. No. 526, the Court DENIES Plaintiff's motion.  The Minute Order

14   plainly is not clearly erroneous or contrary to law.  *See* 28 U.S.C. § 636(b)(1)(A) ("A judge of the

15   court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that

16   the magistrate judge's order is clearly erroneous or contrary to law.").  *See also* Fed. R. Civ. P.

17   72(a); Civ. L.R. 72–2; *United States v. Abonce-Barrera*, 257 F.3d 959, 969 (9th Cir. 2001)

18   (holding that with respect to discovery disputes and other nondispositive orders, a magistrate

19   judge's decision is "entitled to great deference"); *Grimes v. City & Cty. of San Francisco*, 951

20   F.2d 236, 241 (9th Cir. 1991) ("The reviewing court may not simply substitute its judgment for

21   that of the deciding court.").

22          **IT IS SO ORDERED.**

23   Dated:  3/28/2016

24

25

26                                              HAYWOOD S. GILLIAM, JR.
                                                United States District Judge
27

28

United States District Court
Northern District of California