United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

        Plaintiff,

    v.

ANNA GATTI, et al.,

        Defendants.

Case No.  15-cv-00798-HSG   (DMR)

**ORDER ON DISCOVERY MOTIONS
SEEKING ADMINISTRATIVE RELIEF**

Re: Dkt. Nos. 497, 521, 522, 523

The court has received the following administrative motions for leave to file unilateral discovery letter briefs, filed by Defendant Almawave USA, Inc. ("Almawave"): Docket nos. 521, 522, and 523.  Exceptional circumstances support Almawave's requests to file unilateral discovery letter briefs because Plaintiff has refused to participate in the court's joint letter process.  Plaintiff did not timely oppose Almawave's administrative motions and did not refute Almawave's representations about Plaintiff's refusal to participate in the joint letter process.  Accordingly, the court grants Almawave's administrative motions.  Almawave may file unilateral letter briefs that do not exceed two pages regarding each of the three disputes described in the administrative motions by March 31, 2016.  Plaintiff's opposition briefs may not exceed two pages and shall be filed by April 5, 2016.

On March 22, 2016, the court granted Defendant IQSystem, Inc. ("IQS") leave to file a unilateral discovery letter brief regarding its motion to quash Plaintiff's subpoena to third party Pike Energy Solutions, LLC.  [Docket No. 512; *see* Docket No. 494 (IQS's motion).]  IQS's letter brief was due by March 24, 2016.  No such letter was filed.  Accordingly, IQS's motion to quash is denied.

Finally, in light of the court's March 25, 2016 minute order regarding the deposition schedule, Almawave's administrative motion for leave to file a unilateral discovery letter brief

1   regarding its motion to compel compliance with court orders for depositions of Plaintiff's

2   witnesses (Docket No. 497) is denied as moot.

3

4         **IT IS SO ORDERED.**

5   Dated: March 29, 2016



6                                              Donna M. Ryu
                                        United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California