UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

        Plaintiff,

   v.

ANNA GATTI, et al.,

        Defendants.

Case No. 15-cv-00798-HSG   (DMR)

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 498

On March 9, 2016, the court ordered Plaintiff Loop AI Labs Inc. to produce a privilege log by no later than March 16, 2016. [Docket No. 456.] On March 18, 2016, Defendant Almawave USA, Inc. ("Almawave") filed an administrative motion for leave to file a unilateral discovery letter brief in which it asserts that Plaintiff has refused to comply with the court's order to produce a privilege log and seeks leave to move to compel Plaintiff's production of documents over its privilege claims based on waiver. [Docket No. 498.] Plaintiff did not timely oppose Almawave's administrative motion and did not refute Almawave's representations about its refusal to produce a privilege log. Accordingly, by no later than April 5, 2016, Plaintiff shall show cause in writing why it should not be sanctioned for failing to comply with the court's March 9, 2016 order and why its failure to produce a privilege log should not be deemed a waiver of any asserted privileges. Plaintiff's response to this order to show cause shall not exceed three pages.

     **IT IS SO ORDERED.**

Dated: March 29, 2016



_____
Donna M. Ryu
United States Magistrate Judge