UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br>　　　　Plaintiff,<br>　　v.<br>ANNA GATTI, et al.,<br>　　　　Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER ON DISCOVERY MOTIONS**<br>Re: Dkt. Nos. 531, 555 |

  The court has received Defendant Almawave USA, Inc.'s ("Almawave") March 28, 2016 administrative motion for leave to file a unilateral discovery letter brief regarding Plaintiff Loop AI Labs Inc.'s compliance with the court's orders regarding its document production. [Docket No. 531.] Exceptional circumstances support Almawave's request to file a unilateral discovery letter brief because Plaintiff has refused to participate in the court's joint letter process. Plaintiff did not timely oppose Almawave's administrative motion and did not refute Almawave's representations about Plaintiff's refusal to participate in the joint letter process. Accordingly, the court grants Almawave's administrative motion. Almawave may file a unilateral letter brief that does not exceed two pages regarding the dispute by April 7, 2016. Plaintiff's opposition brief may not exceed two pages and shall be filed by April 12, 2016.

  The court has also received Almawave's administrative motion for leave to file a motion for sanctions regarding Plaintiff's failure to comply with the court's March 25, 2016 order regarding the deposition schedule, and Plaintiff's opposition thereto. [Docket Nos. 555, 558.] **Plaintiff shall make available for deposition Gianmauro Calafiore, Patrick Ehlen, and Plaintiff's corporate representative this week at Almawave's convenience.** Almawave's administrative motion for leave to file a motion for sanctions is granted. Almawave may file a motion for sanctions that does not exceed two pages by no later than April 11, 2016. Any


opposition may not exceed two pages and shall be filed by no later than April 18, 2016.

**IT IS SO ORDERED.**

Dated: April 4, 2016



_____
Donna M. Ryu
United States Magistrate Judge