UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANNA GATTI, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER ON PLAINTIFF'S LETTER BRIEF RE GATTI'S DEPOSITION**<br><br>Re: Dkt. No. 559 |

The court has received Plaintiff Loop AI Labs Inc.'s April 3, 2016 letter brief regarding its request to depose Defendant Anna Gatti for up to six hours. [Docket No. 559.] Although Plaintiff's submission appears to be styled as a motion for reconsideration, Plaintiff has not complied with Local Rule 7-9. To the extent Plaintiff's submission is a unilateral discovery letter brief, Plaintiff failed to seek leave of court prior to filing its letter brief in accordance with the court's procedures. [*See* Docket No. 271.] To the extent Plaintiff's submission is an administrative motion for leave to file a unilateral discovery letter brief, Plaintiff has failed to show exceptional circumstances supporting its request, as there is no indication that Plaintiff attempted to comply with the court's Standing Order regarding resolution of discovery disputes, such as meeting and conferring and attempting to submit a joint letter. Accordingly, Plaintiff's motion is denied without prejudice.

**IT IS SO ORDERED.**

Dated: April 5, 2016



_____
Donna M. Ryu
United States Magistrate Judge