UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>        Plaintiff,<br><br>    v.<br><br>ANNA GATTI, et al.,<br><br>        Defendants. | Case No.  15-cv-00798-HSG   (DMR)<br><br>**ORDER DENYING IQSYSTEM, INC'S EMERGENCY APPLICATION**<br><br>Re: Dkt. No. 568 |

The court has received Defendant IQSystem, Inc.'s emergency application regarding this week's deposition schedule and Plaintiff Loop AI Labs Inc.'s response thereto. [Docket Nos. 568, 570.] IQSystem, Inc. apparently makes the application on behalf of counsel for Defendant Gatti. In the application, IQSystem, Inc. represents that counsel for Gatti is unavailable for depositions this week because he is on vacation and that his associate is also unavailable this week. It seeks the court's permission to conduct the remaining depositions during the week of April 11, 2016.

The parties have inundated the court with discovery disputes in February and March 2016 leading up to the March 29, 2016 fact discovery deadline. In managing this deluge, the court has ordered the parties to conduct certain depositions during the days immediately following the March 29, 2016 deadline so as not to further delay the completion of fact discovery (*see* Docket No. 526). All of this activity put the parties on fair notice that the weeks surrounding the fact discovery cutoff would be crunch time. A quick review of the docket demonstrates that anyone who scheduled time off during this critical period did so at his or her peril. [*See, e.g.*, Docket Nos. 515, 516.] The court also notes that Gatti is represented by a firm that employs 17 lawyers, according to its website. IQSystem, Inc.'s application on behalf of Gatti is denied.

**IT IS SO ORDERED.**

Dated: April 5, 2016



_____
Donna M. Ryu
United States Magistrate Judge