UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>    Plaintiff,<br><br>v.<br><br>ANNA GATTI, et al.,<br><br>    Defendants. | Case No. 15-cv-00798-HSG (DMR)<br><br>**ORDER RE DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DISCOVERY LETTER QUASHING SUBPOENAS**<br><br>Re: Dkt. No. 580 |

Defendant IQSystem, Inc. ("IQS") filed an administrative motion for leave to file a unilateral letter brief regarding its motion to quash four subpoenas issued by Plaintiff Loop AI Labs Inc., which Plaintiff opposes. [Docket Nos. 580, 600.] The court would benefit from reviewing the actual subpoenas at issue in the administrative motion before ruling on the motion. Therefore, by 12:00 p.m. on April 21, 2016, Plaintiff shall file complete copies of the four subpoenas which clearly show the service and compliance dates for each subpoena. Plaintiff shall not file any argument with the subpoenas.

**IT IS SO ORDERED.**

Dated: April 20, 2016



Donna M. Ryu
United States Magistrate Judge