UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANNA GATTI, et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-00798-HSG   (DMR)<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO QUASH**<br><br>Re: Dkt. No. 580 |

　　　Fact discovery in this matter closed on March 29, 2016.  On April 6, 2016, Defendant IQSystem, Inc. ("IQS") filed an administrative motion for leave to file a unilateral letter brief regarding its motion to quash subpoenas issued by Plaintiff Loop AI Labs Inc. to third parties American Express Company, U.S. Bancorp, Wells Fargo & Company, and The Pike Company, Inc. [Docket No. 580.]  Plaintiff opposes the motion. [Docket No. 600.]  On April 20, 2016, Plaintiff filed the four subpoenas at issue and their proofs of service in accordance with a court order.  [Docket Nos. 613, 616.]

　　　Plaintiff served its subpoena to The Pike Company, Inc. on March 30, 2016, and the subpoena commanded the recipient to produce documents on April 15, 2016.  Accordingly, the subpoena to The Pike Company, Inc. is unenforceable pursuant to Civil Local Rule 37-3.  Civil Local Rule 37-3 also provides that all discovery motions must be filed within seven days of the close of discovery.  Since IQS filed its administrative motion on April 6, 2016, eight days after the close of discovery, it is untimely and therefore denied.

**IT IS SO ORDERED.**

Dated: April 26, 2016



_____
Donna M. Ryu
United States Magistrate Judge