UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>        Plaintiff,<br><br>   v.<br><br>ANNA GATTI, et al.,<br><br>        Defendants. | Case No. 15-cv-00798-HSG  (DMR)<br><br>**ORDER TO SUBMIT DEPOSITION TESTIMONY**<br><br>Re: Dkt. No. 610 |

The court has received Defendant Almawave USA, Inc.'s ("Almawave") administrative motion for leave to file a motion for sanctions based on the alleged refusals of Plaintiff Loop AI Labs Inc.'s witnesses to answer questions at their depositions, and Plaintiff's opposition thereto. [Docket Nos. 610, 622.]

By 9:00 a.m. on April 28, 2016, Almawave shall file the full transcripts of the four depositions at issue and lodge chambers copies of the same. Almawave shall not file any argument.

**IT IS SO ORDERED.**

Dated: April 26, 2016



_____
Donna M. Ryu
United States Magistrate Judge