```
VALERIA CALAFIORE HEALY (pro hac vice)
DIANA WONG (pro hac vice)
HEALY LLC
154 Grand Street
New York, New York  10013
Telephone:    (212) 810-0377
Facsimile:    (212) 810-7036

DANIEL J. WEINBERG (SBN 227159)
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:    (650) 593-6300
Facsimile:    (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS INC.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., <br><br> Plaintiff, <br><br> v. <br><br> ANNA GATTI, et al., <br><br> Defendants. | CASE NO.: 3:15-cv-00798-HSG <br><br> **NOTICE OF CHANGE IN COUNSEL** <br><br> Action Filed: February 20, 2015 <br> Trial Date: September 19, 2016 |

**TO THE COURT AND THE CLERK**:

**PLEASE TAKE NOTICE** that the undersigned counsel, Diana Wong, Esq., of Healy LLC, has taken a position at the United States Attorney's Office for the Eastern District of New York and therefore respectfully requests to withdraw as counsel of record for Plaintiff Loop AI Labs Inc. in this action.

Valeria Calafiore Healy and Daniel J. Weinberg remain as attorneys of record and attorneys to be noticed for Plaintiff Loop AI Labs Inc.

May 3, 2016                             By:  /s/ *Diana Wong*

                                        Diana Wong, Esq. (*phv*)
                                        dw@healylex.com
                                        HEALY LLC

                                        Attorney for Plaintiff
                                        LOOP AI LABS, INC.