*Loop AI Labs Inc.*
*v.*
*Gatti et. al.*
N.D. Cal. 3:15-cv-0798-HSG

---

# Personal Jurisdiction Appendix
# PJX-i to PJX-419

---

Case 3:15-cv-00798-HSG   Document 549-2   Filed 03/31/16   Page 2 of 144

*Loop AI Labs Inc.*
*v.*
*Gatti et. al.*
N.D. Cal. 3:15-cv-0798-HSG

---

# EXHIBIT A
# (Personal Jurisdiction Appendix)

**Exhibit A**

## INDEX TO PERSONAL JURISDICTION APPENDIX

| DATE | DESCRIPTION | PREVIOUSLY FILED AT | PJX No. |
|---|---|---|---|
| 2013-10-08 | On October 8, 2013 AlmavivA S.p.A.'s Chief Executive Officer, Marco Tripi, announced that they were in search of potential investors "to receive offers for a stake sale from 25% up to 49%" and that "***Almaviva is also interested in making buys and is looking for targets in the US***." (emphasis added).<br><br>As alleged in Loop AI's Complaint, shortly after this announcement, Almaviva S.p.A. and Almawave S.r.l. recruited Ms. Gatti to assist them.<br><br>http://www.almavivadobrasil.com.br/midias/56 - MT Merger_2410.pdf | | PJX-001 |
| 2014-02-04 | Almaviva S.p.A. and Almawave S.r.l. recruited Ms. Gatti in San Francisco, through Russell Reynolds Associates, knowing that she was Loop AI's Chief Executive Officer. Almaviva S.p.A. and Almawave S.r.l. indicate they were introduced to Ms. Gatti by a recruiter from Russell Reynolds Associates, a United States recruiting firm.<br><br>*See http://www.russellreynolds.com/* | Dkt. No. 25-1 at ¶¶ 6, 8. | PJX-259 |
| 2014-02-05 | Ms. Gatti in San Francisco participates in a teleconference with Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A | | PJX-002 |
| 2014-02-11 | Ms. Gatti writes to Tony DiNapoli that she is going to be negotiating with Almaviva S.p.A. and asks if he is "interested in being involved in this project." | Dkt. No. 28-3 | PJX-003 |
| 2014-02-11 | Ms. Gatti meets with Almaviva S.p.A. and Almawave S.r.l. representatives, including Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A. | Dkt. No. 28-3 | PJX-003 |
| 2014-02-17 | Immediately following her meeting with Almaviva S.p.A. and Almawave S.r.l., Ms. Gatti solicits from Loop AI its highly confidential information relating to artificial intelligence technology, speech recognition and deep learning language | Dkt. No. 50 at ¶¶ 41-42. | PJX-334 |

1

**PJX-i**

**Exhibit A**

| | | | |
|---|---|---|---|
| | models. | | |
| 2014-02-20 | At least one representative of Almaviva S.p.A. and Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., have a follow up call with Ms. Gatti in San Francisco regarding their dealings at issue in this action. | Dkt. No. 28-4 | PJX-004 |
| 2014-03-04 | At least one representative of Almaviva S.p.A. and two representatives of Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Raniero Romagnoli, Technology Labs Director of Almawave S.r.l. have a telephone call with Ms. Gatti and Mr. DiNapoli in San Francisco regarding their dealings at issue in this action. | Dkt. No. 49-18 | PJX-005-PJX-007 |
| 2014-03-04 | Ms. Gatti and Mr. DiNapoli in San Francisco correspond with Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., regarding their dealings at issue in this action. | Dkt. No. 49-18 | PJX-005-PJX-007 |
| 2014-03-05 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., corresponds with Ms. Gatti and Tony DiNapoli in San Francisco regarding their dealings at issue in this action, and requests that they provide certain information which she indicates will be necessary for her to obtain the approval of the Board of Directors of Almaviva S.p.A. to proceed with their dealings. | | PJX-008-PJX-011 |
| 2014-03-10 | Ms. Gatti, in San Francisco, replies to the correspondence from Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., copying Romagnoli Raniero, Director of Technology Labs at Almawave S.r.l., confirming various meetings they were scheduled to have in San Francisco regarding their dealings at issue in this action.<br><br>In this email Ms. Gatti informs Ms. Sandei she plans to solicit Doug Bewsher, a member of Loop AI's advisory board. | Dkt. No. 28-8 | PJX-012 |
| 2014-03-12 to 2014-03-13 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and another unidentified representative of these companies travel to San | Dkt. No. 28-8 | PJX-012 |

2

Case 4:15-cv-00798-HSG   Document 651-2   Filed 05/06/16   Page 5 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 05/31/16   Page 4 of 144

**Exhibit A**

| | | | |
|---|---|---|---|
| | Francisco to meet in person with Ms. Gatti and Mr. DiNapoli regarding their dealings at issue in this action. | | |
| 2014-03-17 | Mr. DiNapoli, in San Francisco, sends to himself a partially executed contract signed by him with Almawave s.r.l. regarding their dealings at issue in this case.<br><br>Although IQSystem Inc. did not exist on the date of this agreement (see ECF No. 74-1 at 4, showing IQSystem Inc. was first incorporated on April 10, 2014), the contract states that the agreement is made with IQSystem Inc. a company "with registered office in San Francisco, California."<br><br>The contract also states that "Almawave S.r.l." is "a company under the management and coordination of Almaviva S.p.A. … represented by Ms. Valeria Sandei, in her capacity as CEO." | Dkt. No. 28-9 | PJX-013 |
| 2014-03-21 | Ms. Gatti corresponds with Mr. DiNapoli about following up on their meetings and dealings in San Francisco with Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., which are at issue in this action. Ms. Gatti comments on the proposal that Mr. DiNapoli subsequently sends, on March 23, 2014, to Sergio Calderara, Chief Contracts Counsel of AlmavivA S.p.A. and Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A.. | | PJX-016-PJX-019 |
| 2014-03-23 | Tony DiNapoli, from San Francisco, corresponds with Sergio Calderara, Chief Contracts Counsel of AlmavivA S.p.A. and Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A. regarding their dealings at issue in this action, and provides them a draft contract naming Almawave s.r.l. and IQSystem. | Dkt. No. 28-10, Dkt. No. 28-11 | PJX-020-PJX-024 |
| 2014-03-24 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A. corresponds with Tony DiNapoli in San Francisco, copying Mariantonietta Perri, Director of Legal Affairs of AlmavivA S.p.A., and Sergio Calderara, Chief Contracts Counsel of AlmavivA S.p.A. regarding a follow up teleconference regarding their dealings at issue in this action. | | PJX-025 |

**PJX-iii**

Case 4:15-cv-00798-HSG   Document 651-2   Filed 05/06/16   Page 6 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 05/31/16   Page 5 of 114

Exhibit A

| 2014-03-24 | Tony DiNapoli, in San Francisco, replies to Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., Mariantonietta Perri, Director of Legal Affairs of AlmavivA S.p.A., and Sergio Calderara, Chief Contracts Counsel of AlmavivA S.p.A. regarding a follow up teleconference regarding their dealings at issue in this action. | Dkt. No. 28-12 | PJX-026 |
|---|---|---|---|
| 2014-03-25 | Sergio Calderara, Chief Contracts Counsel of AlmavivA S.p.A. corresponds with Tony DiNapoli, in San Francisco, regarding their negotiations over their dealings at issue in this action. (Email chain at page 2).<br><br>Mr. Calderara is also a member of the Board of Almaviva S.p.A.  *See* Dkt. No. 28-15. | | PJX-027-PJX-030 |
| 2014-03-25 | Ms. Gatti in San Francisco comments and edits response to provide to Sergio Calderara, Chief Contracts Counsel of AlmavivA S.p.A regarding their negotiations over their dealings at issue in this action. | | PJX-031-PJX-033 |
| 2014-03-25 | Tony DiNapoli, in San Francisco, replies to Sergio Calderara, Chief Contracts Counsel of AlmavivA S.p.A, copy to Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., Mariantonietta Perri, Director of Legal Affairs of AlmavivA S.p.A., regarding their negotiations over their dealings at issue in this action.  Tony DiNapoli also forwards this correspondence to Ms. Gatti in San Francisco. | | PJX-035-PJX-037 |
| 2014-04-01 | Raniero Romagnoli, Director of Technology Labs at Almawave S.r.l., makes a presentation to Ms. Gatti in San Francisco via telephone and web regarding their dealings at issue in this action. | Dkt. No. 51-5 | PJX-039 |
| 2014-04-01 | Email from Ms. Gatti to herself where she describes her intention to share with Almawave USA, Loop AI's confidential information. | Dkt. No. 51-4 | PJX-040 |
| 2014-04-01 | "During this meeting, IF 6 asked questions regarding a specific application of our technology to Customer Relationship Management ("CRM"). After leaving the meeting, we had an internal discussion regarding integrating | Dkt. No. 51 at ¶ 42 | PJX-362-PJX-363 |

4

Case 4:15-cv-00798-HSG    Document 651-2    Filed 05/06/16    Page 7 of 114
Case 3:15-cv-00798-HSG    Document 549-2    Filed 03/31/16    Page 6 of 144

**Exhibit A**

| | | | |
|---|---|---|---|
| | our technology with a particular CRM application. As we have now discovered, in an email titled "Data to Retrieve" that Ms. Gatti sent to herself shortly after the meeting ended, and while we were having our internal discussion, she noted the specific CRM application we were discussing and wrote next to it "Shall we try to test this with Almawave." In addition, before joining us in this meeting, we now have learned that Ms. Gatti had a call with the Almaviva Defendants to discuss their products." | | |
| 2014-04-03 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-041 |
| 2014-04-11 | Email from Ms. Gatti to Bart Peintner seeking feedback on an idea constructed by herself and Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A. | Dkt. No 51-23 | PJX-042 |
| 2014-04-11 | "Indeed, on April 11, 2014, I received an email from Ms. Gatti on my personal email account, titled "Our Next Gig?". In that email, Ms. Gatti told me the following: "Bart, while *we are 100% focus on Soshoma*, I would like to register a business idea I got while brainstorming with a friend who has been working for years in big data analytics. Once we are in a good spot with Soshoma, I'd like to start brainstorming with you on how all the intelligent *devices based on unsupervised system* will be actually monitored. [] Just a thought for now, but I want to drop you a note so that you can start digesting the idea while reading your geeky stuff Thank you A." Although I did not respond or follow up on this communication, I understood this to be Ms. Gatti's attempt to find additional applications for the "unsupervised" AI technology we developed at Loop AI. As Loop AI has now learned , instead, Ms. Gatti's "friend" was Ms. Sandei, at the Almaviva Defendants. Throughout the time that Ms. Gatti pretended to continue working for Loop AI, it has now become clear that she repeatedly used deception to conceal from us the true reasons why she was asking for Loop AI's highly technical confidential and proprietary information." | Dkt. No 51 at ¶ 20 | PJX-354- PJX-355 |
| 2014-05-01 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic | | PJX-043 |

Case 4:15-cv-00798-HSG   Document 651   Filed 05/06/16   Page 7 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 03/31/16   Page 7 of 144

**Exhibit A**

| | | | |
|---|---|---|---|
| | Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | |
| 2014-05-02 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-044 |
| 2014-05-03 | The individual at Russell & Reynolds who was working for Almaviva S.p.A. and Almawave S.r.l. to recruit Ms. Gatti is believed to be Mario Pepe. | Dkt. No. 50-28 | PJX-045 |
| 2014-05-08 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-046 |
| 2014-05-16 | Almawave S.r.l. retains Orrick, Herrington & Sutcliffe LLP ("Orrick") in San Francisco or Palo Alto regarding their dealings at issue in this action.  On May 16, 2014, a paralegal of the Orrick law firm, Valerie Hein, incorporates Almawave USA in California, with headquarters in San Francisco at Ms. Gatti's home. | Dkt. No. 28-13 | PJX-047 |
| 2014-05-30 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | Dkt. No. 51-24 | PJX-048 |
| 2014-06-01 | Almwave S.p.A.'s Confidential Information and Invention Assignment Agreement with Ms. Gatti where Almawave S.r.l. defines itself as having affiliates dated June 1, 2014 | Dkt. No. 25-1 | PJX-274 |
| 2014-06-03 | Termination Letter from Almawave USA directed to IQSystem, Inc. dated March 9, 2015 | Dkt. No. 74-2 | PJX-049 |
| 2014-06-13 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., hosts an event in San Francisco regarding Almaviva S.p.A. and Almawave S.r.l.'s | Dkt. No. 25-1 at ¶ 19 | PJX-262 |

6

Case 4:15-cv-00798-HSG   Document 651-2   Filed 05/06/16   Page 9 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 05/31/16   Page 8 of 144

**Exhibit A**

| | | | |
|---|---|---|---|
| | dealings with Ms. Gatti at issue in this action. | | |
| 2014-06-16 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-050 |
| 2014-06-18 | AlmavivA S.p.A. and Almawave S.r.l. announce on their webpage the launch of Almawave USA. | Dkt. No. 10-39 | PJX-051 |
| 2014-06-23 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-052 |
| 2014-06-23 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-053 |
| 2014-06-26 | Christian De Felice, Chief Financial Officer of AlmavivA S.p.A, Christian De Felice is scheduled to have a teleconference with Ms. Gatti regarding their dealings at issue in this action. | | PJX-054 |
| 2014-06-26 | Ms. Gatti writes to Loop AI's Accountant, Gary Price, of Sensiba San Filippo LLP, regarding Almaviva S.p.A. financing of Almawave USA and their need for Mr. Price's accounting services.  Ms. Gatti indicates in the correspondence that Almawave USA has a "monthly run rate" of "slightly over $100K/month" which were being funded by Almaviva S.p.A.<br><br>Ms. Gatti indicates that the "Group CFO wants to have a quote for a turnkey solution book keeping + CPA."<br><br>She also indicates that she needs a separate quote for Almawave USA:<br><br>"Can you also provide a quote for the CPA service for the | Dkt. No. 10-3 | PJX-055 |

Case 4:15-cv-00798-HSG   Document 651-2   Filed 05/06/16   Page 10 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 03/31/16   Page 9 of 144

**Exhibit A**

| | | | |
|---|---|---|---|
| | subsidiary Almawave USA Inc, please?" | | |
| 2014-06-26 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-057 |
| 2014-06-27 | Ms. Gatti writes to the Loop AI's accountant she is soliciting for the Almaviva Defendants that it is the Italian Almaviva Defendants who are hiring the team to work with her in San Francisco. | Dkt. No. 10-3 | PJX-058 |
| 2014-06-30 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-059 |
| 2014-07-02 | Ms. Gatti indicates to Loop AI's accountant that Almawave S.r.l. or Almaviva S.p.A.'s CFO, in Italy, is the one who is receiving pitches for accounting proposals for Almawave USA and that he is the one in charge of deciding for Almawave USA which firm to hire.  Indeed, on July 27, 2014 she indicated to Mr. Price that she was "really glad that Almawave CFO agreed to work with" him. | | PJX-062-PJX-065 |
| 2014-07-07 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-066 |
| 2014-07-07 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-067 |
| 2014-07-09 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in | Dkt. No. 50-16 | PJX-068 |

Case 4:15-cv-00798-HSG    Document 651    Filed 05/06/16    Page 11 of 114
Case 3:15-cv-00798-HSG    Document 545-2    Filed 03/31/16    Page 10 of 144

Exhibit A

| | | | |
|---|---|---|---|
| | San Francisco, regarding their dealings at issue in this action. | | |
| 2014-07-10 | Almawave.it (html) writes that Ms. Gatti lives in San Francisco where she works as "the co-founder and CEO" of Loop AI.<br><br>The metadata of the document indicates that this document was created by an employee of Almaviva S.p.A. on July 10, 2014. | Dkt. No. 10-4 | PJX-070 |
| 2014-07-14 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-071 |
| 2014-07-14 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-072 |
| 2014-07-17 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Luca Ferri, Head of Information Management at Almawave S.r.l., are scheduled to have a teleconference with Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-073 |
| 2014-07-17 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-074 |
| 2014-07-21 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-075 |
| 2014-07-21 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in | | PJX-076 |

9

| | | | |
|---|---|---|---|
| | San Francisco, regarding their dealings at issue in this action. | | |
| 2014-07-22 | Rescheduled "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-077 |
| 2014-07-22 | Antonio DiBitonto, Director of Administration, Balance Sheet and Taxation of Almaviva S.p.A. is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings with Orrick at issue in this action. | | PJX-078 |
| 2015-07-27 | Email from Ms. Gatti to Loop AI's accountant Gary Price showing that Christian De Felice, CFO of AlmavivA S.p.A. was directing her business dealings in for the Almaviva Defendants in San Francisco. | Dkt. No. 10-3 | PJX-079-PJX-080 |
| 2014-07-28 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have an in person meeting with Ms. Gatti in Newark, California, regarding their dealings at issue in this action. | Dkt. No. 50-19 | PJX-081 |
| 2014-07-28 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | Dkt. No. 50-20 | PJX-082 |
| 2014-07-29 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have another in person meeting with Ms. Gatti in California, regarding their dealings at issue in this action. | Dkt. No. 50-22 | PJX-083 |
| 2014-07-29 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, and another company also in California, regarding their dealings at issue in this action. | | PJX-084 |

**PJX-x**

Case 4:15-cv-00798-HSG   Document 651   Filed 05/06/16   Page 13 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 03/31/16   Page 12 of 144

**Exhibit A**

| | | | |
|---|---|---|---|
| 2014-07-30 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., Raniero Romagnoli Head of Technology Labs at Almawave S.r.l., are scheduled to have a teleconference with Ms. Gatti, IQSystem, and others, in San Francisco, regarding their dealings at issue in this action.<br><br>Ms. Sandei appears to be physically present in San Francisco at this time. | | PJX-085 |
| 2014-07-30 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have another in person meeting with Ms. Gatti, IQSystem and others in Santa Clara, California, regarding their dealings at issue in this action. | | PJX-086 |
| 2014-07-31 | Almaviva S.p.A. and Almawave s.r.l. advertise on their webpage an event they sponsored with Ms. Gatti at the Italian Consulate in San Francisco regarding their dealings at issue in this action. | Dkt. No. 10-14<br>Dkt. No. 10-26 | PJX-087-<br>PJX-091 |
| 2014-08-01 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., Raniero Romagnoli, Head of Technology Labs at Almawave S.r.l., and other employees of Almaviva S.p.A. and Almawave S.r.l., through Orrick, file a patent application naming Valeria Sandei as the first named inventor of an alleged invention that is at issue in this action. | Dkt. No. 50-26 | PJX-092-<br>PJX-111 |
| 2014-08-01 | Valeria Sandei, CEO of Almawave S.r.l., believed to be present in California on this day, executes a Power of Attorney on behalf of Almawave S.r.l. towards Orrick regarding the patent application discussed in this action.<br><br>Raniero Romagnoli, Head of Technology Labs at Almawave S.r.l., and other employees of the Almaviva Defendants engaged with the California law firm Orrick to prepare the patent application described in Complaint and executed an assignment of the invention to Almawave S.r.l. | | PJX-112-<br>PJX-117 |
| 2014-08-04 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing | | PJX-118 |

11

PJX-xi

Case 4:15-cv-00798-HSG   Document 651   Filed 05/06/16   Page 14 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 03/31/16   Page 15 of 144

Exhibit A

| | | | |
|---|---|---|---|
| | Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | |
| 2014-08-04 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-119 |
| 2014-08-11 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-120 |
| 2014-08-11 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-121 |
| 2014-09-01 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-122 |
| 2014-09-01 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-123 |
| 2014-09-08 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-124 |
| 2014-09-08 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-125 |

Case 4:15-cv-00798-HSG   Document 651   Filed 05/06/16   Page 15 of 114
Case 3:15-cv-00798-HSG   Document 543-2   Filed 03/31/16   Page 14 of 144

**Exhibit A**

| 2014-09-15 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-126 |
|---|---|---|---|
| 2014-09-15 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-127 |
| 2014-09-15 | Angela Nicolella, Responsible of Treasury and Financial Planning for AlmavivA S.p.A. is scheduled to have a conference call with Ms. Gatt, in San Francisco, and a San Francisco representative from Bank of the West, Loop AI's bank, regarding their dealings at issue in this action. | | PJX-128 |
| 2014-09-19 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, IQ System in San Francisco, and a San Francisco representative from Bank of the West, Loop AI's bank, regarding their dealings at issue in this action. | | PJX-129 |
| 2014-09-21 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-130 |
| 2014-09-22 | Almawave S.r.l. and Almaviva S.p.a. participates, through Valeria Sandei, at an event in San Francisco relating to their business dealings with Ms. Gatti at issue in this action. During the event, Ms. Sandei states the following:[1] "Our bet on internationalization began approximately 7 years ago" 9:16-9:20 "… Our bet on internationalization is also China, Tunisia, | | |

---

[1] The above represents a true and accurate translations of the excerpts of the speech given by Ms. Sandei in Italian during the course of the event.

13

Case 4:15-cv-00798-HSG   Document 651-2   Filed 05/06/16   Page 16 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 03/31/16   Page 15 of 144

Exhibit A

South Africa, since a few weeks ago Colombia, and obviously the United States but here we are talking about high-tech." at 9:40-9:54

"Five years ago I founded a company called Almawave, this company today has 220 employees globally, they are all based in Italy …" 9:54-10:02.

"What is Almawave's project? Almawave works on very complex technologies, natural language recognition, speech recognition … our concept is called People Centric Application …" 10:26-10:50.

"Good then, when I arrived here in Silicon Valley, next to the many people which I have to say immediately embraced my project from the beginning and are helping me with this project with much determination, strengthened also by the much feedback received from market analysts and large international clients who like our vision, there were many others who very legitimately were more surprised and therefore they told me, 'You, come here, in the most competitive country in the world, bringing a product made in Italy, and you come here, in the most competitive sector in the world, which is that of software to manage relationships with customers, the most well capitalized and followed sector in the world, with a product made in Italy, which is not your typical product to be exported here" – My answer was 'yes, I come here to do what you described, I am here in search for a market for our technology solutions made in Italy' and why, because as a colleague said earlier, software is global, software cannot be sold even in Italy if it is not of quality, therefore our bet has to be global, I cannot invest millions of Euros, competencies, professionalism, and build the patent for the United States and then stop ourselves at the national market whatever problem or perspective I may have. Therefore, my vision is to come here, I am convinced that my vision is that this market will not value the label that is on my products but will value the quality and efficacy that these products can bring to a company, and this is what I am bringing here and this is the bet I am making as an entrepreneur in this country and in the other countries in which we are going." 13:03

https://youtu.be/Mt7YNcCMXZ8

Case 4:15-cv-00798-HSG   Document 651   Filed 05/06/16   Page 17 of 114
Case 3:15-cv-00798-HSG   Document 543-2   Filed 03/31/16   Page 16 of 144

Exhibit A

| 2014-09-22 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-131 |
|---|---|---|---|
| 2014-09-22 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have another in person meeting with Ms. Gatti and IQSystem in San Mateo, California, regarding their dealings at issue in this action. | | PJX-132 |
| 2014-09-22 | Ms. Gatti receives an email from TheNeeds, in San Francisco, discussing Ms. Gatti's and Almaviva S.p.A.'s possible investment in TheNeeds. | | PJX-133 |
| 2014-09-23 | Almaviva S.p.A. and Almawave S.r.l. issue a press release regarding their participation at the San Francisco event and state as follows:<br><br>"Almawave, a technology company in the AlmavivA Group, **is one of the Italian companies that was selected to meet with Prime Minister Matteo Renzi in San Francisco**, during his visit to the United States.  The meeting with the **Italian community of hi-tech entrepreneurs** was held at the Yachting Club of San Francisco, with the participation of representatives from the worlds of government, business and technology."<br><br>During her presentation, **Valeria Sandei, CEO of Almawave**, emphasized that, "for Italy to restart it needs strategic business projects that are credible and engaging both intellectually and for young people. Support for internationalization is essential, because investments in technologies require market opportunities and the Italian market alone is not enough. This is the path that Almawave is also taking".<br><br>"For Almawave, the meeting represented a prestigious opportunity **to reaffirm its role as an innovator in Silicon Valley, after the recent opening of the subsidiary Almawave USA Inc. in June 2014**."<br><br>"The technological and applications core of the company will continue to be in Italy, where Almawave has its labs, while in | | PJX-135-PJX-139 |

15

PJX-xv

Case 4:15-cv-00798-HSG   Document 651-2   Filed 05/06/16   Page 18 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 03/31/16   Page 17 of 144

Exhibit A

| | | | |
|---|---|---|---|
| | the United States it intends **to focus on serious market development in the area of Customer Experience**, with a specific focus for each industry, considering that Almawave solutions are applicable to multiple sectors (telecom, utilities, media, banking and public administration), providing significant benefits in terms of process management quality and efficiency." | | |
| 2014-09-24 | Angela Nicolella in charge of AlmavivA S.p.A's Treasury and Financial Planning, and Andrea Rossetti, Director of Planning & Control at AlmavivA S.p.A., are scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding financial matters. | | PJX-140 |
| 2014-09-29 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-141 |
| 2014-09-29 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-142 |
| 2014-10-03 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-143 |
| 2014-10-06 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-144 |
| 2014-10-06 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-145 |

Case 4:15-cv-00798-HSG   Document 651   Filed 05/06/16   Page 19 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 03/31/16   Page 19 of 144

**Exhibit A**

| 2014-10-10 | As set forth in the Declaration of Patrick Ehlen dated April 7, 2015, Mr. Pepe, also sought to recruit engineers that had been identified by Loop AI for its business and which Ms. Gatti obviously disclosed to him. | Dkt. No. 50 at ¶ 37 | PJX-331-PJX-332 |
|---|---|---|---|
| 2014-10-13 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-146 |
| 2014-10-13 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-147 |
| 2014-10-15 | Antonio Dibitonto, Director of Administration, Balance Sheet and Taxation of Almaviva S.p.A., Angela Nicolella in charge of AlmavivA S.p.A's Treasury and Financial Planning, Mariantonietta Perri, Director of Legal Affairs of AlmavivA S.p.A., Sergio Calderara, Chief Contracts Counsel of AlmavivA S.p.A and member of the Board of Directors of Almaviva S.p.A., and Andrea Rossetti, Director of Planning & Control at AlmavivA S.p.A, are scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-148 |
| 2014-10-19 through 2014-10-22 | Almawave S.r.l. and Almaviva S.p.A. participate and sponsor Frost & Sullivan in San Diego, California with Ms. Gatti regarding their dealings at issue in this action. | | PJX-149-PJX-150 |
| 2014-10-20 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-151 |
| 2014-10-22 | Almawave S.r.l. and Almaviva S.p.A. participate and sponsor Frost & Sullivan in San Diego, California with Ms. Gatti regarding their dealings at issue in this action. | | PJX-152 |

17

**PJX-xvii**

Case 4:15-cv-00798-HSG    Document 651-2    Filed 05/06/16    Page 20 of 114
Case 3:15-cv-00798-HSG    Document 549-2    Filed 03/31/16    Page 19 of 144

**Exhibit A**

| 2014-10-24 | Almaviva S.p.A. publication showing that the San Francisco office is listed as its office.<br><br>http://www.slideshare.net/InstitutLeanFrance/a-lean-production-project-in-software-development-at-almaviva<br><br>http://www.slideshare.net/InstitutLeanFrance/a-lean-production-project-in-software-development-at-almaviva?qid=9c7aa542-8fe2-4554-96bd-8ebe1c17ebac&v=qf1&b=&from_search=4 | | PJX-154 |
| --- | --- | --- | --- |
| 2014-10-27 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-155 |
| 2014-10-27 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-156 |
| 2014-10-30 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-157 |
| 2014-10-31 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-158 |
| 2014-11-01 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | Dkt. No. 50-27 | PJX-159 |
| 2014-11-10 | Raniero Romagnoli, Director of Technology Labs at Almawave S.r.l., makes a presentation to Ms. Gatti and others in San Francisco via telephone and web regarding their dealings at issue in this action. | Dkt. No. 10-13 | PJX-160 |

18

Case 4:15-cv-00798-HSG   Document 651   Filed 05/06/16   Page 21 of 114
Case 3:15-cv-00798-HSG   Document 543-2   Filed 03/31/16   Page 20 of 144

Exhibit A

|  |  |  |  |
|---|---|---|---|
| 2014-11-10 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. |  | PJX-161 |
| 2014-11-12 | Sabrina Nobili, Head of Corporate Affairs of AlmavivA S.p.A., Sabrina Nobili is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. |  | PJX-162 |
| 2014-11-14 | Angela Nicolella, Responsible of Treasury and Financial Planning for AlmavivA S.p.A., and Andrea Rossetti, Director of Planning & Control at AlmavivA S.p.A., are scheduled to have a conference call with Ms. Gatti  Ms. Gatti, in San Francisco, and a San Francisco representative from Bank of the West, Loop AI's bank, regarding their dealings at issue in this action. |  | PJX-163 |
| 2014-11-17 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. |  | PJX-164 |
| 2014-11-17 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. |  | PJX-165 |
| 2014-11-24 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. |  | PJX-166 |
| 2014-11-24 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. |  | PJX-167 |

19

Case 4:15-cv-00798-HSG   Document 651-2   Filed 05/06/16   Page 22 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 03/31/16   Page 21 of 144

Exhibit A

| | | | |
|---|---|---|---|
| 2014-12-01 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-168 |
| 2014-12-01 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-169 |
| 2014-12-08 | Raffaella Boldini, responsible IT of Iride Presales and Services at Almawave S.r.l., is scheduled to have a teleconference with Ms. Gatti and various others, in San Francisco, regarding their dealings at issue in this action. | | PJX-170 |
| 2014-12-09 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-171 |
| 2014-12-11 | Evidence showing that Ms. Gatti was assigned multiple email addresses by Almawave S.r.l. | | PJX-172 |
| 2014-12-12 | "Weekly Meeting" by teleconference with Raniero Romagnoli responsible of Technology Labs at Almawave S.r.l., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-173 |
| 2014-12-15 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-174 |
| 2014-12-15 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-175 |

Case 4:15-cv-00798-HSG   Document 651   Filed 05/06/16   Page 23 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 03/31/16   Page 23 of 144

**Exhibit A**

| | | | |
|---|---|---|---|
| 2014-12-17 | "Weekly Meeting" by teleconference with Raniero Romagnoli responsible of Technology Labs at Almawave S.r.l., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-176 |
| 2014-12-19 | Teleconference with Raniero Romagnoli responsible of Technology Labs at Almawave S.r.l., and Ms. Gatti, IQSystem, and others, in San Francisco, regarding their dealings at issue in this action. | | PJX-177 |
| 2014-12-22 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-178 |
| 2014-12-22 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-179 |
| 2014-12-23 | Raffaella Boldini, responsible IT of Iride Presales and Services at Almawave S.r.l., is scheduled to have a teleconference with Ms. Gatti and various others, in San Francisco, regarding their dealings at issue in this action. | | PJX-180 |
| 2014-12-29 | Teleconference with Raniero Romagnoli responsible of Technology Labs at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-181 |
| 2014-12-29 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-182 |
| 2014-12-29 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic | | PJX-183 |

21

Case 4:15-cv-00798-HSG   Document 651   Filed 05/06/16   Page 24 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 03/31/16   Page 23 of 144

Exhibit A

| | | | |
|---|---|---|---|
| | Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | |
| 2015-01-05 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-184 |
| 2015-01-05 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-185 |
| 2015-01-12 | "Weekly Meeting" by videoconference with Luca Ferri, Head of Information Management at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-186 |
| 2015-01-12 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-187 |
| 2015-01-15 | Raffaella Boldini, responsible IT of Iride Presales and Services at Almawave S.r.l., is scheduled to have a teleconference with Ms. Gatti and various others, in San Francisco, regarding their dealings at issue in this action. | | PJX-188 |
| 2015-01-19 | Teleconference with Raniero Romagnoli responsible of Technology Labs at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-189 |
| 2015-01-19 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-190 |

22

Case 4:15-cv-00798-HSG   Document 651   Filed 05/06/16   Page 25 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 03/31/16   Page 24 of 144

Exhibit A

| | | | |
|---|---|---|---|
| 2015-01-21 | Raffaella Boldini, responsible IT of Iride Presales and Services at Almawave S.r.l., is scheduled to have a teleconference with Ms. Gatti and various others, in San Francisco, regarding their dealings at issue in this action. | Dkt. No. 10-13 | PJX-191 |
| 2015-01-22 | Teleconference with Raniero Romagnoli responsible of Technology Labs at Almawave S.r.l., and Ms. Gatti in San Francisco, regarding their dealings at issue in this action. | | PJX-192 |
| 2015-01-26 | Teleconference with Raniero Romagnoli responsible of Technology Labs at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-193 |
| 2015-01-26 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-194 |
| 2015-02-02 | Teleconference with Raniero Romagnoli responsible of Technology Labs at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | PJX-195 |
| 2015-02-02 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-196 |
| 2015-02-09 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is schedule ed to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-197 |
| 2015-02-09 | Teleconference with Raniero Romagnoli responsible of Technology Labs at Almawave S.r.l., Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for | | PJX-198 |

23

| | | | |
|---|---|---|---|
| | AlmavivA S.p.A., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | | |
| 2015-02-10 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-199 |
| 2015-02-11 | Valeria Sandei, CEO of Almawave S.r.l. and Strategic Marketing Officer for AlmavivA S.p.A., is scheduled to have a teleconference with Ms. Gatti, in San Francisco, regarding their dealings at issue in this action. | | PJX-200 |
| 2015-02-12 | Teleconference with Raniero Romagnoli responsible of Technology Labs at Almawave S.r.l., and Ms. Gatti and IQSystem, in San Francisco, regarding their dealings at issue in this action. | Dkt. No. 10-13 | PJX-201 |
| 2015-02-24 | MIT Technology Review regarding Almawave S.r.l. dated February 24, 2015 indicating that "[*t]he company is already present in San Francisco with an office dedicated to the observation of the market and competition monitoring*." (emphasis added)<br><br>http://www.technologyreview.it/index.php?p=article&a=4474 | | PJX-202 |
| 2015-03-02 | Almaviva S.p.A. and Almawave S.r.l. webpage as of March 3, 2015 stating they have an office in San Francisco, at One Embarcadero Center, Suite 500. This is the same office that as of April 24, 2015, IQSystem claimed to occupy. *See* Dkt. No. 72 at ¶¶ 6, 52, 122. | Dkt. No. 10-17 | PJX-204 |
| 2015-03-11 | Orrick indicates that Almawave S.r.l. was their client until at least March 11, 2015. | Dkt. No. 29-1 | PJX-235 |
| | **OTHER DOCUMENTS RELEVANT TO DEFENDANTS' EMPLOYEES, ORGANIZATIONAL STRUCTURE, AND OFFICES** | | |
| 2015-03-03 | Almawave S.r.l. and Almaviva S.p.A. description of management as published on Almawave.com | Dkt. No. 10-5 | |

Case 4:15-cv-00798-HSG   Document 651-2   Filed 05/06/16   Page 27 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 03/31/16   Page 26 of 144

**Exhibit A**

| 2015-03-03 | Almawave S.r.l. and Almaviva S.p.A. description of management as published on Almawave.com | Dkt. No. 10-6 | PJX-206-PJX-208 |
|---|---|---|---|
| 2015-03-03 | Almaviva S.p.A. description of its organizational structure | Dkt. No. 10-7 | PJX-209 |
| 2015-03-03 | Almaviva S.p.A. description of its management | Dkt. No. 10-8 | PJX-210-PJX-216 |
| 2015-03-03 | Almawave S.r.l. webpage excerpts listing its office locations and partnerships. | Dkt. No. 10-18 | PJX-219 |
| 2015-04-00 | Almaviva S.p.A.'s and Almawave S.r.l.'s official press kit as of April 2015 confirms Ms. Sandei's roles as an officer of these two companies, but does not mention any role she had as an officer of Almawave USA. | | PJX-222 |
| 2015-04-13 | Article from Assinform regarding Almaviva S.p.A. and Almawave S.r.l. indicating that as of the date of the article, these companies have a location in the United States. | | PJX-223 |
| 2015-04-16 | Almawave S.r.l. assigned to Ms. Gatti and other individuals at issue in this case email addresses owned by Almawave S.r.l. and Almaviva S.p.A. | Dkt. No. 50-33 | PJX-224-PJX-228 |
| | **RELEVANT ADMISSIONS IN THE DEFENDANTS' DECLARATIONS** | | |
| 2015-03-09 | Tony DiNapoli indicates one of the major client of IQSystem Inc. is a company with headquarters in Rome, Italy, and has over 37,000 employees, clearly referring to the AlmavivA S.p.A. and Almawave S.r.l.. | Dkt. No. 23-1 at 3:20-22 | PJX-231 |
| 2015-03-09 | Mr. Vignudelli, a former Loop AI Lab consultant states in a sworn declaration that during the time period at issue in this action he worked from California for all of the "Almaviva Defendants" in this case. | Dkt. No. 24-3 | PJX-233-PJX-234 |
| 2015-03-09 | "You will serve as Chief Executive Officer of the Company, reporting to the Chairman of the Board of Directors of the | Dkt. No. 25-1 at 12 ¶ 1 | PJX-268 |

Case 4:15-cv-00798-HSG   Document 651   Filed 05/06/16   Page 28 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 03/31/16   Page 27 of 144

**Exhibit A**

| | | | |
|---|---|---|---|
| | Company (the "Board") and/or to such other persons as the Board may determine." | | |
| 2015-03-09 | "Defendants Almawave S.r.l. and Almaviva S.p.A. are collectively referred to as the "Italian Almawave Defendants"" | Dkt. No. 25 at 1:16-17 | PJX-238 |
| 2015-03-09 | "Ms. Gatti never informed Almawave USA or the Italian Almawave Defendants that she had an exclusive employment relationship with Plaintiff that prevented her from working for Almawave USA" | Dkt. No. 25 at 2:1-4 | PJX-239 |
| 2015-03-09 | "Almawave USA was established purely to facilitate U.S. sales by long-standing, well-financed, technologically sophisticated companies with a steady stream of revenue in a number of countries." | Dkt. No. 25 at 2:18-20 | PJX-239 |
| 2015-03-09 | "The Italian Almawave Defendants conducted a reasonable search of their systems and found no documents of Plaintiff's." | Dkt. No. 25 at 3:16-17 | PJX-240 |
| 2015-03-09 | "The Italian Almawave Defendants are Italian entities that are part of the Almaviva Group" | Dkt. No. 25 at 3:23-24 | PJX-240 |
| 2015-03-09 | "In the beginning of 2014, the Almaviva Group decided to launch Almawave USA in order to market and sell Almawave S.r.l.'s existing products' portfolio in the United States. *Id.* at ¶ 5. The Almaviva Group did not intend to engage in product development in the United States, nor did it intend to seek investors for Almawave USA at that stage. *Id.*" | Dkt. No. 25 at 4:7-11 | PJX-241 |
| 2015-03-09 | "On February 4, 2014, a headhunter introduced Valeria Sandei, CEO of Almawave S.r.l. … by email to Ms. Gatti" | Dkt. No. 25 at 4:13-14 | PJX-241 |
| 2015-03-09 | "Ms. Sandei then met Ms. Gatti in person two or three times during February and March 2014… During these meetings, Ms. Gatti told Ms. Sandei that she was very interested in the Almaviva Group's products and solutions and that she was interested in supporting the establishment of Almawave USA in Silicon Valley… She stated that she was the co-founder of the startup Soshoma, later known as Loop AI Labs, Inc. (*i.e.*, | Dkt. No. 25 at 4:18-23 | PJX-241 |

| | | | |
|---|---|---|---|
| | Plaintiff).” | | |
| 2015-03-09 | "Ms. Sandei understood that Ms. Gatti had sufficient time to pursue additional initiatives, such as with Almawave USA. *Id.* Ms. Gatti's association with Plaintiff did not give Ms. Sandei any reason to think Ms. Gatti was precluded from working with Almawave USA." | Dkt. No. 25 at 4:25-28 | PJX-241 |
| 2015-03-09 | "At no time during this process did Ms. Gatti ever inform Ms. Sandei that she had an exclusive employment relationship with Plaintiff that prevented her from accepting additional employment offers... headhunter who initially contacted Ms. Sandei ever inform her that Ms. Gatti had any conflicts... Ms. Gatti told Ms. Sandei that she had no impediments to working with Almawave USA and that she was not prohibited by any of her other employers or board memberships from doing so." | Dkt. No. 25 at 5:1-8 | PJX-242 |
| 2015-03-09 | "Ms. Sandei offered Ms. Gatti the position of CEO in April of 2014 through the headhunter." | Dkt. No. 25 at 5:9-10 | PJX-242 |
| 2015-03-09 | "Ms. Gatti also signed a Confidential Information and Invention Assignment Agreement in which she agreed not to disclose to Almawave USA any confidential information she had acquired from previous employers. *Id.* at ¶ 12, Ex. B." | Dkt. No. 25 at 5:12-15 | PJX-242 |
| 2015-03-09 | "… Her duties and main responsibilities were managing the marketing and sales of Almawave S.r.l.'s products in the United States through Almawave USA." | Dkt. No. 25 at 5:16-18 | PJX-242 |
| 2015-03-09 | "Almawave USA was established to market Almawave S.r.l.'s existing products, based on its existing intellectual property, and was not seeking venture capital (as it was funded by Almaviva Group). *Id.* at ¶ 15." | Dkt. No. 25 at 5:20-23 | PJX-242 |
| 2015-03-09 | "In her role managing marketing and sales, Ms. Gatti was responsible for oversight of the business development activities of IQSystem." | Dkt. No. 25 at 5:25-26 | PJX-242 |
| 2015-03-09 | "The Almaviva Group did not conceal its employment of Ms. Gatti. To the contrary, it strongly publicized the launch of | Dkt. No. 25 at 8:3-6 | PJX-243 |

27

Case 4:15-cv-00798-HSG   Document 651   Filed 05/06/16   Page 30 of 114
Case 3:15-cv-00798-HSG   Document 543-2   Filed 03/31/16   Page 29 of 144

Exhibit A

| | | | |
|---|---|---|---|
| | Almawave USA through various press articles and events, specifically naming Ms. Gatti as the CEO of Almawave USA (*id.* at ¶ 19; Dkt. 10-14; Dkt. 10-26; Dkt. 10-39)" | | |
| 2015-03-09 | "Ms. Gatti's duties and main responsibilities were managing the marketing and sales of Almawave S.r.l.'s products in the United States through Almawave USA." | Dkt. No. 25 at 8:7-8 | PJX-243 |
| 2015-03-09 | "Almawave USA and the Almaviva Group on the one hand, and Plaintiff on the other, are not competitors, directly or indirectly." | Dkt. No. 25 at 8:18-19 | PJX-243 |
| 2015-03-09 | "The only significant similarities between Almawave's and Loop's technologies are their use of artificial intelligence and data extracted from social media channels. These techniques are, however, well known and used in a wide-range of technologies (*id.* at ¶ 23)" | Dkt. No. 25 at 8:22-25 | PJX-243 |
| 2015-03-09 | "Almawave USA and the Almaviva Group do not share any customers with Plaintiff (*id.* at ¶ 26)" | Dkt. No. 25 at 8:26-27 | PJX-243 |
| 2015-03-09 | "The Almaviva Group is an established group of companies with a steady stream" | Dkt. No. 25 at 8:28 | PJX-243 |
| 2015-03-09 | "Ms. Gatti's… was hired, based on her sales and marketing expertise, for Almawave USA, to promote sales of the Almawave S.r.l.'s products in the United States. Sandei Decl., ¶ 14." | Dkt. No. 25 at 11:9-12 | PJX-244 |
| 2015-03-09 | "The Italian Almawave Defendants did not receive, nor did they want or request, any confidential or trade secret information belonging to Plaintiff. Sandei Decl., ¶¶ 2, 31-32. If Ms. Gatti obtained or saved such information, Almawave USA and the Italian Almawave Defendants are not aware of it and did not, and do not, have access to it… They have searched their computer systems for any documents remotely resembling the broad categories of information Plaintiff claims were taken from it, and have found nothing... If Almawave USA and the Italian Almawave Defendants discover the existence of such materials in their computer systems, they will destroy or return them to Plaintiff." | Dkt. No. 25 at 13:1-8 | PJX-245-PJX-246 |

Case 4:15-cv-00798-HSG    Document 651-2    Filed 05/06/16    Page 31 of 114
Case 3:15-cv-00798-HSG    Document 545-2    Filed 03/31/16    Page 30 of 144

Exhibit A

| | | | |
|---|---|---|---|
| 2015-03-09 | "Based on Plaintiff's broad description, Almawave USA and the Italian Almawave Defendants have conducted a reasonable and good faith search of their computer systems for any such "confidential information, know-how, technology, business methods, strategies, business plans, funding plans, investment plans, business partnerships and marketing plans, contacts and related information" (Motion, 9) belonging to or referencing Loop… the Italian Almawave Defendants will immediately destroy them or return them to Plaintiff. *Id*. at ¶¶ 31-32." | Dkt. No. 25 at 14:14-22 | PJX-247 |
| 2015-03-09 | "Your primary duties will determined from time to time by the Board and shall initially include the following: to make recommendations to the Board and assist the Board in developing a growth strategy ***to build a market for the Company's products and services in the United States***, and to lead the implementation of that strategy, including through the creation and oversight of relationships with third parties and the identification and oversight of personnel and infrastructure capable of supporting business development, sales, marketing and account management. ***Your duties will also include oversight of P&L and operations and coordination with the Company's direct and indirect shareholders***. At the request of the Chairman, you will also serve on the Board." (emphasis added) | Dkt. No. 25-1 at 12 ¶ 1 | PJX-268 |
| 2015-03-09 | "Given the time differences with the primary location of the Company's Chairman, you will generally be available for communications with the Company's Chairman in the morning hours (PDT)." | Dkt. No. 25-1 at 12 ¶ 2 | PJX-268 |
| 2015-03-09 | Almawave S.p.A and AlmavivA S.r.l. admit that they financed the payments to Ms. Gatti under her Employment Agreement. | Dkt. No. 25-1 at 12 ¶ 3 | PJX-268 |
| 2015-03-09 | "The Almaviva Group decided to launch Almawave USA in order to market and sell Almawave S.r.l's existing products' portfolio in the United States." | Dkt. No. 25-1 at 2:2-4 | PJX-269 |
| 2015-03-09 | "Almawave USA is fully funded by the Almaviva Group." | Dkt. No. 25-1 at 2:8-9 | PJX-259 |

Case 4:15-cv-00798-HSG   Document 651-2   Filed 05/06/16   Page 32 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 03/31/16   Page 31 of 144

**Exhibit A**

| | | | |
|---|---|---|---|
| 2015-03-09 | "Ms. Gatti's duties and main responsibilities were managing the marketing and sales of Almawave's products in the United States through Almawave USA." | Dkt. No. 25-1 at 3:27-4:1 | PJX-260-PJX-261 |
| 2015-03-09 | "Almawave USA was established to market Almawave S.r.l.'s existing products, based on its existing intellectual property, and was not seeking venture capital, as it *was funded by Almaviva Group*."  (emphasis added) | Dkt. No. 25-1 at 4:11-13 | PJX-261 |
| 2015-03-09 | "The Almaviva Group strongly publicized the launch of Almawave USA through various press articles and events." | Dkt. No. 25-1 at 5:6-7 | PJX-262 |
| 2015-03-09 | "The Almaviva Group also announced the launch of Almawave USA at an event of the Council for United States and Italy on June 13, 2014 in Italy and at another event at the Italian Consulate in San Francisco in July 2014." | Dkt. No. 25-1 at 5:8-10 | PJX-262 |
| | **PRIOR FILINGS BY LOOP AI SETTING FORTH RELEVANT CONTACTS** | | |
| 2015-04-10 | Declaration of Valeria Calafiore Healy ("VCH") | Dkt. No. 10 | PJX-248-PJX-256 |
| 2015-04-10 | Declaration of Gianmauro Calafiore ("GMC") | Dkt. No.49 | PJX-287-PJX-318 |
| 2015-04-10 | Declaration of Patrick Ehlen ("PE") | Dkt. No. 50 | PJX-319-PJX-347 |
| 2015-04-10 | Declaration of Bart Peintner ("BMP") | Dkt. No. 51 | PJX-348-PJX-369 |
| 2015-04-10 | Declaration of Gianmauro Calafiore ("GMC") | Dkt. No.49 | PJX-370-PJX-379 |
| | **OTHER RELEVANT DOCUMENTS** | | |
| | Raffaella Boldini responsible IT of Iride Presales and Services at Almawave S.r.l. | | PJX-380-PJX-381 |
| | Sergio Calderara Chief Contracts Counsel of AlmavivA S.p.A. | Dkt. No. 28-15 | PJX-383-PJX-384 |

**PJX-xxx**

Case 4:15-cv-00798-HSG   Document 651-2   Filed 05/06/16   Page 33 of 114
Case 3:15-cv-00798-HSG   Document 549-2   Filed 05/31/16   Page 32 of 144

**Exhibit A**

| | | |
|---|---|---|
| Christian De Felice Chief Financial Officer of AlmavivA S.p.A. | | PJX-385 |
| Antonio Dibitonto  Director of Administration, Balance Sheet and Taxation of Almaviva S.p.A. | | PJX-388 |
| Diego Di Curzio Executive in the role of Head of Laboratory, Head of Architectural four product lines within the multi channel, Contact Center technology-based JEE and Semantics at Almawave S.r.l. | | PJX-390 |
| Luca Ferri Head of Information Management at Almawave S.r.l. | Dkt. No. 50-35 | PJX-392 |
| Giordano Maestro Software Architect - Design and implementation of the product Iride One Natural Interface at Almawave S.r.l. | | PJX-394 |
| Angela Nicolella Responsible of Treasury and Financial Planning for AlmavivA S.p.A. | | PJX-398 |
| Guglielmo Nigri Senior Product Architect and Developer in the Adaptive Interfaces R&D lab of the Company Almawave S.r.l. | | PJX-400-PJX-401 |
| Sabrina Nobili  Head of Corporate Affairs of AlmavivA S.p.A | | PJX-403 |
| Mariantonietta Perri Director of Legal Affairs of AlmavivA S.p.A. | Dkt. No. 28-14 | PJX-405 |
| Raniero Romagnoli Technology Labs Director of Almawave S.r.l. | Dkt. No. 50-36 | PJX-407 |
| Francesco Renzetti General Director of Staff at AlmavivA S.p.A. | | PJX-411-PJX-413 |
| Andrea Rossetti Director of Planning & Control at AlmavivA | | PJX-415- |

31

**PJX-xxxi**

| | | | |
|---|---|---|---|
| | S.p.A. | | PJX-417 |
| 2014-07-09 | Evidence showing that all employees for IQSystem's were assigned email addresses by Almawave USA | | PJX-418 |
| 2014-12-11 | Evidence showing that Ms. Gatti was assigned multiple email addresses by Almawave S.r.l. | | PJX-419 |

**Almaviva**, the private Italian information technology services group, is considering taking on board an investor for its Brazilian subsidiary Almaviva do Brazil, CEO Marco Tripi said.

Almaviva will hire an advisor to find suitable partners. Offers from Brazilian groups active in the trade marketing services would be ideal, Tripi said, pointing to the possibility of extracting complementary synergies. To stay competitive, Almaviva wants to optimize the size of its subsidiary. An industry player could add competencies, particularly in the CRM sector, he added.

Almaviva wants to receive offers for a stake sale from 25% up to 49%. Offers from industry players would be preferred over interest from PE firms, he added.

Almaviva do Brazil is wholly owned by Almaviva. The Brazilian subsidiary is performing very well, with margins growing more than 80% in a year from July 2012 to July 2013. Management forecasts that the Brazilian subsidiary will generate more in turnover than the Italian parent within a couple of years. In 2012, Almaviva do Brazil posted turnover of USD 125m with EBITDA margins of 9%. This year it should reach turnover of USD 225m with EBITDA margins of 10.1%, following the expansion of its clients base. Next year Almaviva do Brazil's turnover should be around USD 350m with EBITDA margins of 16%, Tripi said.

Tripi named the Brazilian groups **AEC**, **Contax** and **Atento** as Almaviva do Brazil's main competitors.

Almaviva is focused on two types of business: call center activities and value-added services, and in particular Customer Relationship Management (CRM) consulting services.

Tripi said Almaviva is also interested in making buys and is looking for targets in the US, UK, Canada and Australia to gain market share. He did not say how much the company had earmarked for acquisitions but noted that Almaviva ranks #12 among the CRM groups and aims to reach the top five within 24 months through M&A, hitting turnover of EUR 1bn.

Almaviva is 65%-held by the Tripi family while GE Capital holds a 35% stake. He did not say when GE Capital invested in the group. In 2012 Almaviva posted turnover of EUR 700m.

Founded in 1983 by Marco's father, Alberto Tripi, the group has 35,000 employees. It is headquartered in Rome and sells in four countries: Italy, Tunisia, Brazil and China. Almaviva do Brazil was founded in 2006. It is headquartered in Sao Paulo. The group has 20,000 employees.



ITALIAN M&A AND PRIVATE EQUITY FORUM 2013
24 OCTOBER 2013   HOTEL PRINCIPE DI SAVOIA, MILAN

## Main Headlines

### Computer services

Almaviva seeks advisor to help find investor for Brazilian subsidiary, CEO says
**Proprietary Intelligence**

### Industrial products and services

Finmeccanica confirms advanced talks with Doosan to sell Ansaldo Energia - Newswire Round-up
Doosan Heavy Industries undecided on GDR issue

### Services (other)

**PJX-001**

**Call with Sandei Valeria**

| 2/5/2014 | 8:25am | to | 9:25am | 2/5/2014 | Time zone |

☐ All day  ☐ Repeat...

| Event details | Find a time |

**Where**   Enter a location

**Video call**   Add video call

**Calendar**   Anna Gatti

**Created by**   anna.gatti@gmail.com

**Description**

**Attachment**   Add attachment

**Event color**

**Notifications**   Pop-up   10   minutes
Add a notification

**Show me as**   ◯ Available   ● Busy

**Visibility**   ● Calendar default   ◯ Public   ◯ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar.  Learn more

Publish event

**Add guests**

Enter email addresses   Add

**Guests can**
☐ modify event
☑ invite others
☑ see guest list

**PJX-002**



**EXHIBIT 2**



**PREVIOUSLY FILED AT DKT. #28-4**

**PJX-004**

EXHIBIT GMC-17



Microsoft
**Outlook·Web App**

| Type here to search | Entire Mailbox | 🔍 | **Privacy** | 📖 | 📋 Options | ❓ | Sign out |

✉️ Reply  ✉️ Reply All  ✉️ Forward  📧  ✖  |  📧 Junk  |  Close                    🔺 🔻 ✖

📨 **Mail**

📅 **Calendar**

👤 **Contacts**
··········

🗑️ Deleted Items
📝 **Drafts** [73]
📁 **Inbox** (1310)
📁 Junk Email
📁 Sent Items

- - - - - - - - - - - - - - - -
Conversation History  ➡️
- - - - - - - - - - - - - - - -

Manage Folders...

# FW: Almawave basic agreement
**Tony Di Napoli**

You forwarded this message on 3/5/2014 10:18 AM.

**Sent:** Tuesday, March 4, 2014 11:44 PM
**To:** Manuela Micoli (micolimanuela@gmail.com)

fyi

**From:** Tony Di Napoli
**Sent:** Tuesday, March 4, 2014 11:33 PM
**To:** 'v.sandei@almawave.it'
**Cc:** 'Jeff Capaccio'; Anna Gatti
**Subject:** Almawave basic agreement

Ciao Valeria,

It was a pleasure speaking with you and Raniero on the telephone this morning.

We would like to start by saying that both Jeff and I are very excited to work with you and your team to bring AlmaWave ("AW") here in the US.

As discussed, we have strong relationships with multiple companies from different sectors, companies which had previously contacted us to obtain product solutions similar to your company's current offerings (enclosed you will find a sample listing).

Below, I outline the initial parameters of an agreement between us, including some key objectives we intend to achieve.

**Business Background:** AW desires to expand its activities in the US market and create an infrastructure capable of supporting Business Development, Sales & Marketing and account management. Your Italian technical team would provide technical training and onboarding to the US team.  The Italian technical team would provide technical support during product demo and pilot programs at various client sites for the first six to twelve months, or until the US team achieves self-sufficiency.

**Project Scope:** The scope of AW USA will be defined by three factors: geography, organization and accounts (clients).

**Geography:** AW USA's geographic scope is the United States of America.  We could also assist with Africa (South Africa, Nigeria and Angola) and South America (specifically Mexico)   where we have strong relationships.

**Organizational:** AW USA's organizational scope will focus on business development, Sales & Marketing and account management. As soon as we establish the first account, we will recruit technical talent which will receive training and onboarding by the Italian technical team.

**Accounts:** AW USA currently has no accounts here in the States; therefore, any and all accounts established in the future will fall under the scope of this

**PREVIOUSLY FILED AT DKT. #49-18**                                    **PJX-005**

agreement.

**Project objectives and Milestones:**

The project objectives for AW USA are as follows:

Entry in the US market:  The primary focus of this initiative is AW USA's successful entry in the US market.

Volume:         Our team collectively will define the volume and number of accounts to serve as project objectives. Although many accounts opportunities may present themselves, we must carefully and strategically deploy our efforts, focusing on those clients offering the maximum upside for revenues and ease of entry.

Objectives by phase:     The entire project will be managed with a phased approach with proper objectives defined according to each phase. We will discuss additional possible alliances needed for the possible support of our clients. i.e.: system integrators, etc.

**Project Governance:**

Legal entity:     AW USA (A California or Delaware Corporation)
Decision makers
Decision making process
Communication
Other related items (Financial planning, cost and revenues)

**Project plan:**

A project plan tool will be used to support the various business activities

**Project Budget:**

A detailed project budget will be developed in a separate document as necessary. For purposes of this document, the project will require the following cost categories:

Labor: salaries and compensation for employees and consultants
Software: tools, systems, etc.
Entertainment and Business Travel
Office rent and associated office expenses (General administration)
Commissions paid from account penetration and product/consultancy sales
In addition, in the US, AlmaWave would need to invest in achieve **Visibility**, whether through events, publications, industry forums, websites, social media, etc., **Branding** and **External Communications (to achieve optimal positioning vs. competitors) and Presentation at events, Press forums, etc.**

**Project Organization:**

The overall organization of the project is managed as follows:

Meeting agenda and Meeting minutes

**PJX-006**

**EXHIBIT GMC-17**

Presentations
Action item log
Issue log
Document management

**Project Deliverables:**

The project deliverables include the set of documents and materials that will support the success and effectiveness of the project.

**Conclusion:**

Valeria, based on our discussion this morning, and your appetite for quick account penetration and results, I would suggest starting with a team of 4-5 individuals, which would include Jeff and me. The initial team would focus on BD, Sales & Marketing, account penetration/management, and office and general administration required to provide the correct visibility to AlmaWave USA.

Initially, your Italian technical team would provide the technical support for demos, and, as soon we start the project pilots, we would then hire the needed US technical individuals and have them trained immediately.

I would propose the creation of a cost effective budget aimed at supporting the US operations under the above described scenario. We envision the start of demos a couple of months following the commencement of business activities, and secure live pilots soon after the demos.

Please note that while we may be able to generate small revenues from pilots, we may elect to launch them free of charge to key strategic accounts for timing considerations (to accelerate acceptance and product purchase).

Everyone one on the team would solely focus on this project, with the exception of Jeff Capaccio who would act as a key member of the BD team and as counsel to AW USA.

We would have frequent communication with you and your team and plan to have a formal meeting at least once a quarter, where all business activities would be discussed, including the necessary budget to support the desired business expansion within the US market.

We would also need to discuss on a suitable percentage commission based on the sale of products/solutions and consultancy services.

Please provide me with your feedback on the envisioned business items and responsibilities we would undertake for AW USA.

I'm looking forward to your reply.

Regards,

Tony



**PJX-007**



## R: Almawave basic agreement
### Sandei Valeria [V.Sandei@almawave.it]

You forwarded this message on 3/5/2014 11:09 AM.

**Sent:** Wednesday, March 5, 2014 4:59 AM
**To:** Tony Di Napoli
**Cc:** Jeff Capaccio [jcapaccio@carrferrell.com]; Anna Gatti [anna.gatti@gmail.com]

Hi Tony,
this approach fits perfectly with my idea of BD!
Now I need information on the economic engagement for you and your team (fixed and variable) and then we have to define the overall required investment for this FY (we close the balance sheet in September) and for FY15 - linked to an economic business plan - in order to get the approval from our board.

In this first phase, I would focus only the US market, but ready to open the activity also in different countries, such as Mexico, where we are planning to start in Contact Center activities with a company of our Group or South Africa, where we are now opening the AW branch.

Thanks a lot for this clear action plan, I'm sure we'll get great results!
Valeria

---

**Da:** Tony Di Napoli [mailto:tdinapoli@elettranova.com]
**Inviato:** mercoledì 5 marzo 2014 08:34
**A:** Sandei Valeria
**Cc:** Jeff Capaccio; Anna Gatti
**Oggetto:** Almawave basic agreement

Ciao Valeria,

It was a pleasure speaking with you and Raniero on the telephone this morning.

We would like to start by saying that both Jeff and I are very excited to work with you and your team to bring AlmaWave ("AW") here in the US.

As discussed, we have strong relationships with multiple companies from different sectors, companies which had previously contacted us to obtain product solutions similar to your company's current offerings (enclosed you will find a sample listing).

Below, I outline the initial parameters of an agreement between us, including some key objectives we intend to achieve.

| Business Background: | AW desires to expand its activities in the US market and create an infrastructure capable of supporting Business Development, Sales & Marketing and account management. Your Italian technical team would provide technical training and onboarding to the US team. The Italian technical team would provide technical support during product demo and pilot programs at various client sites for the first six to twelve months, or until the US team achieves self-sufficiency. |
|---|---|

**PJX-008**

**Project Scope:** The scope of AW USA will be defined by three factors: geography, organization and accounts (clients).

**Geography:** AW USA's geographic scope is the United States of America.  We could also assist with Africa (South Africa, Nigeria and Angola) and South America (specifically Mexico)   where we have strong relationships.

**Organizational:** AW USA's organizational scope will focus on business development, Sales & Marketing and account management. As soon as we establish the first account, we will recruit technical talent which will receive training and onboarding by the Italian technical team.

**Accounts:** AW USA currently has no accounts here in the States; therefore, any and all accounts established in the future will fall under the scope of this agreement.

**Project objectives and Milestones:**

The project objectives for AW USA are as follows:

Entry in the US market:  The primary focus of this initiative is AW USA's successful entry in the US market.

Volume: Our team collectively will define the volume and number of accounts to serve as project objectives. Although many accounts opportunities may present themselves, we must carefully and strategically deploy our efforts, focusing on those clients offering the maximum upside for revenues and ease of entry.

Objectives by phase:    The entire project will be managed with a phased approach with proper objectives defined according to each phase. We will discuss additional possible alliances needed for the possible support of our clients. i.e.: system integrators, etc.

**Project Governance:**

Legal entity:     AW USA (A California or Delaware Corporation)
Decision makers
Decision making process
Communication
Other related items (Financial planning, cost and revenues)

**Project plan:**

A project plan tool will be used to support the various business activities

**Project Budget:**

A detailed project budget will be developed in a separate document as necessary. For purposes of this document, the project will require the following cost categories:

Labor: salaries and compensation for employees and consultants
Software: tools, systems, etc.
Entertainment and Business Travel
Office rent and associated office expenses (General

**PJX-009**

administration)

Commissions paid from account penetration and product/consultancy sales

In addition, in the US, AlmaWave would need to invest in achieve **Visibility**, whether through events, publications, industry forums, websites, social media, etc., **Branding** and **External Communications (to achieve optimal positioning vs. competitors) and Presentation at events, Press forums, etc.**

**Project Organization:**

The overall organization of the project is managed as follows:

Meeting agenda and Meeting minutes
Presentations
Action item log
Issue log
Document management

**Project Deliverables:**

The project deliverables include the set of documents and materials that will support the success and effectiveness of the project.

**Conclusion:**

Valeria, based on our discussion this morning, and your appetite for quick account penetration and results, I would suggest starting with a team of 4-5 individuals, which would include Jeff and me. The initial team would focus on BD, Sales & Marketing, account penetration/management, and office and general administration required to provide the correct visibility to AlmaWave USA.

Initially, your Italian technical team would provide the technical support for demos, and, as soon we start the project pilots, we would then hire the needed US technical individuals and have them trained immediately.

I would propose the creation of a cost effective budget aimed at supporting the US operations under the above described scenario. We envision the start of demos a couple of months following the commencement of business activities, and secure live pilots soon after the demos.

Please note that while we may be able to generate small revenues from pilots, we may elect to launch them free of charge to key strategic accounts for timing considerations (to accelerate acceptance and product purchase).

Everyone one on the team would solely focus on this project, with the exception of Jeff Capaccio who would act as a key member of the BD team and as counsel to AW USA.

We would have frequent communication with you and your team and plan to have a formal meeting at least once a quarter, where all business activities would be discussed, including the necessary budget to support the desired business expansion within the US market.

We would also need to discuss on a suitable percentage commission based on the sale of products/solutions and consultancy services.

Please provide me with your feedback on the envisioned business items and responsibilities we would undertake for AW USA.

I'm looking forward to your reply.

**PJX-010**

Regards,

Tony

Connected to Microsoft Exchange

**PJX-011**

**EXHIBIT 6**



# Re: Gartner Market Guide | ALMAWAVE
anna gatti [anna.gatti@gmail.com]

**Sent:** Monday, March 10, 2014 2:41 PM
**To:** Sandei Valeria [V.Sandei@almawave.it]
**Cc:** Jeff Capaccio [jcapaccio@carrferrell.com]; Tony Di Napoli; Romagnoli Raniero [R.Romagnoli@almawave.it]

Dear Valeria,

Thank you for sharing.
I am going to read the report later today and I look forward to our in-person discussion on Thursday.
I understand that you will stay in Palo Alto and we will use Jeff's firm facilities for meetings.
I understand that your agenda is the following:
- March 12: Legal meetings with Jeff
- March 12: early dinner in Palo Alto (if you are not too tired)
- March 13: BD Meeting with Tony
- March 13, 12.00pm - 2.00pm: Meeting with Anna (1:1)

I am trying to check if Doug Bewsher is available for dinner on Thursday, but we have some scheduling challenge.

I very much look forward to meeting you here.

Best,

A.

On Mon, Mar 10, 2014 at 5:46 AM, Sandei Valeria <V.Sandei@almawave.it> wrote:

> Dear Anna, Tony and Jeff,
>
> Please find attached the Gartner *"Market guide for Contact Center speech analytics"* published today.
>
> Almawave is mentioned among the biggest worldwide Technology vendors (Avaya, Nice, Verint, Genesys) and – if you read in details the products' factsheets – our solution is often stronger in terms of features.
>
> Looking forward to starting with you our US success story
>
> Valeria
>
> PS … than we have our natural interface …. but "the problem" is that in this space we have no competition at all ;-)

Connected to Microsoft Exchange

**PREVIOUSLY FILED AT DKT. #28-8**

**PJX-012**

**EXHIBIT 7**

## CONFIDENTIALITY AGREEMENT

BETWEEN

==Almawave S.r.l.== with registered office in Rome, Via di Casal Boccone 188/190, ==a company with a sole shareholder and under the management and coordination of Almaviva S.p.A.,== share capital Euro 200.000,00, fully subscribed, fiscal code, value added tax number and Companies Registry of Rome registration n. 05481840964, represented by Ms Valeria Sandei, in her capacity as CEO ("**Almawave**")

AND

==IQSystem, Inc.== with registered office in San Francisco, California value added tax number 46-4635308 represented by its legal representative Antonio Di Napoli, in its capacity as Company's officer.

Almawave and XXX are hereinafter individually defined as "**Party**" and jointly as "**Parties**".

## WHEREAS

- Almawave is a company offering solutions aimed at achieving greater quality and efficiency in the process of Customer Interaction and Knowledge Management (hereinafter the "**Disclosing Party**");
- IQSystem is a leading Technical consultancy firm (hereinafter the "**Receiving Party**");
- The Parties intend to start negotiations in order to check their mutual interest to enter into possible collaboration to drive Business Development activities for Almawave within the US (hereinafter "**Operations**");
- In light of the above negotiations, and within the scope stated in the previous paragraph, the Disclosing Party, shall communicate to the Receiving Party, directly or indirectly, in oral or written form, Confidential Information as defined hereinafter under art. 1;
- The Disclosing Party intends to fully protect the Confidential Information and, to this extent, requests the Receiving Party to commit to use the Confidential Information for the sole purpose of evaluating its business interest to conclude any future Operations and in compliance to the obligations set forth in this Agreement (hereinafter "**Agreement**").

Now therefore in consideration of the above premises, and being the premises an integral and substantial part of this Agreement, the Parties hereby agree as follows.

## 1.      DEFINITION

"**Confidential Information**" means any and each information which the Disclosing Party holds or that the Disclosing Party is entitled to disclose and share, including but not limited to information related to financial data and to its business strategies and/or its market positioning, documents, reports, analysis, trade and production secrets, know-how, management presentations and, in general, any information regarding the Disclosing Party or the other companies of the group to which the same belongs, as well as the existence and the content of the present Agreement.

## 2.      RIGHTS AND DUTIES OF THE PARTIES

2.1      The Parties acknowledge that the Confidential Information that the Disclosing Party will disclose to the Receiving Party and that all the rights included therein and related thereto, belong and will continue to belong exclusively to the Disclosing Party .

2.2      Receiving Party undertakes, also on behalf of its own personnel and of any consultant being granted access to the Confidential Information under art. 2.6 , pursuant to Section 1381 of the Italian Civil Code,  to be bound to the confidentiality obligations described herein and to adopt at least those security measures that they take to protect their own Confidential Information.

2.3      The Receiving Party undertakes to use the Confidential Information, exclusively within the scope indicated in the premises, undertaking to abstain from any other use.

2.4      The Receiving  Party hereby undertake not to disclose and reveal to third parties, either directly or indirectly, in whatsoever form and whatsoever mean, the Confidential Information, without the prior written consent of the Disclosing Party.

**EXHIBIT 7**

2.5     Each and all reproduction of the Confidential Information will have to include all the possible reference to proprietary rights and intellectual property rights, and such reproduction shall be labelled as *"copy of Privileged and Confidential Information"*.

2.6     The Parties hereby acknowledge that the Receiving Party has the right to disclose and grant the access to the Confidential Information to its employees and consultants, provided that the same need such information within the scope indicated in the premises and to the extent that the Receiving Party has the said employees and consultants execute non-disclosure agreements as restrictive as this Agreement covering the Confidential Information before disclosing or granting access to the Confidential Information.

2.7     The duties of confidentiality contained in the present Agreement, will be in force for the duration indicated in art. 3 also in the event of an early termination of the Agreement for any reason. The Receiving Party, at the expiration or early termination of the Agreement, upon written request of the Disclosing Party, undertakes to promptly return all hard copy or data device containing the Confidential Information as well as any copy or reproduction thereof, or, at the Disclosing Party's choice, destroy the same.

2.8     The confidentiality and privacy obligations provided by the present art. 2 shall not apply to Confidential Information:

(a) for which the Receiving Party gives evidence that it was in its possession before or at the time of execution of the present Agreement;

(b) that, at the time of the disclosure to the Receiving Party, was already known to the public;

(c) for which the Receiving Party gives evidence that it was legitimately received by third parties authorised to disclose such Confidential Information;

(d) that the Receiving Party is required to disclose to comply with applicable laws or pursuant to an order from a judicial or governmental authority, to the extent that the Receiving Party has promptly (and, in any case, before to perform such order) communicated to the Disclosing Party such request, so that the latter may object to the transfer of such information.

In case part of the Confidential Information falls within the previous exemption, the remaining Confidential Information will continue to be subject to the obligations of the present Agreement.

2.09    The disclosure of Confidential Information under the present Agreement does not constitute the granting of a licence or any other right to use patents, trademarks, models and other rights of intellectual or industrial property in favour of the Receiving Party.

2.10    The Disclosing Party does not make any representation or warranty about the accuracy, truth and completeness of the Confidential Information. The above representations and warranties shall be provided only in the definitive and binding documentation related to the Operations. Consequently, the Disclosing Party shall not have any liability resulting from the use of the Confidential Information by the Receiving Party.

2.11    The Receiving Party undertakes to keep harmless the Disclosing Party from any damages, losses, legal fee, including those needed to enforce this indemnity obligation, incurred by the Disclosing Party as a result of any breach of this Agreement.

**3.      DURATION**

3.1.    The present Agreement will last 5 (five) years starting from the date of the execution.

**4.      GENERAL CLAUSES**

4.1     It is understood that the access and examination of Confidential Information does not imply any commitment by either Party regarding its unquestionable decisions to continue or not continue the confidential bargaining and negotiations referred to in the premises.

4.2.    Any amendment to the present Agreement shall be valid and enforceable among the Parties only if executed in writing and subscribed by the legal representative of the Parties.

**EXHIBIT 7**

4.3.     Pursuant to Section 1381 of the Italian Civil Code, this Agreement will bind any Receiving Party's permitted assigns, mother companies, subsidiaries or affiliates.

4.4.     The Disclosing Party shall not incur in any cost or expense as a result of the performance of any obligations provided by this Agreement.

4.5.     The present Agreement is regulated by the laws of Italy. All disputes deriving or related to the present Agreement shall be subject to the Italian jurisdiction and exclusive competence of the Courts of Rome, excluding the competence of any other Court.

Rome, March 17, 2014

IQSystem, Inc.                                                                                      Almawave S.r.l.
Antonio Di Napoli                                                                             Valeria Sandei

Specific approval of art. 4.5 (competent court), pursuant to art 1341 of the Italian Civil Code

**PJX-015**



**Microsoft**
**Outlook Web App**

| Type here to search | Entire Mailbox ▾ 🔍 | **Privacy** | 📖 | 🔲 **Options** | ❓ | **Sign out** |

📧 **Mail**

📅 **Calendar**

👥 **Contacts**

· · · · · · · · · ·

🗑 Deleted Items
📝 **Drafts** [73]
📁 **Inbox** (1310)
📁 Junk Email
📁 Sent Items

- - - - - - - - - -

Conversation History ▾  ➡

- - - - - - - - - -

🔲 Manage Folders...

| 🔄 Reply | 🔄 Reply All | 🔄 Forward | 📑 ✕ | 📧 Junk | Close | ▲ ▼ ✕ |

## RE: proposal
### Tony Di Napoli

**Sent:** Friday, March 21, 2014 4:53 PM
**To:**     anna gatti [anna.gatti@gmail.com]

Yes.

**From:** anna gatti [mailto:anna.gatti@gmail.com]
**Sent:** Friday, March 21, 2014 4:21 PM
**To:** Tony Di Napoli
**Subject:** Re: proposal

[Reduced to Tony only]

Thanks for sharing, Tony.

I assume that each and all aspect of this agreement have been already discussed during your meeting with Valeria.
The way I read it, I read the budget as one line of cost for Almaware US and as one line of revenue for IQsystem in the form of retainer.
Is this correct?
I would expect some initial push back from Valeria on this. I am expecting her to have some of the costs allocated directly to Almawave. I am not saying that we should go along this path. I am simply anticipating some of her possible reactions.

I would expect some push back on the the equity stake since they are not used to do this. I won't say that you should not aim for it.
I am saying that she will push back for sure on this point and you should be prepared to defend your position.

I am heading to Mission rock to eat oyster and work from there.
I will come to pick you up 6.45pm at the Rally center. Can you confirm that it is located at 900 Hyde Street?

Thanks

A.

On Fri, Mar 21, 2014 at 4:06 PM, Tony Di Napoli <tdinapoli@elettranova.com> wrote:

> Guys,
> Please take a look. We need to place a logo on the page, create signature lines below the document for IQ and AW and attach the latest budget document to this proposal. Thanks

**Business Background:**          ALMAWAVE desires

**PJX-016**

to expand its activities in the US market and create an infrastructure capable of supporting Business Development, Sales & Marketing and account management. AW's Italian technical team will provide technical training and onboarding to the US team.  The Italian technical team would provide technical support during product demo and pilot programs at various client sites for the first six to twelve months, or until the US team achieves self-sufficiency.

We anticipate creating an alliance with a strong technical integrator here in the US in order to maximize on clients' technical integration efforts, efficiencies and costs.

**Project Scope:**            The scope of AW USA will be defined by three factors: geography, organization and accounts (clients).

**Geography:**            AW USA's geographic scope is the United States of America and Mexico.

**Organizational:**            AW USA's organizational scope will focus on business development, Sales & Marketing and account management. As soon as the first account is established, we will recruit technical talent which will receive training and onboarding by the Italian technical team. An alliance with a strong local integrator will guarantee support depth and will enable us to ramp up our business activities quickly.

**Accounts:**            AW USA currently has no accounts here in the States; therefore, any and all accounts established in the future will fall under the scope of this agreement.

**Project objectives and Milestones:**

The project objectives for AW USA are as follows:

Entry in the US market:  The primary focus of this initiative is AW USA's successful entry in the US market.

Volume: Revenues and Clients forecast will be published monthly and communicated frequently to AW. A strategic approach will be used to define clients' priorities and a consideration for maximum revenue upside and ease of entry will always be considered.

Objectives by phase: The entire project will be managed with a phased approach with proper objectives defined according to each phase and as agreed upon by our collective team.

**Project Governance:**

Legal entity:    AW USA (A California or Delaware

**PJX-017**

Corporation)
Decision makers
Decision making process
Communication
Other related items (Financial planning, cost and revenues)

**Project plan:**
business activities

A project plan tool will be used to support the various

**Project Budget:** An agreed upon Operational budget for AW USA is attached. We anticipate receiving the first month (April) retainer no later than Friday, March 28th and additional monthly retainers by the 28th of each month. Electronic bank transfers will be made to: Bank of the West, 295 Bush St. San Francisco, CA. 94104.
Account holder, **IQ System, Account # 033073189 Routing# 121100782. Swift: BWSTUS66**

**Proposed budget will be utilized for the followings;**
Labor: salaries and compensation for employees and consultants
Software: tools, systems, etc.
Entertainment and Business Travel
Office rent and associated office expenses (General administration)
In addition, in the US, AlmaWave would need to invest in achieve **Visibility**, whether through events, publications, industry forums, websites, social media, etc., **Branding** and **External Communications (to achieve optimal positioning vs. competitors) and Presentation at events, Press forums, etc.**

**Fees and Conditions: Commissions paid for the sales of software product licenses and technical services would be equal to 20% of gross sales and are payables as follows: 50% at time of booking and the other 50% when client payment is received.**

**An equity stake in the amount of 10% of the AW US entity, will be provided to our group (IQ System) as an incentive to quickly ramp business activities, revenues and position the AW US entity for a beneficial exit (IPO or sale) and will vest at a rate of 25% per year.**

**Contract terms: This contract will have a validity of six months from April 1st and will expire at the end of September 2014, upon which time we anticipate to renew**

**PJX-018**

it for an additional period of 12 months and matching the AW US Fiscal Year end. Although the contract duration has been establish in this manner, both AW US and IQ System have the right to terminate this contract by providing written notification 30 days in advance of the desired termination date and without reasons. During the 30 days termination period IQ System will receive the determined monthly budget which will be utilized to terminate the team.

In case of termination, the equity stake will cease to vest, however we expect to continue receiving commission payments for additional sales made from those accounts/clients captured by IQ System for a period of two years from the date of termination.



**PJX-019**

**EXHIBIT 8**



**PREVIOUSLY FILED AT DKT. #28-10**

**PJX-020**

**EXHIBIT 9**



**Business Background:**

ALMAWAVE desires to expand its activities in the US market and create an infrastructure capable of supporting Business Development, Sales & Marketing and account management. AW's Italian technical team will provide technical training and onboarding to the US team.  The Italian technical team would provide technical support during product demo and pilot programs at various client sites for the first six to twelve months, or until the US team achieves self-sufficiency. We anticipate creating an alliance with a strong technical integrator here in the US in order to maximize on clients' technical integration efforts, efficiencies and costs.

**Project Scope:**

The scope of AW USA will be defined by three factors: geography, organization and accounts (clients).

**Geography:**

AW USA's geographic scope is the United States of America and Mexico.

**Organizational:**

 AW USA's organizational scope will focus on business development, Sales & Marketing and account management. As soon as the first account is established, we will recruit technical talent which will receive training and onboarding by the Italian technical team. An alliance with a strong local integrator will guarantee support depth and will enable us to ramp up our business activities quickly.

**PREVIOUSLY FILED AT DKT. #28-11**

**PJX-021**

**EXHIBIT 9**

**Accounts:**

AW USA currently has no accounts here in the States; therefore, any and all accounts established in the future will fall under the scope of this agreement.

**Project objectives and Milestones:**

The project objectives for AW USA are as follows:

Entry in the US market:
The primary focus of this initiative is AW USA's successful entry in the US market.

Volume:
Revenues and Clients forecast will be published monthly and communicated frequently to AW. A strategic approach will be used to define clients' priorities and a consideration for maximum revenue upside and ease of entry will always be considered.

Objectives by phase:
The entire project will be managed with a phased approach with proper objectives defined according to each phase and as agreed upon by our collective team.

**Project Governance:**

Legal entity:
AW USA (A California or Delaware Corporation)
Decision makers
Decision making process
Communication
Other related items (Financial planning, cost and revenues)

**Project plan:**

A project plan tool will be used to support the various business activities

**Project Budget:**

An agreed upon Operational budget for AW USA is attached. We anticipate receiving the first month (April) retainer no later than Friday, March 28th and additional monthly retainers by the 28th of each month.

**PJX-022**

**EXHIBIT 9**

First month retainer will not include $10,000 for office's rent and $20,000 for office set-up costs as these expenses will be allocated as soon as an office is located and leased.

Electronic bank transfers will be made to: Bank of the West, 295 Bush St. San Francisco, CA. 94104.
Account holder, **IQ System, Account # 033073189 Routing# 121100782. Swift: BWSTUS66**

**Proposed budget will be utilized for the followings;**

Labor: salaries and compensation for employees and consultants.
Software: tools, systems, etc.
Entertainment and Business Travel.
Office rent and associated office expenses (General administration).
In addition, in the US, AlmaWave would need to invest in achieve **Visibility**, whether through events, publications, industry forums, websites, social media, etc., **Branding** and **External Communications (to achieve optimal positioning vs. competitors) and Presentation at events, Press forums, etc.**

**Fees and Conditions:**

**Commissions paid for the sales of software product licenses and technical services would be equal to 20% of gross sales and are payables as follows: 50% at time of booking and the other 50% when client payment is received.**
**An equity stake of the AW US entity, will be provided to our group (IQ System) as an incentive to quickly ramp business activities, revenues and position the AW US entity for a beneficial exit (IPO or sale). The equity share will vest at a rate of 25% per year and will be determined and allocated to IQ System no later than September 30th, 2014.**

**Contract terms:**

**This contract will have a validity of six months from April 1st and will expire on September 30th, 2014, upon which time we anticipate to renew it for an additional period of 12 months, matching the AW US Fiscal Year end.**
**Although the contract duration has been establish in this manner, both AW US and IQ System have the right to terminate this contract by providing written notification 30 days in advance of the desired termination date and without any reasons.**
**During the 30 days termination period IQ System will receive the determined monthly budget expense which will be utilized to terminate the US team.**
**In case of termination, the equity stake will cease to vest, however we expect to continue receiving commission payments for additional sales made from those accounts/clients captured by IQ System for a period of two years from the date of termination.**

**PJX-023**

Case 3:15-cv-00798-HSG   Document 53-11   Filed 06/31/16   Page 57 of 144

**EXHIBIT 9**

_____                    _____

(IQSYSTEM)                                          (ALMAWAVE)

**PJX-024**



PJX-025



EXHIBIT 10

PREVIOUSLY FILED AT DKT. #28-12

PJX-026



# FW: meeting

## Tony Di Napoli

**Sent:** Tuesday, March 25, 2014 3:04 PM
**To:** Anna Gatti [anna.gatti@gmail.com]

fyi

---

**From:** Tony Di Napoli
**Sent:** Tuesday, March 25, 2014 2:53 PM
**To:** 's.calderara@almaviva.it'; 'm.perri@almaviva.it'; 'v.sandei@almawave.it'
**Subject:** FW: meeting

> Hello Sergio,
> I apologize for answering you in English, however I have seen your excellent fluency of the English language and quite frankly it's easier for me to respond in English when discussing business manners.

I am sorry that you feel that the received document is not in line with the expectations. I thought that there was a clear understanding between the parties after we met in Menlo Park.
I understand that receiving the proposal without context might be confusing, and I'll try to clarify the different points and suggest a way to move forward.

Basically, the proposal replicates previous agreements we had with other major companies in the United States.
The overall idea is that new comers in the US market (either because they are start up or because they have never established a presence or penetration in the US, as Almawave) outsource the starting up of the business and commercial ops to us. Our baseline costs are covered by a retainer and we then have a revenue share (20%) on the deals we close. This is typical for all Sales and BD groups.

Why is this a fast and easy way to start business in the US?
a) it is very difficult to get in front of right clients and close deals for new comers - we have the ability to go in front of the right clients as Almawave has a competitive and superior suite of products immediately.
b) for new comers, without clients or organization, attracting the right employees is very tough. Outsourcing the start up phase and bringing a good base of clients would also assure the right base for Almawave US ability to attract top talents in the future.
 c) the equity and stock options plan is probably something you need to discuss more internally to come up with a company decision. This is indeed something that you are facing with us now, but you will face with anyone you might plan to work with or hire in the future. Here in the US, even personal assistants have stock options. It's my understanding that Valeria has big plans for Almawave US (including growing the business to an IPO) and we believe that the products have this potential (or we will not be interested in working with you).

**PJX-027**

To achieve these big goals, equity and stock options plan are unavoidable. This is a key compensation component for professionals working here in the States, and although this concept is not common in Italy, here is utilized to properly motivate, incentivize and provide a sense of ownership to any group of professionals focused at achieving aggressive business targets.

I verbally mentioned this to Valeria when we met in Menlo Park last and as I said, although I'm fully aware that this concept is somewhat foreign to Italian companies, you should know that providing "stock options" that vest over a period of time, does not cost the company anything, and quite frankly increases the efficiency and productivity of the receiving team a great deal, ultimately benefiting the parent company.

Due to the complexity of this concept, I mentioned that we would continue to review, finalize and implement this compensation aspect not until September 30th, 2014 allowing us a chance to discuss it further in the future.

Addressing some of your specific questions now:

- The costs related to the office lease and initial set-up can be separated from all the other costs listed in our budget and obviously, although we have started to look at various office solutions, we will not seriously engage with this activity until we finalize our agreement.

- The previous documents sent to Valeria clearly spell out our group's goals and objectives, in addition, we have also provided an active list of client targets, which we have derived from our previous involvement with BD activities aimed at selling similar products here in the US. Additionally, we believe that we can reach and engage with some of the clients listed with relative ease ( 4-6 weeks to start providing demos of our technology to them).

Probably the format that I shared with you does not match the usual formats you work with. Perhaps, I would ask from you and your colleagues to provide us with a clear document listing the various aspects of collaborations efforts between our groups, as I strongly believe Valeria understand the various efforts required to bring the proper visibility and achieve a successful market penetration here for AW USA.

Sergio, perhaps as way to move forward you can provide us with a document which reflects the way your company would like to see a "formalized agreement" between our groups. We are very confident in our abilities to successfully market Almawave's technology here in the US and also provided you with a clause which can provide contract termination without any causes within 30 days from of a written intent.

We do this, due to our confidence in our abilities in making AW a big success here in the States and also because we would like to mitigate any potential risks perceived by our clients tied to any "long term" contract. We are confident that we can partner for the success of Almawave US and support you in starting an aggressive growth.

Sergio, I'm looking forward to your feedback.

Best regards,

Tony

**From:** Calderara Sergio [mailto:S.Calderara@almaviva.it]
**Sent:** Tuesday, March 25, 2014 12:07 PM
**To:** Tony Di Napoli

**PJX-028**

**Cc:** Perri Mariantonietta; Sandei Valeria
**Subject:** R: meeting

Tony,

possiamo senz'altro sentirci anche telefonicamente, ma anticipo da una prima lettura del documento inviatoci, che ci il testo non risulta in linea con le aspettative.

Valeria mi riferiva che si aspettava di ricevere un documento che prevedesse una parte fissa per coprire i costi di start up (togliendo da questo contratto i costi della locazione per la sede) ed un parte di rimborso spese a pie di lista.  Ci sono inoltre alcune previsioni (in particolare quella inerente l'equity stake) che non sono accettabili per Almawave.

Valeria mi ha ribadito la sua intenzione di avviare il progetto in tempi stretti, ma anche che l'avvio presuppone che siano stati previamente definiti tutti gli aspetti relativi ai rapporti di collaborazione, ed a questo riguardo ci serve partire da un documento strutturato in maniera un po' più chiara (che risulti facilmente comprensibile anche a chi vede il documento per la prima volta: ad es. evidenziando quali sono compiti e impegni assunti da IQ system).

Un cordiale saluto,

Sergio Calderara

---

**Da:** Tony Di Napoli [mailto:tdinapoli@elettranova.com]
**Inviato:** lunedì 24 marzo 2014 17:43
**A:** Sandei Valeria
**Cc:** Perri Mariantonietta; Calderara Sergio
**Oggetto:** Re: meeting

Ciao Valeria, possiamo sentirci con comodo questo Venerdì alle 18:00. Nel frattempo vorrei sapere se devo essere io a contattare i tuoi avvocati. Entrambi la Wells Fargo e Barclays saranno due delle ditte che contatteremo immediatamente in Aprile. Fammi sapere come proseguire. Tony

Sent from my iPhone

On Mar 24, 2014, at 8:31 AM, "Sandei Valeria" <V.Sandei@almawave.it> wrote:

> Ciao Tony,
> domani alle mie 18.00 sarò in CNBC a presentare la nostra nuova indagine #Globaleconomy (80 mln di tweet in 6 lingue in 1 mese su Banche, economia, consumi, strumenti finanziari, imprese,…) perciò dobbiamo aggiornare la nostra call. Possiamo sentirci venerdì alle 18.00?
> Nel frattempo ti chiedere di sentire i colleghi Perri e Calderara sulla letter of engagement su cui ho dato alcune indicazioni. Vorrei infatti partire prima possibile, come d'accordo.
>
> Grazie e a presto
> VS
>
> PS quando ci sentiamo ti presento anche questa ricerca, ho fatto un

**PJX-029**

focus su Barclays e Wells Fargo che mi pareva fossero fra i tuoi target.

Valeria Sandei
*Chief Executive Officer*

**ALMAWAVE**
Via di Casal Boccone, 188/190 - 00137 Roma - Italia
Direct:       +39 06 3993 5439
Fax:         +39 06 3993 2654
ServerFax: +39 06 64256 360
Email : v.sandei@almawave.it
<image001.gif>



**PJX-030**



# Re: meeting

## anna gatti [anna.gatti@gmail.com]

You forwarded this message on 3/25/2014 2:53 PM.

**Sent:** Tuesday, March 25, 2014 1:56 PM
**To:** Tony Di Napoli

My edits in red below (cmq mi aspettavo questa reazione e richiede sempre un po' di massaging)

On Tue, Mar 25, 2014 at 12:55 PM, Tony Di Napoli <tdinapoli@elettranova.com> wrote:

> Hello Sergio,
>
> I apologize for answering you in English, however I have seen your excellent fluency of the English language and quite frankly it's easier for me to respond in English when discussing business manners.
>
> I am sorry that you feel that the received document is not in line with the expectations. I thought that there was a clear understanding between the parties after we met in Menlo Park.
> I understand that receiving the proposal without context might be confusing.
> Let me try to clarify the different points and suggest a way to move forward.
>
> Basically, the proposal replicates previous agreements we had with other major companies in the United States.
> The overall idea is that new comers in the US market (either because they are start up or because they have never established a presence or penetration in the US, as Almawave) outsource the starting up of the business and commercial ops to us.
> Our baseline costs are covered by a retainer and we then have a revenue share (20%) on the deals we close. This is typical for all Sales and BD groups.
>
> Why is this a fast and easy way to start business in the US?
> a) it is very difficult to get in front of right clients and close deals for new comers - we have the ability to go in front of the right clients. Almawave has a competitive and superior suite of products.
> b) for new comers, without clients or organization, attracting the right employees is a tough call. Outsourcing the start up phase and bringing a good base of clients would also assure the right base for Almawave ability to attract top talents.
> c) the equity and stock options plan is probably something you need to discuss more internally to come up with a company decision. This is indeed something that you are facing with us now, but you will face with anyone you might plan to work with or hire on Almawave US payroll. Here in the US even personal assistants have stock options. It's my understanding that Valeria has big plan for Almawave US (including growing the business to an IPO). We believe that the products have this potential (or we will not be interested in working with you). To achieve those big goals, equity and stock options plan are unavoidable. This is a key compensation component for professionals working here in the States, and although this concept is not common in Italy, here is utilized to properly motivate, incentivize and provide a sense of ownership to any group of professionals focused at achieving aggressive business targets.
>
> I verbally mentioned this to Valeria when we met in Menlo Park last and as I said, although I'm fully aware that this concept is somewhat foreign to Italian companies, you should know that providing "stock options" that vest over a period of time does not cost the company anything, and quite frankly increase the efficiency and productivity of the receiving team at great deal, benefiting the parent company.
>
> Due to the complexity of this concept, I mentioned that we would continue to review, finalize and implement this compensation aspect not until September 30th, 2014 allowing us a chance to discuss it further.
>
> Addressing some of your specific questions now:
>
> - The costs related to the office lease and initial set-up can be separated from all the other costs listed in our budget and obviously, although we have started to look at various office solutions, we will not seriously engage with this activity until we finalize our agreement.

**PJX-031**

- The previous documents sent to Valeria clearly spell out our group's goals and objectives, in addition, we have also provided an active list of client targets, which we have derived from our previous involvement with BD activities aimed at selling similar products here in the US. Additionally, we believe that we can reach and engage with some of the clients listed with relative ease ( 4-6 weeks to start providing demos of our technology to them).

Probably the format that I shared with you does not match the usual formats you work with. Perhaps, I would ask from you and your colleagues to provide us with a clear document listing the various aspects of collaborations efforts between our groups, as I strongly believe Valeria understand the various efforts required to bring the proper visibility and achieve a successful market penetration here for AW USA.

Sergio, perhaps as way to move forward you can provide us with a document which reflects the way your company would like to see a "formalized agreement" between our groups. We are very confident in our abilities to bring Almawave technology here in the US and provided you with a clause which provides contract termination without any causes within 30 days from of written intent.

We do this due to our confidence in our abilities in making AW a big success here in the States and also because we want to mitigate any potential risks perceived by our clients tied to a "long term" contract. We are confident that we can partner for the success of Almawave US and support you in starting an aggressive growth.

Sergio, I'm looking forward to your feedback.

Best regards,

Tony

---

**From:** Calderara Sergio [mailto:S.Calderara@almaviva.it]
**Sent:** Tuesday, March 25, 2014 12:07 PM
**To:** Tony Di Napoli
**Cc:** Perri Mariantonietta; Sandei Valeria
**Subject:** R: meeting

Tony,

possiamo senz'altro sentirci anche telefonicamente, ma anticipo da una prima lettura del documento inviatoci, che ci il testo non risulta in linea con le aspettative.

Valeria mi riferiva che si aspettava di ricevere un documento che prevedesse una parte fissa per coprire i costi di start up (togliendo da questo contratto i costi della locazione per la sede) ed un parte di rimborso spese a pie di lista.  Ci sono inoltre alcune previsioni (in particolare quella inerente l'equity stake) che non sono accettabili per Almawave.

Valeria mi ha ribadito la sua intenzione di avviare il progetto in tempi stretti, ma anche che l'avvio presuppone che siano stati previamente definiti tutti gli aspetti relativi ai rapporti di collaborazione, ed a questo riguardo ci serve partire da un documento strutturato in maniera un po' più chiara (che risulti facilmente comprensibile anche a chi vede il documento per la prima volta: ad es. evidenziando quali sono compiti e impegni assunti da IQ system).

Un cordiale saluto,

Sergio Calderara

---

**Da:** Tony Di Napoli [mailto:tdinapoli@elettranova.com]
**Inviato:** lunedì 24 marzo 2014 17:43
**A:** Sandei Valeria

**PJX-032**

**Cc:** Perri Mariantonietta; Calderara Sergio
**Oggetto:** Re: meeting

Ciao Valeria, possiamo sentirci con comodo questo Venerdì alle 18:00. Nel frattempo vorrei sapere se devo essere io a contattare i tuoi avvocati.

Entrambi la Wells Fargo e Barclays saranno due delle ditte che contatteremo immediatamente in Aprile. Fammi sapere come proseguire. Tony

Sent from my iPhone

On Mar 24, 2014, at 8:31 AM, "Sandei Valeria" <V.Sandei@almawave.it> wrote:

> Ciao Tony,
>
> domani alle mie 18.00 sarò in CNBC a presentare la nostra nuova indagine #Globaleconomy (80 mln di tweet in 6 lingue in 1 mese su Banche, economia, consumi, strumenti finanziari, imprese,…)
>
> perciò dobbiamo aggiornare la nostra call. Possiamo sentirci venerdì alle 18.00?
>
> Nel frattempo ti chiedere di sentire i colleghi Perri e Calderara sulla letter of engagement su cui ho dato alcune indicazioni. Vorrei infatti partire prima possibile, come d'accordo.
>
>
> Grazie e a presto
>
> VS
>
>
> PS quando ci sentiamo ti presento anche questa ricerca, ho fatto un focus su Barclays e Wells Fargo che mi pareva fossero fra i tuoi target.
>
>
> Valeria Sandei
>
> *Chief Executive Officer*
>
>
> **ALMAWAVE**
>
> Via di Casal Boccone, 188/190 - 00137 Roma - Italia
>
> Direct:       +39 06 3993 5439
>
> Fax:          +39 06 3993 2654
>
> ServerFax: +39 06 64256 360
>
> Email :v.sandei@almawave.it
>
> <image001.gif>



Connected to Microsoft Exchange

**PJX-033**



# Re: meeting

## Tony Di Napoli

**Sent:** Wednesday, March 26, 2014 7:51 AM
**To:** Sandei Valeria [V.Sandei@almawave.it]

Ciao Valeria,
Sentiamoci stasera alle 20:00 ore italiane. Inoltrami un numero dove posso chiamarti. Grazie

Sent from my iPhone

On Mar 26, 2014, at 12:19 AM, "Sandei Valeria" <V.Sandei@almawave.it> wrote:

Ciao Tony,
Io rispondo in italiano per essere altrettanto certa di condividere i giusti contenuti.

Ho difficoltà a seguire gli ultimi scambi.
Sono infatti venuta apposta negli Stati Uniti, sulla base di precedenti call e scambi, al fine di chiarire la nostra possibile collaborazione e mi ritrovo ora con delle ipotesi di lavoro in parte diverse.

1. Il budget dell'iniziativa, in una prima fase "budget dei costi" - sulla base del quale ho voluto approfondire il progetto - e' quello che mi hai inviato, da ultimo settimana scorsa, corredato successivamente dei ricavi attesi. Ho insistito sul punto di avere un budget di costi e ricavi per fornire in cda una rappresentazione corretta di investimenti e ritorni dell'iniziativa. Poi leggo il contratto proposto e vedo che - senza averne mai accennato di persona ne in call ne in BP - si prevede il 20% di fee sul venduto (licenze e servizi), per metà pagato subito, introducendo elementi economici e soprattutto di cassa molto rilevanti. Nel business plan che ci siamo scambiati non ritrovo infatti 600k di variabile a fronte dei 3 Mln di vendita, ne 1.8 Mln a fronte dei 9 Mln del periodo seguente. Non sono dunque nella condizione di poter portare in board questo budget.

2. Oltre a quanto sopra, nel documento si introduce una attribuzione di stock. Tema che, ho da subito precisato, non può far parte di questo agreement e su cui mi sarei eventualmente riservata in futuro un riscontro. Parlare ora di stock option per una società non più start up, facente parte di un grande gruppo con vari azionisti (fra cui General Eletric), significa infatti arenare qualunque ragionamento ancor prima di partire e capire il mercato. Capisco il contesto americano, ed essendo un gruppo che svolge il 50% dell'attività su scala internazionale, ne conosco le caratteristiche. Argomenti così importanti e complessi possono però essere affrontati nel momento e nel modo giusto.
3. Si fa riferimento al mercato del Messico che, come precisato, per me ora non è in scope.

E' indispensabile che chiariamo i punti sopra per vedere se vi sono da ambo le parti i presupposti per lavorare sul progetto AW.
Senza che tu coinvolga i tuoi colleghi, dato che siamo ancora lontani dall'operativo, suggerisco quindi di sentirci - se puoi - noi 2 stasera verso le 20 italiane.

Ribadisco - come chiarito anche di persona - che - nonostante la mia grande voglia di partire ed aspettativa che potrete lavorare bene nell'interesse di tutti - senza letter of engagement condivise e business plan adeguato, non posso presentarmi al board e dunque avviare l'attività.

Non perdo l'entusiasmo, convinta che chiariremo come procedere in un modo ragionevole per entrambi!

A presto,
grazie vs

Inviato da iPad

Il giorno 25/mar/2014, alle ore 22:53, "Tony Di Napoli" <tdinapoli@elettranova.com> ha scritto:

**Translation of highlighted text:**
I came to the United States on the basis of the prior calls and exchanges, to clarify our possible collaboration...
1. The budget for the initiative, in the first phase a "budget of costs" - on the basis of which I was examining the project - is that which you sent me last week, and which you subsequently added costs and revenues to furnish to the Board of Directors [(cda= Italian for "consiglio di amministrazione"= Board of Directors)] a correct representation of the investment and return on the investment. Then I read what you proposed and see that - without ever having discussed this in person or during our calls - it is provided for a 20% fee for sales (licenses and services), half of which is to be paid upfront, and introducing substantial financial elements. .... I am not therefore able to bring this kind of budget to the Board.

**PJX-034**

Hello Sergio,
I apologize for answering you in English, however I have seen your excellent fluency of the English language and quite frankly it's easier for me to respond in English when discussing business manners.

I am sorry that you feel that the received document is not in line with the expectations. I thought that there was a clear understanding between the parties after we met in Menlo Park.
I understand that receiving the proposal without context might be confusing, and I'll try to clarify the different points and suggest a way to move forward.

Basically, the proposal replicates previous agreements we had with other major companies in the United States. The overall idea is that new comers in the US market (either because they are start up or because they have never established a presence or penetration in the US, as Almawave) outsource the starting up of the business and commercial ops to us.
Our baseline costs are covered by a retainer and we then have a revenue share (20%) on the deals we close. This is typical for all Sales and BD groups.

Why is this a fast and easy way to start business in the US?
a) it is very difficult to get in front of right clients and close deals for new comers - we have the ability to go in front of the right clients as Almawave has a competitive and superior suite of products immediately.
b) for new comers, without clients or organization, attracting the right employees is very tough. Outsourcing the start up phase and bringing a good base of clients would also assure the right base for Almawave US ability to attract top talents in the future.
 c) the equity and stock options plan is probably something you need to discuss more internally to come up with a company decision. This is indeed something that you are facing with us now, but you will face with anyone you might plan to work with or hire in the future. Here in the US, even personal assistants have stock options. It's my understanding that Valeria has big plans for Almawave US (including growing the business to an IPO) and we believe that the products have this potential (or we will not be interested in working with you).

To achieve these big goals, equity and stock options plan are unavoidable. This is a key compensation component for professionals working here in the States, and although this concept is not common in Italy, here is utilized to properly motivate, incentivize and provide a sense of ownership to any group of professionals focused at

**PJX-035**

achieving aggressive business targets.

I verbally mentioned this to Valeria when we met in Menlo Park last and as I said, although I'm fully aware that this concept is somewhat foreign to Italian companies, you should know that providing "stock options" that vest over a period of time, does not cost the company anything, and quite frankly increases the efficiency and productivity of the receiving team a great deal, ultimately benefiting the parent company.

Due to the complexity of this concept, I mentioned that we would continue to review, finalize and implement this compensation aspect not until September 30th, 2014 allowing us a chance to discuss it further in the future.

Addressing some of your specific questions now:

- The costs related to the office lease and initial set-up can be separated from all the other costs listed in our budget and obviously, although we have started to look at various office solutions, we will not seriously engage with this activity until we finalize our agreement.

- The previous documents sent to Valeria clearly spell out our group's goals and objectives, in addition, we have also provided an active list of client targets, which we have derived from our previous involvement with BD activities aimed at selling similar products here in the US. Additionally, we believe that we can reach and engage with some of the clients listed with relative ease ( 4-6 weeks to start providing demos of our technology to them).

Probably the format that I shared with you does not match the usual formats you work with. Perhaps, I would ask from you and your colleagues to provide us with a clear document listing the various aspects of collaborations efforts between our groups, as I strongly believe Valeria understand the various efforts required to bring the proper visibility and achieve a successful market penetration here for AW USA.

Sergio, perhaps as way to move forward you can provide us with a document which reflects the way your company would like to see a "formalized agreement" between our groups. We are very confident in our abilities to successfully market Almawave's technology here in the US and also provided you with a clause which can provide contract termination without any causes within 30 days from of a written intent.

We do this, due to our confidence in our abilities in making AW a big success here in the States and also because we would like to mitigate any potential risks

**PJX-036**

perceived by our clients tied to any "long term" contract. We are confident that we can partner for the success of Almawave US and support you in starting an aggressive growth.

Sergio, I'm looking forward to your feedback.
Best regards,
Tony

---

**From:** Calderara Sergio
[mailto:S.Calderara@almaviva.it]
**Sent:** Tuesday, March 25, 2014 12:07 PM
**To:** Tony Di Napoli
**Cc:** Perri Mariantonietta; Sandei Valeria
**Subject:** R: meeting

Tony,

possiamo senz'altro sentirci anche telefonicamente, ma anticipo da una prima lettura del documento inviatoci, che ci il testo non risulta in linea con le aspettative.

Valeria mi riferiva che si aspettava di ricevere un documento che prevedesse una parte fissa per coprire i costi di start up (togliendo da questo contratto i costi della locazione per la sede) ed un parte di rimborso spese a pie di lista. Ci sono inoltre alcune previsioni (in particolare quella inerente l'equity stake) che non sono accettabili per Almawave.

Valeria mi ha ribadito la sua intenzione di avviare il progetto in tempi stretti, ma anche che l'avvio presuppone che siano stati previamente definiti tutti gli aspetti relativi ai rapporti di collaborazione, ed a questo riguardo ci serve partire da un documento strutturato in maniera un po' più chiara (che risulti facilmente comprensibile anche a chi vede il documento per la prima volta: ad es. evidenziando quali sono compiti e impegni assunti da IQ system).

Un cordiale saluto,

Sergio Calderara

---

**Da:** Tony Di Napoli [mailto:tdinapoli@elettranova.com]
**Inviato:** lunedì 24 marzo 2014 17:43
**A:** Sandei Valeria
**Cc:** Perri Mariantonietta; Calderara Sergio
**Oggetto:** Re: meeting

Ciao Valeria, possiamo sentirci con comodo questo Venerdì alle 18:00. Nel frattempo vorrei sapere se devo essere io a contattare i tuoi avvocati.
Entrambi la Wells Fargo e Barclays saranno due delle ditte che contatteremo immediatamente in Aprile. Fammi

**PJX-037**

sapere come proseguire. Tony

Sent from my iPhone

On Mar 24, 2014, at 8:31 AM, "Sandei Valeria" <V.Sandei@almawave.it> wrote:

Ciao Tony,
domani alle mie 18.00 sarò in CNBC a presentare la nostra nuova indagine #Globaleconomy (80 mln di tweet in 6 lingue in 1 mese su Banche, economia, consumi, strumenti finanziari, imprese,…) perciò dobbiamo aggiornare la nostra call. Possiamo sentirci venerdì alle 18.00?
Nel frattempo ti chiedere di sentire i colleghi Perri e Calderara sulla letter of engagement su cui ho dato alcune indicazioni. Vorrei infatti partire prima possibile, come d'accordo.

Grazie e a presto
VS

PS quando ci sentiamo ti presento anche questa ricerca, ho fatto un focus su Barclays e Wells Fargo che mi pareva fossero fra i tuoi target.

Valeria Sandei
*Chief Executive Officer*

**ALMAWAVE**
Via di Casal Boccone, 188/190 - 00137 Roma - Italia
Direct:      +39 06 3993 5439
Fax:         +39 06 3993 2654
ServerFax: +39 06 64256 360
Email :v.sandei@almawave.it
<image001.gif>

PJX-038

## Presentation of Almawave Solutions

**EXHIBIT BMP-4**

Tue, April 1, 2014, 9:00am – 10:30am

| Event details | Find a time |

**Where**  Phone: +1 424-203-8405; Pin: 416424
map

**Calendar**  r.romagnoli@almawave.it

**Created by**  anna.gatti@gmail.com

**Description**  Ciao Anna,

per la condivisione della presentazione vorrei utilizzare join.me. Il link è https://join.me/556-195-191

Se ci sono problemi possiamo "ripiegare" su skype.

Ciao e grazie,
Raniero

Ciao Anna,
come convenuto.
Per la phone conference ho aggiunto i dettagli nel "luogo". A breve ti darò dettagli anche per il web meeting.
Ciao e buona giornata,
Raniero

**Add guests**

Guests you invite will receive an invitation, but won't appear in the guest list after you save this event. Why?

Enter email addresses    Add

**Guests**    Email organizer

Yes: 0, Maybe: 0, No: 0, Awaiting: 1

Anna Gatti

**Event color**

**Notifications**  No notifications set
Add a notification

**Show me as**  ○ Available   ● Busy

**Visibility**  ● Calendar default   ○ Public
○ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar. Learn more

**PREVIOUSLY FILED AT DKT. #51-5**

**PJX-039**

EXHIBIT BMP-3

# DATA TO RETRIEVE

**email: "anna@soshoma.com Gatti, Anna"**          **Tuesday, April 1, 2014 at 3:32:23 PM Pacific Daylight Time**
To: email: "anna@soshoma.com Anna Gatti"

Write to ▇▇▇▇▇▇
▇▇▇  in and no concern ▇▇▇▇▇▇▇▇

CRM example - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (shall we try to test this with Almawave?)

Need to test it with ▇▇

--

Soshoma Inc.
1072 Illinois Street
San Francisco, CA

This message is PRIVILEGED AND CONFIDENTIAL

This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the

addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it. If you have received this message by error, please

immediately delete it and any copies of it, including any attachments hereto, and notify the sender at Soshoma Inc. by reply electronic mail message, fax or phone.
Thank you.

**PREVIOUSLY FILED AT DKT. #51-4**                                **PJX-040**

Case 3:15-cv-00798-HSG    Document 549-2    Filed 03/31/16    Page 74 of 144

✅ **"Anna Personal" <anna.gatti@gmail.com> is going**    Add a note or change your response

---

## Anna/Valeria

| 4/3/2014 | 10:30am | to | 11:30am | 4/3/2014 | Time zone |

☐ All day  ☐ Repeat...

| Event details | Find a time |

**Where**        Enter a location

**Video call**   Add video call

**Calendar**     Anna Personal ⬍

**Description**

**Attachment**   Add attachment

---

**Event color**

**Notifications**   No notifications set
Add a notification

---

**Show me as**   ○ Available   ● Busy

**Visibility**   ● Calendar default   ○ Public   ○ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar.   Learn more

Publish event

**Add guests**

Click the ⬜ icons below to mark as optional.

**Guests**                    Email guests
Yes: 1, Maybe: 0, No: 0, Awaiting: 1

Anna Gatti

v.sandei@almawave.it *

* Calendar cannot be shown. Why?

---

**Suggested times**

**Guests can**
☐ modify event
☑ invite others
☑ see guest list

**PJX-041**

Case 4:15-cv-00798-HSG   Document 51   Filed 05/06/16   Page 76 of 114
Case 3:15-cv-00798-JSC   Document 21-23   Filed 06/01/15   Page 75 of 144



**EXHIBIT BMP-22**
Bart Peintner <bpeintner@gmail.com>

## Our Next Gig?

1 message

---

**anna gatti** <anna.gatti@gmail.com>                    Fri, Apr 11, 2014 at 1:04 PM
To: Bart Peintner <bpeintner@gmail.com>

Bart,

While we are 100% focus on Soshoma, I would like you to register a business idea I got while brainstorming with a friend who has been working for years in big data analytics.

Once we are in a good spot with Soshoma, I'd like to start brainstorming with you on how all the intelligent devices based on unsupervised system will be actually monitored.
Once the IofT will be fully deployed, how can we have a central home intelligence that can coordinate, monitor and detect any malfunctioning of our intelligent devices?

Just a thought for now, but I want to drop you a note so that you can start digesting the idea while reading your geeky stuff

Thank you

A.

**PREVIOUSLY FILED AT DKT. #51-23**

✓ **"Anna Personal" <anna.gatti@gmail.com> is going**    Add a note or change your response

---

**AG/VS on AWUS**

| 5/1/2014 | 9:00am | to | 10:00am | 5/1/2014 | Time zone |

☐ All day  ☐ Repeat...

| Event details | Find a time |

**Where**          Enter a location

**Video call**     Add video call

**Calendar**       Anna Personal ⇅

**Description**

**Attachment**     Add attachment

---

**Event color**    ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐
                   ☐ ☐

**Notifications**  No notifications set
                   Add a notification

---

**Show me as**     ○ Available   ● Busy

**Visibility**     ● Calendar default   ○ Public   ○
Private

By default this event will follow the
sharing settings of this calendar: event details
will be visible to anyone who can see details of
other events in this calendar.  Learn more

Publish event

**Add guests**

Click the     icons below to mark as optional.

**Guests**                              Email guests

Yes: 1, Maybe: 0, No: 0, Awaiting: 1

   Anna Gatti

   v.sandei@almawave.it *

\* Calendar cannot be shown. Why?

---

**Suggested times**

**Guests can**
☐ modify event
☑ invite others
☑ see guest list

✓ **"Anna Personal" <anna.gatti@gmail.com> is going**    Add a note or change your response

**PJX-043**

✅ **"Anna Personal" <anna.gatti@gmail.com> is going**   Add a note or change your response

---

**AG/VS**

| 5/2/2014 | 10:00am | to | 11:00am | 5/2/2014 | Time zone |

☐ All day   ☐ Repeat...

| Event details | Find a time |

**Where**     Enter a location

**Video call**   Add video call

**Calendar**   Anna Personal ⬍

**Description**

**Attachment**   Add attachment

**Event color**

**Notifications**   No notifications set
Add a notification

**Show me as**   ◯ Available   ⦿ Busy

**Visibility**   ⦿ Calendar default   ◯ Public   ◯ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar.   Learn more

Publish event

**Add guests**

Click the     icons below to mark as optional.

**Guests**                                    Email guests
Yes: 1, Maybe: 0, No: 0, Awaiting: 1

Anna Gatti

v.sandei@almawave.it *

\* Calendar cannot be shown. Why?

---

**Suggested times**

**Guests can**
☐ modify event
☑ invite others
☑ see guest list

**PJX-044**

Case 4:15-cv-00798-HSG   Document 651   Filed 05/06/16   Page 79 of 114
Case3:15-cv-00798-HSG Document50-28 Filed 08/31/15 Page 73 of 214

**EXHIBIT PE-21**



Anna Gatti <anna@loop.ai>

## Mail Mario Pepe re Valeria

1 message

**Anna Soshoma** <anna@soshoma.com>                                      Sat, May 3, 2014 at 8:30 PM
To: Anna Gatti <Anna.gatti@gmail.com>

**Valeria Sandei**

5/8/2014    2:00pm    to    3:00pm    5/8/2014    Time zone

☐ All day    ☐ Repeat...

| Event details | Find a time |
|---|---|

**Where**    Enter a location

**Video call**    Add video call

**Calendar**    Anna Personal

**Description**

**Attachment**    Add attachment

**Event color**

**Notifications**    No notifications set
Add a notification

**Show me as**    ◯ Available    ● Busy

**Visibility**    ● Calendar default    ◯ Public    ◯ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar.  Learn more

Publish event

**Add guests**

Enter email addresses    Add

**Guests can**
☐ modify event
☑ invite others
☑ see guest list

**PJX-046**

**EXHIBIT 11**

**3676876**

| ARTS-GS | Articles of Incorporation of a General Stock Corporation |
| --- | --- |

To form a general stock corporation in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A $100 filing fee.

- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.



**FILED**
**Secretary of State**
**State of California**

*1cc* **MAY 1 6 2014**

This Space For Office Use Only

For questions about this form, go to *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name**  (List the proposed corporate name.  Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is  Almawave USA, Inc.

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process**  (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued.  You may list any adult who lives in California.  You may not list your own corporation as the agent.  Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a.  Corporation Service Company which will do business in California as CSC-Lawyers Incorporating Services

   *Agent's Name*

   b. _____  **CA**

   *Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*   City (no abbreviations)   State   Zip

**Corporate Addresses**

④ a.  24 Clarendon Avenue                          San Francisco    CA 94114

   *Initial Street Address of Corporation - Do not list a P.O. Box*   City (no abbreviations)   State   Zip

   b.  24 Clarendon Avenue                          San Francisco    CA 94114

   *Initial Mailing Address of Corporation, if different from 4a*   City (no abbreviations)   State   Zip

**Shares**  (List the number of shares the corporation is authorized to issue.  Note:  Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight.  For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.

   The total number of shares which this corporation is authorized to issue is _____ 1000000

This form must be signed by each incorporator.  If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11").   All attachments are made part of these articles of incorporation.

▶ *Valerie Hein*                        Valerie S. Hein
   *Incorporator - Sign here*              *Print your name here*

| | By Mail | Drop-Off |
| --- | --- | --- |
| Make check/money order payable to: Secretary of State | Secretary of State | Secretary of State |
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Business Entities, P.O. Box 944280 Sacramento, CA 94244-2600 | 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (REV 03/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

**PREVIOUSLY FILED AT DKT. #28-13**                              **PJX-047**

EXHIBIT BMP-23

**Anna/Valeria**

5/30/2014    10:00am   to   10:30am    5/30/2014    Time zone

☐ All day   ☐ Repeat...

| Event details | Find a time |

**Where**    Enter a location

**Video call**    Add video call

**Calendar**    Anna Personal ⇕

**Description**

**Add guests**

Enter email addresses    Add

**Guests can**
☐ modify event
☑ invite others
☑ see guest list

**Attachment**    Add attachment

**Event color**

**Notifications**    No notifications set
Add a notification

**Show me as**    ◯ Available   ⦿ Busy

**Visibility**    ⦿ Calendar default   ◯ Public   ◯ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar.  Learn more

Publish event

**PREVIOUSLY FILED AT DKT. #51-24**

**PJX-048**



March 9, 2015

**VIA EMAIL AND OVERNIGHT COURIER**

IQSystem, Inc.
225 26th Avenue
San Francisco, CA 94121
Attn: Tony Di Napoli
tony@iqsystem.us

Re: Termination of Consulting Agreement dated June 3, 2014

Dear Mr. Di Napoli:

Almawave USA, Inc. (the "**Company**") hereby informs you that the Consulting Agreement dated June 3, 2014 (the "Agreement") between the Company and IQSystem, Inc. ("**Consultant**") is terminated effective immediately.

The Agreement is null and void *ab initio*. Among other things, it has come to our attention that the Agreement was entered into on the basis of misrepresentations and material omissions, and that Consultant and/or its agents and/or affiliates may have committed a variety of continuing misrepresentations, omissions and other wrongful acts.

Obviously, you and any persons associated with Consultant or you are prohibited from accessing the office or further using any Company property or resources for any purpose. Please make sure this unequivocal directive is instantly communicated to your team.

Please review again the Confidential Information and Invention Assignment Agreement with the Company, dated June 3, 2014 (the "CIIA"), a copy of which is attached to this letter. You are required to abide by the provisions therein. Also, as required by Section 6 of the CIIA, on behalf of yourself and Consultant please immediately sign and return a copy of the attached Termination Certification, which is the form that was attached to the CIIA and intended to be signed upon termination of the consultancy. As a reminder, your failure to sign and return the Termination Certification will in no way diminish, waive, or otherwise modify Consultant's continuing obligations owing to the Company under the CIIA.

Please be advised that the Company reserves all rights and remedies should the Company or its affiliates further incur any losses or damages of any kind as the result of any actions taken or directed by Consultant, or any other violations of its agreements with the Company. Further, the Company expects Consultant's full cooperation in connection with its investigation and defense of the lawsuit recently instituted by Loop AI Labs Inc., and to assist with any transitional issues to the extent requested by the company

Please contact our attorney Thomas Wallerstein at (415) 653-3707 should you have any questions regarding the foregoing.

Sincerely,

Almawave USA, Inc.

By: _____

Name: Valeria Sandei

Title: Chairman and President

**PREVIOUSLY FILED AT DKT. #74-2**                                     **PJX-049**

✅ **"Anna Personal" <anna.gatti@gmail.com> is going**   Add a note or change your response

**AW USA Weekly Meeting**

| 6/16/2014 | 10:00am | to | 11:00am | 6/16/2014 | Time zone |

☐ All day

☑ Repeat: **Weekly at 10am on Monday except Mon Nov 3, 2014 10am or Mon Dec 8, 2014 10am**  Edit

| Event details | Find a time |

**Where**   Videoconference or Hangout (Google)
map

**Video call**   Add video call

**Calendar**   Anna Personal ⬍

**Description**

**Attachment**   Add attachment

**Event color**

**Notifications**   No notifications set
Add a notification

**Show me as**   ◯ Available   ⬤ Busy

**Visibility**   ⬤ Calendar default   ◯ Public   ◯ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar.  Learn more

Publish event

**Add guests**

Click the        icons below to mark as optional.

**Guests**                                    Email guests
Yes: 2, Maybe: 0, No: 1, Awaiting: 2

Anna Gatti

l.ferri@almawave.it *

Manuela Micoli *

IQSystem *

v.sandei@almawave.it *

* Calendar cannot be shown. Why?

**Guests can**
☐ modify event
☑ invite others
☑ see guest list

**PJX-050**

Case 4:15-cv-00798-HSG   Document 65-1   Filed 05/26/16   Page 85 of 114
Case3:15-cv-00063658-SCDocumentdat239Filed 05/30/2015 Page34o114



**2014** ▸ Almawave arrives in Silicon Valley with the opening of its office in San Francisco

Home > Press Room > Press Release > 2014 > Almawave arrives in Silicon Valley with the opening of its office in San Francisco

# Almawave arrives in Silicon Valley with the opening of its office in San Francisco

**Valeria Sandei launches Almawave USA Inc. and appoints Anna Gatti as CEO of the new subsidiary**

Rome, 18 June 2014 – The new company Almawave USA Inc., the American subsidiary of the technological-innovation firm within the AlmavivA Group, opens in San Francisco with the aim of **taking products and services with made-in-Italy technology in the area of customer experience to Silicon Valley**.

The technological and applications core will remain in Italy, where Almawave has its labs, whereas the United States office is intended to deal with **business and market development**, with a specific focus for each industry, given that Almawave solutions are applicable to more than one market sector (telecom, utilities, media, banking).

Founded in 2008 with the intention of offering the market innovative ideas and solutions that are easy to use, uniting a business vision with technological know-how, Almawave has already made significant investments (approx. € 15 million) in the development of a suite of innovative **CRM**, **Big Data** and **speech analytics products**, and it is now ready to break into the American market.

Leading the way at the new company is **CEO Anna Gatti**, a professional expert in the international new technologies sector, particularly in the United States. Anna Gatti will report to Valeria Sandei, **Chief Executive of Almawave and President of Almawave USA**, and will work to develop a new business plan for the American office.



Contact Us | Utilities | Legal Notice and Disclaimer | Sitemap | RSS Feed

AlmavivA - Sede legale e uffici Via di Casal Boccone, 188-190 00137 Roma
tel. +39 06 39931 | fax +39 06 3993 5775
Copyright AlmavivA 2012 - C.F./P.IVA 08450891000
Accesso

**PREVIOUSLY FILED AT DKT. #10-39**
http://www.almaviva.it/EN/PressRoom/press_releases/2014/Pagine/Almawave-arrives-in-Silicon-Valley-with-the-opening-of-its-office-in-San-Francisco.aspx **PJX-051**

✅ **"Anna Personal" <anna.gatti@gmail.com> is going**   Add a note or change your response

## AW USA Weekly Meeting

6/23/2014   10:00am  to  11:00am   6/23/2014   Time zone

☐ All day

☑ Repeat: **Weekly at 10am on Monday except Mon Nov 3, 2014 10am or Mon Dec 8, 2014 10am**  Edit

| Event details | Find a time |
|---|---|

**Where**   Videoconference or Hangout (Google)
map

**Video call**   Add video call

**Calendar**   Anna Personal

**Description**

**Attachment**   Add attachment

**Event color**

**Notifications**   No notifications set
Add a notification

**Show me as**   ◯ Available   ⦿ Busy

**Visibility**   ⦿ Calendar default   ◯ Public   ◯ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar.  Learn more

Publish event

**Add guests**

Click the        icons below to mark as optional.

**Guests**                                    Email guests
Yes: 2, Maybe: 0, No: 1, Awaiting: 2

Anna Gatti

l.ferri@almawave.it *

Manuela Micoli *

IQSystem *

v.sandei@almawave.it *

* Calendar cannot be shown. Why?

**Guests can**
☐ modify event
☑ invite others
☑ see guest list

**PJX-052**

✅ **"Anna Personal" <anna.gatti@gmail.com> is going**   Add a note or change your response

---

**Valeria:Anna**

| 6/23/2014 | 11:00am | to | 11:30am | 6/23/2014 | Time zone |

☐ All day

☑ Repeat: **Weekly at 11am on Monday except Mon Nov 3, 2014 11am or Mon Nov 10, 2014 11am**  Edit

| Event details | Find a time |

**Where**        Enter a location

**Video call**   Add video call

**Calendar**     Anna Personal ▾

**Description**

**Attachment**   Add attachment

---

**Event color**

**Notifications**   No notifications set
Add a notification

---

**Show me as**   ○ Available   ● Busy

**Visibility**   ● Calendar default   ○ Public   ○ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar.  Learn more

Publish event

**Add guests**

Click the ⚹ icons below to mark as optional.

**Guests**                        Email guests
Yes: 1, Maybe: 0, No: 0, Awaiting: 1

Anna Gatti

v.sandei@almawave.it *

\* Calendar cannot be shown. Why?

---

**Guests can**
☐ modify event
☑ invite others
☑ see guest list

**PJX-053**

**Going?** ◯ Yes + [____] guests   | Add a note |   Report spam
◯ Maybe
◯ Do Not

---

## Almawave USA - Follow up discussion

Thu, June 26, 2014, 9:00am – 9:30am

| Event details | Find a time |

**Where**  Click to add a location

**Calendar**  a.gatti@almawave.com

**Created by**  anna.gatti@gmail.com

**Description**  When: Thursday, June 26, 2014 9:00 AM-9:30 AM. (UTC-08:00) Pacific Time (US & Canada)

*~*~*~*~*~*~*~*~*

**Add guests**

**Guests**                                   Email guests

Yes: 0, Maybe: 0, No: 0, Awaiting: 3

c.defelice@almaviva.it *

v.sandei@almawave.it *

Anna Gatti

* Calendar cannot be shown. Why?

**Suggested times**

**Event color**  ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐
☐ ☐

**Notifications**  No notifications set
Add a notification

**Show me as**  ◯ Available   ⦿ Busy

**Visibility**  ⦿ Calendar default   ◯ Public   ◯ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar. Learn more

Publish event

**PJX-054**

Case 4:15-cv-00798-HSG    Document 651-2    Filed 05/06/16    Page 89 of 114

On Jun 26, 2014, at 5:12 PM, "anna gatti" <anna.gatti@gmail.com> wrote:

Gary,

==An Italian group== recently opened a subsidiary in San Francisco.

==The group is== http://almawave.com/

The subsidiary is Almawave USA Inc, a California incorporated. It is basically a commercial entity whose goal is to penetrate the US market.

At the moment they only have one person on the payroll. They expect to have another person transferred from Italy in a couple of months.

They are looking for a turn-key package to handle book-keeping and CPA.

==The monthly run rate of the company is slightly over $100K/month which are currently funded by the parent company.== The biggest part of the expenses is the payment of a monthly invoice of $70K to a BD company engaged as consultant by Almawave USA Inc.

May be a solution with an in house part time bookkeeper and a CPA firm would be a better fit for Almawave USA Inc. ==However the Group CFO wants to have a quote for a turnkey solution book keeping + CPA.== Would your company provide such service and can you quote it, please?

==Can you kindly also provide a quote for the CPA service for the subsidiary ALmawave USA Inc, please?==

Many thanks -


A.


**Gary  Price**, **CPA**

Partner

Sensiba San Filippo LLP

(:: 408-286-7780 x 1009 | office

(:: 408-286-5385 | fax

**EXCERPT FROM ECF NO. 10-3**                    2/12/15, 6:09 PM

**PJX-055**

Case 4:15-cv-00798-HSG    Document 651-2    Filed 05/06/16    Page 90 of 114

(:: 650-996-5620 | mobile

8:: gprice@ssfllp.com

8:: www.ssfllp.com


<image8319b4.PNG>  <imaged5bd1d.PNG>
<image0b709a.GIF>


NOTICE: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer


NOTICE: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer

---

**Gary R. Price** <gprice@ssfllp.com>                                Tue, Oct 21, 2014 at 6:04 PM
To: Anna Gatti <anna@soshoma.com>
Cc: Anna Gatti <anna.gatti@gmail.com>


Please find enclosed the Master Service Agreement (MAS) that you sign once and which is then automatically good for each year thereafter.  It outlines all the standard legal terms of doing business

**PJX-056**

**Going?** ◯ Yes + [____] guests

◯ Maybe

◯ Do Not

[Add a note]

Report spam

## Visa - Follow up

Thu, June 26, 2014, 9:30am – 10:00am

| Event details | Find a time |

**Where** Click to add a location

**Calendar** a.gatti@almawave.com

**Created by** anna.gatti@gmail.com

**Description** When: Thursday, June 26, 2014 9:30 AM-10:00 AM. (UTC-08:00) Pacific Time (US & Canada)

\*~\*~\*~\*~\*~\*~\*~\*~\*

**Add guests**

**Guests**                                    Email guests

Yes: 0, Maybe: 0, No: 0, Awaiting: 5

    IQSystem *

    l.ferri@almawave.it *

    Manuela Micoli *

    v.sandei@almawave.it *

    Anna Gatti

* Calendar cannot be shown. Why?

Suggested times

**Event color** ▢ ▢ ▢ ▢ ▢ ▢ ▢ ▢ ▢ ▢
▢ ▢

**Notifications** No notifications set
Add a notification

**Show me as** ◯ Available  ⦿ Busy

**Visibility** ⦿ Calendar default  ◯ Public  ◯ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar. Learn more

Publish event

**PJX-057**

EXHIBIT 3

○ **California and Federal tax return preparation**

Of course, we will then compare that proposal with a proposal that leaves to an internal bookkeeper some of the functions (you might want to indicate which function can be assigned to an internal bookkeeper) to have a light-package offer.

Please, let me know if you can send me your turnkey proposal (preferably indicating with task(s) can be in-house with an internal Alamwave Inc bookkeeper )

Thank you

A.

On Fri, Jun 27, 2014 at 1:16 PM, Anna <anna.gatti@gmail.com> wrote:

Great!

At the moment I am acting as ad-interim CEO since they hire the team.

So you can fire questions to me.

Thx

A

On Jun 27, 2014, at 12:04 PM, "Gary R. Price" <gprice@ssfllp.com> wrote:

> Thanks so much for bring this opportunity to my attention.  Yes, we can provide a combination proposal where we wrap ourselves around the bookkeeper that we know and have worked with for years.

> We need to know some more details from them in order to prepare a quote.  Would it be possible to contact them to ask questions.  Also, I need to contact the two bookkeepers that I have in mind.

> Thanks,

> Sent from Gary Price's iPad4

**EXCERPT FROM ECF NO. 10-3**

**PJX-058**

✅ **"Anna Personal" <anna.gatti@gmail.com> is going**   Add a note or change your response

**Valeria:Anna**

| 6/30/2014 | 11:00am | to | 11:30am | 6/30/2014 | Time zone |

☐ All day

☑ Repeat: **Weekly at 11am on Monday except Mon Nov 3, 2014 11am or Mon Nov 10, 2014 11am**  Edit

| Event details | Find a time |

**Where**   Enter a location

**Video call**   Add video call

**Calendar**   Anna Personal ⏷

**Description**

**Attachment**   Add attachment

**Event color**

**Notifications**   No notifications set
Add a notification

**Show me as**   ○ Available   ● Busy

**Visibility**   ● Calendar default   ○ Public   ○ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar.  Learn more

Publish event

**Add guests**

Click the        icons below to mark as optional.

**Guests**                                        Email guests
Yes: 1, Maybe: 0, No: 0, Awaiting: 1

Anna Gatti

v.sandei@almawave.it *

* Calendar cannot be shown. Why?

**Guests can**
☐ modify event
☑ invite others
☑ see guest list

**PJX-059**

Case 4:15-cv-00798-HSG    Document 651-2    Filed 05/06/16    Page 94 of 114

(and most of the country) have done the same thing.  Most of this came about as a result of the Enron scandal and lack of independence.  As a result of this, there has grown up several groups of temporary CFO and/or Controller firms to fill the management gap.  And, also more outside bookkeeper firms to fill the gap on bookkeeper assistance.   So even on my proposal, we will have to go hire pieces of those groups to work for us to get this work done in order to give their CFO that one stop coverage.

With that being said, the better way would still be to use the different groups as they are designed.  Bring in the bookkeepers for doing the day to day accounting until the company brings in their own in-house bookkeepers.  Also, use a temporary controller type who can be at the company a couple days a week to monitor the bookkeepers (externals at first, and then the in-house ones later) and make accounting management decisions as needed until the company operations here grow enough to need full time internal controller.  If things were done in this fashion, then we are freed up to be available to do what are best equipped to do, which is the audit and tax returns for their USA subsidiary, and to provide consulting help on many of the Items on the list ( such as guidance on the general accounting, treasury management, monthly close in accordance to GAAP, financial reporting, financial analysis, financial and business modeling, budgeting and forecasting).

Please let me know if you have any questions on our proposal.

P.s. – I also added to our proposal some additional items that they may need assistance on which were not on their list.

**From:** anna gatti [mailto:anna.gatti@gmail.com]
**Sent:** Wednesday, July 02, 2014 12:12 PM
**To:** Gary R. Price
**Subject:** TIME SENSITIVE: Quote for a full service of a recently incorporated subsidiary in San Francisco

Gary,

How are you doing?

I would need to close the loop on Almawave USA Inc.
I have already received a proposal from Early Growth Financial Services and I would love to have your proposal as counteroffer to submit at the Group CFO in Italy.

**EXCERPT FROM ECF NO. 10-3**

**PJX-060**

Case 4:15-cv-00798-HSG Document 651-2 Filed 05/06/16 Page 95 of 114

Would be possible at all to receive a proposal from your firm today?

Basically, the turnkey package would cover:

○ **General accounting oversight**

○ **Treasury management**

○ **Coordinating accounts payable**

○ **Invoicing as needed**

○ **Accounts Receivable**

○ **Oversight of a basic monthly accounting close in accordance with Generally Accepted Accounting Principles (GAAP)**

○ **Basic financial reporting**

○ **Coordinating the annual audit, valuation work and tax preparation**

○ **1099 and W2 preparation**

○ **General financial analysis**

○ **Financial and business modeling as needed**

○ **General budgeting and forecasting work**

**PJX-061**

○ **California and Federal tax return preparation**

Of course, we will then compare that proposal with a proposal that leaves to an internal bookkeeper some of the functions (you might want to indicate which function can be assigned to an internal bookkeeper) to have a light-package offer.

Please, let me know if you can send me your turnkey proposal (preferably indicating with task(s) can be in-house with an internal Alamwave Inc bookkeeper )

Thank you

A.

On Fri, Jun 27, 2014 at 1:16 PM, Anna <anna.gatti@gmail.com> wrote:

Great!

At the moment I am acting as ad-interim CEO since they hire the team.

So you can fire questions to me.

Thx

A

On Jun 27, 2014, at 12:04 PM, "Gary R. Price" <gprice@ssfllp.com> wrote:

> Thanks so much for bring this opportunity to my attention.  Yes, we can provide a combination proposal where we wrap ourselves around the bookkeeper that we know and have worked with for years.

> We need to know some more details from them in order to prepare a quote.  Would it be possible to contact them to ask questions.  Also, I need to contact the two bookkeepers that I have in mind.

> Thanks,

> Sent from Gary Price's iPad4

**PJX-062**

**EXCERPTS OF EMAIL CHAIN RE-ORGANIZED
TO INCLUDE RELEVANT PORTIONS
IN CHRONOLOGICAL ORDER**

(COMPLETE EMAIL CHAIN WAS PREVIOUSLY FILED AT ECF NO. 10-3)

**PJX-063**

Case 4:15-cv-00798-HSG    Document 651-2    Filed 05/06/16    Page 98 of 114

On Wed, Jul 30, 2014 at 5:33 PM, Gary R. Price <gprice@ssfllp.com> wrote:
Yes, I agree that real work sounds like September. But, yes, we can get the agreements in place before you go. I will working in it on Friday as I will out at client a good bit of tomorrow.

Thanks,

Sent from Gary Price's iPad4

On Jul 30, 2014, at 5:12 PM, "anna gatti" <anna.gatti@gmail.com> wrote:

Thank you, Gary.

I will be out of the country from august 8 to the end.
I would think that realistically we can start working together with Almawave in September.

Having an agreement in place before than would be useful.
Thank you

A.

On Wed, Jul 30, 2014 at 2:59 AM, Gary R. Price <gprice@ssfllp.com> wrote:

I took a look at Almawave USA Inc. to see if any deadlines that you need to be aware of in August and there are none.

As to establishing an effective working model, I need to talk to my Business Service Department Manager first to get some details from her in order to lay out the working model. I should be able to talk to her tomorrow and will get back to you.

**From:** anna gatti [mailto:anna.gatti@gmail.com]
**Sent:** Sunday, July 27, 2014 11:56 AM
**To:** Gary R. Price
**Subject:** Re: TIME SENSITIVE: Quote for a full service of a recently incorporated subsidiary in San Francisco

Gary,

I am delighted to inform you that Almawave USA Inc has decided to proceed working with you.

As per your suggestion, we are hiring a person who can manage quickbooks and be the POC for you.

**PJX-064**

Therefore the day-to-day bookkeeping activities will indeed be done directly with Almawave.

This person will be also the office manager so she will be always available in the office.

Is there any deadline I should be aware of?

I will be out of country in August, so if there is anything I should be taking action upon, please, let me know.

Also, I would like to understand how we can establish an effective working model.

I am really glad that Almawave CFO agreed to work with you.

Looking forward to hearing from you

Best

A.

On Thu, Jul 3, 2014 at 7:02 PM, Gary R. Price <gprice@ssfllp.com> wrote:

Anna – here is the proposal for Almawave.  Most of the items depend upon volume of things to do in order to come up an estimated budget.  So I made educated guesses as best that I could, but I could be off – either more details or less which could alter prices some.

As you suggested, I added a paragraph that indicated which Items could be done by an internal bookkeeper while still keeping some supervision from us.

Please note, as I believe that you are aware, most CPA firms here are not geared up for doing all the items on the list.  We have deliberately dropped services of doing Accounts payable, Accounts receivables, invoicing, payroll, and some other items on the list.  The reason for dropping these services is that we have focused more on doing audits.  And to do audits, we have to maintain our independence with our clients which means that we cannot do internal accounting function nor make any management decisions (we can advise, but not make the management decision).  We are not alone at doing this, as virtually all CPAs firms in our area

PJX-065

✅ **"Anna Personal" <anna.gatti@gmail.com> is going**   Add a note or change your response

## AW USA Weekly Meeting

| 7/7/2014 | 10:00am | to | 11:00am | 7/7/2014 | Time zone |

☐ All day

☑ Repeat: **Weekly at 10am on Monday except Mon Nov 3, 2014 10am or Mon Dec 8, 2014 10am**  Edit

| Event details | Find a time |

**Where**   Videoconference or Hangout (Google)
map

**Video call**   Add video call

**Calendar**   Anna Personal ⬍

**Description**

**Attachment**   Add attachment

**Event color**

**Notifications**   No notifications set
Add a notification

**Show me as**   ◯ Available   ⦿ Busy

**Visibility**   ⦿ Calendar default   ◯ Public   ◯ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar.  Learn more

Publish event

**Add guests**

Click the       icons below to mark as optional.

**Guests**                                    Email guests
Yes: 2, Maybe: 0, No: 1, Awaiting: 2

Anna Gatti
l.ferri@almawave.it *
Manuela Micoli *
IQSystem *
v.sandei@almawave.it *

* Calendar cannot be shown. Why?

**Guests can**
☐ modify event
☑ invite others
☑ see guest list

**PJX-066**

☑ **"Anna Personal" <anna.gatti@gmail.com> is going**   Add a note or change your response

**Valeria:Anna**

| 7/7/2014 | 11:00am | to | 11:30am | 7/7/2014 | Time zone |

☐ All day

☑ Repeat: **Weekly at 11am on Monday except Mon Nov 3, 2014 11am or Mon Nov 10, 2014 11am**  Edit

| Event details | Find a time |

**Where**    Enter a location

**Video call**    Add video call

**Calendar**    Anna Personal ⌄

**Description**

**Attachment**    Add attachment

**Event color**

**Notifications**    No notifications set
Add a notification

**Show me as**    ◯ Available    ⦿ Busy

**Visibility**    ⦿ Calendar default    ◯ Public    ◯ Private

By default this event will follow the
sharing settings of this calendar: event details
will be visible to anyone who can see details of
other events in this calendar.  Learn more

Publish event

**Add guests**

Click the      icons below to mark as optional.

**Guests**                                              Email guests

Yes: 1, Maybe: 0, No: 0, Awaiting: 1

Anna Gatti

v.sandei@almawave.it *

* Calendar cannot be shown. Why?

**Guests can**
☐ modify event
☑ invite others
☑ see guest list

**PJX-067**

EXHIBIT PE-12B

**Going?** ⚪ Yes + [___] guests     ⚪ Maybe     ⚪ Do Not

[ Add a note ]

Report spam

## Any chance to start at 9.30am - Weekly Meeting AW USA (moved from Monday)

Wed, July 9, 2014, 9:30am – 10:30am

| Event details | Find a time |

**Where**  Dial in 605 562 3131
map

**Calendar**  a.gatti@almawave.com

**Created by**  anna.gatti@gmail.com

**Description**  When: Wednesday, July 09, 2014
9:30 AM-10:30 AM. (UTC-08:00)
Pacific Time (US & Canada)
Where: Dial in 605 562 3131

*~*~*~*~*~*~*~*~*

Codice 593153#

**Event color**  ⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜
⬜⬜

**Notifications**  No notifications set
Add a notification

**Show me as**  ⚪ Available    ⚫ Busy

**Visibility**  ⚫ Calendar default    ⚪ Public    ⚪ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar.  Learn more

Publish event

**Add guests**

**Guests**                                    Email guests

Yes: 0, Maybe: 0, No: 0, Awaiting: 7

IQSystem *

l.ferri@almawave.it *

Manuela Micoli *

manuela-cons@almawave.com *

tony-cons@almawave.com *

v.sandei@almawave.it *

Anna Gatti

* Calendar cannot be shown. Why?

Suggested times

**PREVIOUSLY FILED AT DKT. #50-16**                              **PJX-068**

EXHIBIT 4(a)

This is the html version of the file http://www.almawave.it/almawave/wp-content/uploads/2014/02/bio-per-sito-Almawave.docx.
**Google** automatically generates html versions of documents as we crawl the web.

## Marco Tripi - Amministratore Delegato

Marco Tripi ricopre anche le cariche di Presidente di Almawave e AlmavivA Contact, Amministratore Delegato di Almawave do Brasil e, in AlmavivA do Brasil, è Presidente e Amministratore Delegato. È nato a Roma nel 1969 ed è laureato in Economia e Commercio. A giugno 2013 è stato nominato membro della Giunta Assonime (Associazione fra le Società italiane per azioni) per il biennio 2013-2014. A luglio 2012 è stato nominato Vice Presidente di Unindustria Roma e Lazio con delega per lo sviluppo dell'Agenda Digitale e della Semplificazione. A marzo 2010 è stato nominato Vice Presidente del Consiglio Direttivo di Assinform - Associazione Italiana per l'Information Technology legata a Confindustria. Nel 2008 è stato nominato Vice Presidente di Assotelecomunicazioni-ASSTEL, l'Associazione di categoria delle aziende di telecomunicazioni aderente a Confindustria ed è entrato a far parte del Consiglio Direttivo dell'Unione degli Industriali e delle Imprese di Roma. Nel 1999 è entrato nel Gruppo Cos ricoprendo prima la carica di Direttore Marketing e, dal 2001, quella di Amministratore Delegato. Nel 1997 ha lavorato presso la Direzione Marketing di BNL Multiservizi, azienda di servizi informatici e telematici del Gruppo BNL.

## Valeria Sandei - Amministratore Delegato Almawave e Direttore Marketing Strategico e Comunicazione del Gruppo AlmavivA

Valeria Sandei ricopre anche la carica di Presidente di Almawave do Brasil. E' nata a Venezia nel 1976, è laureata in "Economia dei Mercati Finanziari" presso l'Università Bocconi di Milano. A luglio 2013 le viene affidata la responsabilità della Direzione Marketing Strategico e Comunicazione del Gruppo AlmavivA. Nel 2011, forte della crescita record registrata negli anni, Almawave esporta le proprie tecnologie innovative partendo dal mercato brasiliano, dando vita alla società Almawave do Brasil. Nel 2007 ha assunto il ruolo di Amministratore Delegato della nuova società Almawave, la società d'innovazione del Gruppo AlmavivA in area Consulting e Business Intelligence. Nel 2004 è entrata nel Gruppo AlmavivA, dove inizialmente si è occupata di attività di marketing e business development e successivamente dell'acquisizione del Gruppo Finsiel, dalla due diligence al piano strategico. Ha iniziato la carriera alla JP Morgan curando progetti di Private Banking. Passata successivamente in Accenture, nell'Area Strategy della Practice Financial Services ha seguito piani industriali e ristrutturazione di modelli organizzativi per Banca Popolare di Milano, Banca Intesa, l'allora Banca di Roma, Credem.

## Antonio Amati - Direttore Generale Divisione IT

Nato a Roma nel 1958, è laureato in Filosofia e, oltre al Master in Pianificazione strategica della SDA Bocconi, ha conseguito numerose specializzazioni in Università europee.
Ricopre la carica di Direttore Generale della Divisione IT ed è Presidente di Lombardia Gestione e Vice Presidente Almawave dal 2013 e membro del Consiglio di Amministrazione di AlmavivA dal 2008. È, inoltre, membro del Consiglio di Amministrazione di SIN, Società di diritto pubblico controllata da Agea e partecipata, tra gli altri, da AlmavivA, IBM,  e membro del Cor, comitato misto Cnipa e Imprese per la gestione del contratto SPC per l'interoperabilità tra le pubbliche amministrazioni.
Dal 2005, come Direttore dell'area Pubblica Amministrazione Centrale di AlmavivA, ha curato la partecipazione dell'azienda a importanti progetti paese, quali: il passaporto elettronico, la Carta Nazionale dei Servizi, la Carta Regionale dei Servizi della Regione Lombardia.
Nel 2002 è stato Direttore dell'area Government di Finsiel.
Dal 2000 al 2002 è stato Amministratore Delegato di Voinoi (Gruppo Acea). Nel 1999 diventa Amministratore Delegato di EDS PA, dedicata al settore pubblico. In questa azienda cura l'avvio dei servizi di interoperabilità di Consip, Ministero della Giustizia, INPS, INAIL, INPDAP. Nel 1995 entra in EDS Italia come Direttore commerciale. Dall'86 al '95 ha ricoperto incarichi via via più importanti presso Database Informatica, fino a diventare Direttore Area Strategica d'Affari.

**Andrea Marzapane - Vice Presidente Almawave Do Brasil**

**PREVIOUSLY FILED AT DKT. #10-4**

**PJX-069**

EXHIBIT 4(a)

Nato nel 1964 a Spoleto, si è laureato nel 1987 in Economia e Commercio alla Luiss. Nel 1992 ha conseguito lo European Master in Management presso l'EAP-ESCP di Parigi. Ha l'abilitazione professionale di Dottore Commercialista e Revisore dei Conti.

Ha iniziato la carriera lavorativa in IBM per poi passare in Texaco, in Spagna, dove per quattro anni ha ricoperto vari incarichi fino ad essere Direttore di Divisione. Nel 1996 è tornato in Italia come Responsabile Customer Care Centro Nord di Tim e successivamente come Responsabile Customer Care Divisione Affari di Telecom Italia.

Entrato nel Gruppo nel 2002 come Direttore Operazioni, successivamente ha assunto il ruolo di Direttore Generale del Gruppo Cos e Direttore Generale di Atesia-Cos-Finsiel.

Attualmente ricopre anche le cariche di Presidente di AlmavivA Tunisie e Presidente di CCID-AlmavivA Information Technology (Shanghai).

.

**Giulio Salomone - Vice Presidente Almawave Do Brasil**

Nato nel 1961, è laureato in Diritto Internazionale presso l'Universitá di Giurisprudenza di Torino.

E' Vice Presidente di Almawave do Brasil e Vice Presidente per le Relazioni Istituzionali di AlmavivA do Brasil.

È stato CEO di AlmavivA do Brasil dal 2008 al 2012, dopo aver lavorato nel Gruppo Fiat per 21 anni, assumendo posizioni di crescente responsabilitá nel settore dei servizi finanziari e nel settore automobilístico, sia in Italia che all'estero.

Dal 2005 al 2008 è stato Amministratore delegato di Fiat UK ltd, a Londra.

Tra il 2003 e il 2005, in Italia a Torino, è stato vice Presidente Senior della Financial Integrated Services di Fiat Auto (societá formata da sei imprese di cui è stato CEO) e Amministratore Delegato di Fidis, societá dello stesso gruppo con un fatturato di 9 miliardi di euro.

Nel 2000 é stato nominato CEO della Fiat Credit do Portugal, societá finanziaria del gruppo Fiat a Lisbona - Portogallo, per poi diventare Vice Presidente Marketing della Business Unit di Fiat Auto Consumer Services.

Nel 1999 ha assunto la direzione dello sviluppo Internazionale della Fidis  ( Fiat Financial Services Group) a Torino dove é stato responsabile per le start up delle nuove societá finanziarie in Brasile, Cina, India, Argentina e Polonia.

.

**Anna Gatti - Amministratore Delegato Almawave USA**

Vive a San Francisco, dove è co-founder e CEO di una start up in intelligenza artificiale applicata ai big data. E' una veterana della tecnologia con anni di esperienza in monetizzazione online. Anna Gatti ha lanciato il primo programma di pubblicità su Skype, occupandosi della strategia e dell'esecuzione di nuove linee di ricavo per la società.
Prima di Skype, è stata a capo delle Vendite e Operations online di YouTube per tutta la parte internazionale e prima ancora era partner del fondo di investimento MyQube ed è stata responsabile per le attività negli Stati Uniti.
Anna Gatti ha un PhD in Business e un PhD in Criminologia. Ha anche completato un programma post-doc in Organizzazione presso l'università di Stanford. Si è laureata con lode in Economia Aziendale presso l'Università Bocconi di Milano.

**PJX-070**

✅ **"Anna Personal" <anna.gatti@gmail.com> is going**   Add a note or change your response

### AW USA Weekly Meeting

| 7/14/2014 | 10:00am | to | 11:00am | 7/14/2014 | Time zone |

☐ All day

☑ Repeat: **Weekly at 10am on Monday except Mon Nov 3, 2014 10am or Mon Dec 8, 2014 10am**  Edit

| Event details | Find a time |

**Where**   Videoconference or Hangout (Google)
map

**Video call**   Add video call

**Calendar**   Anna Personal

**Description**

**Attachment**   Add attachment

**Event color**

**Notifications**   No notifications set
Add a notification

**Show me as**   ○ Available   ● Busy

**Visibility**   ● Calendar default   ○ Public   ○ Private

By default this event will follow the
sharing settings of this calendar: event details
will be visible to anyone who can see details of
other events in this calendar.   Learn more

Publish event

**Add guests**

Click the       icons below to mark as optional.

**Guests**                                    Email guests
Yes: 2, Maybe: 0, No: 1, Awaiting: 2

Anna Gatti

l.ferri@almawave.it *

Manuela Micoli *

IQSystem *

v.sandei@almawave.it *

\* Calendar cannot be shown. Why?

**Guests can**
☐ modify event
☑ invite others
☑ see guest list

**PJX-071**

✅ **"Anna Personal" <anna.gatti@gmail.com> is going**   Add a note or change your response

**Valeria:Anna**

| 7/14/2014 | 11:00am | to | 11:30am | 7/14/2014 | Time zone |

☐ All day

☑ Repeat: **Weekly at 11am on Monday except Mon Nov 3, 2014 11am or Mon Nov 10, 2014 11am**  Edit

| Event details | Find a time |

**Where**   Enter a location

**Video call**   Add video call

**Calendar**   Anna Personal ▾

**Description**

**Attachment**   Add attachment

**Event color**   ▢▢▢▢▢▢▢▢▢▢ ▢▢

**Notifications**   No notifications set
Add a notification

**Show me as**   ○ Available   ⦿ Busy

**Visibility**   ⦿ Calendar default   ○ Public   ○ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar.  Learn more

Publish event

**Add guests**

Click the       icons below to mark as optional.

**Guests**                              Email guests
Yes: 1, Maybe: 0, No: 0, Awaiting: 1

Anna Gatti

v.sandei@almawave.it *

\* Calendar cannot be shown. Why?

**Guests can**
☐ modify event
☑ invite others
☑ see guest list

**PJX-072**

**Going?** ◯ Yes + [____] guests

◯ Maybe

◯ No

Add a note

Report spam

## VS:AG

Thu, July 17, 2014, 9am – 10am

| Event details | Find a time |
|---|---|

**Where**    Click to add a location

**Calendar**    a.gatti@almawave.com

**Created by**    anna.gatti@gmail.com

**Description**    When: Thursday, July 17, 2014 9:00 AM-10:00 AM. (UTC-08:00) Pacific Time (US & Canada)

*~*~*~*~*~*~*~*~*

**Add guests**

**Guests**                                    Email guests

Yes: 0, Maybe: 0, No: 0, Awaiting: 2

v.sandei@almawave.it *

Anna Gatti

* Calendar cannot be shown. Why?

Suggested times

**Event color**    ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐
                   ☐ ☐

**Notifications**    No notifications set
Add a notification

**Show me as**    ◯ Available    ⦿ Busy

**Visibility**    ⦿ Calendar default    ◯ Public    ◯ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar. Learn more

Publish event

**PJX-073**

**Going?** ○ Yes + [    ] guests    [ Add a note                    ]        Report spam
○ Maybe
○ Do Not

## AW and Global foundries conference call dial-in number

Thu, July 17, 2014, 7am – 8am

| Event details | Find a time |

**Where**    number
map

**Video call**    Join video call

**Calendar**    manuela@iqsystem.us

**Description**    Please see details:

Dial-in Number:  (712) 432-1212
Meeting ID:  954-180-807
Host PIN: 8979

**Event color**    

**Notifications**    No notifications set
Add a notification

**Show me as**    ○ Available   ● Busy

**Visibility**    ● Calendar default   ○ Public   ○ Private

By default this event will follow the
sharing settings of this calendar: event details
will be visible to anyone who can see details of
other events in this calendar.  Learn more

Publish event

**Add guests**

**Guests**                                    Email guests

Yes: 3, Maybe: 0, No: 0, Awaiting: 4

l.ferri@almawave.it *

Manuela Micoli *

r.romagnoli@almawave.it *

Anna Gatti

bill.fosnight@globalfoundries.com *

IQSystem *

v.sandei@almawave.it *

* Calendar cannot be shown. Why?

Suggested times

**PJX-074**

✅ **"Anna Personal" <anna.gatti@gmail.com> is going**   Add a note or change your response

---

**Valeria:Anna**

| 7/21/2014 | 11:00am | to | 11:30am | 7/21/2014 | Time zone |

☐ All day

☑ Repeat: **Weekly at 11am on Monday except Mon Nov 3, 2014 11am or Mon Nov 10, 2014 11am**  Edit

| Event details | Find a time |

**Where**          Enter a location

**Video call**     Add video call

**Calendar**       Anna Personal

**Description**

**Attachment**     Add attachment

**Event color**

**Notifications**  No notifications set
                   Add a notification

**Show me as**     ○ Available  ● Busy

**Visibility**     ● Calendar default  ○ Public  ○ Private

By default this event will follow the
sharing settings of this calendar: event details
will be visible to anyone who can see details of
other events in this calendar.  Learn more

Publish event

**Add guests**

Click the      icons below to mark as optional.

**Guests**                              Email guests

Yes: 1, Maybe: 0, No: 0, Awaiting: 1

    Anna Gatti

    v.sandei@almawave.it *

* Calendar cannot be shown. Why?

**Guests can**
☐ modify event
☑ invite others
☑ see guest list

**PJX-075**

✅ **"Anna Personal" <anna.gatti@gmail.com> is going**    Add a note or change your response

## AW USA Weekly Meeting

| 7/21/2014 | 10:00am | to | 11:00am | 7/21/2014 | Time zone |

☐ All day

☑ Repeat: **Weekly at 10am on Monday except Mon Nov 3, 2014 10am or Mon Dec 8, 2014 10am**  Edit

| Event details | Find a time |

**Where**        Videoconference or Hangout (Google)
map

**Video call**    Add video call

**Calendar**     Anna Personal

**Description**

**Attachment**   Add attachment

**Event color**

**Notifications**  No notifications set
Add a notification

**Show me as**   ◯ Available   ● Busy

**Visibility**   ● Calendar default   ◯ Public   ◯ Private

By default this event will follow the
sharing settings of this calendar: event details
will be visible to anyone who can see details of
other events in this calendar.  Learn more

Publish event

**Add guests**

Click the       icons below to mark as optional.

**Guests**                                  Email guests
Yes: 2, Maybe: 0, No: 1, Awaiting: 2

Anna Gatti

l.ferri@almawave.it *

Manuela Micoli *

IQSystem *

v.sandei@almawave.it *

* Calendar cannot be shown. Why?

**Guests can**
☐ modify event
☑ invite others
☑ see guest list

**PJX-076**

✅ **"Anna Personal" <anna.gatti@gmail.com> is going**   Add a note or change your response

## Weekly Meeting (rescheduled)

Tue, July 22, 2014, 10am – 11am

| Event details | Find a time |
|---|---|

| | |
|---|---|
| **Where** | Click to add a location |
| **Calendar** | a.gatti@almawave.com |
| **Created by** | anna.gatti@gmail.com |
| **Description** | When: Tuesday, July 22, 2014 10:00 AM-11:00 AM. (UTC-08:00) Pacific Time (US & Canada)<br><br>*~*~*~*~*~*~*~*~*<br><br>Dial in number 605 562 3131<br>Code 593153# |

**Add guests**

**Guests**                                    Email guests

Yes: 1, Maybe: 0, No: 0, Awaiting: 4

IQSystem *

l.ferri@almawave.it *

Manuela Micoli *

v.sandei@almawave.it *

Anna Gatti

\* Calendar cannot be shown. Why?

Suggested times

**Event color** 🟪 ⬜ ⬜ ⬜ ⬜ ⬜ ⬜ ⬜ ⬜ ⬜ ⬜ ⬜

**Notifications**   No notifications set
Add a notification

**Show me as**   ◯ Available   ⬤ Busy

**Visibility**   ⬤ Calendar default   ◯ Public   ◯ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar.   Learn more

Publish event

**PJX-077**

✅ **"Anna Personal" <anna.gatti@gmail.com> is going**   Add a note or change your response

## Orrick Form + CPA

Tue, July 22, 2014, 10:30am – 11:00am

| Event details | Find a time |

**Where**   Click to add a location

**Calendar**   a.gatti@almawave.com

**Created by**   anna.gatti@gmail.com

**Description**   When: Tuesday, July 22, 2014 10:30 AM-11:00 AM. (UTC-08:00) Pacific Time (US & Canada)

\*~\*~\*~\*~\*~\*~\*~\*~\*

Antonio to call Anna at +1650 996 0783

**Event color**

**Notifications**   No notifications set
Add a notification

**Show me as**   ⚪ Available   🔵 Busy

**Visibility**   🔵 Calendar default   ⚪ Public   ⚪ Private

By default this event will follow the sharing settings of this calendar: event details will be visible to anyone who can see details of other events in this calendar.   Learn more

Publish event

**Add guests**

**Guests**   Email guests
Yes: 1, Maybe: 0, No: 0, Awaiting: 1
a.dibitonto@almaviva.it *
Anna Gatti

\* Calendar cannot be shown. Why?

Suggested times

PJX-078

Case 4:15-cv-00798-HSG Document 651 Filed 05/06/16 Page 113 of 114 EXHIBIT 3

On Wed, Jul 30, 2014 at 5:33 PM, Gary R. Price <gprice@ssfllp.com> wrote:
Yes, I agree that real work sounds like September.  But, yes, we can get the agreements in place before you go.  I will working in it on Friday as I will out at client a good bit of tomorrow.

Thanks,

Sent from Gary Price's iPad4

On Jul 30, 2014, at 5:12 PM, "anna gatti" <anna.gatti@gmail.com> wrote:

Thank you, Gary.

I will be out of the country from august 8 to the end.
I would think that realistically we can start working together with Almawave in September.

Having an agreement in place before than would be useful.
Thank you

A.

On Wed, Jul 30, 2014 at 2:59 AM, Gary R. Price <gprice@ssfllp.com> wrote:

I took a look at Almawave USA Inc. to see if any deadlines that you need to be aware of in August and there are none.

As to establishing an effective working model, I need to talk to my Business Service Department Manager first to get some details from her in order to lay out the working model. I should be able to talk to her tomorrow and will get back to you.

**From:** anna gatti [mailto:anna.gatti@gmail.com]
**Sent:** Sunday, July 27, 2014 11:56 AM
**To:** Gary R. Price
**Subject:** Re: TIME SENSITIVE: Quote for a full service of a recently incorporated subsidiary in San Francisco

Gary,

I am delighted to inform you that Almawave USA Inc has decided to proceed working with you.

As per your suggestion, we are hiring a person who can manage quickbooks and be the POC for you.

**EXCERPT FROM ECF NO. 10-3**

**PJX-079**

EXHIBIT 3

Therefore the day-to-day bookkeeping activities will indeed be done directly with Almawave.

This person will be also the office manager so she will be always available in the office.

Is there any deadline I should be aware of?

I will be out of country in August, so if there is anything I should be taking action upon, please, let me know.

Also, I would like to understand how we can establish an effective working model.

I am really glad that Almawave CFO agreed to work with you.

Looking forward to hearing from you

Best

A.

On Thu, Jul 3, 2014 at 7:02 PM, Gary R. Price <gprice@ssfllp.com> wrote:

Anna – here is the proposal for Almawave.  Most of the items depend upon volume of things to do in order to come up an estimated budget.  So I made educated guesses as best that I could, but I could be off – either more details or less which could alter prices some.

As you suggested, I added a paragraph that indicated which Items could be done by an internal bookkeeper while still keeping some supervision from us.

Please note, as I believe that you are aware, most CPA firms here are not geared up for doing all the items on the list.  We have deliberately dropped services of doing Accounts payable, Accounts receivables, invoicing, payroll, and some other items on the list.  The reason for dropping these services is that we have focused more on doing audits.  And to do audits, we have to maintain our independence with our clients which means that we cannot do internal accounting function nor make any management decisions (we can advise, but not make the management decision).  We are not alone at doing this, as virtually all CPAs firms in our area

PJX-080