*Loop AI Labs Inc.*

*v.*

*Gatti et. al.*

N.D. Cal. 3:15-cv-0798-HSG

---

**Supplemental
Personal Jurisdiction Appendix
PJX-945 to PJX-1353-v**

---

**VOLUME II**

Case 4:15-cv-00798-HSG   Document 551-1   Filed 05/06/16   Page 2 of 5
Case 3:15-cv-00798-HSG   Document 553-1   Filed 04/01/16   Page 1 of 5

12/31/2015

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1 | 02/19/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2 | 02/19/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 3 | 02/19/14 | Jeffrey M. Capaccio <jcapaccio@carrferrell.com>; T D; anna gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 4 | 02/19/14 | Jeffrey M. Capaccio <jcapaccio@carrferrell.com>; T D <tdnprivate@gmail.com>; anna gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 5 | 02/19/14 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | Jeffrey M. Capaccio <jcapaccio@carrferrell.com>; T D <tdnprivate@gmail.com>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 6 | 02/21/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 7 | 02/21/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 8 | 02/21/14 | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

1



LOOP AI LABS INC v. GATTI ET AL
EXHIBIT
LOOP AI-001
PJX-0945
N.D.Cal. 15-798

Case 4:15-cv-00798-HSG    Document 655-1    Filed 05/06/16    Page 3 of 5
Case 3:15-cv-00798-HSG    Document 531-1    Filed 04/01/16    Page 2 of 5

12/31/2015

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 9 | 02/21/14 | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 10 | 02/21/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 11 | 02/21/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 12 | 02/21/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 13 | 02/21/14 | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 14 | 02/21/14 | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 15 | 02/22/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

2

**PJX-0946**

Case 4:15-cv-00798-HSG    Document 551-1    Filed 05/06/16    Page 4 of 5
Case 3:15-cv-00798-HSG    Document 531-1    Filed 04/01/16    Page 3 of 5

12/31/2015

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 16 | 02/22/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 17 | 02/22/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 18 | 02/22/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 19 | 02/22/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 20 | 02/22/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 21 | 02/22/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

3

PJX-0947

Case 4:15-cv-00798-HSG   Document 655-1   Filed 05/06/16   Page 5 of 5
Case 3:15-cv-00798-HSG   Document 655-1   Filed 04/01/16   Page 4 of 5

12/31/2015

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 22 | 02/22/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 23 | 02/22/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 24 | 02/24/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 25 | 02/24/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 26 | 02/24/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 27 | 02/24/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 28 | 02/24/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 29 | 02/24/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

4

**PJX-0948**