**REDACTED**

# EXHIBIT D

**REDACTED**



# HealyLex

Healy LLC
154 Grand Street
NEW YORK, NY  10013-3141

(212)810-0377
Billing@healylex.com
http://www.healylex.com

## Invoice

| Date | Invoice # |
|---|---|
| 09/20/2015 | IQS-Inc. C/C Fees |
| **Terms** | **Due Date** |
| Due on receipt | 10/20/2015 |

| Bill To |
|---|
| Loop AI Labs Inc.<br>1 Bluxome Street<br>Suite 418<br>San Francisco, CA  94108 |

| Date | Activity | Time | Hourly Rate | Total Amount |
|---|---|---|---|---|
| 03/16/2015 | Review and analyze ▓▓▓▓▓ - Attorney/ DWong | 1:15 | 230.00 | 287.50 |
| 03/16/2015 | Review and analyze ▓▓▓▓▓ - Attorney/ DWong | 0:25 | 230.00 | 95.83 |
| 03/23/2015 | Edit ▓▓▓▓▓. - Attorney/ DWong | 0:35 | 230.00 | 134.17 |
| 03/24/2015 | Discuss with ELerner ▓▓▓▓▓ - Attorney/ DWong | 0:20 | 230.00 | 76.67 |
| 03/26/2015 | Draft and revise ▓▓▓▓▓ - Eric Lerner | 3:54 | 365.00 | 1,423.50 |
| 03/27/2015 | ▓▓▓▓▓ research ▓▓▓▓▓ Begin drafting ▓▓▓▓▓ Research ▓▓▓▓▓ esearch regarding ▓▓▓▓▓ begin drafting ▓▓▓▓▓ - Eric Lerner | 6:24 | 365.00 | 2,336.00 |
| 04/01/2015 | Draft and revise ▓▓▓▓▓ research into ▓▓▓▓▓ - Eric Lerner | 5:12 | 365.00 | 1,898.00 |
| 04/02/2015 | Discuss ▓▓▓▓▓ - Attorney/ DWong | 1:00 | 230.00 | 230.00 |
| 04/02/2015 | Review, revise and finalize ▓▓▓▓▓ - Eric Lerner | 3:00 | 365.00 | 1,095.00 |
| 04/03/2015 | Discuss ▓▓▓▓▓ Confer with VCH re: same. - Attorney/ DWong | 1:00 | 230.00 | 230.00 |
| 04/03/2015 | Edit ▓▓▓▓▓. - Attorney/ DWong | 0:20 | 230.00 | 76.67 |
| 04/03/2015 | Edit ▓▓▓▓▓. - Attorney/ DWong | 0:20 | 230.00 | 76.67 |
| 04/06/2015 | Work on all aspects of ▓▓▓▓▓, review research in connection with ▓▓▓▓▓ - Attorney/ VCHealy | 3:06 | 440.00 | 1,364.00 |
| 04/09/2015 | Update and revise ▓▓▓▓▓ research ▓▓▓▓▓ - Eric Lerner | 4:30 | 365.00 | 1,642.50 |

Continue to the next page

Privileged & Confidential

**REDACTED**

| Date | Activity | Time | Hourly Rate | Total Amount |
|------|----------|------|-------------|--------------|
| 04/09/2015 | Edit ▮▮▮▮▮▮▮▮▮▮▮ cited. - Attorney/ DWong | 4:00 | 230.00 | 920.00 |
| 04/11/2015 | Continue working on all aspects of ▮▮▮▮▮▮▮ - Attorney/ VCHealy | 0:39 | 440.00 | 286.00 |
| 04/11/2015 | Work on all aspects of ▮▮▮▮▮▮▮ - Attorney/ VCHealy | 3:00 | 440.00 | 1,320.00 |
| 04/13/2015 | IQS Inc. -- Research ▮▮▮▮▮▮ review ▮▮▮▮ - Attorney/ VCHealy | 5:42 | 440.00 | 2,508.00 |
| 04/24/2015 | Teleconference with IQSystem's counsel. - Attorney/ VCHealy | 0:10 | 440.00 | 73.33 |
| 04/27/2015 | Review and research re: ▮▮▮▮▮▮ - Attorney/ VCHealy | 3:06 | 440.00 | 1,364.00 |
| 04/28/2015 | Work on all aspects of ▮▮▮▮▮▮ - Attorney/ VCHealy | 8:51 | 440.00 | 3,894.00 |
| 05/18/2015 | Research regarding ▮▮▮▮▮▮▮ ▮▮▮ - Attorney/ BWolin | 2:30 | 230.00 | 575.00 |
| | | | **Total** | **$21,906.84** |

Privileged & Confidential