UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>        Plaintiff,<br><br>    v.<br><br>ANNA GATTI, et al.,<br><br>        Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER RE ALMAWAVE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DISCOVERY LETTER RE PLAINTIFF'S PRIVILEGE LOG**<br><br>Re: Dkt. No. 630 |

    The court has reviewed Defendant Almawave USA, Inc.'s administrative motion for leave to file a unilateral discovery letter brief regarding the sufficiency of Plaintiff Loop AI Labs Inc.'s privilege log, which was served on Almawave on April 11, 2016, and Plaintiff's opposition thereto. [Docket Nos. 630, 637.] By no later than 9:00 a.m. PST on May 11, 2016, Plaintiff shall file a copy of the privilege log that it served on Almawave on April 11, 2016 for the court's review.

    **IT IS SO ORDERED.**

Dated: May 10, 2016



Donna M. Ryu
United States Magistrate Judge