UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>        Plaintiff,<br><br>   v.<br><br>ANNA GATTI, et al.,<br><br>        Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER RE WEEKLY MEET AND CONFER TELECONFERENCES**<br><br>Re: Dkt. Nos. 645, 664 |

The court has received Defendant IQSystem, Inc.'s administrative motion for leave to file a unilateral discovery letter brief regarding the parties' weekly meet and confer teleconferences and Plaintiff Loop AI Labs Inc.'s opposition thereto. [Docket Nos. 645, 664.]

On October 16, 2015, the court ordered the parties to "set a regularly-scheduled weekly appointment to meet and confer regarding discovery." [Docket No. 271.] Frankly, the court did not consider when the parties would be relieved of this obligation. Fact discovery closed on March 29, 2016, but expert discovery is open until June 7, 2016. Therefore, the parties shall continue their weekly meet and confer teleconferences through the close of expert discovery, and their last weekly call shall be on Friday, June 3, 2016. After that date, the parties are relieved of their weekly meet and confer teleconference obligations. IQSystem, Inc.'s administrative motion is denied.

**IT IS SO ORDERED.**

Dated: May 10, 2016



Donna M. Ryu
United States Magistrate Judge