UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>             Plaintiff,<br><br>   v.<br><br>ANNA GATTI, et al.,<br><br>            Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER TO SUBMIT SUPPLEMENTAL INFORMATION RE SUBPOENAS**<br><br>Re: Dkt. No. 519 |

The court has reviewed Defendant Almawave USA, Inc.'s ("Almawave") discovery motion regarding its subpoenas to third parties Fabio Ficano and Elettranova.  [Docket No. 519.] It is not clear whether Almawave tendered witness fees to the third parties at the time it served the subpoenas.  *See* Fed. R. Civ. P. 45(b)(1) ("if [a] subpoena requires [a] person's attendance," upon service of the subpoena the serving party must "tender[] the fees for 1 day's attendance and the mileage allowed by law.").  Therefore, by no later than 12:00 p.m. on May 13, 2016, Almawave shall file a statement indicating whether it tendered witness fees to Ficano and Elettranova, and if so, submit evidence thereof.

**IT IS SO ORDERED.**

Dated: May 12, 2016



_____
Donna M. Ryu
United States Magistrate Judge