**VENABLE LLP**
Thomas E. Wallerstein (SBN 232086)
Kimberly Culp (SBN 238839)
Email: twallerstein@venable.com
        kculp@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:   415.653.3755

Attorneys for Defendant Almawave USA, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l., an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM Inc., a Delaware corporation,<br><br>                    Defendants. | CASE NO.: 3:15-cv-00798-HSG-DMR<br><br>Hon. Donna M. Ryu<br><br><br>**ALMAWAVE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR SANCTIONS FOR LOOP'S REFUSAL TO COMPLY WITH MAY 3, 2016 DISCOVERY ORDER**<br><br><br>Action Filed:     February 20, 2015<br>Trial Date:       September 19, 2016 |
| Relevant Case Management Deadlines | Fact discovery in this matter closed on March 29, 2016.  Expert discovery will close on June 7, 2016.  The dispositive motion hearing is set for July 11, 2016.  Trial is set in this matter for September 19, 2016, with the pretrial conference set for August 30, 2016. |

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

Pursuant to Civil L.R. 7-11 and this Court's Order at Dkt. 222, Almawave moves for leave to file a motion for sanctions for Loop's refusal to comply with this Court's May 3, 2016 order, Dkt. 640. The order required Loop to serve supplemental responses to interrogatories, produce documents, and provide Rule 34 certifications by May 10. Dkt. 640.

Loop refuses to comply with this Court's order. May 10 came and went, and Loop refused to even confirm whether or not it intended to comply with the order. *See* Dkt. 679.

On May 17, Loop filed a Rule 72 motion with Judge Gilliam objecting to Judge Ryu's order and confirming that Loop has not complied and does not intend to comply with Judge Ryu's order. Dkt. 686. Loop did not seek a stay of the May 3 order and Loop's objection to Judge Gilliam, of course, does not excuse Loop's compliance. *See* Order dated March 25, 2016, Dkt. 527 ("[C]ounsel are on notice that all parties must comply with the undersigned's orders unless and until they are relieved from such obligations by court order . . . . Any party that fails to comply with the undersigned's orders is subject to sanctions.").

Loop has refused to engage in any joint letters for months, and of course refused to participate in a joint letter on this issue as well. *See* Exhibit A. Loop steadfastly refused to discuss this issue on the recorded, Court-ordered telephone call on May 13. *See* Dkt. 679. Loop also refused to discuss the issue on the recorded, Court-ordered call on May 20, saying only "you can take up with the Court whatever you wish to take up with the Court."

Given Loop's refusal to participate in the Court-ordered dispute resolution process, Almawave seeks leave to file a motion (or robust unilateral letter) for contempt and sanctions. Because the discovery at issue is absolutely essential, nine months overdue, and already the subject of numerous court orders, Almawave will seek terminating sanctions.

<div style="margin-left: 50%;">

Respectfully,

Dated: May 20, 2016

**VENABLE LLP**

By:  /s/ Thomas E. Wallerstein
Thomas E. Wallerstein (SBN 232086)

</div>

<div style="text-align: left;">

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

</div>

ALMAWAVE'S MOTION FOR LEAVE TO FILE MOTION FOR SANCTIONS