FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 20 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware Corporation,<br><br>                Plaintiff - Appellant,<br><br>VALERIA CALAFIORE HEALY,<br><br>                Appellant,<br><br>    v.<br><br>ANNA GATTI; et al.,<br><br>                Defendants - Appellees. | No. 16-15545<br><br>D.C. No. 3:15-cv-00798-HSG<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before:  REINHARDT, MURGUIA, and OWENS, Circuit Judges.

We have reviewed appellants' response to the order to show cause and conclude that this court lacks jurisdiction over the appeal because the district court order dated February 29, 2016 and appellants' March 14, 2016 and March 23, 2016 district court filings are not final appealable orders.  *See* 28 U.S.C. § 1291; *Stanley v. Woodford*, 449 F.3d 1060, 1061 (9th Cir. 2006).  Accordingly, this appeal is dismissed.

The request for a stay of this appeal is denied as moot.

**DISMISSED.**

FG/MOATT