1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    LOOP AI LABS INC,                      Case No. 15-cv-00798-HSG   (DMR)

           Plaintiff,
8
                                            ORDER ON DEFENDANT'S MOTION
     v.                                     FOR LEAVE TO FILE A MOTION FOR
9                                           RECONSIDERATION
10   ANNA GATTI, et al.,
                                            Re: Dkt. No. 727
           Defendants.
11

12         The court has received Defendant Almawave USA, Inc.'s ("Almawave") motion for leave

13   to file a motion for reconsideration of the court's June 3, 2016 order on Almawave's motions

14   regarding expert discovery, Plaintiff Loop AI Labs Inc.'s opposition thereto, and Almawave's

15   reply.  [Docket Nos. 727, 744, 757.]

16         On May 27, 2016, Almawave filed an administrative motion for leave to file a unilateral

17   letter brief regarding the depositions of Plaintiff's expert witnesses, seeking an order 1)

18   compelling the depositions of Plaintiff's expert witnesses; or 2) allowing the expert depositions to

19   take place after the June 7, 2016 expert discovery cutoff so that it could re-serve the deposition

20   subpoenas.  [Docket No. 714.]  In its response, Plaintiff indicated that its experts would

21   voluntarily appear for their depositions on June 1 and 2, 2016 as scheduled.  [Docket No. 716.]

22   Therefore, on June 3, 2016, the court denied Almawave's motion for leave to file a unilateral letter

23   brief as moot in light of Plaintiff's representation.  [Docket No. 719.]  In other words, the court

24   denied Almawave's motion because it appeared that the parties had reached an agreement about

25   the depositions.  Based on the briefing related to Almawave's motion for leave to file a motion for

26   reconsideration, it is clear that the parties have not reached an agreement about Plaintiff's experts'

27   depositions.  Thus, Almawave's original administrative motion for leave to file a unilateral letter

28   brief regarding the depositions of Plaintiff's expert witnesses is not moot.  The administrative

United States District Court
Northern District of California

motion is granted.  Almawave shall file a two-page unilateral letter brief regarding the depositions by no later than June 24, 2016.  Plaintiff's opposition shall not exceed two pages and shall be filed by no later than June 29, 2016.  Almawave's motion for leave to file a motion for reconsideration is denied as moot.

      **IT IS SO ORDERED.**

Dated: June 22, 2016



Donna M. Ryu
United States Magistrate Judge

United States District Court
Northern District of California