# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

    Plaintiff,

v.

ANNA GATTI, et al.,

    Defendants.

Case No. 15-cv-00798-HSG   (DMR)

**ORDER RE MOTION TO COMPEL EXPERT DISCOVERY**

Re: Dkt. No. 769

The court has received Defendant Almawave USA, Inc.'s ("Almawave") unilateral discovery letter brief regarding the depositions of Plaintiff Loop AI Labs Inc.'s expert witnesses, Dr. Elliot A. Fishman and Jesus Reyes, and Plaintiff's opposition thereto. [Docket Nos. 769, 774.] Given the parties' disputes about their communications about the experts' depositions, the court orders Almawave and Plaintiff to submit the transcriptions of the entire May 27, 2016 and June 3, 2016 recorded meet and confer calls for the court's review. Almawave and Plaintiff shall jointly select a transcriber and equally share (50% Plaintiff/50% Almawave) the transcription costs, and shall file the transcriptions by no later than July 11, 2016. If the parties are unable to agree upon a transcriber, by July 8, 2016 they shall file a one-page letter notifying the court of their inability to select a transcriber and lodge the recordings of the May 27, 2016 and June 3, 2016 calls. The court will then assign the matter to a court reporter for transcription and shall order immediate payment for expedited transcription costs.

**IT IS SO ORDERED.**

Dated: July 4, 2016



Donna M. Ryu
United States Magistrate Judge