UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>ANNA GATTI, et al., <br><br>　　　　Defendants. | Case No. 15-cv-00798-HSG   (DMR) <br><br>**ORDER RE ALMAWAVE'S ADMINISTRATIVE MOTION FOR SANCTIONS RE DOCUMENTS WITHHELD AS PRIVILEGED** <br><br>Re: Dkt. No. 715 |

　　　　The court has received Defendant Almawave USA, Inc.'s ("Almawave") administrative motion regarding Plaintiff Loop AI Labs Inc.'s failure to comply with the court's May 13, 2016 order in which the court ordered Plaintiff to produce documents withheld on grounds of attorney-client privilege and work product protection by a date certain (Docket No. 680).  [Docket No. 715.]  In its administrative motion, Almawave seeks either the issuance of an order to show cause why terminating sanctions should not be imposed for Plaintiff's failure to comply with the May 13, 2016 order or leave to file a unilateral letter brief seeking such relief.

　　　　Plaintiff filed a timely opposition to Almawave's administrative motion.  [Docket No. 725.]  In its opposition, Plaintiff does not dispute its failure to comply with the May 13, 2016 order.  It notes that it has petitioned the United States Court of Appeals for the Ninth Circuit for mandamus review of the May 13, 2016 order and asks the court to "grant it at least the ability to have its petition reviewed by the Ninth Circuit before entertaining any further motions on the [May 13, 2016 order]."  *Id*. at 1.  By no later than July 8, 2016, Plaintiff shall file a one-page letter simply identifying authority for the position that petitioning for a writ of mandamus to a United States Court of Appeals has the effect of staying a party's duty to comply with the order that is the subject of the writ of mandamus.  Plaintiff's letter shall not contain any argument.  By no later than July 13, 2016, Almawave shall file a one-page response in which it identifies any contrary

authority.  Almawave's response shall not contain any argument.

**IT IS SO ORDERED.**

Dated: July 4, 2016

