In re the Matter of Loop Ai Labs Inc. v. Anna Gatti, et al.

DECLARATION REGARDING PRODUCTION OF MICROSOFT DOCUMENTS

I, Camellia Mann, declare under the penalty of perjury under the laws of the state of Washington that the following statements are true and correct:

1. My name is Camellia Mann; I am an Associate Paralegal at Microsoft Corporation, working in the Legal and Corporate Affairs Litigation Department.

2. As the person assigned to responding to the Subpoena Duces Tecum served on Microsoft Corporation by Valeria Calafiore Healy in the above-captioned case, I was responsible for locating, collecting and producing responsive documents.

3. I certify that the enclosed disk containing nine hundred and sixty seven (967) pages of documents represent a true and correct copy of the documents responsive to the request for documents referenced in number 2 above.

4. These records are maintained by Microsoft Corporation in the regular course of business.

**Under penalty of perjury of the laws of the State of Washington, I have read the above statement, know the contents thereof and believe the same to be true.**

Dated: _____7/29/2015_____ at Redmond, Washington.

Camellia Mann

**SJX-783**

589203

October 17, 2011

Anna Gatti
c/o Skype Inc.

Dear Anna:

Microsoft Corporation is pleased to offer you employment as described in this offer letter ("Offer"). We trust you will treat the details of this offer with utmost confidentiality.

## Position

Your Offer is for the position of Director, Advertising Strategy.

## Work Location

Initially, your employment will be based in your current location.

## Start Date

The effective start date of your employment with Microsoft ("Start Date") is currently targeted for January 1, 2012. You will be notified of any changes to the Start Date.

## Compensation

The compensation package associated with this Offer and effective as of the Start Date is as follows:

Salary:  Microsoft offers you a salary in the gross amount of $248,400 per year, payable semi-monthly. Currently, our performance review process provides for an annual merit increase opportunity. Any increase would be based on performance. Your salary reviews will occur according to the performance review timetable in place for Microsoft employees at that time.

Annual Performance Bonus Opportunity:  You will also be eligible for an annual performance bonus. The bonus potential range is 0-45% of your bonus eligible earnings during the review period. The bonus target opportunity is 20%. Your actual bonus can be higher or lower than the target and will be based on your performance against your commitments as evaluated during the annual performance review process. Your first eligibility for a bonus will be based on your Start Date. Any subsequent bonus eligibility will occur according to the performance review timetable in place for Microsoft employees at that time. The bonus program replaces and supersedes any other bonus programs, including bonus programs or arrangements with Skype; however, you will still be eligible for any bonus earned for the period ending December 31, 2011 pursuant to the terms of the Skype Bonus Plan.

On-Hire Stock Award:  You will be granted an On-hire Stock Award for shares of Microsoft Corporation common stock, subject to approval by the Compensation Committee of Microsoft's Board (or its delegate). The number of shares will be calculated by dividing $75,000 (USD) by the closing Microsoft stock price on a future date (typically the 15th of the month immediately following the month in which your start date occurs). Your Stock Award will be subject to the terms of Microsoft's 2001 Stock Plan and its form of Stock Award Agreement. On-Hire Stock Awards are approved on a monthly basis, with vesting commencement on the approval date. Additional information regarding this Stock Award, including the Stock Award Agreement you will be required to sign as a condition of the award, will be provided to you by Stock Services approximately 90 days after the Start Date.

Annual Stock Award:  You will be eligible for an Annual Stock Award opportunity, vesting 20% per year, payable if you remain employed with Microsoft through the vesting date.

Skype Stock Options:  If you have unvested Skype stock options at the closing of Microsoft's acquisition of Skype, your substituted Microsoft stock options will be granted pursuant to a stock option agreement under Microsoft's 2001 Stock Plan.

**SJX-780**

MS SUB CONFIDENTIAL GATTI 000016

### Benefits

You may participate in Microsoft's benefits plans, subject to their terms and conditions. You will be eligible for a minimum of 3 weeks of vacation per year (with 4 weeks at 7 years of service and 5 weeks at 13 years of service), as well as participation in Microsoft's flexible benefits plan, 401(k) Savings Plan and Employee Stock Purchase Plan. Your service time with Skype will be considered for purposes of determining your vacation accrual rate and (if ever applicable) any service-based severance calculation. You agree and request that any accrued and unpaid vacation balance with Skype will be transferred to Microsoft effective on the Start Date for use pursuant to Microsoft policy and will not be paid by Skype. Microsoft's benefits plans may be modified or eliminated by Microsoft in its sole discretion.

### Employment at Will

This Offer does not constitute a contract of employment for any specific or minimum term and the employment Microsoft offers to you is terminable at will. This means that the employment relationship between you and Microsoft is voluntary and based on mutual consent. You may resign employment, and Microsoft likewise may terminate your employment, at any time, for any reason, with or without cause or notice. Microsoft reserves the right to change the compensation plans at any time without notice. Any prior oral or written representations to the contrary are void, and the at-will relationship may not be modified except by a formal written employment contract signed by the senior officer for Human Resources at Microsoft.

If you are working on a visa, this at-will relationship will govern your employment at Microsoft even though, in submitting your nonimmigrant application for work-visa status to the immigration authorities, Microsoft may reserve and request a particular period of employment permission that may be available under immigration regulations.

### No Other Agreements; Governing Law

As of the Start Date:

- Except as stated in this Offer and the Employee Agreement, there are no other representations or understandings regarding your employment with Microsoft or with Skype or any of their affiliates.

- This Offer and the Employee Agreement will supersede any and all written or oral agreements between you and Skype relating to your employment or compensation for your employment with Skype. For the avoidance of doubt, any Microsoft stock options granted in substitution for your unvested Skype stock option, and any right you may have for a bonus under the Skype Bonus Plan through December 31, 2011, will not be superseded.

Notwithstanding the foregoing, all of your obligations to protect the confidentiality of information of Skype or affiliates and to assign intellectual property rights to them or otherwise protect their intellectual property and/or business interests, whether such obligations arose under law or contracts, shall remain in full force and effect.

This Offer shall be governed by the law of the State of Washington without regard to its choice of law rules.

### Conditions to Employment Offer

This employment offer is conditioned upon all of the following:

- The completion and signing of the following documents (collectively known as "Offer Documents") within the time period identified in the Acceptance of Offer section below:

    - Offer Letter
    - Employee Agreement

**SJX-781**

MS SUB CONFIDENTIAL GATTI 000017

**SJX-782**

- Employee Information Sheet
- Personnel Status Record

- Your completion of the Form I-9 (for Employment Eligibility Verification), Section 1, at the Employee Orientation, and the presentation of acceptable documentation establishing your identity and authorization to work in the United States no later than your third business day of your Start Date, as required under U.S. immigration regulations. We have attached the Lists of Acceptable Documents for Form I-9 purposes provided by the U.S. Citizenship and Immigration Services.

- Your continued employment through the Start Date.

- Your satisfaction of any other conditions listed in this Offer.

In the event that any of these conditions are not satisfied, this Offer is void and no longer valid.

### Acceptance of Offer

Please indicate your acceptance of this offer by completing and signing one original copy of the Offer Documents in the enclosed envelope by November 4, 2011. Please note that you are not authorized to alter the terms of this letter or the Employee Agreement in any manner. A copy of this letter and the Employee Agreement is provided for your records. You will receive additional information regarding Employee Orientation. Employee Orientation is an important part of your onboarding process providing you with a complete overview of company benefits and information as well as opportunity to complete required employment documentation.

We are excited about the combined future of Skype and Microsoft and we look forward to you joining us.

Sincerely,

*Jill Domanico*

Jill Domanico
HR Director

ACCEPTANCE:

_____
Anna Gatti

_____
DATE

MS SUB CONFIDENTIAL GATTI 000018



February 9, 2011

Revised

Anna Gatti
225 26th Avenue # B
San Francisco, CA 94121

Dear Anna:

Skype Inc. ("Skype" or the "Company") is pleased to offer you the exempt position of Director Marketing Strategy & Operations, reporting to Doug Bewsher, Chief Marketing Officer, at a bi-weekly salary of US$8,846.15, which is equivalent to an annualized salary of US$230,000.00. In addition, the Company may award you discretionary bonuses from time to time.

You will be eligible to participate in the Skype Global Sarl Equity Incentive Plan ("the Plan"). It will be recommended to the Compensation and Nominations Committee ("the Committee") of the Board of Directors of Skype Global Sarl that you be granted a stock option to purchase 1500 shares of Skype Global Sarl's common stock. Any such stock option will be granted under and subject to the terms and conditions of the Plan as well as the terms and conditions of the stock option agreement (which will be provided to you as soon as practicable after the grant date determined at the next available meeting of the Committee). The exercise price for the stock option will be no less than the fair market value of Skype Global's common stock on the date of grant.

You will be eligible to participate in the Skype Bonus Plan with semi-annual bonuses based on individual achievement as well as Company performance. Your target bonus is up to 25% of your base salary. The two semi-annual bonus periods are from January 1 through June 30 and from July 1 through December 31. To be eligible to receive any Skype Bonus Plan bonus, you must be employed for a full calendar quarter and you must be employed on the date the bonus is paid. The payment of any bonus is at the Company's sole and absolute discretion and subject to the terms and conditions of the Skype Bonus Plan. The Company reserves the right to amend, change or cancel the plan at its sole discretion.

You shall also receive a one-time hire-on bonus of $75,000.00 payable within two payroll periods of your start date. This bonus will be non-refundable so long as you remain a full-time employee for at least two years. In the event your employment ceases for reasons of cause or resignation prior to completion of two years from your start date, the bonus shall be refundable at a prorated rate to Skype. Attached is a Repayment Requirement form for your review and signature.

Under federal immigration laws, the Company is required to verify each new employee's identity and legal authority to work in the United States. Accordingly, please be prepared to furnish appropriate documents satisfying those requirements; this offer of employment is conditioned on submission of satisfactory documentation.

Your employment at the Company is "at-will" and either you or the Company may terminate your employment at any time, with or without cause or advance notice. The at-will nature of the employment relationship can only be changed by written agreement signed by the Director of Human Resources. Other terms, conditions, job responsibilities, compensation and benefits may be adjusted by the Company from time to time in its sole discretion.

3210 PORTER DRIVE, PALO ALTO, CA 94304

**SJX-778**

MS SUB CONFIDENTIAL GATTI 000028



All of us at Skype are very excited about you joining our team and look forward to a beneficial and fruitful relationship. However, should any dispute arise with respect to your employment or the termination of that employment, we both agree that such dispute shall be conclusively resolved by final, binding and confidential arbitration rather than by a jury court or administrative agency. The Company will bear those expenses unique to arbitration. Please review the enclosed Mutual Arbitration Agreement carefully.

As a condition of your employment, you must complete both the Mutual Arbitration Agreement and the enclosed Employee Proprietary Information and Inventions Agreement prior to commencing employment. In part, the Employee Proprietary Information and Inventions Agreement requires that a departing employee refrain from unauthorized use or disclosure of the Company's confidential information (as defined in that Agreement). This Agreement does not prevent a former employee from using know-how and expertise in any new field or position. If you should have any questions about the Employee Proprietary Information and Inventions Agreement, please call me. Otherwise, please sign and date this document and return it to me in the enclosed envelope.

This letter, the Mutual Arbitration Agreement, and the Employee Proprietary Information and Inventions Agreement contain the entire agreement with respect to your employment. Should you have any questions with regard to any of the items indicated above, please call me. Kindly indicate your consent to this agreement by signing copies of this letter, the Mutual Arbitration Agreement, and the Employee Proprietary Information and Inventions Agreement and returning them to Petre Sebe (petre.sebe@skype.net) by the close of business on 24th of February 2011.

This offer is contingent upon your background verification. Upon your signature below, this will become our binding agreement with respect to your employment and its terms merging and superseding in their entirety all other or prior offers, agreements and communications, whether written or verbal, by you and the Company as to the specific subjects of this letter.

We are excited at the prospect of you joining our team. Your background and qualifications will add a unique strength to our department, as well as to Skype's continued success. We look forward to having you on board!

Very truly yours,

Kim Tran – HR, Skype Americas

ACCEPTED:

Anna Gatti

02 | 22 | 2011
Date

**Anticipated Start Date:  March 1, 2011**

3210 PORTER DRIVE, PALO ALTO, CA 94304

**SJX-779**

MS SUB CONFIDENTIAL GATTI 000029