*Loop AI Labs Inc.*
*v.*
*Gatti et. al.*
N.D. Cal. 3:15-cv-0798-HSG

---

## Summary Judgment Appendix
## (Continued)

---