United States District Court
Northern District of California

1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 LOOP AI LABS INC,

Plaintiff,

8

v.

9

ANNA GATTI, et al.,

10

Defendants.

11

Case No.  15-cv-00798-HSG   (DMR)

**ORDER RE STATEMENT REGARDING PLAINTIFF'S DOCUMENT PRODUCTION AND MEET AND CONFER CALL TRANSCRIPTIONS**

Re: Dkt. Nos. 813, 815

12          The court has received the Almawave Defendants' statement identifying documents that it

13 contends Plaintiff Loop AI Labs Inc. did not produce or make available to Defendants prior to

14 April 8, 2016 but cited in support of its opposition to the Almawave Defendants' motion for

15 summary judgment.  [Docket No. 815; see also Docket No. 778 (July 4, 2016 Order).]  The

16 Almawave Defendants attached a 20-page chart listing the documents in question.  [Docket No.

17 815-1 (the "chart").]

18          By no later than July 18, 2016, Plaintiff shall file a statement identifying where in its

19 opposition brief Plaintiff cited the documents listed on the Almawave Defendants' chart.  If

20 Plaintiff contends that it produced any of the documents at issue by April 8, 2016, it shall state the

21 date on which it produced or made available to the Almawave Defendants each such document

22 and submit evidence supporting its assertions.  If Plaintiff agrees that it did not produce or make

23 available by April 8, 2016 any of the documents listed on the chart, it shall explain why it did not

24 produce the document[s] by April 8, 2016.

25          By no later than July 18, 2016, the Almawave Defendants shall file a statement identifying

26 where in Plaintiff's opposition brief Plaintiff cited the documents listed on the chart.  The

27 Almawave Defendants shall also provide evidence supporting their assertions about the particular

28 dates on which the documents were produced or made available by Plaintiff, and evidence

1    supporting their claim that certain documents were never produced by Plaintiff.

2         The court has also received Defendant Almawave USA, Inc.'s ("Almawave") Notice of

3    Filing of the Transcriptions of the Meet and Confer Calls pursuant to the court's July 4, 2016

4    order (Docket No. 775), as well as Plaintiff's objections thereto and Almawave's response to the

5    objections.  [Docket Nos. 813, 819, 822.]  By July 15, 2016, the parties shall lodge the recordings

6    of the entire May 27, 2016 and June 3, 2016 meet and confer calls for the court's review.

7

8         **IT IS SO ORDERED.**

9    Dated: July 13, 2016



10   _____

                             Donna M. Ryu

11                                United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California