VALERIA CALAFIORE HEALY (*pro hac vice*)
valeria.healy@healylex.com
HEALY LLC
154 Grand Street
New York, New York 10013
Telephone: (212) 810-0377
Facsimile: (212) 810-7036

DANIEL J. WEINBERG (SBN 227159)
dweinberg@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., <br><br> Plaintiff, <br><br> v. <br><br> ANNA GATTI, et al, <br><br> Defendants. | CASE NO.: 3:15-cv-00798-HSG-DMR <br><br> **DECLARATION OF VALERIA CALAFIORE HEALY IN SUPPORT OF LOOP AI LABS INC.'S MOTION FOR RELIEF FROM THE NONDISPOSITIVE PRETRIAL ORDER AT DKT. 778 PURSUANT TO FED. R. CIV. P. 72 AND L.R. 72-2** <br><br> Action Filed: February 20, 2015 <br> Trial Date: September 19, 2016 <br><br> Hon. Haywood S. Gilliam, Jr. |

I, Valeria Calafiore Healy hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information and belief:

1. I am an attorney duly admitted to practice law in the State of New York and have been admitted *pro hac vice* by this Court as counsel for Plaintiff Loop AI Labs Inc. (the "Plaintiff" or "Loop AI") in this action.

2. I am familiar with the investigation and proceedings in the above-captioned action and submit this Declaration in connection with Loop AI's Motion for Relief from the Nondispositive Pretrial Order of Magistrate Judge Ryu entered at Docket 778 (the "Motion").

3. Attached hereto as Exhibit 1 is a true and correct copy of a video recording I made on my telephone on April 8, 2016 at approximately 12:29pm, while I tried to persuade counsel for Almawave USA Inc., Mr. Wallerstein, to meet and confer about his allegations that Loop AI had not produced all of its discovery. As the video shows, Mr. Wallerstein refused to discuss the issue with me at that time and at any other time after that.

4. Attached hereto as Exhibit 2 is a true and correct copy of a Declaration I submitted to the Court on July 10, 2016, detailing various discovery matters, including the Defendants' ongoing discovery requests to Loop AI, the last set of which was received by Loop AI on June 6, 2016.

5. As detailed in Loop AI's Motion filed at Dkt. 731, to date Defendants Almaviva S.p.A. and Almawave S.r.l. have refused to produced documents and to provide responses to any merits discovery, save for inserting a "constitutional" grounds objection in response to each merits discovery request served by Loop AI on those parties. *See* Dkt. 731.

6. To date, Almawave USA has refused to respond and produce discovery to the majority of Loop AI's discovery request, including all of the requests that Loop AI served to Almawave USA in 2016. *See, e.g.,* Dkt. 834-6 at 25-35. Despite the fact that in 2016 Loop AI

served Almawave USA (as well as the other Almaviva Defendants) with over one hundred discovery requests, Almawave USA did not produce a single document in 2016 in response to any of Loop AI's discovery requests.

7. Although Loop AI served all Defendants with several discovery requests in August 2015, Loop AI received the first miniscule production of documents from IQSystem LLC on or around March 31, 2016 and a second production well into April 2016. Similarly, Defendant Gatti began making the bulk of her production in April 2016, and most of it at the end of **May 2016**. Defendant IQSystem Inc. similarly produced approximately 1000 documents, most of which consist of public domain market reports, and most of which production came at the close of discovery. To this day, all Defendants have refused to comply with even the most basic discovery requests propounded by Loop AI.

Executed: July 18, 2016                                    /s/ Valeria Calafiore Healy

                                                             Valeria Calafiore Healy