UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANNA GATTI, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00798-HSG<br><br>**ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER DKT. NO. 665**<br><br>Re: Dkt. No. 707 |

Having reviewed Plaintiff's motion for relief from Magistrate Ryu's Order relating to a dispute that arose during Defendant Anna Gatti's deposition, Dkt. No. 665, the Court DENIES Plaintiff's motion. Gatti answered the question that was the subject of the parties' request for intervention, and any attempt by Plaintiff to compel the production of documents after the close of fact discovery is inappropriate.

Accordingly, the Court finds that Magistrate Ryu's order is not clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A) ("A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law."). *See also* Fed. R. Civ. P. 72(a); Civ. L.R. 72–2; *United States v. Abonce-Barrera*, 257 F.3d 959, 969 (9th Cir. 2001) (holding that with respect to discovery disputes and other nondispositive orders, a magistrate judge's decision is "entitled to great deference"); *Grimes v. City & Cty. of San Francisco*, 951 F.2d 236, 241 (9th Cir. 1991) ("The reviewing court may not simply substitute its judgment for that of the deciding court.").

**IT IS SO ORDERED.**

Dated: 7/19/2016

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge