**VENABLE LLP**
Thomas E. Wallerstein (SBN 232086)
Kimberly Culp (SBN 238839)
Email: twallerstein@venable.com
        kculp@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

Attorneys for Defendant Almawave USA, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l., an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM Inc., a Delaware corporation, <br><br> Defendants. | CASE NO.: 3:15-cv-00798-HSG-DMR <br><br> Hon. Donna M. Ryu <br><br><br> **EXHIBIT B: AUDIOTAPE IN SUPPORT OF DEFENDANT ALMAWAVE USA, INC.'S ADMINISTRATIVE MOTION FOR SANCTIONS FOR LOOP'S COUNSEL'S ASSAULT AT THE DEPOSITION OF ROBERTO PIERACCINI** <br><br><br> Action Filed:    February 20, 2015 <br> Trial Date:    September 19, 2016 |

V E N A B L E  L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

EXHIBIT B: AUDIOTAPE TO DEFENDANT ALMAWAVE'S ADMIN. MOTION FOR SANCTIONS FOR
LOOP'S COUNSEL'S ASSAULT – Case No.: 3-15-cv-00798-HSG-DMR

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

## MANUAL LODGING NOTIFICATION

**Exhibit B** to Almawave USA, Inc.'s Administrative Motion for Sanctions for Loop's Counsel's Assault at the Deposition of Roberto Pieraccini of this filing is in physical form only, and is being maintained in the case file in the Clerk's office.

If you are a party in this case, the filing will be served in hard-copy via U.S. Mail with a courtesy copy provided via email.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

Manual Filing Notification

This filing was not e-filed for the following reason(s):

☐    Unable to Scan Documents

☐    Physical Object (please describe):

☑    Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☐    Item Under Seal in Criminal Case

☐    Conformance with the Judicial Conference Privacy Policy (General Order 53)

☐    Other (please describe):

July 19, 2016                    **VENABLE LLP**

                    By:    /s/ Thomas E. Wallerstein
                           Thomas E. Wallerstein (SBN 232086)
                           Kimberly Culp (SBN 238839)
                           505 Montgomery Street, Suite 1400
                           San Francisco, CA 94111
                           twallerstein@venable.com
                           kculp@venable.com
                           Tel.:  (415) 653-3750
                           Fax:  (415) 653-3755

                           *Attorneys for Almawave USA, Inc.*

1

EXHIBIT B: AUDIOTAPE TO DEFENDANT ALMAWAVE'S ADMIN. MOTION FOR SANCTIONS FOR
LOOP'S COUNSEL'S ASSAULT – Case No.: 3-15-cv-00798-HSG-DMR