# EXHIBIT C

DECLARATION OF JANET SAMBATARO

I, Janet Sambataro, am a court reporter in the Commonwealth of Massachusetts.  I was assigned to cover a deposition at the Regus office, 60 State Street, Boston, MA, on Friday, July 15, 2016, in the matter of Loop AI Labs, Inc., v. Anna Gatti, et al, U.S. District Court, Northern District of California, Case No. 3:15-cv-00798-HSG(DMR), by Aptus Court Reporting.

The purpose of my declaration is to explain what I observed that is not reflected on the record.

The deposition began at 9:54 a.m.  Attorney Calafiore Healy stated on the record (Page 7) that she was going to videotape the deposition with her cell phone because she felt Attorney Wallerstein was harassing the witness.

At 10:27 a.m., there was an exchange of colloquy on the record (Page 40-41), following which I witnessed Attorney Calafiore Healy stand up and then start to exit the conference room.  She then threw a large cup of iced coffee across the room.  It landed on a chair beside Attorney Wallerstein.  I saw that the coffee was all over the chair, the rug, dripping down Mr. Wallerstein's suitcase, across the width of the suitcase, on his phone, computer, and on the table.  I saw that the side of his shirt and his pants were also wet.

Attorney Calafiore Healy exited the Regus office with the deponent and returned after approximately five minutes.  The deposition resumed and concluded at 11:36 a.m.

All of the statements contained herein are true to the best of my knowledge.

Signed under the pains and penalties of perjury this 18th day of July, 2016.

*Janet M. Sambataro*

Janet Sambataro, RMR, CRR, CLR

Court Reporter