**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l., an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM Inc., a Delaware corporation,<br><br>        Defendants. | CASE NO.: 3:15-cv-00798-HSG (DMR)<br><br>Hon. Donna M. Ryu<br><br>**[PROPOSED] ORDER GRANTING ALMAWAVE USA, INC.'S ADMINISTRATIVE MOTION FOR SANCTIONS FOR LOOP'S COUNSEL'S ASSAULT AT THE DEPOSITION OF ROBERTO PIERACCINI**<br><br>Action Filed:  February 20, 2015<br>Trial Date:      September 19, 2015 |

[PROPOSED] ORDER

Defendant Almawave USA Inc. complied with this court's procedures for filing ex parte discovery letters. [See Docket Nos. 222, 461].  GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that Almawave's Administrative Motion for Sanctions for Loop's Counsel's Assault at the Deposition of Roberto Pieraccini, is GRANTED.

It is hereby FURTHER ORDERED THAT _____ ___

_____

_____ .

**IT IS SO ORDERED.**

Date: _____        _____

Hon. Donna M. Ryu

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA  94111
415-653-3750

[PROPOSED] ORDER