VALERIA C. HEALY (*pro hac vice*)
valeria.healy@healylex.com
HEALY LLC
154 Grand Street
New York, New York  10013
Telephone:     (212) 810-0377
Facsimile:     (212) 810-7036

DANIEL J. WEINBERG (SBN 227159)
dweinberg@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:     (650) 593-6300
Facsimile:     (650) 593-6301


Attorneys for Plaintiff
LOOP AI LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., <br><br>           Plaintiff, <br><br> v. <br><br> ANNA GATTI, <br><br>           Defendants. | Case No.  03:15-cv-00798-HSG <br><br> **CERTIFICATE OF SERVICE REGARDING MR. ROMAN'S INVOICE** |

15-798-HSG-DMR

I, Valeria Calafiore Healy, hereby certify that on July 19, 2016, at approximately 4:45pm PDT, I caused a copy of the attached check to be delivered to Mr. Wallerstein, who identified himself as counsel for Mr. Roman, by asking a messenger of my San Francisco hotel to hand deliver the check to Mr. Wallerstein at Venable LLP, 505 Montgomery Street, Suite 1400, San Francisco, California.  A Receptionist of Venable's San Francisco office confirmed to me by telephone that the foregoing was received.

Respectfully submitted,

Dated:  July 20, 2016

/s/Valeria Calafiore Healy
Valeria Calafiore Healy

CERTIFICATE OF SERVICE
15-798-HSG-DMR

**HEALY** LLC

*Privileged & Confidential*

July 19, 2016

Counsel,

enclosed please find a check in payment of Mr. Roman's invoice.

Please note that this payment is subject to Loop AI's and my firm's reservation of rights to seek reimbursement for the unreasonable fees sought.

Regards,

Valerie Calafiore Healy

1270

HEALY, LLC                                                                    1-8-210

DATE July 19, 2016

PAY TO THE ORDER OF  LiTXpert Group Inc.                                      $ 5,643.75

Five Thousand and six hundred forty three dollars and 75/100 ——————— DOLLARS

citibank

CITIBANK, N.A. BR. #581
5TH THIRD AVENUE
NEW YORK, NY 10022

FOR  LiTXpert Group / Mr. Roman

⑈0000l270⑈ ⑈02l000089⑈ 998 2l 2084 5⑈