**VENABLE LLP**
Thomas E. Wallerstein (SBN 232086)
Kimberly Culp (SBN 238839)
Email: twallerstein@venable.com
        kculp@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:   415.653.3755

Attorneys for Defendant Almawave USA, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l., an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM Inc., a Delaware corporation,<br><br>Defendants. | CASE NO.: 3:15-cv-00798-HSG-DMR<br><br>**ALMAWAVE USA, INC.'S NOTICE OF CORRECTION RE ADMINISTRATIVE MOTION FOR SANCTIONS FOR LOOP'S COUNSEL'S ASSAULT AT THE DEPOSITION OF ROBERTO PIERACCINI FILED AT DKT 840**<br><br>Action Filed:   February 20, 2015<br>Trial Date:     September 19, 2016 |

**NOTICE OF CORRECTION**

A blog post about the coffee incident was updated today to note that "Healy disputes the accuracy of the transcript" that Almawave quoted in its motion.

Upon checking the certified transcript against the audiotape that has been provided to the Court, Almawave believes that the certified transcript is in error in that Loop's counsel said, "I did not throw a cup of coffee at you," rather than "I did throw a cup of coffee at you." Dkt. 840-1 at 43:3-4.

Respectfully submitted,

Dated: July 21, 2016                    **VENABLE LLP**

By:    /s/ Thomas E. Wallerstein
       Thomas E. Wallerstein (SBN 232086)

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

1

ALMAWAVE'S NOTICE OF CORRECTION RE ADMIN.
MOTION FOR SANCTIONS RE: ASSAULT AT DEPOSITION