

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l., an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM Inc., a Delaware corporation,<br><br>Defendants. | CASE NO.: 3:15-cv-00798-HSG (DMR)<br><br>Hon. Donna M. Ryu<br><br>**[PROPOSED] ORDER GRANTING ALMAWAVE USA, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR SANCTIONS REGARDING LOOP'S ONGOING REFUSAL TO ANSWER QUESTIONS AT DEPOSITIONS** AS MODIFIED<br><br>Action Filed: February 20, 2015<br>Trial Date: September 19, 2015 |

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

[PROPOSED] ORDER

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

Defendant Almawave USA Inc. complied with this court's procedures for filing ex parte discovery letters. [See Docket Nos. 222, 461].  GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that Almawave's Administrative Motion for Leave to file a motion for sanctions regarding Loop's ongoing refusal to answer questions at depositions, is GRANTED.

Almawave is granted leave to file a letter brief to compel testimony and for sanctions. 3 pages and shall be filed by July 27, 2016. Almawave's letter brief may be no more than ~~4 pages long~~. Loop's opposition letter brief shall be due within 4 court days after Almawave files its brief, and shall be no more than 3 pages. ~~4 pages long~~. ~~Almawave may file a letter reply brief of no more than 2 pages, within 2 court days after the filing of the opposition~~.

**IT IS SO ORDERED.**

Date: July 21, 2016



Hon. Donna M. Ryu
Judge Donna M. Ryu

IT IS SO ORDERED

[PROPOSED] ORDER