UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANNA GATTI, et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-00798-HSG   (DMR)<br><br>**ORDER TO PROVIDE INFORMATION RE PLAINTIFF'S COMPLIANCE WITH MAY 3, 2016 DISCOVERY ORDER (DOCKET NO. 640)** |

On May 3, 2016, the court issued an order on Defendant Almawave USA, Inc.'s ("Almawave") motions to compel. [Docket No. 640.] In the May 3, 2016 order, the court ordered Plaintiff Loop AI Labs Inc. to supplement its responses to Almawave's interrogatory nos. 3, 5, 7, and 8 within seven days of the date of the order, which was May 10, 2016. The court also ordered Plaintiff to amend its responses and/or produce all documents responsive to Almawave's requests for production ("RFPs") nos. 1, 4-11, 14-16, 31, and 33 by the same deadline.

By no later than July 26, 2016, Plaintiff shall file a statement in which it states, without argument, whether it served Almawave with supplemental and/or amended responses to each of the foregoing interrogatories and RFPs by the court-imposed deadline of May 10, 2016. If Plaintiff answers "yes" with respect to any of the interrogatories and RFPs, it shall attach a copy of the supplemental and/or amended response that it served along with a proof of service.

**IT IS SO ORDERED.**

Dated: July 21, 2016



_____
Donna M. Ryu
United States Magistrate Judge