VALERIA CALAFIORE HEALY (*pro hac vice*)
valeria.healy@healylex.com
HEALY LLC
154 Grand Street
New York, New York 10013
Telephone: (212) 810-0377
Facsimile: (212) 810-7036

DANIEL J. WEINBERG (SBN 227159)
dweinberg@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LOOP AI LABS INC., | CASE NO.: 3:15-cv-00798-HSG-DMR |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF VALERIA CALAFIORE HEALY IN SUPPORT OF PLAINTIFF LOOP AI LABS INC.'S OPPOSITION TO THE ALMAVIVA DEFENDANTS MOTION AT DKT. 801** |
| ANNA GATTI, et al, | |
| Defendants. | |
| | Action Filed: February 20, 2015 |
| | Trial Date: September 19, 2016 |
| | Hon. Haywood S. Gilliam, Jr. |

I, Valeria Calafiore Healy, hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information and belief:

1. I am an attorney admitted to practice law in the State of New York and have been admitted *pro hac vice* by this Court as counsel for Plaintiff Loop AI Labs Inc. (the "Plaintiff" or "Loop AI") in this action.

2. I have been lead counsel in this case from its inception. I have personal knowledge of and am fully familiar with the investigation, discovery and court proceedings in this action.

3. I submit this declaration in support of Loop AI's Opposition to the Almaviva Defendants' Rule 11 Motion for Sanctions at Dkt. 801.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the email correspondence between Valeria C. Healy and Thomas Wallerstein, counsel for the Almawave Defendants, dated April 29, 2015.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the email correspondence sent by Mr. Wallerstein on behalf of Almawave USA Inc. on April 27, 2015. My email at Exhibit 1 above was sent in response to Mr. Wallerstein's continued attempts at intimidation and false accusations of ethical violations.

6. Attached hereto as **Exhibit 3** is a true and correct copy of the letter that Mr. Wallerstein emailed me on or about June 15, 2016, in which he states "I suggest you withdraw the SAC …. or else contact your respective insurance carriers immediately."

7. At the very beginning of September 2015, I engaged legal ethics expert Richard Flamm to serve as my consultant in connection with my evaluation and assertion of arguments in support of Loop AI's Motion to Disqualify. I continued to consult with, and obtain Mr. Flamm's independent advice before, during and after the filing of the Motion to Disqualify, and through my submission to the Court of a supplemental brief in support of the Motion to Disqualify, *see* Dkt. 296 at 1-15, addressing Loop AI's contentions about Mr. Sternberg.

8. Attached hereto as **Exhibit 4** is a true and correct copy of Index of Exhibits

submitted by Loop AI in support of its Opposition to the Defendants' various summary judgment motions. This index is being submitted solely to provide a reference to the docket numbers at which specific pages of Loop AI' Summary Judgment Appendix cited in Loop AI's Opposition to the Rule 11 Motion are located in the Court's record. The descriptions in Exhibit 4 have been extracted from Dkt. 793.

Executed: July 21, 2016
San Francisco, California

/s/ Valeria Calafiore Healy
Valeria Calafiore Healy

3:15-CV-00798-HSG-DMR                                                          DECLARATION OF VCH