# EXHIBIT 1



Valeria Calafiore Healy <valeria.healy@healylex.com>

---

# Re: Loop v. Gatti et al: Correspondence

---

**Valeria Calafiore Healy** <valeria.healy@healylex.com>                                Wed, Apr 29, 2015 at 1:28 PM
To: "Wallerstein, Thomas E." <TWallerstein@venable.com>
Cc: Dan Weinberg <DWeinberg@fawlaw.com>

Mr. Wallerstein:

on March 5, 2015 you attempted to extort from my client what you defined as a "cheap" end of the litigation or else you would delay discovery.  You also told me that day that it would be expensive if we insisted on litigating this case.  You have proceeded thereafter to do everything in your power to delay the case, including by filing frivolous motions and by refusing to have the Rule 26 meet and confer until the very last day permitted by the Court.

Now you are resorting to using false accusations of unethical behavior to again attempt to extract a result for your client that is unwarranted.  Indeed, it is likely a crime in the State of California to seek to extract the withdrawal of a lawsuit by accusing someone of reporting the unethical conduct.

If you think any lawyer in this case has behaved unethically, you are required to file a report with the appropriate authorities.

Otherwise, please spare us your silly correspondence.

Regards,

Valeria Calafiore Healy, Esq.
**HEALY LLC**
*Litigation & Dispute Resolution*
154 Grand Street
New York, New York 10013
M: +1.917.595.0491
T: +1.212.810.0377
F: +1.212.810.7036
www.healylex.com


On Mon, Apr 27, 2015 at 7:02 PM, Wallerstein, Thomas E. <TWallerstein@venable.com> wrote:

> Counsel:  Please see attached correspondence.
>
>
> Regards,
>
>
> Tom Wallerstein | Venable LLP
>
>
> Spear Tower, 40th Floor
>
> One Market Plaza
>
> San Francisco, CA 94105
> t 415.653.3707 | m 415.385.5937
> TWallerstein@Venable.com | www.Venable.com



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*