DANIEL J. WEINBERG (SBN 227159)
350 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:      (650) 593-6300
Facsimile:      (650) 593-6301
dweinberg@fawlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>v.<br><br>ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l. an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM, Inc., a Delaware corporation,<br><br>             Defendants. | No.  3:15-cv-00798-HSG<br><br>**DECLARATION OF DANIEL J. WEINBERG IN OPPOSITION TO DEFENDANTS ALMAVIVA S.P.A., ALMAWAVE S.R.L., ALMAWAVE USA, INC.'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11**<br><br>Date:   September 1, 2016<br>Time:   2:00 p.m.<br>Ctrm.   10 – 19th Floor<br>Judge: Hon. Haywood S. Gilliam |

I, Daniel J. Weinberg, declare:

1.      I am an attorney with the law firm Freitas Angell and Weinberg, LLP.  I submit this declaration in support of my Opposition to the Rule 11motion made by Almaviva S.p.A., Almawave S.r.L., Almawave USA, Inc.

2.      Attached hereto as Exhibit A is a true and correct copy of the Notice of Electronic filing of the First Amended Complaint in this action, dated April 6, 2015.

3.      Attached hereto as Exhibit B is a true and correct copy of the Notice of Electronic filing of the Second Amended Complaint in this action, September 23 2015.

4.      Attached hereto as Exhibit C is a true and correct copy of a letter from Thomas E. Wallerstein to Valeria Healy and Daniel Weinberg dated June 15, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 21, 2016, at San Diego, CA.

*/s/Daniel J. Weinberg*
Daniel J. Weinberg

-1-      WEINBERG DECLARATION IN OPPOSITION TO
MOTION FOR SANCTIONS - NO. 3:15-CV-00798-HSG