# EXHIBIT A

| From: | ECF-CAND@cand.uscourts.gov |
|---|---|
| To: | efiling@cand.uscourts.gov |
| Subject: | Activity in Case 3:15-cv-00798-HSG Loop AI Labs, Inc. v. Gatti et al Amended Complaint |
| Date: | Monday, April 06, 2015 10:59:07 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### California Northern District

## Notice of Electronic Filing

The following transaction was entered by Calafiore Healy, Valeria on 4/6/2015 at 10:59 PM and filed on 4/6/2015

| **Case Name:** | Loop AI Labs, Inc. v. Gatti et al |
|---|---|
| **Case Number:** | 3:15-cv-00798-HSG |
| **Filer:** | Loop AI Labs Inc |
| **Document Number:** | 45 |

**Docket Text:**
**AMENDED COMPLAINT against All Defendants. Filed byLoop AI Labs Inc. (Calafiore Healy, Valeria) (Filed on 4/6/2015)**

**3:15-cv-00798-HSG Notice has been electronically mailed to:**

Angel A. Garganta     AGarganta@Venable.com, NPrince@Venable.com

Antonio Valla , Esq     antonio.valla@vallalaw.com

Daniel Justin Weinberg     dweinberg@fawlaw.com, marlantico@fawlaw.com

James Francis Regan     jregan@lowball.com

Michael Paul Purcell     michael.purcell@vallalaw.com

Stefano Abbasciano     stefano.abbasciano@vallalaw.com

Thomas Edward Wallerstein     TWallerstein@Venable.com, KCulp@Venable.com, MKerakos@venable.com, RLMeyerhoff@Venable.com, SChintanaseri@Venable.com

Thomas J. LoSavio      tlosavio@lowball.com, aswartz@lowball.com

Valeria Calafiore Healy      valeria.healy@healylex.com, bart@loop.ai, bw@healylex.com, dw@healylex.com, GM@loop.ai

**3:15-cv-00798-HSG Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Final First Amended Complaint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/6/2015] [FileNumber=11541780-0]
[57f7c95540a23bc7c9e7a732afcfe253ba03ec2ad2d28368d5e5fbfd65f828ee3c096
068817306dad79a6234575e7e9580467b9fa4d2aa16373c801e397b10e4]]