# EXHIBIT B

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:15-cv-00798-HSG Loop AI Labs, Inc. v. Gatti et al Amended Complaint |
| **Date:** | Wednesday, September 23, 2015 7:18:14 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## California Northern District

## Notice of Electronic Filing

The following transaction was entered by Wong, Diana on 9/23/2015 at 7:18 PM and filed on 9/23/2015

**Case Name:** Loop AI Labs, Inc. v. Gatti et al
**Case Number:** 3:15-cv-00798-HSG
**Filer:** Loop AI Labs Inc
**Document Number:** 210

**Docket Text:**
**AMENDED COMPLAINT against All Defendants. Filed byLoop AI Labs Inc(a Delaware Corporation). (Wong, Diana) (Filed on 9/23/2015)**

**3:15-cv-00798-HSG Notice has been electronically mailed to:**

Becki Diana Graham     becki.graham@ogletreedeakins.com, cora.chiu@ogletreedeakins.com, elena.ruiz@ogletreedeakins.com

Bryan Jacob Wolin     bw@healylex.com

Daniel Justin Weinberg     dweinberg@fawlaw.com, marlantico@fawlaw.com

Diana Wong     dw@healylex.com

James Francis Regan     jregan@lowball.com

Janet M. Brayer     janet@brayer.net, anita@brayer.net

Thomas Edward Wallerstein     TWallerstein@Venable.com, dlcox@venable.com, jcho@venable.com, KCulp@Venable.com, lalitigationdocketing@venable.com,

rcook@venable.com, RLMeyerhoff@Venable.com, SChintanaseri@Venable.com

Thomas J. LoSavio    tlosavio@lowball.com, aswartz@lowball.com

Valeria Calafiore Healy    valeria.healy@healylex.com, bart@loop.ai, bw@healylex.com, dcarrera@healylex.com, dw@healylex.com, elerner@healylex.com, GM@loop.ai

William F. Alderman    walderman@orrick.com, jcopoulos@orrick.com

**3:15-cv-00798-HSG Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Second Amended Complaint_2015-09-23.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/23/2015] [FileNumber=12015641-0]
[5ad9474313fb1abe16fdb86ce17924de4d3f5ede555bcf561e067a70007860e82b63
0e924c37c413273bcf2f3af7c45347dbd5554291fddb9b8f9bf5bca4e09c]]