# EXHIBIT 19
# (to Dkt. 854)