VALERIA CALAFIORE HEALY (*pro hac vice*)
valeria.healy@healylex.com
HEALY LLC
154 Grand Street
New York, New York 10013
Telephone: (212) 810-0377
Facsimile: (212) 810-7036

DANIEL J. WEINBERG (SBN 227159)
dweinberg@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., | CASE NO.: 3:15-cv-00798-HSG-DMR |
| Plaintiff, | **PLAINTIFF LOOP AI LABS INC.'S STATEMENT PURSUANT TO ORDER AT DKT. NO. 850** |
| v. | |
| ANNA GATTI, et al, | Action Filed: February 20, 2015 |
| Defendants. | Trial Date: September 19, 2016 |
| | Hon. Donna M. Ryu |

Plaintiff Loop AI Labs Inc. ("Loop AI") respectfully submits this Response pursuant to the Order of the Court dated July 21, 2016 filed at Dkt. 850 ("Order 850"). Order 850 directs Loop AI to address its compliance with two components of one of Judge Ryu's prior Orders dated May 3, 2016, Dkt. 640 ("Order 640"). As directed by the Court, Loop AI addresses below the two components of Order 640 that are identified in Order 850.

1.     As explained in Order 850, in Order 640, Judge Ryu "ordered Plaintiff Loop AI Labs Inc. to supplement its responses to Almawave's interrogatory nos. 3, 5, 7, and 8 within seven days of the date of the order." Dkt. 850 at 1. Loop AI respectfully advises the Court that after considering the requirements of Order 640 and reviewing the responses already provided by Loop AI, Loop AI did not possess any further information that was responsive to those interrogatories and did not have any further information to provide as a supplement to the Interrogatories identified. Loop AI believes that having performed a diligent review and not having identified any additional information with which to supplement the Interrogatories, Loop AI has complied with that component of Order 640.

2.     As explained in Order 850, in Order 640, Judge Ryu ordered Loop AI "to amend its responses and/or produce all documents responsive to Almawave's requests for production nos. 1, 4-11, 14-16, 31, and 33 within seven days" of the date of Order 640. Dkt. 850 at 1. In Order 850, Judge Ryu stated that the date for compliance with that requirement was May 10, 2016. *Id.* Loop AI complied with that part of Order 640 by commencing its production of documents on May 11, 2016 and continuing that supplemental production shortly thereafter as set forth in Loop AI's counsel declaration at Docket 807 at 3.[1]

---

[1] In beginning its supplementation on May 11, 2016, Loop AI relied on Fed. R. Civ. P. Fed. R. Civ. P. 6(d) and 5(b)(2)(E) (adding 3 days for electronic service of Order) ("When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)…(E)…, 3 days are added after the period would otherwise expire under Rule 6(a)."); Fed. R. Civ. P. 77(d).

1

Loop AI remains available to provide the Court any additional information the Court may require. [2]

Respectfully submitted,

July 27, 2016                                By:  /s/ *Valeria Calafiore Healy*

Valeria Calafiore Healy, Esq. (*phv*)
HEALY LLC
154 Grand Street
New York, New York 10013
Telephone:    (212) 810-0377
Facsimile:    (212) 810-7036

Daniel J. Weinberg, Esq. (SBN 227159)
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone:    (650) 593-6300
Facsimile:    (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS, INC.

[2] Loop AI's counsel respectfully apologizes for submitting this Response with a 2-hour and 8 minute delay.

3:15-CV-00798-HSG-DMR                        PL.'S STATEMENT PURSUANT TO
                                                      ORDER AT DKT. 850