**VENABLE LLP**
Thomas E. Wallerstein (SBN 232086)
Kimberly Culp (SBN 238839)
Email: twallerstein@venable.com
       kculp@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:   415.653.3755

Attorneys for Defendant Almawave USA, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l., an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM Inc., a Delaware corporation,<br><br>Defendants. | CASE NO.: 3:15-cv-00798-HSG-DMR<br><br>Hon. Haywood S. Gilliam, Jr.<br>Hon. Donna M. Ryu<br><br><br>**ALMAWAVE'S NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br><br>Action Filed:     February 20, 2015<br>Trial Date:       September 19, 2016 |

*VENABLE LLP*
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

ALMAWAVE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL– Case No.: 3-15-cv-00798-HSG-DMR

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Almawave USA, Inc. moves pursuant to Northern District of California Civil Local Rules 7-11 and 79-5 for an order regarding the sealing of deposition transcripts filed in conjunction with their Almawave USA, Inc.'s Letter Brief for Evidentiary Preclusion Pursuant to Dkt. 849, to be filed hereafter on July 27, 2016.

Plaintiff Loop has designated deposition transcripts "Highly Confidential – Attorneys' Eyes Only" even though Loop lacks any legal basis for its overbroad designations.  The Almawave Defendants thus file this *pro forma* motion to seal in compliance with the parties' protective order and Local Rules.

## I.      STANDARD AND PROCEDURE FOR FILING UNDER SEAL

Under Local Rule 79-5, "[a] sealing order may issue only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law."  N.D. Cal. Civ. L.R. 79-5(b).  Almawave cannot meet this standard; indeed, no party can because the deposition transcripts at issue do not disclose any information that is privileged, protectable as a trade secret or otherwise entitled to protection under the law.  Even though Loop designated the transcripts as confidential or highly confidential, "[r]eference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable."  N.D. Cal. Civ. L.R. 79-5(d)(1)(A).

In compliance with Local Rule 79-5(e), Almawave is filing and serving upon Loop a declaration that identifies the transcripts designated by Loop as confidential and/or highly confidential.

## II.      DOCUMENTS SOUGHT TO BE FILED UNDER SEAL

Pursuant to Local Rule 79-5(e), the Almawave Defendants file this administrative motion regarding the filing under seal of the Deposition Transcript of Gianmauro Calafiore (dated January 25, 2016); the Deposition Transcript of Bart Peintner (dated March 29, 2016); the Deposition Transcript of Patrick Ehlen (dated April 6, 2016); the Deposition Transcript of the corporate representative of Loop, Gianmauro Calafiore (dated April 8, 2016) because they have

1

been entirely or in part designated as "Highly Confidential—Attorneys' Eyes Only" by Loop pursuant to the Protective Order entered in this case, Dkt. 230.

Almawave disagrees that Loop has properly designated these transcripts but submits this motion as required by the Local Civil Rules and the Protective Order entered by the Court.

July 27, 2016                                    **VENABLE LLP**

                                                 By:     /s/ Thomas E. Wallerstein
                                                         Thomas E. Wallerstein (SBN 232086)
                                                         Kimberly Culp (SBN 238839)
                                                         505 Montgomery Street, Suite 1400
                                                         San Francisco, CA 94111
                                                         twallerstein@venable.com
                                                         kculp@venable.com
                                                         Tel.:  (415) 653-3750
                                                         Fax:  (415) 653-3755

                                                         *Attorneys for Almawave USA, Inc.*

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

ALMAWAVE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL– Case No.: 3-15-cv-00798-HSG-DMR