VALERIA CALAFIORE HEALY (*pro hac vice*)
HEALY LLC
154 Grand Street
New York, New York  10013
Telephone:     (212) 810-0377
Facsimile:     (212) 810-7036

DANIEL J. WEINBERG (SBN 227159)
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:     (650) 593-6300
Facsimile:     (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., | CASE NO.: 3:15-cv-00798-HSG-(DMR) |
| Plaintiff, | **PLAINTIFF LOOP AI LABS INC'S ERRATA REGARDING DOCKET # 851-5.** |
| v. | |
| ANNA GATTI, et al, | Action Filed:  February 20, 2015<br>Trial Date:  September 19, 2016 |
| Defendants. | Hon. Haywood S. Gilliam, Jr. |

On July 21, 2016, Plaintiff Loop AI Labs Inc. ("Loop AI") filed Dkt. 851-5 to provide the Court a docket reference to certain evidence cited in Loop AI's Opposition (Dkt. 851) and previously filed by Loop AI with its Summary Judgment Appendix ("SJX").

Loop AI respectfully notes below certain errors it has determined were inadvertently made in the chart filed at Dkt. 851-5.  Specifically, the highlighted rows below, were inadvertently omitted from the chart at pages 36 and 57.  In addition, Loop AI has determined that it has inadvertently used the same Appendix number SJX-2671-72 for two distinct documents.

| | | | |
|---|---|---|---|
| 2014-07-03 | Exhibit SJX-2581 to SJX-2589 is a true and correct copy of the Declaration of Lorenzo Gianoli dated July 3, 2014. | SJX-2581- SJX-2589 | 785-4 |
| 2016-05-18 | Exhibit SJX-2590-91 is a true and correct copy of correspondence received from Mr. Albert Koval, an individual referenced in Mr. Roman's declaration. | SJX-2590-91 | Dkt. 785-4 |
| | Exhibit SJX-2671-722 is a true and correct copy of a document referenced in the Declaration of Lorenzo Gianoli. | SJX-2671-72 | Dkt. 785-4 |
| 2016 | Exhibit SJX-2592 to SJX-2604 is a true and correct copy of the Declaration of Maya Di Napoli. | SJX-2592-2604 | Dkt. 785-4 |
| 2016-07-04 | Exhibit SJX-2581 to SJX-2589 is a true and correct copy of the Declaration of Patrick Ehlen dated July 3, 2016. | SJX-2605- SJX-2627 | 785-4, 785-5 |

1

| | | | |
|---|---|---|---|
| 2016-06-24 | Exhibit SJX-3712 to SJX-3996 is a true and correct copy of the Declaration of Yosef Peretz in Support of Plaintiff Charles Ferguson's Motion to Compel Defendant Anna Gatti's Deposition Testimony as to IQSystem Entities' Customer List and for Sanctions Conditionally Filed Under Seal dated June 24, 2016. | SJX-3712- SJX-3996 | 786-8, 786-9, 786-10, 786-11, 786-12 |
| 2016-05-16 2016-05-19 | Exhibit SJX-3871 to SJX-3949 is a true and correct copy of excerpts of the May 16, 2016 and May 19, 2016 deposition of Anna Gatti and related exhibits. | SJX-3871- SJX-3949 | 786-11 |
| 2016-05-19 | Exhibit SJX-3871 to SJX-3949 is a true and correct copy of the May 16, 2016 deposition of Anna Gatti and related exhibits | SJX-3950- SJX-3996 | 786-12 |
| 2016-01-07 | Exhibit SJX-3997 is a true and correct copy of the Declaration of Custodian of Records of the Office of the University of Registrar of the Leland Stanford Junior University dated January 7, 2016. | SJX-3997 | 786-12 |

Respectfully submitted,

July 29, 2016

By:  /s/ *Valeria Calafiore Healy*

Valeria Calafiore Healy, Esq. (*phv*)
HEALY LLC
154 Grand Street
New York, New York 10013
Telephone:    (212) 810-0377
Facsimile:    (212) 810-7036

Daniel J. Weinberg, Esq. (SBN 227159)
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone:    (650) 593-6300
Facsimile:    (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS, INC.