VALERIA CALAFIORE HEALY (*pro hac vice*)
HEALY LLC
154 Grand Street
New York, New York  10013
Telephone:    (212) 810-0377
Facsimile:    (212) 810-7036

DANIEL J. WEINBERG (SBN 227159)
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:    (650) 593-6300
Facsimile:    (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANNA GATTI, et al,<br><br>Defendants. | CASE NO.: 3:15-cv-00798-HSG-(DMR)<br><br>**PLAINTIFF LOOP AI LABS INC'S OBJECTION TO AND SUPPLEMENT REGARDING DOCKET # 851.**<br><br>Action Filed:  February 20, 2015<br>Trial Date:  September 19, 2016<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 7-3(d)(1), Loop AI respectfully objects to the Almaviva Defendants' statement in their filing at Dkt. 860 that Loop AI's evidence submitted at SJX-2700-2702 is allegedly inadmissible for failure to file an authenticated translation.  Dkt. 860 at 6:24-7:1.  Almaviva presents no case law supporting that argument, nor does Almaviva argue that the translation is inaccurate, nor does it offer its own translation.  In any event, the translations cited by Almaviva at SJX-2700 to SJX-2702 were in fact prepared by a neutral translator and interpreter (specifically one selected by Almaviva's counsel for the case), and Loop AI submits the certifications as Exhibits hereto.  To the extent the Court requires additional certifications for any other document previously submitted, Loop AI can promptly submit them.

Respectfully submitted,

July 29, 2016                                           By:  /s/ *Valeria Calafiore Healy*

Valeria Calafiore Healy, Esq. (*phv*)
HEALY LLC
154 Grand Street
New York, New York 10013
Telephone:     (212) 810-0377
Facsimile:      (212) 810-7036

Daniel J. Weinberg, Esq. (SBN 227159)
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone:     (650) 593-6300
Facsimile:      (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS, INC.

# Translation Certification (SJX-2700-02)

**DECLARATION OF TRANSLATION ACCURACY**

I, Arianna Schneider-Stocking, hereby declare under penalty of perjury under the laws of the United States as follows, based upon my personal knowledge, information and belief:

1.      I am the Vice-President of InSync Communications, Inc. ("ISC"), a translation and interpretation company located in San Rafael, California.

2.      I have personal knowledge of the matters stated herein.

3.      ISC's translators are competent in both English and Italian to render and certify a translation from Italian to English and viceversa.

4.      ISC has carefully made the attached translation from Italian to English of the original Italian text of the document at Bates number LOOP-0042296.

5.      The attached translation is a true and correct English translation of the original Italian text translated by ISC.

Executed on:  April _21_, 2016

Arianna Schneider-Stocking

# No subject

**email: "anna.gatti@gmail.com Anna Gatti"**          **Friday, June 6, 2014 at 11:51:17 AM Pacific Daylight Time**
To: email: "gianmauro@soshoma.com Calafiore, Gianmauro"

yt?

**email: "gianmauro@soshoma.com Calafiore,**          **Friday, June 6, 2014 at 11:51:23 AM Pacific Daylight Time**
**Gianmauro"**
To: email: "anna.gatti@gmail.com Anna Gatti"

si

**email: "anna.gatti@gmail.com Anna Gatti"**          **Friday, June 6, 2014 at 11:51:25 AM Pacific Daylight Time**
To: email: "gianmauro@soshoma.com Calafiore, Gianmauro"

la mia chat soshoma non funziona per qualche motivo

**email: "anna.gatti@gmail.com Anna Gatti"**          **Friday, June 6, 2014 at 11:51:32 AM Pacific Daylight Time**
To: email: "gianmauro@soshoma.com Calafiore, Gianmauro"

stavo rileggendo il nostro patent

**email: "gianmauro@soshoma.com Calafiore,**          **Friday, June 6, 2014 at 11:51:39 AM Pacific Daylight Time**
**Gianmauro"**
To: email: "anna.gatti@gmail.com Anna Gatti"

infatti ti vedevo scollegata.

**email: "anna.gatti@gmail.com Anna Gatti"**          **Friday, June 6, 2014 at 11:51:56 AM Pacific Daylight Time**
To: email: "gianmauro@soshoma.com Calafiore, Gianmauro"

secodo te vale la pena di considerare un filing per la piattaforma?

**email: "anna.gatti@gmail.com Anna Gatti"**          **Friday, June 6, 2014 at 11:52:44 AM Pacific Daylight Time**
To: email: "gianmauro@soshoma.com Calafiore, Gianmauro"

l'attuale patent non copre e anche i dati in input non sono generalmente social data, mentre ora noi
processiamo genericamente unstrucutred data

**email: "gianmauro@soshoma.com Calafiore,**          **Friday, June 6, 2014 at 11:53:00 AM Pacific Daylight Time**

CONFIDENTIAL                                                          LOOP-00042296

To: email: "anna.gatti@gmail.com Anna Gatti"

non saprei. indicativamente secondo me no perché già inclusa nel patent, ma possiamo verificare.

---

**email: "anna.gatti@gmail.com Anna Gatti"**          **Friday, June 6, 2014 at 11:53:31 AM Pacific Daylight Time**
To: email: "gianmauro@soshoma.com Calafiore, Gianmauro"

va bene

---

**email: "gianmauro@soshoma.com Calafiore, Gianmauro"**          **Friday, June 6, 2014 at 11:53:47 AM Pacific Daylight Time**
To: email: "anna.gatti@gmail.com Anna Gatti"

quello si, ma nei claim mi pare che la source non sia rilevante

---

**email: "gianmauro@soshoma.com Calafiore, Gianmauro"**          **Friday, June 6, 2014 at 11:54:42 AM Pacific Daylight Time**
To: email: "anna.gatti@gmail.com Anna Gatti"

conviene fare due chiacchere con il patent lawyer, facendogli il pitch attuale e vedere se qualcosa deve essere amendata o necessita un filing separato.

---

**email: "gianmauro@soshoma.com Calafiore, Gianmauro"**          **Friday, June 6, 2014 at 11:55:18 AM Pacific Daylight Time**
To: email: "anna.gatti@gmail.com Anna Gatti"

good point. thx

---

**email: "anna.gatti@gmail.com Anna Gatti"**          **Friday, June 6, 2014 at 11:56:26 AM Pacific Daylight Time**
To: email: "gianmauro@soshoma.com Calafiore, Gianmauro"

rileggendo mi pareva che il nostro brevetto #1 non coprisse il concetto di general platform. mi e' venuto in mente vedendo una start up nel portfolio di social+Capital che fa early detection dell'alzheimer e Bart mi ha detto che hanno provato ad assumere Bill

---

**email: "gianmauro@soshoma.com Calafiore, Gianmauro"**          **Friday, June 6, 2014 at 11:56:51 AM Pacific Daylight Time**
To: email: "anna.gatti@gmail.com Anna Gatti"

ok

---

CONFIDENTIAL          LOOP-00042297

Translation

# No subject

**email: "anna.gatti@gmail.com AnnaGatti"**
To: email: "gianmauro@soshoma.com Calafiore, Gianmauro"

**Friday, June 6, 2014 at 11:51:17 AM Pacific Daylight Time**

yt?

**email: "gianmauro@soshoma.comCalafiore, Gianmauro"**
To: email: "anna.gatti@gmail.com Anna Gatti"

**Friday, June 6, 2014 at 11:51:23 AM Pacific Daylight Time**

yes

**email: "anna.gatti@gmail.com AnnaGatti"**
To: email: "gianmauro@soshoma.com Calafiore, Gianmauro"

**Friday, June 6, 2014 at 11:51:25 AM Pacific Daylight Time**

my soshoma chat is not working for some reason

**email: "anna.gatti@gmail.com AnnaGatti"**
To: email: "gianmauro@soshoma.com Calafiore, Gianmauro"

**Friday, June 6, 2014 at 11:51:32 AM Pacific Daylight Time**

I was rereading our patent

**email: "gianmauro@soshoma.comCalafiore, Gianmauro"**
To: email: "anna.gatti@gmail.com Anna Gatti"

**Friday, June 6, 2014 at 11:51:39 AM Pacific Daylight Time**

in fact I saw you as disconnected.

**email: "anna.gatti@gmail.com AnnaGatti"**
To: email: "gianmauro@soshoma.com Calafiore, Gianmauro"

**Friday, June 6, 2014 at 11:51:56 AM Pacific Daylight Time**

do you think it is worth considering a filing for the platform?

**email: "anna.gatti@gmail.com AnnaGatti"**
To: email: "gianmauro@soshoma.com Calafiore, Gianmauro"

**Friday, June 6, 2014 at 11:52:44 AM Pacific Daylight Time**

the current patent does not cover, and also the input data are generally social data, while now we are generically processing unstructured data

**email: "gianmauro@soshoma.comCalafiore,**

**Friday, June 6, 2014 at 11:53:00 AM Pacific Daylight Time**

CONFIDENTIAL

LOOP-00042296

**Translation**

**Gianmauro"**
To: email: "anna.gatti@gmail.com Anna Gatti"


I am not sure, roughly in my opinion no because already included in the patent, but we can verify.


**email: "anna.gatti@gmail.com Anna Gatti"**                    **Friday, June 6, 2014 at 11:53:31 AM Pacific Daylight Time**
To: email: "gianmauro@soshoma.com Calafiore, Gianmauro"


OK


**email: "gianmauro@soshoma.com Calafiore,**                    **Friday, June 6, 2014 at 11:53:47 AM Pacific Daylight Time**
**Gianmauro"**
To: email: "anna.gatti@gmail.com Anna Gatti"


that yes, but in the claims I think that the source is not relevant


**email: "gianmauro@soshoma.com Calafiore,**                    **Friday, June 6, 2014 at 11:54:42 AM Pacific Daylight Time**
**Gianmauro"**
To: email: "anna.gatti@gmail.com Anna Gatti"


it is worth talking to the patent lawyer, giving him the current pitch and seeing if anything needs to be amended or requires a separate filing.


**email: "gianmauro@soshoma.com Calafiore,**                    **Friday, June 6, 2014 at 11:55:18 AM Pacific Daylight Time**
**Gianmauro"**
To: email: "anna.gatti@gmail.com Anna Gatti"


good point. thx


**email: "anna.gatti@gmail.com Anna Gatti"**                    **Friday, June 6, 2014 at 11:56:26 AM Pacific Daylight Time**
To: email: "gianmauro@soshoma.com Calafiore, Gianmauro"


while rereading it seemed to me that our patent #1 did not cover the general platform concept. It occurred to me seeing a start-up in the portfolio of social+Capital which does early detection of Alzheimer, and Bart told me that they have tried to hire Bill


**email: "gianmauro@soshoma.com Calafiore,**                    **Friday, June 6, 2014 at 11:56:51 AM Pacific Daylight Time**
**Gianmauro"**
To: email: "anna.gatti@gmail.com Anna Gatti"


ok

CONFIDENTIAL                                                          LOOP-00042297

**DECLARATION OF TRANSLATION ACCURACY**

I, Arianna Schneider-Stocking, hereby declare under penalty of perjury under the laws of the United States as follows, based upon my personal knowledge, information and belief:

1.     I am the Vice-President of InSync Communications, Inc. ("ISC"), a translation and interpretation company located in San Rafael, California.

2.     I have personal knowledge of the matters stated herein.

3.     ISC's translators are competent in both English and Italian to render and certify a translation from Italian to English and viceversa.

4.     ISC has carefully made the attached translation from Italian to English of the original highlighted Italian text of the document at Bates number Almawave00037520.

5.     The attached translation is a true and correct English translation of the original Italian text translated by ISC.

Executed on:  April  21, 2016

_____
                    Arianna Schneider-Stocking

06/06/2014

Attendees: VS, LF,TDN, MM, AG (all in person)
AI:
AG to set up a call with Orrick on patent - sent email - done
LF to prepare and share list of material, demo, et cetera - done
AG to prep folder with original documents and circulate scans to Douglas and Calderara - tbdone
LF to share txt to translate/edit to publish on website and for brochures - on hold waiting for new version approved in Italy
AG to set up meeting calendar - done
LF to provide requirements for 4000 hours to train Voice (i.e. quality of recording, format to use to deliver recording to input in the AW system, et cetera)
TDN to prep list of targets for the rest of the month to track progresses in next calls

Meeting Notes:
Discussed Goals
- Brevetti (Anna to share examples with LF) - done
- Materiali e Demo da preparare in Inglese (video in Inglese che spiega le tre slide di differenziazione - tipo leadspace) - LF working on it
- Business Card and email to be set up - AG: on hold due to trip to Italy - moved to next week
- L1 visa for Luca - AG Working on it
- Office set up - AG - on going
- SI to engage - Tony - on going

Translation of highlighted text:
Patents

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

ALMAWAVE0037520