UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOOP AI LABS INC., <br><br> Plaintiff, <br><br> v. <br><br> ANNA GATTI, et al. <br><br> Defendants. | Case No.  3:15-CV-0798 HSG-DMR <br><br> **[PROPOSED] ORDER** <br><br> Action Filed:  February 20, 2015 <br> Trial Date:  September 19, 2016 |

This matter came before the Court on Plaintiff Loop AI Labs, Inc.'s *Daubert* Motion to Exclude Testimony and Submissions of Kendyl A. Roman from Consideration at Summary Judgment and Trial at Dkt. No. 875.  Having considered the Motion, papers filed in connection with this Motion, and all other matters presented to the Court, the Court HEREBY ORDERS that said Motion is _____.

IT IS SO ORDERED.

Dated:  August __, 2016                                             UNITED STATES DISTRICT COURT

_____

Hon. Haywood S. Gilliam, Jr.
United States District Judge