# EXHIBIT 1

VALERIA CALAFIORE HEALY (*pro hac vice*)
HEALY LLC
154 Grand Street
New York, New York  10013
Telephone:     (212) 810-0377
Facsimile:     (212) 810-7036

DANIEL J. WEINBERG (SBN 227159)
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:     (650) 593-6300
Facsimile:     (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANNA GATTI, et al,<br><br>Defendants. | CASE NO.: 3:15-cv-00798-HSG-(DMR)<br><br>**MANUAL FILING NOTIFICATION OF EXHIBIT 1**<br><br>Action Filed:  February 20, 2015<br>Trial Date: September 19, 2016 |

**MANUAL FILING NOTIFICATION**

Pursuant to Civil Local Rule 5-1(f) and to the Manual Filing Requirements set forth by the Northern District of California,[1] Loop AI hereby notifies all counsel of record that relevant excerpts of the audio recording of the August 1, 2016 meet and confer cited in Loop AI Labs Inc. Opposition filed at Dkt. 876 at 2, n. 5, and in the August 13, 2016 Declaration of V.C.Healy as Exhibit 1 are non-graphic audio files.  As such they will be presented for manual filing, and will be maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in its physical copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal in Criminal Case

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Respectfully submitted,

August 13, 2016                                        By:  /s/ *Valeria Calafiore Healy*
_____

Valeria Calafiore Healy, Esq. (*phv*)
HEALY LLC

Counsel for Plaintiff
LOOP AI LABS, INC.

_____

[1] *See, e.g.,* https://ecf.cand.uscourts.gov/cand/docs/mfn.htm.

3:15-CV-00798-HSG-DMR                                        MANUAL FILING NOTIFICATION