**VENABLE LLP**
Thomas E. Wallerstein (SBN 232086)
Kimberly Culp (SBN 238839)
Email:       twallerstein@venable.com
             kculp@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:      (415) 653-3750
Facsimile:      (415) 653-3755

Attorneys for  Defendant Almawave USA, Inc.,
Almawave S.r.l., and Almaviva S.p.A.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware corporation, | CASE NO. 3:15-cv-00798-HSG-DMR |
| Plaintiff, | Hon. Haywood S. Gilliam, Jr. |
| v. | **DECLARATION OF YEVGENIYA A. TITOVA IN SUPPORT OF ALMAWAVE'S OPPOSITION TO LOOP'S MOTION TO EXCLUDE KENDYL ROMÁN** |
| ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l., an Italian corporation, ALMAWAVE USA, INC., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM INC., a Delaware corporation, | |
| Defendants. | Action Filed: February 20, 2015<br>Trial Date:    September 19, 2016 |

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

**DECLARATION OF YEVGENIYA A. TITOVA**

I, Yevgeniya A. Titova, declare as follows:

1.       I am an attorney of Venable LLP, counsel for Defendants Almawave USA, Inc., Almawave S.r.l., and Almaviva S.p.A. ("Almawave") in the above-captioned action.  Unless otherwise stated, matters referred to in this declaration are based on my personal knowledge, and, if called to testify as a witness, I could and would testify competently to the facts set forth herein.

2.       On May 1, 2016, Kendyl A. Román prepared an expert report of behalf of Almawave, which was timely disclosed to all counsel in compliance with the orders of this Court on May 3, 2016.  A copy of Mr. Román's report and exhibits are attached as **Exhibit A**.

3.       On June 7, 2016, Loop AI Labs, Inc. ("Loop") deposed Almawave's expert, Kendyl A. Román.

4.       On June 16, 2016, Almawave filed its Motion for Summary Judgment.  In support of Almawave's Motion for Summary Judgment, Mr. Román prepared a declaration.  A copy of Mr. Román's declaration filed in support of Almawave's Motion for Summary Judgment is attached as **Exhibit B**.

5.       On August 18, 2016, Loop sent its proposed statement of the case to all parties.  A copy of Loop's proposed statement of the case is attached as **Exhibit C**.

6.       On January 25, 2016, during the deposition of Gianmauro Calafiore, Almawave introduced an exhibit from Loop's website on Loop's Learning Appliance.  A copy of Exhibit 6 to the deposition of Gianmauro Calafiore is attached as **Exhibit D**.

7.       On August 9, 2016, Almawave responded to a letter from Loop requesting a stipulation for an order to shorten time for Loop's *Daubert* motion.  A copy of Almawave's response is attached as **Exhibit E**.

8.       On August 11, 2016, Almawave responded to a facsimile from Loop requesting a stipulation for an order to shorten time for Loop's *Daubert* motion.  A copy of Almawave's response is attached as **Exhibit F**.

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

1

9. On August 21, 2016, Loop sent a letter to all parties disclosing its motions *in limine*. A copy of Loop's letter is attached as **Exhibit G**.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22th day of August, 2016 in San Francisco, California.

_____
Yevgeniya A. Titova

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750