# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOOP AI LABS INC., a Delaware corporation, | Case No.: 15-798-HSG (DMR) |
| Plaintiff, | |
| v. | JURY TRIAL |
| ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l. an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM, Inc., a Delaware corporation, | |
| Defendants. | ***HIGHLY CONFIDENTIAL*** |

**EXPERT REPORT OF KENDYL A. ROMÁN**

I, Kendyl A. Román, submit the following report in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure for Almaviva S.p.A, Almawave S.r.l., Almawave USA Inc. (together, "Almaviva" or "Almawave" or the "Almaviva Defendants").

**TABLE OF CONTENTS**

I.    INTRODUCTION ................................................................................................................... 5

II.   QUALIFICATIONS ............................................................................................................. 5

III.  MATERIALS REVIEWED ............................................................................................... 18

IV.   EXHIBITS ........................................................................................................................... 20

V.    ASSIGNMENT ................................................................................................................... 20

VI.   LEGAL STANDARDS APPLIED .................................................................................... 21

VII.  OPINIONS AND BASES THEREOF ............................................................................... 21
      SUMMARY OF OPINIONS ...................................................................................................... 21

VIII. TECHNICAL OVERVIEW ............................................................................................... 24
      A.    ARTIFICIAL INTELLIGENCE ................................................................................... 24
      B.    NATURAL LANGUAGE PROCESSING ..................................................................... 25
      C.    ENTERPRISE SOFTWARE ......................................................................................... 26
      D.    ENTERPRISE SYSTEM .............................................................................................. 26
      E.    CRM: CUSTOMER RELATIONSHIP MANAGEMENT ............................................ 27
      F.    ENTITIES ..................................................................................................................... 28
      1.    SRI INTERNATIONAL .............................................................................................. 28
      2.    DARPA AND THE CALO PROJECT ....................................................................... 28
      3.    ALMAWAVE ............................................................................................................. 29
      4.    SOSHOMA, NOW LOOP AI LABS INC. ................................................................ 31
      5.    SAP ............................................................................................................................ 32
      6.    SAS ............................................................................................................................ 32
      7.    IBM AND WATSON .................................................................................................. 32
      8.    THENEEDS ................................................................................................................ 33
      9.    OTHER AI COMPANIES: GOOGLE, FACEBOOK, BAIDU, NETFLIX, YAHOO, ETC. .............................. 33
      G.    PEOPLE ...................................................................................................................... 33
      1.    RANIERO ROMAGNOLI ........................................................................................... 33
      2.    VALERIA SANDEI ..................................................................................................... 34
      3.    ANNA GATTI ............................................................................................................ 34
      4.    GIAMPIERO RECCO ................................................................................................. 34
      5.    PATRICK EHLEN ....................................................................................................... 35
      6.    BART PEINTNER ....................................................................................................... 35
      7.    MARCO PENNACCHIOTTI ....................................................................................... 36
      8.    GIANMAURO CALAFIORE ....................................................................................... 36
      H.    TIMELINE ................................................................................................................... 36

IX.   METHODOLOGY .............................................................................................................. 37

X.    ADDITIONAL BACKGROUND ...................................................................................... 38
      A.    COMPUTER HARDWARE AND SOFTWARE ........................................................... 39
      B.    MACHINE CODE OR OBJECT CODE ....................................................................... 39
      C.    SOURCE CODE ........................................................................................................... 39
      D.    DATABASE MANAGEMENT SYSTEMS .................................................................. 39
      E.    ONTOLOGY ................................................................................................................ 40
      F.    DCT DISCRETE COSINE TRANSFORM .................................................................. 40
      G.    MATRIX MULTIPLICATION ..................................................................................... 40
      H.    EXPERT SYSTEM ...................................................................................................... 41

I.   TEXT ANALYTICS ................................................................................................................42
J.   SPEECH ANALYTICS ...........................................................................................................42
K.   SEMANTICS ........................................................................................................................42
L.   SEMANTIC ANALYSIS .........................................................................................................43
M.   PERCEPTRON ......................................................................................................................43
N.   NEURAL NETWORK ............................................................................................................44
O.   RECURSION ........................................................................................................................44
P.   RECURRENT NEURAL NETWORK (RNN) ............................................................................45
Q.   CONVOLUTIONAL NEURAL NETWORK (CNN) ...................................................................45
R.   CLASSIFIER ........................................................................................................................46
S.   DEEP LEARNING .................................................................................................................46
T.   DEEPMIND'S ALPHAGO .....................................................................................................47
U.   FEATURE (AS IT RELATES TO AI) .......................................................................................48
V.   SUPERVISED LEARNING .....................................................................................................48
W.   UNSUPERVISED LEARNING .................................................................................................49
X.   ONTOLOGY .........................................................................................................................49
Y.   GPU ..................................................................................................................................50
Z.   BIG DATA ..........................................................................................................................51
AA.   STRUCTURED DATA ...........................................................................................................51
BB.   SOCIAL DATA ....................................................................................................................51
CC.   DARK DATA .......................................................................................................................52
DD.   DATA MINING ....................................................................................................................52
EE.   RECOMMENDATION ...........................................................................................................53
FF.   SENTIMENT ANALYSIS AND SOCIAL MEDIA MINING .........................................................54
GG.   AN AGENT .........................................................................................................................54
HH.   A USER PROFILE .................................................................................................................55
II.   TARGETED ADVERTISING ..................................................................................................55
JJ.   ARCHITECTURE (AS IT RELATES TO AI) ............................................................................56
KK.   SRM: SUPPLIER RELATIONSHIP MANAGEMENT ...............................................................56
LL.   BUSINESS INTELLIGENCE ...................................................................................................56
MM.   CHESS ................................................................................................................................57
NN.   ANCIENT BOARD GAME, CALLED GO ................................................................................57
OO.   DIGITAL GENOME ..............................................................................................................58
PP.   DISCRETE INFINITY ............................................................................................................58
QQ.   COGNITIVE COMPUTER PLATFORM ....................................................................................58
RR.   OWL: WEB ONTOLOGY LANGUAGE .................................................................................59
SS.   ASP: APPLICATION SERVICE PROVIDER ...........................................................................59
TT.   SAAS: SOFTWARE AS A SERVICE .......................................................................................59

XI.   OVERVIEW OF ALMAWAVE PRODUCTS ...............................................................................59

XII.   OVERVIEW OF LOOP PRODUCTS ..........................................................................................64

XIII.   DISTINCTION BETWEEN ALMAWAVE AND LOOP PRODUCTS ...................................................65

XIV.   ANALYSIS OF LOOP'S TRADE SECRET CLAIMS ......................................................................66
A.   TRADE SECRETS NOT IDENTIFIED IN DETAIL ....................................................................66
B.   LOOP NOT CLAIMING ALGORITHMS ..................................................................................66
C.   ITEMS DEVELOPED BY ALMAWAVE BEFORE EXISTENCE OF LOOP ....................................68
D.   ALMAWAVE DEVELOPED TECHNOLOGY BEFORE LOOP .....................................................69
E.   ALMAWAVE DID NOT HAVE ACCESS TO LOOP'S TRADE SECRETS .....................................69
F.   LOOP'S CLAIMED TECHNOLOGY DEVELOPED BY OTHERS AND PUBLICLY KNOWN ...........70
G.   LOOP'S CLAIMED TRADE SECRETS ARE PUBLICLY AVAILABLE .........................................72
H.   SPECIFIC ANALYSIS OF LOOP'S TRADE SECRET LIST .........................................................73
I.   LOOP TECHNOLOGY VALUE ..............................................................................................73

Expert Report of Kendyl A. Román          3          HIGHLY CONFIDENTIAL

**XV.    ANALYSIS OF APPLE'S SIRI AND LOOP'S CHIEF SCIENTISTS** .................................................... **75**

**XVI.    ANALYSIS OF PATENT ISSUES** .............................................................................................. **75**

    A.    PATRICK EHLEN PATENTS ................................................................................................ 75
    B.    BART PEINTNER PATENTS ................................................................................................ 76
    C.    SOSHOMA PATENT APPLICATIONS .................................................................................. 76
    D.    STANDARD PRACTICE TO PROVIDE FILED PATENT APPLICATIONS STARTUP EMPLOYEES AND OFFICERS ...... 78
    E.    ALMAWAVE PATENT APPLICATION ................................................................................. 79
    F.    ORDER OF INVENTORS LISTS HAVE NO PRESUMED MEANING ........................................ 80
    G.    INVENTOR NEED NOT UNDERSTAND ALL TECHNOLOGY NOR HAVE TECHNICAL TRAINING AND EXPERIENCE 81
    H.    VALERIA SANDEI CONCEIVED OF THE PRIMARY IDEA OF THE ALMAWAVE PATENT APPLICATION ............... 82
    I.    UNSUPERVISED LEARNING NOT NECESSARILY BETTER THAT SUPERVISED LEARNING .................................... 83

**XVII.    CONCLUSION** .................................................................................................................... **84**

## I.    INTRODUCTION

1.   I have been engaged by the firm of Venable, LLP on behalf of the Almawave Defendants, as an expert in the field of computer software, including software architecture, code analysis (including for trade secret determination, misappropriation, and significance), expert systems, artificial intelligence ("AI"), enterprise systems, Internet client/server systems including the World Wide Web, and networking; computer hardware including systems architecture.

2.   I understand that Loop AI Labs Inc., formerly known as Soshoma, ("Loop") is the plaintiff in this matter.

3.   I understand that Anna Gatti ("Gatti") and IQSystem LLC and IQSystem, Inc. (together "IQS" or "IQSystem Defendants") are also defendants in this matter.  I have not been engaged by Gatti nor IQS.

4.   I am being compensated at the rate of $525.00 per hour for my services.  My staff is being compensated at a lower rate.

## II.    QUALIFICATIONS

5.   See my Curriculum Vitae, attached as Exhibit 1, for a listing of my qualifications.  This includes a list of publications for the past 10 years or more.

6.   My expertise qualifies me to do the type of analysis required in this case.  Of particular relevance, I have been involved in the design, implementation, testing, and analysis of computer software and hardware for over thirty-five years, including source code programming and analysis in C, C++, Java, JavaScript, HTML, XML, Perl, Ruby, Python, ABAP, language of SAS, various assembly languages, and various other programming languages.  In addition, I have practical experience in the design and programming of a variety of computer systems ranging from laptops and desktop computers to large multi-layer database systems. I have been involved in the developer programs of Oracle, Microsoft, and Apple for many years.

7. I have always been interested in natural languages. In Jr. High School, I took an introduction to languages and learned the basics of ten language including Spanish, French, Italian, German, Chinese. I studied Spanish in high school and later was paid to translate between Spanish and English and to analyze the translations of others.

8. As a freshman at Brigham Young University ("BYU") in 1976, I started writing programs for IBM computers. As a sophomore, I concurrently studied Russian and Greek.



9. My first professional role with computers and natural language processing ("NLP") was at the Translation Sciences Institute ("TSI") at BYU in 1978. Using Junction Grammar, developed by Dr. Eldon G. Lytle in the 1960s, [1] [2] and an IBM 370 mainframe

---

[1] Baird, Rey L. (1972) "Essentials of Junction Grammar." LINGUISTICS SYMPOSIUM: AUTOMATIC LANGUAGE PROCESSING, 30–31 March 1972. Provo, Utah : BYU Language Research Center.

dedicated to the Institute, we developed a system that could input any one of eight natural languages and output translations into all eight.  Gerald Ford visited the Institute prior to becoming U.S. President.  We used the system to analyze and compare translations of the Panama Canal treaty before is adoption. The work of the Institute was commercialized at Automated Language Processing Systems ("ALPS").[3]  I understand that the APLS technology was used by Microsoft to provide the grammar checking function in Microsoft Word.

10. From 1978 to 1980, I lived in South Korea.  During this period, I became fluent in Korean (including reading and writing Hangul, the Korean phonetic alphabet), familiar with Japanese, and learned many Chinese characters, which are used in all three languages.  For example, my Korean name in Chinese characters is 盧仁萬.

11. In 1980, I started developing software in Basic, C and assembly language.  By 1981, I had begun designing and implementing various relational database management systems (RDBMS), including System R and ingres.  Also, I was elected President of the BYU Chapter of the Association for Computing Machinery ("ACM").

12. In 1966, DARPA provided the University of Utah with $5M in pure research funding to create a computer science department.  Key players in the development of graphics processing were professors and students there, including David Evans and Ivan Sutherland (Evans & Sutherland), Jim Clark (New York Institute of Technology ("NYIT"), Silicon Graphics), Ed Catmull (*Texture mapping & Z-buffer*, NYIT and Disney/Pixar), Federic Parke (NYIT, IBM), John Warnick (*Hidden surface*, Xerox PARC, Adobe), Alan Kay (Xerox PARC,

---

[2] Lytle, Eldon G. (1974) "A Summary Comparison of Junction Grammar and Transformational Grammar." First published in LINGUISTICS SYMPOSIUM: AUTOMATED LANGUAGE PROCESSING, 9 April 1974. Republished in JUNCTION THEORY AND APPLICATION, V. 2, no. 2, Spring 1979. Provo, Utah : BYU Translation Sciences Institute.

[3] About half of the first 25 employees at Novell had worked at TSI and/or ALPS.

Atari, Apple, Disney), Henri Gouraud (*Gouraud shading*), Bui Tuong-Phong (*Phong shading*), Noland Bushnell (Atari), Henry Fuchs (*Pixel-Planes, PixelFlow*, University of North Carolina), and Alan Ashton (WordPerfect). Clark, Catmull, and Parke helped form the Computer Graphics Lab at New York Institute of Technology.

13. In the late 1960's and 1970's, the University of Utah was known for its pioneering work in computer graphics and the Internet.[4] At BYU, I got involved with computer graphics and wrote graphics programs. Many of my BYU professors had been at the University of Utah during its computer science pioneering years. One of my BYU professors, Alan Ashton, and a fellow computer science student, Bruce Bastian, worked together on word processing software with graphical display. Later, Professor Ashton and Bruce Bastian founded WordPerfect.

14. When I was at BYU, Computer Science was relatively new and I attended lectures by other Computer Science pioneers, including Donald Knuth,[5] who wrote "One of the first mathematical theories inspired by computer science is the theory of languages….The excitement of these new theories is the reason I became a computer scientist."[6]

15. I graduated with High Honors from Brigham Young University where I received a Bachelor of Science degree in Computer Science. My formal studies included computer architecture, computer programming, programming languages, algorithms, operating systems, and database systems.

---

4 In 1969, the University of Utah along with the Stanford Research Institute ("SRI") was one of the first four nodes on the Internet.

5 "Since Computer Science is relatively new, I must begin by explaining what it is all about. At least, my wife tells me that she has to explain it whenever anyone asks her what I do…" Selected Papers on Computer Science, Donald K. Knuth, Stanford Center for the Study of Language and Information, 1996, p. 5.

6 Ibid. pp. 12-13.

16. In 1981, I was hired by IBM in San Jose, CA to develop software. I started working with computer networks and relational, and non-relational, database systems. I used GML mark up language to produce documentation. GML became the standard upon which HTML and XML are based. During my employment at IBM, the IBM PC was released.

17. In 1982, I began working at Dialogic Systems Corporation. At Dialogic, I analyzed and implemented complex software including Computer Aided Design (CAD) software, system module self test diagnostic programs, and diagnostics. As manager of the Process, Controls, and Tools, department I implemented corporate processes and designed database systems for information storage, code control, and problem tracking and resolution.

18. From 1986 to present, I have provided consulting services to companies Hewlett Packard ("HP"), Tandem (later Compaq, now HP), Apple, Sun, VIT, and many others which included implementation of database systems, Internet client/server systems, data driven web sites, data mining, and many other high technology services.

19. At Amdahl Advanced Systems (now Fujitsu), in 1992-1993, we were building a supercomputer with custom high performance chips and board. I hired Albert Koval, an AI expert from Cray Computers, who had developed an Expert System for Cray that could determine hardware fault locations based on the AI analysis of the non-diagnostic computer output. Together he and I designed a similar Expert System at Amdahl. Later, after we left Amdahl, in the mid-1990's, we consulted on the design and implementation of various systems,

including an AI system for NASA Ames Research Center, using CLIPS,[7] a tool for building expert systems.[8]

20. In the early 1990's, I worked on the Newton PDA team at Apple. One of my assignments was to review the invention materials and implementation for the Newton Recognition System, which analyzed the sequence of strokes or gestures made on the touch screen to determine handwriting and other instructions to the handheld computing device. After reviewing the materials, I then documented how the system worked so that Apple employees could understand, maintain, and extend the system.

21. Also in the mid-1990s, I consulting with HP regarding telephone hardware and signal processing; developed a proposal for a customer service call center; and setup a Quality Assurance ("QA") department that was co-located and integrated with the Customer Service Call Center for @Home (later Comcast Broadband, now Xfinity).

22. My team developed a Data Mining website for Tandem.

23. I also set up a QA department for startup VIT, whose product provided for data mining big legacy database systems and combining the extracted legacy data with modern relational and transactional data to provide various types of on-demand analysis.

24. In the late 1990s, I was involved in the design and implementation of a database enabled Wide Web based application service provider ("ASP") system, which automated the previous manual pen and paper processes associated with post-acute medical care. It included creation of an electronic medical record and enabling electronic communication

---

[7] "'C' Language Integrated Production System (CLIPS) is a rule-based programming language useful for creating expert systems and other programs where a heuristic solution is easier to implement and maintain than an algorithmic solution. …Since 1996, CLIPS has been available as public domain software." http://www.clipsrules.net/?q=AboutCLIPS

[8] *CLIPS, A Tool for Building Expert Systems*, http://clipsrules.sourceforge.net.

between different medical professionals and their suppliers.  I am familiar with the Internet enabling technologies that were available in 1999 and with the value of automated data collection, communication, approvals, and data mining.

25. 27. In 1999 through 2002, I co-invented, designed and implemented a high performance database and Internet e-Commerce site for BoomerangIt.com and the National Bicycle Registry.  During this same time I consulted with Product Success on their e-Commerce and Oracle database driven product development portal, with PocketPass.com on their e-Commerce and Oracle database driven product development portal, and with Applied Materials on their Internet enabled, database driven documentation system.

26. Prior to being retained in this matter, I have acquired and performed forensic analysis of several computer systems including networked database systems, including World Wide Web based systems with big data, user profiles, and user specific recommendations; graphics processing system, including GPU internal architecture and processing pipelines; and social media.  In particular, I have analyzed various large enterprise systems including Supplier Relationship Management ("SRM"), Customer Relationship Management ("CRM"), Business Intelligence ("BI"), and Business Analytics ("BA"), including multiple Purchase2Pay ("P2P") systems.  Further, I have extensive experience in designing, developing and analyzing database systems and Enterprise Systems.  As a result, I have had access to the type of components and information at issue in this case and have had contemporaneous knowledge of what was publicly known.

27. Both federal and state courts have recognized me as an expert in computer software, computer architecture, database systems, networks, computer hardware, and computer forensic science.

28. For example, a United States District Court in Texas and the United States Court of Appeals for the Fifth Circuit have recognized me as an expert computer forensic analyst

Expert Report of Kendyl A. Román                    11                    HIGHLY CONFIDENTIAL

and reliable witness.[9]  The U.S. Supreme Court declined to further review my qualifications and testimony.[10]

29. In particular, in *Wellogix, Inc. v. BP America, Inc.* and *Wellogix, Inc. v. Accenture*, I analyzed SAP source code and implementation, including Business Intelligence and Business Analytics.[11]

30. I have been analyzing trade secrets as an expert witness for seventeen years. Case involving trade secrets include: *Tradescape.com, Inc., et al. v. Shivaram, et al., RIA Telecommunications v. DollarsDirect.com, et al., Aspect Communications Corporation v. eConvergent, Inc., et al., CAPS Logistics, Inc. v. Ratliff, et al., Compuware Corporation v. International Business Machines Corp. (IBM), Wayne Fowler v. Bell Helicopter Textron, Inc., Opthalmic Imaging Systems v. Mark Fukuhara, et al., Electro Source, LLC. v. Fire Intl' Ltd. Inc, et al., eTreppid Technologies LLC v. Dennis Montgomery, Wellogix, Inc. v. BP America, Inc. and Wellogix, Inc. v. Accenture,* and *Lilith Games v. uCool, Inc.*

31. Cases involving user profiling and personalization include: *BroadVision, Inc. v. Art Technology Group, Overture Services, Inc. (Yahoo) v. FindWhat.com, Inc., ValueClick, Inc. v. Revenue Science, Inc.,* and *Reporting Technologies, Inc. v. Emma, Inc.*

---

[9] See Wellogix, Inc. v. Accenture, LLP, No. 11-20816, United States Court of Appeals, Fifth Circuit, May 15, 2013, stating in part, "Roman's experience as a software developer and forensic analyst, and his fluency in different programming codes, qualified him as an expert on the subject of his testimony: software programming and source codes…"

[10] See No. 13-1051, United States Supreme Court where such a petition was denied.

[11] See Wellogix, Inc. v. Accenture, LLP, No. 11-20816, United States Court of Appeals, Fifth Circuit, May 15, 2013, stating in part, "Roman had the requisite 'experience, training, or education' to testify as to the software industry's understanding of such terms…Roman had 'specialized knowledge' about SAP's software because he 'testified that he had been able to teach himself [SAP's programming language] language and implement the SAP software.'… Roman's background in computer science, and knowledge about SAP's software, sufficed."

Expert Report of Kendyl A. Román                12                HIGHLY CONFIDENTIAL

32. In *Konrad v. General Motors, et al.*, I analyzed source code for database and eCommerce software for forty of the largest corporations in America. In this case, I had access an enormous amount of data, the biggest of the big data of its time.

33. In *Aspect Communications Corporation v. eConvergent, Inc. et al.*, the Superior Court of California, Santa Clara County appointed me to act in a role similar to a special master. I conducted an informal hearing wherein counsel and experts for both parties presented arguments on various discovery issues. As requested by the Court, I wrote an opinion regarding whether the parties had defined their trade secret claims with the required level of identification or specificity as required under California Law. The technology domain of the trade secrets was related to Enterprises Software systems, in particular Customer Relationship Management. The Court adopted my opinion and issued sanctions to the party that had failed to provide the required discovery.

34. In *In Re U.S. Patent No. 6,279,033* and *RTI v. Emma*, I was engaged by MicroStrategy, a Business Intelligence ("BI") and Analytics company, and analyzed various patents and prior art in the field of their business, and source code accused of infringing MicroStrategy's patents. Emma's technology including marketing campaign management, including email marketing.

35. In *Safeway, Inc. v. Consonus, Inc.*, I analyzed Safeway's Data Mining and Recommendation computer system. In this big data system, Safeway stores data about every item purchased in its chains including Safeway, Vons, and Pak 'n Sav. Safeway uses customer clubs, such as Safeway Club Card, to explicitly tie purchases to individuals, and then provides personalized recommendations in *Just for U* offers, for example, via the Safeway smartphone app and website. It data mines this big data to make predictions and decisions about its business, such as which products to sell in which stores, what inventory to buy and ship, and to set prices.

36. In *CAPS Logistics, Inc. v. Ratliff*, I analyzed source code for logistics analysis software systems.

37. In *Compuware Corporation v. IBM*, I analyzed source code for IBM mainframe performance management and analysis software.

38. In *Wayne Fowler v. Bell Helicopter Textron*, I analyzed source code for database conversion software.

39. In *Overture Services, Inc. (Yahoo) v. FindWhat.com, Inc.* I analyzed source code for paid search listing Internet sites.  This same technology was previously licensed by Google.  This targeted advertising technology developed a profile regarding a person's interested and recommended certain search results based on those interests.

40. In *ValueClick, Inc. v. Revenue Science, Inc.*, I examined patents and technology related developing a user profile based on tracking user behavior tracking and analyzing agate data and the use of agents to provide targeted advertising.  U.S. Patent 5,848,396, filed April 26, 1996, disclosed of the idea of analyzing data and user behavior and providing recommendations based on a user specific profile.  Other prior art disclosed the use of intelligent agents and artificial intelligence to obtain information from the World Wide Web, for example: as discussed in the January 1995 Proceedings International Conference on Tools with Artificial Intelligence;[12] BroadVisions One-to-One™ personalized marketing, and U.S. Patent 5,867,799, filed April 4, 1996, which discussed filtering the "massive flow of information" to meet users information classification needs (and referenced Simon Haykin's *Neural Network[13]s*

---

[12] Pazzani, M. et al., "Learning from hotlists and coldlists: Towards a WWW Information Filtering and Seeking Agent," Proceedings International Conference on Tools with Artificial Intelligence, Jan. 1995, pp. 492-495.

[13] Simon Haykin. Neural Networks: A Comprehensive Foundation. Macmillan College Publishing Co., New York (1994).

and *Adaptive Filter Theory*,[14] Beerud Sheth's *A Learning Approach to Personalized Information Filtering);*[15] HNC Software's SelectCast, an intelligent advertising and audience management server for the World Wide Web, based on HNC's neural-network text analysis technology;[16] and OpenText.

41. In *eTreppid Technologies LLC v. Dennis Montgomery,* the technology involved the automatic analysis of large amounts of image data and techniques for detecting anomalies, for example that may indicate a possible terrorist riding a bicycle through the desert at night.

42. In *QAD Inc. v. Ingersoll-Rand Company*, I provided technical opinions regarding enterprise software systems.

43. In *Ariba, Inc. v. Coupa Software Inc.*, I analyzed Enterprise Software.

44. In the *SAS Institute v. World Programming*, I analyzed Enterprise Software, including Business Analytics software, developed by both parties.  I also analyzed the entire product line of the SAS Institute.

45. I have done extensive computer-related forensic work including the analysis of the structure and operation of database, network, and World Wide Web based systems.  I have experience in comparing different sets of source code to each other.  Source code is a version of a computer program which is written by a computer programmer and which is human readable.  I have previously performed software comparisons involving millions of lines of source code. This work has included analysis of whether the source code for one program has been appropriated

---

[14] Simon Haykin. Adaptive Filter Theory. Prentice-Hall, Englewood Cliffs, NJ (1986).

[15] Beerud Sheth. A Learning Approach to Personalized Information Filtering, Master's Thesis, Massachusetts Institute of Technology, Feb., 1994.

[16] *HNC Software and Infoseek announce Web partnership*. Business Wire, May 7, 1996.

from the source code for another program, and whether the architecture, concepts, modules (objects), parameters, functions (methods), identifiers, and algorithms have been appropriated from one set of source code into another.  This work has also included an analysis of the use of trade secrets in the source code, architecture design documents, or other related documents.

46. Cases in which I have testified as an expert witness at trial or by deposition during the previous four years are identified as:

- *Davis and Carlos v. HireVue, Inc.*, No. 140900780 (Utah State 3rd District Court, Salt Lake County);

- *Embry v. Acer America Corp.*, No. 5:09-cv-01808 (N.D. Cal.);

- *Futurelogic, Inc. v. Nanoptix, Inc.*, 2:10-cv-07678 (C.D. Cal.);

- *Hickok, Inc. v. SysTech International, LLC*, No. 1:7-cv-03565 (N.D. Ohio);

- *Miller v. Fuhu, Inc.*, No. 2:14-cv-6119-CAS(ASx) (C.D. Cal.);

- *MyKey Technology Inc. Patent Litigation*, No. 2:13-ml-02461 (C.D. Cal.);

- *Parallel Networks, LLC v. A10 Networks, Inc.*, No. 1:13-cv-1943 (D. Del.);

- *Parallel Networks, LLC v. F5 Networks, Inc.*, No. 1:13-cv-2001(D. Del.);

- *Reporting Technologies, Inc. v. Emma, Inc.*, No. 1:11-cv-01203 (E.D. Va.);

- *Sanford L.P. v. Esselte AB*, No. 1:14-cv-07616 (S.D.N.Y.);

- *SAS Institute, Inc. v. World Programming Limited*, No. 5:10-CV-25-FL (E.D.N.C.);

- *T. Rowe Price Investment Services, Inc. v. Secure Axcess, LLC*, No CBM2015-00027 (U.S. Patent Trial and Appeal Board).

- *TD Ameritrade v. Trading Techs. Int'l, Inc.*, Nos. CBM2014-00131, 133, 135, and 137 (U.S. Patent Trial and Appeal Board);

- *Wellogix, Inc. v. Accenture LLP*, 3:08-cv-119 (S.D. Tex.); and

- *Wellogix, Inc. v. BP America, Inc.*, No. 4:09-cv-1511 (S.D. Tex.).

Expert Report of Kendyl A. Román                16                HIGHLY CONFIDENTIAL

47. Also the following is the case identification of the cases where I have provided recent reports or declarations but have not testified:

- *GoPro, Inc. v. Contour, LLC*,  Nos. IPR2015-01078 and IPR2015-01080 (U.S. Patent Trial and Appeal Board);

- *IBG LLC v. Trading Techs. Int'l, Inc.*, CBM2015-00179, CBM2015-00181, CBM2015-00182, CBM2016-00009, and CBM2016-00032 (U.S. Patent Trial and Appeal Board);

- *Innersvingen AS v. Sports Hoop, Inc.*, No. 2:12-cv-05257 (C.D. Cal.);

- *Lilith Games (Shanghai) Co. Ltd. v. uCool, Inc.*, No. 4:15-cv-01267 (N.D. Cal.);

- *Malanche v. Eisenhower Medical Center*, No. INC1108128 (Superior Court of California, Riverside County);

- *Paycom Payroll, LLC v. Richison*, No. 5:09-CV-00488-W (W.D. Okla.);

- *Tradestation Group Inc. v. Trading Techs. Int'l, Inc.*, CBM2016-00031, (U.S. Patent Trial and Appeal Board); and

- *Twin City Fan Companies, Ltd. v. FPT Software*, No. 0:12-cv-1357 (D. Minn.).

48. In general, the subject matter of my work in these cases involved computer-related trade secrets, copyrights, patents, or computer access of Internet data.

49. In addition, I have served as a court-appointed expert in *Ribeiro v. Weichselbaumer* in Santa Clara County, California, and a Special Master in a Federal District Court (see *Paycom* identified above).

50. My Curriculum Vitae identifies over 80 issued patents and over 75 published patent applications for which I am listed as an inventor or assignee.  Several of my inventions include database systems, data communications over networks, image processing, and video compression.  I have reviewed and analyzed numerous patents and computer based systems through my litigation support work, including patents, publications and systems, related to the

Expert Report of Kendyl A. Román                17                HIGHLY CONFIDENTIAL

architecture and operation of database and networked computer systems, data mining, personalization, and recommendation systems.

### III.   MATERIALS REVIEWED

51. In my study of this matter, I have had access to the materials as set forth in Exhibit 2 and considered and relied on these materials to varying degrees.  Citations to these materials that appear below are meant to be exemplary but not exhaustive.  I have also relied on my professional knowledge and experience.

52. The materials from all parties were provided for my review in electronic files. I had full access to all produced files and had the ability to search all the documents to determine which documents would be useful in my analysis.  Counsel for Almawave did not direct me to, or limit my analysis to, any particular subset of documents.

53. In connection with my work in this case, I downloaded from the Internet publicly available documents.

54. I have also used materials in my possession prior to this case, and related materials that I have acquired independently.

55. I own an SAP license, and have had access to SAP software, source code, and support documentation.  I had previously been provided access by the SAS Institute to SAS software, and have had continual access to publicly available information regarding SAS.

56. I have reviewed transcripts of a number of depositions in this case that are listed in Exhibit 2.  I have had discussions with Raniero Romagnoli regarding what was publicly known and the types of external constraints placed on the materials at issue in this case, and the source of various information presented in this case. Mr. Romagnoli has been involved in the CRM and data warehousing industry for over a decade.  Mr. Romagnoli is a developer of many of the designs and software at Almawave.  I have also had discussions with Valeria Sandei.  Mr. Romagnoli and Ms. Sandei are inventors listed on Almawave's patent application.  Ms. Sandei

Expert Report of Kendyl A. Román               18               HIGHLY CONFIDENTIAL

was the first to have the idea for the subject matter claimed in the application, while Mr. Romagnoli and the other inventors contributed to various area of technical reduction to practice. The Almawave invention and patent application will be discussed in more detail below. As such, I understand these individuals are in a position to know whether this kind of information is publicly known in this area. They also have personal knowledge of the Almawave software and architecture and what, if any, Loop technical information was received or used by Almawave. Almawave technology and product line was fully developed before 2014.

57. I have had discussions with Albert Koval (formerly working with Cray, Fujitsu, NASA, and EMC), and Jared Casper of Baidu Deep Speech, in the AI area, Phil Carmack NVIDIA inventor[17] and former Senior Vice President, in the GPU area, and several others in the CRM area to augment my independent understanding of the AI and CRM areas.

58. I have reviewed the Declaration of Valeria Sandei, dated March 10, 2016. My own analysis is consistent with her testimony.

59. I understand that certain aspects of discovery in this case have not been completed. Many discovery requests have not been resolved. There are items of computer-based data that have not been produced or reviewed by me. Specifically, no source code has been produced.

60. Accordingly, my investigation and review in this matter is continuing and this report represents my findings based on my review of information available as of the date of this report. My review of the information now in my possession is continuing. Additional information may become available which would further support, expand, or modify the conclusions that I have reached to date. Further, I reserve the right to consider and comment on

---

[17] See U.S. Patent Application Publication 2014/0358990.

Expert Report of Kendyl A. Román                19                HIGHLY CONFIDENTIAL

any additional expert statements and testimony provided by other experts in this matter. Any changes or necessary amplification or clarifications of these conclusions will be addressed in supplemental reports or testimony, which I reserve the right to provide. I also reserve the right to rely on demonstrative exhibits to supplement my testimony at the arbitration and/or trial.

## IV.   EXHIBITS

61. Exhibit 1 is my Curriculum Vitae.

62. Exhibit 2 is an updated list of materials reviewed, considered or made available to me.

63. Exhibit 3 provides a high level overview various technologies as they relate to products or development by Almawave and Loop.

64. Exhibit 4 is a chart of my detailed analysis of Loop's trade secret list.

65. The remaining exhibits provide information regarding various textbooks, research papers, articles, and other documents that are referenced in this report or its exhibits.

## V.   ASSIGNMENT

66. I have been asked to use my technical training, knowledge, experience, and background to shed light on the meaning of various technical terms and documents related to this case. Further, I have been asked to review and/or search all documents produced in this litigation, to perform any analysis I deem necessary, and opine as to whether certain documents, architecture, software, and/or other alleged trade secrets of Loop were improperly accessed or used by the Almawave Defendants. Also, I have been asked to analyze Loop's and Almawave's technology and to compare and contrast the various components and applications. Additionally, I was asked to analyze patent applications and/or patents of Loop and Almawave and their employees and to shed light on how those patent documents disclosed the alleged trade secrets, more clearly explain what the companies were working on and marketing, and the roles that various individuals played.

## VI.   LEGAL STANDARDS APPLIED

67. Based on my professional experience, I am familiar with the concept of "trade secrets" in software related litigation.  For example, as discussed above, I served as a court-appointed expert in a previous California software trade secrets case.  I have worked on multiple trade secret cases that involved large computer software projects.  I generally understand that a trade secret is information, including a formula, pattern, compilation, program, device, method, technique, or process, that:

i)      derives independent economic value, actual or potential, from not being generally known to the public or other persons who can obtain economic value from its disclosure or use, and

ii)     is the subject of efforts that are reasonable under the circumstances to maintain its secrecy.

68. Further, I have been asked to assume the applicable legal standard associated with the definition of a trade secret within California is information that:  1) derives independent economic value from not being generally known to the public or to other persons who can obtain economic value from its disclosure or use; and 2) is the subject of efforts that are reasonable under the circumstances to maintain its secrecy.

69. I understand that Loop has not alleged infringement of copyright or patents.

## VII.   OPINIONS AND BASES THEREOF

**Summary of Opinions**

70. Based on my experience and independent research, and my review thus far of the documents produced in the litigation, the testimony in the case, and the computer-based data, the following is a summary of my opinions relating to Defendants' use and disclosure of Loops claimed trade secrets source code, documentation, and architecture.

a. All Loop's claimed trade secrets are publicly known or have no value from being secret and thus are not trade secrets.

b. Loop failed to identify their alleged trade secrets with specific details.

c. Typically, a software company asserting trade secret misappropriation will produce their source code, source code control system,[18] design documents, and problem tracking database as evidence of their specific trade secrets, so that an objective analysis can be performed. Loop has failed to produce such requisite information to establish a trade secret claim.

d. Loop's source code could embody trade secrets but because Loop did not provide its source code, it is impossible to objectively analyze whether it contains trade secrets.

e. Loop's source code control system could embody trade secrets but because Loop did not provide its source code control system, it is impossible to objectively analyze whether it contains trade secrets.

f. Loop's design documents could embody trade secrets but because Loop did not provide its design documents, it is impossible to objectively analyze whether those design documents contains trade secrets.

g. Loop's problem tracking and other database could embody trade secrets but because Loop did not provide such database, it is impossible to objectively analyze whether it contains trade secrets.

---

[18] A source code control system, such as Microsoft SourceSafe or GIT, keeps a history of all changes in a collection of source code files. See also Ehlen Tr. 88:22-23.

h.  Almawave had AI and CRM industry domain experience as well as technical expertise to design and implement solutions for that industry.

i.  Almawave had developed its AI and CRM industry products prior to 2014.

j.  Prior to 2014, Almawave had conceived, designed, and implemented solutions for the AI and CRM industry.

k.  Prior to 2014, Almawave and PerVoice had been recognized as researchers in using GPUs to speed up automated speech recognition.

l.  Prior to 2014, AI, expert systems, NLP, text analysis, speech analysis, neural networks, deep learning, supervised learning, unsupervised learning, social data mining, sentiment analysis, and recommendation engines were all well-known, well-published technologies.

m.  Prior to 2014, several world technology leaders including Google, Microsoft, Apple, Baidu, NVIDIA, Facebook, and Yahoo had developed significant AI programs and technical staff.  As such the information now claimed by Loop were well known inside other companies.  Further, those companies were much more likely to hire technical talent from university research programs than Loop.

n.  Almawave baseline product technology and design has not materially changed since 2013.

o.  While Almawave and Loop both use publicly known AI techniques, each uses a different set of techniques, generally uses different approaches (i.e. supervised vs. unsupervised), and focuses on different applications of their own unique techniques.

p.  Any information published in Loop's patent applications are publicly known and are not protected as trade secrets.

71. The following sections will explain the bases for these opinions.

Expert Report of Kendyl A. Román                23                HIGHLY CONFIDENTIAL

## VIII.   TECHNICAL OVERVIEW

72. This section presents an overview of key technical terms, entities, and people involved in this case.  A more detailed review of other technical terms will appear later in this report.

### A.      Artificial Intelligence

73. Development of a complete "artificial intelligence" ("AI") is a quest, which has not yet been completed.  However, for many decades, concurrent with the development of computer technology, we have been developing various capabilities and techniques in that quest to develop machine intelligence. Consequently when we talk about AI software and systems we talking about attempts to implement a portion of a future yet unachieved AI.  There are many works of fiction about the elusive AI, for example, recent films *Ex_machina* (2015) and *Her* (2013) explore the possibilities.  However like their predecessors, including *RoboCop* (1987), *Terminator* (1984), and C3PO of *Star Wars* (1977), they are still works of fiction, not reality.

74. Thus, under the umbrella of quest for AI various technologies have been developed using computers that can in some ways mimic or even surpass human intelligence. These including semantic analysis, natural language processing, perceptrons, text analysis, robotics, computer Chess, digital signal processing, speech analysis, computer vision, deep neural networks, deep learning, synthesized speech, self driving cars, and computer Go.  Some of these will be discussed in more detail later.

75. A simple definition of artificial intelligence is "an area of computer science that deals with giving machines the ability to seem like they have human intelligence", or "the power of a machine to copy intelligent human behavior". A full definition of artificial intelligence is "a branch of computer science dealing with the simulation of intelligent behavior

in computers" or "the capability of a machine to imitate intelligent human behavior".[19]

"Artificial Intelligence (AI) is the study of how to make computers do things which, at the moment, people do better."[20]

### B.   Natural Language Processing

76. Natural Language Processing ("NPL") is an area of computer science having to do with processing natural language, namely languages like English, Spanish, and Chinese, which are spoken by human beings as their native or natural language.  This is opposed to computer programming languages, which are created by humans to communicate specifically with machines.

77.  NPL is defined as "Computer understanding, analysis, manipulation, and/or generation of natural language. This can refer to anything from fairly simple string-manipulation tasks like stemming, or building concordances of natural language texts, to higher-level artificial intelligence (AI) -like tasks like processing user queries in natural language. (1997-09-12)"[21] "THE ULTIMATE GOAL of research on Natural Language Processing is to parse and understand language."[22]

---

[19] "Artificial Intelligence." Merriam-Webster.com. Merriam-Webster, n.d. Web. Apr. 22, 2016, http://www.merriam-webster.com/dictionary/artificial%20intelligence

[20] "Artificial Intelligence", Third Edition, Elaine Rich,  Kevin Knight, Shivashankar B Nair, 2009, Tata McGraw-Hill Publishing Company Limited. First published in 1983.

[21] "natural language processing". The Free On-line Dictionary of Computing. Denis Howe. Apr. 22, 2016. Dictionary.com http://www.dictionary.com/browse/natural-language-processing

[22] "Foundations of Statistical Natural Language Processing", p. 341, Christopher D.Manning, Hinrich Schutze. The MIT Press Cambridge, Massachusetts London, England, Second printing, 1999 Massachusetts Institute of Technology

78. In 1975, Jerry Fodor published *The Language of Thought*,[23] which discussed internal representations using data from linguistics and cognitive psychology.

79. *The Oxford Handbook of Computation Linguistics* is a comprehensive guide to the fundamentals, including phonology and semantics; the processes and methods, including text segmentation, parsing, natural language generation, speech recognition, machine learning, and ontologies; and applications, including information extraction, text data mining, natural language interaction, natural language multimodal and multimedia systems, and multilingual on-line NPL.[24]

**C.      Enterprise Software**

80. Enterprise Software, earlier known as Enterprise Resource Planning ("ERP") Software, refers to a company-wide computer software system used to manage and coordinate all the resources, information, and functions of a business using shared databases. Many components are under the broad of umbrella of Enterprise Software, including: Accounting, Payroll, Purchasing, Supply Chain Management, Supplier Relationship Management ("SRM"), Customer Relationship Management ("CRM"), Business Intelligence ("BI"), Business Analytics ("BA"), Purchase to Pay ("P2P"), and Sentiment Analytics.

**D.      Enterprise System**

81. "The overall combination of computer hardware and software that a business uses to organize and run its operations. For example, an integrated enterprise system will

---

[23] *The Language of Thought*, Jerry Fodor, Harvard University Press, 1975.

[24] Oxford Handbook of Computation Linguistics, edited by Ruslan Mitkov, Oxford University Press, 2004.

generally handle more than one operation for a company to facilitate its business and management reporting needs."[25]

82. "Numerous enterprises have utilized these enterprise systems frameworks and methodologies in analyzing, designing and transforming their enterprises."[26]

83. "Enterprise Systems Architecting is a new strategic approach which takes a systems perspective, viewing the entire enterprise as a holistic system encompassing multiple views such as organization view, process view, knowledge view, and enabling information technology view in an integrated framework."[27]

### E.     CRM: Customer Relationship Management

84. Generally, a portion of an Enterprise (ERP) System that supports management of customer relationships.

85. A management philosophy according to which a company's goals can be best achieved through identification and satisfaction of the customers' stated and unstated needs and wants.

86. A computerized system for identifying, targeting, acquiring, and retaining the best mix of customers.

87. Customer relationship management helps in profiling prospects, understanding their needs, and in building relationships with them by providing the most suitable products and enhanced customer service. It integrates back and front office systems to create a

---

[25] "enterprise system", BusinessDictionary.com website, Accessed Apr. 22, 2016 http://www.businessdictionary.com/definition/enterprise-system.html

[26] "Principles of Enterprise Systems", by Deborah Nightingale, Massachusetts Institute of Technology, 2009

[27] "Enterprise Systems Architecting: Emerging Art and Science within Engineering Systems", Deborah J. Nightingale and Donna H. Rhodes, Massachusetts Institute of Technology, March 2004.

Expert Report of Kendyl A. Román                27                HIGHLY CONFIDENTIAL

database of customer contacts, purchases, and technical support, among other things. This database helps the company in presenting a unified face to its customers, and improve the quality of the relationship, while enabling customers to manage some information on their own.[28]

### F.    Entities

#### 1.    SRI International

88. "SRI International is a nonprofit, independent research center serving government and industry. … Our research and innovations have led to new industries and products that impact people's lives every day—from the computer mouse and interactive computing to medical ultrasound, cancer drugs, and much more.… For example, an artificial intelligence project for DARPA led to the development of Siri for Apple's iPhone."[29] Siri is Apple's product that performs speech analysis, classification, and understanding; however, Siri was developed by Siri, Inc., which was later acquired by Apple.

#### 2.    DARPA and the CALO Project

89. Defense Advanced Research Projects Agency ("DARPA") is a U.S. Government agency. "For more than fifty years, DARPA has held to a singular and enduring mission: to make pivotal investments in breakthrough technologies for national security. The genesis of that mission and of DARPA itself dates to the launch of Sputnik in 1957, and a commitment by the United States that, from that time forward, it would be the initiator and not the victim of strategic technological surprises. Working with innovators inside and outside of government, DARPA has repeatedly delivered on that mission, transforming revolutionary concepts and even seeming impossibilities into practical capabilities. The ultimate results have

---

[28]" customer relationship management (CRM)", BusinessDictionary.com website, Accessed 22 Apr. 2016 < http://www.businessdictionary.com/definition/customer-relationship-management-CRM.html >

[29] https://www.sri.com/about, accessed April 20, 2016.

included not only game-changing military capabilities such as precision weapons and stealth technology, but also such icons of modern civilian society such as the Internet, automated voice recognition and language translation, and Global Positioning System receivers small enough to embed in myriad consumer devices."[30]

90. As discussed above DARPA funded the formation of a computer science department at the University of Utah. This government funded research resulted in the development of much of the graphics technology using in the GPUs found in smart phones and gaming computers today.

91. "In 2003, …, DARPA, tapped the non-profit research institute SRI International to lead a five-year, **500-person effort** to build a virtual assistant, one the government hoped might yield software to help military commanders with both information overload and office chores. Although it wasn't the project's mission, this helper, the Cognitive Assistant that Learns and Organizes, or CALO, would ultimately provide the inspiration and model for Siri." (emphasis added) [31]

92. The Cognitive Assistant that Learns and Organizes ("CALO") AI project was funded by the U.S. Government. Spinoffs include Apple Siri (see above and discussed in more detail below) and the Trapit project that includes a web scraper and news aggregator that makes intelligent selections of web content based on a user profile.

**3.    Almawave**

93. Almawave was formed in 2008, four years before Loop. Prior to 2014, Almawave had developed its products that comprised supervised text understanding products for

---

[30] http://www.darpa.mil/about-us/about-darpa, accessed April 20, 2016.

[31] *SIRI RISING: The Inside Story Of Siri's Origins — And Why She Could Overshadow The iPhone*, January 21-24, 2013, http://www.huffingtonpost.com/2013/01/22/siri-do-engine-apple-iphone_n_2499165.html

use in the CRM applications.  In particular these products were used by customer service call or contact centers to analyze the needs expressed by customers and to add value to the CRM process flow. These products were commercially accepted and used by customers in Italy and Brazil.

94. In particular, in the case of a phone call, the customer service agent would type in the expressed need of the customer.  Other text could come from email or social media text entries.  Almawave's technology, prior to 2014, provided for:  1) classification, 2) analysis, 3) follow-up on the need (e.g. change of service, problem report which were integrated through legacy CRM systems).  Prior to 2014, Almawave's technology analyzed unstructured data using neural networks techniques.

95. Prior to 2014, Almawave also had speech analysis, which was technology developed by PerVoice based on 20 years of research in Speech Recognition Processing conducted at Fondazione Bruno Kessler.[32]

96. Prior to 2014, Almawave's research on automated speech recognition had been accepted for presentation at NVIDVIA GPU Technology Conference ("GTC") 2014.

97. On March 7, 2014, the Gartner Group published its review of CRM technology, including Almawave.[33]

98. Presentations developed by Almawave in 2013 and 2014 are consistent with the Gartner Group review.[34]

---

[32] *Almawave acquires majority stake in PerVoice*, May 29, 2013. http://www.pervoice.com/en/company/news/38-almawave-acquires-pervoice

[33] *Market Guide for Contact Center Speech Analytics*, Gartner Group, March 7, 2014.  EN-00001 through EN-00028, EN-00061 through EN-00088, EN-00141 through EN-00188, EN-00278 through EN-00305, EN-00452 through EN-00479, EN-00489 through EN-00516, IQSINC001897 through IQSINC001924, ALMAWAVE0035895 through ALMAWAVE0035908, etc.

99. Almawave USA was formed May 15, 2014.[35]

### 4.    Soshoma, now Loop AI Labs Inc.

100.    Soshoma, now Loop AI Labs Inc., founded in 2012 "artificial intelligence ("AI") technology, which automatically learns about people and things by understanding the internet-based data related to them, by automatically converting unstructured big data and social data to structured data, which can then be used by companies in a wide variety of industries to understand their customers, products, and more without the need to hire data scientists. The Company also has developed, among other things, a Digital Genome Platform that works automatically without human intervention to perform speech and text analytics, semantic understanding, data/text mining, information/feature discovery and sentiment analysis on any data set of big data or social data."[36]

101.    Contemporaneous documents describe Loop as follows: "I met with Anna, Bart, and Patrick earlier this week to discuss Soshoma.  They are working on unsupervised machine learning algorithms that utilize semantic inference to construct profiles of people and things in order to allow better targeting/personalization. The team was previously involved with the CALO DARPA project."  This information was given to Sadik Kapadia, who developed the Netflix personalization (recommendation) engine and was working on unsupervised ML at Google.[37]

---

[34]  ALMAWAVE0039112 through ALMAWAVE0039139, in particular p. 28, dated October 28, 2013; Almawave, People Centered Applications, October 17, 2014, ALMAWAVE0023162 through ALMAWAVE0023202; and ALMAWAVE0022119 through ALMAWAVE0022227.

[35] Sandei Deposition Exhibit 15, Document 285-5, pp. 11 & 13.

[36] Document 210 ¶3.

[37] IQSINC003368, in particular IQSINC003370, email to sadikkapadia@gmail.com.

102.    Further, disclosure of Loop's technology was encouraged by Bart Peintner in August 2014.[38]

### 5.    SAP

103.    SAP is the third largest software company in the world (behind only Microsoft and Oracle).  SAP provides text analytics products including: BO Data Services and Social Media Analytics by NetBase.[39][40]

104.    SAP also acquired OpenText and its OpenText Content Analytics.

### 6.    SAS

105.    The SAS Institute is the largest privately held software company in the United States. The SAS Institute provides text analytics products including: SAS Text Miner, SAS Enterprise Content Categorization, SAS Ontology Management, SAS Sentiment Analysis.[41]

### 7.    IBM and Watson

106.    IBM provides text analytics products including: IBM SPSS, IBM Content Analytics, and IBM Business Process Manager.[42]

107.    Further, IBM has a large project that has been focused on AI for many years.  "In February 2011, the world was introduced to Watson, IBM's cognitive computing system that defeated Ken Jennings and Brad Rutter at Jeopardy!.  It was the first widely seen

---

[38] LOOP-00030530, email from bart@soshoma.com, dated August 09, 2014.

[39] Who is Who in Text Analytics@Garnter.  See also ALMAWAVE0035813.  See also Text Analytics Takes Business Insight to New Depths, Forrester.

[40] See also ALMAWAVE0007170.

[41] Who is Who in Text Analytics@Garnter.  See also ALMAWAVE0035813.

[42] Who is Who in Text Analytics@Garnter.  See also ALMAWAVE0035813.  See also ALMAWAVE0007170.

Expert Report of Kendyl A. Román                32                HIGHLY CONFIDENTIAL

demonstration of cognitive computing."[43]  "We first saw hints of this symbiosis after Watson's chess-playing predecessor, Deep Blue, defeated World Chess Champion Garry Kasparov in 1997."

### 8.    TheNeeds

108.    TheNeeds was incorporated 2013.[44]

109.    "Theneeds is designed to help users discover Internet content matching their interests. Theneeds collects information from thousands of sources including news sites, blogs, and social networks, and uses an algorithm to match content to users' interests more closely the more they use it."[45]

### 9.    Other AI Companies: Google, Facebook, Baidu, Netflix, Yahoo, etc.

110.    As discussed throughout this report there are several other large companies with AI efforts that include deep learning using deep neural networks to analyze both structured and unstructured data.  These companies include: Google, Facebook, Baidu, Netflix, Yahoo, Microsoft, and Gracenote.

## G.    People

### 1.    Raniero Romagnoli

111.    Raniero Romagnoli has been the Director of Technology Labs at Almawave since 2011.[46]  Prior to that he worked at RSA Security.  Earlier, he worked at HP as

---

[43] Computing, cognition and the future of knowing: How humans and machines are forging a new age of understanding, John E. Kelly III, IBM, 2015, p. 4.

[44] Document 210, ¶¶19, 106.

[45] Liles, Keith. "Your Web, Your Way – Theneeds Personalized Web Platform". http://www.killerstartups.com/. Killer Startups.

[46] Romagnoli Deposition Exhibit 18.

Product Manager for HP's Data Retention and Guardian On-line ("Dragon"), and was a team leader in the areas of CRM and Data Warehouse.

### 2.     Valeria Sandei

112.     Valeria Sandei is "President, Chairwoman and Secretary of the Board of Almawave USA and the Chief Executive Officer of Almawave S.r.l."[47]

### 3.     Anna Gatti

113.     Anna Gatti was the CEO of Loop (then Soshoma) in mid-2012.  Loop discovered her alleged wrong-doing on February 3, 2015.  She also helped establish the U.S. marketing entity, Almawave USA around March through June 2014.

### 4.     Giampiero Recco

114.     Mr. Reeco was CTO at Soshoma for 6 months from November 2013 until April 2014.  Here is currently Director of Engineering, Big Data @ Gracenote.  "I can write specs, reverse engineer and debug code in most development languages….Currently scaling Gracenote's Big Data infrastructure to process and analyse [sic] tens of Billions events a day, I can rely on 18 years of technical and managerial experience designing and implementing scalable internet services and mobile solutions across different industries."  "At Soshoma I have been leading the engineering effort of the company.  In this role I enabled Soshoma's scientific team to turn brilliant ideas and artificial intelligence algorithms into a reliable and super-performing online platform."[48]

---

[47] Document 469-09, Sandei Declaration, dated March 10, 2016, ¶1.

[48] https://www.linkedin.com/in/giampierorecco.  See also WI HARPER 000415- WI HARPER 000416.

### 5.    Patrick Ehlen

115.    Patrick Ehlen was a Chief Scientist of Loop. He disclosed that he worked together with Bart Peintner at SRI on DARPA funded AI projects.[49]

116.    On October 7, 2015, at the Stanford and NVIDIA Tech Talks and Hands on Labs in Analytics, Deep Learning and Computer Vision,[50] he gave a presentation entitled "Vision v. Language (Which is harder?)"

117.    An interview with Patrick Ehlen was published on December 14, 2105 where Loops technology was disclosed.[51]

### 6.    Bart Peintner

118.    Bart Peintner also was a Chief Scientist of Loop.[52]  He worked at SRI International for almost 7 years.  At the Deep Learning Summit in Boston on May 26, 2015, he disclosed that Loop's market is larger companies with structured data.[53]  It appears that their work at Loop is an attempt to find a commercial application for the research they did at SRI and/or AT&T.

---

[49] https://www.youtube.com/watch?v=70VQpfFiDi4.

[50] https://www.youtube.com/watch?v=bBsDT9RAyoU&ebc=ANyPxKrdg5QAS4rwKEKdmkPuNy5DqQzExL0QtHRCc8vYfG0fkN8A9iTu996ACJ3eyyU-CFa9Cqbiq8IrwFu2LMj2VDYHSPKeGQ

[51] https://www.youtube.com/watch?v=70VQpfFiDi4.  See also http://insidebigdata.com/2016/03/26/a-contemporary-perspective-of-digital-tranformation.

[52] WI HARPER 000412.

[53] https://www.youtube.com/watch?v=CJzoi9BEg9o.

### 7. Marco Pennacchiotti

119. Marco Pennacchiotti was listed as a contractor at Loop in September of 2014,[54] but was a "research scientist at Yahoo! Labs, since December 2008, where [he did] research on social media and text mining" and claims to have worked at eBay since June 2012 as a Principle Engineer and Research Scientist "[l]eading text mining for customer service data at eBay."[55]

### 8. Gianmauro Calafiore

120. Gianmauro Calafiore was listed as a co-founder of Loop. He is on the inventors list, along with Patrick Ehlen and Bart Peintner, on two Loop patent applications.

## H. Timeline

121. Almawave was founded in 2008, and had commercialized its product line by 2009.[56] The Almawave suite of products was mature at least as early as 2013 as reviewed by the Gartner Group and published March 7, 2014. The product suite has not substantially changed since 2013.

122. Bart Peintner and Patrick Ehlen worked on the government funded AI project called CALO.

123. Soshoma (now Loop) was founded in 2012.

---

[54] WI HARPER 000416-WI HARPER 000417

[55] https://www.linkedin.com/in/marco-pennacchiotti-21b8094. See also http://www.marcopennacchiotti.com/pro/.

[56] Document 469-09, Sandei Declaration, dated March 10, 2016, ¶21.

124. Gatti left Skype in April 2012 (SAC, Document 210, ¶85) and was awarded Soshoma shares (SAC, Document 210, ¶90). She was offered a position at Soshoma on October 3, 2012.[57]

125. Gatti was offered a position at Almawave USA in June of 2014. She explicitly agreed not to bring information from Loop or any other third party to Almawave.[58]

126. Gatti was terminated as an employee and officer of Loop on Feb. 3, 2015 (SAC, Document 210, ¶4).

127. Thus, the worst-case period during which Gatti had access to Loop claimed trade secrets was between April 2012 and February 2015. Almawave could not have received information that would have benefited their products prior to February or March of 2014 when Almawave searched for and found Gatti. However, by March of 2014, Almawave product suite was mature, successful in the market, and had been reviewed by market analysts.

## IX.   METHODOLOGY

128. In forming my opinion regarding whether Almawave used Loop's trade secrets, I determined which information, if any, was Loop's. In a typical trade secret case, a plaintiff produces to me and my code review team, all of their source code, their source code control system (contain ever version of their source code, with data about the changes), their design documents, and information from their problem tracking system (containing descriptions of detail software changes which would not be publicly known or driven by external sources). They also identify what in those computer based data files constitute their trade secrets. Then, I look to see if those detailed and specifically identified trade secrets and confidential information

---

[57] Gatti Deposition Exhibit 4, Document 285-2.

[58] Gatti Deposition Exhibit 2, Confidential Information and Invention Assignment Agreement, section 3(c).

were in fact secret and had value from being secret and were later used by the defendant, in this case Almawave. In this case such a robust, objective analysis could not be made because Loop failed to identify their trade secrets with the requisite specificity.

129.    To extent that a trade secret was designated by Loop, I first determined if the information was publicly known. In addition to my own knowledge and experience, I performed research to determine what was publicly known. My research included interviews with individuals familiar with the technology and the industry. If the claimed information were not publicly known, then I would determine if it have value from not being publicly known. And finally, I reviewed evidence to determine whether Almawave used the alleged trade secret information.

130.    In technology cases, such as this, the court often requires or desires expert analysis to shed light on these issues.

131.    Based on the documents and deposition testimony I have reviewed, my interviews with industry experts, my examination of the documents and computer based evidence and my professional experience, I have not seen any access or use by Almawave of any of Loop's alleged trade secrets.

## X.    ADDITIONAL BACKGROUND

132.    A number of technical terms appear in the various documents and the deposition transcripts. In this section, I will provide definitions for a number of terms. These concepts are publicly known and are the building blocks of the AI technology and platforms at issue in this case. I have also provided information regarding when many of these concepts became well known.

133.    Exhibit 3 illustrates how some of these terms relate to the technology of Almawave and of Loop.

Expert Report of Kendyl A. Román           38           HIGHLY CONFIDENTIAL

A.      **Computer Hardware and Software**

134.    Originally, computers were composed only of physical circuits, known as hardware,[59] that were programmed by physically configuring wires (like a telephone switch board operator). Computer programs (a series of computer instructions) stored in memory are known as software,[60] because they can be modified much more easily than hardware.

B.      **Machine Code or Object Code**

135.    The CPU of a computer is designed to process computer instructions in the form of machine code, which is readable by the machine but is not readable by a human. Machine code is also known as object code.

C.      **Source Code**

136.    Programming in machine code is very tedious and thus is rarely done. Most computer programming is done in a human readable programming language. A high level version of the computer instructions is written in a text file that can be easily read by a human programmer. These text files containing statements written in a computer programming language are called source code.

D.      **Database Management Systems**

137.    Database Management Systems (DBMS) are used to store and manage data. A DBMS includes the data itself, meta-data (data about the data), and programs or routines

---

[59] Hardware is the tangible components of a computing system, such as vacuum tubes, wires, circuit boards and other discrete components.

[60] Software is a "generic term for those components of a computer system that are intangible rather than physical. It is most commonly used to refer to the programs executed by a computer system as distinct from the physical hardware of that computer system, and to encompass both symbolic and executable forms for such programs." (Oxford Dictionary 'software')

Expert Report of Kendyl A. Román              39              HIGHLY CONFIDENTIAL

to manage and access the data.  Data is stored in tables (like a spreadsheet with rows and columns).  The rows are called records and the columns are called fields.

138.    Web sites typically are driven by more complex DBMSs, such as Oracle, Microsoft SQL Server, IBM DB2, or SyBase.

### E.    Ontology

139.    In artificial intelligence (AI), an ontology is, according to Tom Gruber, an AI specialist at Stanford University, "the specification of conceptualizations, used to help programs and humans share knowledge." In this usage, an ontology is a set of concepts - such as things, events, and relations - that are specified in some way (such as specific natural language) in order to create an agreed-upon vocabulary for exchanging information.

### F.    DCT Discrete Cosine Transform

140.    The discrete cosine transform ("DCT") is a technique for converting a signal into elementary frequency components. It is widely used in image compression, such as JPEG and MPEG.[61]  A DCT is a Fourier-related transform.[62]

### G.    Matrix Multiplication

141.    "A matrix is an array of numbers. To multiply a matrix by a single number is easy… this is called "scalar multiplication. But to multiply a matrix by another matrix we need to do the "dot product" of rows and columns. The "Dot Product" is where we multiply matching members, then sum up."[63]

---

[61] "Image Compression Using the Discrete Cosine Transform", p. 81, by Andrew B. Watson, NASA Ames Research Center, Mathematica Journal, 4(1), 1994, p. 81-88

[62] Computer Graphics: Principles and Practice, second edition, James D. Foley, Andries van Dam, S.K. Feiner, and J.F. Hughes. Addison Wesley 1990, ("Computer Graphics"), in particular Sampling Theory pp. 623-628.

[63] "Math Is Fun Advanced" website, Algebra Index, How to Multiply Matrices page, accessed Apr. 26, 2016  https://www.mathsisfun.com/algebra/matrix-multiplying.html

142.    Matrix multiplication is useful in performing transformations.[64]

143.    Matrix math, including matrix multiplication is explained in relation to supervised and unsupervised machine learning is detailed in Programming Collective Intelligence.[65]

### H.    Expert System

144.    "Expert system, a computer program that uses artificial-intelligence methods to solve problems within a specialized domain that ordinarily requires human expertise. The first expert system was developed in 1965 by Edward Feigenbaum and Joshua Lederberg of Stanford University in California, U.S. Dendral, as their expert system was later known, was designed to analyze chemical compounds. Expert systems now have commercial applications in fields as diverse as medical diagnosis, petroleum engineering, and financial investing."[66] "An expert system is meant to embody the expertise of a human expert concerning a particular field in such a way that non-expert users, looking for advice in that field, get the expert's knowledge at their disposal by questioning the system."[67]

---

[64] Computer Graphics: Principles and Practice, second edition, James D. Foley, Andries van Dam, S.K. Feiner, and J.F. Hughes. Addison Wesley 1990, ("Computer Graphics"), in particular Matrices pp. 1103-1106.

[65] Programming Collective Intelligence, Toby Segaran, O'Reilly Media, 2007.

[66] "expert system". Encyclopædia Britannica Online. Encyclopædia Britannica Inc., 2016. Web. Apr. 22, 2016 http://www.britannica.com/technology/expert-system. [Credit: Copyright © 2003 Acquired Intelligence Inc and Worldocean Consulting.]

[67] "Principles of Expert Systems", Peter J.F. Lucas & Linda C. van der Gaag, Centre for Mathematics and Computer Science, Amsterdam, published in 1991 by Addison-Wesley

## I.    Text Analytics

145.    "Text analytics is technology and process both, a mechanism for knowledge discovery applied to documents, a means of finding value in text."[68]

## J.    Speech Analytics

146.    "Speech analytics (SA), the process of analyzing recorded calls to glean information, brings structure to customer interactions and sheds light on information buried in customer telephone interactions with an enterprise. But the value of SA is truly realized when recorded and analyzed data is reapplied to performance pockets within a business."[69]

## K.    Semantics

147.    Simple Definition of semantics is "the study of the meanings of words and phrases in language", or "the meanings of words and phrases in a particular context."[70]

148.    "THIS IS A BOOK about the part language plays in human life. As such, it attempts to present a comprehensive and systematic account of the most important things we do, for language behavior is what makes us different from the higher animals. Man alone can tell the tale of yesterday; he alone can calendar the present or calculate the pattern of tomorrow. To use language, as language, is to be human; to use it with kindness, grace, and dignity is to be humane."[71]

---

[68] "Defining Text Analytics", Posted by Seth Grimes Thursday, February 8, 2007, Archived November 29, 2009, at the Wayback Machine. https://web.archive.org/web/20091129171151/http://intelligent-enterprise.informationweek.com/blog/archives/2007/02/defining_text_a.html

[69] "The Why Factor in Speech Analytics About" By Coreen Bailor August 2006. Destination CRM. Retrieved April 22, 2016. http://www.destinationcrm.com/Articles/Editorial/Magazine-Features/The-Why-Factor-in-Speech-Analytics-43010.aspx

[70] "Semantics." Merriam-Webster.com. Merriam-Webster, n.d. Web. Apr. 22, 2016. http://www.merriam-webster.com/dictionary/semantics

[71] "Design for thinking: a first book in semantics", p. 1, Albert Upton, Stanford University Press, 1961

149.    In 2004, Dominic Widdows discussed how computers can learn meaning a word by reading every day documents.[72]

### L.    Semantic Analysis

150.    "(linguistics) The process of relating syntactic structures, from the levels of phrases, clauses, sentences and paragraphs to the level of the writing as a whole, to their language-independent meanings, removing features specific to particular linguistic and cultural contexts, to the extent that such a project is possible."[73]

### M.    Perceptron

151.    "An element, analogous to a neuron, of an artificial neural network consisting of one or more layers of artificial neurons."[74]

152.    "Artificial-intelligence research, which for a time concentrated on the programming of ton Neumann computers, is swinging back to the idea that intelligence might emerge from the activity of networks of neuronlike entities. Minsky and Papert's book was the first example of a mathematical analysis carried far enough to show the exact limitations of a class of computing machines that could seriously be considered as models of the brain. Now the new developments in mathematical tools, the recent interest of physicists in the theory of disordered matter, the new insights into and psychological models of how the brain works, and

---

[72] Geometry and Meaning, Dominic Widdows, Stanford Center for the Study of Language and Information, 2004.

[73] "semantic analysis." YourDictionary, n.d. Web. April 22, 2016.
http://www.yourdictionary.com/semantic-analysis

[74] "perceptron." YourDictionary, n.d. Web. April 22, 2016. http://www.yourdictionary.com/perceptron

Expert Report of Kendyl A. Román                43                HIGHLY CONFIDENTIAL

the evolution of fast computers that can simulate networks of automata have given Perceptrons new importance."[75]

153.    "Perceptrons was the generic name given by the psychologist Frank Rosenblatt to a family of theoretical and experimental artificial neural net models which he proposed in the period 1957–1962."[76]

### N.    Neural Network

154.    In deep learning, neural networks are one way to represent features.  A neural network is defined, "Also called neural net. A computer model designed to simulate the behavior of biological neural networks, as in pattern recognition, language processing, and problem solving, with the goal of self-directed information processing."[77]

155.    "the general notion that a neural network is a network of functions in which synchronization can be considered explicitly or not."[78]

156.    In deep learning multiple layers of neural networks are used to learn multiple stages of features, which are then fed into a classifier to achieve the end goal.

### O.    Recursion

157.    "The process of defining a function or calculating a number by the repeated application of an algorithm."[79]

---

[75] "Perceptrons, Expanded Edition An Introduction to Computational Geometry", Overview, By Marvin Minsky and Seymour A. Papert, The MIT Press, ISBN: 9780262631112, December 1987

[76] "Perception without Awareness, Psychology of", p. 11218, L. N. Kanal, Copyright 2001 Elsevier Science Ltd. All rights reserved. International Encyclopedia of the Social & Behavioral Sciences ISBN: 0-08-043076-7

[77] "neural network". Dictionary.com Unabridged. Random House, Inc., accessed Apr. 22, 2016. Dictionary.com http://www.dictionary.com/browse/neural-network

[78] "Neural Networks", p. 31, R. Rojas, Springer-Verlag, Berlin, 1996

[79] "recursion". Dictionary.com Unabridged. Random House, Inc. Accessed Apr. 22, 2016. Dictionary.com http://www.dictionary.com/browse/recursion

P.    **Recurrent Neural Network (RNN)**

158.    "The idea behind RNNs is to make use of sequential information. In a traditional neural network we assume that all inputs (and outputs) are independent of each other. But for many tasks that's a very bad idea. If you want to predict the next word in a sentence you better know which words came before it. RNNs are called recurrent because they perform the same task for every element of a sequence, with the output being depended on the previous computations. Another way to think about RNNs is that they have a "memory" which captures information about what has been calculated so far. In theory RNNs can make use of information in arbitrarily long sequences, but in practice they are limited to looking back only a few steps."[80]

Q.    **Convolutional Neural Network (CNN)**

159.    "A Convolutional Neural Network (CNN) is comprised of one or more convolutional layers (often with a subsampling step) and then followed by one or more fully connected layers as in a standard multilayer neural network. The architecture of a CNN is designed to take advantage of the 2D structure of an input image (or other 2D input such as a speech signal). This is achieved with local connections and tied weights followed by some form of pooling which results in translation invariant features. Another benefit of CNNs is that they are easier to train and have many fewer parameters than fully connected networks with the same number of hidden units."[81]

---

[80] "Recurrent Neural Networks Tutorial, Part 1 – Introduction to RNNs", September 17, 2015, WildML AI, Deep Learning, NLP website Accessed Apr. 22, 2016 http://www.wildml.com/2015/09/recurrent-neural-networks-tutorial-part-1-introduction-to-rnns/

[81] "Convolutional Neural Network", UFLDL Tutorial Accessed Apr. 22, 2016 http://ufldl.stanford.edu/tutorial/supervised/ConvolutionalNeuralNetwork/

### R.    Classifier

160.    An algorithm that implements classification, especially in a concrete implementation, is known as a classifier. In machine learning and statistics, classification is the problem of identifying to which of a set of categories (sub-populations) a new observation belongs, on the basis of a training set of data containing observations (or instances) whose category membership is known. "A classifier performs a mapping from a feature space X to a discrete set of labels Y. In other words, a classifier assigns a pre-defined class label to a sample. A classifier takes an object or a situation described by a set of attributes as an input and returns a "decision" – the predicted label. For example, a spam classifier labels an email as "Spam" or "Non Spam" based on some attributes of the email (sender, body, etc…)."[82]

161.    "The idea behind a Bayesian classifier is that, if an agent knows the class, it can predict the values of the other features. If it does not know the class, Bayes' rule can be used to predict the class given (some of) the feature values. In a Bayesian classifier, the learning agent builds a probabilistic model of the features and uses that model to predict the classification of a new example."[83]

### S.    Deep Learning

162.    Deep Learning ("DL") is a subfield of Machine Learning ("ML") which is a subfield of AI.[84] "This solution is to allow computers to learn from experience and understand the world in terms of a hierarchy of concepts, with each concept defined in terms of its relation to

---

[82] "PAL  Personalized Assistant that Learns" website, Classification Suite web page, Artificial Intelligence Center @SRI International, accessed Apr. 26, 2016 https://pal.sri.com/classification-suite/

[83] "Artificial Intelligence Foundations of Computational Agents", Copyright © 2010, David Poole and Alan Mackworth  http://artint.info/html/ArtInt_181.html

[84] Ehlen Tr. 109:5-15.

simpler concepts. By gathering knowledge from experience, this approach avoids the need for human operators to formally specify all of the knowledge that the computer needs. The hierarchy of concepts allows the computer to learn complicated concepts by building them out of simpler ones. If we draw a graph showing how these concepts are built on top of each other, the graph is deep, with many layers. For this reason, we call this approach to AI deep learning."[85]

163.    "Around 1960: Visual Cortex Provides Inspiration for DL (Sec. 5.4, 5.11) Simple cells and complex cells were found in the cat's visual cortex (e.g., Hubel and Wiesel, 1962; Wiesel and Hubel, 1959). These cells fire in response to certain properties of visual sensory inputs, such as the orientation of edges. Complex cells exhibit more spatial invariance than simple cells. This inspired later deep NN architectures (Sec. 5.4, 5.11) used in certain modern award-winning Deep Learners (Sec. 5.19–5.22)."[86]

## T.    DeepMind's AlphaGo

164.    "THE FIRST COMPUTER PROGRAM TO EVER BEAT A PROFESSIONAL PLAYER AT THE GAME OF GO". "In March 2016 AlphaGo won 4-1 against the legendary Lee Sedol, the top Go player in the world over the past decade. The matches were held at the Four Seasons Hotel, Seoul, South Korea on March 9th, 10th, 12th, 13th and 15th and livestreamed on DeepMind's YouTube channel as well as broadcast on TV throughout Asia through Korea's Baduk TV, as well as in China, Japan, and elsewhere."[87]

---

[85] "Deep Learning" Chapter 1 Introduction, pp. 1-2, Ian Goodfellow, Yoshua Bengio, and Aaron Courville, Goodfellow-et-al-2016-Book, Book in preparation for MIT Press, Accessed April 22, 2016. http://www.deeplearningbook.org/contents/intro.html

[86] "Deep Learning in Neural Networks: An Overview", Technical Report IDSIA-03-14 / arXiv:1404.7828 v4 [cs.NE] (88 pages, 888 references), Jurgen Schmidhuber, The Swiss AI Lab IDSIA, October 8, 2014, accessed Apr. 26, 2016 http://arxiv.org/pdf/1404.7828.pdf

[87] "Google DeepMind" website "AlphaGo" page, Accessed April 22, 2016. https://deepmind.com/alpha-go

### U.    Feature (as it relates to AI)

165.    "The definitions of states and features are intertwined; we can describe either in terms of the other. States can be defined in terms of features: features can be primitive and a state corresponds to an assignment of a value to each feature. Features can be defined in terms of states: the states can be primitive and a feature is a function of the states. Given a state, the function returns the value of the feature on that state. Each feature has a domain that is the set of values that it can take on. The domain of the feature is the range of the function on the states."[88]

### V.    Supervised Learning

166.    Supervised learning methods using neural networks have been have been publicly known at least since 1996, [89] when a textbook on Neural Networks explained, "Learning algorithms can be divided into *supervised* and *unsupervised* methods. Supervised learning denotes a method in which some input vectors are collected and presented to the network. The output computed by the network is observed and the deviation from the expected answer is measured. The weights are corrected according to the magnitude of the error in the way defined by the learning algorithm. This kind of learning is also called *learning with a teacher*, since a control process knows the correct answer for the set of selected input vectors." (emphasis in the original)

167.    *Programming Collective Intelligence*[90] explained how to program machine learning using both supervised and unsupervised learning methods.

---

[88]"Artificial Intelligence Foundations of Computational Agents", section 4.1 Features and States, 2010, David Poole and Alan Mackworth, Accessed April 22, 2016. http://artint.info/html/ArtInt_73.html

[89] *Neural Networks:  A Systematic Approach*, Raúl Rojas, Springer-Verlag, Berliin, 1996, p. 78.

[90] See *Programming Collective Intelligence*, Toby Segaran, O'Reilly Media, 2007, in particular pp. 29-30 and an algorithm summary pp. 277-307.

### W.    Unsupervised Learning

168.    The same textbook went on to explain, "Unsupervised learning is used when, for a given input, the exact numerical output a network should produce is unknown. … In this case we do not know a priori which unit is going to specialize on which cluster. Generally we do not even know how many well defined clusters are present. Since no 'teacher' is available, the network must organize itself in order to be able to associate clusters with units."[91]

169.    In 2009, Bengio disclosed unsupervised training on all layers of a deep network.[92]

### X.    Ontology

170.    "A branch of metaphysics concerned with the nature and relations of being.  A particular theory about the nature of being or the kinds of things that have existence."[93]

171.    From Jacob Lorhard (1561-1609): The Creator of the Term "Ontologia" (1606): "The parts of metaphysics (the science of the intelligible as intelligible insofar as it is intelligible by man by means of the natural light of reason without any concept of matter) are two; Either…"[94]

---

[91] Ibid.

[92] Yoshua Bengio (2009), "Learning Deep Architectures for AI", Foundations and Trends® in Machine Learning: Vol. 2: No. 1, section 8.3, p. 95.

[93] "Ontology." Merriam-Webster.com. Accessed April 22, 2016. http://www.merriam-webster.com/dictionary/ontology

[94] "Ogdoas Scholastica", Jacob Lorhard (1561-1609), 1606, Translation from: Peter Øhrstøm, Sara L. Uckelman, Henrik Schärfe, Historical and Conceptual Foundations of Diagrammatical Ontology, in: Uta Priss, Simon Polovina, Richard Hill (eds). - Conceptual Structures: Knowledge Architectures for Smart Applications, Proceedings of the 15th International Conference on Conceptual Structures, Sheffield, UK, July 22-27, 2007, Berlin, Springer, 2007, pp. 374-386. https://www.ontology.co/pdf/jacob-lorhard.pdf

## Y.    GPU

172.    "Stands for "Graphics Processing Unit." Like the CPU (Central Processing Unit), it is a single-chip processor. However, the GPU is used primarily for computing 3D functions. This includes things such as lighting effects, object transformations, and 3D motion. Because these types of calculations are rather taxing on the CPU, the GPU can help the computer run more efficiently."[95]

173.    Because some AI techniques also require matrix multiplication, GPUs are well suited for AI platforms.[96]  "Although *machine learning has been around for decades*, two relatively recent trends have sparked widespread use of machine learning: the availability of massive amounts of *training data*, and powerful and efficient parallel computing provided by *GPU computing*.  GPUs are used to train these *deep neural networks* using far larger training sets, in an order of magnitude less time, using far less datacenter infrastructure.  GPUs are also being used to run these trained machine learning models to do classification and prediction in the cloud, supporting far more data volume and throughput with less power and infrastructure." (emphasis added) [97]

---

[95] Christensson, Per. "GPU Definition." TechTerms. Sharpened Productions, 2006. Web. April 22, 2016. http://techterms.com/definition/gpu

[96] "Efficient Sparse Matrix-Vector Multiplication on CUDA", Nathan Bell and Michael Garland, in, "NVIDIA Technical Report NVR-2008-004", December 2008, http://www.nvidia.ca/object/nvidia_research_pub_001.html

[97] http://www.nvidia.com/object/machine-learning.html

Expert Report of Kendyl A. Román            50            HIGHLY CONFIDENTIAL

## Z.    Big Data

174.    "Big data is high-volume, high-velocity and/or high-variety information assets that demand cost-effective, innovative forms of information processing that enable enhanced insight, decision making, and process automation."[98]

175.    The term Big Data was used as early as April 25, 1998 by John R. Mashey Chief Scientist, SGI[99]

## AA.    Structured Data

176.    "For the most part, structured data refers to information with a high degree of organization, such that inclusion in a relational database is seamless and readily searchable by simple, straightforward search engine algorithms or other search operations; whereas unstructured data is essentially the opposite. "[100]

## BB.    Social Data

177.    "Any data given up by individuals that is anonymous in nature (meaning – no address, phone, email etc. data involved) and only adds color to a company, a trend, topics, etc."[101]

---

[98] "Big Data", Gartner IT Glossary, Gartner, Inc. website, Accessed Apr. 22, 2016 http://www.gartner.com/it-glossary/big-data/

[99] "Big Data ... and the Next Wave of InfraStress" presentation, by John R. Mashey, Chief Scientist, SGI , April 25, 1998

[100] "STRUCTURED VS. UNSTRUCTURED DATA", Published June 28, 2012, BrightPlanet Deep Web Intelligence website, Accessed Apr. 22, 2016 http://www.brightplanet.com/2012/06/structured-vs-unstructured-data/

[101] "Social Data: What Defines It? And, Who Owns it?", posted on April 22, 2010 by chrisbucholtz, in CRM, Social Business, social CRM, social media, web 2.0, CRM Outsiders online, Accessed April 22, 2016. https://crmoutsiders.com/2010/04/22/social-data-what-defines-it-and-who-owns-it/

178.    "For instance, in June 2008, Wired magazine opened its special section on "The Petabyte Age" by stating, "Our ability to capture, warehouse, and understand massive amounts of data is changing science, medicine, business, and technology."[102]

## CC.    Dark Data

179.    "Gartner defines dark data as the information assets organizations collect, process and store during regular business activities, but generally fail to use for other purposes (for example, analytics, business relationships and direct monetizing). Similar to dark matter in physics, dark data often comprises most organizations' universe of information assets. Thus, organizations often retain dark data for compliance purposes only. Storing and securing data typically incurs more expense (and sometimes greater risk) than value."[103]

## DD.    Data Mining

180.    "The process of collecting, searching through, and analyzing a large amount of data in a database, as to discover patterns or relationships."[104]

181.    "A significant need exists for a new generation of techniques and tools with the ability to intelligently and automatically assist humans in analyzing the mountains of data for the nuggets of useful knowledge. These techniques and tools are the subject of the emerging field of knowledge discovery and in databases (KDD).[105]"

---

[102] "Trending: The Promises and the Challenges of Big Social Data", by LEV MANOVICH, Debates in the Digital Humanities, accessed Apr. 26, 2016 http://dhdebates.gc.cuny.edu/debates/text/15

[103] "Gartner IT Glossary > Dark Data", Gartner, Inc. website, Accessed Apr. 22, 2016 http://www.gartner.com/it-glossary/dark-data/

[104] "data mining". Dictionary.com Unabridged. Random House, Inc. Accessed Apr. 22, 2016. Dictionary.com http://www.dictionary.com/browse/data-mining

[105] "Advances in Knowledge Discovery and Data Mining", p. 2 by Usama M. Fayyad, February 1, 1996, American Association for Artificial Intelligence, The MIT Press.

### EE.    Recommendation

182.    Recommendation engines are used to personalize content for an individual.  The programming of Recommendation Engines was taught in 2007.[106]

183.    Netflix was providing movie rating prediction using Cinematch prior to 2006 when they announced the $1M Netflix Prize.[107]  Two of the best algorithms from the winning Korbell team were put into production, and as of April 2012, were still part of the Netflix's publicly disclosed recommendation engine.

184.    "We have discovered through the years that there is tremendous value to our subscribers in incorporating recommendations to personalize as much of Netflix as possible. Personalization starts on our homepage, which consists of groups of videos arranged in horizontal rows. Each row has a title that conveys the intended meaningful connection between the videos in that group. Most of our personalization is based on the way we select rows, how we determine what items to include in them, and in what order to place those items."[108]

185.    Recommendation is also referred to as content curating or personalization. Recommendation using AI was well known in 2012 as evidenced by Trapit.  "While both Siri and Trapit arose from the same underlying technology and IP, Trapit moved in a different direction. It focuses on personalized search and web discovery in order to bring your attention to the web content that best matches your interests."[109]

---

[106] Programming Collective Intelligence, Toby Segaran, O'Reilly Media, 2007, p. 7-28.

[107] *Netflix Recommendations: Beyond the 5 stars (Part 1)*, http://techblog.netflix.com/2012/04/netflix-recommendations-beyond-5-stars.html. April 6, 2012.

[108] Ibid.

[109] http://techcrunch.com/2012/01/06/siri-sibling-trapit-raises-6-2-million-series-a-from-horizons, posted January 6, 2012.

186.    Recommendation systems using deep content for music were well known by 2013.[110]

**FF.    Sentiment Analysis and Social Media Mining**

187.    Sentiment Analysis was well known in 2012 when Sentimetrix was selected to provide sentiment analysis services for Forbes and joined with Tata to offer social media analytics.[111]

188.    The 6th Sentiment Analysis Symposium was held in May 2013.

189.    The ACM International Conference on Advances in Social Network Analysis and Mining was held in Beijing in August 2014.

190.    Alex Martelli of Google stated that the O'Reilly book entitled *Mining the Social Web*, is "A rich, compact, useful, practical introduction to a galaxy of tools, techniques, and theories for exploring structured and unstructured data."[112]

**GG.    An Agent**

191.    "Agent, also called softbot ("software robot"), a computer program that performs various actions continuously and autonomously on behalf of an individual or an organization. For example, an agent may archive various computer files or retrieve electronic messages on a regular schedule. Such simple tasks barely begin to tap the potential uses of agents, however. This is because an intelligent agent can observe the behaviour patterns of its users and learn to anticipate their needs or at least their repetitive actions. Such intelligent agents

---

[110] Van den Oord, Aaron, Sander Dieleman, and Benjamin Schrauwen. "Deep content-based music recommendation." Advances in Neural Information Processing Systems. 2013.

[111] Sandei Deposition Exhibit 17.

[112] *Mining the Social Web: Analyzing Data from Facebook, Twitter, LinkedIn, and Other Social Media Sites*, Matthew A. Russell, O'Reilly Media, January 2011, (back cover of February 2012 update).

frequently rely on techniques from other fields of artificial intelligence, such as expert systems and neural networks, and aim to achieve complex goals."[113]

### HH.    A user profile

192.    "A user profile is a collection of settings and information associated with a user. It can be defined as the explicit digital representation of the identity of the user with respect to the operating environment, which could be operating systems, software applications or websites. The user profile helps in associating characteristics with a user and helps in ascertaining the interactive behavior of the user along with preferences."[114]

193.    "Definition of: user profile (1) Information about an individual user. Along with name, address, phone number, etc., it may include personal information, especially if it is part of a social networking site. (2) The preferences and current desktop configuration of a user's machine. User profiles enable several users to work on the same computer with their own desktop setup. When stored in a server, user profiles enable users to obtain their desktop configuration when working at a different machine. See system policy."[115]

### II.    Targeted Advertising

194.    "Targeted advertising is a way of placing ads based on demographics, on the consumers' previous buying history or on behavior. Many types of targeted advertising are used online, but advertisers use in other media as well. Examples of targeted advertising include

---

[113] "agent", by Vladimir Zwass, Encyclopædia Britannica. Encyclopædia Britannica Online. Encyclopædia Britannica Inc., accessed Web. Apr. 22, 2016  http://www.britannica.com/technology/agent

[114] "User Profile", Techopedia.com website, Web. Apr. 22, 2016 https://www.techopedia.com/definition/16137/user-profile

[115] "PCmag  Encyclopia online", "Definition of: user profile" page, Ziff Davis LLC 1996-2015, Accessed Apr 26, 2016  http://www.pcmag.com/encyclopedia/term/53562/user-profile

Expert Report of Kendyl A. Román                55                HIGHLY CONFIDENTIAL

having consumers choose which ads to view and placing ads on social networking sites and even billboards that vary depending on who is viewing them."[116]

JJ.    **Architecture (as it relates to AI)**

195.    Generally, architecture can be defined as "a fundamental underlying design of computer hardware, software, or both."[117]

196.    "In development for thirty years, Soar is a general cognitive architecture that integrates knowledge-intensive reasoning, reactive execution, hierarchical reasoning, planning, and learning from experience, with the goal of creating a general computational system that has the same cognitive abilities as humans."[118]

KK.    **SRM: Supplier Relationship Management**

197.    Generally, a portion of an Enterprise Software system that supports management of supplier relationships.

LL.    **Business Intelligence**

198.    "Computer-based techniques used in spotting, digging-out, and analyzing 'hard' business data, such as sales revenue by products or departments or associated costs and incomes. Objectives of a BI exercise include (1) understanding of a firm's internal and external strengths and weaknesses, (2) understanding of the relationship between different data for better

---

[116] "Examples of Targeted Advertising" by Lisa Magloff, Demand Media, Houston Chronicle online, Web. Apr. 22, 2016  http://smallbusiness.chron.com/examples-targeted-advertising-10869.html

[117] "architecture". Dictionary.com Unabridged. Random House, Inc. Apr. 22, 2016. Dictionary.com http://www.dictionary.com/browse/architecture

[118] Overview from "The Soar Cognitive Architecture", by John E. Laird, April 2012, MIT Press, ISBN: 9780262122962  https://mitpress.mit.edu/books/soar-cognitive-architecture

decision making, (3) detection of opportunities for innovation, and (4) cost reduction and optimal deployment of resources."[119]

199. "Business Intelligence is one of the hot topics at the moment, promising customers ways to make better use of all that important information stored on databases".[120]

**MM.  Chess**

200. "A game for 2 players each of whom moves 16 pieces according to fixed rules across a checkerboard and tries to checkmate the opponent's king."[121]

**NN.    Ancient Board Game, Called Go**

201. "The game of Go originated in China more than 2,500 years ago. The rules of the game are simple: Players take turns to place black or white stones on a board, trying to capture the opponent's stones or surround empty space to make points of territory. As simple as the rules are, Go is a game of profound complexity. There are more possible positions in Go than there are atoms in the universe. That makes Go a googol times more complex than chess."[122]

202. I started playing Go in Korea in 1978, and had many to play with in the Silicon Valley startup environment of the 1980's.

---

[119] "business intelligence (BI)", BusinessDictionary.com website, Accessed 22 Apr. 2016 http://www.businessdictionary.com/definition/business-intelligence-BI.html

[120] "White Paper: An insight into Business Intelligence", ComputerWeekly.com website, 2000 - 2016, TechTarget http://www.computerweekly.com/feature/White-Paper-An-insight-into-Business-Intelligence

[121] "Chess." Merriam-Webster.com. Accessed April 22, 2016. http://www.merriam-webster.com/dictionary/chess

122 "Google DeepMind" website "AlphaGo" page, Accessed April 22, 2016. https://deepmind.com/alpha-go

### OO.    Digital Genome

203.    Marketing term developed by Loop to identify its instant profile of people or things.  Developing profiles based on analysis of Internet data was publicly known at least by 2011 as evidenced by Mining the Social Web.[123]

### PP.    Discrete Infinity

204.    "'Discrete infinity' refers to the creative property of language by which speakers construct and hearers understand, from a finite set of discrete units, an infinite variety of expressions of thought, imagination, and. feeling."[124]

### QQ.    Cognitive Computer Platform

205.    "Cognitive computing refers to systems that learn at scale, reason with purpose and interact with humans naturally. Rather than being explicitly programmed, they learn and reason from their interactions with us and from their experiences with their environment. They are made possible by advances in a number of scientific fields over the past half-century, and are different in important ways from the information systems that preceded them."[125]

206.    Rogers and McClelland discuss Semantic Cognition in their 2004 book.[126] The work offers a mechanistic theory of the representation and use of semantic knowledge,

---

123 Mining the Social Web: Analyzing Data from Facebook, Twitter, LinkedIn, and Other Social Media Sites, Matthew A. Russell, O'Reilly Media, January 2011

124 "Language Origins – Perspectives on Evolution", Edited by Tallerman, Maggie, Oxford University Press, 2005 p.48, Haskins Laboratories website, Accessed Apr. 22, 2016 http://www.haskins.yale.edu/Reprints/HL1396.pdf

125 "Computing, cognition and the future of knowing How humans and machines are forging a new age of understanding", p. 2, Copyright IBM Corporation 2015, Dr. John E. Kelly III, Senior Vice President, IBM Research and Solutions Portfolio, http://www.research.ibm.com/software/IBMResearch/multimedia/Computing_Cognition_WhitePaper.pdf

126 Semantic Cognition: A Parallel Distributed Processing Approach, Timothy T. Rogers and James L. McClelland, The MIT Press, June 2004.

integrating the strengths and overcoming many of the weaknesses of hierarchical, categorization-based approaches, similarity-based approaches, and the approach often called "theory theory."

207.    Loop refers to its new focus as a Cognitive Computer Platform.  They disclosed details of the operation of their Cognitive Computer Platform in the Deep Learning Summit in Boston on May 26, 2015.[127]

### RR.    OWL: Web Ontology Language

208.    The World Wide Web Consortium ("W3C") has standardized the Web Ontology Language ("OWL").

### SS.    ASP: Application Service Provider

209.    An application service provider ("ASP") is an entity that provides computer-based services to customers over a network, such as the Internet, including using the World Wide Web as the user interface to the underlying databases and applications.

### TT.    SaaS: Software as a Service

210.    Software as a Service ("SaaS") is a software licensing and delivery model in which software is licensed on a subscription basis and is centrally hosted; in other words the software is rented rather that purchased and executes on the providers hardware.[128]

### XI.    OVERVIEW OF ALMAWAVE PRODUCTS

211.    As discussed above, prior to 2014, Almawave had developed its products that comprised supervised text understanding products for use in the CRM applications.  In this vertical market of CRM, they apply publicly known AI techniques including NPL and semantic

---

[127] https://www.youtube.com/watch?v=CJzoi9BEg9o.

[128] *Definition of: SaaS*. PC Magazine Encyclopedia. Ziff Davis. http://www.pcmag.com/encyclopedia/term/56112/saas  Retrieved 14 May 2014.

searching.  Their products include a NLP processing engine.  Almawave's ontology is developed

with supervised learning, which importantly requires human supervision, and which is

customized for each customer.  Almawave develops a domain model for a customer, the

customer specific ontology is developed with the customer, is fined tuned to the customer's

domain, such as networking, telecommunications (including mobile phone providers),

transportation (including car manufactures), and law enforcement (Ministers of Interior, Police

Departments, Coast Guard Finance).

212.    An overview of Almawave's Iride® Customer Centric Suite as available

in 2014 is provided by a set of slides entitled "People Centered Applications."[129]  The product

suite includes:  Iride® ONE Natural Interface (Front End Activities), Iride® VOICE (Speech

Analytics), Iride® KM (Information Search Optimization), Iride® CLAIM (Active Complaints

Management), Iride® CRM (Contact Classification Management), Iride® CALL (Marketing

Campaign Automation, including email), and Iride® AWARE (Social Media Analytics).[130]  The

products operate in a Multichannel Engagement Hub built on layers of technology including

Semantics, Statistics, Automatic Speech Recognition ("ASR"), and an Adaptive Interface

(iBPM) which interfaces CRM, ERP, Billing, and KMS applications.

213.    Almawave had 54 offices with 37,000 people.[131]  Almawave had many

customers, including Vivo Telefonica, Telecom Italia, SKY, Wind, Claro, Poste Italiane,

---

[129] Almawave, People Centered Applications, October 17, 2014, ALMAWAVE0023162 through
ALMAWAVE0023202.

[130] ALMAWAVE0023188.  See also ALMAWAVE0042792.  See also ALMAWAVE0022051.

[131] ALMAWAVE0023164.

MIRSK, Peugeot, Johnson and Johnson, Ministero della Difesa, and Aeroporti di Roma ("ADR"), and partners, including Oracle, IBM, Microstrategy, Tibco, and informatica.[132]

214.    One area of Almawave's technology was patent pending, in particular, their adaptive technology.[133]  This is further disclosed in U.S. Patent Application 14/450,085 (discussed below).

215.    Almawave's NPL includes publicly know AI techniques including grammar analysis and semantics.  These have been known since the 1960s and are the subject of many textbooks and treatises. For example, Introduction to Montague Semantics is a text explains the fundamentals of "model-theoretic semantics…developed by Richard Montague in a series of papers published in the 1960's and 1970's" and describes his application of "techniques developed in mathematical logic to the semantics of natural language."[134]  Like many technical papers, Montague's original papers are "tersely written and very difficult to follow unless one has a considerable background in logical semantics."  Further, Dr. Lytle's work with using computers to perform supervised NPL and translation using his Junction Grammar was publicly known in the 1960's and 1970's.

216.    Almawave's platform is a software only platform, i.e. it doesn't require any special hardware.  The services run on various generic computer platforms, including Microsoft Windows, Linux, and IBM's AIX.  The front-end software is web browser based and supports: Apple Safari, Mozilla (Firefox), Google Chrome, Microsoft Internet Explorer ("IE"), Samsung, Droid, and Apple iOS.

---

[132] ALMAWAVE0023166.

[133] ALMAWAVE0023187

[134] *Introduction to Montague Semantics*, D. R. Dowty, Robert Wall, Stanley Peters, D. Reidel Publishing Co., Holland, 1980. p. ix.

Expert Report of Kendyl A. Román           61                HIGHLY CONFIDENTIAL

217.    Before 2014, Almawave's automatic speech recognition technology research was recognized by NVIDIA.[135]  Almawave was invited to present at the NVIDIA GPU Technology Conference, held in March 24-27, 2014. [136]  "Almawave and PerVoice are working with Byelorussian researcher Alexei V. Ivanov, an expert on automatic speech recognition, to study GPU use in that field.  The research project will [be] presented at the NVIDIA GTC 2014 Conference in San Jose, California this March 24-27."[137]

218.    Both the slides[138] and video of the presentation are publicly available.[139]

219.    Almawave's Iride® Customer Centric Suite is the same today as it was prior to 2014.  The color image below shows the product suite as of April 25, 2016, and is consistent with the brochure from June 2013,[140] and presentations from October 2013[141] and November 2014.[142]  The suite has the same products with substantially the same names and features. Further, there are no press releases on Almawave's website discussing any new features.

---

[135] *NVIDIA 5th Annual GPU Technology Conference Calls for Submissions* set the deadline for submission as September 27, 2013.  http://www.scientificcomputing.com/news/2013/07/nvidia-5th-annual-gpu-technology-conference-calls-submissions

[136] IQSINC003715-717 and IQSINC003790.

[137] http://www.pervoice.com/en/company/news/39-tveyes-and-pervoice-create-newco-tlt-2

[138] See links in https://sites.google.com/site/alexeivivanov/publications, including Presentation_Ivanov_GPU_ASR_v5.555.pdf and GPU_vs_CPU_visualization.mp4.

[139] A.Ivanov, F. Brugnara, *Making It Fast and Reliable: Speech Recognition with GPUs by Sequential Utilization of Available Knowledge Sources*, Proc. of GTC'2014, GPU Technology Conference, March 24-27, 2014, San Jose, California, USA

[140] ALMAWAVE0035247 through ALMAWAVE0035247, dated June 7, 2013.

[141] See ALMAWAVE0039112 through ALMAWAVE0039139, in particular p. 28, dated October 28, 2013.

[142] https://www.youtube.com/watch?v=7xcfvL12vWo, published January 13, 2015.



IrideCRM® per automatizzare i processi di Call Center
IrideKM® per ottimizzare la ricerca delle informazioni
IrideClaim® per gestire attivamente reclami ed esigenze dei clienti
IrideCare® per innovare i servizi di self-service
IrideCrmVoice® per trasformare la voce in informazioni ed emozioni
IrideCall® per automatizzare le campagne di marketing
IrideOne® per semplificare le attività di front end
IrideAware® per conoscere la reputazione di brand, prodotti e servizi sui nuovi media

**October 2013 Presentation**

![Current 2016 Website screenshot showing Iride Customer Centric Suite modules: ONE Natural Interface "To simplify front-end activities", VOICE "To transform voices into information and emotions", AWARE "To discover the reputation of brands, products and services", CRM "To guarantee the best contact management", KM "To optimize the search for information", CLAIM "To actively mange the needs and demands of clients", CALL "To automate marketing campaigns"]

**Current 2016 Website**

Expert Report of Kendyl A. Román            63            HIGHLY CONFIDENTIAL

## XII.    OVERVIEW OF LOOP PRODUCTS

220.    In the *Soshoma Digital Genome* video, as of April 9, 2014, Loop (still known as Soshoma) was focused on developing profiles for recommendation applications.  "We aim to create Digital Genomes of people and things that enable anyone, in any industry, to create in minutes the next generation of applications and devices that adapt to us and anticipate our needs, like never before.  While companies like Netflix and Pandora made similar efforts in building the genome for limited domains, they did so at the cost of hiring an army of people to manually analyze contents. But our technology learns deep info for any concept with no human effort, leveraging the unstructured data generated by people and devices. Our proprietary technology is based on Deep Semantic Understanding and an evolution of Deep Learning. It extracts meaning from all the unstructured data generated by people and things, and instantly produces the actionable Digital Genome of people and things. Our team includes PhDs with decades of experience in top AI labs [including SRI DARPA project], who developed a scalable cloud platform that enables developers to add deep personalization to their product with no effort." (emphasis added)[143]

221.    "The previous focus, we were focused on understanding people, and one strong use of that is to advertise to them."[144]

222.    Bart Peintner testified, "the new focus was, which was that we could, in an unsupervised way, process and understand raw text."[145]  The new focus is referred to as a Cognitive Computing Platform (discussed above).

---

[143] https://www.youtube.com/watch?v=Xfo_Oq5cuFo.  See LOOP-00030497.

[144] Peintner Tr. 347:7-9.

[145] Peintner Tr. 347:15-17.

Expert Report of Kendyl A. Román          64          HIGHLY CONFIDENTIAL

### XIII.  DISTINCTION BETWEEN ALMAWAVE AND LOOP PRODUCTS

223.    While both Almawave and Loop, use AI techniques in their products, as discussed above, AI is huge a field within computer science.  Further the AI techniques used by both are publicly known.  "the only significant similarities between Almawave's and Loop's technologies are their use of artificial intelligence and data extracted from social media channels. These techniques are, however, well known and used in a wide-range of technologies."[146]

224.    Almawave requires supervised learning to develop customer specific ontologies.  In contrast, Loop, in its testimony[147] and video [148], claims to be able to develop "instant profiles" with unsupervised deep learning by analyzing unstructured data.

225.    Almawave is focused on CRM applications, e.g. in call centers.  It does not do profiling, which can be used to provide recommendations, because such profile is the subject of controversy and legal restrictions in the European Union ("EU").  In contrast, the primary effort by Loop, while Gatti was involved, was to do profiling, their so called "Digital Genome" which they hoped to sell to potential clients for recommendation applications.

226.    Almawave has its own internal solutions to problems and its own U.S. Patent Pending technology (e.g. U.S. Patent Application 14/450,085).  In contrast, Loop's patent applications, which are now abandoned, cover a much different application of publicly known AI techniques to solve a different problem, in a different field, namely targeted advertising and recommendations.

---

[146] Document 469-09, Sandei Declaration, dated March 10, 2016, ¶19.

[147] Ehlen Deposition Exhibit 120, ¶8.  LOOP-00019828, et seq.

[148] https://www.youtube.com/watch?v=Xfo_Oq5cuFo, in particular starting around time code 3:40.

227.    Almawave is software only.  In contrast, Loop is trying to sell "instant profiles" which require specialized GPU hardware.

228.    Almawave application is focused on CRM, in particular providing a more efficient and more effective services for customer contact centers.  Loop was focus on recommendation, advertising, and profiling, i.e. RAP.  Loop new focus is providing a cognitive computing platform.

229.    Almawave is a large, well-established company with offices throughout the world and tens of thousands of employees.  Loop is very small having only had a handful of employees, only has one known customer, and has not been very successful in obtaining funding or traction in the marketplace.

## XIV.   ANALYSIS OF LOOP'S TRADE SECRET CLAIMS

### A.    Trade Secrets Not Identified in Detail

230.    Loop has not identified its trade secrets with specific details. Loop's submission pursuant to the Court's order at Docket 331 provides information regarding its alleged trade secrets.[149] In my opinion this identification is superficial, vague, and not specific enough to allow for an object analysis of the alleged misappropriation.

### B.    Loop Not Claiming Algorithms

231.    Because Loop had not clearly identified its trade secrets, much of the technical deposition time was spent trying to understand what is actually being claimed.  While it is still not clear what is being claimed, Patrick Ehlen testified, "the design of algorithms implementing the technology is not as relevant in this field as are the knowledge of theory and

---

[149] Document 372, Exhibit A, filed January 11, 2016.

the experiments that are necessary to then guide creation of the algorithms."[150]  During the Ehlen

Deposition Loop's counsel stated, "The specifics of the algorithm are not at issue in this case"[151]

and "the algorithm is not at issue in the case.  What's at issue in the case, [is] … the modeling

codes and things that we've identified by Bates number, which are completely different than the

algorithms."[152]  Then, Patrick Ehlen testified, "a long line of conversations about development of

different algorithms, about data to use, about evaluation metrics, about results of experiments.

All of these things are far more important to understanding our algorithm than taking a look at

the algorithm itself."[153]

232.    The data used by Loop is from public sources such as Facebook and

Twitter.[154]  Analyzing data from Facebook, Twitter, LinkedIn, Google and other social media

sites is a well known technique.[155]  Such data is also publicly available.

233.    In my opinion, the type of information Loop is alleging as their trade

secrets is not valuable to Almawave, because there is no evidence that Almawave was trying to

develop the same algorithm, using the same approach, to come up with the same application.

Further, many companies and researchers are using well published techniques, based on well

---

[150] Ehlen Deposition Exhibit 120, declaration dated April 7, 2015, ¶11.

[151] Ehlen Tr. 94:19-20.

[152] Ehlen Tr. 96:25-97:7.

[153] Ehlen Tr. 98:10-16.

[154] https://www.youtube.com/watch?v=Xfo_Oq5cuFo, in particular starting around time code 3:08 and 3:40.

[155] See Mining the Social Web: Analyzing Data from Facebook, Twitter, LinkedIn, and Other Social Media Sites, Matthew A. Russell, O'Reilly Media, January 2011 (updated for Google+ in February 2012).

published research, to analyze publicly available data, for well known applications, similar to what Loop is attempting.

### C.     Items Developed by Almawave Before Existence of Loop

234.     Almawave had developed a mature product line of supervised natural language processing systems, which were customized to each customer, in the CRM application. "Almawave USA was not created to engage in product development in the United States or to seek to acquire new technologies in the United States. Almawave USA … sells well-established products …"[156] "Almawave USA was established to market Almawave S.r.l.'s existing products, based on its existing intellectual property…"[157]  "The technology for the Almawave S.r.l products that Almawave USA is attempting to market and sell was designed and built in Italy since 2009, with a source code fully documented and dated, …. All of the products have been reviewed by highly-regarded market analysts, installed by different customers and subject to extensive press review in various countries."[158]

235.     Almawave's core technology has not changed significantly since before 2014.

236.     For example, the voice product disclosed in the October 2014 presentation (Almawave_Apple_OPERTIVA.pdf)[159] is the same as shown in the Gartner review from March 2104, including "Proprietary large-vocabulary continuous speech recognition (LVCSR) engine," "Proprietary emotion analysis engine," OWL NPL "engine (semantic and

---

[156] Document 469-09, Sandei Declaration, dated March 10, 2016, ¶2.

[157] Document 469-09, Sandei Declaration, dated March 10, 2016, ¶13.

[158] Document 469-09, Sandei Declaration, dated March 10, 2016, ¶21.

[159] ALMAWAVE0022119 through ALMAWAVE0022227.

ontological processing)," "State-of-the-art supervised learning algorithms for both speech and text analysis," and "Unsupervised algorithms for specific features during text analysis."[160]

237.    In particular, Almawave had developed:

- Natural Language Processing

- Almawave's CRM Expertise

- Almawave's Speech Analysis

### D.    Almawave Developed Technology Before Loop

238.    Patrick Ehlen testified that Loop had just begun to implement unsupervised aspects of "development of unsupervised aspects of a highly advanced deep learning technique" around February 17, 2014.[161]  Almawave and PerVoice had already completed its research and development regarding using GPU for automatic speech recognition prior submitting its paper for the GPU Technology Conference in 2014 (due by September 2013).

### E.    Almawave Did Not Have Access to Loop's Trade Secrets

239.    There is no allegation or evidence that Almawave had access to Loop's alleged trade secrets in the development of their products prior to 2014.

240.    I have seen no evidence that Almawave had access to any Loop trade secrets after 2014.  I have seen no evidence that Almawave used any Loop trade secrets at any time.

241.    Raniero Romagnoli confirmed that he had never heard of Loop's technology prior to this litigation.

---

[160] See p. 5, *Market Guide for Contact Center Speech Analytics*, Gartner Group, March 7, 2014.

[161] Ehlen Deposition Exhibit 120, declaration dated April 7, 2015, ¶41.

242.     Valeria Sandei testified that Almawave did not receive any trade secret information from Loop.[162]

**F.     Loop's Claimed Technology Developed by Others and Publicly Known**

243.     Natural Language Processing has been well known since the 1960s as evidenced by the work of Dr. Lytle at TSI at BYU.

244.     The Perceptron algorithm was known in 1957,[163] and was implemented in software on an IBM 704 computer, and in custom hardware called the Mark I Perceptron.  The Mark I Perceptron included a computer-based network, being on of the first artificial neural networks.

245.     Machine Learning is well known. The 29th International Conference on Machine Learning ("ICML") 2012 was held in Edinburgh, Scotland, on June 26–July 1, 2012.

246.     The Neural Information Processing Systems ("NIPS") conference was proposed at the Snowbird Meeting on Neural Networks for Computing in 1986. Neural Networks were well known since 1986 as evidenced by the NIPS Conference publications.

247.     Deep Learning was well known in January 1998 when Symbix filed a patent on deep learning (U.S. Patent 6,097,927).  Deep Learning was successfully used by Hinton in 2006.[164]  Deep Learning was well known in January 2009 when Yoshua Bengio published *Learning Deep Architectures for AI*.[165]

---

[162] Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43

[163] Rosenblatt, Frank (1957), The Perceptron--a perceiving and recognizing automaton. Report 85-460-1, Cornell Aeronautical Laboratory.

[164] Hinton G.E., Osindero S., Teh Y.W. (2006), *A fast learning algorithm for deep belief nets*. Neural Computing, Vol. 18, pp. 1527-54.

[165] Yoshua Bengio (2009), *Learning Deep Architectures for AI*, Foundations and Trends® in Machine Learning: Vol. 2: No. 1, pp 1-127.

248.    "Unsupervised Feature Learning" well known in 2011 as evidenced by the NIPS 2011.  The Deep Learning and Unsupervised Feature Learning Workshop was also repeated at NIPS 2012.

249.    Learning Representations are well known.  The International Conference on Learning Representations ("ICLR") had its first annual meeting in May 2013.  Learning Representations are also the subject of various textbooks and treatises, for example, *Semiotics and the Philosophy of Language*,[166] and *Conceptual Spaces:  the Geometry of Thought*.[167]

250.    Other teams deploying "Deep Learning AI technology using the unsupervised approach" include at least "Google, Facebook, Baidu, [and] Yahoo Research."[168] Deep Learning to analyze human speech was well known in 2104 as evidenced by Baidu's Deep Speech.[169] "Key to our approach is a well-optimized RNN training system that uses multiple GPUs, as well as a set of novel data synthesis techniques that allow us to efficiently obtain a large amount of varied data for training." Baidu had Deep Speech working in 2011 and recently released their CTC implementation source code to open source.[170]

251.    NVIDIA makes GPU designed to support deep learning using neural networks.  These hardware platforms execute well-known techniques for artificial intelligence,

---

[166] *Semiotics and the Philosophy of Language*, Umberto Eco, Indiana University Press, 1984.

[167] *Conceptual Spaces:  the Geometry of Thought*, Peter Gärdenfors, The MIT Press, 2004.

[168] Ehlen Tr. 134:12-24.

[169] *Deep Speech: Scaling up end-to-end speech recognition*, Jared Casper, et al., submitted December 17, 2014.  http://arxiv.org/abs/1412.5567.  See also MS SUB CONFIDENTIAL GATTI 000529.

[170] http://insidebigdata.com/2016/03/04/hpc-the-computational-foundation-of-deep-learning/

Expert Report of Kendyl A. Román                71                HIGHLY CONFIDENTIAL

NPL, speech analysis, text analysis, computer vision, etc. For example, in March 2104, the GeForce GTX TITAN Z graphics card was released with a total of 5,760 processing cores.[171]

252.    NVIDIA CTO Steve Overland gave a presentation entitled, *Accelerated Understanding: Deep learning Intelligent Applications and GPUs* [172]. He describes the free flow of technical information in the industry. At about 46:21 he describes have researchers at Facebook, Google, Baidu, IBM, Microsoft, Adobe, Netflix, Alibaba (about time code 46:21) aggressively disclose their AI techniques. He explains that they open share the how Openly share "how," because "how to do AI" not what is valuable; instead what is valuable is the access to the big data (about time code 49:04). He also discussed the value of NVIDIA's DIGITS DevBox platform, which is publicly available (about time code 1:12:58).

253.    In my opinion, big data access is available to those companies, but not available Loop, and thus Loop's "how to" technology is of very little value.

254.    Gracenote analyzes big data. Gracenote's Director of Engineering was Loop's former CTO where he had access to Loop's technical information.

255.    Recommendation using AI was well known in 2012 as evidenced by Trapit.

G.    **Loop's Claimed Trade Secrets Are Publicly Available**

256.    Loop disclosed its core technology in its unsuccessful patent applications (see detailed discussion below).

257.    Loop disclosed its approach and technology at the Deep Learning Summit in Boston on May 26, 2015.[173]

---

[171] https://developer.nvidia.com/content/gpu-technology-conference-2014

[172] https://www.youtube.com/watch?v=ZfNspUJt18I

[173] https://www.youtube.com/watch?v=CJzoi9BEg9o

258.    Loop disclosed its technology to various companies with out NDA's, including: LG, Samsung, Accenture, Volkswagen, the Department of Labor.[174]

### H.    Specific Analysis of Loop's Trade Secret List

259.    Loop's submission pursuant to the Court's order at Docket 331 provides information regarding its alleged trade secrets.[175]  My analysis regarding this list is detailed in a chart attached as Roman Exhibit 4.

260.    The trade secret list itself, at the level of detail it was disclosed, was made publicly available when it was filed as a public court document, and thus, as identified, the information contained therein is no longer protectable as trade secrets.

261.    The list identified several documents in the Bates number range Loop-00019679 to Loop-00020223, but only discussed a subset of those documents.

### I.    Loop Technology Value

262.    Loop has never been successful as a startup. Loop has raised approximately $1M, which is Silicon Valley is considered seed money, equating to one year's salary of three or four top researcher at Google or Baidu.  With that level of funding they have not been able to develop any substantial product source code.  For example, for most of Loop's lifetime, Loop has only had two senior programmers, both of which have taken turns being "Chief Scientist."

263.    Much of Loop's initial effort during the time that Gatti was present (2012-early 2015), and the Loop patent application (discussed more below), was focused on a recommendation application based on a profile the called the "Digital Genome".  However, the

---

[174] Peintner Tr. 281:2-11.

[175] Document 372, Exhibit 1, filed January 11, 2016.

market has not accepted that concept.  Later, in June 2015, Loop changed their focus with its launch of a cognitive computing platform, which has not been accepted by the market.  Loop has only had one customer, Natural Intelligence Solutions, an Asian company.

264.     In contrast, another CALO spinoff, Trapit, which has develop recommendation technology has been accepted by the market as evidenced by its VC funding of over $9M.[176]  Of this funding $6.2M came in January 2012, just ahead of Loop's formation.[177]

265.     Loop is surrounded by huge, world-wide AI players like Google, Facebook, Netflix, Baidu, SAP, SAS, IBM, Apple, and Gracenote who have substantial R&D funding, who have hired the top researchers in many areas of AI, in particular the areas where Loop is attempting to compete, and most importantly have control over the "big data" that is required to make the well-known AI techniques, such as deep learning valuable.

266.     Loop could not compete in hiring qualified AI developers.  "And most of those students were getting snatched up by Google and Facebook at very high salaries, so it was a very difficult market to find people with this kind of expertise."[178]  Further, top researchers and developers have gone to "Google, Facebook, Baidu, …Yahoo Research."[179]

267.     If Loop has developed any trade secret information, evidence of which I have not seen, the market has assigned in little value as irrelevant or superseded by the efforts of much larger, faster moving researchers and developers.

---

[176] https://angel.co/trapit, accessed https://angel.co/trapit.

[177] http://techcrunch.com/2012/01/06/siri-sibling-trapit-raises-6-2-million-series-a-from-horizons

[178] Ehlen Tr. 118:6-9.

[179] Ehlen Tr. 134:23-24.

## XV.    ANALYSIS OF APPLE'S SIRI AND LOOP'S CHIEF SCIENTISTS

268.    It is undisputed that Bart Peintner worked at SRI International from October 2005 until April 2012, and that he is listed by SRI as an inventor with several others on various patents and patent applications (which are discussed more below.  Patrick Ehlen was not employed at SRI and before Loop was employed by AT&T.  Patrick Ehlen did post doctoral research at Stanford where he worked with the CALO Project.[180] However, having worked at SRI does not clearly link them to being key players in Apple's Siri.  It only means that they were two of the hundreds of "army of engineers at 'nerd city.'"[181]  The CALO Project had 500 hundred people working on it.  Development of Siri was not the CALO Projects mission.

269.    In 2007, Siri Inc. was spun off from SRI to develop what is now known as Siri.  Siri, Inc. received $8.5M in funding in early 2008.

270.    Apple acquired Siri, Inc. on April 28, 2010.

271.    There is no evidence that either Bart Peintner or Patrick Ehlen developed any substantial portion of Siri's technology, that either worked for Siri, Inc., or that either worked for Apple on the Siri projects.  They were not among the 24 engineers selected to work for Siri and later Apple.

## XVI.    ANALYSIS OF PATENT ISSUES

### A.    Patrick Ehlen Patents

272.    Patrick Ehlen is listed as an inventor on nine issued patents that are all assigned to AT&T.  He is not the sole inventor on any of these patents.  The patent disclosures

---

[180] Ehlen Deposition Exhibit 120, declaration dated April 7, 2015, ¶2.

[181] See *Siri Rising* (above).

included speech analysis and semantic analysis.[182]  The earliest patents were filed in 2002 and the last patent issued a few days ago based on a 2011 filing.  The information contained in these patents is not property of Loop and is not protected by trade secrets.

273.    AT&T continues to file patent applications based on the AT&T team's work, with an application being filed August 24, 2015.

### B.    Bart Peintner Patents

274.    Bart Peintner is listed as an inventor on four issued patents that are all assigned to SRI International with the government having some rights due to government funding.  He is not the sole inventor on any of these patents.  The patent disclosures included automated personal assistance including a suggestion manager that provides recommendations.[183]  The earliest patent applications were filed in 2008 and the last patent issued a few months ago based on a 2011 filing.  The information contained in these patents is not property of Loop and is not protected by trade secrets.

275.    SRI continues to file patent applications based on the SRI team's work, with an application being filed June 30, 2015.

### C.    Soshoma Patent Applications

276.    The Second Amended Complaint ("SAC")[184] at ¶170 states, "On May 29, 2014, another senior officer of the Company provided Gatti with a copy of one of the Company's patent applications. This patent application was (and continues to be) highly confidential…" However, Loop did not identify in the SAC which patent application was provided to Gatti.  As

---

[182] For example, see U.S. Patent 8,688,443.

[183] For example, see U.S. Patent 8,694,355.

[184] Document 210, filed September 23, 2015.

detailed below two of Loop's three patent applications have been abandoned. The first application, now abandoned, was published before May 29, 2014 and thus was no longer confidential. The second application, now abandoned, was published in September 2014, and thus is no longer confidential. The third application was not filed until December 31, 2014, and thus could not have been the one provided to Gatti as alleged in May 29, 2014.

277.    U.S. Patent Application Publication 2013/0204701 was published on August 8, 2013.[185] Patrick Ehlen, Bart Peintner, and Gianmauro Calafiore are listed as inventors. U.S. Patent Application 13/761,121 was filed on Feb. 6, 2013 and disclosed a "Recommendation, Advertisement, and Personalization" ("RAP") Engine for generating product recommendations. The RAP Engine may be connected to a "Person Shopping Genome Sequence Respository" and a "Product Genome Sequence Respository." In my opinion, this publication discloses the Digital Genome of people and things, which were Loop's focus and the basis of WiHarper VC funding in November of 2014. The application was finally rejected by the USPTO on December 23, 2014, and was **abandoned by Loop on July 16, 2015**.

278.    U.S. Patent Application Publication 2014/0279906 was published on September 18, 2014. Bart Peintner is listed as the inventor. U.S. Patent Application 13/802,327 was filed on March 13, 2013, and disclosed a system for understanding social media including user profiles and semantic networks. The application assignment to Soshoma was recorded in May 2014. The application was finally rejected by the USPTO on March 31, 2015, and was **abandoned by Loop on October 15, 2015**. An international continuation of U.S. Patent Application 13/802,327 was filed as Patent Cooperation Treaty ("PCT") Application

---

[185] Document 50-29, Exhibit PE-22, LOOP-00019975 through LOOP-00019992.

Expert Report of Kendyl A. Román            77            HIGHLY CONFIDENTIAL

PCT/US14/24621.  This application was published as WO 2014/165166 on October 9, 2014.

The PCT application has been "placed in storage" by the PTO.[186]

279.    U.S. Patent Application Publication 2015/0186790 was published on July 2, 2015.  Patrick Ehlen, Bart Peintner, and Gianmauro Calafiore are listed as inventors. U.S. Patent Application 14/587,946 was filed on December 31, 2014[187] and disclosed an automated system that analyses consumer reviews and summarizes consumer sentiments.  This is related to the developing a product genome that can be used for recommendations.  This application has not been examined by the USPTO.

280.    Any information contained in these patents or patent applications is now public and cannot be a trade secret.

281.    Thus, when the SAC was filed on September 23, 2015, Loop knew that the first and second applications have been published, that the first application had been abandoned, that the second application had been finally rejected (and would be abandoned without a response to the office action which was already past due), and that the third application could not have been the one alleged to have been received by Gatti.

## D.    Standard Practice to Provide Filed Patent Applications Startup Employees and Officers

282.    The SAC appears to take issue with the fact that a filed patent application was provided to Gatti who was an employee, co-founder, and CEO of the Loop.  I have been involved in many Silicon Valley startup companies, and in writing business plans that were being written to seek venture capital ("VC") funding.  In my experience, it is common practice to

---

[186] See status of PCT/US14/24621 at https://ppair.uspto.gov/pair/PrivatePair.

[187] This application claims priority on a provisional application filed on Dec. 31, 2013.

provide employees with copies of the filed patent applications, especially if the employee is involved in writing business plans or seeking funding. A primary interest of any potential investor is the company's intellectual property, and the steps that the company has taken to protect it. Information regarding any pending patent is essential to the role of any CEO or President, especially in a company that is underfunded.

### E. Almawave Patent Application

283. In the SAC, Document 201, ¶72, last bullet, Loop alleges "Following the Almaviva Defendants' retention of Gatti, and while she continued to work for the Company, Almaviva IT and Almawave S.r.l. applied for the first time for a US Patent which covers the same field of technology of the Company. In this patent application, Valeria Sandei, who has no technology background and never previously applied for a US patent is listed as the first named inventor of a purported invention that uses an AI semantic engine and purports to use supervised and unsupervised AI approaches, which the Almaviva Defendants are not known to have, and which instead are key aspects of the technology developed by the Company."

284. I have reviewed Almawave's U.S. Patent Application 14/450,085, filed August 1, 2014, and published as U.S. Patent Application Publication 2014/0343927, on November 20, 2014. This type of patent specification is not "a sudden invention" but in my experience requires years of research and development effort to develop the underlying technology and to prepare the patent application. It is highly unlikely that such application was prepared from scratch in the period of a few weeks after Gatti was hired by Almawave. Further, Almawave's prior development of the technology is publicly evidenced by the Gartner publication in March 2014, and the Almawave research presentation in March 2014 at the GPU Technology Conference.

285. "The patent application was the result of efforts by the Italian Almawave Defendants' internal research and development personnel, and me, developed during several

Expert Report of Kendyl A. Román                79                HIGHLY CONFIDENTIAL

years, fully documented, involving several Almawave srl's employees, and had nothing to do with any information obtained from Anna Gatti (and, as I stated above, the Italian Almawave Defendants did not acquire any information from Loop)."[188]

286.    Further, the Almawave patent application is in a different field of invention than the Loop patent application.  The Almawave patent application is in U.S. class 704/9, which is *natural language linguistics*, while the Loop patent application 13/761,121 is in U.S. class 705/14.53, which is *targeted advertising based on user history*.  The class outlines are summarized in the table below.

| U.S. Class 704/9 [189] | U.S. Class 705/14.53 [190] |
|---|---|
| *704 Data Processing Speech/Linguistics*<br><br>1 Linguistics<br><br>9 • Natural Language | *705 Data Processing Financial/Business*<br><br>1.1 Automated Electrical Financial/Business<br><br>14.4 • Advertisement<br><br>14.49 •• Targeted Advertisement<br><br>14.53 ••• Based on User History |

## F.    Order of Inventors Lists Have No Presumed Meaning

287.    The SAC at ¶141 states, "Valeria Sandei…is listed as the first named inventor on the patent application, which means that she is identified as the biggest contributor to the invention."  I have reviewed hundreds of patents over the last twenty years, and I have had additional information about the inventors of many of those patents.  In my experience, the

---

[188] Document 469-09, Sandei Declaration, dated March 10, 2016, ¶32.

[189] http://www.uspto.gov/web/patents/classification/shadowFiles/defs704sf.htm?704_9&S&1&9#9

[190] http://www.uspto.gov/web/patents/classification/shadowFiles/defs705sf.htm?705_14.53&S&W&2R&30&34#34

inventor list cannot be presumed to have any meaning. According to the USPTO, "…the particular order in which the names appear is of no consequence insofar as the legal rights of the joint inventors are concerned…"[191] Often it is difficult to identify who was the biggest contributor. Further, the claims change during the prosecution of a patent application and in some cases, based on prior art or other claim changes, a first named inventor may actually be removed from the invention altogether, for the law requires: "If the correct inventors are named in a nonprovisional application, and the prosecution of the nonprovisional application results in the amendment or cancellation of claims so that fewer than all of the currently named inventors are the actual inventors of the invention being claimed in the nonprovisional application, an amendment must be filed requesting deletion of the name or names of the person or persons who are not inventors of the invention being claimed."[192]

## G. Inventor Need Not Understand All Technology Nor Have Technical Training and Experience

288.   The SAC at ¶141 states, "Valeria Sandei has no technical experience, nor training, in the development of artificial intelligence, let alone the development of unsupervised machine learning technology." A requirement to be issued a U.S. Patent is to disclose an idea that is novel and not obvious to one of ordinary skill in the art.[193] In other words, the requirement is to think outside of what those skilled in the art in the industry would normally think of, to think *outside the box*. Most people with technical training and experience in a particular field, such as artificial intelligence or unsupervised machine learning, are never issued

---

[191] MPEP 602.08(b), http://www.uspto.gov/web/offices/pac/mpep/s602.html.

[192] 37 CFR § 1.48(b).

[193] 35 U.S.C. §101, 102, and 103.

a U.S. Patent precisely because their experience and training cause them to think along the lines that they have been trained.

289.    In my patent litigation experience, people, who were not *one of ordinary skill in the art*, or who had no technical training in the field, invented some of the most valuable patents.

290.    Further, not everyone on the inventor list needs to have the same technical level of skill.  For example, one person may understand the problem and have the inspiration to come up with a novel, non-obvious solution, but not know how the implement the solution.  Others may come up with a way novel way to implement the solution proposed by another member of the team.

291.    Some inventions are accidental discoveries.  For example, Röntgen discovered X-rays in 1895 when he noticed a strange glow in his dark lab some distance away from the cathode ray tube with which he was experimenting, and Fleming's accidental discovery of penicillin in September 1928 was the genesis of modern antibiotics.  Someone with training or experience in the field of X-rays or antibiotics could not have developed these valuable inventions, respectively, because the inventions created those fields.

H.    **Valeria Sandei Conceived of the Primary Idea of the Almawave Patent Application**

292.    In my discussions with Valeria Sandei and Raniero Romagnoli, I learned that Valeria Sandei had the original and novel idea that is the basis of their product line design and the Almawave patent application.  Ms. Sandei was the first to have the idea for the subject matter claimed in the application, while Mr. Romagnoli and the other inventors contributed to various area of technical reduction to practice.

293.    Valeria Sandei had worked in the CRM area and contact center environment for many years.  She was familiar with the contact center industry and had observed

Expert Report of Kendyl A. Román                82                HIGHLY CONFIDENTIAL

the operation of many different contact centers. She discovered that many contact centers have the same type of problems. The key performance indicators ("KPI") for a contact center related to efficiency and quality of service. With the conventional systems to achieve well on the KPI, contract center agents must first receive weeks of training on multiple systems. Even with full training the agents are still limited in their efficiency because the various systems are not integrated and each system takes time to navigate and bring up data. Further, there is overhead in switching from one system to another. The overall quality of service is limited by the requirements for high levels of training and by the multiple loosely integrated systems. Valeria Sandei conceived of an adaptive integrated system that would solve these contact center problems where information aggregated from multiple channels would be classified and integrated into a single adaptive interface. She believed that this solution would transform how people worked in the CRM and contact center industry. In 2012, she worked with Raniero Romagnoli to design and implement her ideas, and in 2013 the product was released. In 2013, the product was document with product reviews and in customer bids. The patent application had to be filed within one year of the invention being on sale, so the U. S. Patent application was filed in 2014. Thus, Valeria Sandei was a major contributor to the invention and it was not a "sudden invention" after meeting Gatti as alleged by Loop.

I.      **Unsupervised Learning Not Necessarily Better that Supervised Learning**

294.    As discussed above, both supervised and unsupervised learning has been well known for decades. Most companies use a combination of both approaches to achieve optimal results. For example, before 2014 Almawave used unsupervised learning in its automated speech recognition, but used the more costly, but more accurate, supervised learning to accurately reflect the customer specific domains in its CRM applications.

295.    Should Loop assert that Almawave was motivated to misappropriate its unsupervised deep learning because it was somehow better that what Almawave already had, I

Expert Report of Kendyl A. Román            83              HIGHLY CONFIDENTIAL

reserve the right to cite specifics in the many references included in this report to explain how unsupervised learning is not necessarily better than supervised learning for a given application or approach.

### XVII.  CONCLUSION

296.    I intend to conduct further analysis of information produced, or to be produced, during this case.  I may also conduct experiments that may result in new information.  Specifically, I intend to perform analysis of Loop's disclosure and purported use of Loop's trade secrets.  I also expect to be asked to comment upon the expert reports and testimony of others that has been or will be given in this matter.

297.    No source code has been produced by Loop.  If source code is produced, I may analyze said source code.

298.    The findings and opinions set forth in this report are based on my work and examinations to date.  I may continue my examinations.  I may also receive additional documentation and other factual evidence over the course of this matter that will allow me to supplement and/or refine my opinions.  I reserve the right to add to, alter, or delete my opinions and my report upon discovery of any additional information.  I reserve the right to make such changes as may be deemed necessary.


Dated:  May 1, 2016

Kendyl A. Román

# KENDYL A. ROMÁN

AREA OF EXPERTISE

*Intellectual Property*

Federal Special Master. Court appointed expert.  Patents, Trade secrets, Copyright, Computer Data Recovery and Analysis.  Forensic Computer Scientist/Expert.  Consulting and testifying experience.

*Object Oriented Programming Languages*

Java, C++, C#, Visual Basic, ruby, perl, JavaScript, XML, XAML, Delphi, Python, Apple Media Language, Mentor AMPLE, Lisp, NewtonScript, PenBasic, Dylan, MacApp.

*Traditional Programming Languages*

C, perl, Assembly (680x0, 80x86, VAX, Nova, DEC-10, IBM 3x0), RISC Assembly (PowerPC, SPARC, MIPS, HP Precision Architecture), ABAP, COBOL, PL/I, PL/X, SAS, Pascal, Lua, APL, Forth, Lisp, Basic, JCL, awk.

*Web Frameworks*

HTML, XHTML, CSS, Ruby on Rails, Resque, PHP, CSLA, PEAR, CEP, Django, Flask, REDIS, jQuery, AJAX, JSON, SQLAlchemy.

*Computer Software*

Microsoft Windows NT/95/98/2000/XP/Vista/7, MS/DOS, UNIX Internals and Utilities (Linux, MacOS X, FreeBSD, SunOS, Solaris, MIPS, HP-UX, A/UX, Berkeley, AT&T, AIX, Amdahl UTS, SCO, POSIX, OSF), IBM MVS/TSO/ISPF, IBM VM/CMS, SQL Relational Database Systems (Oracle, SAP, SQL Server, Access, FoxPro, FoxBase, ingres, postgres, Progress, System-R), SAP, FileMaker Pro, X-Windows (X11, motif, MacX, HP VUE, OpenLook), Delphi, dBase, Visual Studio, QA Partner/Silk, PenPoint, Macintosh Programmers Workbench, Macintosh Internals, HyperCard, Multimedia (Real Networks, Windows Media, QuickTime, Apple Media Tool, Premiere, Photoshop, Illustrator, Director, Flash, MediaTracks, SoundEdit), Documentation (FrameMaker, MS Word, MacWrite II), IBM PC/AT BIOS, Windows for Pens, Dialogic Toolkit & OS, HP 3000 MPE & MPE/XL, Mentor Graphics & Daisy Systems.

*Computer Hardware*

IBM PC and Wintel compatibles, HP Precision Architecture HP9000/300's; 400's; 700's; & 800's—HP3000/900, VAX 11/780, IBM 360, 370 & 4300, Apple Macintosh (all models since 1984), Firewire IEEE 1394, USB, Apple LaserWriter, Scanner, CD-ROM, CD and DVD Recorder, SGI (MIPS) Systems, Sun SPARC & 386i, Daisy, NCR NotePad, Apple II, DEC-10, NOVA.

3277 Kifer Road, Santa Clara, CA 95051 • email: kendyl@mediaframe.com

Cell: 408.309.8973 • Fax: 408.739.8882 • Main: 408.739.2888 • Office: 408.739.9517

*Computer Forensics Tools*

Guidance Software's EnCase, Image MASSter Solo2 Forensics/Professional & Secure Hash Signature Generator (MD5, CRC32 Hashes), DriveImage, Ghost.

## LITIGATION SUPPORT

*Orrick, Herrington, & Sutcliffe, New York, NY*                      *1999-2002*

Project:  Software expertise and code analysis: copyright/trade secrets. Two related cases, testifying expert in second case. Tradescape.com, Inc., et al. v. Shivaram, et al.

*Hale & Dorr, LLP, Boston, MA*                                            *1999*

Project:  Patent prior art search and analysis (Internet eCommerce). BroadVision, Inc. v. Art Technology Group

*Russo & Hale, LLP, Palo Alto, CA*                                        *1999*

Project:  Patent prior art analysis and expert report (Interactive TV). John Berman v. Wink Communications, Inc.

*Evers & Hendrickson, LLP, San Francisco, CA*                             *2000*

Project:  Patent prior art analysis.

*Orrick, Herrington, & Sutcliffe, New York, NY*                          *2000*

Project:  Database and eCommerce software expertise and code analysis in copyright/trade secret case. RIA Telecommunications v. DollarsDirect.com, et al.

*Zelle, Hofmann, Voelbel & Gette, Dallas, TX*                        *2000-2001*

Project:  Database and Internet patent case. Prior art, Markman hearing, infringement analysis, etc.  Konrad v. General Motors, et al.

*Superior Court of California, Santa Clara County*                   *2000-2001*

Project:  Court appointed expert in software trade secret case. Aspect Communications Corporation v. eConvergent, Inc., et al.

*Quadros & Johnson, Santa Clara County, CA*                          *2000-2001*

Project:  Trial testimony regarding Internet video, chat, database, and email software and server hardware. Hype Media, Inc. v. Anthony Siress & Lestat, Inc. (and cross action)

*BakerBotts, New York, NY*                                           *2001-2002*

Project:  Claim interpretation and infringement testifying expert in Internet/TV patent case.  Markman testimony. ACTV, Inc. and HyperTV Networks, Inc. v. The Walt Disney Co., ABC, Inc. and ESPN, Inc.

*Tom Casazza, Napa County, CA*                                       *2001-2002*

Project:  Data recovery, embezzlement analysis, Internet, pornography. Contempt hearing testimony. Laguna Hermosa Corporation v. Clarence White, et al.

*Gibbons, Del Deo, Dolan, Griffinger & Vecchione, New York, NY*                    *2002-2003*

Project:    Patent infringement declaration regarding Firewire IEEE 1394.
            Dynacore Holdings, et al. v. U.S. Philips Corporation, et al. and
            Dynacore Holdings, et al. v. Sony Electronics Inc., et al.

*Epstein Becker & Green, New York, NY*                                          *2002*

Project:  Video compression and Internet transmission analysis & report.
          On2.com Inc. v. Ecoin Co., Ltd.

*HS Law Group, San Jose, CA*                                                    *2002*

Project:  Forensic data recovery and Internet email analysis.
          Seema Chawla v. Alphasoft Services Corporation, et al.

*Adams, Coogler, Watson & Merkel, West Palm Beach, FL*                          *2002-2003*

Project:  Analysis of medical communication system in wrongful death.
          Deposition. Rubin v. Bethesda Memorial Hospital et al.

*Friedman, Peterson, Stroffe & Gerard, Irvine, CA*                             *2002-2003*

Project:  Design patent prior art search and invalidity declaration.
          Turn-Luckily Intl, Inc. v. Fry's Electronics, Inc.

*Superior Court of California, Santa Clara County*                             *2003-2004*

Project:  Court appointed expert for computer drive analysis
          (financial/pornography).  Ribeiro v. Weichselbaumer

*Naval Legal Service (JAG), Pearl Harbor, HI*                                   *2003*

Project:  Testified as Computer Forensic Expert in Brady Hearing and
          General Court-Martial (Internet/child pornography).
          United States v. Alec Schultz

*Foley & Lardner, Milwaukee, WI*                                                *2003*

Project:  Patent infringement analysis/report and invalidity rebuttal
          regarding electronic vehicle compasses and mirrors.
          Donnelly Corporation v. Johnson Controls (cross action)

*Hunton & Williams, Washington, DC*                                             *2003*

Project:  Rexamination Prior Art Declaration under 37 C.F.R. § 1.132.
          In re U.S. Patent No. 6,279,033 (Microstrategy, Inc.)

*Kirkland & Ellis, Washington, DC*                                              *2003*

Project:  Federal Circuit Appeal: Judges Linn, Plager, Friedman.
          ACTV, Inc. and HyperTV Networks, Inc. v. The Walt Disney Co., ABC,
          Inc. and ESPN, Inc.

*Plant, Christensen & Kanell, Salt Lake City UT*                               *2003-2005*

Project:  Analysis of computer system, failure data, and surveillance
          video in data center fire suppression incident.
          Safeway, Inc. v. Consonus, Inc. et al.

*Knopik Varner Moore, Tampa, FL*                                                *2004*

Project:  Retained to Plaintiff after deposition and settlement with Dr.
          Fisher.  Rubin v. Bethesda Memorial Hospital et al.

*Skadden, Arps, Slate, Meagher & Flom, Washington, D.C.*                                    *2003-2004*
Project:   Analysis of over two million lines of source code regarding
           trade secret misappropriation arbitration in Atlanta.
           CAPS Logistics, Inc. v. Ratliff, et al.

*Fenwick & West LLP, Silicon Valley, CA*                                                    *2004-2005*
Project:   Mainframe software trade secret/copyright infringement.
           Compuware Corporation v. International Business Machines Corp. (IBM)

*Pillsbury Winthrop LLP, Fort Worth, TX*                                                    *2004-2005*
Project:   Copyright/trade secret/license defense in database conversion.
           Wayne Fowler v. Bell Helicopter Textron, Inc.

*Simpson Thacher & Bartlett LLP, Palo Alto, CA*                                               *2004*
Project:   Patent validity and infringement: Internet videoconferencing.
           Collaboration Properties, Inc. (Avistar) v. Polycom, Inc.

*BakerBotts, New York, NY*                                                                  *2004-2005*
Project:   Patent invalidity regarding Internet pay-per-click advertising
           Overture Services, Inc. (Yahoo) v. FindWhat.com, Inc.

*Pritchard and Kay, San Jose, CA*                                                           *2004-2005*
Project:   AAA testimony regarding auto dealership computer system.
           Universal Computer Services, Inc. et al. v. Roulette Dealership

*DLA Piper Rudnick Gray Cary LLP (formerly Gray Cary Ware & Freidenrich), Palo Alto, CA*   *2004-2005*
Project:   Patent invalidity: keyboard control of CD audio.
           ITC Investigation No. 337-TA-519 (Gateway v. Hewlett-Packard)

*California Department of the Youth Authority, Sacramento, CA*                                *2005*
Project:   Forensic video analysis and administrative hearing testimony.
           N.A. Chaderjian Youth Correctional Facility—Use of Force Appeal

*Wilson, Sonsini, Goodrich & Rosati, Palo Alto, CA*                                           *2005*
Project:   Patent invalidity/non-infringement: Data-driven multimedia
           Datamize v. Fidelity, Scottrade, Interactive Brokers Group, et al.

*Greenberg Traurig LLP, Denver, CO*                                                         *2005-2006*
Project:   Patent interpretation/invalidity/non-infringement: FDC chips
           Phillip M. Adams, et al. v. Gateway

*Law Offices of Dan MacGuire, Davis, CA–Law Offices of Donald J. DeShaw, Sacramento, CA*   *2005-2006*
Project:   Software/hardware copyright/trade secrets: Opthalmic imaging
           Opthalmic Imaging Systems v. Mark Fukuhara, et al.

*Russ, August, & Kabat, Los Angeles, CA*                                                    *2005-2006*
Project:   Trade secrets and defamation defense: Video game enhancement
           Electro Source, LLC. v. Fire Intl' Ltd. Inc, et al.

*Simpson Thacher & Bartlett LLP, Palo Alto, CA*                                             *2005-2007*
Project:   Patent validity and infringement: Internet videoconferencing.
           Collaboration Properties, Inc. v. Tandberg, Inc. & Tandberg ASA

*Pillsbury Winthrop LLP, Palo Alto, CA*                                                     *2006-2007*
Project:   Copyright/trade secret video compression/pattern recognition.
           eTreppid Technologies LLC v. Dennis Montgomery

*California Department of Personnel Administration, Sacramento, CA*                    *2006*
Project:   Forensic video analysis, videogrammetry, and photogrammetry.
           Chaderjian Youth Correctional Facility—Civil Case Defense

*Law Offices of Owen P. Rafferty, Los Angeles, CA*                    *2006*
Project:   Forensic surveillance video analysis and photogrammetry.
           People v. Michael Gralapp

*Greenberg Traurig LLP, Denver, CO*                    *2006-2007*
Project:   Patent scope/interpretation/invalidity/non-infringement:
           Vehicle bus interface.  Markman and jury trial testimony.
           Omega Patents, LLC v. Directed Electronics, Inc.

*Fish & Richardson P.C., Washington, D.C.*                    *2006-2007*
Project:   Patents: online advertising and electronic catalogs.
           International Business Machines Corp. (IBM) v. Amazon.com, Inc.

*Townsend and Townsend and Crew, LLP, San Francisco, CA*                    *2007*
Project:   Patents: container terminal database systems including image
           processing, crane controllers, GPS, and wireless networking.
           APS Technology Group, Inc. v. Paceco Corporation

*James E Carty III, P.C. New York, NY (and NJ)*                    *2007-2010*
Project:   Patents: employee tracking database systems with telephone
           verification
           Infocrossing, Inc. v. Sandata Technologies, Inc.

*Bohm, Matsen, Kegel & Aguilera, LLP, Costa Mesa, CA*                    *2007*
Project:   Enterprise networked database and ERP system (contract terms).
           QAD Inc. v. Ingersoll-Rand Company

*Heller Ehrman, LLP, San Francisco, CA & Quinn Emanuel, Redwood Shores, CA*                    *2007-2008*
Project:   Patents prior art research, system reconstruction, & analysis
           Disk Link Corporation v. H&R Block Digital Tax Solutions, et al.

*Heller Ehrman, LLP, Menlo Park, CA*                    *2007-2008*
Project:   Patents: targeted Internet advertising based on profile
           ValueClick, Inc. v. Revenue Science, Inc.

*Terran Steinhart, Esq., Los Angeles, CA*                    *2009*
Project:   Testimony regarding Computer Adaptive Testing (CAT) security
           Board of Nursing v. Thelma Macabeo

*William Campisis, Berkeley, CA*                    *2009*
Project:   Analysis of computer medical records system.
           Nader v. Kaiser

*Capshaw DeRieux, Longview, TX; Vanek Vickers & Masini, Chicago, IL; Watson Rounds*                    *2009-2011*
Project:   Patents: network devices including firewalls
           GraphOn Corporation v. Juniper Networks, Inc.

*Laminack, Pirtle & Martines LLP; Matthews, Lawson & Bowick, PLLC, both of Houston, TX*                    *2009-2012*
Project:   Trade secret & patent: Automated end-to-end Purchase to Pay
           Wellogix, Inc. v. BP America, Inc. et al. (Arbitration)
           Wellogix, Inc. v. Accenture et al. (Jury Trial)
           SAP v. Wellogix, Inc.

*Gutride Safier LLP, San Francisco, CA*                                                           *2009-2012*
Project:    Class Action: OEM version of Microsoft Windows Vista
            Kevin Embry v. Acer America Corporation

*Capshaw DeRieux, Longview, TX; Eugene M. Cummings, P.C., Chicago, IL*        *2010-2011*
Project:    Patents: digital music organization, management, and download
            Premier International v. (Microsoft) Verizon, Real Networks, et al.

*The Lanier Law Firm, P.C., Palo Alto, CA*                                                     *2011*
Project:    Patents: human movement measurement systems (Wii)
            ITC 337-TA-743 (Motiva v. Nintendo Co Ltd, Nintendo of America Inc)

*Watson Rounds, San Francisco, CA*                                                             *2011*
Project:    Patent: multiport printers
            Futurelogic, Inc. v. Nanoptix, Inc.

*U.S. District Court, Western District of Oklahoma*                                     *2012-2013*
Project:    Federal Court Special Master: Source code infringement
            Paycom Payroll, LLC v. Richison and Period Financial

*Fish & Richardson PC, Washington, DC*                                                         *2012*
Project:    Patents: database custom grouping and automatic broadcasting
            Reporting Technologies, Inc. v. Emma, Inc.

*Shun Chen, Irvine, CA*                                                                         *2012-2013*
Project:    US and International website marketing e.g. Amazon and eBay
            Innersvingen AS v. Sports Hoop Inc et al

*Harris & Ruble, Los Angeles, CA*                                                             *2013*
Project:    Hospital medical records system and privacy regulations
            Zacarias, Malanche, et al. v. Eisenhower Medical Center

*Kutak Rock LLP, Washington, DC*                                                               *2013*
Project:    Internet database client/server software analysis
            Twin City Fan Companies, Ltd. v. FPT Software

*Rothwell, Figg, Ernst & Manbeck, Washington, DC*                                     *2013*
Project:    Patents: Security options exchange system (source code review)
            Chicago Board Options Exchange v. International Securities Exchange

*Covington & Burling LLP, Redwood Shores, CA*                                         *2014*
Project:    Patent: Online purchase-to-pay system with ERP integration
            Ariba, Inc. v. Coupa Software Inc.

*Sterne, Kessler, Goldstein & Fox P.L.L.C., Washington, DC*                     *2014-2015*
Project:    Patents: CBM Review of 5 securities exchange trading patents
            TD Ameritrade v. Trading Technologies International

*Fay Sharp LLP, Cleveland, OH*                                                                 *2014-2015*
Project:    Patents: Fuel cap tester and fuel tank tester
            Hickok Inc. v. Systech International, LLC

*Baker & Hostetler LLP; Kolisch Hartwell, Arnold and Porter LLP; Wolf Rifkin Shapiro Schulman and Rabkin LLP; & Reinhart Boerner Van Deuren*                                     *2014-2015*
Project:    Patents: Storage device wipe, duplicate, and write protect
            MyKey Technology Patent Litigation (Guidance Software/Guidance-

Tableau; CRU Acquisition Group; Logicube; Intelligent Computer
Solutions; and Tefkat)

*Buether, Joe & Carpenter, LLC, Dallas, TX*                                   *2015*
Project:   Patents: Internet caching and servers
           Parallel Networks v. Barracuda Networks, and related cases

*Goodwin Procter LLP, Boston, MA*                                             *2015*
Project:   Patents: Label printers and software
           Sanford and DYMO v. Esselte

*Duane Morris LLP, Washington, DC*                                            *2015*
Project:   Patents: IPR of two portable digital video camera patents
           GoPro Inc. v. Contour, LLC

*Brown Rudnick LLP, Boston, MA; Baker & Hostetler LLP, New York, NY*          *2015*
Project:   Software Infringement Benefit: SAS Language Processing
           SAS Institute Inc. v. World Programming Limited

*Gutride Safier LLP, San Francisco, CA*                                       *2015*
Project:   Class Action: Tablets and charging systems for children
           Miller v. Fuhu, Inc. et al.

*Tiffany and Bosco, Phoenix, AZ*                                              *2015*
Project:   Product, Patent, and Document Review
           Davis and Carlos v. HireVue, Inc. et al.

*Baker & McKenzie LLP, San Francisco, CA and Dallas, TX*                      *2015*
Project:   Copyright/Trade Secret: Heroes Charge Mobile Game
           Lilith Games v. uCool, Inc.

*LaFollette Johnson DeHaas Fesler & Ames, Los Angeles, CA*                    *2015*
Project:   Electronic Medical Record System
           Chowdhury v. Boghossian

*Sterne, Kessler, Goldstein & Fox P.L.L.C., Washington, DC*                   *2015*
Project:   Patents: CBM Review of securities exchange trading patents
           Interactive Brokers, et al. v. Trading Technologies International

*Crowell & Moring LLP, Irvine, CA*                                            *2015*
Project:   Patent: CBM Review of web page authentication patent
           T. Rowe Price Investment Services v. Secure Axcess

*Fish & Richardson, Boston, MA*                                              *2016*
Project:   Patents: CBM Review of securities exchange trading patents
           TradeStation Group, et al. v. Trading Technologies International

PROJECTS
*ImageFlow, Inc.*                                                       *8/02-present*
     Developed line of products and services for network communication
     of medical images and other information. Led team to develop custom
     application and video card device driver. (C++, Java, C, MS Dev,
     CodeWarrior, JDK, JNI).

*Evrio, Inc.*                                                            *7/01-present*
Patent and product development and marketing. Invention licensing.

*MediaFrame, Inc.*                                                       *5/99-present*
Released Web-based product line of tools and services for IP attorneys and expert witnesses including patent analysis, source code analysis, copyright and trade secret analysis and presentation. (Oracle, PL/SQL, perl, iRefinery).

Development of forensic code compare and video processing tools. (perl, Applescript).

Development of video capture and network transmission (Java, C, C++, CodeWarrior, MPW, QuickTime, Firewire IEEE 1394).

Internet and Database Consulting.  Invention and development of large web-enabled database systems including the Global Media Exchange, BoomerangIt.com, and the new National Bicycle Registry (Sun Enterprise, Oracle RDBMS and Application Server, PL/SQL)

*Applied Materials*                                                      *8/99–3/01*
Developed Word template and macros to automate formatting and verification of data for integration into database driven documentation system. (Visual Basic for Applications, Internet CGIs)

*PocketPass.com*                                                         *6/00–8/00*
Gathered requirements and provided technical expertise and management to management for implementation multi-use Internet cash/phone card. (Project Management, Database Analysis)

*Product Success.com*                                                    *11/99–5/00*
Provided technical expertise and management to corporate management and board for implementation of e-Commerce and Oracle database driven product development portal. (Technical Advisor and Liaison)

*Centric Media, Inc.*                                                    *5/99–5/02*
Designed and implemented high performance database and Internet e-Commerce site BoomerangIt.com. The National Bicycle Registry. (Project Manager: Oracle, PL/SQL, Sun Enterprise Server, Secure HTTP, electronic payment processing)

*IntraCom Corporation*                                                   *3/96–5/99*
Built and managed development, QA, engineering, production, regulatory affairs, system administration, customer service, technical publications and training departments. FDA registration accepted in about 60 days. Led business strategy team for pursuing venture capital firms, investment bankers, and potential corporate partners and acquisitions. (Chief Technical Officer, Director)

*TMT, Inc.*                                                              *12/97–5/99*
Setup software development processes for source control, configuration management, problem tracking, QA automation and

development methodology.   Assisted in staffing development team. (MS SourceSafe, MS Developer Studio, MSVC++, PRTracker, QA Partner)

*VIT, Inc.*                                                                    *4/97–6/97*

Set up initial QA Department and processes for Internet data warehouse access startup. (QA Partner, Java, JavaScript).

*@Home Network (and TCI.Net)*                                                  *6/96–3/97*

Set up initial QA plan, processes, and department, for cable modem startup, which was the primary test organization for the new features of Netscape 3.0.   Developed installers.   Provided escalation support for customer service and technical support organizations.  Shipped 1.0 product.   Staffed QA through $1B IPO. Performed Benchmark testing of Netscape and Internet Explorer. (QA Partner, PR Tracker, Java, JavaScript, Web Browsers)

*Omron Advanced Systems*                                                       *2/96–5/96*

Set up initial QA plan, processes, and department, for US development branch of multi-national conglomerate. (QA Partner, PR Tracker, Developer Studio)

*The Carl Group, Inc.;  Multimedia/Internet Lab*                               *5/93–7/98*

Primary inventor and architect for a product that transmits medical video, such as echocardiogram, over the Internet. Developed and marketed multimedia authoring tools: TCG Libraries and XMeDIA. Early development of multimedia on the World Wide Web.  Early web sites include concept sites for HP and Sun, and sites designed for Tandem and the San Francisco Giants.  Early development of cross platform multimedia CD–ROM technology.  CD–ROM titles include a 20 CD series for National Geographic, "Launch" CD–ROM magazine, Builder Buyer's Guides, Apple Products CD, American Government and Politics Today (a multimedia college textbook on CD–ROM), and CD–Romance. (Java, Apple Media Tool, QuickTime, Visual Studio, Visual C++, Visual Basic, MPW C, perl, FileMaker Pro)

*Ascent Logic Corporation*                                                     *6/95–11/97*

Developed cross platform online help systems using either FrameViewer or Acrobat Reader.  These systems allow the same documents to be used on Macintosh, Windows, and UNIX platforms. (FrameMaker SDK, Acrobat SDK, MSVC++, MPW C, Solaris, HPUX)

*Sun; SunSoft Developer Solutions*                                             *1/95–7/98*

Developed on-demand data driven publishing system that is used to publish Sun Solutions catalogs to the Internet and to print.  A 6000 page catalog can be fully formatted, indexed and prepared for print in less than 10 minutes.  (FrameMaker SDK, perl, Progress, Illustra, Oracle, HTML)

*Apple Computer, Inc.*                                                         *5/93–8/94*

Led team of programmers, writers, and an illustrator to complete initial documentation for the Apple Media Tool Programming Environment. Examined source code and used the source code debugger

to understand the object oriented language and framework. Made presentation in major cities as part of product launch. Experience with FireWire specification and devices drives. (Apple Media Tool, Apple Media Language, SK8, QuickTime, MPW 3.3, Newton FrameMaker templates)

*Mentor Graphics Corporation*                                                          *5/93–4/94*

Taught classes on Mentor's applications and AMPLE programming language at Mentor training facilities and at customer sites throughout the USA.

*Amdahl; Advanced Systems (now Fujitsu)*                                              *4/92–5/93*

Developed Diagnostic Strategy for large-scale Open Systems mainframe. System included Sun workstation based console with interface to JTAG scan, expert system based FRU isolation, and X windows based service tools. Developed hardware design validation test suite. Managed up to 27 engineers and consultants. (C++, SPARC, X, OpenLook, tcl, FrameMaker, 123)

*Slate Corporation*                                                                   *11/91–4/92*

Technical liaison for team writing user documentation for PenApps Development Environment and PenBasic language. Developed applications for training purposes. (PenPoint, MS/Windows for Pens, PenApps, PenBasic, MS/Word)

*Hewlett Packard; Networked Systems Group–Systems Support Engineering*              *2/91–10/91*

Designed and implemented key components of the HP-UX Support Tool Manager. Work included system and peripheral verifiers and exercisers, the diagnostic tool manger, X Windows user interface, X Windows graphics tests, and system independent code. Also included port of code to MPE/XL System Verifier designed for customer self maintenance. (HP 9000 Series 700 [all models, including unannounced machines] & Series 300, HP-UX, MPE/XL, HP 3000/900s, UNIX, POSIX, IPC, C, X, HP VUE)

*Mosel*                                                                               *11/90–11/91*

Designed and implemented bring-up diagnostics for an i486 IBM PC/AT with an EISA bus. Developed various versions of BIOS firmware including device drivers. (80x86 architecture, MS/C & assembly, debug, Intel In Circuit Emulator [ICE])

*Apple Computer, Inc.; Developer University*                                          *4/90–11/90*

Wrote detailed Lab Instructions for the Macintosh Programming Fundamentals Self-Paced Training Course on CD-ROM. Developed incremental versions of the target application that demonstrated the functioning of each additional concept. Developed animations and narration scripts showing the entire process of developing a target application. Tested Lab Instructions in several classes. Taught MPF classes and helped students debug problems in C and Pascal. Also developed 70 page Leaders Guide for a mentored version of the course. (Think C, MediaTracks, Director, HyperCard,

ResEdit, Inside Macintosh, MacRecorder & SoundEdit, MS/Word, MacWrite II, MacPaint, MacDraw, CD–ROM mastering)

*Tandem Computers; Processor and Memory (later Compaq, now Hewlett Packard)*        12/88–4/90
Developed hardware design validation tests in MIPS R3000 Assembly and C. Developed tools to convert machine code to Daisy simulator RAM initialization files. Developed automatic regression test mechanism. Analyzed gate level simulation results. (MIPS Systems, Sun, 386i, Daisy Systems & Tools, R3000 Processor Architecture, Macintosh II, Tandem Systems, UNIX, C, R3000 Assembly)

*The Carl Group, Inc. (formerly Diventure Engineering Services)*        5/86–4/92
Technical advisor to small consulting firm. Interviewed new consultants. Met with clients to determine skill requirements. Negotiated contracts. Assisted consultants with technical issues.

Managed technical and animation projects. Edited technical newsletter.

*KAR Enterprises, Inc.*        8/86–12/95
Developed education and entertainment software for Macintosh consumer market. (Apple Certified Developer/Partner, Inside Macintosh, A/UX, MPW, MPW C, ResEdit, MacsBug, Macintosh XL & SE, Apple LaserWriter, ImageWriter, & Scanner, MacRecorder, Macintalk, HyperCard)

*Hewlett Packard; Networked Systems Group–Systems Support Engineering*        10/86–12/88
Key participant in developing Support User Interface Standard and the Support Processor Based Diagnostic Strategy.

Developed software integration process to gather software from HP divisions around the world and submit to both Unix and MPE/XL Integration groups. Wrote submittal specifications, internal procedures and tools. Trained staff of four to execute procedures. (UNIX, MPE/XL, X–Windows, Macintosh II)

Developed software defect tracking system with reports and graphs.

*Hewlett Packard; Information Technology Group–Information Hardware Operation*        4/86–10/86
Designed, implemented, and tested Online Diagnostics and Operating System interfaces for RS232 Multiplexer and HP Interface Bus Device Adapter Boards. Designed and implemented IOMAP & CAEXR offline support tools, which test HP I/O and storage systems interfaces. (C, Pascal, UNIX, HP Precision Architecture, Device Drivers)

*Dialogic Systems Corporation*        5/82–4/86
Designed and managed large C and Pascal software releases using Dialogic/IBM technology (code generation, editors, programmer productivity tools, source code control, prototype development/debug environment, and problem tracking systems). Led Dialogic Development Environment Project. Responsible for Development Standards, Environments, Tools, Controls, Process and Productivity. Coordinated product integration. (Pascal, COBOL,

Integration of UNIX functionality into MVS/TSO/ISPF and Dialogic products, UNIX development tools)

Designed, implemented, and managed the Diagnostic Monitor Project which include all PROM firmware code, library functions, and portions of the Operating and Diagnostic Systems. (C, UNIX-like libraries and O.S., Device Drivers)

Designed, implemented, enhanced the Diagnostic Command Language (DCL). (C-like interpretive programming language and monitor)

Designed and implemented the System Module Self Test PROM Diagnostics, the Board Change Control System (PC Board Layout), PAL and FPLA assembler, and PROM Emulyzer upload/download utilities. Completed port of and enhancements to the Lucas Drawing (CAD) System. (C, UNIX, 68000, Fortran)

*IBM, General Products Division*                                                          *5/81–8/81*

Designed, implemented, and supervised MIS Data Entry and Reports System and user-friendly head count management system. Designed user-friendly System-R report generation. (PL/I, MVS/TSO/ISPF, VM/CMS/ISPF, VM/CMS/EXEC, APL, System R RDBMS, SQL, SGML)

*Brigham Young University*                                                                *2/78–4/82*

Assisted students with Digital Logic Design Projects and Z80 System Project. (Z80 assembly)

Computer-aided translation of natural language. (IBM 360, Automated Language Processing Systems)

## PROFESSIONAL POSITIONS

```
05/99-      MediaFrame, Inc., Sunnyvale, CA          Chairman/CEO/Founder
05/97-05/99 IntraCom Corporation, Sunnyvale, CA      Director/CTO/Inventor
01/92-05/93 Amdahl Advanced Systems, Fremont, CA     Design Verification Manager
11/86-07/98 The Carl Group, Inc., Cupertino, CA      VP Engineering/Co-Founder
04/86-12/95 KAR Enterprises, Inc., Sunnyvale, CA     Chairman/CEO/Founder
05/82-03/86 Dialogic Systems, Sunnyvale, CA          Project Manager/Engineer
09/81-04/82 Brigham Young University, Provo, UT      Digital Logic Lab Assistant
05/81-08/81 IBM General Products Div., San Jose, CA  Coop Programmer
02/78-04/78 Translation Sciences Institute, Provo, UT Research Assistant
```

## EDUCATION

1976-1982 Brigham Young University              Provo, UT
B.S., Computer Science. Graduated with High Honors. GPA 3.9.

1999       Oracle: Developing Web-based Applications

1999-2002 Patent and Trademark Office and SCI3 Seminars: Computer Guidelines 101, 35 USC 103 Non-obviousness, Petition Practice, Double Patenting, Unity of Invention, Business Method Patents, Structure and Meaning of Patent Claims, Rest of Festo, Affidavit Practice, 35 USC 112(2), Creating and Defending Truly Valuable Patents.

## TRAINING

Mentor Graphics: Course Instructor
Apple: Course Developer and Instructor

## PROFESSIONAL MEMBERSHIPS

Association for Computing Machinery (ACM)
Institute of Electrical and Electronics Engineers, Inc. (IEEE)
Developer Programs: Adobe/FrameMaker, Apple, Be, Kodak, Microsoft, Oracle

## AWARDS

BYU Trustee Scholar
Phi Kappa Phi Honor Society
President of BYU Chapter of Association of Computing Machinery

## WRITTEN PUBLICATIONS

*Macintosh Programming Fundamentals–Self Paced Training (CD-ROM and Lab Book)*          *1990*
Publisher:     Apple Computer, Inc., Cupertino, CA

*Apple Media Tool Programming Environment–User Guide & Programming Reference*          *1993*
Publisher:     Apple Computer, Inc., Cupertino, CA

US PATENTS

6,803,931; 6,925,608; 7,016,417; 7,175,106; 7,191,462; 7,233,619; 7,257,158;
7,397,851; 7,419,104; 7,424,473; 7,526,029; 7,552,395; D594,604;  7,671,864;
D613,453;  7,698,653; D617,054;  7,766,022; 7,789,098; 7,802,582; D626,744;
D626,745;  D626,746;  D626,950;  7,828,038; 7,841,355; D635,131;  D638,576;
7,991,052; 8,004,572; D645,612;  D646,020;  D646,432;  D646,841;  D646,842;
D646,843;  D646,844;  D646,845;  D646,846;  8,056,572; 8,068,544; 8,070,544;
D653,804;  8,170,095; 8,181,661; D668,129;  8,282,493; 8,290,034; 8,342,197;
8,348,911; 8,397,738; 8,416,847; 8,433,708; 8,459,327; 8,500,563; 8,523,713;
8,537,898; 8,543,936; 8,556,754; 8,590,777; 8,602,921; 8,608,247; D696,102;
8,744,135; 8,789,550; 8,795,109; 9,057,587; 9,061,747; 9,068,795; 9,149,668;
9,212,868; 9,266,176; 9,275,076; 9,304,993

PUBLISHED US PATENT APPLICATIONS

2002/0004860; 2002/0175221; 2002/0196848; 2003/0005428; 2004/0019609;
2004/0111424; 2004/0250216; 2006/0000499; 2006/0067408; 2006/0114987;
2006/0129523; 2006/0283491; 2006/0283492; 2007/0113261; 2007/0119971;
2007/0223574; 2007/0247515; 2008/0006317; 2008/0032824; 2008/0033335;
2008/0107169; 2008/0107174; 2008/0137751; 2008/0250458; 2008/0250459;
2009/0065039; 2009/0069121; 2009/0091440; 2008/0098954; 2009/0229742;
2009/0271907; 2009/0272394; 2009/0272414; 2010/0034287; 2010/0092088;
2010/0184537; 2010/0200038; 2010/0304899; 2010/0321466; 2010/0325802;
2010/0328420; 2011/0003521; 2011/0019915; 2011/0030752; 2011/0108078;
2011/0132420; 2011/0192264; 2011/0294611; 2011/0320413; 2012/0006371;
2012/0027315; 2012/0046100;  2012/0112516; 2012/0315423; 2013/0019375;
2013/0059632; 2013/0104787;  2013/0328999; 2013/0335611; 2013/0335612;
2013/0339039; 2014/0066231; 2014/0100066; 2014/0113772; 2014/0309064;
2014/0324894; 2014/0358973; 2014/0370993; 2015/0034722; 2015/0233675;
2015/0241172; 2015/0251734; 2015/0351473; 2015/0368925; 2015/0376912;
2016/0026655

INTERNATIONAL PATENTS

Australia AU 2008/296876; United Kingdom GB (England, Scotland, Wales) and
Europe EP2203224 (Ireland IE2203224, France FR, Italy IT, Spain ES2535010,
Portugal PT2203224, Romania RO, Germany DE 60208037237.5); New Zealand NZ
584462; South Africa ZA 2010/02395

PUBLISHED INTERNATIONAL PATENT APPLICATIONS

EP1459271; WO/1999/059472; WO/2003/058397; WO/2009/032332

**ROMÁN EXHIBIT 2**

**LIST OF MATERIALS CONSIDERED**

In addition to the references cited in the main report, and other exhibits the following materials were considered.

### A.    Law, Regulation, and Case Decisions

- 37 CFR § 1.48(b).

- MPEP 602.08(b), http://www.uspto.gov/web/offices/pac/mpep/s602.html.

- Federal Circuit Bar Association Model Patent Jury Instructions

- Rule 401, Federal Rules of Evidence

- Rule 702, Federal Rules of Evidence

- Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993)

- KSR International Co. v. Teleflex Inc. et al., (127 S. Ct. 1727)

- Friskit, Inc. v. RealNetworks, Inc., et al., 2007 WL 2156239 (N.D. Cal.)

- Wellogix, Inc. v. Accenture, LLP, No. 11-20816, United States Court of Appeals, Fifth Circuit, May 15, 2013

- Wellogix, Inc. v. Accenture, LLP, No. 13-1051, United States Supreme Court

### B.    Case Documents

All documents produced in the case, including, but not limited to:

- Second Amended Complaint, Case No. 15-798-HSG-(DMR), NDCA.

- Document 210, filed September 23, 2015.

- Document 372, Exhibit 1, filed January 11, 2016.

- Document 372, Exhibit A, filed January 11, 2016.

- Document 469-09, Sandei Declaration, dated March 10, 2016.

- Almawave, People Centered Applications, October 17, 2014, ALMAWAVE0023162 through ALMAWAVE0023202; and ALMAWAVE0022119 through ALMAWAVE0022227.

- Market Guide for Contact Center Speech Analytics, Gartner Group, March 7, 2014.  EN-00001 through EN-00028, EN-00061 through EN-00088, EN-00141 through EN-00188, EN-00278 through EN-00305, EN-00452 through EN-00479, EN-00489 through EN-00516, IQSINC001897 through IQSINC001924, ALMAWAVE0035895 through ALMAWAVE0035908, etc.

- Text Analytics Takes Business Insight to New Depths, Forrester.

- Who is Who in Text Analytics@Garnter.

- ALMAWAVE0035813.

- ALMAWAVE0007170.

- ALMAWAVE0022051.

- ALMAWAVE0022119 through ALMAWAVE0022227.

- ALMAWAVE0023164.

- ALMAWAVE0023166.

- ALMAWAVE0023187

- ALMAWAVE0023188.

- ALMAWAVE0035813.

- ALMAWAVE0042792.

- IQSINC003368, email to sadikkapadia@gmail.com.

- IQSINC003715-717 and IQSINC003790.

- LOOP-00019998 through LOOP-00020016, Document 50-31, Exhibit PE-24, U.S. Patent Application Publication 2014/0279906 was published on September 18, 2014.

- LOOP-00019868-19890, Plaintiff's confidential research.

- LOOP-00020195-00020196, Plaintiff's document.

- LOOP-00020201-04, Plaintiff's document.

- LOOP-00020142-43, Plaintiff's document.

- LOOP-00020163-66. Plaintiff's document, email regarding patent application.

- LOOP-00019772-84, Plaintiff's document.

- LOOP-00019679-00019710, Plaintiff's document.

- LOOP-00019975 through LOOP-00019992.  Document 50-29, Exhibit PE-22, U.S. Patent Application Publication 2013/0204701 was published on August 8, 2013.

- LOOP-00030530, email from bart@loop.ai.  Also, gm@loop.ai

- MS SUB CONFIDENTIAL GATTI 000529.

- WI HARPER 000412.

- WI HARPER 000416-WI HARPER 000417

**C.    Depositions and Deposition Exhibits**

All depositions and deposition exhibits in the case, including, but not limited to:

- Gatti, Anna Deposition Transcript, 2016-01-19, including:

  o  Gatti Deposition Exhibit 1, LOOP.AI-001.

  o  Gatti Deposition Exhibit 2, LOOP/GATTI-2.

  o  Gatti Deposition Exhibit 3, GATTI-3.

  o  Gatti Deposition Exhibit 4, GATTI-4.

- Perri, Mariantonietta Deposition Transcript, 2016-01-20, including:

Kendyl Román                                     3                                      Exhibit 2
**CONFIDENTIAL**                                                         Updated 4/29/2016

- o  Perri Deposition Errata, 2016-02-19.

- o  Perri Deposition Exhibit 5, LOOP-5.

- o  Perri Deposition Exhibit 6, LOOP-6.

- o  Perri Deposition Exhibit 7, LOOP-7.

- o  Perri Deposition Exhibit 8, LOOP-8.

- Nicolella, Angela Deposition Transcript, 2016-01-21, including:

  - o  Nicolella Deposition Errata, 2016-02-18.

  - o  Nicolella Deposition Exhibit 009, LOOP-09.

  - o  Nicolella Deposition Exhibit 010, LOOP-10.

  - o  Nicolella Deposition Exhibit 011, LOOP-11.

  - o  Nicolella Deposition Exhibit 012, LOOP-12.

- Sandei, Valeria Deposition Transcript, 2016-01-22, including:

  - o  Sandei Deposition Errata, 2016-02-19.

  - o  Sandei Deposition Exhibit 13, LOOP-13.

  - o  Sandei Deposition Exhibit 14, LOOP-14.

  - o  Sandei Deposition Exhibit 15, Document 285-5, LOOP-15.

  - o  Sandei Deposition Exhibit 16, LOOP-16.

  - o  Sandei Deposition Exhibit 17, LOOP-17.

- Romagnoli, Raniero Deposition Transcript, 2016-01-22, including:

  - o  Romagnoli Deposition Errata, 2016-02-19.

  - o  Romagnoli Deposition Exhibit 18, LOOP-18.

- Calafiore, Gianmauro Deposition Transcript, 2016-01-25, including:

  - o  Calafiore Deposition Exhibit 1, ALMA 1.

Kendyl Román                                 4                                Exhibit 2
**CONFIDENTIAL**                                              Updated 4/29/2016

- o Calafiore Deposition Exhibit 2, ALMA 2.

- o Calafiore Deposition Exhibit 3, ALMA 3.

- o Calafiore Deposition Exhibit 4, ALMA 4.

- o Calafiore Deposition Exhibit 5, ALMA 5.

- o Calafiore Deposition Exhibit 6, ALMA 6.

- o Calafiore Deposition Exhibit 7, ALMA 7.

- o Calafiore Deposition Exhibit 8, ALMA 8.

- o Calafiore Deposition Exhibit 9, ALMA 9.

- o Calafiore Deposition Exhibit 10, ALMA 10.

- o Calafiore Deposition Exhibit 11, ALMA 11.

- o Calafiore Deposition Exhibit 12, ALMA 12.

- o Calafiore Deposition Exhibit 13, ALMA 13.

- o Calafiore Deposition Exhibit 14, ALMA 14.

- o Calafiore Deposition Exhibit 15, ALMA 15.

- o Calafiore Deposition Exhibit 16, ALMA 16.

- o Calafiore Deposition Exhibit 17, ALMA 17.

- o Calafiore Deposition Exhibit 18, ALMA 18.

- o Calafiore Deposition Exhibit 19, ALMA 19.

- o Calafiore Deposition Exhibit 20, ALMA 20.

- • Di Napoli, Gennaro Deposition Transcript, 2016-02-03, including:

  - o Di Napoli Deposition Exhibit 019, LOOP 19.

  - o Di Napoli Deposition Exhibit 020, LOOP 20.

  - o Di Napoli Deposition Exhibit 021, LOOP 21.

Kendyl Román                              5                              Exhibit 2
**CONFIDENTIAL**                              Updated 4/29/2016

- Peintner, Bart Deposition Transcript, 2016-03-29, including:

  o  Peintner Deposition Exhibit 114.

  o  Peintner Deposition Exhibit 115.

  o  Peintner Deposition Exhibit 116.

  o  Peintner Deposition Exhibit 117.

  o  Peintner Deposition Exhibit 118.

  o  Peintner Deposition Exhibit 119.

- Ehlen, Patrick Deposition Transcript, 2016-04-06, including:

  o  Ehlen Deposition Exhibit 120, declaration dated April 7, 2015.

  o  Ehlen Deposition Exhibit 121.

  o  Ehlen Deposition Exhibit 122.

  o  Ehlen Deposition Exhibit 123.

- Calafiore, Gianmauro Deposition Transcript, 2016-04-07, including:

  o  Ehlen Deposition Exhibit 124.

- Calafiore, Gianmauro Deposition Transcript, 2016-04-08, including:

  o  Ehlen Deposition Exhibit 125.

  o  Ehlen Deposition Exhibit 126.

  o  Ehlen Deposition Exhibit 127.

  o  Ehlen Deposition Exhibit 128.

  o  Ehlen Deposition Exhibit 129.

  o  Ehlen Deposition Exhibit 130.

  o  Ehlen Deposition Exhibit 131.

  o  Ehlen Deposition Exhibit 132.

- Ehlen Deposition Exhibit 133.

**D.    World Wide Web Sites, Pages, and Documents, and Research Paper and Books**

- A Contemporary Perspective of Digital Transformation, March 26, 2016 by Editorial Team, inside Big Data web site. http://insidebigdata.com/2016/03/26/a-contemporary-perspective-of-digital-tranformation/

- Foundations of Statistical Natural Language Processing, p. 341, Christopher D.Manning, Hinrich Schutze. The MIT Press Cambridge, Massachusetts London, England, Second printing, 1999.

- "Learning Deep Architectures for AI", Foundations and Trends® in Machine Learning: Vol. 2: No. 1, section 8.3, by Yoshua Bengio, 2009.

- A GUI-based artificial neural network simulator, by G.E. Nasr, Conference Paper, October 2004,  IEEE Xplore. https://www.researchgate.net/publication/4135777_A_GUI-based_artificial_neural_network_simulator

- A Review of Argumentation for the Social Semantic Web, by Jodi Schneider et al.,Digital Enterprise Research Institute, National University of Ireland, Galway, http://www.semantic-web-journal.net/sites/default/files/swj138_2.pdf

- A.Ivanov, F. Brugnara, Making It Fast and Reliable: Speech Recognition with GPUs by Sequential Utilization of Available Knowledge Sources, Proc. of GTC'2014, GPU Technology Conference, March 24-27, 2014, San Jose, California, USA

- About Us, SRI International web site.  https://www.sri.com/about

- Advances in Knowledge Discovery and Data Mining, p. 2 by Usama M. Fayyad, February 1, 1996, American Association for Artificial Intelligence, The MIT Press.

Kendyl Román                                          7                                          Exhibit 2

- agent, by Vladimir Zwass, Encyclopædia Britannica. Encyclopædia Britannica Online. Encyclopædia Britannica Inc., accessed Web. Apr. 22, 2016 http://www.britannica.com/technology/agent

- Almawave acquires majority stake in PerVoice, May 29, 2013. http://www.pervoice.com/en/company/news/38-almawave-acquires-pervoice

- Amit Sheth LinkedIn Page, Accessed April 21, 2016, https://www.linkedin.com/in/amitsheth

- An Environment for Merging and Testing Large Ontologies, Deborah L. McGuinness et al., Knowledge Systems Laboratory , Computer Science Department, Stanford University, Proceedings of the Seventh International Conference on Principles of Knowledge Representation and Reasoning (KR2000). Breckenridge, Colorado. April 12 - 15, 2000.

- An Integrated Approach to Capture Semantics of Requirement Conflicts, by Kiran Khatter and Arvind Kalia, Springer-Verlag Berlin Heidelberg 2011, http://link.springer.com/chapter/10.1007%2F978-3-642-25734-6_148

- Analyzing Social Networks on the Semantic Web, by Li Ding, Tim Finin, Anupam Joshi, Department of Computer Science and Electrical Engineering, University of Maryland Baltimore County, IEEE Intelligent Systems (Trends & Controversies), volume 8, number 6, Nov/Dec 2004.

- architecture. Dictionary.com Unabridged. Random House, Inc. Apr. 22, 2016. Dictionary.com http://www.dictionary.com/browse/architecture

- "Continuous Semantics to Analyze Real-Time Data" by Amit Sheth and Christopher Thomas (Wright State University) and Pankaj Mehra (Inlogy), 2010 IEEE.

Kendyl Román                                    8                                    Exhibit 2
**CONFIDENTIAL**                                                        Updated 4/29/2016

- Article entitled "How Search & Social Engines Are Using Semantic Search" by Barbara Starr, September 26, 2012.

- "Large Scale Distributed Deep Networks" by Jeffrey Dean, Greg S. Corrado et al of Google Inc. in Mountain View, CA, 2012.

- "Making Semantic Sense of Unstructured Data", by Kevin Davies, BIO-IT World, November 15, 2011

- "Semantic analysis: the Eldorado of Big Data", July 9, 2013.

- "Semantic Integration: A Survey Of Ontology-Based Approaches" by Natalya F. Noy of Stanford Medical Informatics, Stanford University, Stanford, CA, 2004.

- Artificial Intelligence Foundations of Computational Agents, section 7.3.3 Bayesian Classifiers, Copyright © 2010, David Poole and Alan Mackworth

  http://artint.info/html/ArtInt_181.html

- Artificial Intelligence Foundations of Computational Agents, section 4.1 Features and States, 2010, David Poole and Alan Mackworth, Accessed April 22, 2016.

  http://artint.info/html/ArtInt_73.html

- Artificial Intelligence, Third Edition, Elaine Rich,  Kevin Knight, Shivashankar B Nair, 2009, Tata McGraw-Hill Publishing Company Limited. First published in 1983.

- Artificial Intelligence. Merriam-Webster.com. Merriam-Webster, n.d. Web. Apr. 22, 2016, http://www.merriam-webster.com/dictionary/artificial%20intelligence

- Automatic Building of Semantically Rich Domain Models from Unstructured Data, by Mithun Balakrishna, Dan Moldovan, May 19, 2013, AAAI Publications, The Twenty-Sixth International FLAIRS Conference.

  https://www.aaai.org/ocs/index.php/FLAIRS/FLAIRS13/paper/view/5909

- Automatic fuzzy ontology generation for semantic Web, Q. T. Tho ; Sch. of Comput. Eng., Nanyang Technol. Univ., Singapore, June 2006, IEEE Transactions on Knowledge and Data Engineering (Volume:18 , Issue: 6 ).

- Automatic Generation of Ontology for Scholarly Semantic Web, Thanh Tho Quan et al., The Semantic Web - ISWC 2004. http://link.springer.com/chapter/10.1007/978-3-540-30475-3_50

- Automatic Generation of Social Media Snippets for Mobile Browsing, Wenyuan Yin et al., State University of New York at Buffalo, Buffalo, NY, USA, 2013 ACM 978-1-4503-2404-5/13/10.  http://research.microsoft.com/pubs/204877/mm035-yin.pdf

- Automatic Meaning Discovery Using Google, by Rudi Cilibrasi and Paul Vitanyi, CWI, University of Amsterdam, National ICT of Australia http://homepages.cwi.nl/ paulv/papers/amdug.pdf

- Automatic Ontology Generation based on Semantic Audio Analysis, Centre for Digital Music Queen Mary University of London 2010.  http://isophonics.net/content/automatic-ontology-generation-based-semantic-audio-analysis

- Baird, Rey L. (1972) "Essentials of Junction Grammar." LINGUISTICS SYMPOSIUM: AUTOMATIC LANGUAGE PROCESSING, 30 _31 March 1972. Provo, Utah : BYU Language Research Center.

- Beerud Sheth. A Learning Approach to Personalized Information Filtering, Master's Thesis, Massachusetts Institute of Technology, Feb., 1994.

- Big Data ... and the Next Wave of InfraStress presentation, by John R. Mashey, Chief Scientist, SGI , April 25, 1998

- Big Data Analytics  What it is and why it matters, SAS Institute Inc.,

  http://www.sas.com/en_us/insights/analytics/big-data-analytics.html

- Big Data for Big Corporate Citizenship, by Anne Kreuser, Published Mar 29, 2013,

  Edelman, http://purpose.edelman.com/big-data-for-big-corporate-citizenship/

- Big Data, Gartner IT Glossary, Gartner, Inc. website, Accessed Apr. 22, 2016

  http://www.gartner.com/it-glossary/big-data/

- business intelligence (BI), BusinessDictionary.com website, Accessed 22 Apr. 2016

  http://www.businessdictionary.com/definition/business-intelligence-BI.html

- Challenges and Opportunities with Big Data: A white paper prepared for the Computing

  Community Consortium, committee of the Computing Research Association, Agrawal

  D., Bernstein P., Bertino E., Davidson S., Dayal U., Franklin M.,... Widom J. (2012).

  http://cra.org/ccc/resources/ccc-led-whitepapers/

- CHANGING FOCUS ON INTEROPERABILITY IN INFORMATION SYSTEMS:

  FROM SYSTEM, SYNTAX, STRUCTURE TO SEMANTICS, by Amit P. Sheth,

  http://knoesis.wright.edu/sites/default/files/S98-changing.pdf

- Chess. Merriam-Webster.com. Accessed April 22, 2016. http://www.merriam-

  webster.com/dictionary/chess

- Christensson, Per. "GPU Definition." TechTerms. Sharpened Productions, 2006. Web.

  April 22, 2016. http://techterms.com/definition/gpu

- CLIPS, A Tool for Building Expert Systems, http://clipsrules.sourceforge.net.

- Computer Graphics: Principles and Practice, second edition, James D. Foley, Andries van

  Dam, S.K. Feiner, and J.F. Hughes. Addison Wesley 1990, ("Computer Graphics"), in

  particular Matrices.

Kendyl Román                          11                          Exhibit 2
                                 **CONFIDENTIAL**              Updated 4/29/2016

- Computing, cognition and the future of knowing: How humans and machines are forging a new age of understanding, John E. Kelly III, IBM, 2015, http://www.research.ibm.com/software/IBMResearch/multimedia/Computing_Cognition _WhitePaper.pdf.

- Consumer & Market Analytics: Q&A with Lauren Azulay, Confirmit, November 3, 2014, Breakthrough Analysis web site. https://breakthroughanalysis.com/2014/11/03/interview-request-consumer-market-analytics-lauren-azulay/

- Convolutional Neural Network, UFLDL Tutorial Accessed Apr. 22, 2016 http://ufldl.stanford.edu/tutorial/supervised/ConvolutionalNeuralNetwork/

- Convolutional-Recursive Deep Learning for 3D Object Classification, Richard Socher et al., Computer Science Department, Stanford University, Stanford, CA.

- Crowdsourcing, citizen sensing and sensor web technologies for public and environmental health surveillance and crisis management: trends, OGC standards and application examples, Kamel Boulos et al; licensee BioMed Central Ltd. December 21, 2011, International Journal of Health Geographics, https://ij-healthgeographics.biomedcentral.com/articles/10.1186/1476-072X-10-67

- customer relationship management (CRM), BusinessDictionary.com website, Accessed 22 Apr. 2016 < http://www.businessdictionary.com/definition/customer-relationship-management-CRM.html >

- Data Mining, Analytics, Big Data, and Data Science, November 2015, Kdnuggets website.  http://www.kdnuggets.com/2015/11/deep-learning-language-understanding-cognitive-computing.html

- data mining. Dictionary.com Unabridged. Random House, Inc. Accessed Apr. 22, 2016. Dictionary.com http://www.dictionary.com/browse/data-mining

- Data Semantics: what, where and how? By A. Sheth, Large Scale Distributed Information Systems Lab,

- Department of Computer Science, University of Georgia, Athens, Georgia, http://knoesis.wright.edu/sites/default/files/S96-Data-Semantics.pdf

- Deep Learning Chapter 1 Introduction, pp. 1-2, Ian Goodfellow, Yoshua Bengio, and Aaron Courville, Goodfellow-et-al-2016-Book, Book in preparation for MIT Press, Accessed April 22, 2016. http://www.deeplearningbook.org/contents/intro.html

- Deep Learning in Neural Networks: An Overview, Technical Report IDSIA-03-14 / arXiv:1404.7828 v4 [cs.NE] (88 pages, 888 references), Jurgen Schmidhuber, The Swiss AI Lab IDSIA, October 8, 2014, accessed Apr. 26, 2016 http://arxiv.org/pdf/1404.7828.pdf

- Deep Speech: Scaling up end-to-end speech recognition, Jared Casper, et al., submitted December 17, 2014.  http://arxiv.org/abs/1412.5567.

- Defining Text Analytics, Posted by Seth Grimes Thursday, February 8, 2007, Archived November 29, 2009, at the Wayback Machine. https://web.archive.org/web/20091129171151/http://intelligent-enterprise.informationweek.com/blog/archives/2007/02/defining_text_a.html

- Definition of: SaaS. PC Magazine Encyclopedia. Ziff Davis. http://www.pcmag.com/encyclopedia/term/56112/saas  Retrieved 14 May 2014.

- Design for thinking: a first book in semantics, p. 1, Albert Upton, Stanford University Press, 1961

Kendyl Román                                        13                                        Exhibit 2
**CONFIDENTIAL**                                                        Updated 4/29/2016

- Efficient Sparse Matrix-Vector Multiplication on CUDA, Nathan Bell and Michael Garland, in, "NVIDIA Technical Report NVR-2008-004", December 2008, http://www.nvidia.ca/object/nvidia_research_pub_001.html

- enterprise system, BusinessDictionary.com website, Accessed Apr. 22, 2016 http://www.businessdictionary.com/definition/enterprise-system.html

- Enterprise Systems Architecting: Emerging Art and Science within Engineering Systems, Deborah J. Nightingale and Donna H. Rhodes, Massachusetts Institute of Technology, March 2004.

- Examples of Targeted Advertising by Lisa Magloff, Demand Media, Houston Chronicle online, Web. Apr. 22, 2016  http://smallbusiness.chron.com/examples-targeted-advertising-10869.html

- expert system. Encyclopædia Britannica. Encyclopædia Britannica Online. Encyclopædia Britannica Inc., 2016. Web. Apr. 22, 2016 http://www.britannica.com/technology/expert-system. [Credit: Copyright © 2003 Acquired Intelligence Inc and Worldocean Consulting.]

- FANN Fast Artificial Neural Network Library.  http://leenissen.dk/fann/wp/

- FOGA: A Fuzzy Ontology Generation Framework for Scholarly Semantic Web, Thanh Tho Quan et al., School of Computer Engineering, Nanyang Technological University, Singapore.  http://olp.dfki.de/pkdd04/quan-final.pdf

- From Unstructured Data to Actionable Intelligence, Ramana Rao, December 2003 IT Pro, EEE Computer Society, 1520-9202/03.  http://www.ramanarao.com/papers/rao-itpro-2003-11.pdf

- Gartner IT Glossary > Dark Data, Gartner, Inc. website, Accessed Apr. 22, 2016
  http://www.gartner.com/it-glossary/dark-data/

- Go. Merriam-Webster.com. Accessed April 22, 2016. http://www.merriam-webster.com/dictionary/go

- Google DeepMind website "AlphaGo" page, Accessed April 22, 2016.
  https://deepmind.com/alpha-go

- Hinton G.E., Osindero S., Teh Y.W. (2006), A fast learning algorithm for deep belief
  nets. Neural Computing, Vol. 18, pp. 1527-54.

- HNC Software and Infoseek announce Web partnership. Business Wire, May 7, 1996.

- http://insidebigdata.com/2016/03/04/hpc-the-computational-foundation-of-deep-learning/

- http://techcrunch.com/2012/01/06/siri-sibling-trapit-raises-6-2-million-series-a-from-horizons, posted January 6, 2012.

- http://www.darpa.mil/about-us/about-darpa, accessed April 20, 2016.

- http://www.nvidia.com/object/machine-learning.html

- http://www.pervoice.com/en/company/news/39-tveyes-and-pervoice-create-newco-tlt-2

- http://www.uspto.gov/web/patents/classification/shadowFiles/defs704sf.htm?704_9&S&1&9#9

- http://www.uspto.gov/web/patents/classification/shadowFiles/defs705sf.htm?705_14.53&S&W&2R&30&34#34

- https://angel.co/trapit, accessed https://angel.co/trapit.

- https://developer.nvidia.com/content/gpu-technology-conference-2014

- https://www.linkedin.com/in/giampierorecco.  See also WI HARPER 000415- WI
  HARPER 000416.

Kendyl Román                                15                                Exhibit 2
**CONFIDENTIAL**                                              Updated 4/29/2016

- https://www.linkedin.com/in/marco-pennacchiotti-21b8094.  See also http://www.marcopennacchiotti.com/pro/.

- https://www.sri.com/about, accessed April 20, 2016.

- https://www.youtube.com/watch?v=70VQpfFiDi4.  See also http://insidebigdata.com/2016/03/26/a-contemporary-perspective-of-digital-tranformation.

- https://www.youtube.com/watch?v=7xcfvL12vWo, published January 13, 2015.

- https://www.youtube.com/watch?v=bBsDT9RAyoU&ebc=ANyPxKrdg5QAS4rwKEKd mkPuNy5DqQzExL0QtHRCc8vYfG0fkN8A9iTu996ACJ3eyyU-CFa9Cqbiq8IrwFu2LMj2VDYHSPKeGQ

- https://www.youtube.com/watch?v=CJzoi9BEg9o.

- https://www.youtube.com/watch?v=Xfo_Oq5cuFo.  See LOOP-00030497.

- https://www.youtube.com/watch?v=ZfNspUJt18I

- Image Compression Using the Discrete Cosine Transform, p. 81, by Andrew B. Watson, NASA Ames Research Center, Mathematica Journal, 4(1), 1994, p. 81-88

- Introduction to Montague Semantics, D. R. Dowty, Robert Wall, Stanley Peters, D. Reidel Publishing Co., Holland, 1980. p. ix.

- Language Origins _ Perspectives on Evolution, Edited by Tallerman, Maggie, Oxford University Press, 2005, Haskins Laboratories website, Accessed Apr. 22, 2016 http://www.haskins.yale.edu/Reprints/HL1396.pdf

- Large Scale Distributed Deep Networks, Google, NIPS 2012.

- Lexical Triggers and Latent Semantic Analysis for Cross-Lingual Language Model Adaptation, WOOSUNG KIM and SANJEEV KHUDANPUR, The Johns Hopkins

University, 2004 ACM 1530-0226/04/0600-0094.

http://www.clsp.jhu.edu/ woosung/pdf/talip04.pdf

- Linguistic Epidemiology: Semantics and Grammar of Language Contact in &, By N.J. Enfield, Routledge Taylor & Francis Group.

   file:///Users/Admin/Documents/CONFIDENTIAL/Cases/ALMA/Research/TradeSecrets/ Document%20%23372%20Loop's%20Trade%20Secret%20%2327/Linguistic%20Epide miology_%20Semantics%20and%20Grammar%20of%20Language%20Contact%20in% 20...%20-%20N.J.%20Enfield%20-%20Google%20Books.html

- Loop AI web site, Join Private Beta page.  http://www.loop.ai/

- Machine Learning, Part II: Supervised and Unsupervised Learning.

   http://www.aihorizon.com/essays/generalai/supervised_unsupervised_machine_learning. htm

- Marketing Editor/Free-Lance Curator, Product Management, San Francisco, CA.

   https://careers.jobscore.com/careers/soshoma/jobs/marketing-editor-free-lance-curator- bgM3viQXWr4OdDeJe4iefn

- Math Is Fun Advanced website, Algebra Index, How to Multiply Matrices page, accessed Apr. 26, 2016  https://www.mathsisfun.com/algebra/matrix-multiplying.html

- Mining the Social Web: Analyzing Data from Facebook, Twitter, LinkedIn, and Other Social Media Sites, Matthew A. Russell, O'Reilly Media, January 2011 (updated for Google+ in February 2012).

- natural language processing. The Free On-line Dictionary of Computing. Denis Howe. Apr. 22, 2016. Dictionary.com http://www.dictionary.com/browse/natural-language- processing

- Netflix Recommendations: Beyond the 5 stars (Part 1), http://techblog.netflix.com/2012/04/netflix-recommendations-beyond-5-stars.html. April 6, 2012.

- neural network. Dictionary.com Unabridged. Random House, Inc., accessed Apr. 22, 2016. Dictionary.com http://www.dictionary.com/browse/neural-network

- Neural Networks:  A Systematic Approach, Raúl Rojas, Springer-Verlag, Berliin, 1996.

- NVIDIA 5th Annual GPU Technology Conference Calls for Submissions set the deadline for submission as September 27, 2013. http://www.scientificcomputing.com/news/2013/07/nvidia-5th-annual-gpu-technology-conference-calls-submissions

- Ogdoas Scholastica, Jacob Lorhard (1561-1609), 1606, Translation from: Peter Øhrstøm, Sara L. Uckelman, Henrik Schärfe, Historical and Conceptual Foundations of Diagrammatical Ontology, in: Uta Priss, Simon Polovina, Richard Hill (eds). - Conceptual Structures: Knowledge Architectures for Smart Applications, Proceedings of the 15th International Conference on Conceptual Structures, Sheffield, UK, July 22-27, 2007, Berlin, Springer, 2007, pp. 374-386. https://www.ontology.co/pdf/jacob-lorhard.pdf

- On-line Trend Analysis with Topic Models: #twitter trends detection topic model online, JeyHan Lau et al., Dept of Computing and Information Systems, The University Melbourne, Australia, Proceedings of COLING 2012: Technical Papers , pages 1519 _1534, COLING 2012, Mumbai, December 2012. http://www.aclweb.org/anthology/C12-1093

- Ontology Driven Information Systems in Action (Capturing and Applying Existing Knowledge to Semantic Applications), by Amit Sheth, 2003, Sharing the Knowledge-International CIDOC CRM Symposium.  http://knoesis.wright.edu/?q=node/2121

- Ontology. Merriam-Webster.com. Accessed April 22, 2016. http://www.merriam-webster.com/dictionary/ontology

- Open NN: An Open Source Neural Networks C++ Library, Lopez, R. (2014), International Center for Numerical Methods in Engineering CIMNE. http://opennn.cimne.com/

- Overview from "The Soar Cognitive Architecture", by John E. Laird, April 2012, MIT Press, ISBN: 9780262122962  https://mitpress.mit.edu/books/soar-cognitive-architecture

- PAL  Personalized Assistant that Learns website, Classification Suite web page, Artificial Intelligence Center @SRI International, accessed Apr. 26, 2016 https://pal.sri.com/classification-suite/

- Paper entitled "Understanding natural language" by Terry Winograd, 1972 Cognitive Psychology

- Pazzani, M. et al., "Learning from hotlists and coldlists: Towards a WWW Information Filtering and Seeking Agent," Proceedings International Conference on Tools with Artificial Intelligence, Jan. 1995, pp. 492-495.

- PCmag Encyclopia online, "Definition of: user profile" page, Ziff Davis LLC 1996-2015, Accessed Apr 26, 2016  http://www.pcmag.com/encyclopedia/term/53562/user-profile

- Perception without Awareness, Psychology of, p. 11218, L. N. Kanal, Copyright 2001 Elsevier Science Ltd. All rights reserved. International Encyclopedia of the Social & Behavioral Sciences ISBN: 0-08-043076-7

- perceptron. YourDictionary, n.d. Web. April 22, 2016.

  http://www.yourdictionary.com/perceptron

- Perceptrons, Expanded Edition An Introduction to Computational Geometry, Overview,

  By Marvin Minsky and Seymour A. Papert, The MIT Press, ISBN: 9780262631112,

  December 1987

- PLOW: A Collaborative Task Learning Agent, James Allen, Nathanael Chambers,

  George Ferguson, Lucian Galescu, Hyuckchul Jung, Mary Swift, William Taysom,

  Institute for Human and Machine Cognition, Dept. of Computer Science, Stanford

  University, , Stanford, CA, Dept. of Computer Science, University of Rochester,

  Rochester, NY, 2007, Association for the Advancement of Artificial Intelli- gence

  (www.aaai.org).

- Principles of Enterprise Systems, by Deborah Nightingale, Massachusetts Institute of

  Technology, 2009

- Principles of Expert Systems, Peter J.F. Lucas & Linda C. van der Gaag, Centre for

  Mathematics and Computer Science, Amsterdam, published in 1991 by Addison-Wesley

- Recurrent Neural Networks Tutorial, Part 1 - Introduction to RNNs, September 17, 2015,

  WildML AI, Deep Learning, NLP website Accessed Apr. 22, 2016

  http://www.wildml.com/2015/09/recurrent-neural-networks-tutorial-part-1-introduction-

  to-rnns/

- recursion. Dictionary.com Unabridged. Random House, Inc. Accessed Apr. 22, 2016.

  Dictionary.com http://www.dictionary.com/browse/recursion

- Rosenblatt, Frank (1957), The Perceptron—a perceiving and recognizing automaton.

  Report 85—460—1, Cornell Aeronautical Laboratory.

- SCALABILITY OF SEMANTIC ANALYSIS IN NATURAL LANGUAGE PROCESSING, Dr. Radim Rehurek, Ph.D. Thesis, Faculty of Informatics Masaryk University, May, 2011.  http://radimrehurek.com/phd_rehurek.pdf

- Scaling Deep Learning, March 4, 2016 by Editorial Team, insideBigData web site. http://insidebigdata.com/2016/03/04/hpc-the-computational-foundation-of-deep-learning/

- See links in https://sites.google.com/site/alexeivivanov/publications, including Presentation_Ivanov_GPU_ASR_v5.555.pdf and GPU_vs_CPU_visualization.mp4.

- SEMANTIC ANALYSIS: THE ELDORADO OF BIG DATA, Jul 9, 2013, Digital Transformation, Trends. eMedia the econocom blog. http://blog.econocom.com/en/blog/semantic-analysis-the-eldorado-of-big-data/

- semantic analysis. YourDictionary, n.d. Web. April 22, 2016. http://www.yourdictionary.com/semantic-analysis

- Semantic Search on Unstructured Data: Explicit Knowledge through Data Recycling, by Alex Kohn et al., Roche Diagnostics GmbH, Penzberg, Germany. https://users.soe.ucsc.edu/ darrell/tmp/search_subm04.pdf

- Semantics-based Information Brokering: A step towards realizing the Infocosm, by Vipul Kashyap and Amit Sheth, October 1993, Department of Computer Science, Rutgers University, New Brunswick, NJ, http://knoesis.wright.edu/sites/default/files/KS93-information-brokering-infocosm.pdf

- Semantics. Merriam-Webster.com. Merriam-Webster, n.d. Web. Apr. 22, 2016. http://www.merriam-webster.com/dictionary/semantics

- Sentiment and topic analysis on social media: a multi-task multi-label classification approach by Shu Hang et al. 2013.

Kendyl Román                                  21                                  Exhibit 2

- SIRI RISING: The Inside Story Of Siri's Origins _ And Why She Could Overshadow The iPhone, January 21-24, 2013, http://www.huffingtonpost.com/2013/01/22/siri-do-engine-apple-iphone_n_2499165.html

- Social Data: What Defines It? And, Who Owns it?, posted on April 22, 2010 by chrisbucholtz, in CRM, Social Business, social CRM, social media, web 2.0, CRM Outsiders online, Accessed April 22, 2016. https://crmoutsiders.com/2010/04/22/social-data-what-defines-it-and-who-owns-it/

- Social Network Analysis, by Steve Borgatti, 2004, Carroll School of Management, Boston College, http://www.analytictech.com/mb109/slides/networks.pdf

- Social Networking, CA Technology Exchange In sights from CA Technologies, Volume 4, Issue 2, April 2013, http://www.ca.com/us/ /media/Files/About%20Us/ca-technology-exchange-social-networking-apr-2013.pdf

- Streaming Trend Detection in Twitter, by James Benhardus, 2010 UCCS REU FOR ARTIFICIAL INTELLIGENCE, NATURAL LANGUAGE PROCESSING AND INFORMATION RETRIEVAL FINAL REPORT.
  http://www.cs.uccs.edu/ jkalita/work/reu/REUFinalPapers2010/Benhardus.pdf

- Structured Models for Semantic Analysis of Audio Content, by Sourish Chaudhuri, Language Technologies Institute, School of Computer Science, Carnegie Mellon University, 2013.
  https://www.lti.cs.cmu.edu/sites/default/files/sourish_chaudhuri_structured_models_for_semantic_analysis_of_audio_content.pdf

- STRUCTURED VS. UNSTRUCTURED DATA, Published June 28, 2012, BrightPlanet

  Deep Web Intelligence website, Accessed Apr. 22, 2016

  http://www.brightplanet.com/2012/06/structured-vs-unstructured-data/

- Supervised and Unsupervised Learning, by Ciro Donalek, Ay/Bi 199 - April 2011.

  http://www.astro.caltech.edu/ george/aybi199/Donalek_Classif.pdf

- Text classification in Asian languages without word segmentation, Fuchun Peng, 2003,

  University of Waterloo, Ontario, Canada. ACM.

  http://dl.acm.org/citation.cfm?id=1118941

- The FORA Framework, Fuzzy Management Methods, 13 DOI 10.1007/978-3-642-

  33233-3_2, by E. Portmann, Springer-Verlag Berlin Heidelberg 2013

- The Promise of Artificial Intelligence Unfolds in Small Steps, By STEVE LOHR FEB.

  28, 2016, The New York Times.  http://www.nytimes.com/2016/02/29/technology/the-

  promise-of-artificial-intelligence-unfolds-in-small-steps.html?_r=0

- The Social Semantic Web, by Breslin, John, Passant, Alexandre, Decker, Stefan, 2009,

  ISBN 978-3-642-01171-9, Springer  http://www.springer.com/us/book/9783642011719

- The Why Factor in Speech Analytics About By Coreen Bailor August 2006. Destination

  CRM. Retrieved April 22, 2016.

  http://www.destinationcrm.com/Articles/Editorial/Magazine-Features/The-Why-Factor-

  in-Speech-Analytics-43010.aspx

- Trending: The Promises and the Challenges of Big Social Data, by LEV MANOVICH,

  Debates in the Digital Humanities, accessed Apr. 26, 2016

  http://dhdebates.gc.cuny.edu/debates/text/15

- TwitterMonitor: trend detection over the twitter stream, by Michael Mathioudakis and Nick Koudas, University of Toronto, Toronto, ON, Canada, SIGMOD '10 Proceedings of the 2010 ACM SIGMOD International Conference on Management of data Pages 1155-1158.  http://dl.acm.org/citation.cfm?id=1807306

- U.S. Patent 8,688,443.

- U.S. Patent 8,694,355.

- U.S. Patent Application 13/802,327 filed as Patent Cooperation Treaty ( "PCT ") Application PCT/US14/24621.  This application was published as WO 2014/165166 on October 9, 2014.

- U.S. Patent Application Publication 2014/0358990.

- Umbel's Digital Genome, The Technology.  https://www.umbel.com/product/digital-genome/

- Unsupervised Learning, Peter Dayan, MIT, The MIT Encyclopedia of the Cognitive Sciences.  http://www.gatsby.ucl.ac.uk/ dayan/papers/dun99b.pdf

- User Profile, Techopedia.com website, Web. Apr. 22, 2016 https://www.techopedia.com/definition/16137/user-profile

- Using  "Big Data " To Rate Corporate Social Responsibility: One Company's Approach, by Bahar Gidwani, September 24, 2012, Sustainable Life Media Inc., http://www.sustainablebrands.com/news_and_views/new-metrics/using-big-data-rate-CSR-one-companys-approach

- Van den Oord, Aaron, Sander Dieleman, and Benjamin Schrauwen. "Deep content-based music recommendation." Advances in Neural Information Processing Systems. 2013.

- Web (2.0) Mining: Analyzing Social Media, by Anupam Joshi, Tim Finin, Akshay Java, Anubhav Kale, and Pranam Kolari, University of Maryland, Baltimore County, Baltimore MD, 2007

- What is the difference between supervised and unsupervised learning algorithms? Quora web site.  https://www.quora.com/What-is-the-difference-between-supervised-and-unsupervised-learning-algorithms

- White Paper: An insight into Business Intelligence, ComputerWeekly.com website, 2000 - 2016, TechTarget http://www.computerweekly.com/feature/White-Paper-An-insight-into-Business-Intelligence

- Yoshua Bengio (2009), Learning Deep Architectures for AI, Foundations and Trends® in Machine Learning: Vol. 2: No. 1.

- Your Web, Your Way  _ theneeds Personalized Web Platform, Posted by Keith Liles, July 25, 2013, killer startups web site.  http://killerstartups.com/startup-spotlight/theneeds-personalized-web-platform

### E.    Other Technical Books

- A Summary Comparison of Junction Grammar and Transformational Grammar. LINGUISTICS SYMPOSIUM: AUTOMATED LANGUAGE PROCESSING, Lytle, Eldon G., 9 April 1974.  (Republished in JUNCTION THEORY AND APPLICATION, V. 2, no. 2, Spring 1979. Provo, Utah: BYU Translation Sciences Institute.)

- An Introduction to Montague Semantics, by D. R. Dowty, Robert Wall, Stanley Peters, Springer Netherlands, December 31, 1980.

- Conceptual Spaces, by Peter Gärdenfors, The MIT Press, March 2000.

- Geometry and Meaning, Dominic Widdows, Stanford Center for the Study of Language and Information, November 2004

- Meaning and Mental Representations, Edited by Umberto Eco, Marco Santambrogio, and Patrizia Violi, Indiana University Press, 12/1/1988

- Mining the Social Web: Analyzing Data from Facebook, Twitter, LinkedIn, and Other Social Media Sites, by Matthew A. Russell, , O'Reilly Media, January 2011.

- Mining the Social Web: Data Mining Facebook, Twitter, LinkedIn, Google+, GitHub, and More 2nd Edition, by Matthew A. Russell, O'Reilly Media, October 2013.

- Oxford Handbook of Computational Linguistics, edited by Ruslan Mitkov, , Oxford University Press, Jan 2005

- Programming Collective Intelligenc:e Building Smart Web 2.0 Applications, Toby Segaran, , O'Reilly Media, August 23, 2007.

- Select Papers on Computer Science, Donald E. Knuth, Stanford Center for the Study of Language and Information, 1996.

- Semantic Cognition, by Timothy T. Rogers and James L. McClelland, The MIT Press, June 2004.

- Simon Haykin. Adaptive Filter Theory. Prentice-Hall, Englewood Cliffs, NJ (1986).

- Simon Haykin. Neural Networks: A Comprehensive Foundation. Macmillan College Publishing Co., New York (1994).

- The Language of Thought, by Jerry A. Fodor, Harvard University Press, January 1, 1975.

CONFIDENTIAL and PRIVILEGED –ATTORNEY WORK PRODUCT
This is WORK IN PROGRESS and does not represent any final opinions.

## Overview of Technologies, Techniques, Applications, and Products



Kendyl Román

Exhibit 3

CONFIDENTIAL and PRIVILEGED –ATTORNEY WORK PRODUCT
This is WORK IN PROGRESS and does not represent any final opinions.

**Exhibit 4**

**Analysis of Loop's Trade Secret Claims**

Loop's submission pursuant to the Court's order at Docket 331 provides information regarding its alleged trade secrets.  Document 372, Exhibit 1, filed January 11, 2016.

The following chart shows my detailed analysis of Loop's trade secret list.

| ¶ | *Trade Secret Description* | *Analysis and Supporting References* |
|---|---|---|
| 1 | All information and documents identified by Plaintiff as containing its trade secrets at issue in this case in response to discovery propounded or sought by Defendant Almawave USA Inc. and any other Defendant in the above captioned proceeding, as well as the information and documents identified in Plaintiff in its First Amended Complaint and Second Amended Complaint. | See details below. |
| 2 | All information and documents identified with particularity in Plaintiff's documents produced to the Defendants at Bates Numbers Loop-00019679 to Loop-00020223. | This Bates range is inclusive of all the other documents identified individually below.  See details below. |
| 3 | Plaintiff's highly confidential technical data, as follows: experiments relating to Loop AI's development of its proprietary deep learning AI technology ("Plaintiff's technology"), test results regarding same, research regarding the state of the art and the development of Plaintiff's technology, detailed analysis and evaluations of the technology, applications for its technology, methods of collection of big data and deployment of its technology, system integration for its technology, design concepts underlying Plaintiff's technology, detailed instructions on testing and modeling of the technology, as well as highly confidential information regarding scientific recruiting targets (specific names of these recruiting targets have been disclosed by Plaintiff in discovery). | Big test data is collected from public sources and thus are publicly available.  AI research is publicly available. The top scientists and researchers are publicly known as evidenced by many industry and area specific conferences every year.  See for example, in the main report regarding NIPS, ICML, ICRL, GTC, etc. Further, as discussed in the main report, companies such as Google, Facebook, Baidu, Yahoo, IBM, etc. are much more likely to be able to recruit these top researchers. |

1

**Kendyl Román**                                                                                              **Exhibit 4**

CONFIDENTIAL and PRIVILEGED –ATTORNEY WORK PRODUCT
This is WORK IN PROGRESS and does not represent any final opinions.

| 4 | Application of Plaintiff's technology to the analysis of big data generally owned by medium to large companies and governmental entities (including the target customers and partners from among those types of entities) with large volumes of structured and unstructured data from multiple sources and in need of quickly performing analyses of the data and obtain actionable inputs or results that can quickly be used for a variety of applications in various fields including customer relationship management, customer experience needs. | See #3 above regarding big data.  Analysis of structured and unstructured data is publicly known.  As discussed in the main report, several companies including IBM, SAP, SAS, and Almawave were already providing CRM solutions that included analysis of big data for medium to large companies and government agencies. |
|---|---|---|
| 5 | Plaintiff's confidential information, data, and communications relating to its first patent application produced by Loop AI to the Defendants at Bates numbers Loop-000199975-Loop-00019992. | I could not find Loop-000199975.  Assuming they meant Loop-00019975-Loop-00019992, Document 50-29, Exhibit PE-22, U.S. Patent Application Publication 2013/0204701 was published on August 8, 2013.  Its contents are publicly known and are no longer trade secrets.  Further, the application was finally rejected by the USPTO on December 23, 2014, and was abandoned by Loop on July 16, 2015, and thus has no value. |
| 6 | Plaintiff's confidential information regarding the generation of semantics from structured and unstructured text data. | Generation of semantics from structured and unstructured text data is publicly known, as evidence by Baidu's Deep Speech in 2011 and 2014, and by Almwave's Iride Suite as reviewed by Gartner in March of 2014. |
| 7 | Plaintiff's confidential designs, concepts and ideas for the understanding and interpretation of user (e.g. customers, callers, or other type of end users) requirements, by tracking and extracting concepts of interest, and the confidential information relating to this area underlying and relating to Plaintiff's patent application, published on August 8, 2013. | See #5 above. |
| 8 | Plaintiff's confidential information, design, and concepts regarding the use of multiple big data sources like social media, the world wide web, and virtual networks to capture and track semantics and concepts related to end users (e.g. customers, callers, data browsers (human) or other type of end users) interests to provide cross-channel semantic analysis. | Multiple big data sources have been used for both semantic sentiment analysis and topic classification in customer care and marketing as evidenced by *Mining the Social Web: Analyzing Data from Facebook, Twitter, LinkedIn, and Other Social Media Sites*, Matthew A. Russell, O'Reilly Media, January 2011,and *Sentiment and topic analysis on social media: a multi-task multi-label classification approach* by Shu Hang et al. 2013. |

2

**Kendyl Román**                                                                                                                  **Exhibit 4**

CONFIDENTIAL and PRIVILEGED –ATTORNEY WORK PRODUCT
This is WORK IN PROGRESS and does not represent any final opinions.

| 9 | Plaintiff's confidential information regarding the design, concepts and development related to its invention titled "System that provides automated machine understanding of social media communications based on social media assertions, social media statements and conversations, social connections, user profile info, crowd-sourced databases, Internet pages, and semantic networks" produced by Plaintiff at Bates numbers Loop- 00019998-Loop-00020016. | Document 50-31, Exhibit PE-24, U.S. Patent Application Publication 2014/0279906 was published on September 18, 2014.  Its contents are publicly known and are no longer trade secrets.  The application was finally rejected by the USPTO on March 31, 2015, and was abandoned by Loop on October 15, 2015. |
|---|---|---|
| 10 | Plaintiff's confidential information regarding its semantic analysis for the real-time identification, understanding and processing of data expressed in a variety of languages by users. | Real-time semantic analysis is evidenced by the 2010 IEEE article entitle "Continuous Semantics to Analyze Real-Time Data" by Amit Sheth and Christopher Thomas (Wright State University) and Pankaj Mehra (Inlogy).<br>The 1972 Cognitive Psychology paper by Terry Winograd entitled "Understanding natural language" is evidence of language understanding.<br>Baidu Deep Speech could process a variety of languages in 2011, and 2014.<br>TSI at BYU could process multiple languages including Chinese in the 1970s. |
| 11 | Plaintiff's confidential information regarding the scaling of its technology and its prospective applications and system integration with large companies referred by Plaintiff as business partners or use case partners. | Deep learning and unsupervised feature learning have shown great promise in many practical applications as evidenced by the 2012 article entitled "Large Scale Distributed Deep Networks" by Jeffrey Dean, Greg S. Corrado et al of Google Inc. in Mountain View, CA.<br>Scaling of Deep Speech is publicly disclosed by Baidu.<br>Scaling of Deep Learning is publicly disclosed by Baidu and NVIDIA. |

3

**Kendyl Román**                                                                                    **Exhibit 4**

CONFIDENTIAL and PRIVILEGED –ATTORNEY WORK PRODUCT
This is WORK IN PROGRESS and does not represent any final opinions.

| 12 | Plaintiff's confidential information regarding the key differentiator in Plaintiff's semantic understanding technology, which can completely bypass the tedious, time-consuming, and costly step in supervised semantic analyses of ontology generation and replace it with an automatic process (i.e., unsupervised) done by machine alone. Plaintiff's technology features enabling the reading of (for example) an organization's documents, and the immediate construction of an ontology to understand terms and concepts in the context that they are used in the organization that is using Plaintiff's technology. Plaintiff's technology features which enable it to work without the need to be "told" what concepts mean by an ontology generated by a human who has already done the heavy-lifting of understanding. Plaintiff's technology concepts, design, and features enabling the construction of an ontology and the features which enable its learning and expansion while it reads the data, just like a human would. The concepts, design, and features of this capability of Plaintiff's technology are revolutionary, and highly desirable for companies like the Almaviva Defendants that claim semantic understanding but require significant time and cost in human labor using their current methods for each specific data set, in each specific language. | Semantic analyses of ontology generation was evidenced by the 2004 article entitled "Semantic Integration: A Survey Of Ontology-Based Approaches" by Natalya F. Noy of Stanford Medical Informatics, Stanford University, Stanford, CA. Unsupervised learning is publicly known as evidenced by the following: *Neural Networks:  A Systematic Approach*, Raúl Rojas, Springer-Verlag, Berliin, 1996, p. 78. Netflix unsupervised machine learning, including by Sadik Kapadia. Yoshua Bengio (2009), "Learning Deep Architectures for AI", Foundations and Trends® in Machine Learning: Vol. 2: No. 1, section 8.3, p. 95. The Deep Learning and Unsupervised Feature Learning Workshop at NIPS 2011 and NIPS 2012. Large Scale Distributed Deep Networks, Google, NIPS 2012. *Market Guide for Contact Center Speech Analytics*, Gartner Group, March 7, 2014. |
| 13 | Plaintiff's confidential information regarding the use of an artificial intelligence semantic engine to handle data received through a variety of data sources, including emails, texts, tweets, phone calls, and related sources, including as related to the data underlying this aspect of the invention disclosed at documents produced by Plaintiff at Bates Numbers Loop-000199975 to Loop-000199992. | See #5 above, regarding the Bates numbered abandoned patent application. Artificial intelligence semantic engine are evidenced by the September 26, 2012 article entitled "How Search & Social Engines Are Using Semantic Search" by Barbara Starr. |
| 14 | Plaintiff's confidential information regarding the use of generating semantics from unstructured data via supervised and unsupervised machine learning technology, including the determination of semantic characteristics of the data based on semantic analysis of the data and end user. | Generating semantics for unstructured data is discussed by Kevin Davies in his November 15, 2011 BIO-IT World article entitled "Making Semantic Sense of Unstructured Data" |
| 15 | Plaintiff's confidential information regarding the use of its technology to classify the need of a consumer based on semantic analysis and user data. | Classification of consumer data based on semantic analysis is evidenced by the July 9, 2013 article entitled "Semantic analysis: the Eldorado of Big Data" |

4

**Kendyl Román**                                                                                                          **Exhibit 4**

CONFIDENTIAL and PRIVILEGED –ATTORNEY WORK PRODUCT
This is WORK IN PROGRESS and does not represent any final opinions.

| | | |
|---|---|---|
| 16 | Plaintiff's confidential research used in the development of its deep learning technology. Plaintiff's confidential research used in the development of the highly valuable unsupervised aspects of Plaintiff's deep learning technology. Plaintiff's confidential research regarding deep learning of language models for speech recognition. Plaintiff's confidential research identified at Bates numbers Loop-00019868-19890. | See above regarding deep learning, unsupervised learning for speech recognition.<br>The identified research papers by Google Mikolov were publicly known from NIPS 2012. https://papers.nips.cc/paper/5021-distributed-representations-of-words-and-phrases-and-their-compositionality.pdf and http://arxiv.org/pdf/1301.3781.pdf.  Finding Google published research papers which were presented at well known industry conferences was obvious for any researcher. |
| 17 | Plaintiff's list of key potential scientific advisors and artificial intelligence engineers, as reflected in written documents identified by Plaintiff in discovery. | See #3 regarding recruiting. |
| 18 | Plaintiff's confidential information and documents taken by Gatti under false pretenses in July 2014, while she was working and meeting with her colleagues at Almaviva, which included documents detailing Plaintiff's business plans, technical master plans (containing a list of 31 future employees that the company planned to hire for its scientific and engineering team, with roles and detailed descriptions of the quarterly technology development goals for each employee); organization of the scientific and engineering team; a deeper description of the technology and comparisons to the state of the art and competitive landscape; partnership and financial overviews. | There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 19 | Plaintiff's confidential modeling and discussions regarding its development and experimentation of supervised and unsupervised artificial intelligence technology. | See above regarding unsupervised learning.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 20 | Plaintiff's experiments regarding its technology shared with Anna Gatti, while she purported to act as Plaintiff's Chief Executive Officer and President. | See above regarding unsupervised learning and big data.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |

5

**Kendyl Román**                                                                 **Exhibit 4**

CONFIDENTIAL and PRIVILEGED –ATTORNEY WORK PRODUCT

This is WORK IN PROGRESS and does not represent any final opinions.

| | | |
|---|---|---|
| 21 | Plaintiff's confidential information and discussions involving Gatti in April 2014 and thereafter regarding the application of Plaintiff's technology to Customer Relationship Management and the integration of Plaintiff's technology with particular CRM applications, including as discussed immediately following a meeting with a prospective investor. Shortly after Plaintiff completed an internal and highly confidential meeting among its officers, including Anna Gatti (then Plaintiff's CEO), to discuss the information detailed in this paragraph, Gatti sent herself an email titled "Data to Retrieve" and memorializing in the email the confidential discussion of Plaintiff regarding the CRM application and noting next to it "Shall we try to test this with Almawave," as set forth in Plaintiff's document produced at Loop-00020195-00020196. | Prior to April 2014, Almawave had developed mature products for CRM as evidenced by Gartner in March 2014.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 22 | Plaintiff's confidential compilation disclosed to Gatti of concept lists used in testing and confidential development of Plaintiff's early stage technology, including as set forth in Plaintiff's documents produced at Bates numbers Loop-00020201-04. | See above regarding big data as test data.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 23 | Plaintiff's confidential compilation of information disclosed to Gatti regarding tools used in the development of Plaintiff's technology; | AI tools and techniques were publicly known.  Specific tools not identified. |
| 24 | Plaintiff's confidential information disclosed to Gatti regarding modeling used for testing. | AI tools and techniques were publicly known.  Specific modeling not identified. |
| 25 | Plaintiff's confidential information disclosed to Gatti regarding technical codes compiled to test Plaintiff's technology. | AI tools and techniques were publicly known.  Specific tools not identified. |
| 26 | Plaintiff's confidential information disclosed to Gatti in April 2014 regarding Plaintiff's "Engineering Innovation," as shown in Plaintiff's internal document sent to Gatti (beginning at Bates Loop-00020142). | Attachment to email not identified.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |

6

**Kendyl Román**                                                                                      **Exhibit 4**

CONFIDENTIAL and PRIVILEGED –ATTORNEY WORK PRODUCT
This is WORK IN PROGRESS and does not represent any final opinions.

| 27 | Plaintiff's confidential information regarding Plaintiff's semantic analysis in languages other than English, and particularly in difficult to analyze Asian languages, which involves the ability of Plaintiff's technology to read data and understand concepts within it in various foreign languages, without human supervision. | See #12.<br><br>See #10 above regarding languages including Chinese.<br><br>See above regarding unsupervised deep learning for automated speech recognition. |
|---|---|---|
| 28 | Plaintiff's confidential information regarding Plaintiff's development of a neural network and an Application Programming Interface ("API") for delivering and/or use of its technology. | Neural networks are publicly known.<br>API are publicly known and standard practice for making software available for use for other developers.  Much AI source code is publicly available including Baidu's Deep Speech implementation. |
| 29 | Plaintiff's confidential information regarding the generation of an instant profile of a person or an object or a topic based on autonomous analysis of social media expressions or other forms of unstructured data. | See #5, 9, 13, and 15 above. |
| 30 | Plaintiff's confidential information regarding its technology's ability to create a Digital Genome, which turns unstructured data derived from various sources into a deep, actionable profile. | See #5, 9, 13, and 15 above. |
| 31 | Plaintiff's confidential patent application provided to Gatti on May 29, 2014, as set forth at Loop-00020163-66. The Plaintiff's patent application that Gatti obtained at the time, purporting to be acting as Plaintiff's CEO was confidential and remained confidential for an extended period of time through 2015. | A continuation of U.S. Patent Application 13/802,327 was filed as Patent Cooperation Treaty ("PCT") Application PCT/US14/24621. This application was published as WO 2014/165166 on October 9, 2014. The parent application was published September 18, 2014.  Its contents are publicly known and are no longer trade secrets.  The parent application was finally rejected by the USPTO on March 31, 2015, and was abandoned by Loop on October 15, 2015. Thus it had no value from not being publicly known between May and September of 2014. |
| 32 | Plaintiff's confidential information regarding the interpretation of social signals and related discussion surrounding the CRM space as set forth in document at Bates number Loop-19772. | See above regarding mining social media and CRM. |

7

CONFIDENTIAL and PRIVILEGED –ATTORNEY WORK PRODUCT
This is WORK IN PROGRESS and does not represent any final opinions.

| 33 | Plaintiff's confidential information, including regarding problems experienced with certain tests which Gatti solicited from Plaintiff while secretly acting for the IQSystem and Almaviva Defendants. | Specific problems have not been identified.  No problem tracking database has been produced for analysis.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
|---|---|---|
| 34 | Plaintiff's confidential details regarding actual and prospective investors and partners, including high-level employees and consultants of the confidential prospective investors with whom Plaintiff was in negotiation in 2014, and which Gatti disclosed to Almaviva, and which Almaviva, in turn, solicited to, among others, attend its alleged US launch event at the Italian Consulate in San Francisco. | See above regarding recruiting.<br><br>Specific company has not been identified.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 35 | Plaintiff's confidential information regarding its target partners in the semiconductor industry and its prospects with semiconductor industry companies, including key names and contact details of employees of a semiconductor company with whom Loop AI was in discussion in the second quarter of 2014. On July 3, 2014, purporting to be working as Plaintiff's CEO, Ms. Gatti requested from Loop AI's officer Gianmauro Calafiore specific and highly confidential contact details of a key employee at a semiconductor company with whom Plaintiff was negotiating. A few minutes after receiving the information, Gatti forwarded the information to Tony DiNapoli who was at the time working for IQSystem and the Almaviva Defendants. | AI semiconductor companies, such as NVIDIA, LG, Samsung are well known.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |

8

**Kendyl Román**                                                                                     **Exhibit 4**

CONFIDENTIAL and PRIVILEGED –ATTORNEY WORK PRODUCT
This is WORK IN PROGRESS and does not represent any final opinions.

| | | |
|---|---|---|
| 36 | Plaintiff's confidential information regarding key contact information and detail at a large Japanese technology company with which Plaintiff had had discussions, whose contact detail and information Gatti forwarded to Tony Di Napoli. | Specific company has not been identified.<br><br>Company information is generally publicly known.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 37 | Plaintiff's confidential information regarding the prospective investments in the companies identified in the Complaint, whose names have been disclosed to the Defendants in discovery, including detailed explanations of Plaintiff's plans for its expanded technical team (including the number of individuals and specific positions), a bottom up master plan, and specific financial details relating to these topics. | See above regarding recruiting.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 38 | Plaintiff's confidential information regarding its key contacts at a major telephone company which Gatti solicited and obtained from Plaintiff without disclosure of her role at Almaviva, for the purported marketing to this company of technology competing with that of Plaintiff. | Specific company has not been identified.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 39 | Plaintiff's confidential market research and development of go-to-market plan. | There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 40 | Plaintiff's confidential information regarding its discussions with prospective investors, the outcome of the discussions, the value of the target investment, and the terms of the target investments to the investors referenced in the complaint, whose names have been disclosed by Plaintiff in discovery. | There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |

9

**Kendyl Román**                                                                                                      **Exhibit 4**

CONFIDENTIAL and PRIVILEGED –ATTORNEY WORK PRODUCT
This is WORK IN PROGRESS and does not represent any final opinions.

| 41 | Plaintiff's confidential analysis of the competitive landscape. | Companies in the AI space are actively making public disclosures. |
|---|---|---|
| | | Analysts such as Gartner provide competitive analysis. |
| | | Almawave had performed its own competitive analysis as evidenced by its production.  See for example ALMAWAVE0035813 and ALMAWAVE0007170. |
| | | There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti. |
| | | Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 42 | Plaintiff's confidential target partner, client, investor, supplier, employee, consultant, advisor information: a. Name; b. Employer(s); c. Title(s); d. Department; e. phone number(s); f. Mobile phone number(s); g. Email address(es); h. Communication style and preferences; i. Summary of all past meetings and items for future meetings; j. Summary of all mailings and emails (sent and received); k. Target interests. | Information regarding these types of people are publicly known. Specific information not identified. See #3 regarding recruiting. |
| 43 | All Loop AI information sent and received by Ms. Gatti to third parties with which Plaintiff was in business negotiations and communications, which Ms. Gatti sent and received using her personal email address, misappropriating documents and information of the Plaintiff | Specific information not identified. There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti. Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |

10

**Kendyl Román**                                                                                       **Exhibit 4**

CONFIDENTIAL and PRIVILEGED –ATTORNEY WORK PRODUCT
This is WORK IN PROGRESS and does not represent any final opinions.

| | | |
|---|---|---|
| 44 | All information obtained by Venable LLP from Anna Gatti regarding Loop AI's business, including any memoranda prepared by Venable LLP reflecting the download its attorneys obtained from Anna Gatti regarding Plaintiff's confidential information and trade secrets in violation of Ms. Gatti's obligations to Plaintiff, including the information regarding Plaintiff reflected in Venable LLP's internal or external memoranda and or correspondence regarding their information they extracted from Ms. Gatti. | Specific information not identified.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 45 | Plaintiff's confidential marketing materials, partners lists and key contact information, pitch decks, presentations, summaries of Loop AI's technology, employees, and plans; investor contact information, including names, email addresses, and other information for key individuals at numerous investors/business partners, detailed feedback from investors following presentations, including specific clarifications, requests for further information, suggestions; detailed information regarding partnerships with other entities, including rollout plans, system integration, applications for the technology and related matters. | Specific information not identified.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 46 | Plaintiff's confidential compilation and retention of a group of key service providers identified and selected by Plaintiff after investment of substantial cost, time and effort and experimentation with prior service providers, and specifically, Plaintiff's legal advisers, its accounting firm, its bank, and its payroll service provider as discovered to date. | Specific information not identified.<br><br>Information regarding service providers, attorneys, banks, and accountants are publicly known.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |

11

**Kendyl Román**                                                                                          **Exhibit 4**

CONFIDENTIAL and PRIVILEGED –ATTORNEY WORK PRODUCT
This is WORK IN PROGRESS and does not represent any final opinions.

| | | |
|---|---|---|
| 47 | Plaintiff's confidential employees, consultants and advisors (and their contact details) retained by Plaintiff under confidentiality agreements, specifically Dario Vignudelli and DB4 as discovered to date. | Information regarding these types of people are publicly known.<br><br>Specific information not identified.<br><br>See #3 regarding recruiting.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 48 | Plaintiff's confidential contracts and agreements setting forth offer letters and employment agreements and confidentiality agreements with Anna Gatti, Dario Vignudelli and DB as discovered to date. | Specific information not identified.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 49 | Plaintiff's confidential banking records disclosed by Ms. Gatti and to Peter Huang, who was working for the IQSystem and Almaviva Defendants, including by misappropriating access to Plaintiff's bank account for Mr. Huang without authorization. | Specific information not identified.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 50 | Plaintiff's confidential accounting and financial records disclosed by Ms. Gatti and to Peter Huang, who was working for the IQSystem and Almaviva Defendants, and disclosed to additional Almaviva employees, including through the facilitation of unauthorized access to Plaintiff's accounting system by employees of the Defendants. | Specific information not identified.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |

12

**Kendyl Román**                                                                                                         **Exhibit 4**

CONFIDENTIAL and PRIVILEGED –ATTORNEY WORK PRODUCT
This is WORK IN PROGRESS and does not represent any final opinions.

| 51 | All information stored in Plaintiff's Apple MacBook Air computer bearing Serial Number C02HD2UHDJWV assigned to Anna Gatti in 2012 for use in conjunction with Plaintiff's business and misappropriated for unauthorized access and use by Gatti, the Almaviva Defendants after they employed Gatti, and the IQSystem Defendants. | Specific information not identified.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
|---|---|---|
| 52 | All information stored in Plaintiff's data accounts used by Gatti while she purported to work as Plaintiff's CEO and President, with Dropbox, Backblaze, LinkedIn and Google, during the period June 2012 to and including February 3, 2015. | Specific information not identified.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 53 | Plaintiff's information sent to Defendant Gatti's email address while she was working for Plaintiff, which Gatti improperly forwarded to her personal email account anna.gatti@gmail.com by setting up without authorization on October 22, 2012 an automatic auto-forward feature as set forth at Paragraphs 44-56 of Plaintiff's document produced at Bates Loop-00019679 to 19710 that bypassed Plaintiff's email address as the end address for a particular piece of correspondence and auto-forwarded every email sent to Plaintiff's email address anna@soshoma.com or anna@loop.ai to the above address. | Specific information not identified.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |
| 54 | Highly confidential valuations of Plaintiff's business, including a valuation of Plaintiff misappropriated by Almaviva S.p.A.'s CEO, Marco Tripi, and Almawave S.r.l. CEO, Valeria Sandei, in July 2014, and information regarding Plaintiff's legal counsel involvement in said matter, as well as any other valuations of Plaintiff misappropriated by any Defendant before and after that date. | Specific information not identified.<br><br>There is no evidence that Almawave received any of Loop's confidential information from Loop or Gatti.<br><br>Document 469-09, Sandei Declaration, dated March 10, 2016, ¶¶5, 12, 35, 37, 43. |

**Kendyl Román**                                                                                                **Exhibit 4**

CONFIDENTIAL and PRIVILEGED –ATTORNEY WORK PRODUCT
This is WORK IN PROGRESS and does not represent any final opinions.

| 55 | Plaintiff's confidential business models, business plans, growth strategy and market entry for companies operating in the AI space, system integration and application, competitive analysis, key operational structures and requirements, costs, recruiting, legal advice, lists of service providers used by Loop AI, including, but not limited to Loop AI's attorneys, banks, accountants, and other service providers, and related matters relating to all aspects of the financial structure, development and existence of the business. | See #46 above. |
|---|---|---|

14