VALERIA CALAFIORE HEALY (*pro hac vice*)
valeria.healy@healylex.com
HEALY LLC
154 Grand Street
New York, New York  10013
Telephone:    (212) 810-0377
Facsimile:    (212) 810-7036

DANIEL J. WEINBERG (SBN 227159)
dweinberg@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:    (650) 593-6300
Facsimile:    (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., | CASE NO.: 3:15-cv-00798-HSG-DMR |
| Plaintiff, | |
| v. | **DECLARATION OF VALERIA CALAFIORE HEALY IN SUPPORT OF LOOP AI LABS INC.'S REPLY RE: *DAUBERT* MOTION** |
| ANNA GATTI, et al, | |
| Defendants. | Action Filed:  February 20, 2015 |
| | Trial Date: |

I, Valeria Calafiore Healy hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information and belief:

1.    I am an attorney duly admitted to practice law in the State of New York and have been admitted *pro hac vice* by this Court as counsel for Plaintiff Loop AI Labs Inc. (the "Plaintiff" or "Loop AI") in this action.

2.    I submit this Declaration in support of Loop AI's Reply in further support of its *Daubert* Motion.

3.    Attached hereto as Exhibits 1 is a true and correct copy of an excerpt of Mr. Roman's Objections to a Subpoena we served on him after receiving his May 3, 2016 Report.

Respectfully submitted,

Executed: August 29, 2016          /s/ Valeria Calafiore Healy
          New York, New York

                                   Valeria Calafiore Healy

3:15-CV-00798-HSG-DMR                              DECLARATION OF VCH

# EXHIBIT 1

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

**REQUEST FOR PRODUCTION NO. 3:**

Produce all patents and patent application in which You claim you invented "Artificial Intelligence" technology.

**OBJECTIONS TO REQUEST NO. 3.**

In addition to the foregoing general objections, which are expressly incorporated herein, Responding Party objects to this request on the grounds and to the extent that it (1) is overbroad, harassing and unduly burdensome; (2) seeks documents protected from disclosure by the work product doctrine and Fed. R. Civ. P. 26, including Fed. R. Civ. P. 26(b)(4)(B) and 26(b)(4)(C), if any such documents exist; (3) seeks information that is neither relevant to any claim or defense raised in this litigation, nor reasonably calculated to lead to the discovery of admissible evidence; (4) seeks documents and information that are subject to confidentiality agreements with third parties; and (5) conflicts with the Federal Rules of Civil Procedure in that it attempts to obtain information and documents beyond the scope of what is required by the applicable rules. Responding Party objects to the mischaracterization of the report.

Subject to and without waiving the foregoing general and specific objections, Responding Party produced an expert report, with exhibits, as required by the Federal Rules of Civil Procedure. All patents and patent applications are publicly available on the United States Patent and Trademark Office's Patent Application Information Retrieval website.

**REQUEST FOR PRODUCTION NO. 4:**

Produce all documents establishing or showing your expertise in "natural language processing."

**OBJECTIONS TO REQUEST NO. 4.**

In addition to the foregoing general objections, which are expressly incorporated herein, Responding Party objects to this request on the grounds and to the extent that it (1) is overbroad, harassing and unduly burdensome; (2) seeks documents protected from disclosure by the work product doctrine and Fed. R. Civ. P. 26, including Fed. R. Civ. P. 26(b)(4)(B) and 26(b)(4)(C), if any such documents exist; (3) seeks information that is neither relevant to any claim or defense raised in this litigation, nor reasonably calculated to lead to the discovery of admissible evidence;

ROMAN'S RESPONSE TO SUBPOENA DUCES TECUM

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

raised in this litigation, nor reasonably calculated to lead to the discovery of admissible evidence; (4) seeks documents and information that are subject to confidentiality agreements with third parties; and (5) conflicts with the Federal Rules of Civil Procedure in that it attempts to obtain information and documents beyond the scope of what is required by the applicable rules; and (6) the timeframe is overbroad and does not reflect a relevant time period.

Subject to and without waiving the foregoing general and specific objections, Responding Party responds that there are no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 30:**

All reports and testimony submitted in the Wellogix case.

**OBJECTIONS TO REQUEST NO. 30.**

In addition to the foregoing general objections, which are expressly incorporated herein, Responding Party objects to this request on the grounds and to the extent that it (1) is overbroad, harassing and unduly burdensome; (2) seeks documents protected from disclosure by the work product doctrine and Fed. R. Civ. P. 26, including Fed. R. Civ. P. 26(b)(4)(B) and 26(b)(4)(C), if any such documents exist; (3) seeks information that is neither relevant to any claim or defense raised in this litigation, nor reasonably calculated to lead to the discovery of admissible evidence; (4) seeks documents and information that are subject to confidentiality agreements with third parties; and (5) conflicts with the Federal Rules of Civil Procedure in that it attempts to obtain information and documents beyond the scope of what is required by the applicable rules.

Subject to and without waiving the foregoing general and specific objections, Responding Party produced an expert report, with exhibits, as required by the Federal Rules of Civil Procedure.

May 27, 2016

**VENABLE LLP**

By: _____

Thomas E. Wallerstein (SBN 232086)
Kimberly Culp (SBN 238839)
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
twallerstein@venable.com
kculp@venable.com
*Attorneys for Expert Kendyl Roman*

21