# EXHIBIT A

**Excerpts of Record**

**INDEX OF
EXHIBIT A**

| DKT. # | DESCRIPTION | Page |
|---|---|---|
| 222 | ORDER by Magistrate Judge Donna M. Ryu regarding Ex Parte Discovery Letters. (Filed on 9/28/2015) (Entered:09/28/2015) | A-3 |
| 271 | ORDER by Magistrate Judge Donna M. Ryu denying 224 Motion for Leave to File; denying 239 Motion for Leave to File; denying 241 Discovery Letter Brief; denying 247 Motion for Leave to File; denying 248 Motion for Leave to File; denying 249 Motion for Leave to File; denying 257 Motion for Leave to File; denying 265 Motion for Leave to File. (Filed on 10/16/2015) (Entered: 10/16/2015) | A-5 |
| 401 | Notice Of Amended Discovery Procedures. Signed by Magistrate Judge Donna M. Ryu on 1/27/16.) (Filed on 1/27/2016) (Entered: 01/27/2016) | A-7 |
| 461 | ORDER by Magistrate Judge Donna M. Ryu Regarding Ex Parte Discovery Submissions; denying discovery matters 446, 451, 452. (Filed on 3/9/2016) (Entered: 03/09/2016) | A-12 |
| 610 | Discovery Letter Brief for Leave to File Motion for Sanctions due to Loop's Refusal to Answer Questions at Depositions filed by Almawave USA Inc.. (Attachments: # 1 Exhibit A, # 2 Proposed Order). (Filed on 4/19/2016) (Entered: 04/19/2016) | A-13 |
| 622 | RESPONSE (re 610 Discovery Letter Brief for Leave to File Motion for Sanctions due to Loop's Refusal to Answer Questions at Depositions ) filed byLoop AI Labs Inc. (Attachments: # 1 Declaration of Valeria C. Healy). (Filed on 4/24/2016) (Entered: 04/24/2016) | A-17 |
| 622-1 | Video clip submitted by Loop AI with its counsel's Declaration at Dkt. 622-1. | A-21 |
| 623 | ORDER by Magistrate Judge Donna M. Ryu denying 580 Administrative Motion for Leave to File Motion to Quash. (Filed on 4/26/2016) (Entered: 04/26/2016) | A-31 |
| 849 | ORDER by Magistrate Judge Donna M. Ryu granting 610 Administrative Motion for Leave to File Motion for Sanctions. (Filed on 7/21/2016) (Entered: 07/21/2016) | A-32 |
| 858 | Discovery Letter Brief for Evidentiary Preclusion Pursuant to Dkt. 849 filed by Almawave USA Inc.. (Attachments: # 1 Declaration of Thomas E. Wallerstein, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Proposed Order). (Filed on 7/27/2016) (Entered: 07/27/2016) | A-34 |
| 864 | MOTION for Extension of Time to File Response/Reply as to 863 MOTION for Extension of Time to File Response/Reply as to 858 Discovery Letter Brief for Evidentiary Preclusion Pursuant to Dkt. 849 CORRECTION OF DOCKET # 863 filed by Loop AI Labs Inc. (Attachments: # 1 Declaration of Valeria C. Healy, # 2 Proposed Order. (Filed on 8/1/2016) (Entered: 08/01/2016) | A-37 |
| 866 | RESPONSE (re 858 Discovery Letter Brief for Evidentiary Preclusion | A-40 |

1

**A-1**

| | | A-2 |
|---|---|---|
| | Pursuant to Dkt. 849 ) filed by Loop AI Labs Inc. (Filed on 8/2/2016) (Entered: 08/03/2016) | |
| 868 | Declaration of Valeria Calafiore Healy in Support of 866 Opposition/Response to Motion filed by Loop AI Labs Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Filed on 8/4/2016) (Entered: 08/04/2016) | A-43 |
| 872 | ORDER by Magistrate Judge Donna M. Ryu granting as unopposed 864 Motion for Extension of Time to File Response to Defendant's Motion for Sanctions 858. (Filed on 8/8/2016) (Entered: 08/08/2016) | A-57 |
| | Letter dated April 4, 2016 sent by Almawave USA's counsel | A-59 |
| 466 | ORDER by Magistrate Judge Donna M. Ryu granting in part and denying in part 336 Plaintiff's motion for a protective order. (Filed on 3/10/2016) (Entered: 03/10/2016) | A-61 |
| 466 | Privilege log produced by Almawave USA dated Order by the Magistrate dated March 9, 2016. | A-67 |

**A-2**

Case 3:15-cv-00798-HSG Document 222 Filed 09/28/15 Page 1 of 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

                Plaintiff,

      v.

ANNA GATTI, et al.,

                Defendants.

Case No. 15-cv-00798-HSG (DMR)

**ORDER RE EX PARTE DISCOVERY LETTERS**

On July 24, 2015, following a discovery management conference, the court issued an order prohibiting the parties from "fil[ing] ex parte discovery letters without the court's leave." [Docket No. 156.] The parties have since violated the court's order on multiple occasions by filing ex parte discovery letters without prior permission. [*See, e.g.,* Docket Nos. 192, 205, 213, 216, 217, 219, 220, 221.]

The court takes this opportunity to express its disapproval of the parties' dismal record regarding their meet and confer efforts. The court will no longer consider any ex parte discovery letter filed without prior approval. If a party wishes to file an ex parte discovery letter, it must first seek leave to do so by filing a one-page motion for administrative relief pursuant to Civil Local Rule 7-11. The parties are forewarned that the court will only grant leave to file an ex parte letter in exceptional circumstances. Any ex parte discovery letter filed without prior approval will be denied without prejudice. The following ex parte letters are denied without prejudice: Docket Nos. 213, 216, 219. Any joint letters regarding the discovery disputes presented in Docket Nos. 205 (Defendant Gatti's motion for a protective order) and 219 (Defendant Almawave USA's motion to compel) shall be filed by no later than **October 5, 2015**. All joint letters must comply fully with the court's Standing Order (*see* June 18, 2015 Notice of Reference and Order re Discovery Procedures, Docket No. 117).

**A-3**

United States District Court
Northern District of California

At the July 23, 2015 discovery management conference, following an argument presented by Plaintiff, the court granted Plaintiff's counsel's request to limit counsel to in-person, telephonic, and facsimile communications. The court now revisits its ruling sua sponte. Email is a normal, reasonable means of communication. The parties may use email to communicate regarding discovery unless otherwise required to communicate in person or by telephone (i.e., pursuant to the court's Standing Order). The court reminds all counsel of their duty to act with professionalism and to refrain from using any form of communication as a method for harassment or oppression of an opposing party.

**IT IS SO ORDERED.**

Dated: September 28, 2015



Donna M. Ryu
United States Magistrate Judge

**A-4**

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

                 Plaintiff,

        v.

ANNA GATTI, et al.,

                 Defendants.

Case No.  15-cv-00798-HSG   (DMR)

**ORDER ON OUTSTANDING
DISCOVERY SUBMISSIONS**

The court expects parties to engage in meaningful meet and confer sessions aimed at resolving most if not all discovery disputes without court intervention.   In this case, the parties repeatedly have attempted to skirt this hard work by filing ex parte rather than joint discovery letters, and have been admonished for doing so.  Most recently, on September 28, 2015, the court ordered that a party must obtain leave of court prior to filing an ex parte discovery letter.  The court warned that it would only grant leave "in exceptional circumstances."  [Docket No. 222.] Unfortunately, this only served to provoke a new flurry of submissions, nearly all of which are administrative motions to file ex parte discovery letters or oppositions thereto: Docket Nos. 224, 239, 240, 241, 242.

On October 7, 2015, the court ordered the parties to lodge copies of audio recordings of all meet and confer sessions regarding the discovery disputes presented in two submissions (Docket Nos. 239 and 241), and to file a log of all discovery-related meet and confer sessions conducted since September 1, 2015.  After the October 7, 2015 order, the parties unleashed another torrent of submissions, all of which are administrative motions to file ex parte discovery letters and oppositions thereto: 247, 248, 249, 250, 251, 257, 259, 261, 262, 265, 269.

The recordings and logs reveal that the parties have engaged in very few substantive meet and confer sessions.  The recordings themselves evidence rude and unhelpful conduct (*see, e.g.*,

**A-5**

United States District Court
Northern District of California

abrupt hang-up on September 24, 2015 telephone call), and the parties' failure to actually engage in the necessary work of sorting through the substantive issues and attempting to reach appropriate compromises (*see* September 22, 2015 telephone call regarding jurisdictional discovery with nominal, half-hearted efforts to meet and confer).

The parties' discovery conduct to date has taken an inordinate amount of court resources. It is undoubtedly wasting the parties' time and money, all without advancing the litigation. Going forward, the parties shall set a regularly-scheduled weekly appointment to meet and confer regarding discovery. They shall keep a log of such meet and confer sessions. The parties shall also continue to audio record telephonic and in-person meet and confer sessions. The court will now begin imposing sanctions for the parties' failure to engage in substantive, good faith meet and confer sessions regarding discovery (including failure to propose or entertain reasonable compromises), and will sanction any party that unreasonably delays the meet and confer process or otherwise impedes the process of resolving discovery disputes. This order is not an invitation to file motions for sanctions for violation of this order; rather, the court is trying to impose a workable structure on the parties' discovery dispute resolution process, because the parties seem unable or unwilling to do so themselves.

Finally, the court finds that the following administrative motions for leave to file ex parte discovery letters or submissions do not demonstrate "exceptional circumstances" and are therefore DENIED: Docket Nos. 224, 239, 247, 248, 249, 257, 265. Further, while Docket No. 241 purports to be a joint letter in compliance with the court's Standing Order, it is a "joint" letter in name only, since the parties never met and conferred about the issues therein. Accordingly, it is DENIED. The court declines to consider the remaining submissions, all of which are "oppositions" to the motions for leave to file ex parte letters. [*See* Docket Nos. 240, 242, 250, 251, 257, 259, 261, 262, 269.]

**IT IS SO ORDERED.**

Dated: October 16, 2015



_____
Donna M. Ryu
United States Magistrate Judge

**A-6**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC.,

Plaintiff,

v.

ANNA GATTI, et al.,

Defendants.

Case No. 3:15-cv-00798-HSG (DMR)

**NOTICE OF AMENDED DISCOVERY PROCEDURES**

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for resolution of discovery matters. Judge Ryu's amended discovery procedures are set forth below, and should be followed in all joint discovery letters or discovery motions filed after the date of this notice. The new five-page limit for joint discovery letters has been adopted to conform with district-wide practice.

**RESOLUTION OF DISCOVERY DISPUTES**

In order to respond to discovery disputes in a flexible, cost-effective and efficient manner, the court uses the following procedure. The parties shall not file formal discovery motions. Instead, as required by the federal and local rules, the parties shall first meet and confer to try to resolve their disagreements. The meet and confer session must be **in person or by telephone,** and may not be conducted by letter, e-mail, or fax. If disagreements remain, the parties shall file a joint letter **no later than five business days** after the meet and confer session, unless otherwise directed by the court. **Lead trial counsel for both parties must sign the letter**, which shall include an attestation that the parties met and conferred in person or by telephone regarding all issues prior to filing the letter. **The letter must also include a paragraph listing relevant case**

**A-7**

**management deadlines**, including (1) the fact and expert discovery cut-off dates; (2) the last day to hear or file dispositive motions; (3) claim construction or class certification briefing deadlines and hearing dates; and (4) pretrial conference and trial dates.  Going issue-by-issue, the joint letter shall describe each unresolved issue, summarize each party's position with appropriate legal authority, and provide each party's final proposed compromise before moving to the next issue.  The joint letter shall not exceed **five pages** (12-point font or greater; margins no less than one inch) without leave of court.  **Parties are expected to plan for and cooperate in preparing the joint letter so that each side has adequate time to address the arguments.**  In the rare instance that a joint letter is not possible, each side may submit a letter not to exceed **two** pages, which shall include an explanation of why a joint letter was not possible.  The parties shall submit one exhibit that sets forth each disputed discovery request in full, followed immediately by the objections and/or responses thereto.  No other information shall be included in the exhibit.  No other exhibits shall be submitted without prior court approval.  The court will review the submission(s) and determine whether formal briefing or proceedings are necessary**.  Discovery letter briefs must be e-filed under the Civil Events category of Motions and Related Filings > Motions - General > "Discovery Letter Brief."**

All exhibits to discovery disputes should be separately filed on ECF (for example, if the motion is Docket No. 30, and the declaration with 10 exhibits is Docket No. 31, Exhibit A would be filed as Docket No. 31-1, Exhibit B would be Docket No. 31-2, and so on).  **All exhibits shall also be filed in a searchable OCR format where possible.**

The court has found that it is often efficient and beneficial for counsel to appear in person at discovery hearings.  This provides the opportunity to engage counsel, where appropriate, in resolving aspects of the discovery dispute while remaining available to rule on disputes that counsel are not able to resolve themselves.  **For this reason, the court expects counsel to appear in person.**  Permission to attend by telephone may be granted upon written request made at least one week in advance of the hearing if the court determines that good cause exists to excuse personal attendance, and that personal attendance is not needed in order to have an effective discovery hearing.  The facts establishing good cause must be set forth in the request.

United States District Court
Northern District of California

2

**A-8**

In emergencies during discovery events (such as depositions), any party may, after exhausting good faith attempts to resolve disputed issues, seek judicial intervention pursuant to Civil L.R. 37-1(b) by contacting the court through the courtroom deputy. If the court is unavailable, the discovery event shall proceed with objections noted for the record.

### MOTIONS TO FILE UNDER SEAL

Parties are reminded that court proceedings are presumptively public, and no document shall be filed under seal without request for a court order that is narrowly tailored to cover only the document, the particular portion of the document, or category of documents for which good cause exists for filing under seal. If a party wishes to file a document under seal, that party shall first file an administrative motion to seal in accordance with Local Rule 79-5.

The parties need not file paper copies of the administrative motion to seal with the clerk's office. The parties only need to submit chambers copies of the administrative motion to seal and related filings. Chambers copies should include all material — both redacted and unredacted — so that the chambers staff does not have to re-assemble the whole brief or declaration, although chambers copies should clearly delineate which portions are confidential (via highlighting). Chambers copies with confidential materials will be handled like all other chambers copies of materials without special restriction, and will typically be recycled, not shredded. If the parties wish to dispose of documents filed under seal in some other way, they must expressly indicate as much in their sealing motion and make arrangements to pick up the documents upon disposition of the motion.

### PROTECTIVE ORDERS

If parties believe a protective order is necessary, they shall, where practicable, use one of the model stipulated protective orders (available at http://cand.uscourts.gov/model-protective-orders). Parties shall file one of the following with their proposed protective order: (a) a declaration stating that the proposed order is identical to one of the model orders except for the addition of case-identifying information or the elimination of language denoted as optional; (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order; or (c) a declaration explaining why

**A-9**

United States District Court
Northern District of California

//

//

use of one of the model orders is not practicable.

## CHAMBERS COPIES AND PROPOSED ORDERS

Pursuant to Civil L.R. 5-1(e)(7) and 5-2(b), parties must lodge an extra paper copy of certain filings and mark it as a copy for "Chambers." All chambers copies should be double-sided (when possible), three-hole punched along the left side of the page, and should bear the ECF filing "stamp" (case number, docket number, date, and ECF page number) along the top of the page. All exhibits shall be clearly delineated with labels along the right side. If the filing includes exhibits over two inches thick, the parties shall place the chambers copy in a binder.

Any stipulation or proposed order submitted by an e-filing party shall be submitted by email to dmrpo@cand.uscourts.gov as a word processing attachment on the same day the document is e-filed. This address should only be used for this stated purpose unless otherwise directed by the court.

## PRIVILEGE LOGS

If a party withholds responsive information by claiming that it is privileged or otherwise protected from discovery, that party shall produce a privilege log as quickly as possible, but **no later than fourteen days after its disclosures or discovery responses are due**, unless the parties stipulate to or the court sets another date. Privilege logs must be sufficiently detailed for the opposing party to assess whether the assertion of privilege is justified. Unless the parties agree to alternative logging methods, the log should include: (a) the title and description of the document, including number of pages or Bates-number range; (b) the subject matter addressed in the document; (c) the identity and position of its author(s); (d) the identity and position of all addressees and recipients; (e) the date the document was prepared and, if different, the date(s) on which it was sent to or shared with persons other than its author(s); and (f) the specific basis for the claim that the document is privileged or protected.

Communications involving trial counsel that post-date the filing of the complaint need not be placed on a privilege log. Failure to promptly furnish a privilege log may be deemed a waiver

**A-10**

of the privilege or protection.

**IT IS SO ORDERED.**

Dated: January 27, 2016

_____

DONNA M. RYU
United States Magistrate Judge

United States District Court
Northern District of California

5

**A-11**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

          Plaintiff,

      v.

ANNA GATTI, et al.,

          Defendants.

Case No. 15-cv-00798-HSG (DMR)

**ORDER REGARDING EX PARTE DISCOVERY SUBMISSIONS**

The parties recently filed another flood of ex parte discovery submissions. The court previously admonished the parties for failing to file joint discovery letters, and ordered them to first obtain leave of court, cautioning that it would only grant leave for ex parte letters "in exceptional circumstances." [*See* Docket Nos. 222, 271.] Given that the parties failed to comply with this requirement, the following discovery matters are denied: Docket Nos. 446, 451, 452. Future submissions will be denied if the parties do not comply with the court's procedures.

**IT IS SO ORDERED.**

Dated: March 9, 2016



Donna M. Ryu
United States Magistrate Judge

**A-12**

**VENABLE LLP**
Thomas E. Wallerstein (SBN 232086)
Kimberly Culp (SBN 238839)
Email: twallerstein@venable.com
      kculp@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:    415.653.3755

Attorneys for Defendant Almawave USA, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l., an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM Inc., a Delaware corporation,<br><br>        Defendants. | CASE NO.: 3:15-cv-00798-HSG-DMR<br><br>Hon. Donna M. Ryu<br><br><br>**ALMAWAVE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR SANCTIONS DUE TO LOOP'S ONGOING REFUSAL TO ANSWER QUESTIONS AT DEPOSITIONS**<br><br><br>Action Filed:    February 20, 2015<br>Trial Date:     September 19, 2016 |

| Relevant Case Management Deadlines | Fact discovery in this matter closed on March 29, 2016.  Expert discovery will close on June 7, 2016. The dispositive motion hearing is set for July 11, 2016.  Trial is set in this matter for September 19, 2016, with the pretrial conference set for August 30, 2016. |
|---|---|

**A-13**

Pursuant to Civil L.R. 7-11 and this Court's Order at Dkt. 222, Almawave submits this motion regarding the continuing refusal of Loop's witnesses to answer questions at deposition.

Loop has three executives:  Mr. Calafiore, Mr. Peintner and Mr. Ehlen.  Notwithstanding this Court's order and admonition, Dkt. 436, <u>each of them</u> – in addition to Loop's 30(b)(6) representative – **<u>again</u>** <u>refused to answer numerous, various questions on grounds other than privilege</u>.  Each improperly invoked privilege to refuse to answer basic questions.  Each was coached with prolix speaking objections and each of them parroted answers of their counsel.

For example, Mr. Calafiore gave unequivocal testimony on a critical issue.  With no question pending, his counsel objected to his testimony and after the lunch break Mr. Calafiore asked to "clarify" his answer.  But when he did not correctly parrot what he had been told, his counsel again interrupted him, telling him "no," his answer still was not as intended.  This is just one of many examples of misconduct.

Afterwards, Almawave proposed a compromise:  For the instructions not to answer, Loop could provide written responses instead of deposition testimony.  Obviously that testimony would not be nearly as helpful to Almawave, and the prejudice essentially un-remedied, but Loop refused even that.  Failing that compromise, Almawave repeatedly proposed a joint letter which Loop refused as well.  **Exhibit A**.

Loop also has refused to attend the last three regularly-scheduled, court-ordered calls. Loop has refused to meet and confer on the record during depositions.

 Even apart from the numerous refusals to answer, Loop's counsel's conduct fell far below the requirements of the Federal Rules, the local rules, the standards of professional conduct and this Court's orders.  Almawave is entitled to deposition testimony.  Further sanctions are not only appropriate, but necessary.  Almawave seeks leave to file a letter brief.

Dated: April 19, 2016                          **VENABLE LLP**


                                                    By:      /s/ Thomas E. Wallerstein
Thom                                                      as E. Wallerstein (SBN 232086)

**V E N A B L E   L L P**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

1

A-14

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l., an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM Inc., a Delaware corporation,<br><br>    Defendants. | CASE NO.: 3:15-cv-00798-HSG (DMR)<br><br>Hon. Donna M. Ryu<br><br>**[PROPOSED] ORDER GRANTING ALMAWAVE USA, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR SANCTIONS REGARDING LOOP'S ONGOING REFUSAL TO ANSWER QUESTIONS AT DEPOSITIONS**<br><br>Action Filed:  February 20, 2015<br>Trial Date:      September 19, 2015 |

**A-15**

[PROPOSED] ORDER

Defendant Almawave USA Inc. complied with this court's procedures for filing ex parte discovery letters. [See Docket Nos. 222, 461]. GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that Almawave's Administrative Motion for Leave to file a motion for sanctions regarding Loop's ongoing refusal to answer questions at depositions, is GRANTED.

Almawave is granted leave to file a letter brief to compel testimony and for sanctions. Almawave's letter brief may be no more than 4 pages long. Loop's opposition letter brief shall be due within 4 court days after Almawave files its brief, and shall be no more than 4 pages long. Almawave may file a letter reply brief of no more than 2 pages, within 2 court days after the filing of the opposition.

**IT IS SO ORDERED.**

Date: _____        _____

          Hon.                                    Donna M. Ryu

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

**A-16**

[PROPOSED] ORDER

VALERIA CALAFIORE HEALY (*pro hac vice*)
valeria.healy@healylex.com
DIANA WONG (*pro hac vice*)
HEALY LLC
154 Grand Street
New York, New York 10013
Telephone: (212) 810-0377
Facsimile: (212) 810-7036

DANIEL J. WEINBERG (SBN 227159)
dweinberg@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., | CASE NO.: 3:15-cv-00798-HSG-DMR |
| Plaintiff, | |
| v. | **PLAINTIFF LOOP AI LABS INC.'S OPPOSITION TO ALMAWAVE USA'S ADMINISTRATIVE MOTION AT DKT. 610** |
| ANNA GATTI, et al, | |
| Defendants. | Action Filed: February 20, 2015<br>Trial Date: September 19, 2016 |
| | Hon. Donna M. Ryu |

**A-17**

Plaintiff Loop AI Labs Inc. ("Loop AI") respectfully requests that the Court deny Almaviva's latest motion filed at Docket 610. *See* Dkt. 610 ("Motion"). The Motion should be denied because it fails to identify any legal basis that supports the relief sought in the motion. The Motion also relies on false and misleading representations of fact:

(1) **Meet & Confer**:

- Almaviva's counsel's has no interest in meeting and conferring Loop AI. *See* Declaration of Valeria C. Healy dated April 24, 2016 ("VCH Decl."), **Exhibit 1.** The video clip contained in Exhibit 1 shows what actually happens when Loop AI's counsel tries to meet and confer with Almaviva's counsel.

- Almaviva's counsel has repeatedly indicated that he is unable to understand the undersigned's counsel's English. *See, e.g., id.* at **Exhibit 2**. Almaviva's counsel also has used his alleged inability to understand the undersigned counsel (as well as one of Loop AI's witness) as a way to amuse himself and improperly waste Loop AI's time and resources. *See* VCH Decl. at ¶ 8.

In light of the foregoing, Almaviva's counsel contention that he is keen on meeting and conferring with the undersigned is certainly surprising. Furthermore, Almaviva's counsel has abused the meet and confer process by turning it into a tool through which they seeks to force opposing counsel to expend unnecessary time and resources, over frivolous and false disputes that Almaviva's counsel constantly manufactures. After dozens and dozens of hours spent meeting and conferring over the course of many months through the close of discovery, on March 29, 2016, not a single actual or perceived dispute was resolved. The meet and confer process is meant for legitimate discovery disputes, and is not meant as a tool by which a party can duplicate proceedings, and force its adversary to waste time and resources to address incessant and frivolous disputes. Very limited time remains to prepare this case for trial and there is no basis for Almaviva to continue wasting time with its discovery drama.

**A-18**

(2) Almaviva's counsel's fails to identify a single topic he wishes to ask in yet more depositions of Loop AI that has any relevance to any claim or defense in this case. This is consistent with Almaviva's use of the discovery process for purposes unrelated to the merits of this case:

- For instance, during Loop AI's depositions, Almaviva's counsel preferred to take valuable deposition time to pat themselves on the back in front of Loop AI's witnesses for having persuaded the Court to sanction the undersigned:

> **Q.   Are you aware that your counsel has been**
> **sanctioned in this case for her conduct at**
> **depositions?**
>      A.  I am aware that -- I'm -- I'm not sure
> that she has been sanctioned.
> **Q.   Have you reviewed the Court's order**
> **sanctioning your counsel for her conduct at**
> **deposition in this case?**
>      A.   I saw a court order related to the
> deposition of Mr. Calafiore.

*See, e.g., id.* at **Exhibit 3** (excerpt of Almaviva's counsel's deposition of Dr. Ehlen).

- During the most recent Rule 30(b)(6) deposition of Loop AI, Almaviva's counsel began sticking his tongue out at the witness while the witness was testifying in response to a question posed by another defense counsel. VCH Decl. at ¶ 9. The witness had to request on the record that Mr. Wallerstein stop, because, setting aside the unpleasant nature of his conduct, his behavior was distracting. *Id.*

The foregoing are only examples of Almaviva's counsel's improper behavior throughout this case. The fact that Loop AI has chosen to focus its attention on matters pertaining to the merits of its case, rather than filings dozens of motions to seek relief against Almaviva's counsel's outrageous behavior, does not mean that Almaviva and its counsel have behaved appropriately in this case.

Finally, discovery in this case closed almost one month ago. The Case Management Order requires the parties to prepare for summary judgment and trial. At this stage of the case, Almaviva lacks any basis to seek any further deposition.

**A-19**

Respectfully submitted,

April 24, 2016                                        By:   /s/ *Valeria Calafiore Healy*

Valeria Calafiore Healy, Esq. (*phv*)
HEALY LLC
154 Grand Street
New York, New York 10013
Telephone:      (212) 810-0377
Facsimile:      (212) 810-7036

Daniel J. Weinberg, Esq. (SBN 227159)
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone:      (650) 593-6300
Facsimile:      (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS, INC.

**A–20**

VALERIA CALAFIORE HEALY (*pro hac vice*)
valeria.healy@healylex.com
HEALY LLC
154 Grand Street
New York, New York  10013
Telephone:     (212) 810-0377
Facsimile:     (212) 810-7036

DANIEL J. WEINBERG (SBN 227159)
dweinberg@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:     (650) 593-6300
Facsimile:     (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., | CASE NO.: 3:15-cv-00798-HSG-DMR |
| Plaintiff, | |
| v. | **DECLARATION OF VALERIA CALAFIORE HEALY IN SUPPORT OF LOOP AI LABS INC.'S OPPOSITION TO ALMAVIVA'S ADMINISTRATIVE MOTION AT DKT. 610** |
| ANNA GATTI, et al, | |
| Defendants. | Action Filed:  February 20, 2015<br>Trial Date:  September 19, 2016 |

**A-21**

I, Valeria Calafiore Healy, hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information and belief:

1. I am an attorney duly admitted to practice law in the State of New York and have been admitted *pro hac vice* by this Court as counsel for Plaintiff Loop AI Labs Inc. (the "Plaintiff" or "Loop AI") in this action.

2. I am familiar with the investigation and proceedings in the above captioned action.

3. I submit this Declaration in connection with Loop AI's Opposition to Almaviva's Administrative Motion at Docket 610 ("Admin. Motion").

4. Attached hereto as **Exhibit 1** is a true and correct copy of the video recording of an attempt to conduct an in-person meet and confer with counsel for the Almaviva Defendants on April 8, 2016, at 12:29pm PST.

5. Attached hereto as **Exhibit 2** is a true and correct copy of a the relevant excerpt of a in person meet and confer on March 24, 2016.

6. Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt of the deposition of Dr. Patrick Ehlen of Loop AI.

7. Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt of the deposition of Dr. Bart Peintner of Loop AI.

8. On April 7, 2016, I appeared at Venable's offices in San Francisco to defend the re-deposition of Gianmauro Calafiore of Loop AI. At the conclusion of the deposition, Mr. Wallerstein began to loudly parrot my foreign accent and words that I had just finished speaking, which apparently was an activity extremely amusing to Mr. Wallerstein.

9. The following the day, on April 8, 2016, I appeared at Venable's offices again to defend the deposition of Gianmauro Calafiore, appearing as Loop AI's Rule 30(b)(6) witness.

**A-22**

1

During the course of the deposition, while the witness was being questioned by another defense counsel, Mr. Wallerstein began sticking his tongue out at the witness. The witness became distracted by Mr. Wallerstein's conduct, and asked him on the record to please cease. A copy of the transcript reflecting this incident can be provided to the Court when received.

Executed: April 24, 2016                    /s/ Valeria Calafiore Healy
        New York, New York          _____

                                      Valeria Calafiore Healy

**A-23**

3:15-CV-00798-HSG-DMR                                         DECLARATION OF VCH

A-24

# EXHIBIT 1

(FILED MANUALLY)

A-24

Case 3:15-cv-00798-HSG Document 622-1 Filed 04/24/16 Page 5 of 10

A-25

# EXHIBIT 2

Case 4:15-cv-00798-HSG Document 889-3 Filed 09/08/16 Page 27 of 446
Case 3:15-cv-00798-HSG Document 622-1 Filed 04/24/16 Page 6 of 10

JEFFREY CAPACCIO - 3/24/2016

Page 156

MS. HEALY:  Can this be the meet-and-confer in lieu of tomorrow? | 12:16:16<br>12:16:18

MR. WALLERSTEIN:  I don't understand what you are asking. | 12:16:21<br>12:16:21

MS. BRAYER:  Not all the attorneys are present. | 12:16:22<br>12:16:22

MR. WALLERSTEIN:  What are you asking me? | 12:16:22

MS. HEALY:  I don't have anything else to add right now.  If we want to do the meet and confer in lieu of the call tomorrow, I will need a half an hour to prepare and we have -- | 12:16:24<br>12:16:25<br>12:16:27<br>12:16:29

MR. WALLERSTEIN:  I cannot understand what you are saying.  I do not understand your English. | 12:16:30<br>12:16:30

MS. HEALY:  Okay.  Then I can't -- if you don't understand my English -- is that because of my accent? | 12:16:32<br>12:16:33<br>12:16:36

MR. WALLERSTEIN:  I think it's not because of your accent.  But in any event, I don't know what you are saying about tomorrow. | 12:16:37<br>12:16:38<br>12:16:40

MS. HEALY:  Okay.  If you don't understand me, I can't help you.  I am sorry. | 12:16:41<br>12:16:42

MR. WALLERSTEIN:  Okay.  So will you not give me a privilege log, or have you not provided a privilege log? | 12:16:44<br>12:16:46<br>12:16:49

MS. HEALY:  I have responded in writing to | 12:16:50

# EXHIBIT 3

A-27

**Attorneys' Eyes Only**

**Patrick Ehlen, Ph.D.**                    **Loop AI Labs, Inc. vs. Gatti, et al.**

BY MS. CULP:

Q.   I do not want your guess.  I'm not asking for your guess.  I think I was clear about that when we started this.  I am entitled to your best estimate, which can sometimes be, I recall it was approximately two years.  You have personal knowledge of certain facts.  I'm entitled to your best estimate.

MS. CALAFIORE HEALY:  And I object to that definition and instruction as being completely inaccurate and calling for the witness to guess and speculate as to something the witness has already stated he doesn't recall.

BY MS. CULP:

Q.   Are you aware that your counsel has been sanctioned in this case for her conduct at depositions?

A.   I am aware that -- I'm -- I'm not sure that she has been sanctioned.

Q.   Have you reviewed the Court's order sanctioning your counsel for her conduct at deposition in this case?

A.   I saw a court order related to the deposition of Mr. Calafiore.  I'm not sure that it counts as a sanction or not.

# EXHIBIT 4

**A-29**

Attorneys' Eyes Only

**Bart Peintner**                                              **Loop AI Labs, Inc. vs. Gatti, et al.**

THE WITNESS:  Only part of it.

BY MR. WALLERSTEIN:

Q.    **Which part?**

A.    Starting from the beginning, but I don't remember how far through.

Q.    **Difficult to read, wasn't it?**

MS. CALAFIORE HEALY:  Objection; calls for speculation.

THE WITNESS:  Not difficult to read, no.

BY MR. WALLERSTEIN:

Q.    **It's difficult to understand the testimony?**

A.    No.  The words were plain and I could understand the testimony.

Q.    **Okay.  Did you see the Court's Order regarding his deposition?**

A.    No, I did not.

Q.    **Did he tell you about the Court's Order regarding his deposition?**

A.    No, he did not.

Q.    **Okay.  Well, your counsel -- you are being represented by Ms. Healy today?**

A.    That's true.

Q.    **Okay.  Your counsel may make objections. Obviously she's already done so.  And, if she makes**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

                    Plaintiff,

        v.

ANNA GATTI, et al.,

                    Defendants.

Case No. 15-cv-00798-HSG  (DMR)

**ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO QUASH**

Re: Dkt. No. 580

Fact discovery in this matter closed on March 29, 2016. On April 6, 2016, Defendant IQSystem, Inc. ("IQS") filed an administrative motion for leave to file a unilateral letter brief regarding its motion to quash subpoenas issued by Plaintiff Loop AI Labs Inc. to third parties American Express Company, U.S. Bancorp, Wells Fargo & Company, and The Pike Company, Inc. [Docket No. 580.] Plaintiff opposes the motion. [Docket No. 600.] On April 20, 2016, Plaintiff filed the four subpoenas at issue and their proofs of service in accordance with a court order. [Docket Nos. 613, 616.]

Plaintiff served its subpoena to The Pike Company, Inc. on March 30, 2016, and the subpoena commanded the recipient to produce documents on April 15, 2016. Accordingly, the subpoena to The Pike Company, Inc. is unenforceable pursuant to Civil Local Rule 37-3. Civil Local Rule 37-3 also provides that all discovery motions must be filed within seven days of the close of discovery. Since IQS filed its administrative motion on April 6, 2016, eight days after the close of discovery, it is untimely and therefore denied.

**IT IS SO ORDERED.**

Dated: April 26, 2016



_____
Donna M. Ryu
United States Magistrate Judge

**A-31**

United States District Court
Northern District of California

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l., an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM Inc., a Delaware corporation,<br><br>Defendants. | CASE NO.: 3:15-cv-00798-HSG (DMR)<br><br>Hon. Donna M. Ryu<br><br><br>**[PROPOSED] ORDER GRANTING ALMAWAVE USA, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR SANCTIONS REGARDING LOOP'S ONGOING REFUSAL TO ANSWER QUESTIONS AT DEPOSITIONS** AS MODIFIED<br><br><br>Action Filed: February 20, 2015<br>Trial Date:    September 19, 2015 |

**A-32**

[PROPOSED] ORDER

Defendant Almawave USA Inc. complied with this court's procedures for filing ex parte discovery letters. [See Docket Nos. 222, 461]. GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that Almawave's Administrative Motion for Leave to file a motion for sanctions regarding Loop's ongoing refusal to answer questions at depositions, is GRANTED.

Almawave is granted leave to file a letter brief to compel testimony and for sanctions.
3 pages and shall be filed by July 27, 2016.
Almawave's letter brief may be no more than ~~4 pages long~~. Loop's opposition letter brief shall
3 pages.
be due within 4 court days after Almawave files its brief, and shall be no more than ~~4 pages long~~.
~~Almawave may file a letter reply brief of no more than 2 pages, within 2 court days after the filing of the opposition~~.

**IT IS SO ORDERED.**

Date: July 21, 2016

Hon.



Donna M. Ryu
Judge Donna M. Ryu

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

**A-33**

[PROPOSED] ORDER



505 MONTGOMERY STREET   SUITE 1400   SAN FRANCISCO, CA 94111
T 415.653.3750   F 415.653.3755   www.Venable.com

July 27, 2016

Thomas E. Wallerstein

**By ECF**
The Honorable Donna M. Ryu

T 415.653.3707
F 415.653.3755
TWallerstein@Venable.com

RE: ***Loop AI Labs Inc. v. Anna Gatti et al., Case No. 3:15-cv-00798-HSG-DMR***

Dear Judge Ryu:

Pursuant to this Court's Order at Dkt. 849, Almawave submits this letter brief seeking evidentiary preclusion regarding the depositions of Messrs. Calafiore, Peintner, Ehlen and Loop's 30(b)(6) designee (Mr. Calafiore). The transcripts are attached as Exhibits B-E to the Declaration of the undersigned. A list of questions in dispute is attached as Exhibit A.

### Relevant Case Management Deadlines

Fact discovery in this matter closed on March 29, 2016. Expert discovery closed on June 7, 2016. The Court currently has defendants' summary judgment motions under submission. Trial is set for September 19, 2016 and the pretrial conference is set for August 30, 2016.

### Background

Almawave began seeking depositions in June 2015. The first deposition was "replete with examples of inappropriate behavior by Plaintiff's counsel, Valeria Calafiore Healy." Dkt. 436 at 1. This Court warned that "[g]iven Ms. Healy's repeated inappropriate conduct in her defense of the Calafiore deposition, any further breach of these deposition conduct rules shall result in the imposition of sanctions against her, and shall expose her to the possibility of a referral to the Court's Standing Committee on Professional Conduct. Civil L.R. 11-6." *Id.*

Unfortunately, each further deponent again refused to answer questions on grounds other than privilege and each improperly invoked privilege to refuse to answer basic questions. Each was coached with speaking objections and parroted answers of counsel.

**Loop's Counsel Instructed Witnesses Not to Answer for Reasons Other Than Privilege.**

Loop's counsel again instructed witnesses not to answer questions for reasons other than privilege. For example, when Almawave's counsel asked Mr. Ehlen "Can you tell us how Loop's algorithm works?", Loop's counsel instructed him not to answer on grounds of relevance. Ehlen Tr., 94:14-95:15; *see also id.* at 268:14-24 (instruction not to answer "What percentage of Loop stock do you own?").

**Loop Again Made Speaking Objections and Instructed Witnesses How To Testify.**

Loop's counsel repeatedly made speaking objections. For example, when asked to identify "any investors who, in his opinion, would have invested in Loop but for… [Ms. Gatti's]" interference, Loop's counsel objected that the question was "[a]sked and answered insofar as the witness referred you to the complaint" which prompted the witness to respond: "I think we already specified in the complaints who were the investors." Calafiore Tr. 495:18-496:1. Similarly, when Mr. Peintner was asked about the documentary basis for his belief that Almawave would not have hired Ms. Gatti but for her role with Loop, Loop's counsel stated

**A-34**



Page 2

"Objection. Other than what you saw on the website, which he referred to previously" at which point the witness responded "Right. They did brag on their website that she was the CEO of a big data startup."

**Loop's Witnesses Refused to Disclose the Factual Basis of Loop's Claims Based on Overruled Assertions of Privilege**

This Court ordered that Loop must disclose the facts underlying its allegations. Dkt. 436 at 1 ("Mr. Calafiore must answer questions about the factual allegations in Loop AI's complaints…"); Dkt. 640 at 2 (holding that interrogatories "seeking the factual bases for Loop's allegations" are "permissible" and not protected by privilege and do not "seek information protected by the attorney work product doctrine"); *see also O'Connor v. Boeing N. Am., Inc.*, 185 F.R.D. 272, 281 (C.D. Cal. 1999).

But Loop's counsel repeatedly invoked "privilege" and refused to allow witnesses to disclose the factual bases of Loop's claims. *See, e.g.*, Calafiore 625:22-626:7 (basis of belief that Ms. Gatti was seeking information for Almawave); Ehlen 324:18-25 (basis of claim that Ms. Gatti engaged in wrongdoing); Loop PMK 170:16-172:9 (when asked for the documentary basis for claim that Ms. Gatti was acting within the scope of her employment for Almawave, the witness referred to "all the documents that have been produced by all the parties in the case."); PMK 211:2-215:10 (refusing to answer "is there any other technical information of Loop that my clients took?").

**Loop's Witnesses Refused to Disclose the Factual Basis of Loop's Claims Based on Improper Instructions Not to answer as beyond Scope of 30(b)(6) Topics.**

Loop's counsel admits instructing witnesses not to answer "on various topics outside of [their] personal knowledge." Dkt. 851 at 13. *See, e.g.*, Peintner 40:3-11 ("Who are the top three shareholders in Loop?"); PMK 292:18-293:7 ("Can you tell me what Mr. Calafiore's responsibilities were at the company?"), 356:6-16 ("what is Loop's board of advisors?").

Loop's numerous instructions not to answer as "beyond the scope" of the notice also were lodged to prevent Loop's witnesses from disclosing the factual basis of Loop's claims. *See, e.g.*, PMK 106:2-107:3 (instructing not to answer, "of these thousands of documents supporting your factual basis of any allegation within the second amended complaint, can you identify a single one for me?"); PMK 99:8-104:20 (instructing not to answer "can you identify a single document or e-mail that you're relying upon for this narrative you provided me?").

The instructions were improper. "Rule 30(b)(6) notice does not define the scope of the deposition." *Cabot Corp. v. Yamulla Enterprises, Inc.*, 194 F.R.D. 499, 500 (M.D. Pa. 2000). Rather, where the examining party strays from the noticed topics, "general deposition rules govern, so that relevant questions may be asked and no special protection is conferred on a deponent by virtue of the fact that the deposition was noticed under 30(b)(6)." *Id.*

**Loop Refused To Allow Any Testimony About Its Document Collection Or Production.**

Loop's counsel refused to allow Loop's witnesses to answer numerous questions about their document collection and production on grounds of privilege. *See, e.g.*, Peintner Tr. 186:3-11 ("Did you collect any documents of any kind for the purpose of this litigation?"); Ehlen Tr. 34:11-16 ("Have you delivered any documents to your counsel?"); Calafiore Tr. 444:14-445:6

**A-35**



Page 3

("Did you look for documents to give to the company attorney?"); Loop PMK Tr. 405:13-406:10.

Loop's assertion of privilege is unavailing. *See Upjohn*, 449 U.S. at 395; *see also FormFactor, Inc. v. Micro-Probe, Inc.*, No. C-10-03095 PJH JCS, 2012 WL 1575093, at *6–7 (N.D. Cal. May 3, 2012) (ordering disclosure of plaintiff's document collection efforts, including identity of custodians, search terms, and searched locations); *Rambus, Inc. v. Infineon Techs. AG*, 222 F.R.D. 280, 298–99 (E.D. Va. 2004) (ordering disclosure of plaintiff's collection and production of documents over privilege objections).

**<u>Evidentiary Preclusion is the Proper Remedy to Avoid Prejudice to Almawave</u>**

"[D]efendant suffers prejudice if the plaintiff's actions impair the defendant's ability to go to trial or threaten to interfere with the rightful decision of the case." *Adriana Int'l Corp. v. Thoeren*, 913 F.2d 1406, 1412 (9th Cir. 1990).

Almawave's prejudice must be remedied, but the time for providing discovery is over. Further, Almawave proposed that for the instructions not to answer, Loop could provide written responses instead of deposition testimony. Loop refused.

Thus, the only remedy available to cure Almawave's prejudice is precluding the offending witnesses from offering testimony. *See, e.g.*, *Nationwide Life Ins. Co. v. Richards*, 541 F.3d 903, 910 (9th Cir. 2008) (holding that a district court does not abuse its discretion by precluding testimony from witnesses on topics for which they refused to testify at deposition, including based on assertions of privilege). Loop has refused to answer questions that would assist the Almawave Defendants in defending this action, even if Loop never uses the evidence itself. The prejudice to Almawave is obvious.

This Court has "broad discretion" to exclude Loop's evidence under its inherent power to make evidentiary rulings in furtherance of the conduct of a fair trial. *See Campbell Indus. v. M/V Bemini*, 619 F.2d 24, 27 (9th Cir. 1980). Ninth Circuit courts routinely exercise this discretion to exclude evidence from consideration for summary judgment or at trial. *See, e.g.*, *Unigard Security Ins. Co. v. Lakewood Eng. & Manuf. Corp.*, 982 F.2d 363, 368 (9th Cir. 1992); *Pentalpha Macau Commercial Offshore Ltd. v. Reddy*, No. C 03-5914 MMC, 2005 WL 2989273, at *3-4 (N.D. Cal. Nov. 3, 2005). As part of this broad discretion, this Court has authority to exclude Loop's evidence even if doing so results in dismissal of Loop's claims. *See, e.g.*, *Flanagan v. Benicia Unified School Dist.*, 2008 WL 2073952, at *10 (E.D. Cal. May 14, 2008) (dismissing action under court's inherent authority).

Therefore, Almawave requests that the Court find that Loop's witnesses improperly refused to answer questions at deposition, and preclude Loop from offering or relying on those witnesses' testimony at trial or in response to or in support of motions. This Court should also take whatever further action it deems appropriate as consistent with its warnings in Dkt. 436.

Respectf                                                    ully submitted,

Thomas E. Wallerstein

**A-36**

VALERIA CALAFIORE HEALY (*pro hac vice*)
HEALY LLC
154 Grand Street
New York, New York  10013
Telephone:    (212) 810-0377
Facsimile:    (212) 810-7036

DANIEL J. WEINBERG (SBN 227159)
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:    (650) 593-6300
Facsimile:    (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., <br><br> Plaintiff, <br><br> v. <br><br> ANNA GATTI, et al, <br><br> Defendants. | CASE NO.: 3:15-cv-00798-HSG-(DMR) <br><br> **PLAINTIFF LOOP AI LABS INC'S ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 6-3 FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION FOR SANCTIONS FILED AT DKT. 858** <br><br><br> Action Filed:  February 20, 2015 <br> Trial Date: September 19, 2016 <br><br> Hon. Donna M. Ryu |

**A-37**

3:15-CV-00798-HSG-DMR                               PLAINTIFF'S MOTION FOR EXTENSION RE: MOT. AT DKTS. 858

Pursuant to Local Rule 6-3, Plaintiff Loop AI Labs Inc. ("Loop AI"), by counsel, hereby respectfully requests an extension of time to respond to Defendant Almawave USA Inc.'s Motion for Sanctions filed at Dkt. 858 filed on July 27, 2016 ("Motion 858"). Pursuant to the Court's Order, a response to the Motion is currently due on August 2, 2016, or four court days after it was filed. Although the Motion should have been based on matters previously addressed in Almawave USA's motion for leave, the motion addresses dozens of citations and purports to be made on behalf of questions by other parties, which have never previously been addressed with Loop AI.

Further, while the Motion purports to seek serious sanctions, including apparently terminating sanctions, the motion fails to identify any specific rule under which it is made, and requires Loop AI to sift through randomly selected case cites from all over the country, leaving it to Loop AI to apparently figure out what rule is actually at issue. In light of the foregoing, Loop AI requires a reasonable amount of time to respond to this latest sanction motion.

Loop AI's time in the last several weeks has been taken up substantially by having to respond to the numerous sanctions motions filed by Almawave USA. Loop AI also must address matters relating to important pretrial deadlines and respectfully requests a few additional days, until August 8, 2016, to respond to Motion 858.

During a telephonic meet and confer teleconference held today, Loop AI has requested Almawave USA Inc. to stipulate to Loop AI's request for an extension of time. Almawave's counsel, Mr. Wallerstein, indicated he needs to confer with his clients in Italy about my request and does not know when he can respond to my request.

In support of this Motion, Loop AI respectfully submits the Declaration of the undersigned counsel.

**A-38**

Respectfully submitted,

August 1, 2016                                           By:  /s/ *Valeria Calafiore Healy*

Valeria Calafiore Healy, Esq. (*phv*)
HEALY LLC
154 Grand Street
New York, New York 10013
Telephone:      (212) 810-0377
Facsimile:      (212) 810-7036


Daniel J. Weinberg, Esq. (SBN 227159)
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone:      (650) 593-6300
Facsimile:      (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS, INC.

**A-39**

2



**HEALY**LLC

154 Grand Street
New York, NY 10013
T: 212.810.0377
F: 212.810.7036
www.healylex.com

Valeria Calafiore Healy
vch@healylex.com

**By ECF**

August 2, 2016

The Honorable Donna M. Ryu
United States District Court
Northern District of California
1301 Clay Street, Courtroom 4
Oakland, California 94612

      Re: *Loop AI Labs Inc. v. Anna Gatti et. al.*,
      **3:15-cv-00798-HSG-DMR  - Opposition to Motion for Sanctions At Dkt. 858**

Dear Judge Ryu:

      pursuant to Your Honor's Order at Docket 849, Plaintiff Loop AI Labs Inc. ("Loop AI")
hereby respectfully submits its (1) Opposition to Defendant Almawave USA's Motion for Sanctions
filed at Dkt. 858 ("Sanctions Motion"), and (2) Request for a Hearing on the Sanctions Motion.  In
support of this Opposition, Loop AI respectfully submits the Declaration of V.C.Healy dated
August 3, 2016.[1]

    **1.  Relevant Background**

      Defendant Almawave USA noticed and took the following depositions of Loop AI's
witnesses: (1) Gianmauro Calafiore, Loop AI's CEO, deposed on January 25, 2016 as a percipient
witness, and again on April 7, 2016, as percipient witness for a total of 12 hours on the record; (2)
Dr. Peintner, Loop AI's CTO, deposed on March 29, 2016 for 7 hours on the record (and over 9
hours at the deposition site); (3) Dr. Ehlen, Chief Scientist deposed on April 6, 2016 for 7 hours on
the record (and almost 10 hours at the deposition site); (4) Loop AI 30(b)(6), by corporate designee
Mr. Calafiore, deposed on April 8, 2016 for approximately 8 hours on the record (and 10 hours total
time at the deposition site).  In total, Loop AI has given over 32 hours of deposition time.  Most of
the foregoing deposition time was used by counsel for Almawave USA.  *See* V.C. Healy Decl.
dated August 3, 2016 ("Decl.").

    **2.  Failure to Meet And Confer**

---

[1] In light of various pretrial deadlines pursuant to Judge Gilliams's Standing Order, Loop AI has not
had sufficient time to submit its declaration and supporting exhibits concurrently with this brief and
will be submitting them by no later than August 3, 2016.  Loop AI also had filed a request for a
short extension of time.  *See* Dkt. 864.

**A-40**

Almawave USA has never met and conferred with Loop AI about the subject of the motion it has presented. On April 19, 2016, Almawave USA filed a motion with the Court attaching the only letter ever provided to Loop AI, one regarding Dr. Peintner's deposition, in which Almawave claimed it was entitled to discover privileged and attorney work-product information. *See, e.g.,* Dkt. 610-1 at ECF p. 6-7. Besides the Peintner letter, Almawave USA has never tried to meet and confer with Loop AI regarding the other matters set forth in its current letter or attachments and those matters have only been recently addressed by the parties in the already pending Motion to Strike filed by all three Almaviva Defendants.

### 3. Legal Standards

Almawave USA claims that it seeking "evidentiary preclusion" sanctions but does not identify any rule entitling it to such sanctions, much less establish it has met the standards for such sanctions. To the extent the Motion is made under Rule 37, the Motion must be denied because Almawave USA has failed to comply with the mandatory requirements of both Local Rule 37-4 and 7-8 and Fed. R. Civ. P. 37. Among other things, Almawave USA has failed to attach the mandatory certification of its efforts to meet and confer and resolve its alleged dispute. In addition, Almawave USA has failed to explain why any of the objections interposed were allegedly improper or how exactly it was prejudiced. It was not. Almawave USA has obtained over 32 hours of deposition testimony from Loop AI, while concurrently refusing to produce even one witness for a merits deposition. Almawave USA also fails to explain how any of the random selection of cases it cites supports the drastic relief it is seeking. They do not.

### 4. Almawave Resubmission in This Motion of Matter Already Raised in Its Pending Motion to Strike At Dkt. 738 is An Improper Abuse of Process.

On June 16, 2016, the Almaviva Defendants filed a Motion to Strike before Judge Gilliam asking the Court to impose the identical sanctions for the identical deposition testimony now addressed by Almawave USA in its Motion at Dkt. 858 ("Current Motion"). *See* Dkt. 738 at 2:2-4 ("Pending Motion"); 2:21-3:13; 3 n. 2, 7:23-8:13; 8 at n. 6; 12:27-28; Dkt. 738 at Exhibits A-D. Although the Motion to Strike also covered additional matters, the Motion to Strike expressly raised the identical matter repeated in Motion 858. The entirety of Almawave USA's argument in its Current Motion at Dkt. 858 is also copied verbatim from its still Pending Motion at Dkt. 738. *See, e.g.,* Dkt. 858 at 3 (*quoting Adriana*) and Dkt. 738 at 8 (same); Dkt. 816 at 2 (same); Dkt. 858 at 3 (Entire paragraph beginning with *"This Court has 'broad discretion'…."* and ending with *"court's inherent authority."*) and Dkt. 738 at 6:17-26 and 9:3-4; Dkt. 816 at 10:18-27.

This conduct is inappropriate. A party is not permitted to constantly re-file the same motion, or even a part of an already filed motion that's still before the Court for decision. This conduct is especially improper when Almawave has concurrently presented the same request for relief in front of two separate Judges, without even alerting either Judge that Almawave is concurrently moving the same relief in front of a second Judge, while the first Judge has taken Almawave's first motion under submission.

### 5. Almawave USA Lacks Standing to Seek Sanctions on Behalf of Other Parties.

In its Motion, Almawave USA identifies a various questions posed in deposition, to which it claims it did not receive a response. However, many of the questions identified, were not questions posed by Almawave USA's counsel. Almawave USA's counsel has probably taken 28 (or more) of

**A-41**

the 32+ hours of deposition testimony provided by Loop AI's witnesses.  It has no basis to complain that it has not been given enough deposition time, nor any legal grounds to move for sanctions on the basis of questions it did not ask the witnesses.  *See, e.g.,* Fed. R. Civ. P. 37(a)(3)(B); *Payne v. Exxon Corp.,* 121 F.3d 503 (9th Cir. 1997)(party does not have standing to move to compel discovery requests it did not itself propound); *Aguilar v. Hoover*, No. 09-cv-01849-AWI-BAM, 2011 U.S. Dist. LEXIS 128570, at \*4-5 n.4 (E.D. Cal. Nov. 7, 2011) (applying *Payne* to hold that a defendant lacked standing to seek sanctions because the defendant was not the party who had propounded the Request for Admissions at issue);

### 6.   Request for a Hearing.

Loop AI respectfully requests a hearing on Almawave USA's motion for sanctions.

### 7.   Request for a Leave to Move For Sanctions.

Loop AI respectfully seeks leave to move for sanctions for Almawave USA's improper and constant use of sanctions motions for harassment purposes.  This Motion was already brought by all three Almaviva Defendants as part of their Motion to Strike at Dkt. 738.  It should never have been brought again as a new motion while the first motion was still pending in front of Judge Gilliam.  Particularly during the limited time that remains to prepare for trial, Loop AI has been significantly prejudiced by Almawave's constant harassment with motion practice and otherwise.  Loop AI has not run to the Court to seek relief at every turn, even though such relief would have been warranted.  For instance, despite the limited time remaining to discuss pretrial submissions, during a meet and confer call held on August 1, 2016, Loop AI's counsel was (1) first, left on hold for almost 15 minutes, (2) required to waste valuable time to be again subjected to Mr. Wallerstein's continued insults repeatedly directing Loop AI's counsel to "be quiet"[2], (3) spend valuable time during the call simply to be subjected to constant threats of further unwarranted motions for sanctions.  The Almaviva Defendants should not be allowed to use their frivolous motion practice to take up the limited amount of time that remains for trial preparation.  Loop AI has a right to be allowed a reasonable amount of time to focus on serious matters.

Respectfully submitted,

Valeria Calafiore Healy

---

[2] A trued and correct copy of Mr. Wallerstein's most recent performance during the August 1, 2016 telephonic meet and confer will be provided with counsel's declaration.

**A-42**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOOP AI LABS INC., | CASE NO.: 3:15-cv-00798-HSG-DMR |
| Plaintiff, | |
| | **DECLARATION OF VALERIA CALAFIORE HEALY IN SUPPPORT OF LOOP AIL LABS INC.'S OPPOSITION TO DEFENDANT ALMAWAVE USA INC.'S MOTION FOR SANCTIONS AT DKT. 858 (OPPOSITION FILED AT DKT. 866)** |
| v. | |
| ANNA GATTI, et al, | |
| Defendants. | |
| | Action Filed: February 20, 2015 Trial Date: September 19, 2016 |
| | Hon. Haywood S. Gilliam, Jr. Hon. Donna M. Ryu |

**A-43**

I, Valeria Calafiore Healy, hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information and belief:

1.     I am an attorney admitted to practice law in the State of New York and have been admitted *pro hac vice* by this Court as counsel for Plaintiff Loop AI Labs Inc. (the "Plaintiff" or "Loop AI") in this action.

2.     I have been lead counsel in this case from its inception.  I have personal knowledge of and am fully familiar with the investigation, discovery and court proceedings in this action.

3.     I submit this declaration pursuant to Civil Local Rule 7-5 to address facts within my personal knowledge regarding the discovery matters addressed in Defendant Almawave USA Inc.'s ("Almawave USA") Motion for Sanctions filed at Dkt. 840 ("Motion"), and in Loop AI's Opposition to the Motion filed at Dkt. 866.

4.     I am familiar with all the deposition notices served in this case.  Almawave USA is the only defendant who served notices of deposition for the following witnesses: (1) Gianmauro Calafiore, Loop AI's CEO, deposed on January 25, 2016 as a percipient witness, and again on April 7, 2016, as percipient witness for a total of approximately 12 hours on the record; (2) Dr. Peintner, Loop AI's CTO, deposed on March 29, 2016 for 7 hours on the record (and over 9 hours at the deposition site); (3) Dr. Ehlen, Loop AI's Chief Scientist deposed on April 6, 2016 for 7 hours on the record (and almost 10 hours at the deposition site); (4) Loop AI 30(b)(6), by corporate designee Mr. Calafiore, deposed as a Rule 30(b)(6) witness on April 8, 2016 for approximately 8 hours on the record (and 10 hours total time at the deposition site).

5.     During each of the foregoing depositions counsel for Defendants Gatti, IQSystem Inc. and IQSystem LLC were intermittently present.  At times counsel for these other Defendants asked their own questions.  In total, Loop AI has provided 32 hours of deposition testimony on the record from three witnesses.

1

**A-44**

**Almawave USA's Exhibit 857-3**

6.     I have reviewed Almawave USA's Exhibit 857-3 ("Chart"), in which Almawave lists lines of testimony on which it bases its Motion for sanctions.

7.     Almawave's Chart is an inaccurate and misleading representation of the transcripts and of the over 32 hours of testimony provided by the witnesses.  I provide a few examples below.

**Alleged –"Instructions Not to Answer for Reasons Other than Privilege"**

| *Peintner Deposition* | | |
|---|---|---|
| 40:3-11 | Who are the top three shareholders in Loop? | Relevance and Court Order excluding stock ownership from 30(b)(6) topics) |

Dkt. 857-3 at 1 and 3.

8.     Almawave claims an improper objection was made to the foregoing question, but does not advise the Court that it had asked the identical question just one page before the cited page and that the witness provided his response:

```
2  BY MR. WALLERSTEIN:
3      Q.   Sir, who are the top three investors in
4  Loop?

16 THE WITNESS:  I don't know who the top
17  three are.
```

*See* Peinter Deposition Tr. ("Peintner Tr.") at 39:2-4 and 39:17-18[1]

9.     Further, following the question identified by Almawave in its Chart the witness provided his knowledge as to some of the investors.

10.     I believe my objection was appropriate to enforce a limitation as to relevance based on a Court Order finding the topic of Loop AI's shareholders to be irrelevant.  *See* Dkt. 466 at 3:14-17.  In any event, Dr. Peintner provided his knowledge regarding Loop AI's stock

---

[1] I understand that the deposition transcripts were previously lodged with the Court.  The undersigned can resubmit copies of relevant excerpts if requested.

**A-45**

2

3:15-CV-00798-HSG-DMR                                    DECLARATION OF VCH

ownership.  Furthermore, Almawave USA obtained extensive discovery on this topic both through written discovery and through other depositions.

11.     By way of another example, Almawave identifies the following as improper:

### Alleged – "Factual Basis of Loop's Claims"

| Peintner Deposition | | |
|---|---|---|
| 72:13-19 | Have you talked to Gianmauro Calafiore about whether, aside from Anna Gatti, is there anything that my clients did to interfere with the potential investment of WI Harper? Did you discuss the complaints in this action with Mr. Calafiore before they were filed? | Privilege |
| 92:17-23 | Did you discuss the complaints in this action with Mr. Calafiore before they were filed? | Privilege |
| 93:1-7 | Do you know anyone at Loop that ever read the first or second amended complaint before it was filed? | Privilege |

Dkt. 857-3 at 1.

12.     As to the first line of questions reproduced by Almawave in its Chart, the transcript does not reflect those questions being asked.  Pages 71 and 72 of the transcript of Dr. Peintner's deposition show, instead, that the witness provided whatever personal knowledge he had regarding the questions being asked.  *See, e.g.*, Peintner Tr. at 71-72.

13.     As to the second line identified by Almawave, that line also does not reflect the actual questions and answers.  Page 92 of the Transcript shows that Dr. Peintner answered questions asked as to what he personally recalled doing in respect of the complaints filed in this action.

> **Q.   Did you read the Complaint before it was filed?**
> A.   Yes, I did.
> **Q.   And then there was a First Amended Complaint and a Second Amended Complaint.  Are you aware of that?**
> A.   I am aware that there were Amended Complaints.  I don't recall the deltas.
> **Q.   Okay.  Did you read either of those before they were filed?**

**A-46**

3:15-CV-00798-HSG-DMR                                                    DECLARATION OF VCH

A.   I don't recall reading them before they were filed.

Dr. Peintner was instructed not to answer solely to protect privileged and attorney work-product communications.  *See* Peintner Tr. at 92.

14.   Moreover, these questions have nothing to do with the "factual basis of Loop [AI]'s Claims."

15.   The foregoing questions relate solely to Almawave's Rule 11 Motion, which has already been filed and is pending before Judge Gilliam.

16.   By way of another example, Almawave lists the following in its Chart:

**Alleged – "Questions About Document Collection, Production, and Deposition Preparation"**

| *Peintner Deposition* | | |
|---|---|---|
| 10:12-18 | Have you spoken to Gianmauro about his deposition? | Privilege |

Dkt. 857-3 at 4.

17.   The foregoing question is not related to any matter at issue in the case and called for privileged and attorney work-product information.

18.   As page 11 of the transcript shows, the foregoing question was part of an harassing and improper line of questions, in which Mr. Wallerstein required Dr. Peintner to read line by line the Court's Order chastising Mr. Calafiore and the undersigned.  *See* Peintner Tr. at 11-15.

19.   Similarly Almawave identifies various questions objected on privilege grounds, but does not explain why the privilege objection was improper.  Moreover, the majority of the questions identified in the Chart have nothing to do with any matter at issue in the case.  For instance, Almawave lists the following questions:

| 212:25-213:2 | Did Mr. Ehlen to your knowledge ever talk to Mr. Sharif about this litigation? | Privilege |
|---|---|---|
| 213:5-9 | Did Mr. Sharif ever opine on how this, to you, on how this litigation would affect Loop's ability to raise further | Privilege |
| 213:12-17 | Did Mr. Sharif ever opine to Mr. Calafiore as far as you know as to how this litigation would affect Loop's ability | Privilege |

**A-47**

3:15-CV-00798-HSG-DMR                                    DECLARATION OF VCH

| 226:17-23 | Have you discussed with Mr. Calafiore the business impact a public trial in this litigation could have? | Privilege |
|---|---|---|
| 227:1-4 | Did you -- have you discussed with Mr. Ehlen the impact a public trial could have on Loop's business? | Privilege |
| 227:7-11 | Did Mr. Ehlen and Mr. Calafiore discuss amongst themselves the impact that a public trial could have on | Privilege |
| 227:17-25 | Did Mr. Calafiore ever discuss with Mr. Ehlen the prospect of how a public trial in this litigation would | Privilege |

Dkt. 857-3 at 5.

20. Mr. Sharif is an attorney, the founder of a venture capital firm, and a member of Loop AI's Board of Advisors. The foregoing questions called for privileged and attorney work-product communications and I properly objected on those grounds. Those questions also make self-evident that they were not asked for any proper purpose, as they bear no connection to any aspect of the case.

21. Almawave also lists in its Chart dozens of questions that it never asked, but which were questions asked by counsel for other parties who have not moved for sanctions. *See, e.g.,* Dkt. 857-3 at 1 (30(b)(6)), 2-4 (Ehlen and 30(b)(6), 6, 7 (30(b)(6)); 8-10. But Almawave's counsel cannot complain based on other parties questions, because he had dozens and dozens of deposition hours to obtain all the testimony it sought from Loop AI and its witnesses.

22. I have also reviewed the list of testimony placed under the label "Speaking Objections/Coaching" in Almawave's Chart. Almawave does not provide any explanation as what exactly is objectionable about the citations it provides at pages 8-10 and how it was affected by the objections made (most of which were not posed by Almawave). I have therefore compared the citations at pages 8-10 of the Chart to Almawave's and the other parties' counsel's own objections during depositions I took. When comparting Mr. Wallerstein and his colleagues deposition objections, it is difficult to discern why those citations form the basis for Almawave USA's latest Motion. Compared to the objections regularly made by Mr. Wallerstein's and his colleagues, I believe my objections were restrained.

23. Although a complete list of all of Mr. Wallerstein's and his colleagues's objections would be too long to prepare, I provide a few examples below, from the first deposition I took in this case:

**24.     Q. Do you remember a time -- did you have a**
**25.     21 discussion with Jeff Capaccio about Almawave?**
26.     22 MR. WALLERSTEIN: I am going to object to the
27.     23 extent that any questions relating to discussions with
28.     24 Mr. Capaccio implicate the attorney-client privilege of
29.     25 any of my clients. Obviously there was a point at which
30.     Page 49
31.     1 Ms. Gatti became an agent of at least one or more of my
32.     2 clients and had conversations with Mr. Capaccio. To the
33.     3 extent that she did, they may be covered by privilege,
34.     4 so I object to Ms. Gatti revealing any privileged
35.     5 communications with regard to my client.

A. Gatti Jurisdictional Deposition of Jan. 19, 2016 ("Gatti Jur. Dep.") at 48-49.

MS. HEALY: Q. Okay. So during the first
15 quarter did you contact Jeff Capaccio to discuss
16 Almawave?
17 MR. WALLERSTEIN: Same objection.
18 MS. HEALY: What's the objection?
19 MR. WALLERSTEIN: I object to the extent that
20 any conversations between Mr. Capaccio and an agent of
21 one or more of my clients is privileged.
22 MS. HEALY: And who is the agent?
23 MR. WALLERSTEIN: At some point Ms. Gatti
24 became an agent.
25 MS. HEALY: Can you please identify the dates?
1 MR. WALLERSTEIN: Ms. Healy, do not interrupt
2 me.
3 At some point Ms. Gatti became an agent of one
4 or more of my clients. To the extent that an agent of
5 one or more of my clients had a conversation with an
6 attorney, Mr. Capaccio, that conversation is privileged,
7 and I object to the disclosure of it.
8 MR. LOSAVIO: And I am reiterating my previous
9 objection that there is a personal relationship between
10 an attorney and a client for which the person is
11 entitled to invoke the attorney-client privilege.
12 MS. HEALY: I understand your objection.
13 MR. LOSAVIO: And I tried to give you an out,
14 but you didn't take it. So I am going to instruct the
15 witness, conversations that you have with counsel are
16 protected by the attorney-client privilege and you are
17 privileged not to discuss those.
18 MS. HEALY: Maybe, Mr. Wallerstein, the
19 question is better directed to you. Can you identify
20 some dates in the first Q of 2014 or the second Q of
21 2014 where Ms. Gatti became an agent of AlmavivA S.p.A.

**A-49**

22 or Almawave S.r.l.?
23 MR. LOSAVIO: Ms. Healy, that doesn't address
24 my objection and my concern about the personal
25 privilege, which applies prior to any time that she

1 became an agent or employee of some other entity.
2 MS. HEALY: Q. Ms. Gatti, did you have
3 communications with Mr. Capaccio about Almawave S.r.l.?
4 I am not asking you about the content of the
5 communications. I am asking only whether you reached
6 out to Mr. Capaccio in first Q, so January through
7 March 31st, 2014, to tell him about Almawave S.r.l. or
8 AlmavivA S.p.A.
9 MR. LOSAVIO: Objection.
10 MR. WALLERSTEIN: Objection to the extent it
11 requires disclosure of privileged information.
12 MS. HEALY: Are you instructing her not to
13 answer?
14 MR. LOSAVIO: May I make my objection?
15 MS. HEALY: Sure.
16 MR. LOSAVIO: So my objection is only with
17 respect to the component of your question that contains
18 the phrase about Almawave. That gets into the substance
19 of what the client and the attorney talked about.
20 MS. HEALY: Can you explain to me what's the
21 basis for this privilege?
22 MR. LOSAVIO: Let me explain the difference.
23 Did you talk to --
24 MS. HEALY: No, I don't want to understand. I
25 am going to call the Court.

Gatti Jur. Dep. at 50-53.

19 **And what was the purpose of your call to**
20 **Capaccio regarding Almawave?**
21 MR. LOSAVIO: Objection to the extent it calls
22 for attorney-client privilege.
23 MS. HEALY: Well, are you instructing her not
24 to answer?
25 **Q. Were you calling Mr. Capaccio on behalf of**

1 **Almawave?**
2 A. What do you mean, on behalf of?
3 **Q. He is saying that it may call for**
4 **attorney-client privilege, so I am trying to establish**
5 **whether you were calling Mr. Capaccio as you were doing**
6 **something for Almawave.**
7 A. I -- I don't understand the legal -- you know.
8 **Q. Why were you calling Mr. Capaccio regarding**
9 **Almawave?**
10 MR. WALLERSTEIN: Objection to the extent it

**A-50**

3:15-CV-00798-HSG-DMR                                    DECLARATION OF VCH

calls for attorney-client privilege.
MS. HEALY: Q. You can answer.
MR. LOSAVIO: I am going to object on the same
grounds. You don't have to disclose the content of
communications between you and an attorney that you
consult with.
MS. HEALY: Q. Did you consult with
Mr. Capaccio on behalf of Almawave?
MR. LOSAVIO: Same objection.
MS. HEALY: Are you instructing? I am not
clear whether you are instructing her not to answer or
not. Because you are basically impeding her to answer
any questions. So I am asking her:
**Q. Did you reach out to -- is Mr. Capaccio a**
**lawyer?**

Gatti Jur. Dep. at 54-56.

**Q. So after this first meeting did there come a**
**point -- you said you reached out to Mr. Capaccio for**
**legal services for Ms. Sandei. What was the nature of**
**the legal services that you thought she could use?**
MR. WALLERSTEIN: Objection. Withdrawn.
MR. LOSAVIO: You can answer.
MR. WALLERSTEIN: Compound. Objection;
compound. I am not sure which question. One of which
calls for privilege. The second does not.
MR. LOSAVIO: Can I have the question read
back?

Gatti Jur. Dep. at 61.

**Q. Did you have any discussions with Orrick,**
**Herrington & Sutcliffe about your going to work for**
**Almawave?**
MR. WALLERSTEIN: Objection; vague as to time.
More importantly, I object to the extent it
calls for privileged conversations. To the extent that
Ms. Gatti was serving as an agent for my client and
having conversation with my client's attorneys, I object
on grounds of privilege.

MS. HEALY: For which client?
MR. LOSAVIO: And --
MS. HEALY: For which client?
MR. WALLERSTEIN: To the extent that Ms. Gatti
was serving as an agent for any of my clients, I object
on the grounds of privilege to her disclosing
communications, directly or indirectly, between any of
my clients and Orrick.
MR. LOSAVIO: And to the extent --

**A-51**

3:15-CV-00798-HSG-DMR                                    Declaration of VCH

MS. HEALY: Q. Ms. Gatti --

MR. LOSAVIO: Wait a second.

MS. HEALY: Go ahead.

MR. LOSAVIO: If she was seeking legal advice from an attorney with respect to employment or anything else, that invades the attorney-client privilege, as it asks for the content.

MS. HEALY: I understand.

MR. LOSAVIO: But there is a form that doesn't ask for the content that's an acceptable question.

MS. HEALY: That's a good point, Tom. Thank you. You are really helpful.

**Q. So let's look into that, Ms. Gatti. Did you ask for legal advice about your employment agreement?**

MR. WALLERSTEIN: Objection.

MR. LOSAVIO: Objection; form. It calls for invasion of the attorney-client privilege.

MS. HEALY: Q. I am not asking about the nature of the advice. I am asking whether you went to any lawyer seeking advice about a job offer that was given to you by Almawave USA.

MR. WALLERSTEIN: Objection to the extent it calls for attorney-client privileged communications between any of my clients, their agent, and their attorney.

MS. HEALY: What does that have to do with whether she got -- if she is going to ask for legal advice about the job offer she is getting? How is that relating to your client?

MR. LOSAVIO: My objection is that, again, the question as put asks for the invasion of the attorney-client privilege because of the element that describes the content of the consultation.

MS. HEALY: Q. Ms. Gatti --

MR. LOSAVIO: You can ask in the absence of describing the content.

MS. HEALY: I did not ask for the content. I said, "Did you go to any lawyer seeking legal advice about the job offer you were being given?" I didn't ask for what was said.

MR. LOSAVIO: "About the job offer" is the content of the potential conversation --

MS. HEALY: Okay. Fine.

MR. LOSAVIO: -- between attorney and client.

MS. HEALY: It doesn't really matter.

MR. WALLERSTEIN: It's 12:30, and I would like to take our lunch break.

A-52

Gatti Jur. Dep. at 129- 134.[2]

**Q. Okay. When did he come to San Francisco?**
A. Fall 2014 --
**Q. Okay.**
A. -- with Valeria Sandei.
**Q. Okay. So he came as an investor?**
MR. WALLERSTEIN: Objection; calls for
speculation.
MS. HEALY: She is explaining her view.
MR. WALLERSTEIN: Counsel, let me state my
darn objections, please.

Gatti Jur. Dep. at 182.

MS. HEALY: Q. Did you ever discuss any
conflict of interest relating to Orrick?
MR. WALLERSTEIN: Objection; vague as to time,
lacks foundation -- well, let me try that again.
Objection; vague as to time. To the extent
that my client was involved in a discussion, it's
privileged.
MS. HEALY: Q. Did you ever have any
discussion, Ms. Gatti, with anyone at Almawave regarding
conflicts of interest regarding anyone --
MR. WALLERSTEIN: Objection.
MS. HEALY: Q. -- Orrick, other vendors,
employees, anyone? I am just curious if you had any
discussions addressing conflicts of interest.
MR. WALLERSTEIN: Objection to the extent that
that would include conversations with or among counsel,
including Orrick.
MS. HEALY: Q. You can answer.
MR. WALLERSTEIN: You can answer to that
extent.
MR. LOSAVIO: If you can answer without
disclosing communications where attorneys were present.
THE WITNESS: I don't have any recollection.
MR. LOSAVIO: It's past 4:20, and --
MS. HEALY: Do you need a break?
MR. LOSAVIO: Well, and I think the reporter
deserves a break as well.

Gatti Jur. Dep. at 237-238.

---

[2] The objection extending through page 134 is not reproduced in its entirety, but it spanned 6 pages ending in Mr. Wallerstein's breaking the deposition for lunch, impeding the witness from actually providing any testimony on a critical topic in the case.

3:15-CV-00798-HSG-DMR                                    DECLARATION OF VCH

**A-53**

36. Mr. Wallerstein's objections during just one deposition were so extensive that it was virtually impossible to obtain any testimony from a key party in the case who is not even represented by Mr. Wallerstein:

> **Q. Okay. Perfect. Great. So when you refer to Almawave, that refers to the company Ms. Sandei was working for, the S.r.l.?**
> MR. WALLERSTEIN: Objection; Ms. Sandei works for more than one company.

Gatti Jur. Dep. at 192.

> **Q. What was that reason?**
> A. She -- my recollection is that she said that she had a good meeting with them, that she liked -- she liked the meeting with them.
> MR. WALLERSTEIN: Ms. Gatti, I caution you not to reveal communications you had with Ms. Sandei after you began working for Almawave as to --
> MS. HEALY: That's before.
> MR. WALLERSTEIN: Counsel, please don't
> Page 153
> interrupt.
> MS. HEALY: Please don't interrupt the testimony of the witness.
> MR. WALLERSTEIN: I am making my objection and I am going to continue.
> MS. HEALY: No, you are not allowed to make an objection while she is speaking before -- we are strictly in the period before she is starting working for Almawave.
> MR. WALLERSTEIN: Counsel, do not interrupt me when I am making my objection.
> Ms. Gatti --
> MS. HEALY: The Court said no speaking objections.
> MR. WALLERSTEIN: Counsel --
> MS. HEALY: If you want to, instruct her not to answer, but don't feed her testimony. If you want to instruct her not to answer on attorney-client privilege, that's your prerogative, and you can do it, and then we can review the testimony and take to the Court. But don't interrupt the witness while she is answering about a period of time that she said she was not working for Almawave.
> MR. WALLERSTEIN: I need to hear the question back. And the instruction stands. Or you can rephrase

3:15-CV-00798-HSG-DMR

DECLARATION OF VCH

**A-54**

it.
MS. HEALY: Q. I am asking you, Ms. Gatti --
you were talking about why Ms. Sandei -- what Ms. Sandei
told you as to why she could not or would not retain
Carr & Ferrell and was hiring Orrick instead.
MR. WALLERSTEIN: Objection to the extent that
calls for attorney-client communications. And I caution
the witness not to disclose any conversations that
Ms. Sandei revealed that she had with or about Carr &
Ferrell.
MS. HEALY: Q. You can answer.
MR. LOSAVIO: Object to the form. It's
ambiguous as to time.

Gatti Jur. Dep. at 152- 154.

37.     A true and correct copy of the above cited deposition excerpts is attached hereto as **Exhibit 1**.  During Ms. Gatti's jurisdictional deposition alone, Mr. Wallerstein objected and engaged in speeches in excess of 160 times.  *See* Exhibit 1 at 37 (Word Index).  Mr. Wallerstein's objections were separate from the hundreds of objections made by Ms. Gatti's own counsel.  *See id.* at 19-20.

38.     The foregoing deposition excerpts are representative of Almawave USA's counsel's objections in each of the few depositions I took in this case.  Although I have not had sufficient time to provide the Court excerpts from each of the depositions I took in this case, a complete list of all of Mr. Wallerstein extensive speeches, speaking objections, and coaching during deposition can be submitted.

**Other Exhibits**

39.     In Loop AI's Opposition to the Motion, I refer to a recent recorded meet and confer teleconference held on August 1, 2016 with counsel for the Defendants.  *See* Dkt. 866 at 3.  Attached hereto as **Exhibit 2** and also available at this link is a true and correct copy of the excerpt from the August 1, 2016 teleconference quoted in Loop AI's Opposition at page 3. Similar audio excerpts from that meet and confer are also included in Exhibit 2 and are available at the following links: Part 2, Part 3, Part 4, Part 5, and Part 6.

**A-55**

3:15-CV-00798-HSG-DMR                                                    DECLARATION OF VCH

Respectfully submitted,

Executed: August 4, 2016
      New York, New York

          /s/ Valeria Calafiore Healy
          Valeria Calafiore Healy

**A-56**



Jenna Galicki <jgalicki@healylex.com>

---

## Activity in Case 3:15-cv-00798-HSG Loop AI Labs, Inc. v. Gatti et al Order on Motion for Extension of Time to File Response/Reply

1 message

---

**ECF-CAND@cand.uscourts.gov** <ECF-CAND@cand.uscourts.gov>      Mon, Aug 8, 2016 at 9:30 AM
To: efiling@cand.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### California Northern District

## Notice of Electronic Filing

The following transaction was entered on 8/8/2016 at 9:30 AM and filed on 8/8/2016
**Case Name:**      Loop AI Labs, Inc. v. Gatti et al
**Case Number:**      3:15-cv-00798-HSG
**Filer:**
**Document Number:** 872(No document attached)

**Docket Text:**
**Order by Magistrate Judge Donna M. Ryu granting as unopposed [864] Motion for Extension of Time to File Response to Defendant's Motion for Sanctions [858]. (This is a text-only entry; there is no document associated with this entry.)(dmrlc1, COURT STAFF) (Filed on 8/8/2016)**

**3:15-cv-00798-HSG Notice has been electronically mailed to:**

Becki Diana Graham     becki.graham@ogletreedeakins.com, elena.ruiz@ogletreedeakins.com, SFODocketing@ogletreedeakins.com

Daniel Justin Weinberg     dweinberg@fawlaw.com, lsoungpanya@fawlaw.com, marlantico@fawlaw.com

James Francis Regan     jregan@lowball.com

Janet M. Brayer     janet@brayer.net, anita@brayer.net

Jennifer L. Ishimoto     ishimoto@banishlaw.com

John Alexander Lee     jlee@banishlaw.com

Jonathan Varnica     jonathan@brayer.net

Marc Robert Lewis     mlewis@lewisllewellyn.com

Thomas Edward Wallerstein     TWallerstein@Venable.com, dlcox@venable.com, etitova@venable.com, jcho@venable.com, KCulp@Venable.com, lalitigationdocketing@venable.com, rcook@venable.com, RLMeyerhoff@Venable.com, SChintanaseri@Venable.com, wwchang@venable.com

**A-57**

Case4:15-cv-00798-HSG Document889-3 Filed 09/08/16 Page 59 of 446

Thomas J. LoSavio &nbsp &nbsp tlosavio@lowball.com, sherrera@lowball.com

Valeria Calafiore Healy &nbsp &nbsp valeria.healy@healylex.com, bart@loop.ai, dcarrera@healylex.com, GM@loop.ai, jgalicki@healylex.com, mlondon@healylex.com, patrick@loop.ai, ssaccone@healylex.com

William F. Alderman &nbsp &nbsp walderman@orrick.com, jcopoulos@orrick.com

**3:15-cv-00798-HSG Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

Daniel J Weinberg

**A-58**



505 MONTGOMERY STREET   SUITE 1400   SAN FRANCISCO, CA 94111
**T** 415.653.3750  **F** 415.653.3755   www.Venable.com

April 4, 2016

Thomas E. Wallerstein

**T 415.653.3707**
**F 415.653.3755**
twallerstein@venable.com

*By Email and U.S. Mail*

Valeria Calafiore Healy, Esquire
HEALY LLC
154 Grand Street
New York, New York 10013
Facsimile:  212.810.7036
E-mail:
ndcal_15798_healylex@sendtodropbox.com

Daniel J. Weinberg, Esquire
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Facsimile:  650.593.6301
E-mail: Dweinberg@fawlaw.com

Re:    *Loop AI Labs, Inc. v. Gatti, et al*, Case No. 3:15-cv-00798-HSG (DMR)

Counsel:

I write to meet and confer regarding Mr. Peintner's refusal to answer, at your instruction, certain questions posed to him at his deposition.

Mr. Peintner was improperly instructed not to answer the following questions, none of which call for the disclosure of privileged information or work product:

- Have you spoken to Gianmauro about his deposition?
- Who are the top three shareholders in Loop?
- Have you talked to Gianmauro Calafiore about whether, aside from Anna Gatti, is there anything that my clients did to interfere with the potential investment of WI Harper?
- Did you discuss the complaints in this action with Mr. Calafiore before they were filed?
- Do you know anyone at Loop that ever read the first or second amended complaint before it was filed?
- Have you attempted to retrieve Google chat communications with Anna Gatti for this litigation?
- Did you attempt to collect e-mails that you sent to or received from Anna Gatti for purposes of this litigation?
- Did you collect any documents of any kind for the purpose of this litigation?
- Do you have any personal knowledge as to whether Mr. Calafiore collected any documents whatsoever for the purposes of this litigation?
- Do you have any personal knowledge as to whether Mr. Ehlen collected any documents whatsoever for the purposes of this litigation?

**A-59**



April 4, 2016
Page 2

- Have you ever seen the document requests that my client served on Loop?
- Did you ever talk to Mr. Sharif about the litigation, ever?
- Did Mr. Calafiore, to your knowledge, ever talk to Mr. Sharif about this litigation?
- Did Mr. Ehlen to your knowledge ever talk to Mr. Sharif about this litigation?
- Did Mr. Sharif ever opine on how this, to you, on how this litigation would affect Loop's ability to raise further capital?
- Did Mr. Sharif ever opine to Mr. Calafiore as far as you know as to how this litigation would affect Loop's ability to raise capital?
- Have you discussed with Mr. Calafiore the business impact a public trial in this litigation could have?
- Did you -- have you discussed with Mr. Ehlen the impact a public trial could have on Loop's business?
- Did Mr. Ehlen and Mr. Calafiore discuss amongst themselves the impact that a public trial could have on Loop's business?
- Did Mr. Calafiore ever discuss with Mr. Ehlen the prospect of how a public trial in this litigation would affect Loop's ability to raise money?

In addition, the record is replete with your improper speaking objections, and numerous examples of Mr. Peintner "parroting" your suggested answers. If presented with the record, I am confident that the Court would order not only that Mr. Peintner answer the questions, but also would issue sanctions against his counsel.

By way of compromise in an effort to avoid that result, I propose that you agree to provide Mr. Peintner's sworn written responses to the questions above. We would need you to agree by Friday, April 8, to provide the sworn answers by Friday, April 15. Should you reject our compromise, we will send you a draft joint letter on Friday that we will submit to the Court no later than next Thursday, April 14.

For this and other reasons, it is critical that you attend the Court-ordered, regularly-scheduled call on Friday. Loop failed to appear last Friday in violation of Judge Ryu's order that such calls occur "going forward."

Thank you for your immediate attention to this urgent issue.

Regards,

Tom Wallerstein

Cc: Tom LoSavio, Janet Brayer

**A-60**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

        Plaintiff,

    v.

ANNA GATTI, et al.,

        Defendants.

Case No. 15-cv-00798-HSG   (DMR)

**ORDER ON JOINT DISCOVERY LETTER RE ALMAWAVE USA'S RULE 30(B)(6) DEPOSITION NOTICE**

Re: Dkt. No. 336

The court has received the joint discovery letter submitted by Plaintiff Loop AI Labs Inc. ("Loop") and Defendant Almawave USA ("Almawave") in which Loop moves for a protective order regarding Almawave's Federal Rule of Civil Procedure 30(b)(6) deposition notice to Loop. [Docket No. 336 (Jt. Letter).] The court finds this matter suitable for resolution without oral argument. *See* Civ. L.R. 7-1(b). For the following reasons, Loop's motion for a protective order is granted in part and denied in part.

The parties' lamentable discovery conduct has consumed an unjustifiable amount of court resources. [*See* Docket No. 271; *see also* Docket No. 415 (Feb. 5, 2016 Order by Hon. Haywood S. Gilliam).] Their behavior has impeded the court's ability to control its docket and to provide prompt attention to the needs of litigants in other cases. Accordingly, instead of providing the parties with a detailed (and time-consuming) analysis, the court makes these rulings in summary form.

## I. DISCUSSION

Loop generally objects that Almawave's 30(b)(6) deposition notice contains 60 "extremely broad and far reaching topics." While the notice does cover a large number of topics, the operative complaint is over 100 pages and contains lengthy, detailed allegations of wrongdoing by Almawave and the other defendants. Given the breadth of Loop's allegations, the notice is not

**A-61**

overbroad or unduly burdensome on its face.

Loop also objects to several topics on specific grounds. The court will address each group of objections in turn.

### A. Objection to Topics "Beyond Loop AI's Operation"

Loop objects to topic nos. 3-15, 18-22, 43, 47-49, and 54-55 on the ground that they are unrelated to Loop as a corporate entity and are thus improper. Jt. Letter at 3.

Federal Rule of Civil Procedure 30(b)(6) permits a party to name a corporation as a deponent, and requires the noticing party to "describe with reasonable particularity the matters for examination." The persons designated by the named organization "must testify about information known or reasonably available to the organization." Fed. R. Civ. P. 30(b)(6). "The reason for adopting Rule 30(b)(6) was not to provide greater notice or protections to corporate deponents, but rather to have the right person present at deposition." *King v. Pratt & Whitney*, 161 F.R.D. 475, 476 (S.D. Fla. 1995).

The court has examined the topics at issue and concludes that they are "describe[d] with reasonable particularity" and are permissible subjects on which Almawave may examine a Loop representative. Loop's motion for a protective order on this basis is denied.

### B. Objection to Topics Which "Improperly Seek Loop AI's Roadmap of How It Intends to Prove Its [Case]"

Topic nos. 1, 3-22, 45, 49, and 54-56 seek the factual basis for specific allegations made in Loop's second amended complaint. Loop objects to these topics on the grounds that they do not relate to Loop's operation of its business and seek "a complete roadmap of its lawyers['] work-product information regarding the case." Jt. Letter at 3-4. Topics which seek the factual basis for allegations are not improper, and are consistent with Federal Rule of Civil Procedure 11, which requires that factual contentions in a pleading "have evidentiary support." Fed. R. Civ. P. 11(b)(3). Contrary to Loop's assertion, the topics at issue do not seek information about how counsel will try Loop's case. Loop's motion for a protective order on these grounds is denied.

### C. Objection to Topics "That Do Not Appear to Have Any Relation to the Litigation"

Loop objects to topic nos. 25, 26, 34, and 40, arguing that they are not related to any claim

2

**A-62**

United States District Court
Northern District of California

and are therefore not calculated to lead to the discovery of admissible evidence. Jt. Letter 4-5.

Topic no. 25 is "[t]he acquisition of documents by Loop from Elettranova or Fabio Ficano." Topic no. 26 is "[c]ommunications between Loop and Elettranova or Fabio Ficano." In response to Loop's relevance objection, Almawave notes that Loop relied on documents obtained from Elettranova, Tony DiNapoli's former employer, to support its March 2015 motion for a temporary restraining order. [Docket No. 28-2 at 2 n.2.] Topic no. 40 is "[a]ny employee, officer or director of Loop's employment, consulting, or other work for monetary gain with any person or entity other than Loop, or its predecessor or related entity, from 2011 to present." Almawave argues that Loop's complaint is based on its allegation that Defendant Gatti's employment with Almawave was improper, but Gatti contends that Loop's contractual restriction on outside employment was "routinely and openly disregarded by management." Jt. Letter at 5. The court concludes that topic nos. 25, 26, and 40 are tailored to relevant issues in this case and are thus permissible. Loop's motion for a protective order as to these three topics is denied.

As to topic no. 34, which is "[o]wnership of Loop stock," Almawave made no argument regarding relevance, and the relevance of this topic is not readily discernable. Therefore, Loop's motion for a protective order as to topic no. 34 is granted. It need not produce a witness to testify on this topic.

### D. Objection to Topics "Protected From Disclosure"

Loop objects to topic nos. 2, 24, and 57 on the ground that they seek information protected by the attorney-client privilege and the attorney work-product doctrine. Topic no. 2 is "[a]ny investigation Loop conducted into potential claims against, or potential wrongdoing of Almawave, but not including potential claims against, or wrongdoing of Gatti or IQS, Inc." Topic no. 24 is "Loop's document preservation, collection and production." Topic no. 57 is "[a]ny non-privileged investigation conducted by Loop into alleged wrongdoing of Almawave, excluding Gatti."

As to topic nos. 2 and 57, Loop argues that these topics are improper because "work product or attorney client privilege so permeates the topic[s] that a breach of privilege will be inevitable." Jt. Letter at 5. Regarding topic no. 24, Loop admits that some aspects of this topic may be non-privileged, but that information regarding "collection" and "production" "clearly

3

**A-63**

involves attorney communications and actions." Jt. Letter at 5 n.9. Almawave responds that it seeks facts, not privileged or protected information.

A company cannot shield from discovery facts learned by an attorney in the course of an investigation because the attorney-client privilege protects communications, not facts. *Upjohn Co. v. United States*, 449 U.S. 383, 395-96 (1981). A Rule 30(b)(6) deponent's role is "to provide *the entity's* interpretation of events and documents." *Kelley v. Provident Life & Accident Ins. Co.,* No. 04cv807–AJB (BGS), 2011 WL 2448276, at *2 (S.D. Cal. June 20, 2011) (emphasis added) (citation omitted). As such, "the designee must become educated and gain the requested knowledge to the extent reasonably available." *Id.* (citation omitted); *see Int'l Ass'n of Machinists & Aerospace Workers v. Werner–Matsuda,* 390 F. Supp. 2d 479, 487 (D. Md. 2005) ("This means that [defendant] is obligated to produce one or more 30(b)(6) witnesses who [are] thoroughly educated about the noticed deposition topics with respect to any and all facts known to [defendant] or its counsel . . . ." (citation omitted)). While questions related to these three noticed topics could implicate privileged communications between Loop and its attorneys or Loop's counsel's work product, the proper approach is for Loop's counsel to make specific objections to specific questions, not for the court to preclude these topics altogether based on speculation about what questions Almawave's counsel may ask. Loop's motion for a protective order as to these three topics is denied.

### E. Objection to Topics "Requiring Expert Testimony"

Loop objects to topic nos. 28, 29, 37, and 39 as improper because they "require expert knowledge and testimony." Topic no. 28 is "Loop's damages relating to the instant matter." Topic no. 29 is "[v]aluations of Loop." Topic no. 37 is "[t]he value to Loop and to Loop's competitors of any trade secrets Loop alleges was misappropriated," and topic no. 39 is "[t]he ease or difficulty with which any trade secrets Loop alleges was misappropriated could be properly acquired or duplicated by others." Loop argues that it is not required to prepare a 30(b)(6) witness on expert disclosures, since such disclosures are not yet due under the case management order.

Rule 30(b)(6) witnesses are not required to provide expert testimony, but "must testify about information known or reasonably available to the organization." Fed. R. Civ. P. 30(b)(6).

**A-64**

United States District Court
Northern District of California

The court finds that these topics do not impermissibly seek expert testimony. Almawave is entitled to question Loop's representative(s) about the factual information available to the representative(s) underlying its claims for damages and trade secret misappropriation. Loop's motion for a protective order as to these topics is denied.

### F. Objection to Topics which "Requir[e] a Lay Person to Make Legal Conclusions"

Loop objects to topic nos. 35, 38, and 46 which it claims improperly "seek testimony on legal conclusions," including the "misappropriation of trade secrets." Jt. Letter 7.

Topic no. 35 is "[i]dentification of any trade secrets that Loop alleges was misappropriated." Topic no. 38 is "[t]he amount of effort or money expended by Loop in developing any trade secrets it alleges was misappropriated," and topic no. 46 is "Loop's technology and business as described in paragraphs 3, 138, and 141 of the [second amended complaint]."[1]

Almawave is entitled to question Loop's representative(s) about facts related to these three topics. To the extent that any particular question calls for a legal conclusion, Loop's counsel may interpose an objection. Loop's motion for a protective order as to these topics is denied.

### G. Objection that Topics "Fail to Provide the Requisite Particularity"

Finally, Loop objects that "virtually all topics" included in the 30(b)(6) notice lack the "reasonable particularity" that the rule requires. For example, topic nos. 27, 30, 31, and 32 use words like profits, financial statements, and general financial performance "without clarification or direction." Jt. Letter at 7. It argues that topic nos. 44, 50, and 59 are similarly overbroad. *Id*.

The court finds that the disputed topics are sufficiently "particular" under Rule 30(b)(6). The topics are not phrased so broadly or vaguely that Loop will be unable to prepare its representative(s) to respond to questions on these subjects.

Loop's motion for a protective order as to these topics is denied.

---

[1] The specified paragraphs of the second amended complaint describe Loop's proprietary artificial intelligence technology and "Digital Genome Platform" and "core technology."

**A-65**

## II. CONCLUSION

Loop's motion for a protective order is granted in part and denied in part. The court directs the parties to immediately confer regarding the prompt scheduling of Loop's corporate representative(s).

**IT IS SO ORDERED.**

Dated: March 10, 2016



Donna M. Ryu
United States Magistrate Judge

**A-66**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1 | 02/19/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2 | 02/19/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 3 | 02/19/14 | Jeffrey M. Capaccio <jcapaccio@carrferrell.com>; T D; anna gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 4 | 02/19/14 | Jeffrey M. Capaccio <jcapaccio@carrferrell.com>; T D <tdnprivate@gmail.com>; anna gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 5 | 02/19/14 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | Jeffrey M. Capaccio <jcapaccio@carrferrell.com>; T D <tdnprivate@gmail.com>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 6 | 02/21/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 7 | 02/21/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 8 | 02/21/14 | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-67**

1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 9 | 02/21/14 | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 10 | 02/21/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 11 | 02/21/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 12 | 02/21/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 13 | 02/21/14 | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 14 | 02/21/14 | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 15 | 02/22/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 16 | 02/22/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-68**

2

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 17 | 02/22/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 18 | 02/22/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 19 | 02/22/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 20 | 02/22/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 21 | 02/22/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 22 | 02/22/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-69**

3

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 23 | 02/22/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 24 | 02/24/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 25 | 02/24/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 26 | 02/24/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 27 | 02/24/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 28 | 02/24/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 29 | 02/24/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 30 | 02/24/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 31 | 02/24/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-70**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 32 | 02/24/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 33 | 02/24/14 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 34 | 02/24/14 | Anna <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 35 | 02/24/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 36 | 02/24/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 37 | 02/24/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 38 | 02/24/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-71**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 39 | 02/24/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 40 | 02/24/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 41 | 02/24/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 42 | 02/24/14 | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 43 | 02/24/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 44 | 02/24/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 45 | 02/24/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-72**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 46 | 02/24/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 47 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 48 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 49 | 02/25/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Ferri Luca <L.Ferri@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 50 | 02/25/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Ferri Luca <L.Ferri@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 51 | 02/25/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Ferri Luca <L.Ferri@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 52 | 02/25/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-73**

7

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 53 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Ferri Luca <L.Ferri@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 54 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Ferri Luca <L.Ferri@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 55 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Ferri Luca <L.Ferri@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 56 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Ferri Luca <L.Ferri@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 57 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Ferri Luca <L.Ferri@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 58 | 02/25/14 | Alessandro Tescari (alessandro.tescari@pervoice.it); Di Curzio Diego <D.DiCurzio@almawave.it>; Favalli Andrea <a.favalli@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-74**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 59 | 02/25/14 | Alessandro Tescari (alessandro.tescari@pervoice.it); Di Curzio Diego <D.DiCurzio@almawave.it>; Favalli Andrea <a.favalli@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 60 | 02/25/14 | Alessandro Tescari (alessandro.tescari@pervoice.it); Di Curzio Diego <D.DiCurzio@almawave.it>; Favalli Andrea <a.favalli@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 61 | 02/25/14 | Boldini Raffaella <R.Boldini@almawave.it> | Ferri Luca <fi103500@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 62 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <fi103500@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 63 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 64 | 02/25/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-75**

9

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 65 | 02/25/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 66 | 02/25/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 67 | 02/25/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 68 | 02/25/14 | Ferri Luca <L.Ferri@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 69 | 02/25/14 | Ferri Luca <L.Ferri@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 70 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |

**A-76**

10

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 71 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 72 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 73 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 74 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 75 | 02/25/14 | 'Romagnoli Raniero' <R.Romagnoli@almawave.it> | Alessandro Tescari <alessandro.tescari@pervoice.it> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 76 | 02/25/14 | 'Romagnoli Raniero' <R.Romagnoli@almawave.it> | Alessandro Tescari <alessandro.tescari@pervoice.it> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 77 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 78 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |

A-77

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 79 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 80 | 02/25/14 | Alessandro Tescari <alessandro.tescari@pervoice.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 81 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 82 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 83 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 84 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 85 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 86 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |

**A-78**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 87 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 88 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 89 | 02/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 90 | 02/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 91 | 02/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 92 | 02/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 93 | 02/25/14 | Ferri Luca <L.Ferri@almawave.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-79**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 94 | 02/25/14 | Ferri Luca <L.Ferri@almawave.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave  patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 95 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 96 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 97 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 98 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 99 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Di Curzio Diego <D.DiCurzio@almawave.it> | | Relaying attorney-client communication re Almawave  patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-80**

14

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 100 | 02/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Di Curzio Diego <D.DiCurzio@almawave.it> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 101 | 02/25/14 | Di Curzio Diego <D.DiCurzio@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 102 | 02/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 103 | 02/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 104 | 02/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 105 | 02/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-81**

15

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 106 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 107 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 108 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 109 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 110 | 02/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 111 | 02/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |

A-82

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 112 | 02/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 113 | 02/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 114 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 115 | 02/25/14 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 116 | 02/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 117 | 02/25/14 | Anna <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |

**A-83**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 118 | 02/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | T D <tdnprivate@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Anna <anna.gatti@gmail.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 119 | 02/26/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta (ma.perri@almaviva.it); Calderara Sergio (S.Calderara@almaviva.it); Romagnoli Raniero (R.Romagnoli@almawave.it) | Jeff Capaccio <jcapaccio@carrferrell.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 120 | 02/26/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta (ma.perri@almaviva.it); Calderara Sergio (S.Calderara@almaviva.it); Romagnoli Raniero (R.Romagnoli@almawave.it) | Jeff Capaccio <jcapaccio@carrferrell.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 121 | 02/26/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 122 | 02/26/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 123 | 02/26/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave  patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |

**A-84**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 124 | 02/26/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 125 | 02/26/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 126 | 02/26/14 | Boldini Raffaella <R.Boldini@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 127 | 02/26/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 128 | 02/26/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 129 | 02/27/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Di Curzio Diego <D.DiCurzio@almawave.it> | Nigri Guglielmo <G.Nigri@almawave.it> | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 130 | 02/27/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Di Curzio Diego <D.DiCurzio@almawave.it> | Nigri Guglielmo <G.Nigri@almawave.it> | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-85**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 131 | 02/27/14 | Di Curzio Diego <D.DiCurzio@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Nigri Guglielmo <G.Nigri@almawave.it> | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 132 | 02/27/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Favalli Andrea <a.favalli@almawave.it> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 133 | 02/27/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 134 | 02/27/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 135 | 02/27/14 | 'Romagnoli Raniero' <R.Romagnoli@almawave.it>; 'Ferri Luca' <L.Ferri@almawave.it> | Alessandro Tescari <alessandro.tescari@pervoice.it> | 'Di Curzio Diego' <D.DiCurzio@almawave.it>; 'Favalli Andrea' <a.favalli@almawave.it> | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 136 | 02/27/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Ferri Luca <L.Ferri@almawave.it> | Alessandro Tescari <alessandro.tescari@pervoice.it> | Di Curzio Diego <D.DiCurzio@almawave.it>; Favalli Andrea <a.favalli@almawave.it> | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 137 | 02/27/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-86**

20

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

03/07/2016

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 138 | 02/27/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 139 | 02/27/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 140 | 02/27/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 141 | 02/27/14 | Brian Bathurst <bbathurst@carrferrell.com>; Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 142 | 02/27/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 143 | 02/27/14 | Brian Bathurst <bbathurst@carrferrell.com>; Sandei Valeria <V.Sandei@almawave.it>; Ann Zanella <AZanella@carrferrell.com> | Jeff Capaccio <jcapaccio@carrferrell.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 144 | 02/27/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-87**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 145 | 02/27/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 146 | 02/27/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 147 | 02/27/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 148 | 02/27/14 | Brian Bathurst <bbathurst@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 149 | 02/27/14 | Brian Bathurst <bbathurst@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 150 | 02/27/14 | Brian Bathurst <bbathurst@carrferrell.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Jeff Capaccio <jcapaccio@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |

**A-88**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 151 | 02/27/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 152 | 02/27/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 153 | 02/27/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 154 | 02/27/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 155 | 02/27/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 156 | 02/27/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |

**A-89**

23

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 157 | 02/27/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 158 | 02/27/14 | Sandei Valeria <V.Sandei@almawave.it> | Brian Bathurst <bbathurst@carrferrell.com> | Jeff Capaccio <jcapaccio@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 159 | 02/27/14 | Sandei Valeria <V.Sandei@almawave.it> | Brian Bathurst <bbathurst@carrferrell.com> | Jeff Capaccio <jcapaccio@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 160 | 02/27/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 161 | 02/27/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 162 | 02/27/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |

**A-90**

24

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 163 | 02/27/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 164 | 02/27/14 | Brian Bathurst <bbathurst@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 165 | 02/27/14 | Brian Bathurst <bbathurst@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 166 | 02/27/14 | Brian Bathurst <bbathurst@carrferrell.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Jeff Capaccio <jcapaccio@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 167 | 02/27/14 | Sandei Valeria <V.Sandei@almawave.it>; Ann Zanella <AZanella@carrferrell.com> | Brian Bathurst <bbathurst@carrferrell.com> | Jeff Capaccio <jcapaccio@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |

**A-91**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 168 | 02/27/14 | Sandei Valeria <V.Sandei@almawave.it>; Ann Zanella <AZanella@carrferrell.com> | Brian Bathurst <bbathurst@carrferrell.com> | Jeff Capaccio <jcapaccio@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 169 | 02/27/14 | Brian Bathurst <bbathurst@carrferrell.com>; Sandei Valeria <V.Sandei@almawave.it>; Ann Zanella <AZanella@carrferrell.com> | Jeff Capaccio <jcapaccio@carrferrell.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 170 | 02/27/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 171 | 02/27/14 | Sandei Valeria <V.Sandei@almawave.it>; T D | Jeff Capaccio <jcapaccio@carrferrell.com> | Anna Gatti <anna.gatti@gmail.com>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 172 | 02/27/14 | Brian Bathurst <bbathurst@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Ann Zanella <AZanella@carrferrell.com>; Jeff Capaccio <jcapaccio@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |

**A-92**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 173 | 02/27/14 | Brian Bathurst <bbathurst@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Ann Zanella <AZanella@carrferrell.com>; Jeff Capaccio <jcapaccio@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave  patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 174 | 02/27/14 | Brian Bathurst <bbathurst@carrferrell.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Ann Zanella <AZanella@carrferrell.com>; Jeff Capaccio <jcapaccio@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave  patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 175 | 02/27/14 | Sassani Mariagrazia <M.Sassani@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re Almawave  patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 176 | 02/27/14 | T D | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com>; Anna <anna.gatti@gmail.com>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 177 | 02/27/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communication to obtain advice or advice re Almawave  patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 178 | 02/27/14 | Sandei Valeria <V.Sandei@almawave.it>; T D | Jeff Capaccio <jcapaccio@carrferrell.com> | Anna Gatti <anna.gatti@gmail.com>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-93**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 179 | 02/27/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re Almawave  patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 180 | 02/27/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave  patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 181 | 02/27/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave  patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 182 | 02/27/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | T D <tdnprivate@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Anna Gatti <anna.gatti@gmail.com>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 183 | 02/27/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | T D <tdnprivate@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Anna Gatti <anna.gatti@gmail.com>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 184 | 02/28/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave  patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |

**A-94**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 185 | 02/28/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 186 | 02/28/14 | Favalli Andrea <a.favalli@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 187 | 02/28/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 188 | 02/28/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 189 | 02/28/14 | T D | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com>; Anna Gatti <anna.gatti@gmail.com>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-95**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 190 | 02/28/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 191 | 02/28/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 192 | 02/28/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 193 | 02/28/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |

**A-96**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 194 | 02/28/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave  patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 195 | 02/28/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave  patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 196 | 02/28/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave  patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 197 | 02/28/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave  patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |

**A-97**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 198 | 02/28/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 199 | 02/28/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Favalli Andrea <a.favalli@almawave.it> | | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services. | Attorney Client Privilege |
| 200 | 02/28/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Favalli Andrea <a.favalli@almawave.it> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 201 | 02/28/14 | Sandei Valeria <V.Sandei@almawave.it> | Sassani Mariagrazia <M.Sassani@almawave.it> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 202 | 02/28/14 | Sassani Mariagrazia <M.Sassani@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 203 | 02/28/14 | Boldini Raffaella <R.Boldini@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-98**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 204 | 02/28/14 | Boldini Raffaella <R.Boldini@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 205 | 02/28/14 | Alessandro Tescari <alessandro.tescari@pervoice.it>; Ferri Luca <L.Ferri@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 206 | 02/28/14 | Alessandro Tescari <alessandro.tescari@pervoice.it>; Ferri Luca <L.Ferri@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 207 | 02/28/14 | Di Curzio Diego <D.DiCurzio@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Nigri Guglielmo <G.Nigri@almawave.it> | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 208 | 03/03/14 | Boldini Raffaella <R.Boldini@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 209 | 03/03/14 | Boldini Raffaella <R.Boldini@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-99**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 210 | 03/03/14 | Ferri Luca <L.Ferri@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re Almawave  patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 211 | 03/03/14 | Ferri Luca <L.Ferri@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re Almawave  patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 212 | 03/03/14 | Boldini Raffaella <R.Boldini@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re Almawave  patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 213 | 03/04/14 | Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero (R.Romagnoli@almawave.it); Calderara Sergio (S.Calderara@almaviva.it); Perri Mariantonietta (ma.perri@almaviva.it) | Jeff Capaccio <jcapaccio@carrferrell.com> | Brian Bathurst <bbathurst@carrferrell.com>; John Ferrell <JFerrell@carrferrell.com>; Ann Zanella <AZanella@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave  patent application and  IP portfolio | Attorney Client Privilege |
| 214 | 03/04/14 | Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero (R.Romagnoli@almawave.it); Calderara Sergio (S.Calderara@almaviva.it); Perri Mariantonietta (ma.perri@almaviva.it) | Jeff Capaccio <jcapaccio@carrferrell.com> | Brian Bathurst <bbathurst@carrferrell.com>; John Ferrell <JFerrell@carrferrell.com>; Ann Zanella <AZanella@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave  patent application and  IP portfolio | Attorney Client Privilege |

**A-100**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 215 | 03/04/14 | Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Brian Bathurst <bbathurst@carrferrell.com>; John Ferrell <JFerrell@carrferrell.com>; Ann Zanella <AZanella@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 216 | 03/04/14 | Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Brian Bathurst <bbathurst@carrferrell.com>; John Ferrell <JFerrell@carrferrell.com>; Ann Zanella <AZanella@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 217 | 03/04/14 | Sassani Mariagrazia <M.Sassani@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 218 | 03/04/14 | Jeff Capaccio <jcapaccio@carrferrell.com>; Brian Bathurst <bbathurst@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Gelosi Antonella <A.Gelosi@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |

**A-101**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 219 | 03/04/14 | Jeff Capaccio <jcapaccio@carrferrell.com>; Brian Bathurst <bbathurst@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Gelosi Antonella <A.Gelosi@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave  patent application and  IP portfolio | Attorney Client Privilege |
| 220 | 03/04/14 | Jeff Capaccio <jcapaccio@carrferrell.com>; Brian Bathurst <bbathurst@carrferrell.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina (s.nobili@almaviva.it); Gelosi Antonella <fi226193@mailitmaster.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave  patent application and  IP portfolio | Attorney Client Privilege |
| 221 | 03/04/14 | Boldini Raffaella <R.Boldini@almawave.it> | Ferri Luca <fi103500@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave  patent application and  IP portfolio | Attorney Client Privilege |
| 222 | 03/04/14 | Ferri Luca <L.Ferri@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation; and Almawave  patent application and  IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-102**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 223 | 03/04/14 | | Ferri Luca <fi103500@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation; and Almawave  patent application and  IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 224 | 03/04/14 | Ferri Luca <L.Ferri@almawave.it> | Raniero Romagnoli <raniero.romagnoli@gmail.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation; and Almawave  patent application and  IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 225 | 03/05/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 226 | 03/05/14 | Tripi Marco <M.Tripi@almaviva.it>; Tripi Alberto <A.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 227 | 03/05/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-103**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 228 | 03/05/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 229 | 03/06/14 | Calderara Sergio (S.Calderara@almaviva.it); Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero (R.Romagnoli@almawave.it); Perri Mariantonietta (ma.perri@almaviva.it); A.Gelosi@almaviva.it; S.Nobili@almaviva.it; L.Ferri@almawave.it | Jeff Capaccio <jcapaccio@carrferrell.com> | Neal Williams <nwilliams@carrferrell.com>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 230 | 03/06/14 | Calderara Sergio (S.Calderara@almaviva.it); Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero (R.Romagnoli@almawave.it); Perri Mariantonietta (ma.perri@almaviva.it); A.Gelosi@almaviva.it; S.Nobili@almaviva.it; L.Ferri@almawave.it | Jeff Capaccio <jcapaccio@carrferrell.com> | Neal Williams <nwilliams@carrferrell.com>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |

**A-104**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 231 | 03/06/14 | Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Gelosi Antonella <A.Gelosi@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Ferri Luca <L.Ferri@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Neal Williams <nwilliams@carrferrell.com>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave  patent application and  IP portfolio | Attorney Client Privilege |
| 232 | 03/06/14 | Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Gelosi Antonella <A.Gelosi@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Ferri Luca <L.Ferri@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Neal Williams <nwilliams@carrferrell.com>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave  patent application and  IP portfolio | Attorney Client Privilege |
| 233 | 03/06/14 | Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Gelosi Antonella <A.Gelosi@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Ferri Luca <L.Ferri@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Neal Williams <nwilliams@carrferrell.com>; Brian Bathurst <bbathurst@carrferrell.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave  patent application and  IP portfolio | Attorney Client Privilege |

**A-105**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 234 | 03/06/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave  patent application and  IP portfolio | Attorney Client Privilege |
| 235 | 03/06/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave  patent application and  IP portfolio | Attorney Client Privilege |
| 236 | 03/07/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it> | Neal Williams <nwilliams@carrferrell.com>; Brian Bathurst <bbathurst@carrferrell.com>; Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Gelosi Antonella <A.Gelosi@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Ferri Luca <L.Ferri@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave  patent application and  IP portfolio | Attorney Client Privilege |

**A-106**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 237 | 03/07/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it> | Neal Williams <nwilliams@carrferrell.com>; Brian Bathurst <bbathurst@carrferrell.com>; Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Gelosi Antonella <A.Gelosi@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Ferri Luca <L.Ferri@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave  patent application and  IP portfolio | Attorney Client Privilege |
| 238 | 03/07/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it> | Neal Williams <nwilliams@carrferrell.com>; Brian Bathurst <bbathurst@carrferrell.com>; Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Gelosi Antonella <A.Gelosi@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Ferri Luca <L.Ferri@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave  patent application and  IP portfolio | Attorney Client Privilege |
| 239 | 03/08/14 | Boldini Raffaella <R.Boldini@almawave.it> | Ferri Luca <fi103500@mailitmaster.com> | | Relaying attorney-client communication re Almawave  patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-107**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|-----|----------|-----|---------------|-----|------------------|-------------------|
| 240 | 03/08/14 | Ferri Luca <L.Ferri@almawave.it> | Boldini Raffaella <R.Boldini@almawave.it> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 241 | 03/08/14 | Boldini Raffaella <R.Boldini@almawave.it> | Ferri Luca <fi103500@mailitmaster.com> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 242 | 03/12/14 | Anna <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 243 | 03/12/14 | Anna <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 244 | 03/12/14 | Anna <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave patent application, IP portfolio, and scope of legal services for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 245 | 03/13/14 | Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero (R.Romagnoli@almawave.it); T D (tdnprivate@gmail.com); Anna Gatti <anna.gatti@gmail.com> | Jeff Capaccio <jcapaccio@carrferrell.com> | Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Carina Collins <ccollins@carrferrell.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-108**

42

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 246 | 03/13/14 | Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero (R.Romagnoli@almawave.it); T D; Anna Gatti <anna.gatti@gmail.com> | Jeff Capaccio <jcapaccio@carrferrell.com> | Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Carina Collins <ccollins@carrferrell.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 247 | 03/13/14 | Sandei Valeria <V.Sandei@almawave.it>; Neal Williams <nwilliams@carrferrell.com>; Brian Bathurst <bbathurst@carrferrell.com>; John Ferrell <JFerrell@carrferrell.com> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 248 | 03/13/14 | Sandei Valeria <V.Sandei@almawave.it>; Neal Williams <nwilliams@carrferrell.com>; Brian Bathurst <bbathurst@carrferrell.com>; John Ferrell <JFerrell@carrferrell.com> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 249 | 03/13/14 | Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; T D; Anna Gatti <anna.gatti@gmail.com> | Jeff Capaccio <jcapaccio@carrferrell.com> | Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Carina Collins <ccollins@carrferrell.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 250 | 03/13/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; T D; Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Carina Collins <ccollins@carrferrell.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |

**A-109**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 251 | 03/13/14 | Jeff Capaccio <jcapaccio@carrferrell.com>; nwilliams@carrferrell.com; Brian Bathurst <bbathurst@carrferrell.com>; jferrell@carrferrell.com | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 252 | 03/13/14 | Jeff Capaccio <jcapaccio@carrferrell.com>; nwilliams@carrferrell.com; Brian Bathurst <bbathurst@carrferrell.com>; jferrell@carrferrell.com | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 253 | 03/13/14 | Jeff Capaccio <jcapaccio@carrferrell.com>; nwilliams@carrferrell.com; Brian Bathurst <bbathurst@carrferrell.com>; jferrell@carrferrell.com | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 254 | 03/13/14 | Jeff Capaccio <jcapaccio@carrferrell.com>; nwilliams@carrferrell.com; Brian Bathurst <bbathurst@carrferrell.com>; jferrell@carrferrell.com | Sandei Valeria <v.sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 255 | 03/13/14 | Tripi Marco <M.Tripi@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |

**A-110**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 256 | 03/13/14 | Sandei Valeria <V.Sandei@almawave.it>; Neal Williams <nwilliams@carrferrell.com>; Brian Bathurst <bbathurst@carrferrell.com>; John Ferrell <JFerrell@carrferrell.com> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 257 | 03/13/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 258 | 03/13/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 259 | 03/13/14 | Sandei Valeria <V.Sandei@almawave.it> | De Felice Christian <C.DeFelice@almaviva.it> | Tripi Marco <M.Tripi@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 260 | 03/13/14 | De Felice Christian <C.DeFelice@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 261 | 03/13/14 | De Felice Christian <C.DeFelice@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |

**A-111**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 262 | 03/13/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | De Felice Christian <C.DeFelice@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 263 | 03/13/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 264 | 03/13/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 265 | 03/13/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | De Felice Christian <C.DeFelice@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 266 | 03/13/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 267 | 03/13/14 | nwilliams@carrfarrell.com | Sandei Valeria <v.sandei@mailitmaster.com> | Jeff Capaccio <jcapaccio@carrferrell.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 268 | 03/13/14 | Sandei Valeria <V.Sandei@almawave.it> | Neal Williams <nwilliams@carrferrell.com> | Jeff Capaccio <jcapaccio@carrferrell.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |

**A-112**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 269 | 03/13/14 | Tripi Marco <M.Tripi@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 270 | 03/13/14 | Tripi Marco <M.Tripi@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 271 | 03/13/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 272 | 03/13/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 273 | 03/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com>; Tony D N <tony@iqsystem.us>; Jeff Capaccio <jcapaccio@carrferrell.com> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 274 | 03/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com>; Tony D N <tony@iqsystem.us>; Jeff Capaccio <jcapaccio@carrferrell.com> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 275 | 03/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Neal Williams <nwilliams@carrferrell.com> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 276 | 03/14/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |

**A-113**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 277 | 03/14/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 278 | 03/14/14 | Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Brian Bathurst <bbathurst@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Jeff Capaccio <jcapaccio@carrferrell.com>; Trisa Gordon <tgordon@carrferrell.com> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 279 | 03/14/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 280 | 03/14/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 281 | 03/14/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 282 | 03/14/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 283 | 03/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 284 | 03/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 285 | 03/14/14 | Anna <anna.gatti@gmail.com>; Tony D N <tony@iqsystem.us>; Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege; Attorney Work Product |

**A-114**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 286 | 03/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 287 | 03/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 288 | 03/14/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege; Attorney Work Product |
| 289 | 03/14/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege; Attorney Work Product |
| 290 | 03/14/14 | Nobili Sabrina (s.nobili@almaviva.it) | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege; Attorney Work Product |
| 291 | 03/14/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege; Attorney Work Product |
| 292 | 03/14/14 | Nobili Sabrina (s.nobili@almaviva.it) | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege; Attorney Work Product |
| 293 | 03/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | anna gatti <anna.gatti@gmail.com> | Tony D N <tony@iqsystem.us>; Jeff Capaccio <jcapaccio@carrferrell.com>; Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 294 | 03/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | anna gatti <anna.gatti@gmail.com> | Tony D N <tony@iqsystem.us>; Jeff Capaccio <jcapaccio@carrferrell.com>; Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |

**A-115**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 295 | 03/14/14 | Brian Bathurst <bbathurst@carrferrell.com>; Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Neal Williams (nwilliams@carrferrell.com); Trisa Gordon <tgordon@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 296 | 03/14/14 | Brian Bathurst <bbathurst@carrferrell.com>; Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; Neal Williams (nwilliams@carrferrell.com); Trisa Gordon <tgordon@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina (s.nobili@almaviva.it) | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 297 | 03/14/14 | Calderara Sergio <S.Calderara@almaviva.it>; Brian Bathurst <bbathurst@carrferrell.com> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Neal Williams <nwilliams@carrferrell.com>; Trisa Gordon <tgordon@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 298 | 03/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | IQsystem <tony@iqsystem.us> | anna gatti <anna.gatti@gmail.com>; Jeff Capaccio <jcapaccio@carrferrell.com>; Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |

**A-116**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 299 | 03/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | IQsystem <tony@iqsystem.us> | anna gatti <anna.gatti@gmail.com>; Jeff Capaccio <jcapaccio@carrferrell.com>; Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 300 | 03/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | anna gatti <anna.gatti@gmail.com> | Tony D N <tony@iqsystem.us>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege; Attorney Work Product |
| 301 | 03/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | anna gatti <anna.gatti@gmail.com> | Tony D N <tony@iqsystem.us>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege; Attorney Work Product |
| 302 | 03/17/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Tony D N <tony@iqsystem.us> | Anna Gatti <anna.gatti@gmail.com> | Communication to obtain advice or advice re NDA | Attorney Client Privilege; Attorney Work Product |
| 303 | 03/17/14 | Tony D N <tony@iqsystem.us>; Anna Gatti <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 304 | 03/17/14 | Tony D N <tony@iqsystem.us>; Anna Gatti <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 305 | 03/18/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Anna Gatti <anna.gatti@gmail.com> | Tony D N <tony@iqsystem.us> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege; Attorney Work Product |

**A-117**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 306 | 03/18/14 | Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Trisa Gordon <tgordon@carrferrell.com> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 307 | 03/18/14 | Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Trisa Gordon <tgordon@carrferrell.com> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 308 | 03/18/14 | Manuela Micoli <manuela@iqsystem.us> | Sandei Valeria <V.Sandei@almawave.it> | Tony D N <tony@iqsystem.us>; Anna Gatti <anna.gatti@gmail.com>; De Felice Christian <C.DeFelice@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or financeRe: Estimated Budget Excel | Attorney Client Privilege |
| 309 | 03/18/14 | Calderara Sergio <S.Calderara@almaviva.it>; Anna <anna.gatti@gmail.com>; Tony D N <tony@iqsystem.us> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege; Attorney Work Product |
| 310 | 03/18/14 | Calderara Sergio <S.Calderara@almaviva.it> | anna gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege; Attorney Work Product |

A-118

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 311 | 03/19/14 | Pascarella Sabrina <S.Pascarella@almaviva.it> | De Felice Christian <c.defelice@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 312 | 03/19/14 | Jeff Capaccio <jcapaccio@carrferrell.com>; Anna <anna.gatti@gmail.com>; Tony D N <tony@iqsystem.us> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 313 | 03/19/14 | Calderara Sergio <S.Calderara@almaviva.it> | anna gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 314 | 03/19/14 | Calderara Sergio <S.Calderara@almaviva.it>; Anna <anna.gatti@gmail.com>; Tony D N <tony@iqsystem.us> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege; Attorney Work Product |
| 315 | 03/19/14 | 'jcapaccio@carrferrell.com'; 'anna.gatti@gmail.com'; 'tony@iqsystem.us' | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 316 | 03/19/14 | 'jcapaccio@carrferrell.com'; 'anna.gatti@gmail.com'; 'tony@iqsystem.us' | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 317 | 03/19/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 318 | 03/19/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |

**A-119**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 319 | 03/20/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Trisa Gordon <tgordon@carrferrell.com> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 320 | 03/20/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 321 | 03/20/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 322 | 03/20/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 323 | 03/20/14 | Tony D N <tony@iqsystem.us> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 324 | 03/20/14 | Calderara Sergio <S.Calderara@almaviva.it> | IQsystem <tony@iqsystem.us> | Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 325 | 03/20/14 | Calderara Sergio <S.Calderara@almaviva.it> | IQsystem <tony@iqsystem.us> | Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-120**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 326 | 03/20/14 | Calderara Sergio <S.Calderara@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Trisa Gordon <tgordon@carrferrell.com> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 327 | 03/20/14 | Calderara Sergio <S.Calderara@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Trisa Gordon <tgordon@carrferrell.com> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 328 | 03/21/14 | Calderara Sergio <S.Calderara@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Trisa Gordon <tgordon@carrferrell.com> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege; Attorney Work Product |

**A-121**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 329 | 03/21/14 | Calderara Sergio <S.Calderara@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Trisa Gordon <tgordon@carrferrell.com> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege; Attorney Work Product |
| 330 | 03/24/14 | Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Tony Di Napoli <tdinapoli@elettranova.com> | manuela@iqsystem.us; genny@iqsystem.us; peter@iqsystem.us | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 331 | 03/24/14 | Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Tony Di Napoli <tdinapoli@elettranova.com> | manuela@iqsystem.us; genny@iqsystem.us; peter@iqsystem.us | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 332 | 03/24/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 333 | 03/24/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Tripi Marco <M.Tripi@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 334 | 03/24/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-122**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 335 | 03/24/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 336 | 03/24/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 337 | 03/24/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 338 | 03/24/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 339 | 03/24/14 | Tony Di Napoli <tdinapoli@elettranova.com> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 340 | 03/24/14 | Calderara Sergio <S.Calderara@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Trisa Gordon <tgordon@carrferrell.com> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege; Attorney Work Product |

**A-123**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 341 | 03/24/14 | Calderara Sergio <S.Calderara@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Trisa Gordon <tgordon@carrferrell.com> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege; Attorney Work Product |
| 342 | 03/24/14 | Sandei Valeria <V.Sandei@almawave.it> | Tony Di Napoli <tdinapoli@elettranova.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 343 | 03/24/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re retention of outside counsel and IQ Systems contract | Attorney Client Privilege |
| 344 | 03/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Trisa Gordon <tgordon@carrferrell.com> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |

**A-124**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 345 | 03/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Trisa Gordon <tgordon@carrferrell.com> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 346 | 03/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Anna <anna.gatti@gmail.com>; Tony D N <tony@iqsystem.us>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 347 | 03/25/14 | Calderara Sergio <S.Calderara@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Trisa Gordon <tgordon@carrferrell.com> | Communication to obtain advice or advice re NDA | Attorney Client Privilege; Attorney Work Product |

**A-125**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA


LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)


Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 348 | 03/25/14 | Calderara Sergio <S.Calderara@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Trisa Gordon <tgordon@carrferrell.com> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege; Attorney Work Product |
| 349 | 03/25/14 | Sassani Mariagrazia <M.Sassani@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 350 | 03/25/14 | 'manuela@iqsystem.us' | Sassani Mariagrazia <M.Sassani@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; De Felice Christian <C.DeFelice@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 351 | 03/25/14 | 'manuela@iqsystem.us' | Sassani Mariagrazia <M.Sassani@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; De Felice Christian <C.DeFelice@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-126**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 352 | 03/25/14 | Sassani Mariagrazia <M.Sassani@almawave.it> | De Felice Christian <C.DeFelice@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 353 | 03/25/14 | Sassani Mariagrazia <M.Sassani@almawave.it> | Manuela Micoli <manuela@iqsystem.us> | Sandei Valeria <V.Sandei@almawave.it>; De Felice Christian <C.DeFelice@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 354 | 03/25/14 | Sassani Mariagrazia <M.Sassani@almawave.it> | Manuela Micoli <manuela@iqsystem.us> | Sandei Valeria <V.Sandei@almawave.it>; De Felice Christian <C.DeFelice@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 355 | 03/25/14 | Tony Di Napoli <tdinapoli@elettranova.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 356 | 03/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |

**A-127**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 357 | 03/25/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 358 | 03/25/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 359 | 03/25/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Tony D N <tony@iqsystem.us> | Sandei Valeria <V.Sandei@almawave.it>; Manuela Micoli <manuela@iqsystem.us> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 360 | 03/25/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Tony D N <tony@iqsystem.us> | Sandei Valeria <V.Sandei@almawave.it>; Manuela Micoli <manuela@iqsystem.us> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 361 | 03/25/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 362 | 03/25/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 363 | 03/25/14 | Calderara Sergio <S.Calderara@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 364 | 03/25/14 | Calderara Sergio <S.Calderara@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 365 | 03/25/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-128**

62

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 366 | 03/25/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 367 | 03/25/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 368 | 03/25/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 369 | 03/25/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 370 | 03/25/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 371 | 03/25/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 372 | 03/25/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 373 | 03/25/14 | Calderara Sergio <S.Calderara@almaviva.it>; m.perri@almaviva.it; Sandei Valeria <V.Sandei@almawave.it> | Tony Di Napoli <tdinapoli@elettranova.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 374 | 03/25/14 | Calderara Sergio <S.Calderara@almaviva.it>; m.perri@almaviva.it; Sandei Valeria <V.Sandei@almawave.it> | Tony Di Napoli <tdinapoli@elettranova.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 375 | 03/25/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A–129**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 376 | 03/25/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 377 | 03/26/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 378 | 03/27/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 379 | 03/27/14 | Nobili Sabrina (s.nobili@almaviva.it) | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 380 | 03/27/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 381 | 03/27/14 | 'psternberg@orrick.com' | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 382 | 03/27/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 383 | 03/27/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 384 | 03/27/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 385 | 03/27/14 | 'Sternberg, Peter' <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 386 | 03/27/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |

**A-130**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 387 | 03/27/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 388 | 03/27/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 389 | 03/27/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 390 | 03/28/14 | 'psternberg@orrick.com' | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 391 | 03/28/14 | 'psternberg@orrick.com' | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 392 | 03/28/14 | Peter Sternberg <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 393 | 03/28/14 | Peter Sternberg <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 394 | 03/28/14 | Peter Sternberg <psternberg@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina (s.nobili@almaviva.it) | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 395 | 03/30/14 | Calderara Sergio <S.Calderara@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 396 | 03/30/14 | Calderara Sergio <S.Calderara@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |

**A-131**

65

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 397 | 03/30/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 398 | 03/30/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 399 | 03/30/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 400 | 03/30/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 401 | 03/31/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re retention of outside counsel for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 402 | 03/31/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | | Relaying attorney-client communication re retention of outside counsel for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 403 | 03/31/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re retention of outside counsel for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-132**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 404 | 03/31/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 405 | 03/31/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 406 | 03/31/14 | Marco Mantini <mmantini@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Peter Sternberg <psternberg@orrick.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 407 | 03/31/14 | Marco Mantini <mmantini@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Peter Sternberg <psternberg@orrick.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 408 | 03/31/14 | Marco Mantini <mmantini@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Peter Sternberg <psternberg@orrick.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina (s.nobili@almaviva.it) | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 409 | 03/31/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 410 | 03/31/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 411 | 03/31/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 412 | 04/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-133**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 413 | 04/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 414 | 04/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina (s.nobili@almaviva.it) | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 415 | 04/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 416 | 04/01/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 417 | 04/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 418 | 04/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 419 | 04/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina (s.nobili@almaviva.it) | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 420 | 04/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |

**A-134**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 421 | 04/01/14 | Mantini, Marco <mmantini@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 422 | 04/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 423 | 04/01/14 | Mantini, Marco <mmantini@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 424 | 04/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 425 | 04/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 426 | 04/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 427 | 04/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-135**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 428 | 04/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re IQ Systems contract, and re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 429 | 04/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re IQ Systems contract, and re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 430 | 04/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 431 | 04/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 432 | 04/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 433 | 04/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |

A-136

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 434 | 04/01/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 435 | 04/01/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 436 | 04/01/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 437 | 04/01/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 438 | 04/01/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 439 | 04/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |

**A-137**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 440 | 04/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 441 | 04/02/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege; Attorney Work Product |
| 442 | 04/02/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 443 | 04/02/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 444 | 04/02/14 | Calderara Sergio; Perri Mariantonietta; Nobili Sabrina | Sandei Valeria <v.sandei@almawave.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 445 | 04/02/14 | Tony Di Napoli | Sandei Valeria <v.sandei@almawave.it> | Jeff Capaccio; Anna Gatti | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 446 | 04/02/14 | Sandei Valeria | Tony Di Napoli <tdinapoli@elettranova.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 447 | 04/02/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 448 | 04/02/14 | Anna <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-138**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 449 | 04/02/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 450 | 04/03/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 451 | 04/03/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 452 | 04/03/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel and IQ Systems contract | Attorney Client Privilege |
| 453 | 04/03/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel and IQ Systems contract | Attorney Client Privilege |
| 454 | 04/04/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel and IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 455 | 04/04/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel and IQ Systems contract | Attorney Client Privilege |
| 456 | 04/04/14 | Mantini, Marco <mmantini@orrick.com>; Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 457 | 04/04/14 | Mantini, Marco <mmantini@orrick.com>; Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |

**A-139**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 458 | 04/04/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 459 | 04/04/14 | Sassani Mariagrazia <M.Sassani@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege; Attorney Work Product |
| 460 | 04/04/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel and IQ Systems contract | Attorney Client Privilege |
| 461 | 04/04/14 | Sternberg, Peter <psternberg@orrick.com> | Renzetti Francesco <f.renzetti@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 462 | 04/04/14 | Sternberg, Peter <psternberg@orrick.com> | Renzetti Francesco <f.renzetti@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 463 | 04/05/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 464 | 04/05/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 465 | 04/05/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 466 | 04/07/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel and Almawave patent application and IP portfolio | Attorney Client Privilege |

**A-140**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 467 | 04/07/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege; Attorney Work Product |
| 468 | 04/07/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege; Attorney Work Product |
| 469 | 04/07/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 470 | 04/07/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 471 | 04/07/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 472 | 04/07/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 473 | 04/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it>; Isackson, Robert M. <rmisackson@orrick.com> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 474 | 04/08/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Isackson, Robert M. <rmisackson@orrick.com> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |

**A-141**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 475 | 04/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it>; Isackson, Robert M. <rmisackson@orrick.com> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 476 | 04/08/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Isackson, Robert M. <rmisackson@orrick.com> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 477 | 04/08/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 478 | 04/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 479 | 04/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 480 | 04/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 481 | 04/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 482 | 04/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 483 | 04/08/14 | 'psternberg@orrick.com' | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 484 | 04/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

A-142

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 485 | 04/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 486 | 04/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 487 | 04/09/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 488 | 04/09/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 489 | 04/09/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 490 | 04/09/14 | | Orrick | | Draft IQSystem Confidential Information and Invention Assignment Agreement | Attorney Work Product |
| 491 | 04/09/14 | | Orrick | | Draft IQSystem Confidential Information and Invention Assignment Agreement | Attorney Work Product |
| 492 | 04/09/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 493 | 04/09/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 494 | 04/09/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |

**A-143**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 495 | 04/09/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 496 | 04/09/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 497 | 04/10/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege; Attorney Work Product |
| 498 | 04/11/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 499 | 04/11/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 500 | 04/11/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 501 | 04/11/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |

**A-144**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 502 | 04/11/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 503 | 04/11/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 504 | 04/11/14 | Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 505 | 04/11/14 | Sandei Valeria | Sternberg Peter | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 506 | 04/11/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 507 | 04/11/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 508 | 04/11/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 509 | 04/11/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |

**A-145**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 510 | 04/13/14 | Anna <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re retention of outside counsel for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 511 | 04/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 512 | 04/14/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 513 | 04/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 514 | 04/14/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 515 | 04/14/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |

**A-146**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 516 | 04/14/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; re IQ Systems contract; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 517 | 04/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; re IQ Systems contract; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 518 | 04/15/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 519 | 04/15/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 520 | 04/15/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 521 | 04/15/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 522 | 04/15/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 523 | 04/15/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 524 | 04/15/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sassani Mariagrazia <M.Sassani@almawave.it> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege; Attorney Work Product |
| 525 | 04/15/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; re IQ Systems contract; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 526 | 04/15/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; re IQ Systems contract; and Almawave patent application and IP portfolio | Attorney Client Privilege |

**A-147**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)


Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 527 | 04/15/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; re IQ Systems contract; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 528 | 04/15/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; re IQ Systems contract; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 529 | 04/15/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; re IQ Systems contract; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 530 | 04/15/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 531 | 04/15/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; re IQ Systems contract; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 532 | 04/15/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 533 | 04/15/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 534 | 04/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 535 | 04/16/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |

**A-148**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 536 | 04/16/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 537 | 04/16/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |
| 538 | 04/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 539 | 04/16/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Maria Antonietta <ma.perri@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 540 | 04/16/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 541 | 04/16/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 542 | 04/16/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 543 | 04/16/14 | 'Douglas Fernandes Junior' <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 544 | 04/16/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 545 | 04/16/14 | 'Douglas Fernandes Junior' <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 546 | 04/16/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 547 | 04/16/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-149**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 548 | 04/16/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 549 | 04/16/14 | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 550 | 04/16/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 551 | 04/16/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 552 | 04/16/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 553 | 04/16/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 554 | 04/16/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; re Gatti employment contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 555 | 04/16/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |

**A-150**

84

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 556 | 04/16/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; re Gatti employment contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 557 | 04/16/14 | Nobili Sabrina (s.nobili@almaviva.it) | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; re Gatti employment contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 558 | 04/16/14 | Nobili Sabrina (s.nobili@almaviva.it) | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 559 | 04/16/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 560 | 04/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 561 | 04/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 562 | 04/16/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Gatti employment contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 563 | 04/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 564 | 04/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; IQ Systems contract; Gatti employment contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |

**A-151**

85

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 565 | 04/16/14 | 'psternberg@orrick.com' | Calderara Sergio <S.Calderara@almaviva.it> | 'sstrube@orrick.com'; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; IQ Systems contract; Gatti employment contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 566 | 04/17/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 567 | 04/17/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 568 | 04/17/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 569 | 04/17/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 570 | 04/17/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 571 | 04/17/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 572 | 04/17/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 573 | 04/17/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 574 | 04/17/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 575 | 04/17/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |

**A-152**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 576 | 04/17/14 | Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 577 | 04/17/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Tripi Marco <M.Tripi@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 578 | 04/17/14 | Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 579 | 04/17/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 580 | 04/17/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 581 | 04/17/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 582 | 04/17/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 583 | 04/17/14 | Anna <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 584 | 04/17/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 585 | 04/17/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 586 | 04/17/14 | Nobili Sabrina (s.nobili@almaviva.it) | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-153**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 587 | 04/17/14 | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 588 | 04/17/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 589 | 04/17/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 590 | 04/17/14 | Nobili Sabrina (s.nobili@almaviva.it) | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 591 | 04/18/14 | 'Sternberg, Peter' <psternberg@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; IQ Systems contract; Gatti employment contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 592 | 04/18/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; IQ Systems contract; Gatti employment contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 593 | 04/19/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 594 | 04/19/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 595 | 04/19/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-154**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 596 | 04/19/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 597 | 04/19/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 598 | 04/20/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 599 | 04/22/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 600 | 04/22/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 601 | 04/22/14 | Sandei Valeria <V.Sandei@almawave.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 602 | 04/22/14 | Sandei Valeria <V.Sandei@almawave.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 603 | 04/22/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-155**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 604 | 04/22/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |
| 605 | 04/22/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 606 | 04/22/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Tripi Marco <M.Tripi@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 607 | 04/22/14 | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | Strube, Scot <sstrube@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com>; Sternberg, Peter <psternberg@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 608 | 04/22/14 | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | Strube, Scot <sstrube@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com>; Sternberg, Peter <psternberg@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 609 | 04/23/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 610 | 04/23/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 611 | 04/23/14 | Tripi Marco <M.Tripi@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-156**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 612 | 04/23/14 | Tripi Marco <M.Tripi@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 613 | 04/23/14 | Anna <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 614 | 04/23/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 615 | 04/23/14 | Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Mantini, Marco <mmantini@orrick.com> | Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 616 | 04/23/14 | Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Mantini, Marco <mmantini@orrick.com> | Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 617 | 04/23/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |
| 618 | 04/23/14 | Roberto Fracassi (fracassi@studiognudi.it); MASTROSANTI GIOVANNI <G.Mastrosanti@almaviva.it> | DIBITONTO ANTONIO <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-157**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 619 | 04/24/14 | Martino Vincenzo <V.Martino@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 620 | 04/24/14 | mmantini@orrick.com | Martino Vincenzo <V.Martino@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; psternberg@orrick.com; sstrube@orrick.com; vhein@orrick.com | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 621 | 04/24/14 | mmantini@orrick.com | Martino Vincenzo <V.Martino@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; psternberg@orrick.com; sstrube@orrick.com; vhein@orrick.com | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 622 | 04/24/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 623 | 04/24/14 | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it>; MASTROSANTI GIOVANNI <G.Mastrosanti@almaviva.it> | Roberto Fracassi <fracassi@studiognudi.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 624 | 04/24/14 | Roberto Fracassi <fracassi@studiognudi.it>; DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | MASTROSANTI GIOVANNI <G.Mastrosanti@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-158**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 625 | 04/25/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 626 | 04/25/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 627 | 04/26/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 628 | 04/26/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 629 | 04/28/14 | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 630 | 04/28/14 | Roberto Fracassi <fracassi@studiognudi.it>; DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | MASTROSANTI GIOVANNI <G.Mastrosanti@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 631 | 04/28/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 632 | 04/28/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 633 | 04/28/14 | Nobili Sabrina <S.Nobili@almaviva.it> | DIBITONTO ANTONIO <fi200244@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-159**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 634 | 04/28/14 | Nobili Sabrina <S.Nobili@almaviva.it> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Calderara Sergio <S.Calderara@almaviva.it>; MASTROSANTI GIOVANNI <G.Mastrosanti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 635 | 04/28/14 | Nobili Sabrina <S.Nobili@almaviva.it> | DIBITONTO ANTONIO <fi200244@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it>; 'Douglas Fernandes Junior' <dfjunior@almavivadobrasil.com.br>; Calderara Sergio <S.Calderara@almaviva.it>; MASTROSANTI GIOVANNI <G.Mastrosanti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 636 | 04/28/14 | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Calderara Sergio <S.Calderara@almaviva.it>; MASTROSANTI GIOVANNI <G.Mastrosanti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 637 | 04/28/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 638 | 04/28/14 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 639 | 04/29/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-160**

94

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 640 | 04/29/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 641 | 04/29/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 642 | 04/29/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 643 | 04/29/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 644 | 04/29/14 | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | MASTROSANTI GIOVANNI <G.Mastrosanti@almaviva.it> | Roberto Fracassi <fracassi@studiognudi.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 645 | 04/30/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 646 | 04/30/14 | Nobili Sabrina <S.Nobili@almaviva.it> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Calderara Sergio <S.Calderara@almaviva.it>; MASTROSANTI GIOVANNI <G.Mastrosanti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-161**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 647 | 04/30/14 | Nobili Sabrina <S.Nobili@almaviva.it> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Calderara Sergio <S.Calderara@almaviva.it>; MASTROSANTI GIOVANNI <G.Mastrosanti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 648 | 04/30/14 | Sandei Valeria <V.Sandei@almawave.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 649 | 04/30/14 | Sandei Valeria <V.Sandei@almawave.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 650 | 04/30/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 651 | 04/30/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-162**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 652 | 04/30/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 653 | 04/30/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 654 | 05/02/14 | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 655 | 05/02/14 | Mantini, Marco <mmantini@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | Gelosi Antonella <A.Gelosi@almaviva.it> | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 656 | 05/02/14 | 'Douglas Fernandes Junior' <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 657 | 05/02/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 658 | 05/02/14 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 659 | 05/02/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-163**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 660 | 05/03/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 661 | 05/03/14 | Anna <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 662 | 05/03/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 663 | 05/05/14 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |
| 664 | 05/05/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |
| 665 | 05/05/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 666 | 05/05/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |

**A-164**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 667 | 05/05/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 668 | 05/05/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 669 | 05/05/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 670 | 05/05/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 671 | 05/05/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 672 | 05/05/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 673 | 05/05/14 | Tripi Alberto <A.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Tripi Marco <M.Tripi@almaviva.it> | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Work Product |
| 674 | 05/05/14 | 'Mantini, Marco' <mmantini@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 675 | 05/05/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 676 | 05/05/14 | Jeff Capaccio <jcapaccio@carrferrell.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Tony D N (tony@iqsystem.us); Anna <anna.gatti@gmail.com>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege; Attorney Work Product |
| 677 | 05/05/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |

**A-165**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 678 | 05/05/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 679 | 05/05/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 680 | 05/05/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 681 | 05/05/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 682 | 05/05/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 683 | 05/05/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Calderara Sergio <S.Calderara@almaviva.it> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation and IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 684 | 05/05/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Calderara Sergio <s.calderara@mailitmaster.com> | Dibitonto Antonio (A.Dibitonto@almaviva.it); Nicolella Angela <A.Nicolella@almaviva.it>; Nobili Sabrina (s.nobili@almaviva.it); Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation and IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 685 | 05/05/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |

**A-166**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 686 | 05/05/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 687 | 05/05/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel; re IQ Systems contract, and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 688 | 05/05/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re retention of outside counsel; Gatti employment agreements; IQ Systems contract; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 689 | 05/05/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re retention of outside counsel; Gatti employment agreements; IQ Systems contract; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 690 | 05/05/14 | Calderara Sergio <S.Calderara@almaviva.it> | anna gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 691 | 05/05/14 | Calderara Sergio <S.Calderara@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation and IQ Systems contract | Attorney Client Privilege |

**A-167**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 692 | 05/06/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 693 | 05/06/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 694 | 05/06/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; Gatti employment agreements; IQ Systems contract; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 695 | 05/06/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; Gatti employment agreements; IQ Systems contract; and Almawave patent application and IP portfolio | Attorney Client Privilege |
| 696 | 05/06/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Calderara Sergio <S.Calderara@almaviva.it> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 697 | 05/06/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Calderara Sergio <S.Calderara@almaviva.it> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation and IQ Systems contract | Attorney Client Privilege; Attorney Work Product |

**A-168**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 698 | 05/06/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; Gatti employment agreements; IQ Systems contract; and Almawave patent application and IP portfolio | Attorney Client Privilege; Attorney Work Product |
| 699 | 05/06/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re NDA | Attorney Client Privilege; Attorney Work Product |
| 700 | 05/06/14 | anna gatti <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 701 | 05/06/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation and IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 702 | 05/06/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation and IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 703 | 05/06/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 704 | 05/06/14 | Tripi Alberto <A.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Tripi Marco <M.Tripi@almaviva.it> | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-169**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 705 | 05/06/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; DIBITONTO ANTONIO <A.Dibitonto@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 706 | 05/06/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; DIBITONTO ANTONIO <A.Dibitonto@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 707 | 05/06/14 | Sandei Valeria <V.Sandei@almawave.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; DIBITONTO ANTONIO <A.Dibitonto@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 708 | 05/06/14 | Calderara Sergio <S.Calderara@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation and IQ Systems contract | Attorney Client Privilege |

**A-170**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 709 | 05/06/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Giuseppe Aloia <galoia@almavivadobrasil.com.br>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 710 | 05/06/14 | 'dfjunior@almavivadobrasil.com.br' | Calderara Sergio <S.Calderara@almaviva.it> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 711 | 05/06/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 712 | 05/06/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 713 | 05/07/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 714 | 05/07/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 715 | 05/07/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 716 | 05/07/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 717 | 05/07/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 718 | 05/07/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-171**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 719 | 05/07/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 720 | 05/07/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 721 | 05/07/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 722 | 05/07/14 | 'Mantini, Marco' <mmantini@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 723 | 05/07/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 724 | 05/07/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 725 | 05/07/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |

**A-172**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 726 | 05/07/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 727 | 05/07/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | Dibitonto Antonio (A.Dibitonto@almaviva.it); Nicolella Angela <A.Nicolella@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Nobili Sabrina (s.nobili@almaviva.it); Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 728 | 05/07/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 729 | 05/07/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 730 | 05/07/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 731 | 05/07/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation; Gatti employment agreements; and IQ Systems contract | Attorney Client Privilege |
| 732 | 05/07/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 733 | 05/07/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-173**

107

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 734 | 05/07/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina (s.nobili@almaviva.it) | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 735 | 05/07/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 736 | 05/07/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 737 | 05/07/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it>; Aloia Giuseppe <G.Aloia@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 738 | 05/07/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it>; Aloia Giuseppe <G.Aloia@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 739 | 05/07/14 | Martino Vincenzo <V.Martino@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |
| 740 | 05/07/14 | | Martino Vincenzo | | Draft Almawave bylaws | Attorney Work Product |
| 741 | 05/07/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Martino Vincenzo <V.Martino@almaviva.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |
| 742 | 05/07/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |

**A-174**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 743 | 05/07/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 744 | 05/08/14 | Magnano Melissa <M.Magnano@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 745 | 05/08/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 746 | 05/08/14 | De Lucia Francesco <F.DeLucia@almaviva.it> | Magnano Melissa <M.Magnano@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 747 | 05/08/14 | Magnano Melissa <M.Magnano@almaviva.it> | De Lucia Francesco <F.DeLucia@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 748 | 05/08/14 | De Lucia Francesco <F.DeLucia@almaviva.it>; Magnano Melissa <M.Magnano@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 749 | 05/08/14 | 'sstrube@orrick.com' | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; 'psternberg@orrick.com'; 'mmantini@orrick.com' | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 750 | 05/08/14 | 'anna.gatti@gmail.com' | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 751 | 05/08/14 | 'anna.gatti@gmail.com' | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |

**A-175**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 752 | 05/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; 'dfjunior@almavivadobrasil.com.br'; Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 753 | 05/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; 'dfjunior@almavivadobrasil.com.br'; Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 754 | 05/08/14 | Tripi Marco <M.Tripi@almaviva.it>; Tripi Alberto <A.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |
| 755 | 05/08/14 | 'dfjunior@almavivadobrasil.com.br' | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 756 | 05/08/14 | Tripi Marco <M.Tripi@almaviva.it>; Tripi Alberto <A.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |
| 757 | 05/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Alberto <A.Tripi@almaviva.it> | Tripi Marco <M.Tripi@almaviva.it> | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 758 | 05/08/14 | Tripi Alberto <A.Tripi@almaviva.it> | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-176**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

03/07/2016

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 759 | 05/08/14 | Tripi Alberto <A.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Tripi Marco <M.Tripi@almaviva.it> | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 760 | 05/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Alberto <A.Tripi@almaviva.it> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 761 | 05/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; dfjunior@almavivadobrasil.com.br; Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 762 | 05/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; dfjunior@almavivadobrasil.com.br; Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 763 | 05/08/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-177**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 764 | 05/08/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Boldini Raffaella <R.Boldini@almawave.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 765 | 05/08/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Boldini Raffaella <R.Boldini@almawave.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 766 | 05/08/14 | Tripi Alberto <A.Tripi@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 767 | 05/08/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 768 | 05/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | Tripi Alberto <A.Tripi@almaviva.it> | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-178**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 769 | 05/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Ferraresi Silvia <S.Ferraresi@almaviva.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 770 | 05/08/14 | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Boldini Raffaella <R.Boldini@almawave.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Anna <anna.gatti@gmail.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 771 | 05/08/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Aloia Giuseppe <G.Aloia@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 772 | 05/08/14 | | Orrick | | Draft Almawave bylaws | Attorney Work Product |
| 773 | 05/08/14 | Anna Gatti (anna.gatti@gmail.com) | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 774 | 05/09/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-179**

113

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 775 | 05/09/14 | Calderara Sergio <S.Calderara@almaviva.it> | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 776 | 05/09/14 | Calderara Sergio <S.Calderara@almaviva.it> | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 777 | 05/09/14 | anna gatti <anna.gatti@gmail.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 778 | 05/09/14 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation and IQ Systems contract | Attorney Client Privilege |
| 779 | 05/09/14 | Tripi Marco <M.Tripi@almaviva.it>; Tripi Alberto <A.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation and IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 780 | 05/09/14 | Calderara Sergio <S.Calderara@almaviva.it> | D'Elia Annabella <A.Delia@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Barbieri Francesco <f.barbieri@almaviva.it>; Bonaventura Rita <R.Bonaventura@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 781 | 05/09/14 | Mantini, Marco <mmantini@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | Strube, Scot (sstrube@orrick.com); Sternberg, Peter (psternberg@orrick.com); Guillard Hein, Valerie S. (vhein@orrick.com) | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-180**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 782 | 05/10/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 783 | 05/10/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 784 | 05/10/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 785 | 05/11/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 786 | 05/12/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 787 | 05/12/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-181**

115

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 788 | 05/12/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 789 | 05/12/14 | 'Strube, Scot' <sstrube@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 790 | 05/12/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 791 | 05/12/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-182**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 792 | 05/12/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 793 | 05/12/14 | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 794 | 05/12/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 795 | 05/12/14 | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; 'dfjunior@almavivadobrasil.com.br' | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 796 | 05/12/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 797 | 05/12/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation and IQ Systems contract | Attorney Client Privilege |

**A-183**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 798 | 05/12/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina (s.nobili@almaviva.it); Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation and IQ Systems contract | Attorney Client Privilege |
| 799 | 05/12/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation and IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 800 | 05/12/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation and IQ Systems contract | Attorney Client Privilege |
| 801 | 05/12/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation and IQ Systems contract | Attorney Client Privilege |
| 802 | 05/12/14 | Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 803 | 05/12/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-184**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 804 | 05/12/14 | Sandei Valeria <V.Sandei@almawave.it> | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; 'dfjunior@almavivadobrasil.com.br'; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 805 | 05/12/14 | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; dfjunior@almavivadobrasil.com.br; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 806 | 05/12/14 | DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; dfjunior@almavivadobrasil.com.br; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 807 | 05/12/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege; Attorney Work Product |
| 808 | 05/12/14 | Sandei Valeria <V.Sandei@almawave.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 809 | 05/12/14 | Sandei Valeria <V.Sandei@almawave.it>; DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it>; dfjunior@almavivadobrasil.com.br; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 810 | 05/12/14 | Sandei Valeria <V.Sandei@almawave.it>; DIBITONTO ANTONIO <A.Dibitonto@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it>; dfjunior@almavivadobrasil.com.br; Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-185**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 811 | 05/12/14 | Sandei Valeria <V.Sandei@almawave.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 812 | 05/12/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 813 | 05/12/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 814 | 05/12/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege; Attorney Work Product |
| 815 | 05/12/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 816 | 05/12/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 817 | 05/12/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege; Attorney Work Product |
| 818 | 05/12/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Maria Antonietta <ma.perri@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege; Attorney Work Product |
| 819 | 05/12/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |
| 820 | 05/12/14 | Irace Marina <M.Irace@almaviva.it> | Perri Maria Antonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege; Attorney Work Product |
| 821 | 05/12/14 | Irace Marina <M.Irace@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege; Attorney Work Product |

**A-186**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 822 | 05/12/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 823 | 05/12/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 824 | 05/12/14 | Calderara Sergio <S.Calderara@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Sandei Valeria <V.Sandei@almawave.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation and IQ Systems contract | Attorney Client Privilege |
| 825 | 05/13/14 | | Orrick | | Draft Stock Purchase Agreement | Attorney Work Product |
| 826 | 05/13/14 | | Orrick | | Draft Common Stock Ledger | Attorney Work Product |
| 827 | 05/13/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 828 | 05/13/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 829 | 05/13/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 830 | 05/13/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Maria Antonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 831 | 05/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege; Attorney Work Product |

**A-187**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 832 | 05/13/14 | Tripi Marco <M.Tripi@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation and IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 833 | 05/13/14 | Sassani Mariagrazia <M.Sassani@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 834 | 05/13/14 | 'dfjunior@almavivadobrasil.com.br' | Perri Maria Antonietta <ma.perri@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation and IQ Systems contract | Attorney Client Privilege |
| 835 | 05/13/14 | | Orrick | | Draft Indemnification Agreement | Attorney Work Product |
| 836 | 05/13/14 | | Orrick | | Draft Indemnification Agreement | Attorney Work Product |
| 837 | 05/13/14 | | Orrick | | Draft Indemnification Agreement | Attorney Work Product |
| 838 | 05/13/14 | | Orrick | | Draft Indemnification Agreement | Attorney Work Product |
| 839 | 05/13/14 | | Orrick | | Draft Almawave bylaws | Attorney Work Product |
| 840 | 05/13/14 | | Orrick | | Draft Indemnification Agreement | Attorney Work Product |
| 841 | 05/13/14 | | Orrick | | Draft Almawave Notice of Issuance of Stock | Attorney Work Product |
| 842 | 05/13/14 | | Orrick | | Draft Almawave bylaws | Attorney Work Product |
| 843 | 05/13/14 | | Orrick | | Draft Almawave Action by Unanimous Written Consent of the Board of Directors | Attorney Work Product |
| 844 | 05/13/14 | | Orrick | | Draft Almawave Action of Incorporator | Attorney Work Product |
| 845 | 05/13/14 | | Orrick | | Draft Almawave Action by Written Consent of the Sole Shareholder | Attorney Work Product |

**A-188**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 846 | 05/13/14 | Sassani Mariagrazia <M.Sassani@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 847 | 05/13/14 | Perri Maria Antonietta <ma.perri@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation and IQ Systems contract | Attorney Client Privilege |
| 848 | 05/13/14 | | Orrick | | Draft Almawave Action by Unanimous Written Consent of the Board of Directors | Attorney Work Product |
| 849 | 05/13/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Martino Vincenzo <V.Martino@almaviva.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Work Product |
| 850 | 05/13/14 | Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 851 | 05/13/14 | Nobili Sabrina <S.Nobili@almaviva.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Sandei Valeria <v.sandei@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-189**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 852 | 05/13/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 853 | 05/13/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 854 | 05/13/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 855 | 05/13/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Sandei Valeria <V.Sandei@almawave.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 856 | 05/13/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Sandei Valeria <V.Sandei@almawave.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 857 | 05/14/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 858 | 05/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 859 | 05/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 860 | 05/14/14 | Nobili Sabrina <S.Nobili@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Perri Maria Antonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-190**

124

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 861 | 05/14/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |
| 862 | 05/14/14 | | Orrick | | Draft Incorporation Document | Attorney Work Product |
| 863 | 05/14/14 | | Orrick | | Draft Incorporation Document | Attorney Work Product |
| 864 | 05/14/14 | Tripi Marco <M.Tripi@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 865 | 05/14/14 | Tripi Marco <M.Tripi@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Perri Maria Antonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 866 | 05/14/14 | Tripi Marco <M.Tripi@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-191**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 867 | 05/14/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 868 | 05/14/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Perri Mariantonietta <ma.perri@almaviva.it>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 869 | 05/14/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Perri Mariantonietta <ma.perri@almaviva.it>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 870 | 05/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Maria Antonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 871 | 05/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 872 | 05/14/14 | Nicolella Angela <A.Nicolella@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it> | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 873 | 05/14/14 | 'Mantini, Marco' <mmantini@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-192**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 874 | 05/14/14 | Strube, Scot (sstrube@orrick.com) | Nobili Sabrina <s.nobili@mailitmaster.com> | Sternberg, Peter (psternberg@orrick.com); Mantini, Marco <mmantini@orrick.com>; Guillard Hein, Valerie S. (vhein@orrick.com); Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 875 | 05/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | D'elia Annabella <A.Delia@almaviva.it> | Bonaventura Rita <R.Bonaventura@almaviva.it>; Magnano Melissa <M.Magnano@almaviva.it>; Barbieri Francesco <f.barbieri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 876 | 05/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | anna gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 877 | 05/15/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 878 | 05/15/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 879 | 05/15/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 880 | 05/15/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |

**A-193**

127

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 881 | 05/15/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 882 | 05/16/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 883 | 05/16/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 884 | 05/16/14 | 'Mantini, Marco' <mmantini@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Relaying attorney-client communication re preparation of corporate documents for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 885 | 05/16/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | | Relaying attorney-client communication re preparation of corporate documents for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |
| 886 | 05/16/14 | 'Mantini, Marco' <mmantini@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Relaying attorney-client communication re preparation of corporate documents for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-194**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 887 | 05/16/14 | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Boldini Raffaella <R.Boldini@almawave.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Anna <anna.gatti@gmail.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 888 | 05/16/14 | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Boldini Raffaella <R.Boldini@almawave.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Anna <anna.gatti@gmail.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 889 | 05/16/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 890 | 05/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 891 | 05/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 892 | 05/16/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 893 | 05/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 894 | 05/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-195**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 895 | 05/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 896 | 05/16/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Boldini Raffaella <R.Boldini@almawave.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 897 | 05/16/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Boldini Raffaella <R.Boldini@almawave.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 898 | 05/16/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Boldini Raffaella <R.Boldini@almawave.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 899 | 05/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 900 | 05/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-196**

130

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 901 | 05/16/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 902 | 05/16/14 | 'anna.gatti@gmail.com' | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Boldini Raffaella <R.Boldini@almawave.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 903 | 05/16/14 | 'anna.gatti@gmail.com' | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Boldini Raffaella <R.Boldini@almawave.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 904 | 05/16/14 | 'anna.gatti@gmail.com' | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Boldini Raffaella <R.Boldini@almawave.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-197**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 905 | 05/17/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 906 | 05/19/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 907 | 05/19/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege; Attorney Work Product |
| 908 | 05/19/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege; Attorney Work Product |
| 909 | 05/19/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 910 | 05/19/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Gatti employment agreement and IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 911 | 05/19/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | | Relaying attorney-client communication re Gatti employment agreement and IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 912 | 05/19/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 913 | 05/19/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 914 | 05/20/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-198**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 915 | 05/20/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 916 | 05/20/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 917 | 05/20/14 | | Orrick | | Draft IQSystem Confidential Information and Invention Assignment Agreement | Attorney Work Product |
| 918 | 05/20/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 919 | 05/20/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 920 | 05/20/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 921 | 05/20/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 922 | 05/20/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 923 | 05/20/14 | Sassani Mariagrazia <M.Sassani@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 924 | 05/20/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 925 | 05/20/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 926 | 05/20/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 927 | 05/20/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 928 | 05/20/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |

**A-199**

133

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|-----|----------|----|--------------|----|-----------------|-------------------|
| 929 | 05/20/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Gatti employment agreement and IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 930 | 05/20/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Gatti employment agreement and IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 931 | 05/20/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 932 | 05/20/14 | Anna <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 933 | 05/20/14 | Sandei Valeria <V.Sandei@almawave.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 934 | 05/20/14 | Sandei Valeria <V.Sandei@almawave.it> | Nobili Sabrina <S.Nobili@almaviva.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 935 | 05/20/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-200**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 936 | 05/20/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 937 | 05/21/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 938 | 05/21/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 939 | 05/21/14 | Mantini, Marco <mmantini@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 940 | 05/22/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 941 | 05/23/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 942 | 05/23/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 943 | 05/23/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | Strube, Scot <sstrube@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com>; Sternberg, Peter <psternberg@orrick.com> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 944 | 05/23/14 | | Orrick | | Draft Indemnification Agreement | Attorney Work Product |
| 945 | 05/23/14 | | Orrick | | Draft Indemnification Agreement | Attorney Work Product |
| 946 | 05/23/14 | | Orrick | | Draft Indemnification Agreement | Attorney Work Product |
| 947 | 05/23/14 | | Orrick | | Draft Indemnification Agreement | Attorney Work Product |
| 948 | 05/23/14 | | Orrick | | Draft Almawave Action by Unanimous Written Consent of the Board of Directors | Attorney Work Product |

**A-201**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 949 | 05/23/14 | | Orrick | | Draft Almawave Action by Written Consent of the Sole Shareholder | Attorney Work Product |
| 950 | 05/23/14 | | Orrick | | Draft Stock Purchase Agreement | Attorney Work Product |
| 951 | 05/23/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Aloia Giuseppe <G.Aloia@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 952 | 05/23/14 | | Orrick | | Draft Almawave bylaws | |
| 953 | 05/26/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 954 | 05/26/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 955 | 05/26/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 956 | 05/26/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 957 | 05/26/14 | anna.gatti@gmail.com | Nobili Sabrina <s.nobili@mailitmaster.com> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |
| 958 | 05/27/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 959 | 05/27/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 960 | 05/27/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Ricci Vincenza <V.Ricci@almaviva.it> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |

**A-202**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 961 | 05/27/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 962 | 05/27/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 963 | 05/27/14 | Mantini, Marco <mmantini@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 964 | 05/27/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 965 | 05/27/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 966 | 05/27/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 967 | 05/27/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 968 | 05/27/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 969 | 05/28/14 | Mantini, Marco <mmantini@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 970 | 05/28/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 971 | 05/28/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |

**A-203**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 972 | 05/28/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 973 | 05/28/14 | Tripi Marco <M.Tripi@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; anna.gatti@gmail.com; De Felice Christian <C.DeFelice@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 974 | 05/28/14 | Tripi Marco <M.Tripi@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; anna.gatti@gmail.com; De Felice Christian <C.DeFelice@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 975 | 05/28/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Tripi Marco <M.Tripi@almaviva.it>; anna.gatti@gmail.com; De Felice Christian <C.DeFelice@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 976 | 05/28/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 977 | 05/28/14 | 'Mantini, Marco' <mmantini@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 978 | 05/28/14 | 'Mantini, Marco' <mmantini@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege; Attorney Work Product |
| 979 | 05/28/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 980 | 05/29/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-204**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 981 | 05/29/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | anna gatti <anna.gatti@gmail.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 982 | 05/29/14 | 'Mantini, Marco' <mmantini@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 983 | 05/29/14 | 'Strube, Scot' <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 984 | 05/29/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 985 | 05/29/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | anna gatti <anna.gatti@gmail.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 986 | 05/29/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | anna gatti <anna.gatti@gmail.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 987 | 05/29/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 988 | 05/29/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 989 | 05/29/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 990 | 05/29/14 | 'Strube, Scot' <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Almawave IP portfolio | Attorney Client Privilege |

**A-205**

139

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 991 | 05/29/14 | 'Strube, Scot' <sstrube@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; 'Sternberg, Peter' <psternberg@orrick.com>; 'Mantini, Marco' <mmantini@orrick.com> | Communication to obtain advice or advice re Almawave IP portfolio | Attorney Client Privilege |
| 992 | 05/29/14 | Calderara Sergio <S.Calderara@almaviva.it> | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 993 | 05/29/14 | Calderara Sergio <S.Calderara@almaviva.it> | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 994 | 05/30/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 995 | 05/30/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re Almawave IP portfolio | Attorney Client Privilege |
| 996 | 05/30/14 | 'Sternberg, Peter' <psternberg@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re Almawave IP portfolio | Attorney Client Privilege |
| 997 | 05/30/14 | Nicolella Angela <A.Nicolella@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 998 | 05/30/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re Almawave IP portfolio | Attorney Client Privilege |
| 999 | 05/30/14 | 'Sternberg, Peter' <psternberg@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re Almawave IP portfolio | Attorney Client Privilege |
| 1000 | 05/30/14 | Sforza Carla <C.Sforza@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege; Attorney Work Product |
| 1001 | 05/30/14 | Nicolella Angela <A.Nicolella@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it> | Anna <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-206**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1002 | 05/30/14 | Anna <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it> | Nicolella Angela <A.Nicolella@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it> | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1003 | 05/30/14 | 'Anna' <anna.gatti@gmail.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Nicolella Angela <A.Nicolella@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it> | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1004 | 05/30/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1005 | 05/30/14 | Nobili Sabrina (s.nobili@almaviva.it) | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1006 | 05/30/14 | anna.gatti@gmail.com | Nobili Sabrina <s.nobili@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1007 | 05/30/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Anna <anna.gatti@gmail.com> | De Felice Christian <C.DeFelice@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1008 | 05/30/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 1009 | 05/30/14 | 'Strube, Scot' <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-207**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1010 | 05/30/14 | 'Strube, Scot' <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 1011 | 05/30/14 | 'Strube, Scot' <sstrube@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; 'Sternberg, Peter' <psternberg@orrick.com>; 'Mantini, Marco' <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 1012 | 05/30/14 | anna gatti <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 1013 | 05/30/14 | anna gatti <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 1014 | 05/30/14 | 'anna gatti' <anna.gatti@gmail.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 1015 | 05/30/14 | | Orrick | | Draft IQSystem Confidential Information and Invention Assignment Agreement | Attorney Work Product |
| 1016 | 05/30/14 | | Orrick | | Draft Confidential Information and Invention Assignment Agreement | Attorney Work Product |
| 1017 | 05/30/14 | Carlo Ruggeri <cruggeri@almavivadobrasil.com.br> | De Felice Christian <C.DeFelice@almaviva.it> | Nicolella Angela <A.Nicolella@almaviva.it>; Michele Battolla <mbattolla@almavivadobrasil.com.br>; Nobili Sabrina <S.Nobili@almaviva.it> | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-208**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1018 | 05/30/14 | 'Douglas Fernandes Junior' <dfjunior@almavivadobrasil.com.br>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Michele Battolla <mbattolla@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1019 | 05/30/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Michele Battolla <mbattolla@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1020 | 05/30/14 | 'Douglas Fernandes Junior' <dfjunior@almavivadobrasil.com.br>; 'Carlo Ruggeri' <cruggeri@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; 'Michele Battolla' <mbattolla@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1021 | 05/30/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Michele Battolla <mbattolla@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1022 | 05/31/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Mantini, Marco <mmantini@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1023 | 06/01/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-209**

143

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1024 | 06/01/14 | De Felice Christian <C.DeFelice@almaviva.it> | Carlo Ruggeri <cruggeri@almavivadobrasil.com.br> | Nicolella Angela <A.Nicolella@almaviva.it>; Michele Battolla <mbattolla@almavivadobrasil.com.br>; Nobili Sabrina <S.Nobili@almaviva.it> | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1025 | 06/02/14 | 'anna.gatti@gmail.com' | Nobili Sabrina <s.nobili@mailitmaster.com> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1026 | 06/02/14 | Nicolella Angela <A.Nicolella@almaviva.it> | Michele Battolla <mbattolla@almavivadobrasil.com.br> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1027 | 06/02/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com>; Adams, Dylan O. <dadams@orrick.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com> | Communication to obtain advice or advice re Almawave IP portfolio | Attorney Client Privilege |
| 1028 | 06/02/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1029 | 06/02/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-210**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1030 | 06/02/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Mantini, Marco <mmantini@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1031 | 06/02/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Mantini, Marco <mmantini@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1032 | 06/02/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1033 | 06/02/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1034 | 06/02/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com>; Adams, Dylan O. <dadams@orrick.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com> | Communication to obtain advice or advice re Almawave IP portfolio | Attorney Client Privilege |

**A-211**

145

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1035 | 06/03/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com>; Adams, Dylan O. <dadams@orrick.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com> | Communication to obtain advice or advice re Almawave IP portfolio | Attorney Client Privilege |
| 1036 | 06/03/14 | Sandei Valeria <V.Sandei@almawave.it>; 'anna.gatti@gmail.com' | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1037 | 06/03/14 | Sandei Valeria <V.Sandei@almawave.it>; 'anna.gatti@gmail.com' | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1038 | 06/03/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Mantini, Marco <mmantini@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1039 | 06/03/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Mantini, Marco <mmantini@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1040 | 06/03/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Mantini, Marco <mmantini@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |

A-212

146

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1041 | 06/03/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Mantini, Marco <mmantini@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 1042 | 06/03/14 | 'Sternberg, Peter' <psternberg@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Mantini, Marco <mmantini@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 1043 | 06/03/14 | Sandei Valeria <V.Sandei@almawave.it>; anna gatti <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1044 | 06/03/14 | Sandei Valeria <V.Sandei@almawave.it>; anna gatti <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1045 | 06/03/14 | Sandei Valeria <V.Sandei@almawave.it>; 'anna gatti' <anna.gatti@gmail.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1046 | 06/03/14 | Anna <anna.gatti@gmail.com>; Nobili Sabrina <S.Nobili@almaviva.it>; Michele Battolla (mbattolla@almavivadobrasil.com.br); Ruggeri Carlo (cruggeri@almavivadobrasil.com.br); Douglas Fernandes Junior (dfjunior@almavivadobrasil.com.br) | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-213**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1047 | 06/03/14 | Anna <anna.gatti@gmail.com>; Nobili Sabrina <S.Nobili@almaviva.it>; Michele Battolla (mbattolla@almavivadobrasil.com.br); Ruggeri Carlo (cruggeri@almavivadobrasil.com.br); Douglas Fernandes Junior (dfjunior@almavivadobrasil.com.br) | Nicolella Angela <a.nicolella@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1048 | 06/03/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1049 | 06/03/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1050 | 06/03/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Mantini, Marco <mmantini@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 1051 | 06/03/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 1052 | 06/03/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Mantini, Marco <mmantini@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |

**A-214**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1053 | 06/03/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Mantini, Marco <mmantini@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1054 | 06/03/14 | 'Sternberg, Peter' <psternberg@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Mantini, Marco <mmantini@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1055 | 06/03/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re legal services provided | Attorney Client Privilege |
| 1056 | 06/03/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | Guillard Hein, Valerie S. <vhein@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 1057 | 06/03/14 | Anna <anna.gatti@gmail.com>; Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 1058 | 06/03/14 | 'Anna' <anna.gatti@gmail.com>; Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 1059 | 06/03/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Sternberg, Peter <psternberg@orrick.com> | Communication to obtain advice or advice re Almawave IP portfolio | Attorney Client Privilege |
| 1060 | 06/03/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1061 | 06/03/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Anna <anna.gatti@gmail.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1062 | 06/03/14 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-215**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1063 | 06/03/14 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1064 | 06/03/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | Guillard Hein, Valerie S. <vhein@orrick.com>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 1065 | 06/04/14 | Calderara Sergio <S.Calderara@almaviva.it> | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1066 | 06/04/14 | anna.gatti@gmail.com; cruggeri@almavivadobrasil.com.br; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; mbattolla@almavivadobrasil.com.br; Nicolella Angela <A.Nicolella@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 1067 | 06/04/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Anna <anna.gatti@gmail.com> | cruggeri@almavivadobrasil.com.br; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; mbattolla@almavivadobrasil.com.br; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 1068 | 06/04/14 | Ricci Vincenza <V.Ricci@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Relaying attorney-client communication re preparation of corporate documents for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |
| 1069 | 06/04/14 | 'Mantini, Marco' <mmantini@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 1070 | 06/04/14 | anna.gatti@gmail.com | Nobili Sabrina <s.nobili@mailitmaster.com> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; 'Giuseppe Aloia' <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |

**A-216**

150

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1071 | 06/04/14 | De Felice Christian <C.DeFelice@almaviva.it> | Nicolella Angela <a.nicolella@mailitmaster.com> | | Relaying attorney-client communication re stock issuance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1072 | 06/04/14 | De Felice Christian <C.DeFelice@almaviva.it> | Nicolella Angela <A.Nicolella@almaviva.it> | | Relaying attorney-client communication re stock issuance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1073 | 06/04/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com>; Sandei Valeria <V.Sandei@almawave.it>; Anna <anna.gatti@gmail.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re legal services provided | Attorney Client Privilege |
| 1074 | 06/05/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Sternberg, Peter <psternberg@orrick.com>; Sandei Valeria <V.Sandei@almawave.it>; Anna <anna.gatti@gmail.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Adams, Dylan O. <dadams@orrick.com> | Communication to obtain advice or advice re legal services provided | Attorney Client Privilege |
| 1075 | 06/05/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Sternberg, Peter <psternberg@orrick.com>; Sandei Valeria <V.Sandei@almawave.it>; Anna <anna.gatti@gmail.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Adams, Dylan O. <dadams@orrick.com> | Communication to obtain advice or advice re legal services provided | Attorney Client Privilege |
| 1076 | 06/05/14 | Strube, Scot <sstrube@orrick.com> | anna gatti <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Adams, Dylan O. <dadams@orrick.com> | Communication to obtain advice or advice re legal services provided | Attorney Client Privilege |

**A-217**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1077 | 06/05/14 | Strube, Scot <sstrube@orrick.com> | anna gatti <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Adams, Dylan O. <dadams@orrick.com> | Communication to obtain advice or advice re legal services provided | Attorney Client Privilege |
| 1078 | 06/05/14 | anna gatti <anna.gatti@gmail.com> | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Adams, Dylan O. <dadams@orrick.com> | Communication to obtain advice or advice re legal services provided | Attorney Client Privilege |
| 1079 | 06/05/14 | anna gatti <anna.gatti@gmail.com> | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Adams, Dylan O. <dadams@orrick.com> | Communication to obtain advice or advice re legal services provided | Attorney Client Privilege |
| 1080 | 06/05/14 | 'Douglas Fernandes Junior' <dfjunior@almavivadobrasil.com.br>; 'Giuseppe Aloia' <galoia@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 1081 | 06/05/14 | 'Douglas Fernandes Junior' <dfjunior@almavivadobrasil.com.br>; Aloia Giuseppe <G.Aloia@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 1082 | 06/05/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1083 | 06/05/14 | 'Giuseppe Aloia' <galoia@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |

**A-218**

152

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1084 | 06/05/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1085 | 06/05/14 | Nobili Sabrina <S.Nobili@almaviva.it> | anna gatti <anna.gatti@gmail.com> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1086 | 06/06/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re legal services provided | Attorney Client Privilege |
| 1087 | 06/06/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1088 | 06/06/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1089 | 06/06/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1090 | 06/06/14 | Nobili Sabrina (s.nobili@almaviva.it); Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re legal services provided | Attorney Client Privilege |
| 1091 | 06/06/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1092 | 06/06/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1093 | 06/06/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-219**

153

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1094 | 06/06/14 | anna gatti <anna.gatti@gmail.com>; Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1095 | 06/06/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1096 | 06/09/14 | Anna <anna.gatti@gmail.com> | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; cruggeri@almavivadobrasil.com.br; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; mbattolla@almavivadobrasil.com.br; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1097 | 06/09/14 | Anna <anna.gatti@gmail.com> | Nicolella Angela <a.nicolella@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it>; cruggeri@almavivadobrasil.com.br; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; mbattolla@almavivadobrasil.com.br; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1098 | 06/09/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re legal services provided | Attorney Client Privilege |
| 1099 | 06/09/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1100 | 06/09/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-220**

154

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1101 | 06/10/14 | De Felice Christian <C.DeFelice@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; ruggeri@almavivadobrasil.com.br; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; mbattolla@almavivadobrasil.com.br; Nobili Sabrina <S.Nobili@almaviva.it> | anna gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1102 | 06/10/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; 'Giuseppe Aloia' <galoia@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1103 | 06/10/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1104 | 06/10/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1105 | 06/10/14 | 'Sternberg, Peter' <psternberg@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Strube, Scot <sstrube@orrick.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1106 | 06/10/14 | 'Giuseppe Aloia' <galoia@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1107 | 06/10/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1108 | 06/10/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1109 | 06/10/14 | | Orrick | | Draft Declaration regarding Stock Putchase | Attorney Work Product |

**A-221**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1110 | 06/10/14 | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1111 | 06/10/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1112 | 06/11/14 | Ricci Vincenza <V.Ricci@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1113 | 06/11/14 | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Ricci Vincenza <V.Ricci@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1114 | 06/11/14 | Carlo Ruggeri (cruggeri@almavivadobrasil.com.br); Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; anna.gatti@gmail.com; Michele Battolla (mbattolla@almavivadobrasil.com.br); 'Giuseppe Aloia' <galoia@almavivadobrasil.com.br>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1115 | 06/11/14 | Carlo Ruggeri (cruggeri@almavivadobrasil.com.br); Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; anna.gatti@gmail.com; Michele Battolla (mbattolla@almavivadobrasil.com.br); Giuseppe Aloia <galoia@almavivadobrasil.com.br>; Nicolella Angela <A.Nicolella@almaviva.it> | Relaying attorney-client communication re stock issuance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-222**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1116 | 06/11/14 | Carlo Ruggeri (cruggeri@almavivadobrasil.com.br); Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; anna.gatti@gmail.com; Michele Battolla (mbattolla@almavivadobrasil.com.br); Giuseppe Aloia <galoia@almavivadobrasil.com.br>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1117 | 06/11/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Carlo Ruggeri <cruggeri@almavivadobrasil.com.br>; Sandei Valeria <V.Sandei@almawave.it>; anna.gatti@gmail.com; Michele Battolla <mbattolla@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1118 | 06/11/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Carlo Ruggeri <cruggeri@almavivadobrasil.com.br>; Sandei Valeria <V.Sandei@almawave.it>; anna.gatti@gmail.com; Michele Battolla <mbattolla@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1119 | 06/11/14 | De Felice Christian <C.DeFelice@almaviva.it> | Nicolella Angela <a.nicolella@mailitmaster.com> | | Relaying attorney-client communication re stock issuance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-223**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1120 | 06/11/14 | De Felice Christian <C.DeFelice@almaviva.it> | Nicolella Angela <A.Nicolella@almaviva.it> | | Relaying attorney-client communication re stock issuance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1121 | 06/11/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Carlo Ruggeri <cruggeri@almavivadobrasil.com.br>; Sandei Valeria <V.Sandei@almawave.it>; anna.gatti@gmail.com; Michele Battolla <mbattolla@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1122 | 06/11/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Carlo Ruggeri <cruggeri@almavivadobrasil.com.br>; Sandei Valeria <V.Sandei@almawave.it>; anna.gatti@gmail.com; Michele Battolla <mbattolla@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1123 | 06/11/14 | Michele Battolla <mbattolla@almavivadobrasil.com.br> | postmaster@almavivadobrasil.com.br | | Relaying attorney-client communication re stock issuance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-224**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1124 | 06/11/14 | 'Douglas Fernandes Junior' <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | Carlo Ruggeri <cruggeri@almavivadobrasil.com.br>; Sandei Valeria <V.Sandei@almawave.it>; anna.gatti@gmail.com; Michele Battolla <mbattolla@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1125 | 06/11/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it> | Carlo Ruggeri <cruggeri@almavivadobrasil.com.br>; Sandei Valeria <V.Sandei@almawave.it>; anna.gatti@gmail.com; Michele Battolla <mbattolla@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1126 | 06/11/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it> | Carlo Ruggeri <cruggeri@almavivadobrasil.com.br>; Sandei Valeria <V.Sandei@almawave.it>; anna.gatti@gmail.com; Michele Battolla <mbattolla@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1127 | 06/12/14 | 'anna.gatti@gmail.com' | Dibitonto Antonio <fi200244@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

A-225

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1128 | 06/12/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Anna <anna.gatti@gmail.com> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1129 | 06/12/14 | Barbieri Francesco <f.barbieri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; D'elia Annabella <A.Delia@almaviva.it> | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1130 | 06/12/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1131 | 06/12/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1132 | 06/13/14 | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege; Attorney Work Product |
| 1133 | 06/13/14 | anna gatti <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1134 | 06/13/14 | anna gatti <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1135 | 06/13/14 | 'anna gatti' <anna.gatti@gmail.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-226**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1136 | 06/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1137 | 06/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1138 | 06/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1139 | 06/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1140 | 06/13/14 | Anna <anna.gatti@gmail.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1141 | 06/13/14 | Anna <anna.gatti@gmail.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1142 | 06/13/14 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1143 | 06/13/14 | Anna <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-227**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1144 | 06/13/14 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1145 | 06/13/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Anna <anna.gatti@gmail.com> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1146 | 06/13/14 | Anna <anna.gatti@gmail.com> | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1147 | 06/13/14 | Sandei Valeria <V.Sandei@almawave.it>; Anna <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1148 | 06/13/14 | Barbieri Francesco <f.barbieri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; D'elia Annabella <A.Delia@almaviva.it>; Bugatti Monica <M.Bugatti@almaviva.it> | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1149 | 06/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1150 | 06/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1151 | 06/13/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-228**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1152 | 06/13/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Anna <anna.gatti@gmail.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1153 | 06/13/14 | Anna <anna.gatti@gmail.com> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1154 | 06/13/14 | 'Anna' <anna.gatti@gmail.com> | Dibitonto Antonio <fi200244@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1155 | 06/13/14 | 'Mantini, Marco' <mmantini@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1156 | 06/13/14 | Mantini, Marco <mmantini@orrick.com> | Nobili Sabrina <S.Nobili@almaviva.it> | Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1157 | 06/13/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Anna <anna.gatti@gmail.com> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1158 | 06/14/14 | Anna <anna.gatti@gmail.com> | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1159 | 06/14/14 | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Anna <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |

**A-229**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1160 | 06/14/14 | Anna <anna.gatti@gmail.com> | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1161 | 06/14/14 | De Felice Christian <C.DeFelice@almaviva.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re stock issuance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1162 | 06/14/14 | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Anna <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1163 | 06/14/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Nobili Sabrina <s.nobili@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1164 | 06/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |

**A-230**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1165 | 06/15/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | De Felice Christian <C.DeFelice@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1166 | 06/15/14 | De Felice Christian <C.DeFelice@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1167 | 06/15/14 | Anna <anna.gatti@gmail.com> | De Felice Christian <c.defelice@mailitmaster.com> | | Relaying attorney-client communication re stock issuance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1168 | 06/15/14 | Nobili Sabrina <S.Nobili@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1169 | 06/15/14 | De Felice Christian <C.DeFelice@almaviva.it> | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1170 | 06/15/14 | De Felice Christian <C.DeFelice@almaviva.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re stock issuance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1171 | 06/15/14 | anna gatti <anna.gatti@gmail.com> | De Felice Christian <c.defelice@mailitmaster.com> | | Relaying attorney-client communication re stock issuance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1172 | 06/15/14 | De Felice Christian <C.DeFelice@almaviva.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re stock issuance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-231**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1173 | 06/16/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | Guillard Hein, Valerie S. <vhein@orrick.com>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege; Attorney Work Product |
| 1174 | 06/16/14 | anna.gatti@gmail.com | Nobili Sabrina <s.nobili@mailitmaster.com> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; 'Giuseppe Aloia' <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege; Attorney Work Product |
| 1175 | 06/16/14 | Irace Marina <M.Irace@almaviva.it> | Anna <anna.gatti@gmail.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege; Attorney Work Product |
| 1176 | 06/16/14 | 'Mantini, Marco' <mmantini@orrick.com> | Nobili Sabrina <s.nobili@mailitmaster.com> | Guillard Hein, Valerie S. <vhein@orrick.com>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1177 | 06/16/14 | Mantini, Marco <mmantini@orrick.com> | Nobili Sabrina <S.Nobili@almaviva.it> | Guillard Hein, Valerie S. <vhein@orrick.com>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1178 | 06/16/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | Guillard Hein, Valerie S. <vhein@orrick.com>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1179 | 06/16/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | anna gatti <anna.gatti@gmail.com> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1180 | 06/17/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Sforza Carla <C.Sforza@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |

**A-232**

166

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1181 | 06/17/14 | Sforza Carla <C.Sforza@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1182 | 06/17/14 | anna gatti <anna.gatti@gmail.com> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1183 | 06/17/14 | 'anna gatti' <anna.gatti@gmail.com> | Dibitonto Antonio <fi200244@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1184 | 06/17/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Anna <anna.gatti@gmail.com> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1185 | 06/18/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1186 | 06/18/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1187 | 06/18/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1188 | 06/18/14 | Nobili Sabrina (s.nobili@almaviva.it) | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1189 | 06/18/14 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1190 | 06/18/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1191 | 06/18/14 | Ruggeri Carlo <eaex-_o=mailitmaster_ou=primo+20gruppo+20amministrativo_cn=recipients_cn=gf200146@itmaster.local> | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@itmaster.local> | | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1192 | 06/18/14 | anna.gatti@gmail.com | Nobili Sabrina <s.nobili@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Ruggeri Carlo <c.ruggeri@tsf.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1193 | 06/18/14 | Carlo Ruggeri (cruggeri@almavivadobrasil.com.br) | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |

**A-233**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1194 | 06/18/14 | Mastrosanti Giovanni <G.Mastrosanti@almaviva.it>; Roberto Fracassi (fracassi@studiognudi.it) | Dibitonto Antonio <fi200244@mailitmaster.com> | Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1195 | 06/18/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Mastrosanti Giovanni <G.Mastrosanti@almaviva.it> | Roberto Fracassi <fracassi@studiognudi.it> | Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1196 | 06/18/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Anna <anna.gatti@gmail.com> | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Ruggeri Carlo <c.ruggeri@tsf.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1197 | 06/18/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Roberto Fracassi (fracassi@studiognudi.it) | Mastrosanti Giovanni <G.Mastrosanti@almaviva.it> | Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1198 | 06/18/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1199 | 06/19/14 | anna.gatti@gmail.com | Strube, Scot <sstrube@orrick.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re stock issuance and tax strategy, accounting, or finance | Attorney Client Privilege |

**A-234**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1200 | 06/19/14 | anna.gatti@gmail.com | Strube, Scot <sstrube@orrick.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re stock issuance and tax strategy, accounting, or finance | Attorney Client Privilege |
| 1201 | 06/19/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re stock issuance and tax strategy, accounting, or finance | Attorney Client Privilege |
| 1202 | 06/19/14 | Strube, Scot <sstrube@orrick.com> | Anna <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re stock issuance and tax strategy, accounting, or finance | Attorney Client Privilege |
| 1203 | 06/19/14 | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re stock issuance and tax strategy, accounting, or finance | Attorney Client Privilege |
| 1204 | 06/19/14 | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re stock issuance and tax strategy, accounting, or finance | Attorney Client Privilege |
| 1205 | 06/19/14 | Carlo Ruggeri <cruggeri@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | De Felice Christian <C.DeFelice@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |

**A-235**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1206 | 06/19/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br> | De Felice Christian <C.DeFelice@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re stock issuance and tax strategy, accounting, or finance | Attorney Client Privilege |
| 1207 | 06/19/14 | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communication to obtain advice or advice re stock issuance and tax strategy, accounting, or finance | Attorney Client Privilege |
| 1208 | 06/19/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re stock issuance and tax strategy, accounting, or finance | Attorney Client Privilege |
| 1209 | 06/20/14 | Calderara Sergio <S.Calderara@almaviva.it> | Irace Marina <M.Irace@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Magarini Sonia <S.Magarini@almaviva.it> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 1210 | 06/20/14 | Calderara Sergio <S.Calderara@almaviva.it> | Irace Marina <m.irace@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Magarini Sonia <S.Magarini@almaviva.it> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 1211 | 06/20/14 | Irace Marina <M.Irace@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Magarini Sonia <S.Magarini@almaviva.it> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege; Attorney Work Product |
| 1212 | 06/20/14 | Irace Marina <M.Irace@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Magarini Sonia <S.Magarini@almaviva.it> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege; Attorney Work Product |
| 1213 | 06/20/14 | anna.gatti@gmail.com; Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Guillard Hein, Valerie S. <vhein@orrick.com> | Strube, Scot <sstrube@orrick.com>; Mantini, Marco <mmantini@orrick.com>; Sternberg, Peter <psternberg@orrick.com> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |
| 1214 | 06/20/14 | anna.gatti@gmail.com; Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Guillard Hein, Valerie S. <vhein@orrick.com> | Strube, Scot <sstrube@orrick.com>; Mantini, Marco <mmantini@orrick.com>; Sternberg, Peter <psternberg@orrick.com> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege; Attorney Work Product |

**A-236**

170

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1215 | 06/24/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re draft board documents | Attorney Client Privilege |
| 1216 | 06/24/14 | Carlo Ruggeri <cruggeri@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1217 | 06/25/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <m.irace@mailitmaster.com> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege; Attorney Work Product |
| 1218 | 06/25/14 | Calderara Sergio <S.Calderara@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege; Attorney Work Product |
| 1219 | 06/25/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 1220 | 06/25/14 | 'Strube, Scot' <sstrube@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 1221 | 06/25/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |

**A-237**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1222 | 06/26/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | De Felice Christian <C.DeFelice@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1223 | 06/26/14 | 'Douglas Fernandes Junior' <dfjunior@almavivadobrasil.com.br> | De Felice Christian <c.defelice@mailitmaster.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1224 | 06/26/14 | De Felice Christian <C.DeFelice@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1225 | 06/27/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |

**A-238**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1226 | 06/27/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 1227 | 06/27/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 1228 | 06/27/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege; Attorney Work Product |
| 1229 | 06/27/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 1230 | 06/27/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege; Attorney Work Product |
| 1231 | 06/27/14 | De Bernardis Ilaria Paola <I.DeBernardis@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 1232 | 06/27/14 | Calderara Sergio <S.Calderara@almaviva.it> | De Bernardis Ilaria Paola <I.DeBernardis@almaviva.it> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 1233 | 06/27/14 | Calderara Sergio <S.Calderara@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |

**A-239**

173

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1234 | 06/27/14 | Irace Marina <M.Irace@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1235 | 06/27/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 1236 | 06/27/14 | Irace Marina <M.Irace@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1237 | 06/27/14 | Nobili Sabrina <S.Nobili@almaviva.it> | De Bernardis Ilaria Paola <I.DeBernardis@almaviva.it> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1238 | 06/27/14 | De Bernardis Ilaria Paola <I.DeBernardis@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1239 | 06/27/14 | Gelosi Antonella <A.Gelosi@almaviva.it>; Martino Vincenzo <V.Martino@almaviva.it>; Bolletti Censi Maria Luigia <M.BollettiCensi@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1240 | 06/27/14 | Nobili Sabrina <S.Nobili@almaviva.it> | De Bernardis Ilaria Paola <I.DeBernardis@almaviva.it> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1241 | 06/27/14 | De Bernardis Ilaria Paola <I.DeBernardis@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1242 | 06/30/14 | Fattori Flora <F.Fattori@almaviva.it> | Irace Marina <m.irace@mailitmaster.com> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |

**A-240**

174

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1243 | 06/30/14 | Irace Marina <M.Irace@almaviva.it> | Fattori Flora <F.Fattori@almaviva.it> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1244 | 06/30/14 | Irace Marina <M.Irace@almaviva.it> | Fattori Flora <F.Fattori@almaviva.it> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Attorney Client Privilege; Attorney Work Product |
| 1245 | 07/01/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re US export controls | Attorney Client Privilege; Attorney Work Product |
| 1246 | 07/01/14 | | Orrick | | Draft Compliance Policies and Procedures in Respect of the [Group Name] | Attorney Work Product |
| 1247 | 07/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re US export controls | Attorney Client Privilege; Attorney Work Product |
| 1248 | 07/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re US export controls | Attorney Client Privilege; Attorney Work Product |
| 1249 | 07/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re US export controls | Attorney Client Privilege; Attorney Work Product |
| 1250 | 07/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re US export controls | Attorney Client Privilege; Attorney Work Product |
| 1251 | 07/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re US export controls | Attorney Client Privilege |
| 1252 | 07/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re US export controls | Attorney Client Privilege |
| 1253 | 07/02/14 | | Orrick | | Draft IQSystem Consulting Agreement | Attorney Work Product |
| 1254 | 07/02/14 | | Orrick | | Draft Confidential Information and Invention Assignment Agreement | Attorney Work Product |

**A-241**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1255 | 07/02/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re US export controls | Attorney Client Privilege; Attorney Work Product |
| 1256 | 07/02/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re US export controls | Attorney Client Privilege |
| 1257 | 07/02/14 | 'Sternberg, Peter' <psternberg@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re US export controls | Attorney Client Privilege |
| 1258 | 07/02/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re US export controls | Attorney Client Privilege |
| 1259 | 07/03/14 | 'anna gatti' <anna.gatti@gmail.com>; Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1260 | 07/03/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1261 | 07/03/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1262 | 07/03/14 | gatti anna <a.gatti@almawave.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

176

**A-242**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1263 | 07/03/14 | Adams, Dylan O. <dadams@orrick.com> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1264 | 07/03/14 | Ferri Luca <L.Ferri@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1265 | 07/03/14 | Anna <anna.gatti@gmail.com> | Ferri Luca <l.ferri@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1266 | 07/03/14 | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1267 | 07/03/14 | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1268 | 07/03/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1269 | 07/03/14 | 'Sternberg, Peter' <psternberg@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1270 | 07/03/14 | Sandei Valeria <V.Sandei@almawave.it> | r.romagnoli <r.romagnoli@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-243**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1271 | 07/03/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1272 | 07/03/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1273 | 07/03/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1274 | 07/03/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1275 | 07/03/14 | anna.gatti@gmail.com | Nobili Sabrina <s.nobili@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege; Attorney Work Product |
| 1276 | 07/03/14 | anna.gatti@gmail.com | Nobili Sabrina <s.nobili@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege; Attorney Work Product |
| 1277 | 07/03/14 | anna.gatti@gmail.com | Nobili Sabrina <S.Nobili@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege; Attorney Work Product |

**A-244**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1278 | 07/03/14 | Anna <anna.gatti@gmail.com> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1279 | 07/03/14 | Anna <anna.gatti@gmail.com> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1280 | 07/03/14 | De Felice Christian <C.DeFelice@almaviva.it> | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it> | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Work Product |
| 1281 | 07/03/14 | Ferri Luca <L.Ferri@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-245**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1282 | 07/03/14 | Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1283 | 07/03/14 | Anna Gatti <Anna.gatti@gmail.com> | Ferri Luca <L.Ferri@almawave.it> | gatti anna <a.gatti@almawave.com> | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1284 | 07/03/14 | Anna Gatti <Anna.gatti@gmail.com> | Ferri Luca <fi103500@mailitmaster.com> | gatti anna <a.gatti@almawave.com> | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1285 | 07/04/14 | Ferri Luca <L.Ferri@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1286 | 07/04/14 | Anna <anna.gatti@gmail.com> | De Felice Christian <C.DeFelice@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1287 | 07/04/14 | De Felice Christian <C.DeFelice@almaviva.it> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1288 | 07/04/14 | De Felice Christian <C.DeFelice@almaviva.it> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1289 | 07/07/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Spinelli Maria Rosa Valentina <mrv.Spinelli@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege; Attorney Work Product |
| 1290 | 07/07/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Spinelli Maria Rosa Valentina <mrv.Spinelli@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege; Attorney Work Product |
| 1291 | 07/07/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Spinelli Maria Rosa Valentina <mrv.Spinelli@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |

**A-246**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1292 | 07/07/14 | Calderara Sergio <S.Calderara@almaviva.it> | Strube, Scot <sstrube@orrick.com> | Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract and Gatti employment agreement | Attorney Client Privilege |
| 1293 | 07/08/14 | Bugatti (m.bugatti@almavivaitalia.it) | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1294 | 07/08/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 1295 | 07/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1296 | 07/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1297 | 07/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1298 | 07/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1299 | 07/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 1300 | 07/08/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 1301 | 07/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | Ferri Luca <fi103500@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1302 | 07/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | Ferri Luca <L.Ferri@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1303 | 07/08/14 | Sassani Mariagrazia <M.Sassani@almawave.it> | Ferri Luca <fi103500@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1304 | 07/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | Ferri Luca <fi103500@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1305 | 07/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | Ferri Luca <L.Ferri@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-247**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1306 | 07/08/14 | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1307 | 07/08/14 | Ferri Luca <L.Ferri@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1308 | 07/08/14 | Anna <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 1309 | 07/08/14 | Anna <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 1310 | 07/08/14 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 1311 | 07/08/14 | 'Strube, Scot' <sstrube@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1312 | 07/08/14 | Ferri Luca <L.Ferri@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Work Product |
| 1313 | 07/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-248**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1314 | 07/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | Relaying attorney-client communication re patent application  for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1315 | 07/09/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1316 | 07/09/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1317 | 07/09/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br>; De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1318 | 07/09/14 | 'Douglas Fernandes Junior' <dfjunior@almavivadobrasil.com.br> | Dibitonto Antonio <fi200244@mailitmaster.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br>; De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-249**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1319 | 07/09/14 | 'dadams@orrick.com' | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; 'rmisackson@orrick.com'; 'dstockwell@orrick.com'; 'psternberg@orrick.com'; 'a.gatti@almawave.com'; 'sstrube@orrick.com' | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1320 | 07/09/14 | 'dadams@orrick.com' | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; 'rmisackson@orrick.com'; 'dstockwell@orrick.com'; 'psternberg@orrick.com'; 'a.gatti@almawave.com'; 'sstrube@orrick.com' | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1321 | 07/09/14 | dadams@orrick.com | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; rmisackson@orrick.com; dstockwell@orrick.com; psternberg@orrick.com; gatti anna <a.gatti@almawave.com>; sstrube@orrick.com | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1322 | 07/09/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br>; Giuseppe Aloia <galoia@almavivadobrasil.com.br>; De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1323 | 07/10/14 | Nobili Sabrina <S.Nobili@almaviva.it>; anna.gatti@gmail.com; Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Mantini, Marco <mmantini@orrick.com> | Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-250**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1324 | 07/10/14 | Nobili Sabrina <S.Nobili@almaviva.it>; anna.gatti@gmail.com; Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Mantini, Marco <mmantini@orrick.com> | Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1325 | 07/10/14 | Ferri Luca <L.Ferri@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application  for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1326 | 07/10/14 | Ferri Luca <L.Ferri@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application  for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1327 | 07/10/14 | Ferri Luca <L.Ferri@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re patent application  for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1328 | 07/10/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Gelosi Antonella <A.Gelosi@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1329 | 07/10/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1330 | 07/10/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; S.Calderara@almaviva.it; ma.perri@almaviva.it | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-251**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)


Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1331 | 07/10/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; S.Calderara@almaviva.it; ma.perri@almaviva.it | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1332 | 07/10/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1333 | 07/10/14 | Nobili Sabrina (s.nobili@almavivaitalia.it) | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1334 | 07/10/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1335 | 07/10/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-252**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1336 | 07/10/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1337 | 07/10/14 | De Felice Christian <C.DeFelice@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Perri Mariantonietta <ma.perri@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1338 | 07/10/14 | De Felice Christian <C.DeFelice@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Perri Mariantonietta <ma.perri@mailitmaster.com> | Nobili Sabrina (s.nobili@almavivaitalia.it); Dibitonto Antonio (A.Dibitonto@almaviva.it); Calderara Sergio (S.Calderara@almaviva.it); Giuseppe Aloia (galoia@almavivadobrasil.com.br) | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-253**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1339 | 07/10/14 | Perri Mariantonietta <ma.perri@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Nobili Sabrina <S.Nobili@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1340 | 07/11/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1341 | 07/11/14 | Nobili Sabrina (s.nobili@almavivaitalia.it) | Perri Mariantonietta <ma.perri@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1342 | 07/11/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-254**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1343 | 07/11/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1344 | 07/11/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1345 | 07/11/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-255**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1346 | 07/11/14 | De Felice Christian <C.DeFelice@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Nobili Sabrina <S.Nobili@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1347 | 07/11/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1348 | 07/11/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1349 | 07/11/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1350 | 07/11/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1351 | 07/11/14 | Perri Mariantonietta <ma.perri@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Nobili Sabrina <S.Nobili@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-256**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1352 | 07/11/14 | Perri Mariantonietta <ma.perri@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Nobili Sabrina <S.Nobili@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1353 | 07/12/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1354 | 07/12/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1355 | 07/13/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | gatti anna <a.gatti@almawave.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1356 | 07/13/14 | De Felice Christian <C.DeFelice@almaviva.it> | anna gatti <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; gatti anna <a.gatti@almawave.com> | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1357 | 07/13/14 | De Felice Christian <C.DeFelice@almaviva.it> | anna gatti <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; gatti anna <a.gatti@almawave.com> | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1358 | 07/13/14 | De Felice Christian <C.DeFelice@almaviva.it> | anna gatti <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; gatti anna <a.gatti@almawave.com> | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-257**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1359 | 07/13/14 | Mantini, Marco <mmantini@orrick.com> | anna gatti <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1360 | 07/13/14 | Mantini, Marco <mmantini@orrick.com> | anna gatti <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1361 | 07/14/14 | Nicolella Angela <A.Nicolella@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1362 | 07/14/14 | Sforza Carla <C.Sforza@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1363 | 07/14/14 | Sforza Carla <C.Sforza@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1364 | 07/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1365 | 07/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |

**A-258**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1366 | 07/14/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nicolella Angela <A.Nicolella@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1367 | 07/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1368 | 07/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1369 | 07/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1370 | 07/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1371 | 07/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1372 | 07/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |

**A-259**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)


Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1373 | 07/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1374 | 07/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1375 | 07/14/14 | Anna <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1376 | 07/14/14 | 'Anna' <anna.gatti@gmail.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1377 | 07/14/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1378 | 07/14/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1379 | 07/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1380 | 07/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1381 | 07/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-260**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1382 | 07/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1383 | 07/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1384 | 07/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1385 | 07/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1386 | 07/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1387 | 07/14/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1388 | 07/15/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-261**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1389 | 07/15/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1390 | 07/15/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-262**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1391 | 07/15/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1392 | 07/15/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1393 | 07/15/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-263**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1394 | 07/15/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1395 | 07/15/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-264**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1396 | 07/15/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1397 | 07/15/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

199

**A-265**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1398 | 07/15/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1399 | 07/15/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-266**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1400 | 07/15/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1401 | 07/15/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-267**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1402 | 07/15/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1403 | 07/15/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-268**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1404 | 07/15/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1405 | 07/15/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1406 | 07/15/14 | Cozzolino Alfredo <A.Cozzolino@almaviva.it> | Ferri Luca <fi103500@mailitmaster.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1407 | 07/15/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-269**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1408 | 07/15/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1409 | 07/15/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1410 | 07/15/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-270**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1411 | 07/15/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1412 | 07/15/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1413 | 07/15/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1414 | 07/15/14 | anna gatti <anna.gatti@gmail.com>; De Felice Christian <C.DeFelice@almaviva.it> | gatti anna <a.gatti@almawave.com> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1415 | 07/16/14 | Sforza Carla <C.Sforza@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1416 | 07/16/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1417 | 07/16/14 | gatti anna <a.gatti@almawave.com> | De Felice Christian <C.DeFelice@almaviva.it> | anna gatti <anna.gatti@gmail.com>; Nicolella Angela <A.Nicolella@almaviva.it> | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-271**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1418 | 07/16/14 | gatti anna <a.gatti@almawave.com> | De Felice Christian <C.DeFelice@almaviva.it> | anna gatti <anna.gatti@gmail.com>; Nicolella Angela <A.Nicolella@almaviva.it> | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1419 | 07/16/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Sforza Carla <C.Sforza@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1420 | 07/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1421 | 07/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege; Attorney Work Product |
| 1422 | 07/16/14 | Sforza Carla <C.Sforza@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1423 | 07/16/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1424 | 07/16/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1425 | 07/16/14 | gatti anna <a.gatti@almawave.com>; anna gatti <anna.gatti@gmail.com> | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Teriaca Rita <R.Teriaca@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1426 | 07/16/14 | gatti anna <a.gatti@almawave.com>; anna gatti <anna.gatti@gmail.com> | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Teriaca Rita <R.Teriaca@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-272**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1427 | 07/17/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1428 | 07/17/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

A-273

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1429 | 07/17/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1430 | 07/17/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; gatti anna <a.gatti@almawave.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1431 | 07/17/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1432 | 07/17/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-274**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1433 | 07/17/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1434 | 07/17/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1435 | 07/17/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1436 | 07/17/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Tripi Marco <M.Tripi@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave IP portfolio | Attorney Client Privilege |
| 1437 | 07/17/14 | 'Anna' <anna.gatti@gmail.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1438 | 07/17/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nicolella Angela <A.Nicolella@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1439 | 07/17/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nicolella Angela <A.Nicolella@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1440 | 07/17/14 | 'Douglas Fernandes Junior' <dfjunior@almavivadobrasil.com.br>; Carlo Ruggeri <cruggeri@almavivadobrasil.com.br> | Dibitonto Antonio <fi200244@mailitmaster.com> | Nicolella Angela <A.Nicolella@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Rossetti Andrea (A.Rossetti@almaviva.it) | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-275**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1441 | 07/17/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Carlo Ruggeri <cruggeri@almavivadobrasil.com.br> | Nicolella Angela <A.Nicolella@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Michele Battolla <mbattolla@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1442 | 07/17/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Carlo Ruggeri <cruggeri@almavivadobrasil.com.br> | Nicolella Angela <A.Nicolella@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Michele Battolla <mbattolla@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1443 | 07/17/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1444 | 07/17/14 | gatti anna <a.gatti@almawave.com>; anna gatti <anna.gatti@gmail.com> | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Teriaca Rita <R.Teriaca@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1445 | 07/17/14 | gatti anna <a.gatti@almawave.com>; anna gatti <anna.gatti@gmail.com> | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Teriaca Rita <R.Teriaca@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-276**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1446 | 07/18/14 | 'Anna' <anna.gatti@gmail.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1447 | 07/18/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1448 | 07/18/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1449 | 07/18/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1450 | 07/18/14 | Anna <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1451 | 07/18/14 | Anna <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1452 | 07/18/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1453 | 07/18/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1454 | 07/18/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1455 | 07/18/14 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1456 | 07/18/14 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1457 | 07/18/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-277**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1458 | 07/18/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1459 | 07/18/14 | 'Anna' <anna.gatti@gmail.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1460 | 07/19/14 | Giuseppe Aloia <galoia@almavivadobrasil.com.br>; gatti anna <a.gatti@almawave.com> | anna gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1461 | 07/19/14 | Calderara Sergio <S.Calderara@almaviva.it>; gatti anna <a.gatti@almawave.com> | anna gatti <anna.gatti@gmail.com> | Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1462 | 07/19/14 | Calderara Sergio <S.Calderara@almaviva.it>; gatti anna <a.gatti@almawave.com> | anna gatti <anna.gatti@gmail.com> | Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1463 | 07/19/14 | De Felice Christian <C.DeFelice@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1464 | 07/19/14 | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | De Felice Christian <c.defelice@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1465 | 07/21/14 | | Orrick | | Draft Confidential Information and Invention Assignment Agreement | Attorney Work Product |
| 1466 | 07/21/14 | | Orrick | | Draft Confidential Information and Invention Assignment Agreement | Attorney Work Product |
| 1467 | 07/21/14 | Sandei Valeria <V.Sandei@almawave.it>; anna gatti <anna.gatti@gmail.com>; gatti anna <a.gatti@almawave.com> | Calderara Sergio <S.Calderara@almaviva.it> | Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 1468 | 07/21/14 | Sandei Valeria <V.Sandei@almawave.it>; 'anna gatti' <anna.gatti@gmail.com>; gatti anna <a.gatti@almawave.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |

**A-278**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1469 | 07/21/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com>; gatti anna <a.gatti@almawave.com>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1470 | 07/21/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@almawave.it> | anna gatti <anna.gatti@gmail.com>; gatti anna <a.gatti@almawave.com>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1471 | 07/21/14 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it>; gatti anna <a.gatti@almawave.com>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1472 | 07/21/14 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | Calderara Sergio <S.Calderara@almaviva.it>; gatti anna <a.gatti@almawave.com>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1473 | 07/21/14 | Calderara Sergio <S.Calderara@almaviva.it> | anna gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1474 | 07/21/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | anna gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1475 | 07/21/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | anna gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1476 | 07/21/14 | anna gatti <anna.gatti@gmail.com>; gatti anna <a.gatti@almawave.com> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-279**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1477 | 07/21/14 | 'anna gatti' <anna.gatti@gmail.com>; gatti anna <a.gatti@almawave.com> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1478 | 07/21/14 | 'Adams, Dylan O.' <dadams@orrick.com> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1479 | 07/21/14 | 'Adams, Dylan O.' <dadams@orrick.com> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1480 | 07/21/14 | 'anna gatti' <anna.gatti@gmail.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1481 | 07/22/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | anna gatti <anna.gatti@gmail.com> | gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1482 | 07/22/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | anna gatti <anna.gatti@gmail.com> | gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1483 | 07/22/14 | Nicolella Angela <A.Nicolella@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1484 | 07/22/14 | Nicolella Angela (A.Nicolella@almaviva.it); Sforza Carla <C.Sforza@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1485 | 07/22/14 | 'anna gatti' <anna.gatti@gmail.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege; Attorney Work Product |
| 1486 | 07/22/14 | | Sergio Calderara | | Notes of Sergio Calderara | Attorney Work Product |
| 1487 | 07/22/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-280**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1488 | 07/23/14 | anna gatti <anna.gatti@gmail.com> | Guillard Hein, Valerie S. <vhein@orrick.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1489 | 07/23/14 | anna gatti <anna.gatti@gmail.com> | Guillard Hein, Valerie S. <vhein@orrick.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1490 | 07/23/14 | Guillard Hein, Valerie S. <vhein@orrick.com> | anna gatti <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1491 | 07/23/14 | Guillard Hein, Valerie S. <vhein@orrick.com> | anna gatti <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-281**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1492 | 07/23/14 | anna gatti <anna.gatti@gmail.com> | Guillard Hein, Valerie S. <vhein@orrick.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1493 | 07/23/14 | anna gatti <anna.gatti@gmail.com> | Guillard Hein, Valerie S. <vhein@orrick.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Mantini, Marco <mmantini@orrick.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1494 | 07/24/14 | Guillard Hein, Valerie S. <vhein@orrick.com> | anna gatti <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1495 | 07/24/14 | Guillard Hein, Valerie S. <vhein@orrick.com> | anna gatti <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-282**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1496 | 07/24/14 | Nicolella Angela <A.Nicolella@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1497 | 07/24/14 | Nicolella Angela <A.Nicolella@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1498 | 07/24/14 | Nicolella Angela (A.Nicolella@almaviva.it); Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea (A.Rossetti@almaviva.it) | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1499 | 07/24/14 | anna gatti <anna.gatti@gmail.com> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1500 | 07/24/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | anna gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1501 | 07/24/14 | Guillard Hein, Valerie S. <vhein@orrick.com> | anna gatti <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-283**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1502 | 07/24/14 | Guillard Hein, Valerie S. <vhein@orrick.com> | anna gatti <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1503 | 07/24/14 | Sforza Carla <C.Sforza@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1504 | 07/24/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1505 | 07/24/14 | anna gatti <anna.gatti@gmail.com> | Guillard Hein, Valerie S. <vhein@orrick.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1506 | 07/24/14 | anna gatti <anna.gatti@gmail.com> | Guillard Hein, Valerie S. <vhein@orrick.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1507 | 07/24/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1508 | 07/25/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |

**A-284**

218

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1509 | 07/25/14 | Guillard Hein, Valerie S. <vhein@orrick.com> | anna gatti <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1510 | 07/25/14 | Guillard Hein, Valerie S. <vhein@orrick.com> | anna gatti <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1511 | 07/25/14 | Nicolella Angela <A.Nicolella@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1512 | 07/25/14 | Nicolella Angela <A.Nicolella@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1513 | 07/25/14 | Nicolella Angela (A.Nicolella@almaviva.it); Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea (A.Rossetti@almaviva.it) | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1514 | 07/25/14 | Nicolella Angela <A.Nicolella@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-285**

219

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1515 | 07/25/14 | Nicolella Angela <A.Nicolella@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1516 | 07/25/14 | Nicolella Angela (A.Nicolella@almaviva.it); Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea (A.Rossetti@almaviva.it) | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1517 | 07/25/14 | Nicolella Angela <A.Nicolella@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1518 | 07/25/14 | Nicolella Angela <A.Nicolella@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1519 | 07/25/14 | Nicolella Angela (A.Nicolella@almaviva.it); Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea (A.Rossetti@almaviva.it) | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1520 | 07/25/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1521 | 07/25/14 | 'Sternberg, Peter' <psternberg@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1522 | 07/25/14 | gatti anna <a.gatti@almawave.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Anna <anna.gatti@gmail.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-286**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1523 | 07/25/14 | gatti anna <a.gatti@almawave.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Anna <anna.gatti@gmail.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1524 | 07/25/14 | gatti anna <a.gatti@almawave.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Anna <anna.gatti@gmail.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1525 | 07/25/14 | gatti anna <a.gatti@almawave.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it>; Anna <anna.gatti@gmail.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1526 | 07/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Anna <anna.gatti@gmail.com> | gatti anna <a.gatti@almawave.com>; Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1527 | 07/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Anna <anna.gatti@gmail.com> | gatti anna <a.gatti@almawave.com>; Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1528 | 07/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Anna <anna.gatti@gmail.com> | gatti anna <a.gatti@almawave.com>; Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1529 | 07/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Anna <anna.gatti@gmail.com> | gatti anna <a.gatti@almawave.com>; Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-287**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1530 | 07/25/14 | Anna <anna.gatti@gmail.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1531 | 07/25/14 | Anna <anna.gatti@gmail.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1532 | 07/25/14 | De Felice Christian <C.DeFelice@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1533 | 07/25/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1534 | 07/25/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1535 | 07/25/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | De Felice Christian <c.defelice@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1536 | 07/25/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1537 | 07/25/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | De Felice Christian <c.defelice@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1538 | 07/25/14 | 'Douglas Fernandes Junior' <dfjunior@almavivadobrasil.com.br> | De Felice Christian <c.defelice@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1539 | 07/25/14 | De Felice Christian <C.DeFelice@almaviva.it> | Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-288**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1540 | 07/25/14 | anna gatti <anna.gatti@gmail.com> | Guillard Hein, Valerie S. <vhein@orrick.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1541 | 07/25/14 | anna gatti <anna.gatti@gmail.com> | Guillard Hein, Valerie S. <vhein@orrick.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1542 | 07/25/14 | anna gatti <anna.gatti@gmail.com> | Guillard Hein, Valerie S. <vhein@orrick.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1543 | 07/25/14 | Nicolella Angela <A.Nicolella@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1544 | 07/25/14 | Nicolella Angela <A.Nicolella@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-289**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1545 | 07/25/14 | Nicolella Angela (A.Nicolella@almaviva.it); Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea (A.Rossetti@almaviva.it) | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1546 | 07/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege; Attorney Work Product |
| 1547 | 07/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege; Attorney Work Product |

**A-290**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1548 | 07/25/14 | anna gatti <anna.gatti@gmail.com> | Guillard Hein, Valerie S. <vhein@orrick.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1549 | 07/25/14 | anna gatti <anna.gatti@gmail.com> | Guillard Hein, Valerie S. <vhein@orrick.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1550 | 07/25/14 | anna gatti <anna.gatti@gmail.com> | Guillard Hein, Valerie S. <vhein@orrick.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1551 | 07/25/14 | | Orrick | | Draft Patent Specifications | Attorney Work Product |
| 1552 | 07/25/14 | Guillard Hein, Valerie S. <vhein@orrick.com> | Anna <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-291**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1553 | 07/25/14 | Guillard Hein, Valerie S. <vhein@orrick.com> | Anna <anna.gatti@gmail.com> | Nobili Sabrina <S.Nobili@almaviva.it>; Strube, Scot <sstrube@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1554 | 07/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1555 | 07/25/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-292**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1556 | 07/25/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1557 | 07/27/14 | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-293**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1558 | 07/27/14 | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1559 | 07/28/14 | gatti anna <a.gatti@almawave.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1560 | 07/28/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1561 | 07/28/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1562 | 07/28/14 | Nicolella Angela <A.Nicolella@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-294**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1563 | 07/28/14 | Nicolella Angela <A.Nicolella@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1564 | 07/28/14 | Nicolella Angela <A.Nicolella@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1565 | 07/28/14 | Nicolella Angela (A.Nicolella@almaviva.it); Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea (A.Rossetti@almaviva.it) | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1566 | 07/28/14 | Nicolella Angela (A.Nicolella@almaviva.it); Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea (A.Rossetti@almaviva.it) | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1567 | 07/28/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1568 | 07/29/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Billing | Attorney Client Privilege |
| 1569 | 07/30/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | Sandei Valeria <V.Sandei@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1570 | 07/30/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | Sandei Valeria <V.Sandei@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1571 | 07/30/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1572 | 07/30/14 | | Orrick | | Draft of patent application | Attorney Work Product |
| 1573 | 07/30/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-295**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1574 | 07/30/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1575 | 07/30/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1576 | 07/30/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1577 | 07/30/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1578 | 07/30/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1579 | 07/30/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1580 | 07/30/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Tripi Marco <M.Tripi@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1581 | 07/30/14 | Manuela Micoli <manuela@iqsystem.us> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Work Product |
| 1582 | 07/30/14 | | Orrick | | Draft of patent application | Attorney Work Product |

**A-296**

230

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1583 | 07/31/14 | Adams, Dylan O. <dadams@orrick.com>; gatti anna <a.gatti@almawave.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1584 | 07/31/14 | Adams, Dylan O. <dadams@orrick.com>; gatti anna <a.gatti@almawave.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1585 | 07/31/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-297**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1586 | 07/31/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1587 | 07/31/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-298**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1588 | 07/31/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1589 | 07/31/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com> | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-299**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1590 | 07/31/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1591 | 07/31/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-300**

234

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1592 | 07/31/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1593 | 07/31/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-301**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1594 | 07/31/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1595 | 07/31/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-302**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1596 | 07/31/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1597 | 07/31/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re patent application  for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1598 | 07/31/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | | Relaying attorney-client communication re patent application  for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1599 | 07/31/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <m.tripi@mailitmaster.com> | | Relaying attorney-client communication re patent application  for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-303**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1600 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1601 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-304**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1602 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1603 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-305**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1604 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1605 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-306**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1606 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1607 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1608 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

241

**A-307**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1609 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1610 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1611 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1612 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1613 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1614 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1615 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1616 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1617 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-308**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1618 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1619 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1620 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1621 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1622 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1623 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1624 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1625 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1626 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-309**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1627 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1628 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1629 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1630 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1631 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1632 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

244

**A-310**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1633 | 08/01/14 | 'Adams, Dylan O.' <dadams@orrick.com> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1634 | 08/01/14 | 'Adams, Dylan O.' <dadams@orrick.com> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-311**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1635 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1636 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-312**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1637 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1638 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-313**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1639 | 08/01/14 | 'Adams, Dylan O.' <dadams@orrick.com> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1640 | 08/01/14 | 'Adams, Dylan O.' <dadams@orrick.com> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-314**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1641 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1642 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-315**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1643 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1644 | 08/01/14 | 'Adams, Dylan O.' <dadams@orrick.com> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1645 | 08/01/14 | 'Adams, Dylan O.' <dadams@orrick.com> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1646 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-316**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1647 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1648 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1649 | 08/01/14 | Sandei Valeria <V.Sandei@almaviva.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1650 | 08/01/14 | Sandei Valeria <V.Sandei@almaviva.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-317**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1651 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1652 | 08/01/14 | 'Adams, Dylan O.' <dadams@orrick.com> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-318**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1653 | 08/01/14 | 'Adams, Dylan O.' <dadams@orrick.com> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1654 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1655 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1656 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1657 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1658 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-319**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1659 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1660 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1661 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1662 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-320**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1663 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1664 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-321**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1665 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1666 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-322**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1667 | 08/01/14 | 'Adams, Dylan O.' <dadams@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1668 | 08/01/14 | 'Adams, Dylan O.' <dadams@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1669 | 08/01/14 | | Orrick | | Draft of patent application | Attorney Work Product |

**A-323**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1670 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1671 | 08/01/14 | 'Adams, Dylan O.' <dadams@orrick.com> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; 'Isackson, Robert M.' <rmisackson@orrick.com>; 'Stockwell, Davin M.' <dstockwell@orrick.com>; 'Sternberg, Peter' <psternberg@orrick.com>; 'Strube, Scot' <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; 'Tracey, Malissa' <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-324**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1672 | 08/01/14 | 'Adams, Dylan O.' <dadams@orrick.com> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; 'Isackson, Robert M.' <rmisackson@orrick.com>; 'Stockwell, Davin M.' <dstockwell@orrick.com>; 'Sternberg, Peter' <psternberg@orrick.com>; 'Strube, Scot' <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; 'Tracey, Malissa' <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1673 | 08/01/14 | | Orrick | | Draft of patent application | Attorney Work Product |
| 1674 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-325**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1675 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1676 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-326**

260

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1677 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <v.sandei@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1678 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1679 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1680 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1681 | 08/01/14 | | Orrick | | Draft of patent application | Attorney Work Product |

**A-327**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1682 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1683 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-328**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1684 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1685 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-329**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1686 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1687 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-330**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|------|----------|-----|---------------|-----|------------------|-------------------|
| 1688 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1689 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-331**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1690 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1691 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-332**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1692 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1693 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-333**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1694 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1695 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-334**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1696 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1697 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1698 | | | Orrick | | Draft of patent application | Attorney Work Product |

**A-335**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1699 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1700 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1701 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-336**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1702 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1703 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1704 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1705 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-337**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1706 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1707 | 08/01/14 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1708 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-338**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1709 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1710 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-339**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1711 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1712 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-340**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1713 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1714 | 08/01/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-341**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1715 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1716 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-342**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1717 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1718 | 08/01/14 | Adams, Dylan O. <dadams@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-343**

277

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1719 | 08/02/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1720 | 08/02/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1721 | 08/02/14 | | Orrick | | Draft of patent application | Attorney Work Product |

**A-344**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1722 | 08/02/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1723 | 08/02/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-345**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1724 | 08/02/14 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1725 | 08/02/14 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-346**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1726 | 08/02/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1727 | 08/02/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1728 | 08/02/14 | Tripi Alberto <A.Tripi@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Cuneo Giuseppe <g.cuneo@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-347**

281

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1729 | 08/02/14 | Tripi Alberto <A.Tripi@almaviva.it>; Tripi Marco <M.Tripi@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Cuneo Giuseppe <g.cuneo@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1730 | 08/02/14 | Di Curzio Diego <D.DiCurzio@almawave.it>; Nigri Guglielmo <G.Nigri@almawave.it>; Maestro Giordano <G.Maestro@almawave.it>; Folino Simone <S.Folino@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1731 | 08/02/14 | Di Curzio Diego <D.DiCurzio@almawave.it>; Nigri Guglielmo <G.Nigri@almawave.it>; Maestro Giordano <G.Maestro@almawave.it>; Folino Simone <S.Folino@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1732 | 08/02/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Alberto <A.Tripi@almaviva.it> | Tripi Marco <M.Tripi@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Cuneo Giuseppe <g.cuneo@almaviva.it> | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1733 | 08/02/14 | Tripi Alberto <A.Tripi@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Cuneo Giuseppe <g.cuneo@almaviva.it> | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-348**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1734 | 08/02/14 | Tripi Alberto <A.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Tripi Marco <M.Tripi@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Cuneo Giuseppe <g.cuneo@almaviva.it> | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1735 | 08/02/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1736 | 08/02/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-349**

283

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1737 | 08/02/14 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1738 | 08/02/14 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1739 | 08/02/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-350**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1740 | 08/02/14 | Adams, Dylan O. <dadams@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1741 | 08/02/14 | Adams, Dylan O. <dadams@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-351**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1742 | 08/02/14 | Adams, Dylan O. <dadams@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1743 | 08/02/14 | Adams, Dylan O. <dadams@orrick.com>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1744 | 08/02/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1745 | 08/02/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

A-352

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1746 | 08/02/14 | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1747 | 08/02/14 | Di Curzio Diego <D.DiCurzio@almawave.it>; Nigri Guglielmo <G.Nigri@almawave.it>; Maestro Giordano <G.Maestro@almawave.it>; Folino Simone <S.Folino@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 1748 | 08/02/14 | Sandei Valeria <V.Sandei@almawave.it>; Di Curzio Diego <D.DiCurzio@almawave.it>; Nigri Guglielmo <G.Nigri@almawave.it>; Maestro Giordano <G.Maestro@almawave.it>; Folino Simone <S.Folino@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1749 | 08/02/14 | Sandei Valeria <V.Sandei@almawave.it>; Di Curzio Diego <D.DiCurzio@almawave.it>; Nigri Guglielmo <G.Nigri@almawave.it>; Maestro Giordano <G.Maestro@almawave.it>; Folino Simone <S.Folino@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1750 | 08/02/14 | Sandei Valeria <V.Sandei@almawave.it>; Di Curzio Diego <D.DiCurzio@almawave.it>; Nigri Guglielmo <G.Nigri@almawave.it>; Maestro Giordano <G.Maestro@almawave.it>; Folino Simone <S.Folino@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-353**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1751 | 08/02/14 | Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Nigri Guglielmo <G.Nigri@almawave.it>; Maestro Giordano <G.Maestro@almawave.it>; Folino Simone <S.Folino@almawave.it> | Di Curzio Diego <D.DiCurzio@almawave.it> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1752 | 08/02/14 | Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Nigri Guglielmo <G.Nigri@almawave.it>; Maestro Giordano <G.Maestro@almawave.it>; Folino Simone <S.Folino@almawave.it> | Di Curzio Diego <D.DiCurzio@almawave.it> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1753 | 08/02/14 | Sandei Valeria <V.Sandei@almawave.it> | Cuneo Giuseppe <g.cuneo@almaviva.it> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1754 | 08/02/14 | Calderara Sergio <S.Calderara@almaviva.it> | Ferri Luca <L.Ferri@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; Magnano Melissa <M.Magnano@almaviva.it> | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1755 | 08/04/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sassani Mariagrazia <M.Sassani@almawave.it> | | Communication to obtain advice or advice re Gatti employment agreement | Attorney Client Privilege |
| 1756 | 08/05/14 | Sandei Valeria <V.Sandei@almawave.it> | Isackson, Robert M. <rmisackson@orrick.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1757 | 08/05/14 | Isackson, Robert M. <rmisackson@orrick.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1758 | 08/05/14 | Sandei Valeria <V.Sandei@almawave.it> | Isackson, Robert M. <rmisackson@orrick.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1759 | 08/06/14 | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |

**A-354**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1760 | 08/06/14 | Punzo Mariano Ciro <M.Punzo@almawave.it>; Sferra Marco <M.Sferra@almawave.it> | Di Curzio Diego <D.DiCurzio@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Nigri Guglielmo <G.Nigri@almawave.it>; Maestro Giordano <G.Maestro@almawave.it>; Folino Simone <S.Folino@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1761 | 08/06/14 | Punzo Mariano Ciro <M.Punzo@almawave.it>; Sferra Marco <M.Sferra@almawave.it> | Di Curzio Diego <D.DiCurzio@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; Nigri Guglielmo <G.Nigri@almawave.it>; Maestro Giordano <G.Maestro@almawave.it>; Folino Simone <S.Folino@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1762 | 08/06/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1763 | 08/06/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1764 | 08/06/14 | Di Curzio Diego <D.DiCurzio@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1765 | 08/06/14 | Di Curzio Diego <D.DiCurzio@almawave.it> | Romagnoli Raniero <r.romagnoli@mailitmaster.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 1766 | 08/07/14 | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; Magnano Melissa <M.Magnano@almaviva.it> | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1767 | 08/07/14 | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | Magnano Melissa <M.Magnano@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1768 | 08/07/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1769 | 08/07/14 | 'Sternberg, Peter' <psternberg@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-355**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1770 | 08/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | Magnano Melissa <M.Magnano@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1771 | 08/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1772 | 08/08/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1773 | 08/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1774 | 08/08/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1775 | 08/08/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1776 | 08/09/14 | Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Anna Gatti <anna.gatti@gmail.com> | Michele Battolla <mbattolla@almavivadobrasil.com.br>; Sandei Valeria <V.Sandei@almawave.it>; De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1777 | 08/09/14 | Anna Gatti <anna.gatti@gmail.com> | Michele Battolla <mbattolla@almavivadobrasil.com.br> | Sandei Valeria <V.Sandei@almawave.it>; De Felice Christian <C.DeFelice@almaviva.it>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1778 | 08/10/14 | Michele Battolla <mbattolla@almavivadobrasil.com.br> | Anna Gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; De Felice Christian <C.DeFelice@almaviva.it>; Giuseppe Aloia <galoia@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-356**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1779 | 09/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1780 | 09/01/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1781 | 09/02/14 | | Orrick | | Communications re legal services provided | Attorney Work Product |
| 1782 | 09/02/14 | | Orrick | | Communications re legal services provided | Attorney Work Product |
| 1783 | 09/02/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1784 | 09/03/14 | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Mantini, Marco <mmantini@orrick.com> | Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 1785 | 09/03/14 | Nicolella Angela <A.Nicolella@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1786 | 09/03/14 | Nicolella Angela <A.Nicolella@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1787 | 09/03/14 | Nicolella Angela (A.Nicolella@almaviva.it) | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1788 | 09/03/14 | Nicolella Angela (A.Nicolella@almaviva.it) | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1789 | 09/03/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1790 | 09/03/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |

**A-357**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1791 | 09/03/14 | anna gatti <anna.gatti@gmail.com>; Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | gatti anna <a.gatti@almawave.com>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1792 | 09/03/14 | 'anna gatti' <anna.gatti@gmail.com>; Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Ferri Luca <L.Ferri@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1793 | 09/04/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna Gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1794 | 09/04/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1795 | 09/04/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | Calderara Sergio (S.Calderara@almaviva.it) | Communications re legal services provided | Attorney Client Privilege |
| 1796 | 09/04/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1797 | 09/04/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1798 | 09/04/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1799 | 09/04/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1800 | 09/04/14 | Mantini, Marco <mmantini@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |

**A-358**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1801 | 09/04/14 | 'Mantini, Marco' <mmantini@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Guillard Hein, Valerie S. <vhein@orrick.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 1802 | 09/04/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna Gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1803 | 09/04/14 | 'Anna Gatti' <anna.gatti@gmail.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1804 | 09/04/14 | 'Anna Gatti' <anna.gatti@gmail.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1805 | 09/05/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1806 | 09/05/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1807 | 09/05/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1808 | 09/05/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1809 | 09/05/14 | | Orrick | | Communications re legal services provided | Attorney Work Product |
| 1810 | 09/05/14 | | Orrick | | Communications re legal services provided | Attorney Work Product |
| 1811 | 09/05/14 | | Orrick | | Communications re legal services provided | Attorney Work Product |
| 1812 | 09/05/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romano, Theresa C. <tromano@orrick.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1813 | 09/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | gatti anna <a.gatti@almawave.com> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |

**A-359**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1814 | 09/08/14 | Calderara Sergio <S.Calderara@almaviva.it> | gatti anna <a.gatti@almawave.com> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1815 | 09/08/14 | gatti anna <a.gatti@almawave.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1816 | 09/08/14 | gatti anna <a.gatti@almawave.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1817 | 09/08/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1818 | 09/08/14 | Nobili Sabrina (s.nobili@almaviva.it) | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1819 | 09/08/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1820 | 09/08/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1821 | 09/08/14 | Rossetti Andrea <A.Rossetti@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it> | De Felice Christian <c.defelice@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 1822 | 09/11/14 | Sandei Valeria <V.Sandei@almawave.it>; gatti anna <a.gatti@almawave.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1823 | 09/11/14 | Sandei Valeria <V.Sandei@almawave.it>; gatti anna <a.gatti@almawave.com> | Perri Mariantonietta <ma.perri@mailitmaster.com> | Calderara Sergio (S.Calderara@almaviva.it) | Communications re legal services provided | Attorney Client Privilege |
| 1824 | 09/11/14 | Sandei Valeria <V.Sandei@almawave.it>; gatti anna <a.gatti@almawave.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1825 | 09/11/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | Calderara Sergio (S.Calderara@almaviva.it) | Communications re legal services provided | Attorney Client Privilege |
| 1826 | 09/11/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |

**A-360**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1827 | 09/11/14 | Sassani Mariagrazia <M.Sassani@almawave.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio (S.Calderara@almaviva.it) | Communications re legal services provided | Attorney Client Privilege |
| 1828 | 09/11/14 | Sassani Mariagrazia <M.Sassani@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1829 | 09/12/14 | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1830 | 09/12/14 | Ferri Luca <L.Ferri@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1831 | 09/14/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Tripi Marco <m.tripi@mailitmaster.com> | | Communication to obtain advice or advice re US export controls | Attorney Client Privilege |
| 1832 | 09/14/14 | Tripi Marco <M.Tripi@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | | Communication to obtain advice or advice re US export controls | Attorney Client Privilege |
| 1833 | 09/15/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nicolella Angela <a.nicolella@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1834 | 09/15/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nicolella Angela <A.Nicolella@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1835 | 09/15/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Calderara Sergio <s.calderara@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1836 | 09/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romano, Theresa C. <tromano@orrick.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1837 | 09/18/14 | Cozzolino Alfredo <A.Cozzolino@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1838 | 09/18/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1839 | 09/18/14 | 'Sternberg, Peter' <psternberg@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1840 | 09/18/14 | Catalano Domenico <D.Catalano@almaviva.it> | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 1841 | 09/18/14 | Rossetti Andrea <A.Rossetti@almaviva.it> | Cozzolino Alfredo <A.Cozzolino@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1842 | 09/19/14 | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <c.defelice@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |

**A-361**

295

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1843 | 09/19/14 | gatti anna <a.gatti@almawave.com> | De Felice Christian <c.defelice@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; Nicolella Angela <A.Nicolella@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1844 | 09/19/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Gresia Antonello (A.Gresia@almaviva.it); Rossetti Andrea <A.Rossetti@almaviva.it> | Nicolella Angela <a.nicolella@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1845 | 09/19/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Gresia Antonello <A.Gresia@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Nicolella Angela <A.Nicolella@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1846 | 09/21/14 | Calderara Sergio <S.Calderara@almaviva.it> | Ferri Luca <L.Ferri@almawave.it> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1847 | 09/21/14 | Calderara Sergio <S.Calderara@almaviva.it> | Ferri Luca <fi103500@mailitmaster.com> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1848 | 09/22/14 | Sforza Carla <C.Sforza@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1849 | 09/22/14 | Ferri Luca <L.Ferri@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Magnano Melissa <M.Magnano@almaviva.it> | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1850 | 09/22/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Magnano Melissa <M.Magnano@almaviva.it> | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1851 | 09/22/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Ferri Luca <L.Ferri@almawave.it>; Magnano Melissa <M.Magnano@almaviva.it> | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1852 | 09/22/14 | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it> | Ferri Luca <L.Ferri@almawave.it> | Magnano Melissa <M.Magnano@almaviva.it> | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |

**A-362**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1853 | 09/23/14 | Ferri Luca <L.Ferri@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1854 | 09/23/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it> | Nicolella Angela <a.nicolella@mailitmaster.com> | Dominici Federico <f.dominici@almavivaitalia.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1855 | 09/23/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it> | Nicolella Angela <A.Nicolella@almaviva.it> | Dominici Federico <F.Dominici@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1856 | 09/24/14 | Iaccarino Gabriele <G.Iaccarino@almaviva.it>; Barraco Anna <A.Barraco@almaviva.it> | Cozzolino Alfredo <A.Cozzolino@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it>; Sassani Mariagrazia <M.Sassani@almawave.it> | Communications re legal services provided | Attorney Client Privilege |
| 1857 | 09/24/14 | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | Magnano Melissa <M.Magnano@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1858 | 09/25/14 | Ferri Luca <L.Ferri@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Magnano Melissa <M.Magnano@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1859 | 09/26/14 | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | | Relaying attorney-client communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |

**A-363**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1860 | 09/26/14 | Ferri Luca <L.Ferri@almawave.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1861 | 09/26/14 | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | | Relaying attorney-client communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1862 | 09/26/14 | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | | Relaying attorney-client communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1863 | 09/26/14 | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | | Relaying attorney-client communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1864 | 09/26/14 | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | | Relaying attorney-client communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1865 | 09/30/14 | Ferri Luca <L.Ferri@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Relaying attorney-client communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1866 | 09/30/14 | Mezzetti Francesca <F.Mezzetti@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Bugatti Monica <M.Bugatti@almaviva.it> | Communication to obtain advice or advice re Almawave IP portfolio | Attorney Client Privilege |
| 1867 | 09/30/14 | gatti anna <a.gatti@almawave.com>; Ferri Luca <L.Ferri@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Tony D N <tony@iqsystem.us>; Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |

**A-364**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1868 | 09/30/14 | gatti anna <a.gatti@almawave.com>; Ferri Luca <L.Ferri@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Tony D N <tony@iqsystem.us>; Jeff Capaccio <jcapaccio@carrferrell.com> | Sandei Valeria <V.Sandei@almawave.it> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1869 | 10/01/14 | Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com> | gatti anna <a.gatti@almawave.com>; Ferri Luca <L.Ferri@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; Tony D N <tony@iqsystem.us>; Jeff Capaccio <jcapaccio@carrferrell.com> | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1870 | 10/02/14 | Guillard Hein, Valerie S. <vhein@orrick.com>; Nobili Sabrina <S.Nobili@almaviva.it> | Anna Gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 1871 | 10/02/14 | anna.gatti@gmail.com | Nobili Sabrina <s.nobili@mailitmaster.com> | Guillard Hein, Valerie S. (vhein@orrick.com) | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 1872 | 10/02/14 | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 1873 | 10/06/14 | Valerie S. Guillard Hein <vhein@orrick.com> | gatti anna <a.gatti@almawave.com> | Sandei Valeria <V.Sandei@almawave.it> | Communications re legal services provided | Attorney Client Privilege |
| 1874 | 10/07/14 | Iaccarino Gabriele <G.Iaccarino@almaviva.it>; Barraco Anna <A.Barraco@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1875 | 10/10/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1876 | 10/10/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |

**A-365**

299

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1877 | 10/10/14 | Calderara Sergio <S.Calderara@almaviva.it>; anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1878 | 10/10/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | gatti anna <a.gatti@almawave.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1879 | 10/10/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1880 | 10/10/14 | Calderara Sergio <S.Calderara@almaviva.it> | gatti anna <a.gatti@almawave.com> | Sandei Valeria <V.Sandei@almawave.it>; gatti anna <a.gatti@almawave.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1881 | 10/10/14 | Calderara Sergio <S.Calderara@almaviva.it> | gatti anna <a.gatti@almawave.com> | Sandei Valeria <V.Sandei@almawave.it>; gatti anna <a.gatti@almawave.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1882 | 10/10/14 | gatti anna <a.gatti@almawave.com> | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it>; gatti anna <a.gatti@almawave.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1883 | 10/10/14 | gatti anna <a.gatti@almawave.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it>; gatti anna <a.gatti@almawave.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1884 | 10/10/14 | Sandei Valeria <V.Sandei@almawave.it>; gatti anna <a.gatti@almawave.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |

**A-366**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1885 | 10/10/14 | Sandei Valeria <V.Sandei@almawave.it>; gatti anna <a.gatti@almawave.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1886 | 10/10/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1887 | 10/10/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1888 | 10/10/14 | Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1889 | 10/10/14 | Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com> | Calderara Sergio <S.Calderara@almaviva.it>; gatti anna <a.gatti@almawave.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1890 | 10/10/14 | Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com> | Calderara Sergio <S.Calderara@almaviva.it>; gatti anna <a.gatti@almawave.com>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1891 | 10/10/14 | gatti anna <a.gatti@almawave.com> | Guillard Hein, Valerie S. <vhein@orrick.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1892 | 10/10/14 | Guillard Hein, Valerie S. <vhein@orrick.com> | gatti anna <a.gatti@almawave.com> | gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1893 | 10/10/14 | gatti anna <a.gatti@almawave.com> | Guillard Hein, Valerie S. <vhein@orrick.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1894 | 10/11/14 | | Orrick | | Draft NDA | Attorney Work Product |
| 1895 | 10/11/14 | Calderara Sergio <S.Calderara@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1896 | 10/11/14 | psternberg@orrick.com | gatti anna <a.gatti@almawave.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communications re legal services provided | Attorney Client Privilege |

**A-367**

301

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1897 | 10/11/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1898 | 10/11/14 | gatti anna <a.gatti@almawave.com>; Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1899 | 10/11/14 | gatti anna <a.gatti@almawave.com>; Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1900 | 10/11/14 | gatti anna <a.gatti@almawave.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1901 | 10/11/14 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1902 | 10/11/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1903 | 10/11/14 | Sandei Valeria <V.Sandei@almawave.it>; gatti anna <a.gatti@almawave.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1904 | 10/11/14 | Sandei Valeria <V.Sandei@almawave.it>; gatti anna <a.gatti@almawave.com> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1905 | 10/11/14 | gatti anna <a.gatti@almawave.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1906 | 10/12/14 | Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com> | | Communication to obtain advice or advice re NDA | Attorney Client Privilege |
| 1907 | 10/13/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1908 | 10/13/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1909 | 10/13/14 | Sternberg, Peter (psternberg@orrick.com) | Perri Mariantonietta <ma.perri@mailitmaster.com> | Calderara Sergio (S.Calderara@almaviva.it) | Communications re legal services provided | Attorney Client Privilege |
| 1910 | 10/13/14 | Calderara Sergio (S.Calderara@almaviva.it) | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1911 | 10/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1912 | 10/13/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |

**A-368**

302

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1913 | 10/13/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1914 | 10/13/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1915 | 10/13/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communications re legal services to be provided | Attorney Client Privilege |
| 1916 | 10/13/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services to be provided | Attorney Client Privilege |
| 1917 | 10/13/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1918 | 10/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1919 | 10/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1920 | 10/14/14 | Calderara Sergio (S.Calderara@almaviva.it) | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1921 | 10/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1922 | 10/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1923 | 10/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1924 | 10/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1925 | 10/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1926 | 10/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1927 | 10/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <f.renzetti@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1928 | 10/14/14 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1929 | 10/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1930 | 10/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <m.tripi@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |

**A-369**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1931 | 10/14/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1932 | 10/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1933 | 10/14/14 | Calderara Sergio (S.Calderara@almaviva.it) | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1934 | 10/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1935 | 10/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1936 | 10/14/14 | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1937 | 10/14/14 | Sternberg, Peter (psternberg@orrick.com) | Perri Mariantonietta <ma.perri@mailitmaster.com> | Calderara Sergio (S.Calderara@almaviva.it) | Communications re legal services provided | Attorney Client Privilege |
| 1938 | 10/14/14 | Sternberg, Peter (psternberg@orrick.com) | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1939 | 10/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1940 | 10/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1941 | 10/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1942 | 10/14/14 | 'Sternberg, Peter' <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1943 | 10/14/14 | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 1944 | 10/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1945 | 10/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1946 | 10/14/14 | gatti anna <a.gatti@almawave.com> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communications re legal services provided | Attorney Client Privilege |
| 1947 | 10/14/14 | gatti anna <a.gatti@almawave.com> | Sternberg, Peter <psternberg@orrick.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communications re legal services provided | Attorney Client Privilege |

**A–370**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA


LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)


Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1948 | 10/14/14 | gatti anna <a.gatti@almawave.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1949 | 10/15/14 | Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com> | tony@iqsystem.us | Jeffrey Capaccio <jcapaccio@carrferrell.com>; Manuela Micoli <manuela@iqsystem.us> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1950 | 10/15/14 | Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com> | tony@iqsystem.us | Jeffrey Capaccio <jcapaccio@carrferrell.com>; Manuela Micoli <manuela@iqsystem.us> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 1951 | 10/15/14 | Sternberg, Peter <psternberg@orrick.com> | gatti anna <a.gatti@almawave.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | Communications re legal services provided | Attorney Client Privilege |
| 1952 | 10/15/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1953 | 10/15/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1954 | 10/15/14 | Renzetti Francesco <F.Renzetti@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1955 | 10/15/14 | Rossetti Andrea <A.Rossetti@almaviva.it> | Anna Gatti <anna.gatti@gmail.com> | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1956 | 10/15/14 | 'Anna Gatti' <anna.gatti@gmail.com> | Rossetti Andrea <A.Rossetti@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-371**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1957 | 10/15/14 | Rossetti Andrea <A.Rossetti@almaviva.it> | Anna Gatti <anna.gatti@gmail.com> | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1958 | 10/15/14 | 'Anna Gatti' <anna.gatti@gmail.com> | Rossetti Andrea <A.Rossetti@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1959 | 10/15/14 | Rossetti Andrea <A.Rossetti@almaviva.it> | Anna Gatti <anna.gatti@gmail.com> | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1960 | 10/21/14 | 'gatti anna' <a.gatti@almawave.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1961 | 10/21/14 | Calderara Sergio <S.Calderara@almaviva.it> | gatti anna <a.gatti@almawave.com> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1962 | 10/21/14 | gatti anna <a.gatti@almawave.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1963 | 10/21/14 | Calderara Sergio <S.Calderara@almaviva.it> | gatti anna <a.gatti@almawave.com> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |
| 1964 | 10/21/14 | gatti anna <a.gatti@almawave.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re customer or client agreements | Attorney Client Privilege |

**A-372**

306

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1965 | 10/21/14 | Calderara Sergio <S.Calderara@almaviva.it> | gatti anna <a.gatti@almawave.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 1966 | 10/21/14 | gatti anna <a.gatti@almawave.com> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 1967 | 10/21/14 | gatti anna <a.gatti@almawave.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 1968 | 10/21/14 | Calderara Sergio <S.Calderara@almaviva.it> | gatti anna <a.gatti@almawave.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 1969 | 10/21/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna Gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 1970 | 10/21/14 | 'Anna Gatti' <anna.gatti@gmail.com> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 1971 | 10/21/14 | Calderara Sergio <S.Calderara@almaviva.it> | Anna Gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 1972 | 10/22/14 | | Orrick | | Draft NDA | Attorney Work Product |
| 1973 | 10/23/14 | Sforza Carla <C.Sforza@almaviva.it> | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1974 | 10/24/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Nicolella Angela <a.nicolella@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1975 | 10/24/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Nicolella Angela <A.Nicolella@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-373**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1976 | 10/24/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1977 | 10/24/14 | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1978 | | This document was produced as ALMAWAVE0048802 | | | | |
| 1979 | | This document was produced as ALMAWAVE0048806 | | | | |
| 1980 | | This document was produced as ALMAWAVE0048810 | | | | |
| 1981 | 10/27/14 | Sforza Carla <C.Sforza@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1982 | 10/27/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1983 | 10/27/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1984 | 11/02/14 | De Felice Christian <C.DeFelice@almaviva.it> | gatti anna <a.gatti@almawave.com> | Nicolella Angela <A.Nicolella@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 1985 | 11/03/14 | nattiv@bayareaimmigration.com | gatti anna <a.gatti@almawave.com> | Irace Marina <M.Irace@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 1986 | 11/03/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <m.irace@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 1987 | 11/03/14 | gatti anna <a.gatti@almawave.com> | Hilla Nattiv <nattiv@bayareaimmigration.com> | Irace Marina <M.Irace@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 1988 | 11/03/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <m.irace@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 1989 | 11/06/14 | Irace Marina <M.Irace@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 1990 | 11/07/14 | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; De Lucia Francesco <F.DeLucia@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |

**A-374**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 1991 | 11/07/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 1992 | 11/10/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1993 | 11/10/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1994 | 11/10/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1995 | 11/10/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 1996 | 11/10/14 | Nobili Sabrina (s.nobili@almaviva.it) | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 1997 | 11/10/14 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 1998 | 11/10/14 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 1999 | 11/12/14 | gatti anna <a.gatti@almawave.com>; De Felice Christian <C.DeFelice@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2000 | 11/12/14 | gatti anna <a.gatti@almawave.com>; De Felice Christian <C.DeFelice@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <fi200244@mailitmaster.com>; Nobili Sabrina (s.nobili@almaviva.it) | Communications re legal services provided | Attorney Client Privilege |

**A-375**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2001 | 11/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | gatti anna <a.gatti@almawave.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2002 | 11/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | gatti anna <a.gatti@almawave.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Re: Parcella Orrick | Attorney Client Privilege |
| 2003 | 11/13/14 | De Felice Christian <C.DeFelice@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2004 | 11/13/14 | De Felice Christian <C.DeFelice@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com> | Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |

**A-376**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2005 | 11/13/14 | gatti anna <a.gatti@almawave.com> | Sandei Valeria <V.Sandei@almawave.it> | De Felice Christian <C.DeFelice@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2006 | 11/13/14 | gatti anna <a.gatti@almawave.com> | Sandei Valeria <v.sandei@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2007 | 11/13/14 | Sandei Valeria <V.Sandei@almawave.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; De Felice Christian <C.DeFelice@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2008 | 11/13/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |

**A-377**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2009 | 11/13/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 2010 | 11/13/14 | Sandei Valeria <V.Sandei@almawave.it> | Nobili Sabrina <S.Nobili@almaviva.it> | gatti anna <a.gatti@almawave.com>; De Felice Christian <C.DeFelice@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2011 | 11/13/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 2012 | 11/13/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 2013 | 11/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Nobili Sabrina <S.Nobili@almaviva.it>; gatti anna <a.gatti@almawave.com>; De Felice Christian <C.DeFelice@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |

**A-378**

312

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2014 | 11/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Nobili Sabrina <S.Nobili@almaviva.it>; gatti anna <a.gatti@almawave.com>; De Felice Christian <C.DeFelice@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2015 | 11/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 2016 | 11/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 2017 | 11/13/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2018 | 11/13/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2019 | 11/13/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it>; gatti anna <a.gatti@almawave.com>; De Felice Christian <C.DeFelice@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |

**A-379**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2020 | 11/13/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | Nobili Sabrina <S.Nobili@almaviva.it>; gatti anna <a.gatti@almawave.com>; De Felice Christian <C.DeFelice@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2021 | 11/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Nobili Sabrina <S.Nobili@almaviva.it>; gatti anna <a.gatti@almawave.com>; De Felice Christian <C.DeFelice@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2022 | 11/13/14 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Nobili Sabrina <S.Nobili@almaviva.it>; gatti anna <a.gatti@almawave.com>; De Felice Christian <C.DeFelice@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2023 | 11/13/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |

**A-380**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2024 | 11/13/14 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2025 | 11/13/14 | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2026 | 11/13/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2027 | 11/13/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2028 | 11/13/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2029 | 11/13/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2030 | 11/13/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2031 | 11/13/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Mariantonietta <ma.perri@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2032 | 11/13/14 | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it> | gatti anna <a.gatti@almawave.com> | Nobili Sabrina <S.Nobili@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |

**A-381**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2033 | 11/13/14 | Sandei Valeria <V.Sandei@almawave.it>; Calderara Sergio <S.Calderara@almaviva.it> | gatti anna <a.gatti@almawave.com> | Nobili Sabrina <S.Nobili@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2034 | 11/13/14 | gatti anna <a.gatti@almawave.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2035 | 11/13/14 | Antonelli Andrea <A.Antonelli@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; anna.gatti@gmail.com; gatti anna <a.gatti@almawave.com>; Alessandro Tescari (alessandro.tescari@pervoice.it); Amati Antonio <A.Amati@almaviva.it>; Previtera Gianfranco <G.Previtera@almaviva.it>; Mazzarini Fabio <F.Mazzarini@almaviva.it>; Marzapane Andrea <A.Marzapane@almaviva.it>; Ridha Ben Abdessalem <b.ridha@almaviva.it>; Giannetti Mirko <m.giannetti@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it> | Tripi Marco <M.Tripi@almaviva.it>; Renzetti Francesco <F.Renzetti@almaviva.it>; De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Gelosi Antonella <A.Gelosi@almaviva.it>; Martino Vincenzo <V.Martino@almaviva.it>; Ricci Vincenza <V.Ricci@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |

**A-382**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2036 | 11/13/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2037 | 11/13/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2038 | 11/14/14 | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2039 | 11/14/14 | Nobili Sabrina <S.Nobili@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communications re legal services provided | Attorney Client Privilege |
| 2040 | 11/14/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2041 | 11/14/14 | Sforza Carla <C.Sforza@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2042 | 11/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2043 | 11/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2044 | 11/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 2045 | 11/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 2046 | 11/14/14 | 'vhein@orrick.com' | Nobili Sabrina <s.nobili@mailitmaster.com> | 'tgreene@orrick.com'; 'Sternberg, Peter' <psternberg@orrick.com>; Gelosi Antonella <A.Gelosi@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |

**A-383**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2047 | 11/14/14 | 'vhein@orrick.com' | Nobili Sabrina <s.nobili@mailitmaster.com> | 'tgreene@orrick.com'; 'Sternberg, Peter' <psternberg@orrick.com>; Gelosi Antonella <A.Gelosi@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2048 | 11/14/14 | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2049 | 11/14/14 | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2050 | 11/14/14 | | Orrick | | Communications re legal services provided | Attorney Work Product; Attorney Client Privilege |
| 2051 | 11/14/14 | | Orrick | | Communications re legal services provided | Attorney Work Product; Attorney Client Privilege |
| 2052 | 11/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2053 | 11/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2054 | 11/14/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2055 | 11/14/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2056 | 11/14/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2057 | 11/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2058 | 11/14/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |

**A-384**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2059 | 11/14/14 | Guillard Hein, Valerie S. (vhein@orrick.com) | Nobili Sabrina <s.nobili@mailitmaster.com> | 'tgreene@orrick.com'; Sternberg, Peter (psternberg@orrick.com); Gelosi Antonella <A.Gelosi@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2060 | 11/14/14 | Guillard Hein, Valerie S. (vhein@orrick.com) | Nobili Sabrina <s.nobili@mailitmaster.com> | 'tgreene@orrick.com'; Sternberg, Peter (psternberg@orrick.com); Gelosi Antonella <A.Gelosi@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2061 | 11/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2062 | 11/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2063 | 11/14/14 | Mastrosanti Giovanni <G.Mastrosanti@almaviva.it>; Roberto Fracassi (fracassi@studiognudi.it) | Dibitonto Antonio <fi200244@mailitmaster.com> | Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2064 | 11/14/14 | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2065 | 11/14/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romano, Theresa C. <tromano@orrick.com> | | Communications re legal services provided | Attorney Client Privilege |
| 2066 | 11/14/14 | Wu Lisa <l.wu@almawave.com> | De Felice Christian <C.DeFelice@almaviva.it> | Nicolella Angela <A.Nicolella@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2067 | 11/15/14 | Wu Lisa <l.wu@almawave.com> | Rossetti Andrea <A.Rossetti@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; gatti anna <a.gatti@almawave.com>; Nicolella Angela <A.Nicolella@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-385**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2068 | 11/15/14 | Wu Lisa <l.wu@almawave.com> | Rossetti Andrea <A.Rossetti@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; gatti anna <a.gatti@almawave.com>; Nicolella Angela <A.Nicolella@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2069 | 11/17/14 | | Orrick | | Communications re legal services provided | Attorney Work Product; Attorney Client Privilege |
| 2070 | 11/17/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 2071 | 11/17/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 2072 | 11/17/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2073 | 11/17/14 | Sandei Valeria <V.Sandei@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2074 | 11/17/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Roberto Fracassi (fracassi@studiognudi.it) | Mastrosanti Giovanni <G.Mastrosanti@almaviva.it> | Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2075 | 11/17/14 | Mastrosanti Giovanni <G.Mastrosanti@almaviva.it>; Roberto Fracassi (fracassi@studiognudi.it) | Dibitonto Antonio <fi200244@mailitmaster.com> | Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2076 | 11/17/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Mastrosanti Giovanni <G.Mastrosanti@almaviva.it> | Roberto Fracassi <fracassi@studiognudi.it> | Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2077 | 11/18/14 | 'Roberto Fracassi' <fracassi@studiognudi.it>; Mastrosanti Giovanni <G.Mastrosanti@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |

**A-386**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2078 | 11/18/14 | gatti anna <a.gatti@almawave.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2079 | 11/18/14 | Sassani Mariagrazia <M.Sassani@almawave.it> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2080 | 11/18/14 | Sassani Mariagrazia <M.Sassani@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2081 | 11/18/14 | Rossetti Andrea <A.Rossetti@almaviva.it> | Wu Lisa <l.wu@almawave.com> | De Felice Christian <C.DeFelice@almaviva.it>; gatti anna <a.gatti@almawave.com>; Nicolella Angela <A.Nicolella@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2082 | 11/18/14 | Rossetti Andrea <A.Rossetti@almaviva.it> | Wu Lisa <l.wu@almawave.com> | De Felice Christian <C.DeFelice@almaviva.it>; gatti anna <a.gatti@almawave.com>; Nicolella Angela <A.Nicolella@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2083 | 11/18/14 | gatti anna <a.gatti@almawave.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2084 | 11/18/14 | gatti anna <a.gatti@almawave.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |

**A-387**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2085 | 11/18/14 | Guillard Hein, Valerie S. (vhein@orrick.com) | Nobili Sabrina <s.nobili@mailitmaster.com> | 'tgreene@orrick.com'; Sternberg, Peter (psternberg@orrick.com); Gelosi Antonella <A.Gelosi@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2086 | 11/18/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Gelosi Antonella <A.Gelosi@almaviva.it>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2087 | 11/18/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | Gelosi Antonella <A.Gelosi@almaviva.it>; Guillard Hein, Valerie S. <vhein@orrick.com> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2088 | 11/19/14 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2089 | 11/19/14 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2090 | 11/19/14 | | Orrick | | Draft Board document | Attorney Work Product |
| 2091 | 11/19/14 | | Orrick | | Draft Board document | Attorney Work Product |
| 2092 | 11/19/14 | Adamo Rossella <r.adamo@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 2093 | 11/19/14 | | Orrick | | Draft Board document | Attorney Work Product |
| 2094 | 11/19/14 | Nicolella Angela <A.Nicolella@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Rossetti Andrea <A.Rossetti@almaviva.it> | Relaying attorney-client communication for purposes of obtaining or executing advice from counsel re preparation of corporate document | Attorney Client Privilege |
| 2095 | 11/19/14 | Catalano Domenico <D.Catalano@almaviva.it> | Nicolella Angela <a.nicolella@mailitmaster.com> | | Relaying attorney-client communication for purposes of obtaining or executing advice from counsel re preparation of corporate document | Attorney Client Privilege |

**A-388**

UNITED STATES DISTRICT COURT

03/07/2016

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2096 | 11/19/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Nicolella Angela <a.nicolella@mailitmaster.com> | Rossetti Andrea <A.Rossetti@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2097 | 11/19/14 | De Felice Christian <C.DeFelice@almaviva.it> | Wu Lisa <l.wu@almawave.com> | Nicolella Angela <A.Nicolella@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2098 | 11/19/14 | De Felice Christian <C.DeFelice@almaviva.it> | Wu Lisa <l.wu@almawave.com> | Nicolella Angela <A.Nicolella@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2099 | 11/20/14 | 'Roberto Fracassi' <fracassi@studiognudi.it>; Mastrosanti Giovanni <G.Mastrosanti@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2100 | 11/20/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Roberto Fracassi <fracassi@studiognudi.it> | Mastrosanti Giovanni <G.Mastrosanti@almaviva.it> | Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2101 | 11/20/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2102 | 11/20/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2103 | 11/20/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2104 | 11/20/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |

**A-389**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2105 | 11/20/14 | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2106 | 11/20/14 | Wu Lisa <l.wu@almawave.com> | Nicolella Angela <a.nicolella@mailitmaster.com> | Rossetti Andrea <A.Rossetti@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Dominici Federico <f.dominici@almavivaitalia.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2107 | 11/20/14 | Wu Lisa <l.wu@almawave.com> | Nicolella Angela <A.Nicolella@almaviva.it> | Rossetti Andrea <A.Rossetti@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Dominici Federico <F.Dominici@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2108 | 11/20/14 | Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Sternberg, Peter <psternberg@orrick.com> | | Communications re legal services provided | Attorney Client Privilege |
| 2109 | 11/21/14 | Sforza Carla <C.Sforza@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2110 | 11/24/14 | De Felice Christian <C.DeFelice@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2111 | 11/24/14 | De Felice Christian <C.DeFelice@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2112 | 11/25/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2113 | 11/25/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2114 | 11/26/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <m.irace@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |

**A-390**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2115 | 11/26/14 | Irace Marina <M.Irace@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2116 | 11/26/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <m.irace@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2117 | 11/26/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2118 | 11/26/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2119 | 11/27/14 | | Orrick | | Draft Board document | Attorney Work Product |
| 2120 | 12/01/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2121 | 12/01/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2122 | 12/01/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Sforza Carla <C.Sforza@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2123 | 12/02/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it> | Rossetti Andrea <A.Rossetti@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2124 | 12/02/14 | 'Alessandro Germani' <alessandro.germani@gdctax.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2125 | 12/02/14 | Ricardo Merrighi (rmerrighi@almavivadobrasil.com.br) | Nicolella Angela <a.nicolella@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Ricardo Antonio Esteves <resteves@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-391**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2126 | 12/02/14 | Ricardo Merrighi (rmerrighi@almavivadobrasil.com.br) | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Ricardo Antonio Esteves <resteves@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2127 | 12/02/14 | Nicolella Angela <A.Nicolella@almaviva.it>; Nivaldo Lelis de Lima <nlima@almavivadobrasil.com.br> | Ricardo Merrighi de Figueiredo Silva <rmerrighi@almavivadobrasil.com.br> | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Ricardo Antonio Esteves <resteves@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2128 | 12/02/14 | 'Ricardo Merrighi de Figueiredo Silva' <rmerrighi@almavivadobrasil.com.br>; Nivaldo Lelis de Lima <nlima@almavivadobrasil.com.br> | Nicolella Angela <a.nicolella@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Ricardo Antonio Esteves <resteves@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2129 | 12/02/14 | Ricardo Merrighi de Figueiredo Silva <rmerrighi@almavivadobrasil.com.br>; Nivaldo Lelis de Lima <nlima@almavivadobrasil.com.br> | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Ricardo Antonio Esteves <resteves@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2130 | 12/02/14 | Nicolella Angela <A.Nicolella@almaviva.it> | Ricardo Merrighi de Figueiredo Silva <rmerrighi@almavivadobrasil.com.br> | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Ricardo Antonio Esteves <resteves@almavivadobrasil.com.br>; Nivaldo Lelis de Lima <nlima@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

A-392

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2131 | 12/02/14 | Irace Marina <M.Irace@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2132 | 12/02/14 | | Orrick | | Draft Board document | Attorney Work Product |
| 2133 | 12/02/14 | Guillard Hein, Valerie S. (vhein@orrick.com) | Nobili Sabrina <s.nobili@mailitmaster.com> | Ian D. McLean (imclean@orrick.com); Sternberg, Peter (psternberg@orrick.com) | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2134 | 12/02/14 | Guillard Hein, Valerie S. (vhein@orrick.com) | Nobili Sabrina <s.nobili@mailitmaster.com> | Ian D. McLean (imclean@orrick.com); Sternberg, Peter (psternberg@orrick.com) | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2135 | 12/03/14 | Dominici Federico <f.dominici@almavivaitalia.it> | Nicolella Angela <a.nicolella@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2136 | 12/03/14 | gatti anna <a.gatti@almawave.com> | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <M.Irace@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2137 | 12/03/14 | | Orrick | | Communications re legal services provided | Attorney Client Privilege |
| 2138 | 12/03/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | gatti anna <a.gatti@almawave.com> | Irace Marina <M.Irace@almaviva.it>; Hilla Nattiv <nattiv@bayareaimmigration.com> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2139 | 12/03/14 | gatti anna <a.gatti@almawave.com>; Zennaro Andrea <A.Zennaro@almaviva.it> | Hilla Nattiv <nattiv@bayareaimmigration.com> | Irace Marina <M.Irace@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2140 | 12/03/14 | Nobili Sabrina <S.Nobili@almaviva.it>; Guillard Hein, Valerie S. <vhein@orrick.com> | McLean, Ian D. <imclean@orrick.com> | Sternberg, Peter <psternberg@orrick.com> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2141 | 12/03/14 | Nobili Sabrina <S.Nobili@almaviva.it>; Guillard Hein, Valerie S. <vhein@orrick.com> | McLean, Ian D. <imclean@orrick.com> | Sternberg, Peter <psternberg@orrick.com> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2142 | 12/04/14 | Nobili Sabrina <S.Nobili@almaviva.it>; Guillard Hein, Valerie S. <vhein@orrick.com> | McLean, Ian D. <imclean@orrick.com> | Sternberg, Peter <psternberg@orrick.com> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |

**A-393**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2143 | 12/04/14 | Nobili Sabrina <S.Nobili@almaviva.it>; Guillard Hein, Valerie S. <vhein@orrick.com> | McLean, Ian D. <imclean@orrick.com> | Sternberg, Peter <psternberg@orrick.com> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2144 | 12/04/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Alessandro Germani <alessandro.germani@gdctax.it> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 2145 | 12/04/14 | Hilla Nattiv <nattiv@bayareaimmigration.com>; Zennaro Andrea <A.Zennaro@almaviva.it> | gatti anna <a.gatti@almawave.com> | Irace Marina <M.Irace@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2146 | 12/04/14 | Hilla Nattiv <nattiv@bayareaimmigration.com> | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <M.Irace@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2147 | 12/04/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <m.irace@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2148 | 12/04/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <m.irace@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2149 | 12/04/14 | | Orrick | | Draft Board document | Attorney Work Product |
| 2150 | 12/05/14 | isabel.steiner@swisscom.com | Sandei Valeria <v.sandei@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Relaying attorney-client communication re Almawave IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2151 | 12/05/14 | Wu Lisa <l.wu@almawave.com> | Nicolella Angela <a.nicolella@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2152 | 12/05/14 | Wu Lisa <l.wu@almawave.com> | Nicolella Angela <A.Nicolella@almaviva.it> | gatti anna <a.gatti@almawave.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-394**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2153 | 12/08/14 | Nicolella Angela <A.Nicolella@almaviva.it> | Wu Lisa <l.wu@almawave.com> | gatti anna <a.gatti@almawave.com>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2154 | 12/10/14 | Davide.Fontecchia@it.ey.com; Gianluca.Russo@it.ey.com | Sforza Carla <C.Sforza@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2155 | 12/10/14 | Calderara Sergio <S.Calderara@almaviva.it> | Romano, Theresa C. <tromano@orrick.com> | | Communications re legal services provided | Attorney Client Privilege |
| 2156 | 12/11/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Alessandro Germani <alessandro.germani@gdctax.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2157 | 12/11/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 2158 | 12/11/14 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 2159 | 12/11/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communications re legal services provided | Attorney Client Privilege |
| 2160 | 12/11/14 | Nobili Sabrina (s.nobili@almaviva.it) | Calderara Sergio <s.calderara@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 2161 | 12/11/14 | Zennaro Andrea <A.Zennaro@almaviva.it>; Hilla Nattiv <nattiv@bayareaimmigration.com> | gatti anna <a.gatti@almawave.com> | Irace Marina <M.Irace@almaviva.it>; 'anna gatti' <anna.gatti@gmail.com> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2162 | 12/12/14 | gatti anna <a.gatti@almawave.com>; Zennaro Andrea <A.Zennaro@almaviva.it> | Hilla Nattiv <nattiv@bayareaimmigration.com> | Irace Marina <M.Irace@almaviva.it>; 'anna gatti' <anna.gatti@gmail.com> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2163 | 12/12/14 | Irace Marina <M.Irace@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2164 | 12/12/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <m.irace@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2165 | 12/15/14 | Luca Ferri <lferri@almawave.com.br> | Zennaro Andrea <A.Zennaro@almaviva.it> | Magarini Sonia <S.Magarini@almaviva.it>; Irace Marina <M.Irace@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |

**A-395**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2166 | 12/15/14 | Luca Ferri <lferri@almawave.com.br> | Zennaro Andrea <A.Zennaro@almaviva.it> | Magarini Sonia <S.Magarini@almaviva.it>; Irace Marina <M.Irace@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2167 | 12/15/14 | Magarini Sonia <S.Magarini@almaviva.it> | Ferri Luca <fi103500@mailitmaster.com> | Boldini Raffaella <R.Boldini@almawave.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2168 | 12/15/14 | Magarini Sonia <S.Magarini@almaviva.it> | Ferri Luca <L.Ferri@almawave.it> | Boldini Raffaella <R.Boldini@almawave.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2169 | 12/15/14 | Ferri Luca <L.Ferri@almawave.it> | Magarini Sonia <S.Magarini@almaviva.it> | Boldini Raffaella <R.Boldini@almawave.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2170 | 12/15/14 | Magarini Sonia <S.Magarini@almaviva.it> | Ferri Luca <fi103500@mailitmaster.com> | Boldini Raffaella <R.Boldini@almawave.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2171 | 12/15/14 | Ferri Luca <L.Ferri@almawave.it> | Magarini Sonia <S.Magarini@almaviva.it> | Boldini Raffaella <R.Boldini@almawave.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2172 | 12/15/14 | Magarini Sonia <S.Magarini@almaviva.it> | Ferri Luca <L.Ferri@almawave.it> | Boldini Raffaella <R.Boldini@almawave.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2173 | 12/15/14 | Hilla Nattiv <nattiv@bayareaimmigration.com>; gatti anna <a.gatti@almawave.com> | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <M.Irace@almaviva.it>; 'anna gatti' <anna.gatti@gmail.com> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2174 | 12/15/14 | Zennaro Andrea <A.Zennaro@almaviva.it>; gatti anna <a.gatti@almawave.com> | Hilla Nattiv <nattiv@bayareaimmigration.com> | Irace Marina <M.Irace@almaviva.it>; 'anna gatti' <anna.gatti@gmail.com> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2175 | 12/15/14 | Irace Marina <M.Irace@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2176 | 12/16/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Alessandro Germani <alessandro.germani@gdctax.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2177 | 12/16/14 | | S.Calderara | | Draft of corporate document | Attorney Work Product |
| 2178 | 12/16/14 | | S.Calderara | | Draft of corporate document | Attorney Work Product |
| 2179 | 12/16/14 | Boldini Raffaella <R.Boldini@almawave.it>; Luca Ferri <lferri@almawave.com.br>; Magarini Sonia <S.Magarini@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |

330

**A-396**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2180 | 12/16/14 | Boldini Raffaella <R.Boldini@almawave.it>; Luca Ferri <lferri@almawave.com.br>; Magarini Sonia <S.Magarini@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2181 | 12/16/14 | Boldini Raffaella <R.Boldini@almawave.it>; Luca Ferri <lferri@almawave.com.br>; Magarini Sonia <S.Magarini@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2182 | 12/16/14 | Boldini Raffaella <R.Boldini@almawave.it>; Luca Ferri <lferri@almawave.com.br>; Magarini Sonia <S.Magarini@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2183 | 12/16/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2184 | 12/16/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2185 | 12/16/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Ferri Luca <L.Ferri@almawave.it> | Boldini Raffaella <R.Boldini@almawave.it>; Magarini Sonia <S.Magarini@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |

**A-397**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2186 | 12/16/14 | 'Zennaro Andrea' <A.Zennaro@almaviva.it> | Ferri Luca <fi103500@mailitmaster.com> | Boldini Raffaella <R.Boldini@almawave.it>; Magarini Sonia <S.Magarini@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2187 | 12/16/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Ferri Luca <L.Ferri@almawave.it> | Boldini Raffaella <R.Boldini@almawave.it>; Magarini Sonia <S.Magarini@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2188 | 12/16/14 | Ferri Luca <L.Ferri@almawave.it>; Zennaro Andrea <A.Zennaro@almaviva.it> | Boldini Raffaella <R.Boldini@almawave.it> | Magarini Sonia <S.Magarini@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2189 | 12/16/14 | Boldini Raffaella <R.Boldini@almawave.it>; Zennaro Andrea <A.Zennaro@almaviva.it> | Ferri Luca <L.Ferri@almawave.it> | Magarini Sonia <S.Magarini@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2190 | 12/16/14 | Boldini Raffaella <R.Boldini@almawave.it>; Zennaro Andrea <A.Zennaro@almaviva.it> | Ferri Luca <L.Ferri@almawave.it> | Magarini Sonia <S.Magarini@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2191 | 12/16/14 | Irace Marina <M.Irace@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2192 | 12/16/14 | gatti anna <a.gatti@almawave.com> | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <M.Irace@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2193 | 12/16/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |

**A-398**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2194 | 12/16/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2195 | 12/16/14 | Nobili Sabrina <S.Nobili@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2196 | 12/16/14 | Mastrosanti Giovanni <G.Mastrosanti@almaviva.it>; Roberto Fracassi (fracassi@studiognudi.it) | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 2197 | 12/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2198 | 12/16/14 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2199 | 12/16/14 | Anna Gatti (anna.gatti@gmail.com); gatti anna <a.gatti@almawave.com>; Garner Mike <m.garner-cons@almawave.com> | Valentini Francesca <f.valentini-cons@almawave.com> | | Communication to obtain advice or advice re NDA | Attorney Work Product |
| 2200 | 12/16/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2201 | 12/16/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2202 | 12/16/14 | Wu Lisa <l.wu@almawave.com> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | gatti anna <a.gatti@almawave.com>; Rossetti Andrea <A.Rossetti@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2203 | 12/16/14 | Wu Lisa <l.wu@almawave.com> | Dibitonto Antonio <fi200244@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Rossetti Andrea <A.Rossetti@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-399**

333

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2204 | 12/16/14 | Wu Lisa <l.wu@almawave.com> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | gatti anna <a.gatti@almawave.com>; Rossetti Andrea <A.Rossetti@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2205 | 12/16/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Wu Lisa <l.wu@almawave.com> | gatti anna <a.gatti@almawave.com>; Rossetti Andrea <A.Rossetti@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2206 | 12/17/14 | Nicolella Angela <A.Nicolella@almaviva.it> | Dominici Federico <F.Dominici@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2207 | 12/17/14 | gatti anna <a.gatti@almawave.com> | Dominici Federico <F.Dominici@almaviva.it> | Wu Lisa <l.wu@almawave.com>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2208 | 12/17/14 | gatti anna <a.gatti@almawave.com> | Dominici Federico <F.Dominici@almaviva.it> | Wu Lisa <l.wu@almawave.com>; Nicolella Angela <A.Nicolella@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2209 | 12/17/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Roberto Fracassi (fracassi@studiognudi.it) | Mastrosanti Giovanni <G.Mastrosanti@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2210 | 12/17/14 | Mastrosanti Giovanni <G.Mastrosanti@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | Roberto Fracassi <fracassi@studiognudi.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2211 | 12/17/14 | 'Roberto Fracassi' <fracassi@studiognudi.it>; Mastrosanti Giovanni <G.Mastrosanti@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |

**A-400**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2212 | 12/18/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Ferri Luca <L.Ferri@almawave.it> | Magarini Sonia <S.Magarini@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Boldini Raffaella <R.Boldini@almawave.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2213 | 12/18/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Ferri Luca <L.Ferri@almawave.it> | Magarini Sonia <S.Magarini@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Boldini Raffaella <R.Boldini@almawave.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2214 | 12/20/14 | 'Romagnoli Raniero' <R.Romagnoli@almawave.it>; 'Sandei Valeria' <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | 'gatti anna' <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; 'Calderara Sergio' <S.Calderara@almaviva.it>; 'Perri Mariantonietta' <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-401**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2215 | 12/20/14 | 'Romagnoli Raniero' <R.Romagnoli@almawave.it>; 'Sandei Valeria' <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | 'gatti anna' <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; 'Calderara Sergio' <S.Calderara@almaviva.it>; 'Perri Mariantonietta' <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2216 | 12/20/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-402**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2217 | 12/20/14 | Romagnoli Raniero <R.Romagnoli@almawave.it>; Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2218 | 12/20/14 | Tripi Marco <M.Tripi@almaviva.it>; Cuneo Giuseppe <g.cuneo@almaviva.it>; Tripi Alberto <A.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2219 | 12/20/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-403**

337

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2220 | 12/20/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2221 | 12/20/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-404**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2222 | 12/20/14 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Romagnoli Raniero <R.Romagnoli@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Stockwell, Davin M. <dstockwell@orrick.com>; Sternberg, Peter <psternberg@orrick.com>; Strube, Scot <sstrube@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Tracey, Malissa <mtracey@orrick.com> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2223 | 12/20/14 | Sandei Valeria <V.Sandei@almawave.it> | Cuneo Giuseppe <g.cuneo@almaviva.it> | | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2224 | 12/20/14 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Alberto <A.Tripi@almaviva.it> | Tripi Marco <M.Tripi@almaviva.it>; Cuneo Giuseppe <g.cuneo@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2225 | 12/22/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Ferri Luca <L.Ferri@almawave.it> | Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Boldini Raffaella <R.Boldini@almawave.it>; Magarini Sonia <S.Magarini@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2226 | 12/22/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | Ferri Luca <L.Ferri@almawave.it> | Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Boldini Raffaella <R.Boldini@almawave.it>; Magarini Sonia <S.Magarini@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2227 | 12/24/14 | gatti anna <a.gatti@almawave.com> | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <M.Irace@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2228 | 12/27/14 | Zennaro Andrea <A.Zennaro@almaviva.it> | gatti anna <a.gatti@almawave.com> | Irace Marina <M.Irace@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |

**A-405**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2229 | 12/29/14 | Hilla Nattiv <nattiv@bayareaimmigration.com>; gatti anna <a.gatti@almawave.com> | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <M.Irace@almaviva.it>; 'anna gatti' <anna.gatti@gmail.com> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2230 | 12/29/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Alessandro Germani <alessandro.germani@gdctax.it> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2231 | 12/29/14 | De Felice Christian <C.DeFelice@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2232 | 12/30/14 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2233 | 01/07/15 | | Orrick | | Draft tax document | Attorney Work Product |
| 2234 | 01/07/15 | Ferri Luca <L.Ferri@almawave.it>; Boldini Raffaella <R.Boldini@almawave.it>; Magarini Sonia <S.Magarini@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; gatti anna <a.gatti@almawave.com> | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <M.Irace@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2235 | 01/07/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Sforza Carla <C.Sforza@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2236 | 01/07/15 | Zennaro Andrea <A.Zennaro@almaviva.it> | Boldini Raffaella <R.Boldini@almawave.it> | Irace Marina <M.Irace@almaviva.it>; Ferri Luca <L.Ferri@almawave.it>; Magarini Sonia <S.Magarini@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; gatti anna <a.gatti@almawave.com> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |

**A-406**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2237 | 01/07/15 | Boldini Raffaella <R.Boldini@almawave.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2238 | 01/07/15 | Zennaro Andrea <A.Zennaro@almaviva.it> | Sforza Carla <C.Sforza@almaviva.it> | Irace Marina <M.Irace@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2239 | 01/07/15 | 'Alessandro Germani' <alessandro.germani@gdctax.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2240 | 01/07/15 | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2241 | 01/08/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nivaldo Lelis de Lima <nlima@almavivadobrasil.com.br> | Sforza Carla <C.Sforza@almaviva.it>; Breno Luiz Pedra de Souza <blsouza@almavivadobrasil.com.br> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2242 | 01/08/15 | Militello Giuseppe <G.Militello@almawave.it> | Ferri Luca <fi103500@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2243 | 01/08/15 | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2244 | 01/08/15 | Valerie Hein (vhein@orrick.com) | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it>; Aloia Giuseppe <G.Aloia@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2245 | 01/09/15 | Zennaro Andrea <A.Zennaro@almaviva.it> | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it>; Aloia Giuseppe <G.Aloia@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2246 | 01/09/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Rossetti Andrea <A.Rossetti@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2247 | | This document was produced as ALMAWAVE0048814 | | | | |
| 2248 | 01/09/15 | | Orrick | | Draft tax document | Attorney Work Product |
| 2249 | 01/11/15 | | Orrick | | Draft tax document | Attorney Work Product |
| 2250 | 01/12/15 | Zennaro Andrea <A.Zennaro@almaviva.it> | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it>; Aloia Giuseppe <G.Aloia@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |

**A-407**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2251 | 01/14/15 | Valerie Hein (vhein@orrick.com) | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it>; Aloia Giuseppe <G.Aloia@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2252 | 01/14/15 | Calderara Sergio <S.Calderara@almaviva.it> | Romano, Theresa C. <tromano@orrick.com> | | Communications re legal services provided | Attorney Client Privilege |
| 2253 | 01/14/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Alessandro Germani <alessandro.germani@gdctax.it> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |
| 2254 | 01/14/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Sforza Carla <C.Sforza@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2255 | 01/14/15 | gatti anna <a.gatti@almawave.com> | Dibitonto Antonio <fi200244@mailitmaster.com> | Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2256 | 01/14/15 | gatti anna <a.gatti@almawave.com> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2257 | 01/15/15 | Nobili Sabrina <S.Nobili@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2258 | 01/15/15 | Nobili Sabrina (s.nobili@almaviva.it) | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2259 | 01/15/15 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2260 | 01/15/15 | Calderara Sergio <S.Calderara@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communications re legal services provided | Attorney Client Privilege |
| 2261 | 01/15/15 | Gelosi Antonella <A.Gelosi@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communications re legal services provided | Attorney Client Privilege |
| 2262 | 01/16/15 | 'anna.gatti@gmail.com'; gatti anna <a.gatti@almawave.com> | Dibitonto Antonio <fi200244@mailitmaster.com> | Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2263 | 01/16/15 | anna.gatti@gmail.com; gatti anna <a.gatti@almawave.com> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2264 | 01/16/15 | 'Alessandro Germani' <alessandro.germani@gdctax.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re preparation of corporate documents | Attorney Client Privilege |

**A-408**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2265 | 01/20/15 | | Orrick | | Draft tax document | Attorney Work Product |
| 2266 | 01/20/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it> | Rossetti Andrea <A.Rossetti@almaviva.it> | Cozzolino Alfredo <A.Cozzolino@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2267 | 01/20/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it> | Rossetti Andrea <a.rossetti@mailitmaster.com> | Cozzolino Alfredo <A.Cozzolino@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2268 | 01/20/15 | Boldini Raffaella <R.Boldini@almawave.it>; Racina Giuseppe <G.Racina@almawave.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2269 | 01/21/15 | gatti anna <a.gatti@almawave.com> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | anna.gatti@gmail.com; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2270 | 01/23/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Anna Gatti <anna.gatti@gmail.com> | gatti anna <a.gatti@almawave.com>; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2271 | 01/25/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Sforza Carla <C.Sforza@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2272 | 01/26/15 | 'lisa.almawave@gmail.com'; Wu Lisa <l.wu@almawave.com> | Dibitonto Antonio <fi200244@mailitmaster.com> | anna.gatti@gmail.com; gatti anna <a.gatti@almawave.com>; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2273 | 01/26/15 | Wu Lisa <l.wu@almawave.com> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | anna.gatti@gmail.com; gatti anna <a.gatti@almawave.com>; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2274 | 01/26/15 | Hilla Nattiv <nattiv@bayareaimmigration.com>; gatti anna <a.gatti@almawave.com> | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <M.Irace@almaviva.it>; 'anna gatti' <anna.gatti@gmail.com> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2275 | 01/26/15 | gatti anna <a.gatti@almawave.com> | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <M.Irace@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2276 | 01/26/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | lisa almawave | Wu Lisa <l.wu@almawave.com>; anna.gatti@gmail.com; gatti anna <a.gatti@almawave.com>; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-409**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2277 | 01/26/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | lisa almawave | Wu Lisa <l.wu@almawave.com>; anna.gatti@gmail.com; gatti anna <a.gatti@almawave.com>; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2278 | 01/26/15 | lisa almawave | gatti anna <a.gatti@almawave.com> | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Wu Lisa <l.wu@almawave.com>; anna.gatti@gmail.com; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2279 | 01/26/15 | Zennaro Andrea <A.Zennaro@almaviva.it>; gatti anna <a.gatti@almawave.com> | Hilla Nattiv <nattiv@bayareaimmigration.com> | Irace Marina <M.Irace@almaviva.it>; 'anna gatti' <anna.gatti@gmail.com> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2280 | 01/27/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | lisa almawave | Wu Lisa <l.wu@almawave.com>; anna.gatti@gmail.com; gatti anna <a.gatti@almawave.com>; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2281 | 01/27/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | lisa almawave | Wu Lisa <l.wu@almawave.com>; gatti anna <a.gatti@almawave.com>; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2282 | 01/27/15 | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <m.irace@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2283 | 01/27/15 | gatti anna <a.gatti@almawave.com> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2284 | 01/27/15 | gatti anna <a.gatti@almawave.com> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2285 | 01/27/15 | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <m.irace@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2286 | 01/27/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Sforza Carla <C.Sforza@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2287 | 01/27/15 | gatti anna <a.gatti@almawave.com> | Rossetti Andrea <A.Rossetti@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-410**

344

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2288 | 01/27/15 | Cozzolino Alfredo <A.Cozzolino@almaviva.it> | Rossetti Andrea <a.rossetti@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2289 | 01/27/15 | gatti anna <a.gatti@almawave.com> | Rossetti Andrea <A.Rossetti@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2290 | 01/27/15 | Rossetti Andrea <A.Rossetti@almaviva.it> | gatti anna <a.gatti@almawave.com> | De Felice Christian <C.DeFelice@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Wu Lisa <l.wu@almawave.com>; Peter Huang <peter@iqsystem.us> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2291 | 01/27/15 | 'lisa almawave' | Dibitonto Antonio <fi200244@mailitmaster.com> | Wu Lisa <l.wu@almawave.com>; anna.gatti@gmail.com; gatti anna <a.gatti@almawave.com>; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2292 | 01/27/15 | lisa almawave | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Wu Lisa <l.wu@almawave.com>; anna.gatti@gmail.com; gatti anna <a.gatti@almawave.com>; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2293 | 01/27/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Anna Gatti <anna.gatti@gmail.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2294 | 01/27/15 | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2295 | 01/27/15 | Anna Gatti <anna.gatti@gmail.com>; gatti anna <a.gatti@almawave.com> | lisa almawave | peter <peter@iqsystem.us> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2296 | 01/27/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | lisa almawave | Wu Lisa <l.wu@almawave.com>; anna.gatti@gmail.com; gatti anna <a.gatti@almawave.com>; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-411**

345

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2297 | 01/27/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | lisa almawave | Wu Lisa <l.wu@almawave.com>; anna.gatti@gmail.com; gatti anna <a.gatti@almawave.com>; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2298 | 01/28/15 | Zennaro Andrea <A.Zennaro@almaviva.it>; gatti anna <a.gatti@almawave.com> | Hilla Nattiv <nattiv@bayareaimmigration.com> | Irace Marina <M.Irace@almaviva.it>; 'anna gatti' <anna.gatti@gmail.com> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2299 | 01/28/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | lisa almawave | gatti anna <a.gatti@almawave.com>; Anna Gatti <anna.gatti@gmail.com>; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2300 | 01/28/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | lisa almawave | gatti anna <a.gatti@almawave.com>; Anna Gatti <anna.gatti@gmail.com>; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2301 | 01/28/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | lisa almawave | gatti anna <a.gatti@almawave.com>; Anna Gatti <anna.gatti@gmail.com>; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2302 | 01/28/15 | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <m.irace@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2303 | 01/28/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | lisa almawave | gatti anna <a.gatti@almawave.com>; Anna Gatti <anna.gatti@gmail.com>; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2304 | 01/28/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | lisa almawave | gatti anna <a.gatti@almawave.com>; Anna Gatti <anna.gatti@gmail.com>; Sforza Carla <C.Sforza@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2305 | 01/29/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Alessandro Germani <alessandro.germani@gdctax.it> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2306 | This document was produced as ALMAWAVE0048817 | | | | | |

**A-412**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2307 | 01/30/15 | Rossetti Andrea <A.Rossetti@almaviva.it>; Dibitonto Antonio <A.Dibitonto@almaviva.it>; Sforza Carla <C.Sforza@almaviva.it> | lisa almawave | Anna Gatti <anna.gatti@gmail.com>; gatti anna <a.gatti@almawave.com>; Gary Price <gprice@ssfllp.com>; Nhu Pham <NPham@ssfllp.com>; peter <peter@iqsystem.us> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2308 | 01/31/15 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2309 | 01/31/15 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2310 | 01/31/15 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-413**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2311 | 01/31/15 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2312 | 01/31/15 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2313 | 01/31/15 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <v.sandei@mailitmaster.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-414**

03/07/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2314 | 02/01/15 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; gatti anna <a.gatti@almawave.com> | Sternberg, Peter R. <PRSternberg@Venable.com> | | Communication to obtain advice or advice re scope of legal services | Attorney Client Privilege |
| 2315 | 02/01/15 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; gatti anna <a.gatti@almawave.com> | Sternberg, Peter R. <PRSternberg@Venable.com> | | Communication to obtain advice or advice re scope of legal services | Attorney Client Privilege |
| 2316 | 02/02/15 | Irace Marina <M.Irace@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2317 | 02/02/15 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2318 | 02/02/15 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-415**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2319 | 02/02/15 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2320 | 02/02/15 | Sandei Valeria <V.Sandei@almawave.it> | Adams, Dylan O. <dadams@orrick.com> | gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2321 | 02/02/15 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |

**A-416**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2322 | 02/02/15 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2323 | 02/02/15 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <V.Sandei@almawave.it> | Sandei Valeria <V.Sandei@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2324 | 02/02/15 | Adams, Dylan O. <dadams@orrick.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Sandei Valeria <V.Sandei@almawave.it>; gatti anna <a.gatti@almawave.com>; Isackson, Robert M. <rmisackson@orrick.com>; Calderara Sergio <S.Calderara@almaviva.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re patent application | Attorney Client Privilege |
| 2325 | 02/04/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Alessandro Germani <alessandro.germani@gdctax.it> | De Felice Christian <C.DeFelice@almaviva.it> | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |

**A-417**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2326 | 02/05/15 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Antonelli Simone <S.Antonelli@almaviva.it> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2327 | 02/09/15 | Hilla Nattiv <nattiv@bayareaimmigration.com>; gatti anna <a.gatti@almawave.com> | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <M.Irace@almaviva.it>; 'anna gatti' <anna.gatti@gmail.com> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2328 | 02/09/15 | Zennaro Andrea <A.Zennaro@almaviva.it>; gatti anna <a.gatti@almawave.com> | Hilla Nattiv <nattiv@bayareaimmigration.com> | Irace Marina <M.Irace@almaviva.it>; 'anna gatti' <anna.gatti@gmail.com> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2329 | 02/10/15 | Irace Marina <M.Irace@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2330 | 02/10/15 | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <m.irace@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2331 | 02/10/15 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re Almawave patent application, IP portfolio, and scope of legal services | Attorney Client Privilege |
| 2332 | 02/10/15 | Romano, Theresa C. <tromano@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter R. <PRSternberg@Venable.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re scope of legal services | Attorney Client Privilege |
| 2333 | 02/10/15 | Romano, Theresa C. <tromano@orrick.com> | Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter R. <PRSternberg@Venable.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re scope of legal services | Attorney Client Privilege |
| 2334 | 02/10/15 | 'Romano, Theresa C.' <tromano@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | 'Sternberg, Peter R.' <PRSternberg@Venable.com>; Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina (s.nobili@almaviva.it) | Communication to obtain advice or advice re scope of legal services | Attorney Client Privilege |
| 2335 | 02/10/15 | Irace Marina <M.Irace@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2336 | 02/10/15 | Zennaro Andrea <A.Zennaro@almaviva.it> | Irace Marina <m.irace@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |

A-418

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2337 | 02/10/15 | Irace Marina <M.Irace@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2338 | 02/11/15 | Irace Marina <M.Irace@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2339 | 02/11/15 | Calderara Sergio <S.Calderara@almaviva.it> | Romano, Theresa C. <tromano@orrick.com> | Isackson, Robert M. <rmisackson@orrick.com> | Communication to obtain advice or advice re scope of legal services | Attorney Client Privilege |
| 2340 | 02/12/15 | Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it> | Sternberg, Peter R. <PRSternberg@Venable.com> | | Communication to obtain advice or advice re scope of legal services | Attorney Client Privilege |
| 2341 | 02/13/15 | Pascarella Sabrina <S.Pascarella@almaviva.it> | Dibitonto Antonio <fi200244@mailitmaster.com> | | Communication to obtain advice or advice re tax strategy, accounting, or finance | Attorney Client Privilege |
| 2342 | 02/16/15 | Irace Marina <M.Irace@almaviva.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2343 | 02/16/15 | Aloia Giuseppe <G.Aloia@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2344 | 02/16/15 | Aloia Giuseppe <G.Aloia@almaviva.it> | Nobili Sabrina <s.nobili@mailitmaster.com> | | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2345 | 02/16/15 | | Orrick | | Draft of NDA | Attorney Work Product |
| 2346 | 02/16/15 | | Orrick | | Draft of NDA | Attorney Work Product |
| 2347 | 02/16/15 | | Orrick | | Draft of NDA | Attorney Work Product |
| 2348 | 02/17/15 | Valerie Hein (vhein@orrick.com) | Aloia Giuseppe <G.Aloia@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re stock issuance | Attorney Client Privilege |
| 2349 | 02/17/15 | Zennaro Andrea <A.Zennaro@almaviva.it> | Aloia Giuseppe <G.Aloia@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it> | Communication to obtain advice or advice re immigration or visa issues | Attorney Client Privilege |
| 2350 | 02/17/15 | | Orrick | | Draft of Board document | Attorney Work Product |
| 2351 | 02/17/15 | Gianluca.Russo@it.ey.com; Davide.Fontecchia@it.ey.com | Sforza Carla <C.Sforza@almaviva.it> | Dibitonto Antonio <A.Dibitonto@almaviva.it> | fascicolo almawave al 30092014 | Attorney Client Privilege |
| 2352 | 02/17/15 | | Orrick | | Draft of Board document | Attorney Work Product |
| 2353 | 1/29/2014 17:45 | Ferri Luca <L.Ferri@almawave.it> | Alessandro Tescari <alessandro.tescari@pervoice.it> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

353

**A-419**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2354 | 2/24/2014 8:17 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Redacted |
| 2355 | 3/6/2014 18:14 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Redacted |
| 2356 | 3/10/2014 22:41 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | Jeff Capaccio <jcapaccio@carrferrell.com>; Tony Di Napoli <tdinapoli@elettranova.com>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave IP portfolio | Redacted |
| 2357 | 3/10/2014 22:41 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | Jeff Capaccio <jcapaccio@carrferrell.com>; Tony Di Napoli <tdinapoli@elettranova.com>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave IP portfolio | Redacted |
| 2358 | 3/10/2014 22:56 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it> | Jeff Capaccio <jcapaccio@carrferrell.com>; Tony Di Napoli <tdinapoli@elettranova.com>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave IP portfolio | Redacted |
| 2359 | 3/10/2014 22:56 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | Jeff Capaccio <jcapaccio@carrferrell.com>; Tony Di Napoli <tdinapoli@elettranova.com>; Romagnoli Raniero <R.Romagnoli@almawave.it> | Communication to obtain advice or advice re Almawave IP portfolio | Redacted |

**A-420**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2360 | 3/12/2014 15:25 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re Almawave IP portfolio for purposes of obtaining or executing advice from counsel | Redacted |
| 2361 | 3/12/2014 16:15 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re Almawave IP portfolio for purposes of obtaining or executing advice from counsel | Redacted |
| 2362 | 3/12/2014 17:43 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re Almawave IP portfolio for purposes of obtaining or executing advice from counsel | Redacted |
| 2363 | 3/13/2014 1:34 | Jeff Capaccio <jcapaccio@carrferrell.com> | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <V.Sandei@almawave.it>; Romagnoli Raniero (R.Romagnoli@almawave.it); T D; Brian Bathurst <bbathurst@carrferrell.com>; Neal Williams <nwilliams@carrferrell.com>; Carina Collins <ccollins@carrferrell.com> | Communication to obtain advice or advice re legal services | Redacted |
| 2364 | 3/17/2014 16:02 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re accounting/finance for purposes of obtaining or executing advice from counsel | Redacted |
| 2365 | 3/26/2014 8:19 | Tony Di Napoli <tdinapoli@elettranova.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re accounting/finance for purposes of obtaining or executing advice from counsel | Redacted |
| 2366 | 4/17/2014 17:55 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-421**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2367 | 4/17/2014 18:03 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2368 | 4/18/2014 23:57 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2369 | 4/19/2014 14:06 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2370 | 4/19/2014 16:17 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2371 | 4/20/2014 17:21 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2372 | 4/23/2014 0:53 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2373 | 4/23/2014 7:05 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2374 | 4/25/2014 8:53 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Redacted |
| 2375 | 4/25/2014 9:21 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-422**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2376 | 4/25/2014 17:17 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Redacted |
| 2377 | 4/27/2014 0:45 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Redacted |
| 2378 | 4/27/2014 20:46 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Redacted |
| 2379 | 4/30/2014 1:53 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2380 | 4/30/2014 13:32 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2381 | 5/1/2014 0:33 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2382 | 5/3/2014 18:21 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2383 | 5/8/2014 21:16 | Sandei Valeria <V.Sandei@almawave.it> | Anna <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Redacted |
| 2384 | 5/8/2014 22:23 | Anna <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@almawave.it> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Redacted |

**A-423**

357

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|-----|----------|-----|---------------|-----|------------------|-------------------|
| 2385 | 5/27/2014 15:08 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2386 | 5/28/2014 13:11 | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | | Relaying attorney-client communication re IQ Systems contract for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2387 | 6/2/2014 20:22 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Redacted |
| 2388 | 6/2/2014 20:26 | De Felice Christian <C.DeFelice@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Redacted |
| 2389 | 6/2/2014 20:27 | De Felice Christian <C.DeFelice@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | Tripi Marco <M.Tripi@almaviva.it> | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Redacted |
| 2390 | 6/2/2014 20:33 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Redacted |

**A-424**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2391 | 6/2/2014 20:35 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Redacted |
| 2392 | 6/2/2014 20:43 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Redacted |
| 2393 | 6/2/2014 20:47 | Sandei Valeria <V.Sandei@almawave.it> | anna gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Redacted |
| 2394 | 6/3/2014 7:56 | Sandei Valeria <V.Sandei@almawave.it> | De Felice Christian <c.defelice@mailitmaster.com> | Tripi Marco <M.Tripi@almaviva.it> | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Redacted |
| 2395 | 6/3/2014 7:56 | Sandei Valeria <V.Sandei@almawave.it> | De Felice Christian <C.DeFelice@almaviva.it> | Tripi Marco <M.Tripi@almaviva.it> | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Redacted |
| 2396 | 6/3/2014 10:31 | De Felice Christian <C.DeFelice@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Tripi Marco <M.Tripi@almaviva.it> | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Redacted |

**A-425**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2397 | 6/3/2014 11:39 | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Redacted |
| 2398 | 6/3/2014 11:39 | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <c.defelice@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Redacted |
| 2399 | 6/19/2014 16:42 | Sandei Valeria <V.Sandei@almawave.it> | Magarini Sonia <S.Magarini@almaviva.it> | | Relaying attorney-client communication re Gatti employment agreement for purposes of obtaining or executing advice from counsel | Redacted |
| 2400 | 6/20/2014 7:39 | anna gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re immigration or visa issues for purposes of obtaining or executing advice from counsel | Redacted |
| 2401 | 6/20/2014 7:51 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re immigration or visa issues for purposes of obtaining or executing advice from counsel | Redacted |
| 2402 | 6/30/2014 18:02 | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Redacted |

**A-426**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2403 | 7/15/2014 23:21 | gatti anna <a.gatti@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Redacted |
| 2404 | 7/15/2014 23:32 | gatti anna <a.gatti@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Redacted |
| 2405 | 7/18/2014 19:01 | Sandei Valeria <V.Sandei@almawave.it> | Ferri Luca <L.Ferri@almawave.it> | | Relaying attorney-client communication re NDA for purposes of obtaining or executing advice from counsel | Redacted |
| 2406 | 7/28/2014 3:15 | gatti anna <a.gatti@almawave.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Redacted |
| 2407 | 7/28/2014 3:15 | gatti anna <a.gatti@almawave.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re patent application for purposes of obtaining or executing advice from counsel | Redacted |
| 2408 | 7/30/2014 3:02 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | | Relaying attorney-client communication re Almawave IP portfolio for purposes of obtaining or executing advice from counsel | Redacted |
| 2409 | 9/11/2014 18:25 | gatti anna <a.gatti@almawave.com> | Sandei Valeria <V.Sandei@almawave.it> | De Felice Christian <C.DeFelice@almaviva.it> | Relaying attorney-client communication re legal services provided for purposes of obtaining or executing advice from counsel | Redacted |
| 2410 | 9/15/2014 9:58 | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | | Relaying attorney-client communication re legal services provided for purposes of obtaining or executing advice from counsel | Redacted |

**A-427**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2411 | 9/18/2014 5:02 | De Felice Christian <C.DeFelice@almaviva.it> | gatti anna <a.gatti@almawave.com> | | Relaying attorney-client communication re legal services provided for purposes of obtaining or executing advice from counsel | Redacted |
| 2412 | 9/19/2014 10:16 | Nicolella Angela <A.Nicolella@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it> | | Relaying attorney-client communication re legal services provided for purposes of obtaining or executing advice from counsel | Redacted |
| 2413 | 10/3/2014 22:50 | Gian Antonio Susto <gianantonio.susto@statwolf.com> | Ferri Luca <fi103500@mailitmaster.com> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Redacted |
| 2414 | 10/4/2014 11:22 | Gian Antonio Susto <gianantonio.susto@statwolf.com> | Ferri Luca <fi103500@mailitmaster.com> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Redacted |
| 2415 | 10/4/2014 20:47 | 'Gian Antonio Susto' <gianantonio.susto@statwolf.com> | Ferri Luca <fi103500@mailitmaster.com> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Redacted |
| 2416 | 10/6/2014 13:53 | Gian Antonio Susto <gianantonio.susto@statwolf.com> | Ferri Luca <fi103500@mailitmaster.com> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Redacted |
| 2417 | 10/14/2014 20:32 | Tripi Marco <M.Tripi@almaviva.it> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-428**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2418 | 10/14/2014 21:33 | Rossetti Andrea <A.Rossetti@almaviva.it> | anna gatti <anna.gatti@gmail.com> | gatti anna <a.gatti@almawave.com>; Sandei Valeria <V.Sandei@almawave.it>; De Felice Christian <C.DeFelice@almaviva.it> | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2419 | 10/15/2014 11:17 | 'anna gatti' <anna.gatti@gmail.com> | Rossetti Andrea <a.rossetti@mailitmaster.com> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2420 | 11/13/2014 20:34 | gatti anna <a.gatti@almawave.com> | Nobili Sabrina <S.Nobili@almaviva.it> | | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2421 | 11/14/2014 1:35 | gatti anna <a.gatti@almawave.com> | De Felice Christian <C.DeFelice@almaviva.it> | Nobili Sabrina <S.Nobili@almaviva.it>; anna.gatti@gmail.com | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2422 | 11/19/2014 2:10 | gatti anna <a.gatti@almawave.com>; Nicolella Angela <A.Nicolella@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Wu Lisa <l.wu@almawave.com> | anna gatti <anna.gatti@gmail.com> | De Felice Christian <C.DeFelice@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it> | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2423 | 11/20/2014 15:52 | anna gatti <anna.gatti@gmail.com>; gatti anna <a.gatti@almawave.com> | Nobili Sabrina <S.Nobili@almaviva.it> | De Felice Christian <C.DeFelice@almaviva.it>; Nicolella Angela <A.Nicolella@almaviva.it>; Rossetti Andrea <A.Rossetti@almaviva.it>; Wu Lisa <l.wu@almawave.com> | Relaying attorney-client communication re tax strategy, accounting, or finance for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-429**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2424 | 12/30/2014 9:43 | Sandei Valeria <V.Sandei@almawave.it> | Anna Gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re immigration or visa issues for purposes of obtaining or exectuing advice from counsel | Redacted |
| 2425 | 12/30/2014 10:04 | Anna Gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re immigration or visa issues for purposes of obtaining or exectuing advice from counsel | Redacted |
| 2426 | 12/31/2014 17:43 | Sandei Valeria <V.Sandei@almawave.it> | Anna Gatti <anna.gatti@gmail.com> | | Relaying attorney-client communication re immigration or visa issues for purposes of obtaining or exectuing advice from counsel | Redacted |
| 2427 | 12/31/2014 18:15 | Anna Gatti <anna.gatti@gmail.com> | Sandei Valeria <v.sandei@mailitmaster.com> | | Relaying attorney-client communication re immigration or visa issues for purposes of obtaining or exectuing advice from counsel | Redacted |
| 2428 | 4/7/2014 14:09 | Sassani Mariagrazia <M.Sassani@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 2429 | 4/8/2014 10:19 | Sternberg, Peter <psternberg@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Isackson, Robert M. <rmisackson@orrick.com> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |
| 2430 | 4/15/2014 15:58 | Sassani Mariagrazia <M.Sassani@almawave.it> | Calderara Sergio <s.calderara@mailitmaster.com> | | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |

**A-430**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

03/07/2016

LOOP AI LABS, INC. v. GATTI et al.

CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2431 | 5/14/2014 14:57 | Tripi Marco <M.Tripi@almaviva.it>; Sandei Valeria <V.Sandei@almawave.it>; Perri Mariantonietta <ma.perri@almaviva.it>; Calderara Sergio <S.Calderara@almaviva.it>; Douglas Fernandes Junior <dfjunior@almavivadobrasil.com.br> | Nobili Sabrina <S.Nobili@almaviva.it> | Renzetti Francesco <F.Renzetti@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 2432 | 5/23/2014 18:48 | Calderara Sergio <S.Calderara@almaviva.it> | Sandei Valeria <V.Sandei@almawave.it> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 2433 | 5/30/2014 20:04 | 'Strube, Scot' <sstrube@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; 'Sternberg, Peter' <psternberg@orrick.com>; 'Mantini, Marco' <mmantini@orrick.com> | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 2434 | 6/1/2014 16:50 | Calderara Sergio <S.Calderara@almaviva.it> | Anna <anna.gatti@gmail.com> | | Communication to obtain advice or advice re IQ Systems contract | Attorney Client Privilege |
| 2435 | 6/4/2014 1:39 | Strube, Scot <sstrube@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Sternberg, Peter <psternberg@orrick.com> | Communication to obtain advice or advice re Almawave IP portfolio | Attorney Client Privilege |
| 2436 | 7/14/2014 14:03 | Dibitonto Antonio <A.Dibitonto@almaviva.it> | Nicolella Angela <a.nicolella@mailitmaster.com> | | Relaying attorney-client communication re Almawave formation, structure, or incorporation for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2437 | 7/16/2014 15:28 | 'Sternberg, Peter' <psternberg@orrick.com> | Calderara Sergio <s.calderara@mailitmaster.com> | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave formation, structure, or incorporation | Attorney Client Privilege |
| 2438 | 7/28/2014 7:21 | Tony Di Napoli <tony@iqsystem.us>; Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Relaying attorney-client communication re Almawave IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |

**A-431**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2439 | 7/28/2014 15:56 | Tony Di Napoli <tony@iqsystem.us>; Sandei Valeria <V.Sandei@almawave.it> | gatti anna <a.gatti@almawave.com> | Romagnoli Raniero <R.Romagnoli@almawave.it> | Relaying attorney-client communication re Almawave IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2440 | 7/28/2014 15:56 | gatti anna <a.gatti@almawave.com>; Tony Di Napoli <tony@iqsystem.us>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2441 | 7/28/2014 17:54 | gatti anna <a.gatti@almawave.com>; Tony Di Napoli <tony@iqsystem.us>; Sandei Valeria <V.Sandei@almawave.it> | Romagnoli Raniero <R.Romagnoli@almawave.it> | | Relaying attorney-client communication re Almawave IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2442 | 7/28/2014 17:54 | Romagnoli Raniero <R.Romagnoli@almawave.it> | IQSystem <tony@iqsystem.us> | gatti anna <a.gatti@almawave.com>; Sandei Valeria <V.Sandei@almawave.it> | Relaying attorney-client communication re Almawave IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2443 | 7/28/2014 17:56 | Romagnoli Raniero <R.Romagnoli@almawave.it> | IQSystem <tony@iqsystem.us> | gatti anna <a.gatti@almawave.com>; Sandei Valeria <V.Sandei@almawave.it> | Relaying attorney-client communication re Almawave IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2444 | 7/28/2014 17:56 | IQSystem <tony@iqsystem.us> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Sandei Valeria <V.Sandei@almawave.it> | Relaying attorney-client communication re Almawave IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2445 | 7/28/2014 17:56 | IQSystem <tony@iqsystem.us> | Romagnoli Raniero <R.Romagnoli@almawave.it> | gatti anna <a.gatti@almawave.com>; Sandei Valeria <V.Sandei@almawave.it> | Relaying attorney-client communication re Almawave IP portfolio for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2446 | 10/13/2014 18:04 | Sternberg, Peter (psternberg@orrick.com) | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | Communication to obtain advice or advice re retention of outside counsel | Attorney Client Privilege |

**A-432**

03/07/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS, INC. v. GATTI et al.
CASE NO.: 3:15-cv-00798-HSG (DMR)

Almawave's Privilege Log

| No. | Doc Date | To | From / Author | CC | Subject/Filename | Privilege Reason* |
|---|---|---|---|---|---|---|
| 2447 | 12/18/2014 17:06 | Zennaro Andrea <A.Zennaro@almaviva.it> | Ferri Luca <fi103500@mailitmaster.com> | Magarini Sonia <S.Magarini@almaviva.it>; Cozzolino Alfredo <A.Cozzolino@almaviva.it>; Nobili Sabrina <S.Nobili@almaviva.it>; Boldini Raffaella <R.Boldini@almawave.it> | Relaying attorney-client communication re immigration or visa issues for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2448 | 12/22/2014 18:54 | Ferri Luca <L.Ferri@almawave.it> | Zennaro Andrea <A.Zennaro@almaviva.it> | | Relaying attorney-client communication re immigration or visa issues for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2449 | 1/7/2015 15:06 | Zennaro Andrea <A.Zennaro@almaviva.it> | Boldini Raffaella <R.Boldini@almawave.it> | Ferri Luca <L.Ferri@almawave.it>; Magarini Sonia <S.Magarini@almaviva.it>; Racina Giuseppe <G.Racina@almawave.it> | Relaying attorney-client communication re immigration or visa issues for purposes of obtaining or executing advice from counsel | Attorney Client Privilege |
| 2450 | 2/10/2015 18:20 | Perri Mariantonietta <ma.perri@almaviva.it> | Calderara Sergio <S.Calderara@almaviva.it> | | Communication to obtain advice or advice re Almawave IP portfolio | Attorney Client Privilege |
| 2451 | 2/21/2014 0:00 | Sandei, Valeria <v.sandei@mailitmaster.com> | Sergio Calderara <S.Calderara@almaviva.it>; | Perri Mariantonietta <ma.perri@almaviva.it> | Communication to obtain advice or advice re Almawave IP portfolio | Attorney Client Privilege |

*The documents in this column are privileged or otherwise exempt from production for at least the reason(s) stated.  Almawave reserves its right to offer others.

**A-433**

**VENABLE LLP**
Thomas E. Wallerstein (SBN 232086)
Kimberly Culp (SBN 238839)
Email: twallerstein@venable.com
        kculp@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

Attorneys for Defendant Almawave USA, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>            v.<br><br>ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l., an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM Inc., a Delaware corporation,<br><br>                    Defendants. | CASE NO.: 3:15-cv-00798-HSG (DMR)<br><br>**ALMAWAVE USA, INC.'S FOURTH AMENDED NOTICE OF DEPOSITION OF LOOP AI LABS, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)**<br><br>Date:        April 8, 2016<br>Time:        9:00 a.m.<br>Place:       Venable LLP<br>             505 Montgomery Street,<br>             Suite 1400<br>             San Francisco, CA 94111<br><br>Action Filed:  February 20, 2015<br>Trial Date:    September 19, 2016 |

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415.653.3750

**A-434**

**TO PLAINTIFF AND ITS ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 30, the deposition of Loop AI Labs, Inc. ("LOOP") will be taken stenographically and by videotape upon oral examination on April 8, 2016 at 9:00 a.m., before a certified court reporter at **Venable LLP, 505 Montgomery Street, Suite 1400, San Francisco, CA 94111** or on another date and location as the parties may agree.  The deposition will continue day to day thereafter, except Sundays and holidays, until completed.  Almawave USA, Inc. ("ALMAWAVE USA") intends to use any such audio or video tape at the time of trial.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), LOOP is required to designate and produce at the deposition those of its officers, directors, managing agents or other representatives to testify on its behalf as to the topics set forth in the attached Exhibit A.

Dated: April 5, 2016

VENABLE LLP

By: _____
Thomas E. Wallerstein (SBN 232086)
Kimberly Culp (SBN 238839)
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
twallerstein@venable.com
kculp@venable.com
Tel.:  (415) 653-3750
Fax:  (415) 653-3755
*Attorneys for Almawave USA, Inc.*

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415.653.3750

9836609-v13       ALMAWAVE USA, INC.'S FOURTH AMENDED NOTICE OF DEPOSITION OF LOOP AI LABS, INC.

A-435

**EXHIBIT A**

The following definitions apply to the Requests herein:

"ALMAWAVE" means Almawave USA, Inc., Almaviva S.p.A, Almawave S.r.l and any of their predecessors, successors, related entities, sister or parent entities, agents, assigns, officers, directors, employees, or any individual or entity acting on their behalf or under their direction or control.

"ALMAWAVE ENTITIES" means Almawave USA, Inc., Almaviva S.p.A, Almawave S.r.l and any of their predecessors, successors, related entities, sister or parent entities.

"LOOP" means Loop AI Labs, Inc. and any of its predecessors, successors, agents, assigns, officers, directors, employees, or any individual or entity acting on their behalf or under its direction or control.

"IQS INC" means IQSystem, Inc. and any of its predecessors, successors, agents, assigns, officers, directors, employees, or any individual or entity acting on their behalf or under its direction or control.

"IQS LLC" means IQSystem LLC and any of its predecessors, successors, agents, assigns, officers, directors, employees, or any individual or entity acting on their behalf or under its direction or control.

"ELETTRANOVA" means Elettranova Engineering Inc. and any of its predecessors, successors, agents, assigns, officers, directors, employees, or any individual or entity acting on their behalf or under its direction or control.

"GATTI" means defendant Anna Gatti.

"SAC" means the Second Amended Complaint filed on September 23, 2015.

"Any" and "each" include and encompass "all" and vice versa. "Or" includes and encompasses "and", and vice versa. The singular includes the plural, and vice versa. The masculine includes and encompasses the feminine, and vice versa.

"DOCUMENT" and "DOCUMENTS" means a writing and includes without limitation the following, whether printed, recorded or reproduced by any other mechanical process or written or produced by hand, including drafts: agreements; communications; correspondence;

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415.653.3750

9836609-v13    ALMAWAVE USA, INC.'S FOURTH AMENDED NOTICE OF DEPOSITION OF LOOP AI LABS, INC.

**A-436**

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415.653.3750

electronic mail; texts; instant messages; Facebook or other social networking posts; telegrams; memoranda; summaries, records or reports of telephone conversations, personal conversations, interviews, meetings, conferences, investigations or negotiations; opinions or reports of consultants; diaries; graphs; reports; notebooks; charts; plans; drawings; sketches; maps; photographs; film; brochures; pamphlets; advertisements; circulars; press releases; drafts; letters; faxes; any marginal comments appearing in any documents; tape recordings; electronic transmissions; computer printouts and all other writings.  A "DOCUMENT" is not limited in any way as to the form of storage (such as paper, microfiche, magnetic tape, magnetic disk, CD-ROM, DVD, optical disk, or other electronic-storage device).  A draft or non-identical copy of a DOCUMENT is a separate "DOCUMENT" within the meaning of this term.

"RELATING TO" means constituting, evidencing, embodying, referring to, comprising, identifying, commenting on, describing, containing, reflecting, or relating to the subject matter.

## TOPICS ON WHICH TESTIMONY IS REQUIRED

**TOPIC NO. 1.**

The factual basis for LOOP's allegations made in the SAC against ALMAWAVE, its principles, officers, directors, or employees, other than GATTI and IQS, INC.

**TOPIC NO. 2.**

Any investigation LOOP conducted into potential claims against, or potential wrongdoing of ALMAWAVE, but not including potential claims against, or wrongdoing of GATTI or IQS, INC.

**TOPIC NO. 3.**

The factual basis of LOOP's allegation in paragraph 21 of the SAC that the "Almaviva Defendants intended, with Gatti's assistance from the inside, to buy the Company for a bargain price or to hire away the Company's key employees and thereby obtain access to the Company's proprietary technology."

//

//

//

9836609-v13                ALMAWAVE USA, INC.'S FOURTH AMENDED NOTICE OF DEPOSITION OF LOOP AI LABS, INC.

**A-437**

**TOPIC NO. 4.**

The factual basis of LOOP's allegation in paragraph 21 of the SAC that a "principal objective of the Almaviva Defendants in hiring Gatti was to exploit her knowledge of the Company and to gain access to the Company's proprietary technology and trade secrets."

**TOPIC NO. 5.**

The factual basis of LOOP's allegations that ALMAWAVE used any of LOOP's confidential or trade secret information, as referenced in paragraphs 22, 66, 120, 134, 136, 139, 140, 150,155, 157-58, 163-188, 190-199, 222, and 250 of the SAC.

**TOPIC NO. 6.**

The factual basis of LOOP's allegation in paragraph 46 of the SAC that the "highest-level executives of Almaviva IT, including Marco Tripi [] and his wife Valeria Sandei [], . . . authorized . . . the wrongful scheme against the Company . . . ."

**TOPIC NO. 7.**

The factual basis of LOOP's allegation in paragraph 46 of the SAC that "Marco Tripi . . . was . . . overseeing all aspects of [Gatti's] conduct in the United States."

**TOPIC NO. 8.**

The factual basis of LOOP's allegation in paragraph 46 of the SAC that "Almaviva's executives personally participated, directed, financed, approved and substantially benefited from every aspect of the scheme and conspiracy orchestrated by Gatti against the Company in San Francisco."

**TOPIC NO. 9.**

The factual basis of LOOP's allegation in paragraph 47 of the SAC that "Almawave USA was simply a shell corporation used as a front for the Almaviva and the other Defendants to carry out their illegal activities, behind the cover of a legitimate enterprise."

**TOPIC NO. 10.**

The factual basis of LOOP's allegation in paragraph 47 of the SAC that "[t]oday, Almawave USA is simply an empty shell that has no employees and no real business in the United States . . . ."

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415.653.3750

**A-438**

**TOPIC NO. 11.**

The factual basis of LOOP's allegation in paragraph 71 of the SAC that GATI "told Almaviva IT and Almawave IT that she needed the permission of [Loop] to engage with any of the Almaviva Defendants."

**TOPIC NO. 12.**

The factual basis of LOOP's allegation in paragraph 116 of the SAC that GATTI was "acting within the scope of her employment and agency activities for the Almaviva and IQSystem Defendants" when she allegedly "continued to improperly acquire, use and disclose the Company's confidential information and trade secrets."

**TOPIC NO. 13.**

The factual basis of LOOP's allegation in paragraph 117 of the SAC that the "Almaviva Defendants also agreed that the IQSystem defendants, through Gatti, would deceive the Company into letting Tony Di Napoli and Manuela Micoli access the Company's offices."

**TOPIC NO. 14.**

The factual basis of LOOP's allegation in paragraph 118 of the SAC that "[b]ut for Gatti's role as CEO of the Company, the Almaviva Defendants would never have hired Gatti, let alone made her the CEO of their start-up concurrently with her existing CEO position at the Company."

**TOPIC NO. 15.**

The factual basis of LOOP's allegation in paragraph 146 of the SAC that "[i]n February 2015, Gatti and the Almaviva Defendants even sent one of their employees, Francesca Valentini, to the Company's offices under the false pretense that she sought to speak to a company in the adjacent office space as the Company."

**TOPIC NO. 16.**

The factual basis of LOOP's allegation in paragraph 148 of the SAC that "Gatti, at the behest or for the benefit of the Almaviva Defendants, deleted numerous calendar entry on the Company's computer system to conceal the involvement of Sandei and other officers of the Almaviva Defendants."

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415.653.3750

**A-439**

**TOPIC NO. 17.**

The factual basis of LOOP's allegation in paragraph 201 of the SAC that all of GATTI's "wrongful activities" were "reasonably foreseeable by the Almaviva Defendants."

**TOPIC NO. 18.**

The factual basis of LOOP's allegation in paragraph 202 of the SAC that "[e]ach of the Almaviva Defendants had the ability to, and did, direct, control and supervise the activities of Gatti and the IQSystem Defendants as they were committing the wrongdoing alleged" in the SAC.

**TOPIC NO. 19.**

The factual basis of LOOP's allegation in paragraph 217 of the SAC that the "enterprise with which the Defendants associated was organized . . . for the purpose of infiltrating the operations of the Company in order to steal the Company's confidential information, divert the Company's existing and prospective employees, advisors, consultants, and partners, as well as existing and prospective investors, among other things, and force the Company to have to sell itself for a fraction of what the Company is worth for the benefit of the Defendants associated in the enterprise."

**TOPIC NO. 20.**

The factual basis of LOOP's allegation in paragraph 218 of the SAC that "in internal presentation prepared by the Almaviva and IQSystem Defendants they emphasized the need to acquire 'disruptive startups' in order to quickly enter the California market, since innovation in the United States was at a much 'faster pace' than Europe."

**TOPIC NO. 21.**

The factual basis of LOOP's allegation in paragraph 242 of the SAC that the "Italian Almaviva and the IQSystem Defendants unlawfully directed Gatti, while she was acting within the scope of her employment and agency for those Defendants, to access the Company's computer that had been assigned to Gatti for their benefit and in violation of Gatti's confidentiality obligations to the Company."

//

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415.653.3750

**A-440**

**TOPIC NO. 22.**

The factual basis for LOOP's allegation that GATTI gave LOOP confidential information to ALMAWAVE.

**TOPIC NO. 23.**

GATTI's job duties and responsibilities while employed by LOOP, or its predecessors, successors, related entities, sister or parent entities.

**TOPIC NO. 24.**

LOOP's document preservation, collection and production.

**TOPIC NO. 25.**

The acquisition of documents by LOOP from ELETTRANOVA or Fabio Ficano.

**TOPIC NO. 26.**

Communications between LOOP and ELETTRANOVA or Fabio Ficano.

**TOPIC NO. 27.**

LOOP's sales, profits and losses.

**TOPIC NO. 28.**

LOOP's damages relating to the instant matter.

**TOPIC NO. 29.**

Valuations of LOOP.

**TOPIC NO. 30.**

Financial statements of LOOP for 2013, 2014 and 2015.

**TOPIC NO. 31.**

Finances and general financial performance of LOOP for 2013, 2014 and 2015.

**TOPIC NO. 32.**

Sales of any LOOP product.

**TOPIC NO. 33.**

Actual or contemplated investments into LOOP.

**TOPIC NO. 34.**

[REMOVED].

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415.653.3750

6
9836609-v13    ALMAWAVE USA, INC.'S FOURTH AMENDED NOTICE OF DEPOSITION OF LOOP AI LABS, INC.

A-441

**TOPIC NO. 35.**

Identification of any trade secrets that LOOP alleges was misappropriated.

**TOPIC NO. 36.**

Efforts to maintain the confidentiality of any trade secrets that LOOP alleges was misappropriated.

**TOPIC NO. 37.**

The value to LOOP and to LOOP's competitors of any trade secrets LOOP alleges was misappropriated.

**TOPIC NO. 38.**

The amount of effort or money expended by LOOP in developing any trade secrets it alleges was misappropriated.

**TOPIC NO. 39.**

The ease or difficulty with which any trade secrets LOOP alleges was misappropriated could be properly acquired or duplicated by others.

**TOPIC NO. 40.**

Any employee, officer or director of LOOP's employment, consulting, or other work for monetary gain with any person or entity other than LOOP, or its predecessor or related entity, from 2011 to present.

**TOPIC NO. 41.**

LOOP's knowledge, or lack thereof, of GATTI engaging in employment, consulting, or other work (including serving on a board of directors) with or for any other entity while she was employed by LOOP, or its predecessor or related entity.

**TOPIC NO. 42.**

Whether any employee, officer or director of LOOP engaged in employment, consulting, or other work (including sitting on a board of directors) with or for any other entity while employed by LOOP, or its predecessor or related entity.

//

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415.653.3750

7

9836609-v13    ALMAWAVE USA, INC.'S FOURTH AMENDED NOTICE OF DEPOSITION OF LOOP AI LABS, INC.

A-442

**TOPIC NO. 43.**

LOOP's knowledge, or lack thereof, regarding the event at the Italian Consulate in San Francisco referred to in paragraph 66 of the SAC or any of the "numerous other events that the Almaviva Defendants held in California" referred to in paragraph 66 of the SAC.

**TOPIC NO. 44.**

Potential investments into LOOP by Morgenthaler, Founders Fund, Horizon Ventures, AZ16.

**TOPIC NO. 45.**

The factual basis for LOOP's allegations regarding Yoox Corporation and GTECH S.p.A. referred to in paragraphs 171 and 199 of the SAC.

**TOPIC NO. 46.**

LOOP's technology and business as described in paragraphs 3, 138, and 141 of the SAC.

**TOPIC NO. 47.**

ALMAWAVE's technology.

**TOPIC NO. 48.**

ALMAWAVE's patent application.

**TOPIC NO. 49.**

The factual basis for LOOP's allegations relating to Scientist 1, as referred to in paragraph 174 of the SAC.

**TOPIC NO. 50.**

Agreements between GATTI and LOOP, including any employment contract between GATTI and LOOP.

**TOPIC NO. 51.**

Removal of GATTI as a director of LOOP.

**TOPIC NO. 52.**

Termination of GATTI's employment with LOOP.

//

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415.653.3750

8

**A-443**

**TOPIC NO. 53.**

Alleged unauthorized access and circumvention of LOOP computer systems referred to in paragraphs 247 and 248 of the SAC.

**TOPIC NO. 54.**

The relevance if any of LOOP's allegation that Valeria Sandei and GATTI discussed keeping "certain expenses 'off the books' of Almawave USA" referred to in paragraph 154 of the SAC.

**TOPIC NO. 55.**

The factual basis for Loop's contention that ALMAWAVE, excluding Anna Gatti, knew of and set out to interfere with LOOP's relationship with Dario Vignudelli, any Investment Funds (including Morgenthaler, Founders Fund, Horizon Ventures, AZ16 or Andreessen Horowitz) or other business partners.

**TOPIC NO. 56.**

LOOP's allegation in paragraph 142 of the SAC that it was damaged by ALMAWAVE's alleged use of LOOP's trade secret or confidential information.

**TOPIC NO. 57.**

Any non-privileged investigation conducted by LOOP into alleged wrongdoing of ALMAWAVE, excluding GATTI.

**TOPIC NO. 58.**

Any non-privileged investigation conducted by LOOP into alleged wrongdoing of ALMAWAVE, excluding GATTI and IQS, INC., between March 16, 2015 and April 7, 2015.

**TOPIC NO. 59.**

Communications between LOOP and WI-Harper.

**TOPIC NO. 60.**

Loop information presented to WI-Harper.

//

//

//

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415.653.3750

9

9836609-v13      ALMAWAVE USA, INC.'S FOURTH AMENDED NOTICE OF DEPOSITION OF LOOP AI LABS, INC.

A-444

Dated: April 5, 2016                 **VENABLE LLP**

                                 By: 
                                     _____
                                     Thomas E. Wallerstein (SBN 232086)
                                     Kimberly Culp (SBN 238839)
                                     505 Montgomery Street, Suite 1400
                                     San Francisco, CA 94111
                                     twallerstein@venable.com
                                     kculp@venable.com
                                     Tel.:  (415) 653-3750
                                     Fax:  (415) 653-3755
                                     *Attorneys for Almawave USA, Inc.*

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415.653.3750

9836609-v13        ALMAWAVE USA, INC.'S FOURTH AMENDED NOTICE OF DEPOSITION OF LOOP AI LABS, INC.

**A-445**