VALERIA CALAFIORE HEALY (*pro hac vice*)
HEALY LLC
154 Grand Street
New York, New York  10013
Telephone:      (212) 810-0377
Facsimile:      (212) 810-7036

DANIEL J. WEINBERG (SBN 227159)
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:      (650) 593-6300
Facsimile:      (650) 593-6301

Attorneys for Plaintiff
LOOP AI LABS INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., | CASE NO.: 3:15-cv-00798-HSG-(DMR) |
| Plaintiff, | **MANUAL FILING NOTIFICATION OF EXHIBIT A at pages A-21** |
| v. | Action Filed:  February 20, 2015 |
| ANNA GATTI, et al, | Trial Date: TBD |
| Defendants. | |

**MANUAL FILING NOTIFICATION**

Pursuant to Civil Local Rule 5-1(f) and to the Manual Filing Requirements set forth by the Northern District of California,[1] Loop AI hereby notifies all counsel of record that the video recording of an attempted meet and confer held on April 8, 2016 at 12:29 p.m. PDT referenced in the above filing is a non-graphic video file.  As such it will be presented for manual filing, and will be maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in its physical copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal in Criminal Case

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Respectfully submitted,

September 8, 2016                              By:   /s/ *Valeria Calafiore Healy*

Valeria Calafiore Healy, Esq. (*phv*)
HEALY LLC

Counsel for Plaintiff
LOOP AI LABS, INC.

---

[1] *See, e.g.,* https://ecf.cand.uscourts.gov/cand/docs/mfn.htm.

3:15-CV-00798-HSG-DMR                                    MANUAL FILING NOTIFICATION