THOMAS J. LOSAVIO, SBN 51023
JAMES F. REGAN, SBN 252199
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:    (415) 981-6630
Facsimile:    (415) 982-1634
Email: tlosavio@lowball.com
Email: jregan@lowball.com

Attorneys for Defendants
ANNA GATTI and IQ SYSTEMS, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ANNA GATTI, et al., <br><br> Defendants. | Case No. 3:15-CV-00798-HSG <br><br> **LOW, BALL & LYNCH'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ANNA GATTI AND IQ SYSTEMS, LLC** <br><br> Date:  December 1, 2016 <br> Time:  2:00 p.m. <br> Judge: Hon. Haywood S Gilliam, Jr. |

## <u>NOTICE OF MOTION</u>

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on December 1, 2016 at 2:00 p.m., or as soon thereafter as the matter may be heard before the Honorable Haywood S Gilliam, Jr., United States District Judge, Courtroom 10, 19th Floor, of the United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, California 94102, the law firm of Low, Ball & Lynch, and its attorneys, Thomas J. LoSavio and James F. Regan, 505 Montgomery Street, 7th Floor, San Francisco, California 94111, shall and hereby do respectfully seek leave of this Court, pursuant to LOCAL R. 11-5(a) and in compliance with CAL. R. PROF. CONDUCT 3-700, to withdraw as counsel for Defendants Anna Gatti and IQ System, LLC.

-1-

LOW, BALL & LYNCH'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ANNA GATTI AND IQ SYSTEMS, LLC

C:\Users\tlosavio\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\YVWY6F6R\Motion to Withdraw (2).docx    Case No. 3:15-CV-00798-HSG

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to LOCAL R. 11-5, the law firm of Low, Ball & Lynch, and its attorneys, Thomas J. LoSavio and James F. Regan ("Movants") hereby notify the parties and the Court of their intent to withdraw as counsel for Defendants Anna Gatti and IQ System, LLC. Movants state the following grounds for this notice and motion:

1.    The Fee Agreement between Movants and Defendants provides that Movants may withdraw when the Defendants refuse to cooperate or follow their advice.

2.    There is a difference of opinion between Movants and Defendants as to whether Defendants have refused to cooperate and follow the advice of Movants.

3.    There are other differences of opinion between Movants and Defendants that make it unreasonably difficult to effectively carry out the representation.

4.    In the opinion of Movants, there are irreconcilable differences between Defendants and Movants which are irremediable.

5.    Defendants are currently indebted to Movants in a substantial sum in the instant matter as well as in two unrelated matters.

THEREFORE, Movants Low, Ball & Lynch, and its attorneys, Thomas J. LoSavio and James F. Regan respectfully request that this Court grant them leave to withdraw as counsel for Defendants Anna Gatti and IQ System, LLC in the above-captioned matter, and enter an order stating that Movant have so withdrawn.

Dated: September 19 , 2016

LOW, BALL & LYNCH

By: _____
THOMAS J. LOSAVIO
JAMES F. REGAN
Attorneys for Defendants
ANNA GATTI and IQ SYSTEMS, LLC

-2-

LOW, BALL & LYNCH'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR
DEFENDANTS ANNA GATTI AND IQ SYSTEMS, LLC

C:\Users\tlosavio\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\YWWY6F6R\Motion to Withdraw (2).docx    Case No.
3:15-CV-00798-HSG