# OVERVIEW OF MERITS DISCOVERY THAT THE ITALIAN ALMAVIVA DEFENDANTS REFUSED TO RESPOND TO

| Discovery Type | 1st Set of Discovery Request | 2nd Set of Discovery Request | 3rd Set of Discovery Request | 4th Set of Discovery Request | 5th Set of Discovery Request | Total |
|---|---|---|---|---|---|---|
| **Interrogatories Propounded to Almaviva S.p.A.** | 12 | | | 5 | | 17 |
| **Interrogatories Objected by Almaviva S.p.A. as allegedly in violation of "Constitutional requirements of due process"** | 12 (9/16/2015) DJX-0274-0298 | | | 5 (3/28/2016) DJX-0468-0471 | | 17 |
| **Interrogatories Answered by Almaviva S.p.A.** | **0** | | | **0** | | **0** |
| **Interrogatories Propounded to Almawave S.r.l.** | 12 | | | 5 | | 17 |
| **Interrogatories Objected by Almaviva S.r.l. as allegedly in violation of "Constitutional requirements of due process"** | 12 (9/16/2015) DJX-0489-DJX-0513 | | | 5 (3/28/2016) DJX-0685-0688 | | 17 |
| **Interrogatories Answered by Almawave S.r.l.** | **0** | | | **0** | | **0** |
| **Document Requests Propounded to Almaviva S.p.A.** | 108 | 19 | 7 | 109 | 17 | 260 |
| **Document Requests Objected as allegedly in Violation of "Constitutional requirements of due process"** | 108 (9/16/2015) DJX-0298-0373 | 19 (10/15/2015) DJX-0374-0395 | 7 (2/25/2016) DJX-0396-0406 | 109 (3/28/2016) DJX-0407-0468 | 17 (3/28/2016) DJX-0472-0488 | 260 |
| **Document Requests Answered and Documents Produced by Almaviva S.p.A.** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Document Requests Propounded to Almawave S.r.l.** | 108 | 19 (10/15/2015) | 7 (2/25/2016) | 109 (3/28/2016) | 17 (3/28/2016) | 260 |

# OVERVIEW OF MERITS DISCOVERY THAT THE ITALIAN ALMAVIVA DEFENDANTS REFUSED TO RESPOND TO

| Discovery Type | 1st Set of Discovery Request | 2nd Set of Discovery Request | 3rd Set of Discovery Request | 4th Set of Discovery Request | 5th Set of Discovery Request | Total |
|---|---|---|---|---|---|---|
| **Document Requests Objected by Almawave S.r.l. as allegedly in violation of "Constitutional requirements of due process"** | 108 (9/16/2015) DJX-0489-0588 | 19 (10/15/2015) DJX-0589-0611 | 7 (2/25/2016) DJX-0612-0623 | 109 (3/28/2016) DJX-0624-0685 | 17 (3/28/2016) DJX-0689-0706 | 260 |
| **Total Document Requests Answered and Documents Produced by Italian Almawave S.r.l.** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Total Discovery Requests That Almaviva S.p.A. & Almawave S.r.l. Refused to Respond To.** | **All** | **All** | **All** | **All** | **All** | **554 out of 554** |