UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOOP AI LABS INC., | Case No.  3:15-CV-0798 HSG-DMR |
| Plaintiff, | **ORDER** |
| v. | Action Filed:  February 20, 2015 |
| ANNA GATTI, et al. | |
| Defendants. | |

This matter came before the Court on Plaintiff Loop AI Labs, Inc.'s Motion to extend until October 24, 2016 Loop AI's time to respond to the Order to Show Cause filed at Dkt. 894. Having considered the Motion, papers filed in connection with this Motion, and all other matters presented to the Court, the Court HEREBY ORDERS that said Motion is **GRANTED**.

IT IS SO ORDERED.

Dated:  September 28, 2016                             UNITED STATES DISTRICT COURT

*Haywood S. Gilliam Jr.*

Honorable Haywood S. Gilliam Jr.
United States District Judge

[PROPOSED] ORDER
No. 3:15-CV-0798 HSG-DMR