UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC,

    Plaintiff,

  v.

ANNA GATTI, et al.,

    Defendants.

Case No. 15-cv-00798-HSG   (DMR)

**ORDER RE MOTION FOR EXPERT FEES**

Re: Dkt. No. 831

Defendant Almawave USA, Inc. ("Almawave") filed an administrative motion for payment of expert fees for Kendyl Roman, or in the alternative, leave to file a unilateral letter brief. [Docket No. 831.] Plaintiff Loop AI Labs Inc. subsequently filed an administrative motion seeking an extension of the deadline to respond to Almawave's motion, which Almawave did not oppose. [Docket No. 837.] Plaintiff then filed a "certificate of service regarding Mr. Roman's invoice" indicating that on July 19, 2016, Plaintiff delivered a check to counsel for the payment of Roman's invoice. [Docket No. 845.] Therefore, it appears Almawave's original motion seeking payment for expert fees is moot. The motion is denied as moot, provided, however, that if Almawave's motion for payment of Roman's fees remains ripe for consideration, Almawave shall file a letter so advising the court by no later than October 17, 2016.

**IT IS SO ORDERED.**

Dated: October 13, 2016



_____

Donna M. Ryu

United States Magistrate Judge

United States District Court
Northern District of California