VALERIA CALAFIORE HEALY (*phv*)
HEALY LLC
154 Grand Street
New York, New York  10013
Telephone:     (212) 810-0377
Facsimile:      (212) 810-7036


Attorneys for Plaintiff
LOOP AI LABS INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOOP AI LABS INC., <br><br> Plaintiff, <br><br> v. <br><br> ANNA GATTI, et al, <br><br> Defendants. | CASE NO.: 3:15-cv-00798-HSG-(DMR) <br><br> **PLAINTIFF LOOP AI LABS INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL** <br><br> Action Filed:  February 20, 2015 <br> Trial Date:  TBD |

Pursuant to Civil Local Rule 79-5, Loop AI Labs, Inc. ("Loop AI") moves this Court for leave to file under seal the documents listed in the Declaration of the undersigned counsel dated October 13, 2016 ("Declaration") being submitted in support of Loop AI's Motion for Relief from Nondispositive Pretrial Orders and Objections Pursuant to Fed. R. Civ. P. 72 and Civ. L.R. 72-2.

Loop AI's counsel received these documents on October 7, 2016 pursuant to Order 901. Loop AI has reviewed each document and they do not contain any sealable material.

Respectfully submitted,

October 13, 2016                              By:   /s/ *Valeria Calafiore Healy*

Valeria Calafiore Healy, Esq. (*phv*)
HEALY LLC
154 Grand Street
New York, New York 10013
Telephone:     (212) 810-0377
Facsimile:     (212) 810-7036

Attorneys for Plaintiff
LOOP AI LABS, INC.

1