# APPENDIX A
# (PART 1 OF 4)

-

# AW-USA EX-PARTE PRODUCTION TO THE MAGISTRATE OF DECEMBER 2015

---

# AS PRODUCED TO LOOP AI ON OCTOBER 7, 2016

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000004

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000017

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0000020

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000021

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000023

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000024

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000027

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0000028



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000030

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0000058

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000061

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000062

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000063

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000066

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000067

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000070

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000071

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000072

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                    ORRICK-0000075

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000076

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000078

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000079

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000083

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000084

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000085

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000089

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000090



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000091

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                     ORRICK-0000094

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0000097

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                ORRICK-0000100

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                ORRICK-0000101

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                              ORRICK-0000106

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0000109

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0000111

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

OHSUSA:757684025.2

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0000114

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY ORRICK-0000121

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0000127

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0000128

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000129

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000133

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0000137

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000140

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                        ORRICK-0000142

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                      ORRICK-0000148

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0000149

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    ORRICK-0000152

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                          ORRICK-0000155

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    ORRICK-0000156

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                ORRICK-0000159

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY ORRICK-0000160

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　　ORRICK-0000166

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                            ORRICK-0000173

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                          ORRICK-0000175

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    ORRICK-0000178

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000186

**Redacted**

WSU-TC CptS 322        Software Requirements Specification Template

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000187

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                 ORRICK-0000188

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                ORRICK-0000190

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                ORRICK-0000191

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    ORRICK-0000194

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000198

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                              ORRICK-0000199

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000202

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                ORRICK-0000203

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                                ORRICK-0000204

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0000206

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                          ORRICK-0000207

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                ORRICK-0000209

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0000214

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                ORRICK-0000228

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0000229

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0000233

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY          ORRICK-0000238

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0000240

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

WSU-TC CptS 322        Software Requirements Specification Template

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0000249

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



**Redacted**

Software Requirements Specification

Page { PAGE }

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000251

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000260

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

 ORRICK-0000264

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000265

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000268

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000271

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                ORRICK-0000288

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                ORRICK-0000295

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0000302

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0000306

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                ORRICK-0000317

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000321

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0000330

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                      ORRICK-0000331

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0000333

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                              ORRICK-0000334

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0000343

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　　　ORRICK-0000408

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                        ORRICK-0000419

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                   ORRICK-0000420

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000422

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0000425

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                 ORRICK-0000431

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000433

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                                ORRICK-0000435

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000444

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000446

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                          ORRICK-0000454

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                ORRICK-0000463

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                  ORRICK-0000471

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                                          ORRICK-0000475

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

     ORRICK-0000477

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000481

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000484

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0000491

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　　　　　　　　　　　　ORRICK-0000493

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                ORRICK-0000503

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0000504

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                             ORRICK-0000510

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                ORRICK-0000519

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0000545

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0000549

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0000552

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0000557

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0000559

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                              ORRICK-0000568

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0000570

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    ORRICK-0000574

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                        ORRICK-0000578

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0000581

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0000582

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                              ORRICK-0000584

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0000585

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                   ORRICK-0000586

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                   ORRICK-0000591

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0000593

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY          ORRICK-0000594

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

ORRICK-0000596

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLYORRICK-0000599

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                  ORRICK-0000600

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0000601

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0000603

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                          ORRICK-0000617

**Redacted**

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　　　　　　　　　　ORRICK-0000620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                              ORRICK-0000622

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0000623

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000628

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                ORRICK-0000634

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0000635

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                          ORRICK-0000637



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000638

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    ORRICK-0000640

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000648

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0000653

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0000657

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000660

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000662

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000665

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000671

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000673

| | |
|---|---|
| **From:** | Calderara Sergio <S.Calderara@almaviva.it> |
| **Sent:** | Wednesday, July 2, 2014 10:14 AM |
| **To:** | Sternberg, Peter <psternberg@orrick.com> |
| **Cc:** | Perri Mariantonietta <ma.perri@almaviva.it> |
| **Subject:** | R: **Redacted** |

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000674

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0000675

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                ORRICK-0000678

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000681

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

ORRICK-0000687

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　ORRICK-0000688

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                     ORRICK-0000698

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000699

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                            ORRICK-0000700

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY          ORRICK-0000704

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                ORRICK-0000710

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                  ORRICK-0000711

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0000714

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                                ORRICK-0000719

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                ORRICK-0000725

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0000733



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000742

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000748



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000749

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                        ORRICK-0000753

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                ORRICK-0000762

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　　　　　ORRICK-0000764

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0000770

**Redacted**

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000775

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000781

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                        ORRICK-0000797

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0000799

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                     ORRICK-0000809

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                   ORRICK-0000820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000825

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                     ORRICK-0000830

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                    ORRICK-0000831

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY          ORRICK-0000835

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0000845

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0000864

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000868

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                          ORRICK-0000872

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0000875

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                          ORRICK-0000880

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000884

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                 ORRICK-0000886

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                ORRICK-0000890

**Redacted**

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000893

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000894

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                ORRICK-0000895

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000896

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                       ORRICK-0000897

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000898

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0000901

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0000903

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0000905

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000906

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    ORRICK-0000909

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

 ORRICK-0000912

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000914

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                ORRICK-0000917

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0000921



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000922

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000931

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0000934

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

ORRICK-0000938

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY