**VENABLE LLP**
Thomas E. Wallerstein (SBN 232086)
Kimberly Culp (SBN 238839)
Email: twallerstein@venable.com
        kculp@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:   415.653.3755

Attorneys for Defendants Almaviva S.p.A.,
Almawave S.r.l., and Almawave USA, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

V E N A B L E   L L P
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l., an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM Inc., a Delaware corporation,<br><br>        Defendants. | CASE NO.: 3:15-cv-00798-HSG-DMR<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**DECLARATION OF THOMAS E. WALLERSTEIN IN SUPPORT OF LOOP'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**<br><br>Action Filed:        February 20, 2015 |

### DECLARATION OF THOMAS E. WALLERSTEIN

I, Thomas E. Wallerstein, declare as follows:

1.      I am a partner of Venable LLP, counsel of record for Defendant Almawave USA, Inc., Almawave S.r.l., and Almaviva S.p.a. (collectively, "Almawave") in the above-captioned action.  Unless otherwise stated, matters referred to in this declaration are based on my personal knowledge, and, if called to testify as a witness, I could and would testify competently to the facts set forth herein.

2.      On October 6, 2016, in accordance with the Court's Order, Dkt. 901, Almawave produced 611 documents to Loop with privileged aspects of the communications redacted as per the Court's order.  Of the 611 documents, Almawave ultimately designated 72 documents as "CONFIDENTIAL" and 21 documents as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" pursuant to the terms of the Protective Order in this action.  *See* Dkt. 230.

3.      Loop has sought this Court's approval to provide several of these documents under seal in support of its Motion for Relief from Non-Dispositive Order and Objections Pursuant to Fed. R. Civ. P. 72, Dkts. 909, 910.  Loop did not serve the documents sought to be sealed on Almawave until the following day after filing its motion and failed to file a proof of same-day service in contravention of this Court's Local Rules.  *See* L. R. Civ. 79-5(e) ("The declaration must be served on the Designating Party on the same day it is filed and a proof of such service must also be filed.").

4.      Of the 93 documents that Almawave designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY," most were so designated by Almawave because they contain confidential information of third parties, including but not limited to that of Orrick and/or IQS, Inc.  For example, many of the Orrick invoices contain what appear to be Orrick bank account numbers.  Almawave does not itself take a position on whether these documents should be filed under seal.

5.      One of these documents, however, also contains Almawave's own "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" information, document Bates numbered ORRICK-0001931--001938.  This document should remain sealed because, even as redacted, it

1

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

discloses attorney-client communications between Almawave and its then-attorneys at Orrick regarding financing and tax advice.  These communications were inadvertently left un-redacted when submitted for *in camera* inspection by Judge Ryu.  Short of a claw-back, the document at a minimum should be sealed from public disclosure.  Moreover, privilege aside, the document contains Almawave's confidential and sensitive information regarding the financing structure of its various entities, disclosure of which to others would create a substantial risk of serious harm that cannot be avoided by less restrictive means.  Release of this information publicly would give Almawave's competitors an unfair advantage in the marketplace.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of October, 2016 in San Francisco, California.

/s/ Thomas E. Wallerstein
Thomas E. Wallerstein

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750