UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC.,

                Plaintiff,

v.

ANNA GATTI, et al.

                Defendants.

Case No.  3:15-cv-0798 HSG-DMR

**[PROPOSED] ORDER**

Action Filed:  February 20, 2015

This matter came before the Court on Plaintiff Loop AI Labs Inc.'s Administrative Motion Pursuant To Civ. L.R. 7-7(B)(2) And 6-3 To Continue Hearing Scheduled By Order At Dkt. 912 And For Other Relief.  Having considered the Motion, papers filed in connection with this Motion, and all other matters presented to the Court, the Court HEREBY ORDERS that said Motion is _____.

IT IS SO ORDERED.

Dated:  October __, 2016

UNITED STATES DISTRICT COURT

_____

Honorable Donna M. Ryu
United States Magistrate Judge