**VENABLE LLP**
Thomas E. Wallerstein (SBN 232086)
Kimberly Culp (SBN 238839)
Email: twallerstein@venable.com
         kculp@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:   415.653.3755

Attorneys for Defendant Almaviva S.p.A., Almawave S.r.l.,
and Almawave USA, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware corporation, | CASE NO.: 3:15-cv-00798-HSG-DMR |
| Plaintiffs, | Hon. Donna M. Ryu |
| v. | **ALMAWAVE'S RESPONSE TO LOOP'S MOTION TO CONTINUE THE OCTOBER 31, 2016 HEARING** |
| ANNA GATTI, an individual, ALMAVIVA S.p.A., an Italian corporation, ALMAWAVE S.r.l., an Italian corporation, ALMAWAVE USA, Inc., a California corporation, IQSYSTEM LLC, a California limited liability company, IQSYSTEM Inc., a Delaware corporation, | |
| Defendants. | Action Filed:      February 20, 2015 |

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

Almawave disagrees with virtually everything in Loop's motion and opposes Loop's request for any continuance beyond a few days.

Almawave submits this response, however, solely to inform the Court that Kimberly Culp is not available on October 31. To the extent that this Court may desire her personal attendance for any reason, a date other than October 31 is preferred. Almawave, including Ms. Culp, is available for a hearing on November 1, 2, 7, 8 or 9.

Respectfully submitted,

Dated: October 20, 2016                 **VENABLE LLP**

By:     /s/ Thomas E. Wallerstein
        Thomas E. Wallerstein (SBN 232086)
        Kimberly Culp (SBN 238839)
        505 Montgomery Street, Suite 1400
        San Francisco, CA 94111
        twallerstein@venable.com
        kculp@venable.com
        Tel: (415) 653-3750
        Fax: (415) 653-3755

        *Attorneys for Defendants Almaviva S.p.A.,*
        *Almawave S.r.l., and Almawave USA, Inc.*

**VENABLE LLP**
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

1