VALERIA CALAFIORE HEALY (*pro hac vice*)
valeria.healy@healylex.com
HEALY LLC
154 Grand Street
New York, New York  10013
Telephone:      (212) 810-0377
Facsimile:      (212) 810-7036

Attorneys for Plaintiff
LOOP AI LABS INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC., | CASE NO.: 3:15-cv-00798-HSG |
| Plaintiff, | |
| v. | **SUPPLEMENTAL DECLARATION OF VALERIA CALAFIORE HEALY IN SUPPORT OF DKT. 919** |
| ANNA GATTI, et al, | Action Filed:  February 20, 2015 |
| Defendants. | |

I, Valeria Calafiore Healy, hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information and belief:

1.    I am an attorney duly admitted to practice law in the State of New York and have been admitted *pro hac vice* by this Court as counsel for Plaintiff Loop AI Labs Inc. ("Loop AI") in this action.

2.    I submit this Declaration to supplement my declaration at Dkt. 919 pursuant to Order 915.

3.    Yesterday I filed at Docket 919-1 at MPX-1151-52 true and correct copies of my phone records reflecting the three calls I reference in paragraphs 20 (g) of my Declaration filed at Dkt. 919.

4.    Attached as a supplemental exhibit is Appendix pageMPX-1153 consisting of a true and correct copy of an excerpt of a publication by UC Hastings College of Law ("UCHCL") available online and showing that Ms. Beard was a member of UCHCL's Class of 2005.

Respectfully submitted,

Executed: October 24, 2016
New York, New York

By:   /s/ *Valeria Calafiore Healy*
_____

Valeria Calafiore Healy, Esq. (*phv*)
HEALY LLC
154 Grand Street
New York, New York 10013
Telephone:    (212) 810-0377
Facsimile:    (212) 810-7036

Attorneys for Plaintiff
LOOP AI LABS, INC.

3:15-CV-00798-HSG                                    DECLARATION OF VCH

# ABA Student Writing Award Goes to David Ward ('05)

A Hastings third-year student was the winner of the ABA's 2004–05 Mendes Hershman Student Writing Contest. David Ward, who graduated in May 2005, wrote the paper, "Protecting Mutual Funds from Market-Timing Profiteers: Forward Pricing International Fund Shares," which garnered $2,500 checks for him and for the College. He is shown at right, surrounded by the Business Law Section Officers at the Chicago ABA meeting. Ward's first prize of the 26 entries was judged on research and analysis, choice of topic, writing style, originality, and contribution to the literature on the subject.



*3L David Ward (in blue shirt) with ABA Business Law Section Officers.*

# A Summer Serving Public Interest





Through the Equal Justice Works Summer Corps program, four Hastings students were able to explore public interest law and aid clients in both Northern and Southern California.

Donielle Colich ('07) and Joshua Mason ('06) were in Los Angeles, where she was involved in family law with the Public Counsel law office and he with housing issues at Bet Tzedek Legal Services. Catherine Sakimura ('06) and Victoria Robinson ('07) remained in the Bay Area for the summer, with Sakimura working for Legal Services for Children in San Francisco and Robinson for Bay Area Legal Aid in Oakland.

Each student received a $1,000 AmeriCorps education award voucher for performing 300 hours of summer work. They were among 250 Summer Corps recipients chosen from 113 law schools nationwide. The number of winners from Hastings doubled from the previous year, when Sarah Beard ('05) and Kevin Crabtree ('05) were selected.

For the Hastings students, a Summer Corps award has far greater value than its dollars indicate, as Robinson's experience with Bay Area Legal Aid illustrates.

"I knew that at a nonprofit I could get a hands-on experience, but it's been much more than I thought. It's great to see different lawyering styles and work on all phases of a case," she said in late July. "And it's really rewarding when you do something good for someone."

Robinson was contemplating a career in either public interest or government law when she arrived at Hastings. She had studied Spanish as a UC Berkeley undergraduate and worked with Spanish-speaking victims of domestic violence during summer 2005. Now, she says she has "developed a passion" for this aspect of law practice.

Her experience also complemented what she learned in her first year of law school. Robinson explains, "My civil procedure class was helpful in getting ready for pleadings. There were issues of jurisdiction and venue. I was applying what I learned; it solidified it to see it in a real-world situation. I also feel I have a firmer understanding of things and have placed abstract concepts in something more meaningful."