VALERIA CALAFIORE HEALY (*pro hac vice*)
valeria.healy@healylex.com
HEALY LLC
154 Grand Street
New York, New York 10013
Telephone: (212) 810-0377
Facsimile: (212) 810-7036

Attorneys for Plaintiff
LOOP AI LABS INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOOP AI LABS INC.,

Plaintiff,

v.

ANNA GATTI, et al,

Defendants.

CASE NO.: 3:15-cv-00798-HSG-DMR

**PLAINTIFF LOOP AI LABS INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO PRESENT DECLARATION OF MARIA MERCADO AT OCTOBER 31, 2016 HEARING**

Action Filed: February 20, 2015
Trial Date: TBD

Hon. Donna M. Ryu

Plaintiff Loop AI Labs Inc. ("Loop AI" and "Plaintiff") respectfully moves for leave to present the October 28, 2016 Declaration of Maria Mercado at the October 31, 2016 Hearing before the Honorable Donna M. Ryu. In support of this motion, Loop AI respectfully submits as follows:

1. One of the letter motions scheduled to be heard on October 31, 2016, Dkt. 546, seeks payment of interpreter fees billed to Healy LLC. *See id.* ("Motion 546"). Motion 546 is based solely on the following contention:

"to preserve its relationship with the interpreter and her employer, Almawave

through Venable was forced to pay the fees that this Court ordered be paid by

Loop [AI]."

*Id.* at 2 (see Exhibit 1 attached).

2. Loop AI has received a declaration of the interpreting company establishing that the foregoing contention, which forms the sole basis for Motion 546, is false. *See* Exhibit 2 (attached).

3. Loop AI just received the declaration of the interpreting company this morning, October 31, 2016, at 9:02am PDT. Loop AI promptly is seeking leave to file this Declaration as relevant to Almawave USA's continued pursuit of vexatious and improper motions based on untrue statements.

Respectfully submitted,

October 31, 2016            By:   /s/ *Valeria Calafiore Healy*

Valeria Calafiore Heal (*pro hyac vice*)
HEALY LLC

Attorneys for Plaintiff
LOOP AI LABS, INC.