**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL DISCOVERY HEARING MINUTE ORDER**

| **Date:** October 31, 2016 | **Time:** 1 hour, 37 minutes | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 15-cv-00798-HSG | **Case Name:** Loop AI Labs, Inc. v. Gatti | |

**Attorney for Plaintiff:** Valeria Calafiore Healy
**Attorney for Defendant:** Thomas Wallerstein, Enia Titova, Andrew Varnica
**Attorney for Valeria Calafiore Healy:** Raymond Cardozo, Ashley Shively

**Deputy Clerk:** Doug Merry                    **Court Reporter:** Kathy Wyatt

**PROCEEDINGS**

1.  Almawave USA Inc.'s Discovery Letter Brief (Docket No. 546) - Held
2.  Almawave USA Inc.'s Discovery Letter Brief (Docket No. 597) - Held
3.  Plaintiff's Motion for Sanctions (Docket No. 731) - Held
4.  Almawave USA Inc.'s Discovery Letter Brief (Docket No. 840) - Held
5.  Almawave USA Inc.'s Discovery Letter Brief (Docket No. 895) - Held

Counsel argued and the Court took the matters under submission.

**Order to be prepared by:**
( )     Plaintiff              ( )     Defendant          (X)     Court

cc:  Chambers