UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANNA GATTI, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00798-HSG   (DMR)<br><br>**ORDER RE DEFENDANTS' MOTIONS FOR MODIFICATION OF COURT'S ORDER AND TO SHORTEN TIME**<br><br>Re: Dkt. Nos. 939, 940 |

　　　　On November 4, 2016, the court issued an order directing Defendants Almawave USA, Inc. ("Almawave"), Almaviva S.p.A., and Almawave S.r.l. to submit certified English translations of all Italian-language emails submitted for *in camera* review in connection with Defendant Almawave's motion for a protective order and/or to quash Plaintiff Loop AI Labs Inc.'s subpoena to third party Orrick, Herrington & Sutcliffe. [Docket No. 936.]  The court ordered Defendants to submit the translations within 14 days of the date of the order, which is November 18, 2016.  On November 8, 2016, Defendants filed a motion to modify the court's November 4, 2016 order, including a request to extend the compliance deadline. [Docket No. 939.]  Defendants also moved for an order shortening time and requested that Plaintiff be ordered to submit any response by today, November 10, 2016. [Docket No. 940.]  Under Civil Local Rule 7-11, Plaintiff's response is due by November 14, 2016.

　　　　The motion for an order shortening time is denied.  Plaintiff's response remains due on November 14, 2016.  In order to give Plaintiff a full opportunity to respond to Defendants' motion, but also ease the press of the November 18, 2016 deadline caused by not shortening Plaintiff's response deadline, the court continues the November 18, 2016 deadline to submit translations of Italian-language emails to **November 21, 2016**.  The court will decide whether that

1  deadline should be extended further after it considers Plaintiff's response to the motion.

3  **IT IS SO ORDERED.**

4  Dated: November 10, 2016



Donna M. Ryu
United States Magistrate Judge