VALERIA CALAFIORE HEALY (*pro hac vice*)
valeria.healy@healylex.com
HEALY LLC
154 Grand Street
New York, New York  10013
Telephone:    (212) 810-0377
Facsimile:    (212) 810-7036


Attorneys for Plaintiff
LOOP AI LABS INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOOP AI LABS INC., | CASE NO.: 3:15-cv-00798-HSG |
| Plaintiff, | |
| v. | **DECLARATION OF VALERIA CALAFIORE HEALY IN SUPPORT OF LOOP AI LABS INC.'S RE-FILING OF EXHIBITS PREVIOUSLY FILED AT DKT. 910** |
| ANNA GATTI, et al, | |
| Defendants. | Action Filed:  February 20, 2015<br>Trial Date:  TBD |
| | Hon. Haywood S. Gilliam, Jr. |

I, Valeria Calafiore Healy, hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information and belief:

1. I am admitted to practice law in the State of New York and have been admitted *pro hac vice* by this Court as counsel for Plaintiff Loop AI Labs Inc. ("Loop AI") in this action.

2. I submit this Declaration to accompany Loop AI's re-filing of certain exhibits previously filed with this Court at Dkt. No. 910 ("Motion 910"), which was Loop AI's Administrative Motion for Leave to File documents under seal, in support of Loop AI's Rule 72 Appeal filed at Dkt. 909.

3. On October 17, 2016, counsel for Defendant Almawave USA Inc. filed a declaration in response to Motion 910 in which he identifies only one of the documents filed by Loop AI at Dkt. 910 as being subject to sealing. *See* Dkt. 911 ("Wallerstein Declaration").

4. Specifically, the Wallerstein Declaration agrees that all but one of the documents that Loop AI attached to Motion 910 are not confidential and do not need to be filed under seal. Accordingly, I am re-filing the documents without seal, as the parties agree all but one of the documents would be subject to sealing.

5. The Wallerstein Declaration states that only documents bearing the Bates stamps affixed by Almawave USA using the label "Orrick" 0001931—001938 are allegedly "highly-confidential" and should be sealed. Dkt. 911 at ¶ 5. The exhibits filed by Loop AI with Motion 910 include only Orrick-1931, but not Orrick-1932-38. Document Orrick 0001931 is located at MPX-755, filed at Dkt. 910. MPX-755 was filed with Motion 910 in the exact form as it was produced to Loop AI, *i.e.*, redacted in its entirety except for the email addressees and subject line. Accordingly, document MPX-755 is the only remaining document that is subject to Motion 910.

6. In light the Wallerstein Declaration's agreement that the other documents are not confidential, Loop AI re-files here, the following documents previously submitted as attachments to Motion 910, specifically exhibit pages MPX518-610, MPX646-879, MPX880-945, MPX884-1116, MPX1127, and Dkt. 910-8 through 910-11.

7. Mr. Wallerstein also asserts that documents in his possession may contain "Orrick bank account numbers." Mr. Wallerstein does not identify any document filed as an attachment to Motion 910 that contains unredacted bank account numbers. Loop AI has reviewed each document filed as an attachment to Motion 910 and none discloses Orrick's alleged bank account.

8. Most of the documents that are being re-filed were redacted by Almawave USA 99% or 100%, such as documents previously filed at Dkt. 910-7 to 910-10. Thus, many of the documents are blank or virtually entirely blank because that is how Loop AI received them, and not because there is a filing error.

Executed: November 14, 2016
New York, New York

Respectfully submitted,

*/s/ Valeria Calafiore Healy*
Valeria Calafiore Healy