# APPENDIX
# PREVIOUSLY FILED AT DKT. 910-10

# APPENDIX A
# (PART 4 OF 4)

-

# AW-USA EX-PARTE PRODUCTION TO THE MAGISTRATE OF DECEMBER 2015

---

# AS PRODUCED TO LOOP AI ON OCTOBER 7, 2016

Case 3:15-cv-00798-HSG   Document 948-10   Filed 10/13/16   Page 2 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002881

Case 3:15-cv-00798-HSG   Document 948-3   Filed 10/13/16   Page 3 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002882

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 4 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002883

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 5 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002884

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002885

Case 3:15-cv-00798-HSG   Document 948-10   Filed 10/13/16   Page 7 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002886

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 8 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY  ORRICK-0002887

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002888

Case 3:15-cv-00798-HSG   Document 510-10   Filed 10/13/16   Page 10 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0002889

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 12 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002891

Case 3:15-cv-00798-HSG   Document 410-10   Filed 10/13/16   Page 13 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002892

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 14 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002893

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002894

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 16 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                            ORRICK-0002895

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002896

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                          ORRICK-0002897

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002899

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 21 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0002900

Case 3:15-cv-00798-HSG   Document 410-10   Filed 10/13/16   Page 22 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002901

Case 3:15-cv-00798-HSG   Document 410-10   Filed 10/13/16   Page 23 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002902

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 24 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002903

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 25 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0002904

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                             ORRICK-0002905

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 27 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0002906

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                        ORRICK-0002907

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                        ORRICK-0002908

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002909

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 31 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002910

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002912

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 33 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002913

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002914

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002916

**Redacted**

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                          ORRICK-0002918

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0002919



Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0002931

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 43 of 820

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002932

Case 3:15-cv-00798-HSG   Document 848-10   Filed 10/13/16   Page 44 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002934

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0002935

Case 3:15-cv-00798-HSG   Document 410-2   Filed 10/13/16   Page 46 of 520

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002936



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002937

Case 3:15-cv-00798-HSG   Document 940-20   Filed 10/13/16   Page 48 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002938

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 50 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002939

Case 3:15-cv-00798-HSG   Document 410-20   Filed 10/13/16   Page 50 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002940

Case 3:15-cv-00798-HSG   Document 910-20   Filed 10/13/16   Page 52 of 320

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002941

Case 3:15-cv-00798-HSG   Document 940-20   Filed 10/13/16   Page 52 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002942

Case 3:15-cv-00798-HSG   Document 916-20   Filed 10/13/16   Page 53 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002943

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002944

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 55 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002945

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 56 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002946

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 57 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002947

Case 3:15-cv-00798-HSG   Document 440-2   Filed 10/13/16   Page 58 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002948

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002949

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 60 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002950

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 62 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY ORRICK-0002951

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0002953

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 65 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002954



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0002959

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002960

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 67 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002962

Case 3:15-cv-00798-HSG   Document 440-20   Filed 10/13/16   Page 68 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002963

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                  ORRICK-0002964

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 70 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                          ORRICK-0002965

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0002967

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0002968

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 74 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002969

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0002970

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                            ORRICK-0002971

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                          ORRICK-0002972

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                   ORRICK-0002973

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002974

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 80 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002975

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0002976

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002977

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 85 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002978

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                          ORRICK-0002980

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0002981

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                ORRICK-0002983

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 89 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                              ORRICK-0002984

Case 3:15-cv-00798-HSG   Document 440-10   Filed 10/13/16   Page 91 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002985

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0002986

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0002987

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 93 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002988

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 94 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002989

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                   ORRICK-0002990

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                              ORRICK-0002991

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY ORRICK-0002992

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0002993

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                        ORRICK-0002994

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002995

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002996

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 102 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0002997

Case 3:15-cv-00798-HSG   Document 916-20   Filed 10/13/16   Page 103 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002998

Case 3:15-cv-00798-HSG   Document 910-20   Filed 10/13/16   Page 104 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0002999

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003000

Case 3:15-cv-00798-HSG   Document 910-8   Filed 10/13/16   Page 100 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003001

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 107 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003002

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003003

Case 3:15-cv-00798-HSG   Document 916-8   Filed 10/13/16   Page 109 of 820

**Redacted**

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003005

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 112 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                              ORRICK-0003006

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003007

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 114 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003008

Case 3:15-cv-00798-HSG   Document 340-10   Filed 11/13/16   Page 114 of 220

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003009

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 115 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003010

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 116 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003011

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 117 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY          ORRICK-0003012

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 118 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003013

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 119 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003014

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003015

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 122 of 201

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                              ORRICK-0003016

Case 3:15-cv-00798-HSG   Document 410-10   Filed 10/13/16   Page 122 of 220

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003017

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 123 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003018

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 124 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003019

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 126 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                      ORRICK-0003020

Case 3:15-cv-00798-HSG   Document 910-8   Filed 10/13/16   Page 126 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003021

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 127 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                          ORRICK-0003022

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003023

Case 3:15-cv-00798-HSG   Document 848-8   Filed 10/13/16   Page 129 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003024

Case 3:15-cv-00798-HSG   Document 418-10   Filed 10/13/16   Page 130 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003025

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 132 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003026

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 132 of 820



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003027

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 133 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003028

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 134 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003029

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003030

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 136 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003031

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003032

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003034

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003035

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 141 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003036

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 142 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003037

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003038

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 144 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003039

Case 3:15-cv-00798-HSG   Document 440-8   Filed 10/13/16   Page 145 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003040

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 146 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003041

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003042

Case 3:15-cv-00798-HSG   Document 416-10   Filed 10/13/16   Page 149 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003043

Case 3:15-cv-00798-HSG   Document 916-8   Filed 10/13/16   Page 145 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003044

Case 3:15-cv-00798-HSG   Document 910-8   Filed 10/13/16   Page 150 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003045

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 151 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003046

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 152 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003047

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 153 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003048

Case 3:15-cv-00798-HSG   Document 918-10   Filed 10/13/16   Page 154 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                        ORRICK-0003049

Case 3:15-cv-00798-HSG   Document 910-20   Filed 10/13/16   Page 155 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003050

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 156 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003051

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 157 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0003052

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                      ORRICK-0003053

Case 3:15-cv-00798-HSG   Document 416-10   Filed 11/13/16   Page 159 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003054

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0003055

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 161 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003056

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003057

Case 3:15-cv-00798-HSG   Document 946-10   Filed 10/13/16   Page 165 of 220

# Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003058

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003059

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003060

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 166 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003064

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 160 of 821



Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003065

Case 3:15-cv-00798-HSG   Document 910-8   Filed 10/13/16   Page 170 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 410-10   Filed 10/13/16   Page 172 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                              ORRICK-0003068

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 173 of 820

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003071

Case 3:15-cv-00798-HSG   Document 440-3   Filed 10/13/16   Page 175 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003075

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003076

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLYORRICK-0003078

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 178 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                          ORRICK-0003079

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 179 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003080

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003081

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003082



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003083

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 185 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003085

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 184 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003086

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003088

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003090

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003091

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003092

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 189 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003093

Case 3:15-cv-00798-HSG   Document 910-8   Filed 10/13/16   Page 190 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003094

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 192 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003095

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 192 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003096



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003097



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003098

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 195 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                      ORRICK-0003099

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003101

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 198 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003102

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 199 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLYORRICK-0003103

Case 3:15-cv-00798-HSG   Document 940-10   Filed 11/13/16   Page 200 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003104

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 202 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003105

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003106

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 203 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                        ORRICK-0003107

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 204 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                                          ORRICK-0003108

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                  ORRICK-0003109

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 200 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003110

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 207 of 820

**Redacted**

Case 4:15-cv-00798-HSG   Document 948-8   Filed 10/14/16   Page 208 of 821

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003111

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 209 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003112

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 211 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003114

Case 3:15-cv-00798-HSG   Document 940-20   Filed 10/13/16   Page 212 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003115



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003116

Case 3:15-cv-00798-HSG   Document 946-10   Filed 10/13/16   Page 213 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003117

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 214 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003118

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 215 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                        ORRICK-0003119

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 216 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 217 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                    ORRICK-0003121

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 218 of 220

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                            ORRICK-0003122

Case 3:15-cv-00798-HSG   Document 910-8   Filed 10/13/16   Page 219 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003123

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 220 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003124

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 221 of 220

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0003125

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 222 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003126

Case 3:15-cv-00798-HSG   Document 946-10   Filed 10/13/16   Page 223 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003127

Case 3:15-cv-00798-HSG   Document 910-20   Filed 10/13/16   Page 225 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003128

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 225 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003129

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003130

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003131

Case 3:15-cv-00798-HSG   Document 916-8   Filed 10/13/16   Page 229 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003132

Case 3:15-cv-00798-HSG   Document 910-8   Filed 10/13/16   Page 229 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003133

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003134

Case 3:15-cv-00798-HSG   Document 948-8o   Filed 10/13/16   Page 231 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003135

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003136

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003138

Case 3:15-cv-00798-HSG   Document 946-8   Filed 10/13/16   Page 234 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003158

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                          ORRICK-0003159

Case 3:15-cv-00798-HSG   Document 910-2   Filed 10/13/16   Page 236 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003161



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003163

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003165

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 240 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003168

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 241 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003173

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003174

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003175

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003176

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 245 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003178

Case 3:15-cv-00798-HSG   Document 910-8o   Filed 10/13/16   Page 246 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003179

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 247 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003180

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLYORRICK-0003181

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 245 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003182

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0003183

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 251 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003184

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 252 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003185

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 253 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003186

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003187

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003188



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003189

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003191

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 259 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003192

Case 3:15-cv-00798-HSG   Document 946-10   Filed 10/13/16   Page 259 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003193

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 260 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003194

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 261 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003195

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 263 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003196

Case 3:15-cv-00798-HSG   Document 940-20   Filed 10/13/16   Page 263 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003197

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003198

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 265 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY          ORRICK-0003199

Case 3:15-cv-00798-HSG   Document 946-10   Filed 10/13/16   Page 266 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003200

Case 3:15-cv-00798-HSG   Document 946-8   Filed 10/13/16   Page 267 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003202

Case 3:15-cv-00798-HSG   Document 440-1   Filed 10/13/16   Page 269 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003203

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 270 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003204

Case 3:15-cv-00798-HSG   Document 648-10   Filed 10/13/16   Page 272 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003205

Case 3:15-cv-00798-HSG   Document 946-10   Filed 10/13/16   Page 272 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003207

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 275 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003209

Case 3:15-cv-00798-HSG   Document 548-2   Filed 10/13/16   Page 275 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003210

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 277 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                            ORRICK-0003212

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 278 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003213

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 279 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                 ORRICK-0003214

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 281 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003216

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 282 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003217

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 285 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003218

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                              ORRICK-0003219

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003220

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                             ORRICK-0003247

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 287 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003248

Case 3:15-cv-00798-HSG   Document 940-2   Filed 10/13/16   Page 289 of 621

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003249

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                 ORRICK-0003250

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003251

Case 3:15-cv-00798-HSG   Document 418-10   Filed 10/13/16   Page 292 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003252

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 292 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003253

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 293 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003254

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 294 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003255

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 295 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003256

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 298 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003257

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 297 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003258

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003259

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 299 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003261

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 300 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003262

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 301 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003263

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLYORRICK-0003264

Case 3:15-cv-00798-HSG   Document 416-8   Filed 10/13/16   Page 309 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003265

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 305 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003266

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 305 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003267

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 306 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003268

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 307 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003269

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003270

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003271

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003296

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 312 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY ORRICK-0003297

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 312 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003298

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003299

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 315 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003300

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0003301

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 316 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003302

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 317 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003303

Case 3:15-cv-00798-HSG   Document 948-10   Filed 10/13/16   Page 319 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003304

Case 3:15-cv-00798-HSG   Document 946-8   Filed 10/13/16   Page 319 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003305

Case 3:15-cv-00798-HSG   Document 946-8   Filed 10/13/16   Page 320 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003306

Case 3:15-cv-00798-HSG   Document 940-20   Filed 10/13/16   Page 322 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003307

Case 3:15-cv-00798-HSG   Document 946-8   Filed 10/13/16   Page 322 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003308



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003309

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 324 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003310

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003312

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 326 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003313

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003314

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 329 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY ORRICK-0003315

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 329 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY ORRICK-0003316

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003317

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003318

Case 3:15-cv-00798-HSG   Document 948-10   Filed 10/13/16   Page 332 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003319

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                ORRICK-0003320

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 334 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003321

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 335 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003323

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 337 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003324



Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003325

Case 3:15-cv-00798-HSG   Document 946-8   Filed 10/13/16   Page 339 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003328

Case 3:15-cv-00798-HSG   Document 946-10   Filed 10/13/16   Page 340 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003329

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 341 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003330

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003331

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003332

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                ORRICK-0003333

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003334

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 346 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003335

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 347 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003336

Case 3:15-cv-00798-HSG   Document 946-10   Filed 10/13/16   Page 349 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003337

Case 3:15-cv-00798-HSG   Document 410-10   Filed 11/13/16   Page 345 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003338

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                    ORRICK-0003339

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 351 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003340

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003341

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 353 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003342

Case 3:15-cv-00798-HSG   Document 418-10   Filed 10/13/16   Page 354 of 820

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003343

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 355 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003345

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 356 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003346

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 357 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003347

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 359 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003348

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003349

Case 3:15-cv-00798-HSG   Document 910-20   Filed 10/13/16   Page 360 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003350

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                          ORRICK-0003351

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 362 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 365 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY ORRICK-0003353

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0003354

Case 3:15-cv-00798-HSG   Document 910-3   Filed 10/13/16   Page 365 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                     ORRICK-0003355

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003357

For more information about Orrick, please visit *http://www.orrick.com*

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003369

Case 3:15-cv-00798-HSG   Document 416-8   Filed 10/13/16   Page 369 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLYORRICK-0003370

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 370 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003371

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 372 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003372

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003373

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003374

Case 3:15-cv-00798-HSG   Document 410-10   Filed 10/13/16   Page 375 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003375

Case 3:15-cv-00798-HSG   Document 410-10   Filed 10/13/16   Page 375 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                         ORRICK-0003376

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                ORRICK-0003377

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 377 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003378

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                          ORRICK-0003379

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 379 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003380

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003381

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003382

Case 3:15-cv-00798-HSG   Document 946-10   Filed 10/13/16   Page 382 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003383

Case 3:15-cv-00798-HSG   Document 848-8   Filed 10/13/16   Page 385 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003384

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003385

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 385 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                   ORRICK-0003386

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003387

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 387 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003388



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003389

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003390

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 390 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003394

Case 3:15-cv-00798-HSG   Document 948-10   Filed 10/13/16   Page 392 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                ORRICK-0003395

Case 3:15-cv-00798-HSG   Document 440-10   Filed 10/13/16   Page 392 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003396

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 393 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003398

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003399

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 395 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003400

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003402

Case 3:15-cv-00798-HSG   Document 940-20   Filed 10/13/16   Page 397 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003403

Case 3:15-cv-00798-HSG   Document 918-10   Filed 10/13/16   Page 399 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003404

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003405

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003406

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003407



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003408

Case 3:15-cv-00798-HSG   Document 910-20   Filed 10/13/16   Page 405 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003409

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003410

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/14/16   Page 406 of 821

IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND
PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
==========================================================

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003412

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 400 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003414

Case 3:15-cv-00798-HSG   Document 910-30   Filed 10/13/16   Page 407 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003415

Case 3:15-cv-00798-HSG   Document 916-8   Filed 10/13/16   Page 408 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003416

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                ORRICK-0003417

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 410 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003419

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 412 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003420

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003421

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003424

Case 3:15-cv-00798-HSG   Document 946-10   Filed 10/13/16   Page 414 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003425

Case 3:15-cv-00798-HSG   Document 416-8   Filed 10/13/16   Page 415 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003426



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003427

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003428

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 418 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003434

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                      ORRICK-0003435

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 420 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003436

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003437

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 423 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003438

Case 3:15-cv-00798-HSG   Document 910-8   Filed 10/13/16   Page 423 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003439

Case 3:15-cv-00798-HSG   Document 910-30   Filed 10/13/16   Page 424 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003440

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 426 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003442

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003443

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 429 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003444

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 429 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003445

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 430 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003446

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 431 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003447

Case 3:15-cv-00798-HSG   Document 516-10   Filed 10/13/16   Page 432 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003448

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003449

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 434 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003450

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 435 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003451

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 436 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003452

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003453

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 438 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003454

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 439 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003457

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 440 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003458

Case 3:15-cv-00798-HSG   Document 946-10   Filed 10/13/16   Page 441 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003459

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003460

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 443 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003461

Case 3:15-cv-00798-HSG   Document 848-8   Filed 10/13/16   Page 445 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003462



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 446 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003466

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                        ORRICK-0003467

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003468

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 445 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003469

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                      ORRICK-0003470

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                      ORRICK-0003471



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 418-10   Filed 10/13/16   Page 453 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003474

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003475

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 455 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                        ORRICK-0003476

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 457 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                  ORRICK-0003477



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003478

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 458 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003480

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 459 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003481

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003482



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003483

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 463 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003486

Case 3:15-cv-00798-HSG   Document 948-8o   Filed 10/13/16   Page 465 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003487

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 464 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003488

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 465 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003489



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003490

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003493

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 468 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003494

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 469 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003495



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003496



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003497

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003499

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 474 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                   ORRICK-0003501

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 475 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003502



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003505

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 478 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003506

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 479 of 820

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003508

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 480 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003509

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 481 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003511

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003512

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 485 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003513

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003515

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 485 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY  ORRICK-0003516

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 488 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003519

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003523

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 490 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003524

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003525

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 492 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003526

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 493 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003527

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003528

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003529

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003530

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003531

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003532

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003533

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003534

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 501 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003537

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003538

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003539

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003540



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 506 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003543

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003544

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 509 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                        ORRICK-0003545

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 509 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003546

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                        ORRICK-0003547

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003548

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003551

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0003552

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003553

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003554

Case 3:15-cv-00798-HSG   Document 910-8o   Filed 10/13/16   Page 517 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003556

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 518 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003557

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 519 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0003558

Case 3:15-cv-00798-HSG   Document 946-8   Filed 10/13/16   Page 520 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003559

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 521 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003560

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003561

Case 3:15-cv-00798-HSG   Document 916-8   Filed 10/13/16   Page 523 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003563

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 524 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                              ORRICK-0003564

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 526 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                        ORRICK-0003565

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 946-8   Filed 10/13/16   Page 527 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003567

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003568

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 529 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003570

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 530 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003571

Case 3:15-cv-00798-HSG   Document 910-8   Filed 10/13/16   Page 531 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003572

Case 3:15-cv-00798-HSG   Document 940-20   Filed 10/13/16   Page 532 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003573

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 533 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003574

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 534 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     ORRICK-0003575

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003576

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003577

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003578

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 538 of 820

**Redacted**

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 539 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003580

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003581

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003582

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003583

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 543 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003584

Case 4:15-cv-00798-HSG   Document 940-8   Filed 11/14/16   Page 545 of 821
Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 544 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003585

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 545 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003586

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003587

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 547 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0003588

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 549 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003589

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003591

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0003593

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003594

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 553 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003596

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 554 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003597

Case 3:15-cv-00798-HSG   Document 946-10   Filed 10/13/16   Page 555 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003598

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003599

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0003600

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003601

Case 3:15-cv-00798-HSG   Document 410-10   Filed 10/13/16   Page 559 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003603

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 560 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003604

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 561 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003605

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003606

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 563 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003607

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003611

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 566 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                          ORRICK-0003612

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 567 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003615

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003616

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 569 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003617

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003618



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003619

Case 3:15-cv-00798-HSG   Document 416-8   Filed 10/13/16   Page 572 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003622

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 574 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003623

Case 3:15-cv-00798-HSG   Document 948-1   Filed 10/13/16   Page 575 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003624

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 575 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003625

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003626

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 577 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003628

Case 3:15-cv-00798-HSG   Document 946-8   Filed 10/13/16   Page 578 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003629

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003630

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                              ORRICK-0003631

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003632

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                              ORRICK-0003634

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 589 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003635



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 585 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003638

Case 3:15-cv-00798-HSG   Document 410-2   Filed 11/13/16   Page 556 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                      ORRICK-0003639

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                    ORRICK-0003640

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003641

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003642

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 550 of 620

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003643

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003644

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003645

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003647

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003648

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 550 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003650



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003651

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                     ORRICK-0003875

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003876

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003877

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003878

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 602 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                ORRICK-0003879

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003880

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 604 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003881

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 609 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003882

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 600 of 821



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003883



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003885

Case 3:15-cv-00798-HSG   Document 948-9   Filed 10/13/16   Page 609 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003886

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 610 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLYORRICK-0003887

Case 3:15-cv-00798-HSG   Document 940-20   Filed 10/13/16   Page 612 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003888

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 612 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003889

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 623 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003890

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003891

Case 3:15-cv-00798-HSG   Document 410-10   Filed 10/13/16   Page 615 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003892

Case 3:15-cv-00798-HSG   Document 410-10   Filed 10/13/16   Page 616 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0003893

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0003894

Case 3:15-cv-00798-HSG   Document 910-8   Filed 10/13/16   Page 618 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003895

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 620 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003896

Case 3:15-cv-00798-HSG   Document 910-8   Filed 10/13/16   Page 620 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003897

Case 3:15-cv-00798-HSG   Document 940-20   Filed 10/13/16   Page 621 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003898

Case 3:15-cv-00798-HSG   Document 948-10   Filed 10/13/16   Page 622 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003899

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 623 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003900

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 624 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003901

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 625 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003902

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 626 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003903

Case 3:15-cv-00798-HSG   Document 910-9   Filed 10/13/16   Page 627 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003904

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY  ORRICK-0003905

Case 3:15-cv-00798-HSG   Document 410-10   Filed 10/13/16   Page 629 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003906

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003907

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 651 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003908

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003909

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 653 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                ORRICK-0003910

Case 3:15-cv-00798-HSG   Document 910-20   Filed 10/13/16   Page 634 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003911

Case 3:15-cv-00798-HSG   Document 910-8   Filed 10/13/16   Page 635 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003912

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 638 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003913

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0003914

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003916

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003917

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 640 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003918

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003919

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003920

Case 3:15-cv-00798-HSG   Document 548-10   Filed 10/13/16   Page 643 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003921

Redacted

   ORRICK-0003922

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003923

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 646 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003924

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 647 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003925

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                          ORRICK-0003926

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0003927

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003928

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 651 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003929

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    ORRICK-0003930

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003931

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003932

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 655 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003933

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 656 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003934

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 657 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003935

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 659 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003936

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 659 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003937

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003938

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003939

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 662 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY          ORRICK-0003940

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                              ORRICK-0003941

Case 3:15-cv-00798-HSG   Document 948-10   Filed 10/13/16   Page 664 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003942

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003943

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



**Redacted**

ORRICK-0003944

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 667 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003945

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003946

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 669 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003947

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                ORRICK-0003948

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 671 of 820

Redacted

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 671 of 820

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003949

Case 3:15-cv-00798-HSG   Document 948-10   Filed 10/13/16   Page 672 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003950

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 673 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003951

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 674 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003952

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 675 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                          ORRICK-0003953

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 676 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                          ORRICK-0003954

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 677 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0003955

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 678 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003956

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 679 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY          ORRICK-0003957

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 680 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003958

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                          ORRICK-0003959

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003960

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 689 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                ORRICK-0003961

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 684 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003962

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 688 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                   ORRICK-0003963

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 680 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003964

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003965

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003966

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                        ORRICK-0003967

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 690 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003968

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 692 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003969

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003970

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 693 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003971

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003972

Case 3:15-cv-00798-HSG   Document 418-10   Filed 10/13/16   Page 695 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                      ORRICK-0003973

Case 4:15-cv-00798-HSG   Document 948-8   Filed 10/14/16   Page 698 of 821
Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 697 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003974

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 697 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003975

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 698 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY ORRICK-0003976

Case 3:15-cv-00798-HSG   Document 910-8   Filed 10/13/16   Page 690 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003977

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                          ORRICK-0003979

Case 3:15-cv-00798-HSG   Document 946-10   Filed 10/13/16   Page 702 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003980

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 703 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003981

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0003983

Case 3:15-cv-00798-HSG   Document 918-20   Filed 10/13/16   Page 709 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003984

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 707 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003985

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 709 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003986



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003987

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003988

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003989

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 712 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0003991

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 712 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003992

Case 3:15-cv-00798-HSG   Document 948-8   Filed 10/13/16   Page 713 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003993

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 714 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003994

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 715 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003995

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0003996

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 717 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003997

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003998

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0003999

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 720 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004001

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0004002

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 722 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004003

Case 3:15-cv-00798-HSG   Document 916-20   Filed 10/13/16   Page 723 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY  ORRICK-0004004

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004005

Case 3:15-cv-00798-HSG   Document 910-8   Filed 10/13/16   Page 726 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004006

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 726 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004007



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                            ORRICK-0004009

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004010

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004011

Case 3:15-cv-00798-HSG   Document 948-10   Filed 10/13/16   Page 731 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004012

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004013

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 733 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0004014

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004015

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 735 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004016

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004017

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004018

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 738 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004019

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                          ORRICK-0004020

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 740 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004021

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0004022

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 742 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004023

Case 3:15-cv-00798-HSG   Document 948-10   Filed 10/13/16   Page 743 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0004024

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004025

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004026

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY          ORRICK-0004027

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                        ORRICK-0004028

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 748 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004029

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 749 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004030

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004031

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004032

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 752 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004033

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 753 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004034

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004035

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004037



Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004038

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004039

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004040

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 760 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004041

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 761 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004042

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004043

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                ORRICK-0004044

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 764 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004045

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0004046

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 766 of 820

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0004047

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004048

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 768 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004049

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                 ORRICK-0004050

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                        ORRICK-0004051

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 772 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                 ORRICK-0004052

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 773 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004054

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0004055

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0004056

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004057

Case 3:15-cv-00798-HSG   Document 948-3   Filed 10/13/16   Page 777 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004058

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004059

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                ORRICK-0004060

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 780 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004061

Redacted

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0004062

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                     ORRICK-0004063

Case 3:15-cv-00798-HSG   Document 946-10   Filed 10/13/16   Page 789 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004064

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004065

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 786 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                          ORRICK-0004067

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004068

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004070

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 790 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004072

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 791 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004073

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 792 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY ORRICK-0004074

Case 3:15-cv-00798-HSG   Document 946-8   Filed 10/13/16   Page 793 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 3:15-cv-00798-HSG   Document 940-10   Filed 10/13/16   Page 794 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004076



**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004077

Case 3:15-cv-00798-HSG   Document 910-20   Filed 10/13/16   Page 798 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004078

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    ORRICK-0004079

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 789 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004080

Case 3:15-cv-00798-HSG Document 910-0 Filed 10/13/16 Page 799 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004081

Case 3:15-cv-00798-HSG   Document 940-10   Filed 11/13/16   Page 801 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                          ORRICK-0004083

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 801 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004084

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 803 of 821

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004085

Case 3:15-cv-00798-HSG   Document 940-20   Filed 10/13/16   Page 805 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004086

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 804 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                          ORRICK-0004087

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004088

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004089

Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 807 of 820



**Redacted**

Case 4:15-cv-00798-HSG   Document 940-8   Filed 10/14/16   Page 809 of 821
Case 3:15-cv-00798-HSG   Document 940-8   Filed 10/13/16   Page 807 of 820

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004090

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    ORRICK-0004094

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 809 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004095

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 810 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004096

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                     ORRICK-0004100

Case 3:15-cv-00798-HSG   Document 916-10   Filed 10/13/16   Page 812 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0004101

Case 3:15-cv-00798-HSG   Document 910-20   Filed 10/13/16   Page 813 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004102

Case 3:15-cv-00798-HSG   Document 910-10   Filed 10/13/16   Page 814 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004103

Case 3:15-cv-00798-HSG   Document 940-20   Filed 10/13/16   Page 815 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
ORRICK-0004104

Case 3:15-cv-00798-HSG   Document 940-20   Filed 10/13/16   Page 816 of 820

**Redacted**

Case 4:15-cv-00798-HSG   Document 948-8   Filed 10/14/16   Page 817 of 821
Case 3:15-cv-00798-HSG   Document 940-20   Filed 10/13/16   Page 816 of 820

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004105

Case 3:15-cv-00798-HSG   Document 940-20   Filed 10/13/16   Page 817 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   ORRICK-0004108

Case 3:15-cv-00798-HSG   Document 940-2   Filed 10/13/16   Page 819 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                    ORRICK-0004109

Case 3:15-cv-00798-HSG   Document 946-10   Filed 10/13/16   Page 819 of 820

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY ORRICK-0004110

**Redacted**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

ORRICK-0004111