UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOOP AI LABS INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANNA GATTI, et al.<br><br>    Defendants. | Case No.  3:15-CV-0798 HSG<br><br>**ORDER**<br><br>Action Filed:  February 20, 2015<br>Trial Date:  TBA |

This matter came before the Court on Plaintiff Loop AI Labs, Inc.'s Administrative Motion for Leave to file an Oversized Motion for Relief from the Magistrate's Order at Docket 964, up to 19-pages.  Having considered the Motion, papers filed in connection with this Motion, and all other matters presented to the Court, the Court HEREBY ORDERS that said Motion is **<u>DENIED</u>**.

IT IS SO ORDERED.

Dated:  January 9, 2017

UNITED STATES DISTRICT COURT

_Haywood S. Gilliam, Jr._

Honorable Haywood S. Gilliam, Jr.
United States District Judge

[P<span style="text-decoration:line-through">ROPOSED</span>] ORDER
NO. 3:15-CV-0798 HSG