# EXHIBIT A

VALERIA CALAFIORE HEALY
(*pro hac vice*)
HEALY LLC
154 Grand Street
New York, New York  10013
Telephone:   (212) 810-0377
Facsimile:    (212) 810-7036


Counsel for Plaintiff
LOOP AI LABS INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| LOOP AI LABS INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANNA GATTI, et al,<br><br>Defendants. | CASE NO.: 3:15-cv-00798-HSG<br><br>**MANUAL FILING NOTIFICATION OF EXHIBIT A**<br><br>Action Filed:  February 20, 2015<br>Trial Date: TBA |

**MANUAL FILING NOTIFICATION**

Pursuant to Civil Local Rule 5-1(f) and to the Manual Filing Requirements set forth by the Northern District of California,[1] Loop AI hereby notifies all counsel of record that Exhibit A to the Declaration of VC Healy Dated February 10, 2017 is a non-graphic audio file.  As such it will be presented for manual filing, and will be maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in its physical copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal in Criminal Case

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Respectfully submitted,

February 10, 2017                    By:  /s/ *Valeria Calafiore Healy*

Valeria Calafiore Healy, Esq. (*phv*)
HEALY LLC

Counsel for Plaintiff
LOOP AI LABS, INC.

---

[1] *See, e.g.,* https://ecf.cand.uscourts.gov/cand/docs/mfn.htm.

1