UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANNA GATTI, et al.,<br><br>　　　　　　Defendants. | Case No. 15-cv-00798-HSG (DMR)<br><br>**ORDER ON OUTSTANDING DISCOVERY MOTIONS**<br><br>Re: Dkt. Nos. 519, 584, 607, 679, 691, 715, 769 |

The following discovery motions are currently pending before the undersigned:

Docket No. 519, Defendant Almawave USA, Inc.'s ("Almawave") discovery letter brief regarding discovery from third parties Fabio Ficano and Elettranova, Inc.;

Docket No. 584, Defendant Almawave's discovery letter brief regarding Plaintiff Loop AI Labs, Inc.'s alleged lack of compliance with court orders regarding its document production;

Docket No. 607, Defendant IQSystem, Inc.'s motion for leave to file a discovery letter brief to compel the continued deposition of Plaintiff's witness Gianmauro Calafiore;

Docket No. 679, Defendant Almawave's administrative motion for leave to file a discovery letter brief to compel service of Plaintiff's supplemental discovery responses;

Docket No. 691, Defendant Almawave's administrative motion for leave to file a discovery letter brief for sanctions for Plaintiff's alleged refusal to comply with the court's May 3, 2016 order;

Docket No. 715, Defendant Almawave's administrative motion for leave to file a discovery letter brief for sanctions for Plaintiff's alleged failure to comply with court orders to produce documents withheld on privilege grounds; and

Docket No. 769, Defendant Almawave's discovery letter brief regarding the depositions of Plaintiff's expert witnesses.

All of the disputes addressed in these seven motions either overlap with the conduct at

issue in the Honorable Haywood S. Gilliam's pending Order to Show Cause, (*see* Docket No. 894), or may be rendered moot by Judge Gilliam's rulings on the outstanding motions for summary judgment and for sanctions. Accordingly, the motions listed above are denied without prejudice pending the outcome of those proceedings. If a moving party seeks to reinstate a motion after further rulings by Judge Gilliam, it may seek leave to do so by filing a letter to the undersigned requesting reinstatement.

**IT IS SO ORDERED.**

Dated: March 2, 2017



Donna M. Ryu
United States Magistrate Judge