UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>             Plaintiff,<br><br>      v.<br><br>ANNA GATTI, et al.,<br><br>             Defendants. | Case No.  15-cv-00798-HSG<br><br>**ORDER GRANTING RECONSIDERATION**<br><br>Re: Dkt. No. 990 |

On February 23, 2017, Plaintiff Loop AI Labs Inc. filed a motion for partial judgment on the pleadings against Defendant Anna Gatti.  Dkt. No. 986.  On February 27, 2017, the Court issued an order striking Plaintiff's motion as untimely.  Dkt. No. 987 ("Order 987").  On March 2, 2017, Plaintiff filed a motion for leave to file a motion for reconsideration of Order 987.  Dkt. No. 990.  The Court hereby **RECONSIDERS** Order 887 and **ORDERS** Dkt. No. 986 restored to the docket.  The Court defers consideration of whether Plaintiff's motion for partial judgment on the pleadings should be denied as untimely.

**IT IS SO ORDERED.**

Dated:  March 9, 2017

HAYWOOD S. GILLIAM, JR.
United States District Judge