UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANNA GATTI, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00798-HSG<br><br>**JUDGMENT** |

　　For the reasons stated in the Court's order imposing terminating sanctions, Dkt. No. 993, judgment is hereby entered in favor of Defendants.  The Court declines to exercise supplemental jurisdiction over Defendant Anna Gatti's counterclaim, Dkt. No. 197 at 31-32, because it has dismissed the claims over which it had original jurisdiction.[1]

**IT IS SO ORDERED.**

Dated: 3/21/2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] *See* 28 U.S.C. § 1367(c)(3); *see also Sanford v. MemberWorks, Inc.*, 625 F.3d 550, 561 (9th Cir. 2010) ("[I]n the usual case in which all federal-law claims are eliminated before trial, the balance of factors to be considered under the pendent jurisdiction doctrine—judicial economy, convenience, fairness, and comity—will point toward declining to exercise jurisdiction over the remaining state-law claims." (citation and internal quotation marks omitted)).