

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

LOOP AI LABS INC.,

        Plaintiffs,

        v.

ANNA GATTI, et al,

        Defendants.

CASE NO.: 4:15-cv-00798-HSG

Hon. Haywood S. Gilliam, Jr.

**STIPULATION TO EXTEND THE TIME TO RESPOND TO AND OBJECT TO MOTIONS AT DKTS. 1003, 1004, AND BILLS OF COSTS AT DKTS. 1005, 1006.**

Action Filed:    February 20, 2015
Judgment Entered: March 21, 2017

## STIPULATION

Pursuant to Local Rule 6-2, Defendants IQSYSTEM INC. and IQS LLC. (collectively "IQS Defendants"), Plaintiff Loop AI Labs, Inc. ("Plaintiff"), counsel and their law firms hereby stipulate and agree, subject to the Court's approval, as follows:

WHEREAS, on April 4, 2017, 2015 the IQS Defendants filed a motion for attorney fees, a joinder in Almawave's Motion for Attorney Fees and costs, and two bills of costs at Dkts. 1003, 1004, 1005, 1006 ("IQS Motion") seeking attorney's fees and costs against Plaintiff and its counsel Valeria Healy and Loop's counsel's law firms ("Respondents"),

WHEREAS, the current deadline to file a response to the IQS Defendants' Motion is April 18, 2017 and whereas, the Plaintiff and its counsel have represented that they need additional time to respond to the IQS Defendants' Motion;

WHEREAS, the Honorable Judge Gilliam continued the deadline for the Respondents to respond to the Almawave's Motion for Attorney Fees and costs, at Dkt. 1010, from April 6, 2017 to May 5, 2017;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the all parties and counsel and their law firms, subject to the Court's approval, that the deadline to respond to the motion for attorney fees and costs and bills of costs filed at Dkts. 1003, 1004, 1005, and 1006 is extended to May 5, 2017.

DATED:    ~~April 6, 2017~~
April 10, 2017

THE LAW OFFICE OF JANET BRAYER, ESQ.

By: _Janet Brayer_
Janet Brayer, Esq.

Counsel for Defendants IQSystem Inc. and IQS LLC

DATED:    ~~April 6, 2017~~
April 10, 2017

HEALY LLC

By:    /s/  Valeria  Calafiore Healy
        Valeria Calafiore Healy

FREITAS ANGELL & WEINBERG LLP

By:    /s/ Daniel J. Weinberg
        Daniel J. Weinberg

Local Counsel for Plaintiff Loop AI Labs, Inc.

## [PROPOSED] ORDER

Pursuant to stipulation and for good cause having been shown, the Court orders that the deadline to respond to the Motions and Bills of Costs filed at Dkts. 1003, 1004, 1005, 1006 by Defendants IQSystem Inc. and IQSystem LLC is extended to May 5, 2017.

IT IS SO ORDERED.

Dated: _____          _____
                                         Honorable Haywood S. Gilliam, Jr.
                                         United States District Court Judge

## ATTESTATION REGARDING SIGNATURES

I, Valeria Calafiore Healy, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: ~~April 6, 2017~~
April 10, 2017

HEALY LLC

By: /s/ Valeria Calafiore Healy
Valeria Calafiore Healy