1  THOMAS J. LOSAVIO, SBN 51023
   GUY W. STILSON, SBN
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111
   Telephone:    (415) 981-6630
4  Facsimile:    (415) 982-1634
   Email: tlosavio@lowball.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANNA GATTI, et al.,<br><br>Defendants. | Case No. 3:15-CV-00798-HSG<br><br>**NOTICE OF ATTORNEY'S LIEN** |

TO ALL COUNSEL AND PARTIES HEREIN:

PLEASE TAKE NOTICE that pursuant to the legal authority of *Fletcher v. Davis*, 33 Cal.4th 61 (2004) and Rule 3-300 of the California Rules of Professional Conduct, the law firm of Low, Ball & Lynch has a lien in this case for attorneys' fees and expenses incurred with respect to defendants and counter-claimants Anna Gatti and IQ System, LLC.

PLEASE TAKE FURTHER NOTICE that pursuant to the legal authority of *Siciliano v. Fireman's Fund Ins. Co*., 62 Cal.App.3d 745 (1976), payment of sums to these parties after this Notice will constitute intentional interference with the prospective economic advantage of Low, Ball & Lynch.

Dated: March 2, 2018

LOW, BALL & LYNCH


By  /s/ Guy W. Stilson
    GUY W. STILSON

*Loop Ai Labs, Inc. v. Anna Gatti*

Northern District of California Case No. 3:15-CV-00798-HSG

## PROOF OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following document(s): **NOTICE OF ATTORNEY'S LIEN**

on the listed address(es):

| | |
|---|---|
| Thomas Edward Wallerstein | Valeria Calafiore Healy |
| Kimberly Culp | Healy LLC |
| Venable LLP | 154 Grand Street |
| 505 Montgomery Street, Suite 1400 | New York, NY 10013 |
| San Francisco, CA 94111 | 212-810-0377 |
| 415-653-3750 | 212-810-7036 (fax) |
| 415-653-3755 (fax) | valeria.healy@healylex.com |
| TWallerstein@Venable.com | |
| | |
| Daniel Justin Weinberg | Janet Brayer |
| Freitas Angell & Weinberg LLP | Law Offices of Janet Brayer |
| 350 Marine Parkway, Suite 200 | 456 Montgomery Street, 20th Floor |
| Redwood Shores, CA 94065 | San Francisco, Ca 94104 |
| 650-593-6300 | 415-445-9555 |
| 650-593-6301 (fax) | 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 (fax) |
| dweinberg@fawlaw.com | janet@brayer.net |

[X]   **(BY PACER)** I electronically served the document(s) via CM/ECF on the recipients designated on the Transaction Receipt located on the CM/ECF website.

[ ]   **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]   **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____.

[ ]   **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ]   **(BY E-MAIL/ELECTRONIC TRANSMISSION)** I caused the said document(s) to be sent to the person(s) at the e-mail address(es) indicated above or on the attachment herein.

[ ]   **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, personal service, electronic transmission, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on March 2, 2018.

_____
Scarlet Herrera