UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 15 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> and <br><br> VALERIA CALAFIORE HEALY, lead counsel for plaintiff Loop AI Labs, Inc., <br><br> Appellant, <br><br> v. <br><br> ANNA GATTI; et al., <br><br> Defendants - Appellees. | No. 17-15608 <br><br> D.C. No. 4:15-cv-00798-HSG <br> U.S. District Court for Northern California, Oakland <br><br> **MANDATE** |
| LOOP AI LABS, INC., a Delaware corporation, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ANNA GATTI; et al., <br><br> Defendants - Appellees. | No. 17-15621 <br><br> D.C. No. 4:15-cv-00798-HSG <br> U.S. District Court for Northern California, Oakland |

| | |
|---|---|
| LOOP AI LABS, INC., a Delaware corporation,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>ALMAVIVA S.P.A, an Italian corporation; et al.,<br><br>   Defendants - Appellants,<br><br> and<br><br>ANNA GATTI; et al.,<br><br>   Defendants. | No. 17-15743<br><br>D.C. No. 4:15-cv-00798-HSG<br>U.S. District Court for Northern California, Oakland |
| LOOP AI LABS, INC., a Delaware corporation,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>IQSYSTEM LLC, a California limited liability company; et al.,<br><br>   Defendants - Appellants,<br><br> and<br><br>ALMAVIVA S.P.A, an Italian corporation; et al.,<br><br>   Defendants. | No. 17-15784<br><br>D.C. No. 4:15-cv-00798-HSG<br>U.S. District Court for Northern California, Oakland |

The judgment of this Court, entered November 09, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7