# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 7, 2019

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Loop AI Labs, Inc., et al.
           v. Anna Gatti, et al.
           No. 19-59
           (Your No. 17-15608, 17-15621, 17-15743, 17-15784)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk