UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOP AI LABS INC, <br><br> Plaintiff, <br><br> v. <br><br> ANNA GATTI, et al., <br><br> Defendants. | Case No. 15-cv-00798-HSG <br><br> **ORDER DENYING REQUEST FOR CLARIFICATION** <br><br> Re: Dkt. No. 1027 |

Defendant IQSystem, Inc. filed a request for clarification of the Court's March 7, 2017 Order imposing terminating sanctions on Plaintiff. *See* Dkt. No. 1027. The Court **DENIES** Defendant's request, because nothing in its March 7, 2017 Order in any way changed the May 9, 2016 Order granting Plaintiff fees based on the SLAPP motion. *See* Dkt. No. 993.

The Court also reiterates that Valeria C. Healy is not admitted to practice in any case before the undersigned. *Id.* at 30 ("[T]he Court exercises its discretion to revoke Healy's pro hac vice admission in this case and will not grant such admission in any future cases before the undersigned."). She thus is not permitted to file documents on behalf of Plaintiff, and should not do so again. In addition, Ira Leshin has not filed a Notice of Appearance before this Court, and will not be permitted to evade the local rules going forward by having prior counsel file documents in this case. *See* Local Rule 5-1(c)(2).

**IT IS SO ORDERED.**

Dated: 2/25/2020

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge